**Tolbert, Carla**

| | |
|---|---|
| **From:** | Falica, Steve |
| **Sent:** | Monday, November 21, 2016 8:52 AM |
| **To:** | Tolbert, Carla |
| **Subject:** | RE: Subpoena S02006 - Armbruster, Gerry - File# 041402/19344 - Court #3:16-cv-00544-MJR-SCW |

We are in receipt of your subpoena regarding inmate (S02006 Armbruster, Gerry). File #041402/19344/TPD, we do not have any grievances or responses in the Master File.

Thank you

Steve Falica
Office Administrator III, Record Office
Taylorville Correctional Center
Office: 217-824-4004 ext. 5524
Fax: 217-824-4094

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.



EXHIBIT A

1

Tolbert, Carla
___

**To:**
**Subject:** RE: Gerry Armbruster, #S02006 - Grievance Records Request

**From:** Rees, Lori A. [mailto:
**Sent:** Wednesday, November 30, 2016 10:14 AM
**To:** Janini, Michele
**Subject:** RE: Gerry Armbruster, #S02006 - Grievance Records Request

Michele,

We do not have this offender in our custody, nor his records. You will need to direct your subpoena to Taylorville Correctional Center.

Thanks.

**Lori Rees**
Record Office Supervisor
Southwestern Illinois Correctional Center
950 Kingshighway
East St. Louis, IL 62203
618-394-2200 x375
618-394-2228 - Fax

**From:**
**Sent:** Wednesday, November 30, 2016 10:03 AM
**To:** Rees, Lori A.
**Subject:** [External] Gerry Armbruster, #S02006 - Grievance Records Request

Lori,
Per our conversation, attached please find the grievance records request for Gerry Armbruster, #S02006. Please let me know if you have any questions or need any further information.

Thanks,
Michele

Cassiday Schade LLP | Phone: 314.241.1377 | Fax: 314.241.1320
100 N. Broadway, Suite 1580, St. Louis MO 63102 | www.cassiday.com

**cassiday** LLP

Illinois | Indiana | Missouri | Wisconsin

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by

1