

**Illinois
Department of
Corrections**

PAT QUINN
Governor

S.A. GODINEZ
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

November 5, 2014

Gerry Armbruster
2005 14th St
Granite City, IL 62040

Dear Mr. Armbruster:

This is in response to your grievance received on June 26, 2014, regarding Medical (HCU Visit of 5/13/14), which was alleged to have occurred at Southwestern Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated May 19, 2014, which states in summary that you believe the Doctor at Southwestern failed to properly treat you for the following symptoms on May 13, 2014: numbness in all finger tips, no grip in right hand, numbness throughout right arm up to neck area, tingling sensation on "left side" and both calfs hurt. You write the Doctor stated you were only dehydrated and to drink more water. As you disagreed, you write you left the Doctor's Office.

The Grievance Officer's Report (9-6-14) and subsequent recommendation dated June 12, 2014 and approval by the Chief Administrative Officer on June 12, 2014 have been reviewed.

The HCU's response, cited within this report, was reviewed by this office.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: *Sherry Benton*
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: *S.A. Godinez*
S.A. Godinez
Director

cc: Warden, Southwestern Illinois Correctional Center
Gerry Armbruster, Register No. S02006



EXHIBIT C

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

will be ok to drink plenty of water. I left cause he denied me treatment.

Offender's Grievance  Pg. 3

Date: 6-22-14   Offender: Gerry Armbruster   ID#: S02006
Present Facility: SWICC   Facility where grievance issue occurred: SWICC

Nature of Grievance: Medical Treatment

Summary of Grievance:
On said date of 6-18-14 Mr. Armbruster submitted 2 request slips, 1 to Health Care Unit Stating all chronic care issues related to attached grievance. Also, 1 to Health Care Unit Adminastrator Hohnsbehn. There responded to the one to Health Care and during the visit 6-20-14, the nurse stated that this facility SWICC/Wexford Medical Vendor for the State of ILLinois, they will not fund the expense to send me to outside Hospital to recieve proper care that I need. I still experience numbmess in all four fingertips and through the right arm, up to the neck area, no grip in right hand, and tingling sensations on left side, which is very uncomfortable, both calves hurt, throwing off my balance. I have repeatedly written request slips to HCUA Hohnsbeh and have not been contacted yet.
   I was seen by medical personnel everday starting on 5/13/14 thru 5/21/14 and all that was done was my vitals checked and was put on these medications, Lisinopril 10mg / blood pressure and Hydrochlorothiazide 25mg and never told me why I needed these medications, which I started taking on 5/29/14. Also, Naproxen 500mg for pain reliever, Also, on 5/29/14.

over →

The only relieve I'm requesting is to no longer be ignored by HCUA Hohnsbehn, and for the Doctor Shaw to look further into these matters, because I'm in terrible pain, can barely move, have problems with simple task, such as getting dressed, taking showers, usin restroom, walking, sleeping, arms are continuously numb at all times.

Also, on 6-18-14 while I was at HCU they did X-rays on both knees, which I have no issues with either knee, so why was x-rays neccessary of my knees.

I wish for only this grievance to be accepted, there is no merit for grievance to be denied, I'm only requesting proper medical assistance, so I'm able to walk and experience no more pain.

Sincerely,

Mr. Gerry Armbruster

*Gerry Armbruster*
S02006

Written by and witnessed by:
Mr. Jason Engelhart

*Jason Engelhart* S11237
320 S Walnut
Nokomis, IL 62075

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: June 11, 2014     Date of Review: June 12, 2014     Grievance # (optional): 9-6-14

Offender: Armbruster, Gerry         *Armbruster*         ID#: S02006

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Offender Armbruster claims to have issues of numbness in all of his finger tips and through the right arm, up to the neck area, no frip in his right hand, and tingling sensations on left side and both calves hurt, throwing off his balance. Offender Armbruster requests proper treatment for his problems.

Offender Armbruster S02006 was seen by medical personnel everyday starting on 5/13/14 thru 5/21/14. The HCU Administrator stated that the offender showed evidence of hypertendion and was scheduled for follow ups with the physician, and the offender my submit a nurse sick call request anytime.

**Recommendation:** Based on the statement above by HCUA Hohnsbehn, that the offender was seen by medical personnel on a regular basis for eight consecutive days, from 5/13 to 5/21, and was encouraged to submit a nurse sick call request anytime, this investigation finds no substance to this grievance. HCUA Hohnsbehn stated in her response that Armbruster complained about pain and tingling ever since "picking up toxic trays" during his job assignment for Safety Sanitation. Dr. Shaw's exam revealed that Armbruster had equal bilateral grip strenth, and all of the joints, including the spine moved through a full range of motion. Dr. Shaw ordered Armbruster back exercises and a follow-up for blood pressure checks twice daily. This offender has been receiving ongoing medical assessments. This Grievance Officer recommends grievance be dinied.

T. Robinson
Print Grievance Officer's Name           Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 6/12/14     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

Chief Administrative Officer's Signature         6/12/14

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Gerry Armbruster        S02006        6-18-14
Offender's Signature        ID#         Date

Distribution: Master File; Offender       Page 1       DOC 0047 (Rev. 3/2005)