# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

GERRY ARMBRUSTER, #S02006,             )
                                       )
    Plaintiff,                         )
                                       )
-vs-                                   )   No. 16-544-MJR-SCW
                                       )
WEXFORD HEALTH SOURCES, INC., et al.,  )
                                       )
    Defendants.                        )

## MOTION FOR EXTENSION OF TIME

Defendant, Ron Vitale ("Defendant"), by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby moves pursuant to Fed. R. Civ. P. 6(b) for an extension of time of 30 days, up to and including January 26, 2017, to file a responsive pleading to Plaintiff's Amended Complaint (Doc. 33), stating as follows:

1. Plaintiff, Gerry Armbruster, is an inmate currently incarcerated at Taylorville Correctional Center.

2. The deadline for Defendant's responsive pleading is December 27, 2016. (Doc. 38).

3. The undersigned was assigned to this case on December 15, 2016, and received the file for this case on December 21, 2016.

4. The undersigned has reviewed Plaintiff's Complaint and is in the process of gathering relevant documentation to respond to Plaintiff's claims, but has not yet received them, and requests additional time to confer with Defendant, review relevant documents, and prepare Defendant's responsive pleading.

5. This motion is not made for the purpose of undue delay, but is made in good faith in order to present an adequate defense.

6. Plaintiff will not be prejudiced by this extension, as a discovery schedule has not yet been set in this case.

WHEREFORE, for these reasons, Defendant respectfully requests that this Court grant his motion and grant an extension of time of 30 days, up to and including January 26, 2017, to file his responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

RON VITALE

    Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Max Boose, #6320334
Assistant Attorney General     Attorney for Defendant,
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone     By: s/ Max Boose
(217) 524-5091 Fax     MAX BOOSE
mboose@atg.state.il.us     Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| GERRY ARMBRUSTER, #S02006, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 16-544-MJR-SCW ) |
| WEXFORD HEALTH SOURCES, INC., et al., | ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2016, the foregoing document, Motion for Extension of Time, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Arthur Loevy | loevylaw@loevy.com |
| Jon Loevy | jon@loevy.com |
| Katherine Roche | katie@loevy.com |
| Michael Kanovitz | mike@loevy.com |
| Sarah Copeland Grady | sarah@loevy.com |
| Timothy Dugan | tdugan@cassiday.com |
| Carla Tolbert | ctolbert@cassiday.com |

s/ Max Booze
Max Boose, #6320334
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 782-8767 Fax
mboose@atg.state.il.us