IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

**PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO FILE AN OVERSIZED CONSOLIDATED BRIEF**

NOW COMES Plaintiff, Gerry Armbruster, by and through his undersigned attorneys, Loevy & Loevy, and respectfully asks this Court for leave to file an oversized, consolidated brief of no more than 55 pages in opposition to the motions for summary judgment filed by the "Wexford Defendants" (Dkt. 132) and Defendant Vitale (Dkt. 134), stating as follows:

1. On June 22, 2018, Defendants Bharat Shah, Wexford Health Sources, Inc., and Loretta Wilford (the "Wexford Defendants") submitted a consolidated motion for summary judgment. Dkt. 132. The Wexford Defendants' memorandum was 36 pages in length and contained 14 exhibits totaling more than 1,280 pages. *See* Dkt. 133 – 133-14.

2. On the same day, Defendant Vitale filed a motion for summary judgment. Dkt. 134. Defendant Vitale's memorandum was 11 pages in length and contained 3 exhibits totaling 81 pages. *See* Dkt. 136 – 136-3.

3. Each set of Defendants' motions for summary judgment focus on Plaintiff Gerry Armbruster's medical complaints and treatment while at Southwestern Correctional Center from May 2014 until his release on September 15, 2014, as well as his medical condition through the present day. In addition, each set of Defendants raises extensive arguments regarding the crux of Plaintiff's claims: whether the Defendants were deliberately indifferent to Plaintiff's objectively serious medical needs. *Compare* Dkt. 133 at 19-31, *with* Dkt. 136 at 6-8.

4. Plaintiff's response to both sets of Defendants' motions will require a detailed discussion of the evidence relating to Plaintiff's medical condition between May 2014 and the present, and the involvement each Defendant had with Plaintiff during that time. It will also require a detailed discussion and analysis of the caselaw regarding deliberate indifference, failure to intervene, medical malpractice, the statute of limitations, and qualified immunity. Accordingly, this Court should permit Plaintiff to file a single consolidated response brief that addresses all Defendants' arguments, rather than requiring Plaintiff to respond separately to two sets of arguments that overlap. Indeed, if Plaintiff were required to file separate responses to each motion for summary judgment, many of the paragraphs, including statements of facts and discussion of caselaw, would be duplicative.

5. Plaintiff additionally requests 15 pages in addition to the combined number of pages that he would have had to respond to the Defendants' motions separately for a total of no more than 55 pages. Allowing an oversized brief is appropriate given the nature of the Defendants' motions and that the Court granted

the Wexford Defendants request to file an oversized, 40 page brief. Although the discussion of the facts regarding Plaintiff's medical condition and the law governing Plaintiff's claims overlap, Plaintiff must still address why each of the Defendants must stand trial for his or her misconduct. Accordingly, Plaintiff should be permitted to file one consolidated, 55 page response brief to respond to each set of Defendants' factual contentions and legal arguments in the most time- and cost-effective manner.

6. Plaintiff has conferred with counsel for both sets of Defendants and they do not oppose this motion.

7. For the foregoing reasons, Plaintiff respectfully requests that the Court grant him leave to file an oversized, consolidated response brief of no more than 55 pages.

Respectfully submitted,

/s/ Katie Roche
Katie Roche
Attorney for Plaintiff
Bharat Shah, Wexford Health

Sources, Inc., and Loretta Wilford's
Arthur Loevy
Jon Loevy
Michael Kanovitz
Sarah Grady
Katie Roche
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

     I, Katie Roche, an attorney, certify that on July 24, 2018, I caused the foregoing Plaintiff's Motion for Leave to File an Oversized Consolidated Brief to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                              /s/ Katie Roche
                                              *Attorney for Plaintiff*