**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| et al., | ) | Hon. Michael J. Reagan, C.J. |
| | ) | |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

**EXHIBIT LIST TO PLAINTIFF'S CONSOLIDATED RESPONSE
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | Gerry Armbruster's Housing History |
| 2 | Bharat Shah Deposition |
| 3 | Loretta Wilford Deposition |
| 4 | Contract Between IDOC and Wexford (to be filed under seal) |
| 5 | Roderick Matticks (Wexford Rule 30(b)(6) Designee) Deposition |
| 6 | Gerry Armbruster Deposition |
| 7 | IDOC Medical Records |
| 8 | Expert Report of Dr. Peter Brown |
| 9 | Gregory Bailey Deposition |
| 10 | Stephen Sanders Deposition |
| 11 | Frank Petkovich Deposition |
| 12 | Nursing Sick Call Calendar Excerpts |
| 13 | Gateway Regional Medical Center Records |
| 14 | St. Mary's Medical Records |
| 15 | March 26, 2015 Letter from Dr. Gregory Bailey |
| 16 | Ron Vitale Deposition |
| 17 | SICC Assistant Warden of Programs Job Description |
| 18 | Defendant Vitale's Response to Plaintiff's First Set of Requests to Admit |
| 19 | Plaintiff's Grievances Materials |
| 20 | Complaints Submitted By Other Prisoners at SWICC (to be filed under seal) |
| 21 | Wexford Operations Policies and Procedures (to be filed under seal) |
| 22 | Wexford Utilization Management Policies and Procedures (to be filed under seal) |
| 23 | Defendants' Privilege Log |
| 24 | Wexford's Supplemental Response to Plaintiff's First Set of Interrogatories |
| 25 | Wilford's Supplemental Response to Plaintiff's First Set of Interrogatories |
| 26 | Dr. Peter Brown CV |
| 27 | Records Related to 2015 Incarceration |