**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# <u>Exhibit 1</u>

| Location | Living Unit (Offender) (Offender) | Job Assignment | Section | Pay Rate | Asgn Status | Primary | Start Date | Planned End Date | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | CAR WASH , ATTENDANT-TAY693410674 | 1 | SKW/A/1.43 | ACTIVE | Yes | 8/8/2016 | 8/8/2017 | | |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | OUTSIDE CLEARANCE ,PARTICIPANT-TAY916010009 | 1 | NOT PAID | ACTIVE | No | 8/8/2016 | | | |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | SPECIAL NEEDS ,MEDICAL-TAY476419180 | 1 | NOT PAID | ACTIVE | No | 12/23/2015 | 9/1/2017 | | |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | PAROLE SCHOOL (1 MO) , PARTICIPANT-TAY474410009 | 1 | NOT PAID | TERMINATED | No | 9/12/2017 | 9/13/2017 | 9/13/2017 | CMPL OF JOB OR ASGN |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | SUBST ABUSE PROG , PARTICIPANT-TAY475410009 | 1 | | TERMINATED | No | 1/5/2017 | 3/23/2017 | 3/30/2017 | CMPL OF JOB OR ASGN |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | LOSS PRIV ,COMMISSARY-TAY910219104 | 1 | NOT PAID | TERMINATED | No | 8/18/2016 | 8/25/2016 | 8/25/2016 | CMPL OF JOB OR ASGN |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. , STOCKMAN-TAY7060270562 | 27 | DSS/A/0.96 | TERMINATED | Yes | 4/26/2016 | 3/16/2017 | 8/8/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | ASSIGNMENT OFF. ,WAITLISTED-TAY713710001 | 1 | | TERMINATED | No | 1/23/2016 | | 7/30/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | A.B.E. ,STUDENT-TAY1004990490 | 99 | | TERMINATED | No | 3/2/2016 | | 6/15/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | LOSS PRIV ,GYM/YARD-TAY910219138 | 1 | NOT PAID | TERMINATED | No | 6/7/2016 | 6/14/2016 | 6/14/2016 | CMPL OF JOB OR ASGN |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. , SERVERS-TAY7060250171 | 25 | DSS/A/0.96 | TERMINATED | Yes | 3/21/2016 | 3/16/2017 | 4/26/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. ,UTILITY MAN-TAY7060220540 | 22 | DGL/A/0.72 | TERMINATED | Yes | 3/18/2016 | 3/17/2017 | 3/21/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. ,TAYLORVILLE-TAY706029017 | 2 | DGL/A/0.72 | TERMINATED | Yes | 3/16/2016 | 3/17/2017 | 3/18/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | H.U. 3 ,JANITOR-TAY7167350270 | 35 | GLB/A/0.72 | TERMINATED | Yes | 2/1/2016 | 2/1/2017 | 3/16/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. , SERVERS-TAY7060360171 | 3 | DGL/A/0.72 | TERMINATED | Yes | 1/19/2016 | 1/19/2017 | 2/1/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | H.U. 5 ,JANITOR-TAY7169220270 | 22 | GLB/A/0.72 | TERMINATED | Yes | 1/14/2016 | 1/14/2017 | 1/19/2016 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. ,UTILITY MAN-TAY7060320540 | 32 | DGL/A/0.72 | TERMINATED | Yes | 1/6/2016 | 1/6/2017 | 1/14/2016 | BY COMMUTATION |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | ORIENTATION ,PARTICIPANT-TAY703910009 | 1 | NOT PAID | TERMINATED | No | 12/23/2015 | | 1/14/2016 | CMPL OF JOB OR ASGN |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. , SERVERS-TAY7060360171 | 3 | DGL/A/0.72 | TERMINATED | Yes | 1/4/2016 | 1/4/2017 | 1/6/2016 | CMPL OF JOB OR ASGN |
| GRAHAM:GRAHAM R&C | TAY:TAY:03:B:09:L10 | DIAGNOSTIC ,PARTICIPANT-GRC703510009 | 1 | | TERMINATED | Yes | 10/8/2015 | | 12/23/2015 | TRANSFER |
| GRAHAM:GRAHAM R&C | TAY:TAY:03:B:09:L10 | SUBS ABUSE SCREENING ,SCREENED-GRC940019204 | 1 | | TERMINATED | No | 10/8/2015 | | 10/8/2015 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | SUBS ABUSE SCREENING ,WAITLISTED-SWC940080001 | 8 | | TERMINATED | No | 1/16/2015 | | 9/15/2014 | PAROLED |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | UNASSIGNED ,PARTICIPANT-SWC710010009 | 1 | | TERMINATED | Yes | 9/4/2014 | | 9/15/2014 | PAROLED |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | GATEWAY ,SA PHASE 3 AM-SWC477913013 | 1 | | TERMINATED | No | 6/5/2013 | | 9/15/2014 | PAROLED |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | SANITATION CREW ,SPECIALIST-SWC7046100870 | 10 | SKW/A/1.43 | TERMINATED | Yes | 1/17/2014 | | 9/4/2014 | QUIT |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | LOSS PRIV ,GYM/YARD-SWC910219138 | 1 | | TERMINATED | No | 8/11/2014 | 8/24/2014 | 8/24/2014 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | LOSS PRIV ,COMMISSARY-SWC910219104 | 1 | | TERMINATED | No | 8/11/2014 | 8/24/2014 | 8/24/2014 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | LOSS PRIV ,GYM/YARD-SWC910219138 | 1 | | TERMINATED | No | 7/14/2014 | 7/20/2014 | 7/20/2014 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | LOSS PRIV ,GYM/YARD-SWC910219138 | 1 | | TERMINATED | No | 5/26/2014 | 6/8/2014 | 6/8/2014 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | LOSS PRIV ,COMMISSARY-SWC910219104 | 1 | | TERMINATED | No | 5/26/2014 | 6/8/2014 | 6/8/2014 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | G.E.D. I ,STUDENT-SWC127460490 | 6 | | TERMINATED | No | 1/15/2014 | | 3/4/2014 | QUIT |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | G.E.D. I ,STUDENT-SWC127450490 | 5 | | TERMINATED | Yes | 1/13/2014 | | 1/14/2014 | ROUTINE ASSIGN CHANG |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | SANITATION CREW ,SPECIALIST-SWC7046120870 | 12 | SKW/A/1.43 | TERMINATED | Yes | 12/13/2013 | | 1/12/2014 | ROUTINE ASSIGN CHANG |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | SANITATION CREW ,SPECIALIST-SWC7046100870 | 10 | SKW/A/1.43 | TERMINATED | Yes | 11/18/2013 | | 12/12/2013 | ROUTINE ASSIGN CHANG |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | LOSS PRIV ,GYM/YARD-SWC910219138 | 1 | | TERMINATED | No | 11/4/2013 | 11/17/2013 | 11/17/2013 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | LOSS PRIV ,COMMISSARY-SWC910219104 | 1 | | TERMINATED | No | 11/4/2013 | 11/17/2013 | 11/17/2013 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | UNASSIGNED ,PARTICIPANT-SWC710010009 | 1 | | TERMINATED | Yes | 9/19/2013 | | 11/17/2013 | ROUTINE ASSIGN CHANG |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | CAREER TECHNOLOGIES ,STUDENT-SWC021220490 | 2 | | TERMINATED | Yes | 7/22/2013 | | 9/18/2013 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | UNASSIGNED ,PARTICIPANT-SWC710010009 | 1 | | TERMINATED | Yes | 5/16/2013 | | 7/21/2013 | ROUTINE ASSIGN CHANG |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | GATEWAY ,SA PHASE 2 AM-SWC477913012 | 1 | | TERMINATED | No | 2/14/2013 | | 6/4/2013 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | COL-ACADEMIC DEVELOPMENT ,STUDENT-SWC011820490 | 2 | | TERMINATED | Yes | 3/11/2013 | | 5/16/2013 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | ORIENTATION , PARTICIPANT-SWC703920009 | 2 | | TERMINATED | Yes | 1/19/2013 | | 3/10/2013 | ROUTINE ASSIGN CHANG |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | GATEWAY ,SA PHASE 1 AM-SWC477913011 | 1 | | TERMINATED | No | 1/16/2013 | | 2/13/2013 | CMPL OF JOB OR ASGN |
| SOUTHWESTERN ILLINOIS:SOUTHWESTERN ILLINOIS | TAY:TAY:03:B:09:L10 | ORIENTATION , PARTICIPANT-SWC703910009 | 1 | | TERMINATED | No | 1/16/2013 | | 1/18/2013 | CMPL OF JOB OR ASGN |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | SUBS ABUSE SCREENING ,WAITLISTED-TAY940080001 | 8 | | TERMINATED | No | 6/20/2012 | | 1/16/2013 | TRANSFER |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | H.U. 6 ,JANITOR-TAY7170370270 | 37 | GLB/A/0.72 | TERMINATED | Yes | 12/27/2012 | 12/27/2013 | 1/16/2013 | TRANSFER |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | H.U. 3 ,JANITOR-TAY7167340270 | 34 | GLB/A/0.72 | TERMINATED | Yes | 11/4/2012 | 11/4/2013 | 12/26/2012 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | LOSS PRIV ,COMMISSARY-TAY910219104 | 1 | | TERMINATED | No | 11/9/2012 | 12/9/2012 | 12/9/2012 | CMPL OF JOB OR ASGN |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. ,MACHINE OPERATO-TAY7060130330 | 13 | DSW/A/1.43 | TERMINATED | Yes | 9/14/2012 | 9/13/2013 | 11/3/2012 | DISCIPLINARY CHANGE |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | DIETARY DEPT. , CLEANING SPEC-TAY7060110906 | 1 | DGL/A/0.72 | TERMINATED | Yes | 9/13/2012 | 9/13/2013 | 9/13/2012 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | H.U. 1 ,JANITOR-TAY7165130270 | 13 | GLB/A/0.72 | TERMINATED | Yes | 7/2/2012 | 7/2/2013 | 9/12/2012 | ROUTINE ASSIGN CHANG |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | ORIENTATION ,PARTICIPANT-TAY703910009 | 1 | | TERMINATED | Yes | 6/20/2012 | | 7/1/2012 | CMPL OF JOB OR ASGN |
| TAYLORVILLE:TAYLORVILLE | TAY:TAY:03:B:09:L10 | TRAC 1 ,PARTICIPANT-TAY474010009 | 1 | | TERMINATED | No | 6/24/2012 | 6/27/2012 | 6/27/2012 | CMPL OF JOB OR ASGN |
| GRAHAM:GRAHAM R&C | TAY:TAY:03:B:09:L10 | SUBS ABUSE SCREENING ,WAITLISTED-GRC940080001 | 8 | | TERMINATED | No | 11/17/2011 | | 6/20/2012 | TRANSFER |
| GRAHAM:GRAHAM | TAY:TAY:03:B:09:L10 | DIETARY DEPT. ,WORKER-GRA7060640873 | 64 | SSW/B/0.67 | TERMINATED | Yes | 3/2/2012 | | 6/20/2012 | TRANSFER |
| GRAHAM:GRAHAM | TAY:TAY:03:B:09:L10 | PROTESTANT ,PARTICIPANT-GRA511510009 | 1 | | TERMINATED | No | 5/9/2012 | | 5/21/2012 | ROUTINE ASSIGN CHANG |
| GRAHAM:GRAHAM | TAY:TAY:03:B:09:L10 | PROTESTANT ,PARTICIPANT-GRA511510009 | 1 | | TERMINATED | No | 1/10/2012 | | 4/9/2012 | ROUTINE ASSIGN CHANG |
| GRAHAM:GRAHAM | TAY:TAY:03:B:09:L10 | DIETARY DEPT. ,WORKER-GRA7060370873 | 37 | SSW/B/0.67 | TERMINATED | Yes | 2/28/2012 | | 3/1/2012 | ROUTINE ASSIGN CHANG |
| GRAHAM:GRAHAM | TAY:TAY:03:B:09:L10 | LABOR POOL , DIETARY WORKER-GRA714030170 | 3 | | TERMINATED | Yes | 2/17/2012 | | 2/27/2012 | ROUTINE ASSIGN CHANG |
| GRAHAM:GRAHAM | TAY:TAY:03:B:09:L10 | UNASSIGNED ,PARTICIPANT-GRA710010009 | 1 | | TERMINATED | Yes | 2/13/2012 | | 2/16/2012 | ROUTINE ASSIGN CHANG |
| GRAHAM:GRAHAM | TAY:TAY:03:B:09:L10 | ORIENTATION ,PARTICIPANT-GRA703910009 | 1 | | TERMINATED | Yes | 12/13/2011 | 2/13/2012 | 2/12/2012 | ROUTINE ASSIGN CHANG |
| GRAHAM:GRAHAM R&C | TAY:TAY:03:B:09:L10 | DIAGNOSTIC ,PARTICIPANT-GRC703510009 | 1 | | TERMINATED | Yes | 11/17/2011 | | 12/13/2011 | CMPL OF JOB OR ASGN |
| MENARD:MENARD R&C | TAY:TAY:03:B:09:L10 | SUBS ABUSE SCREENING ,WAITLISTED-MRC940090001 | 9 | | TERMINATED | No | 3/2/2009 | | 8/7/2009 | DISCHARGED |
| GRAHAM:GRAHAM R&C | TAY:TAY:03:B:09:L10 | SUBS ABUSE SCREENING ,WAITLISTED-GRC940070001 | 7 | | TERMINATED | No | 11/12/2007 | | 12/26/2008 | PAROLED |