**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# <u>Exhibit 3</u>

## Page 1

1    IN THE UNITED STATES DISTRICT COURT FOR THE
2          SOUTHERN DISTRICT OF ILLINOIS
3             EAST ST. LOUIS DIVISION
4
5    GERRY ARMBRUSTER,            )
6        Plaintiff,              )
7    vs.                        ) No. 16 C 0544
8    WEXFORD HEALTH SOURCES, et al., )
9        Defendants.            )
10
11         DEPOSITION OF LORETTA WILFORD
12        TAKEN ON BEHALF OF THE PLAINTIFF
13             NOVEMBER 13, 2017
14
15
16    (Starting time of the deposition:  2:23 p.m.)
17
18
19
20
21
22
23
24
25

## Page 3

1    IN THE UNITED STATES DISTRICT COURT FOR THE
2          SOUTHERN DISTRICT OF ILLINOIS
3             EAST ST. LOUIS DIVISION
4
5    GERRY ARMBRUSTER,            )
6        Plaintiff,             )
7    vs.                 ) No. 16 C 0544
8    WEXFORD HEALTH SOURCES, et al., )
9        Defendants.           )
10
11
12
13         DEPOSITION OF LORETTA WILFORD, produced,
14    sworn and examined on November 13, 2017 between the
15    hours of 2:00 p.m. and 8:00 p.m. of that day at the
16    offices of Cassiday Schade LLP, 100 North Broadway,
17    St. Louis, Missouri 63102, before Christine Hoenig,
18    a Missouri Certified Shorthand Reporter within and
19    for the State of Missouri, in a certain cause now
20    pending in the above matter.
21
22
23
24
25

## Page 2

1              I N D E X
2                          PAGE
3    QUESTIONS BY:
     MS. ROCHE                  5
4    MR. BOOSE                 194
     MS. KINKADE               201
5    MS. ROCHE                 212
     MS. KINKADE               217
6    MS. ROCHE                 218
7
8           E X H I B I T S
9
     EXHIBIT      DESCRIPTION      PAGE
10   Exhibit 1    Medical records   135
11
     (Original exhibits retained by the court reporter to
12      be copied and attached to the transcript.)
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1
2           A P P E A R A N C E S
3    FOR THE PLAINTIFF:
        Ms. Katie Roche
        Loevy & Loevy
4       311 N. Aberdeen Street, 3rd Floor
        Chicago, Illinois 60607
5       312-243-5900
6
        Ms. Sarah Grady  (via telephone)
7       Loevy & Loevy
        311 N. Aberdeen Street, 3rd Floor
8       Chicago, Illinois 60607
        312-243-5900
9
    FOR THE DEFENDANT WEXFORD HEALTH SOURCES:
10      Ms. Jaclyn Kinkade
        Cassiday Schade LLP
11      100 North Broadway, Suite 1580
        St. Louis, Missouri 63102
12      314-241-1377
13
    FOR DEFENDANT VITALE:
14      Mr. Max Boose  (via telephone)
        Office of the Attorney General
15      500 South 2nd Street
        Springfield, IL 62701
16      217-782-1090
17
    Ms. Christine Hoenig, CCR
18  ALARIS Litigation Services
    711 North Eleventh Street
19  St. Louis, Missouri, 63101
    (314) 644-2191
20
21
22
23
24
25

1 (Pages 1 to 4)

LORETTA WILFORD  11/13/2017

## Page 5

1   IT IS HEREBY STIPULATED AND
2   AGREED by and between counsel for Plaintiff and
3   counsel for the Defendant that this deposition
4   may be taken in shorthand by Christine Hoenig,
5   Certified Court Reporter, and afterwards
6   transcribed into typewriting; and that the signature
7   of the witness is waived.
8                   *  *  *  *  *
9               LORETTA WILFORD,
10   Of lawful age, produced, sworn and
11   examined on behalf of the plaintiff, deposes and
12   says:
13               EXAMINATION
14   QUESTIONS BY MS. ROCHE:
15       Q   Hi.  Can you please state and spell your
16   name for the record?
17       A   Loretta Wilford.  L-O-R-E-T-T-A.
18           MR. BOOSE:  I apologize.  Can we move the
19   mic closer to the deponent?
20       A   You got the first name?
21           MS. ROCHE:  Did you get the first name?
22       Q   (By Ms. Roche) Yeah.  Go ahead.
23       A   Wilford.  W-I-L-F-O-R-D.
24       Q   Great.  My name's Katie.  I'm an attorney
25   for the plaintiff Gerry Armbruster.  Have you ever

## Page 6

1   given a deposition before?
2       A   No.
3       Q   Okay.  So I'm just going to go through a
4   little bit of what a deposition is and then go
5   through a few rules that just sort of will help us
6   get through this as quickly and efficiently as
7   possible.  A deposition is just like giving trial
8   testimony, except it's less formal.  The lawyers
9   here will take turn -- take turns asking questions,
10   and you'll provide answers to the best of your
11   knowledge.
12           Sometimes a lawyer may make an objection,
13   but you will still be required to answer the
14   question.  So it's a little bit different than, you
15   know, usually how you see at a trial, where if
16   someone objects, a judge rules, and maybe you don't
17   have to answer.  In a deposition, you do have to
18   answer, even if an objection is made for the record.
19   And there is a court reporter here that just
20   administered to you an oath.  Do you understand that
21   an oath is the same as if you were in a courtroom in
22   front of a judge?
23       A   Yes.
24       Q   Okay.  And just like in a courtroom, the
25   court reporter is going to be typing and taking down

## Page 7

1   everything that we say for the record.  And it's
2   because the court reporter is here doing so, it's
3   important we don't talk over each other.  I will
4   just ask that you give me the chance to finish
5   asking a question before you start to answer, even
6   if it's obvious where I'm going with something or
7   you just know what my question is going to be.
8           And in the same way, if I think I know
9   what you're going to say, what your answer is, I'll
10   still let you finish before I start asking the next
11   question or following up.  Does that make sense?
12       A   Yes.
13       Q   Your answers will also need to be verbal,
14   said out loud, so try to avoid mm-hmms and uh-huhs,
15   stuff like that.  I know they are tics that we
16   usually use in everyday life.  It's just important
17   for the records that the court reporter can get
18   everything down that you say yes or no.  Just use
19   words out loud.
20           You also have the right to understand the
21   questions that are asked of you, so if I ask any bad
22   questions -- and I'm sure I'll throw a few in
23   there -- that are confusing or you just don't know
24   what I mean, please feel free to ask me to repeat a
25   question if you just can't hear me or to rephrase a

## Page 8

1   question if you don't understand, or, you know, just
2   whatever you need so that you understand what it is
3   that I'm asking of you.  Does that make sense?
4       A   Okay.
5       Q   Okay.  And at the same time, if you answer
6   my questions, I'm going to assume that you
7   understood what I asked.  So, again, just, you know,
8   if I ask anything that you don't understand, just
9   ask me to explain or rephrase it.  I'm happy to.
10           And if you need a break at any time, feel
11   free to ask, and we can take one.  I will just ask
12   that you answer any pending questions.  So if I have
13   asked a question and you need to take break, just
14   whenever you're done answering that question, we can
15   go ahead and take one.  Does all of that make sense
16   to you?
17       A   So far.
18       Q   Great.  Is there any reason that you
19   wouldn't be able to give me fullsome(sic), truthful
20   answers here today?
21       A   No.
22       Q   Okay.  Are there any medical conditions or
23   medications that you're on that would prevent you
24   from giving truthful, wholesome answers?
25       A   No.

LORETTA WILFORD  11/13/2017

|  | Page 9 |
|---|---|
| 1 | **Q** Okay. Anything at all that would affect |
| 2 | your memory? |
| 3 | A Not that I'm aware of. |
| 4 | **Q** Okay. I don't mean to pry. Those are |
| 5 | just questions we have to ask of everyone we depose. |
| 6 | Who did you speak with about your deposition here |
| 7 | today? |
| 8 | MS. KINKADE: Object. Other than me and |
| 9 | anyone from my office. |
| 10 | A Just Jaclyn. |
| 11 | **Q** (By Ms. Roche) Okay. And when did you |
| 12 | speak with Jaclyn? |
| 13 | MS. KINKADE: I'm going to object. You |
| 14 | don't have to answer that. |
| 15 | **Q** (By Ms. Roche) Okay. Have you spoken to |
| 16 | anyone other than Jaclyn about your deposition here |
| 17 | today? |
| 18 | A No. |
| 19 | **Q** Okay. And you understand that you've been |
| 20 | named as a defendant by Mr. Armbruster in this case; |
| 21 | correct? |
| 22 | A Yes. |
| 23 | **Q** Okay. And what is your understanding of |
| 24 | what this lawsuit is about? |
| 25 | A That he had a medical problem that wasn't |

|  | Page 11 |
|---|---|
| 1 | Gerry Armbruster? |
| 2 | A That he would come to sick call and |
| 3 | complain of numbness and tingling in his arm, and he |
| 4 | did it frequently. And he would be referred to Dr. |
| 5 | Shah. |
| 6 | **Q** And how frequently would he come to sick |
| 7 | call to complain of his symptoms? |
| 8 | A Now that I don't remember. |
| 9 | **Q** Can you give me an estimate? |
| 10 | A After a number of times he was seen for |
| 11 | that? |
| 12 | **Q** Mm-hmm. |
| 13 | MS. KINKADE: I'm just going to clarify. |
| 14 | Are you asking that she personally saw him, or that |
| 15 | she knows -- |
| 16 | **Q** (By Ms. Roche) Or just any that you have |
| 17 | knowledge of. That you -- how frequently he would |
| 18 | come. Like, how many times you have knowledge of |
| 19 | that he would complain of these symptoms? |
| 20 | A That's a hard question for me to try to |
| 21 | give an answer to. |
| 22 | **Q** Would you say it was -- well, let's start |
| 23 | here. Do you remember the timeframe of when he |
| 24 | would have these complaints? Do you know |
| 25 | approximately how many months he was coming and |

|  | Page 10 |
|---|---|
| 1 | properly addressed of the numbness and the tingling |
| 2 | in his arms. |
| 3 | **Q** Okay. Anything else? |
| 4 | A No. |
| 5 | **Q** Okay. Do you have an independent memory |
| 6 | of Gerry Armbruster? |
| 7 | A When you say independent, do you mean do I |
| 8 | remember him? |
| 9 | **Q** Yeah. Can you remember him without |
| 10 | looking at any documents? |
| 11 | A I'm not sure. |
| 12 | **Q** You're not sure? What do you mean? |
| 13 | A That if he walked in here, I'm not sure |
| 14 | that I would remember who he was. |
| 15 | **Q** Okay. Do you have an independent memory |
| 16 | of treating someone with his complaints, with his |
| 17 | symptoms? |
| 18 | A Mm-hmm. Yes. |
| 19 | **Q** Yes. Okay. So are you fairly sure that |
| 20 | the person that you remember, even if you don't know |
| 21 | if you would recognize him in person, do you think |
| 22 | you remember treating the person Gerry Armbruster |
| 23 | who named you in this lawsuit? |
| 24 | A Yes. |
| 25 | **Q** Okay. Okay. And what do you recall about |

|  | Page 12 |
|---|---|
| 1 | complaining of his symptoms? |
| 2 | A After he was there for a while. He |
| 3 | started complaining, and I'm sure he complained |
| 4 | until he left, and I don't know how long he was |
| 5 | there. |
| 6 | **Q** Okay. Would you say -- could you say if |
| 7 | it was for less than six months or more than six |
| 8 | months that he was complaining of these symptoms? |
| 9 | A Let me think. Let me think. I want to |
| 10 | say more than six months. |
| 11 | **Q** Okay. And do you have -- |
| 12 | MS. KINKADE: If you don't know, that's |
| 13 | fine too. |
| 14 | MS. ROCHE: I'm sorry what was that? |
| 15 | MS. KINKADE: I said if you don't know an |
| 16 | answer, that's fine too. |
| 17 | MS. ROCHE: Oh, yes. Of course. |
| 18 | **Q** (By Ms. Roche) How often would you say |
| 19 | within those -- we will say however many months it |
| 20 | was, more than six months, how many times per week |
| 21 | could you estimate how many times he would complain |
| 22 | of his symptoms? |
| 23 | A Jesus, are you serious? |
| 24 | **Q** If you can give an estimate. |
| 25 | A Let me say this. When you do sick call, |

3 (Pages 9 to 12)

LORETTA WILFORD  11/13/2017

Page 13

1  you see anywhere from 1 to maybe 23 guys a day.
2  Seven days a week.  And you're asking me to remember
3  this one particular guy and how many times he came
4  to sick call?
5      Q   Just say if you can -- if you have an
6  estimate.
7      A   I'm -- I'm not going to even try an
8  estimate.  But I know he was seen fairly frequently.
9  That's the best answer I can give.
10      Q   And when you say frequently, what does
11  that mean to you?  Like, what is frequently to you?
12      A   Okay.  I'm going to say once a week at
13  least.
14      Q   At least once a week?
15      A   Uh-huh.
16      Q   Okay.  Okay.  And what else do you
17  remember about Gerry Armbruster?
18      A   That he complained to anybody that would
19  listen to him about his arm and his hand, and he
20  didn't want to come to sick call because he didn't
21  want to pay the price.
22      Q   Anything else at all?
23      A   No.  And that's like with most of the guys
24  there.
25      Q   Okay.  And when you say he would complain

Page 14

1  to anyone who would listen I believe you said, who
2  do you know that he complained about his symptoms
3  to?
4      A   You could be going to lunch with people
5  from medical records, and if he could get somebody
6  from medical records to listen to him, he would
7  complain.  That was him.
8      Q   Okay.  Approximately how many times do you
9  remember speaking with Mr. Armbruster about his
10  symptoms that he was experiencing?
11      A   I'm going to say on a regular basis,
12  because I was the sick call nurse just about every
13  week.
14      Q   So when you say on a regular basis, what
15  does that mean?
16      A   I feel that it's safe to say at least once
17  a week.
18      Q   Okay.  And every single time that you saw
19  Mr. Armbruster and he talked about these complaints,
20  did you have an opportunity to write down the
21  symptoms he was saying?
22      A   Mm-hmm.  That was part of my job.
23      Q   Okay.  Every single time?
24      A   Mm-hmm.
25      Q   Okay.  Okay.  Is there anything else at

Page 15

1  all that you remember about Gerry Armbruster?
2      A   No.  I don't recall having any problems
3  with him or anything.
4      Q   Okay.  Okay.  Are there any documents that
5  you think you could review that would refresh any
6  additional independent recollections of Mr.
7  Armbruster?
8      A   When you say documents, you mean -- do you
9  mean nurses' notes?
10      Q   Yeah.  Anything like that at all that you
11  think --
12      A   If you had nurses' notes, and I wrote
13  them, yeah.
14      Q   Okay.  So, like, when you say nurses'
15  notes, you mean, like, in his medical records, or
16  are the nurses' notes separate?
17      A   In his medical record.
18      Q   Okay.  How many patients -- earlier you
19  said a certain number of patients per day that you
20  would see that would come into sick call I believe.
21  What was that number?  Approximately how many?
22      A   I said it could be one a day.  It may be
23  27 a day because you leave some after three o'clock
24  for the next shift to see.
25      Q   Okay.  And so like 1 to 27 patients would

Page 16

1  come in every day to sick call.  Would you see every
2  single one of those 1 to 27 patients that would come
3  in?
4      A   No.  Not if it was 27.  I couldn't.  I
5  didn't have the time.
6      Q   Okay.  So how many patients would you
7  treat on average per day while you were at
8  Southwestern?
9      A   You know, if this makes any sense, it
10  would depend on the complaint of the guys.  If
11  somebody came in with, I'm going to say a legitimate
12  complaint and was really sick, it would take more
13  time.  And then I try and get him in to the doctor's
14  line that same day.  If it was for a cold, I could
15  treat the cold.  It didn't take as much time.  It
16  just depend on -- depended on the guy and the
17  complaint that he had.
18      Q   Okay.  If you had to say on -- on an
19  average week, if there wasn't a guy who came in who
20  took a little bit longer to work with, how many
21  patients on average would you say you saw on a
22  normal week?
23      A   Total on a normal week or a day?
24      Q   We'll start with a day if you can give me
25  an estimate.

4 (Pages 13 to 16)

LORETTA WILFORD  11/13/2017

Page 17

1    A    Once again, that's kind of hard to answer,
2    because it varies.  It just varies.  I might see --
3    yesterday, I might have seen seven, and today at
4    this particular time, I seen ten, and I still got
5    eight more out there to see.  It -- every day
6    varies.
7        Q    So the range -- what would the range --
8    what do you say the range would be?  Like, somewhere
9    between 7 and 20 patients per day?
10       A    If you're going to round out an average?
11       Q    Yeah.
12       A    Okay.  I'd say about 13 or 14.
13       Q    So --
14       A    On one shift.
15       Q    Okay.  So you would treat 13 or 14
16   patients per day on a shift?
17       A    Uh-huh.
18       Q    Okay.  And then some days you might see
19   patients with a little bit more complicated of an
20   issue, and so you might see less on those days?
21       A    Yes.
22       Q    Okay.  So is it safe to say you
23   probably -- strike that.  So how do you think it is
24   that you are able to remember Gerry Armbruster and
25   his spinal cord symptoms, having seen so many

Page 18

1    patients per day and then per week?  Like, what is
2    it about Mr. Armbruster that you remember him?
3        A    For one thing, I had no idea that he had a
4    spinal cord injury.  And secondly, like I said, I
5    can remember him -- every time he saw a nurse, not
6    just me but a nurse, because we would talk about it,
7    he would complain about the numbness.  And when he
8    came to sick call, he was seen, and when he
9    complained about the numbness, it was addressed, and
10   he was referred to the doctor's line.
11       Q    Okay.  And you said that it was talked
12   about among the nurses, like, how often he would
13   complain?
14       A    Well, it's like, I went to lunch, and
15   they -- he would be in the line to go to lunch, he'd
16   holler, "Ms. Loretta, my arm is still numb.  Can I
17   come and see you?"  And my answer would be all you
18   have to do is drop a sick call.  Sometimes he would,
19   and sometimes he wouldn't, because he would have to
20   pay for it.
21       Q    Okay.  So on those occasions, of course,
22   you wouldn't have been able to document those
23   interactions with him when he would tell you about
24   it?
25       A    Right, because I really didn't do anything

Page 19

1    except to tell him to fill out a sick call request,
2    which he knew he should be doing anyway.
3        Q    Okay.  Of course.
4        A    And then, you would walk back, and he'd be
5    going back to the dorm, he'd ask you the same
6    questions, and those are the things that we would
7    talk about.
8        Q    Okay.  So he was pretty persistent?
9        A    Uh-huh.
10       Q    And what would he complain of when you saw
11   him on these occasions, when you would see him in
12   the lunch line?
13       A    Well, he had a bad stomach, if I'm not
14   mistaken.  And then later, that's when the numbness
15   in the arm started.  So, basically, that was it that
16   I can remember.
17       Q    Okay.  So he would complain about
18   numbness?  Would he complain about anything else?
19   You said tingling earlier I think?
20       A    Well, that's numbness.  Tingling and
21   numbness goes hand in hand.
22       Q    Oh, okay.
23       A    Uh-huh.  Like I said, he -- I'm pretty
24   sure he had a bad stomach.
25       Q    Okay.  So was there anything else other

Page 20

1    than the numbness and tingling that he would
2    complain about?
3        A    Not that I remembered.
4        Q    Okay.  Like, when you would see him in the
5    lunch line or walking back and forth from housing I
6    think you said?
7        A    Mm-hmm.
8        Q    Okay.
9        A    That -- that would be his complaint.
10       Q    Okay.  Do you remember the first time that
11   you encountered Mr. Armbruster?
12       A    Uh-uh.
13       Q    Can -- do you have a general idea of
14   maybe, like, what month it was the first time that
15   you met him?
16       A    Girl, that's like asking if I can remember
17   every man with the first encounter.  Uh-uh.  You
18   know something with the inmates -- how can I say
19   this?  Can I say this off the record?
20       Q    No, unfortunately not.  That's okay
21   though.
22       A    Well, I'm going to curse.
23       Q    Okay.
24       A    Some of those guys would wear the hell out
25   of you.  Those are the ones that would stick in your

5 (Pages 17 to 20)

LORETTA WILFORD  11/13/2017

---

### Page 21

1  mind, and he was one of them.  We had a guy that has
2  sclerosis.  He was another one that wear the hell
3  out of you.  And they didn't want to pay for the
4  sick call visit, but yet they wanted to be treated.
5  And I don't know when I first saw him.  I really
6  don't.  I really don't.  I might have seen him the
7  first day that he came to SWICC and did an
8  evaluation on him then.  I don't know.  I don't
9  remember.
10      Q   Okay.  And do you remember the last time
11  that you encountered Mr. Armbruster?
12      A   Last time.  I know he was gone before I
13  retired.
14      Q   Okay.
15      A   But I don't know when he left.  I don't
16  remember when he left.
17      Q   Okay.  So you don't remember the last time
18  that you saw him?
19      A   Uh-uh.
20      Q   Okay.  Have you told me every single piece
21  of personal information -- personal independent
22  memory that you have of Mr. Armbruster?
23      A   I tried my best.
24          MR. BOOSE:  Objection, form.
25      Q   (By Ms. Roche) And you said you had never

### Page 22

1  been deposed before; correct?
2      A   No.
3      Q   Okay.
4      A   I have to think about this.  This is
5  crazy.
6      Q   Have you ever been sued before?
7      A   No.
8      Q   Okay.
9      A   And I've been a nurse since the early 70s.
10      Q   Well, we can actually talk about that.
11  Okay.  So you became a -- what year did you become a
12  nurse?
13      A   I think 1973.  A registered nurse.  I was
14  an LPN before that.
15      Q   Okay.  So you were an L -- when did you
16  become an LPN?
17      A   It was in the early 60s, because one of my
18  sisters taught the course.
19      Q   Okay.
20      A   And I didn't have anything to offer for a
21  job, and I had three kids, and a husband that wasn't
22  working so.
23      Q   Okay.  And where did you take those
24  courses at?
25      A   District 189 for the LPN, and I graduated

### Page 23

1  from State Community College in East St. Louis.
2      Q   That was with the LPN, or for the -- your
3  RN?
4      A   RN.
5      Q   Okay.  And that was 1973 you said?
6      A   Oh, wait a minute.  '73.  '74.  I went to
7  SIU, and that was -- I think I quit there.  I
8  thought I wanted to go ahead and get a four-year
9  degree in nursing.
10      Q   Mm-hmm.
11      A   But I just got tired of school.
12      Q   Okay.  So you have -- you got you your
13  associate's degree?
14      A   Mm-hmm.
15      Q   Okay.  To be a registered nurse.  Okay.
16  And that was in 1973 or '74?
17      A   Yes.  Uh-huh.
18      Q   Okay.  And immediately following your
19  graduation with your RN in 1973 or 1974, where did
20  you first work?
21      A   Christian Welfare Hospital.
22      Q   And how long did you work there for?
23      A   Until they closed.  As -- I came out of
24  nursing school and walked right into a position -- a
25  managerial position.

### Page 24

1      Q   Okay.  And when did they -- when did
2  Christian Welfare close?
3      A   Good Lord.  Oh, I will say in the mid-80s.
4      Q   And where did you work next?
5      A   In the same building, but it was reopened
6  as Community Hospital, and I also worked at St.
7  Mary's Hospital in East St. Louis.
8      Q   How long did you work at Community
9  Hospital for?
10      A   Until it closed for good.  And that was
11  '89.  '89-'90.  Somewhere in there.
12      Q   Okay.  And did you work at St. Mary's
13  Hospital next?
14      A   No.  I worked a job and a half.
15      Q   A job and a half?
16      A   I worked part-time at St. Mary's.
17      Q   Okay.  So -- so after Community
18  Hospital -- oh, you worked part-time at St. Mary's
19  while you were working at Community Hospital?
20      A   Uh-huh.
21      Q   Okay.
22      A   And when Community closed, I stayed at St.
23  Mary's full-time and then went to Touchette.  Well,
24  it's not Touchette anymore.
25      Q   Can you spell that for me?

6 (Pages 21 to 24)

LORETTA WILFORD  11/13/2017

## Page 25

1    A   Touchette?  T-O-U-C-H-E-T-T-E.

2    Q   Okay.  And that's a hospital as well?

3    A   I'm sorry.

4    Q   Is that a hospital as well?

5    A   Mm-hmm.

6    Q   Okay.

7        MR. BOOSE:  Is that a yes, for the record?

8    A   I'm sorry.  Yes.

9    Q   (By Ms. Roche) And so you worked at St.

10  Mary's from like '89 or '90 until when?

11    A   Early 90s, because I left Touchette in '95

12  to go to the prison.  I will say '92. '93.

13    Q   And then you were at Touchette from

14  '92-'93 until '95 you just said?

15    A   Uh-huh.

16    Q   And where did you go in '95?

17    A   Out to the prison.

18    Q   Which prison?

19    A   Southwestern.

20    Q   You went to Southwestern Correctional in

21  1992?

22    A   I went full-time in '95.

23    Q   Oh, I'm sorry.  In 1995?

24    A   Mm-hmm.

25    Q   Okay.

## Page 26

1    A   I was working there part-time before that.

2    Q   So were you working as a registered nurse

3  at all of these hospitals?

4    A   Mm-hmm.

5    Q   Okay.

6        MR. BOOSE:  Is that a yes?

7    A   Yes.  I'm sorry.

8        MS. KINKADE:  It's okay.

9        MR. BOOSE:  Just trying to keep the record

10  clean.  Nothing personal.

11    A   Okay.

12    Q   (By Ms. Roche) Okay.  You started at

13  Southwestern Correctional in 1995.  Was that as an

14  RN as well?

15    A   Yes.

16    Q   Okay.  And you said you worked part-time

17  then?

18    A   No.  When the prison opened in -- okay.

19  The prison must have opened in '95.  I was hired

20  before it opened.

21    Q   Okay.

22    A   And then when I left Touchette, I went --

23  I just started working full-time at the prison

24  because the money was better, and then I didn't work

25  anywhere else after that until I retired.

## Page 27

1    Q   Okay.

2    A   Okay.

3    Q   Okay.  So you worked at Southwestern from

4  like 1995 until you retired in what year?

5    A   I'm going to say twenty -- 2014.

6    Q   Okay.  So you were at Southwestern for a

7  long time?

8    A   Mm-hmm.

9    Q   All right.  And so prior to 1995, when you

10  started working at Southwestern, have you ever

11  worked in a correctional setting before?

12    A   No.

13    Q   Okay.  Okay.  Are you still a licensed

14  registered nurse?

15    A   No.

16    Q   Okay.

17    A   When I retired, I didn't try to renew my

18  license.

19    Q   Okay.  And I'm assuming --

20    A   I'm a 76-year-old.

21    Q   Are you -- so I'm assuming you're not

22  licensed in any other states?

23    A   No.

24    Q   Have you ever been disciplined by the

25  regulatory body that oversees the practice of

## Page 28

1  medicine in the state of Illinois?

2    A   No.

3    Q   Okay.  Have you ever lost your nursing

4  license in the state of Illinois for any reason?

5    A   No.

6    Q   Okay.  Have you ever lost your nursing

7  license in any state?

8    A   No.

9    Q   Okay.  Were you board certified to

10  practice nursing in any field of medicine?

11    A   Yes.

12    Q   Okay.  And when were you -- when did you

13  first get board certified?

14    A   When I graduated in '73-'74.

15    Q   Okay.

16    A   Wait a minute.  What do you mean when you

17  said board certified?

18    Q   Like, when you get certified.  Like, to be

19  licensed to practice somewhere.

20    A   Okay.

21    Q   When you get -- like, pass your boards and

22  whatnot.

23    A   Okay.  Yeah.

24    Q   Okay.  And how often, if at all, did you

25  have to get recertified?

ALARIS LITIGATION SERVICES

www.alaris.us      Phone: 1.800.280.3376      Fax: 314.644.1334

LORETTA WILFORD  11/13/2017

## Page 29

1      A   I never had to be recertified.
2      Q   Okay.
3      A   All we had -- all we have to do is just
4   renew your license, and now you have to have so many
5   CEUs before you get your license renewed.
6      Q   And how often do you have to get your
7   license renewed?
8      A   Then, it was like every three years.
9      Q   Okay.  And you said in order to get -- to
10   renew your license you had to pass your CEUs?
11      A   You had to have so many CEUs.
12      Q   And what's a C --
13      A   CEU?
14      Q   Yeah.  What is that?
15      A   Continuing education units I believe, and
16   that's where you -- how can I explain this?  You
17   would get booklets, and you would have to complete
18   the test at the end of the booklets, you know, like,
19   in certain categories, and send it back to the
20   state, and if they were up to par, then you got
21   credit for them.  If not, then you had to redo them.
22      Q   Okay.  And did you always get your license
23   renewed every time you went to get it renewed?
24      A   Girl, yes.
25      Q   Okay.  And have you ever been fired or

## Page 30

1   demoted from any job while you were practicing as a
2   registered nurse?
3      A   I got fired once in my life.
4      Q   And where did you get fired from?
5      A   St. Mary's.  Wait a minute.  I don't know
6   if that was really fired.  I was a case manager.
7      Q   Okay.
8      A   And there was a lot of paperwork.  And I
9   didn't like doing all that paperwork.  I wasn't
10   getting any satisfaction.  So I got kicked out of
11   case management and sent back to the floor.
12      Q   And how long did you work on the floor
13   after you were kicked out of case management?
14      A   It wasn't a year because I went to
15   Touchette and became an evening supervisor.
16      Q   Okay.  And whose decision was it for you
17   to leave St. Mary's?
18      A   Mine.
19      Q   Okay.  And have you ever received any
20   discipline while working any job while you were
21   working as an RN?
22      A   I'm sure I have.
23      Q   Do you remember any?
24      A   You know, this is not going to sound so
25   nice.  But back then, if I did something like -- and

## Page 31

1   I did not always curse -- like, a Director of Nurses
2   told me to shut up in a meeting one time, and I quit
3   right then, and then I ran across the street and got
4   hired at St. Mary's.  That's how I would do things.
5   So how can I answer that?
6      MS. KINKADE:  Just do you remember ever
7   being disciplined formally?
8      A   No, not formally, because I never gave
9   them a chance.
10      Q   (By Ms. Roche) And what about any oral
11   reprimands?  You know, did you ever get orally
12   reprimanded by a supervisor or a boss at any point
13   while you were working as a registered nurse?
14      A   Not as --
15      MR. BOOSE:  Objection.
16      Q   (By Ms. Roche) Go ahead.
17      A   Well, see, that's the thing.  I always had
18   a managerial position, and the only somebody that
19   could discipline me would be the Director of Nurses
20   or somebody higher up, and I never did stupid stuff.
21   So I guess I am being honest when I can honestly say
22   no.  I would just get mad and quit.  But, like I
23   said, then you could run across the street and get
24   another job.
25      Q   Okay.  Do you remember a time in

## Page 32

1   January 2015 when you were orally reprimanded for
2   attendance matters?
3      A   Oh, yes.
4      Q   Yeah?
5      A   Because I was late every day.
6      Q   Okay.  And who orally reprimanded you?
7      A   Nona -- Nona Hohnsbehn.  N-O-N-A. H-O-N.
8   H-O-N-S.  Shit.  I don't know either.  B-E-I-N-E.
9      Q   B-E-H-N I think maybe?
10      A   That -- that's close.
11      Q   Okay.  And do you remember a time in 2013
12   when you got a performance evaluation that said you
13   needed to remain professional with offenders at all
14   times?
15      A   That was for cussing.
16      Q   That was for cussing?
17      A   Mm-hmm.
18      Q   Okay.  Do you remember if it had anything
19   to do with anything else?
20      A   No.
21      Q   Okay.
22      A   Did it -- did it say it had something to
23   do with something else?
24      MS. KINKADE:  No, she was just asking you
25   if you remember any.

8 (Pages 29 to 32)

LORETTA WILFORD  11/13/2017

## Page 33

1  Q  (By Ms. Roche) Yeah.  If you remember?
2  A  Uh-uh.
3  Q  Okay.
4  A  I did remember Nona telling me that.
5  Q  Okay.  And do you remember during the same
6  time period getting a performance evaluation that
7  said you could better utilize your time to complete
8  daily tasks?
9  A  No, but if it says.
10  Q  Okay.  That's okay if you don't remember.
11  Do you remember if anyone ever spoke with you about
12  these things?
13  MS. KINKADE:  We're still talking about
14  2013?
15  Q  (By Ms. Roche) Yeah.
16  A  Yeah, but I'm trying to remember about
17  somebody telling me that I needed to do more time.
18  Make my time -- better use of my time.  I don't
19  remember that one, but I'm sure it happened.
20  Q  Okay.  That's fine.  And so you said you
21  retired; correct?  When did you retire?
22  A  Twenty -- August the 11th, 2014.
23  Q  2014.
24  A  '15.
25  MS. KINKADE:  '15.

## Page 34

1  Q  (By Ms. Roche) Okay.
2  A  Okay.
3  Q  So August 31, 2015 did you say?
4  A  No.  I said 11, but you're right.  It's
5  the 31st.
6  Q  Okay.  And you retired from working at
7  Southwestern; correct?
8  A  Yes.
9  Q  And you were employed by Wexford at the
10  time; correct?
11  A  Yes.
12  Q  When were you first employed by Wexford?
13  A  When they won the contract for the state.
14  Q  Do you know when that was?
15  A  Oh, God.  That was -- Wexford won the
16  contract twice.  Maybe 209-210(sic).  Somewhere in
17  there.
18  Q  Okay.  But you are certain that you were
19  hired by them the first time that they got the
20  contract; correct?
21  A  Mm-hmm.
22  Q  Okay.
23  A  Yes.
24  Q  Okay.  And was your reason to leave your
25  decision or someone else's?

## Page 35

1  A  Mine.
2  Q  Okay.  And why did you decide to leave?
3  A  Because I had a bad hip.  I needed a hip
4  replacement.
5  Q  Okay.  And when you first began working at
6  Wexford -- or at Southwestern, I'm sorry -- what was
7  your job title at that time?
8  A  When I was hired, I was hired as a staff
9  nurse.  And I guess they had been open for maybe a
10  year.  I was asked to be the supervisor.
11  Q  And did you accept?
12  A  Yeah, for maybe a year.  If a year.
13  Q  And after that year that you were a
14  supervisor, what happened then?
15  A  I resigned from that position.
16  Q  Okay.  And what title did you have after
17  that?
18  A  Staff nurse.
19  Q  Okay.  And why did you resign from that
20  position?
21  A  Because somebody that I thought was a
22  close friend -- oh -- was a snake, and I had gotten
23  to a point where I was ready to bleed her ass, and
24  she knew it.  So I -- I had to -- either that or Ann
25  and I would have gotten into a fight.

## Page 36

1  Q  Okay.  And she -- was she your equal at
2  that time, or was she a supervisor?
3  A  No, she was a staff nurse, but we had
4  worked together at Touchette for some years.  I
5  mean, she was just resentful, and anything that I
6  tried to do, she would undermine it so.
7  Q  Okay.  And so that was -- I forget what
8  year you said you started at?
9  A  I thought this was about Armbruster.
10  Q  I know.  We have to go through a whole
11  bunch of history before we get to Armbruster.  So
12  you were a supervisor you would say around '96-'97?
13  A  Mm-hmm.
14  Q  Okay.  And then after that you were a
15  staff nurse?
16  A  Mm-hmm.
17  Q  How long did you keep that title?
18  A  Staff nurse?
19  Q  Mm-hmm.
20  A  Until I retired.
21  Q  Okay.  And did you always work full-time
22  while you worked at Southwestern?
23  A  I started off part-time.
24  Q  Okay.  And then when did you go -- turn to
25  full-time?

9 (Pages 33 to 36)

LORETTA WILFORD  11/13/2017

## Page 37

1    A   It was in '95.  Wait a minute.  '95 it
2  opened.  I will say about three years after that.
3    Q   Okay.  And then so after the first three
4  years that you worked part-time, did you work
5  full-time the remainder of the years you worked?
6    A   Yes.
7    Q   Okay.  And I know your title was staff
8  nurse, but did you still work as a registered nurse?
9    A   Yes.
10    Q   Okay.  Did your job duties and
11  responsibilities change in any way from the time
12  that you first started working at Southwestern until
13  you retired?
14    A   No.  There was some improvements.
15    Q   What do you mean by improvements?
16    A   Well, the way the unit was ran -- like
17  sick call, normally who was the Healthcare Unit
18  Administrator at that time brought in some good
19  improvements.  Do I have to try to remember what
20  they were?
21    Q   So did the improvements have to do with
22  your duties or responsibilities that you had?
23    A   Yes.
24    Q   So, yeah.  Whatever you can remember.
25    A   You know, there was some changes in the

## Page 38

1  way sick call was ran.  And it was beneficial to the
2  inmates.
3    Q   Can you explain that to me?
4    A   Well, when they come in, and they have a
5  complaint, you have -- what do you call that sheet?
6  Protocol sheet that you get to address the
7  complaint.  The protocol sheets were improved.  They
8  had more questions.  You got more investigation when
9  you finished with the protocol sheets.
10    Q   And what year was that?  I'm sorry if I
11  cut you off, if you were going to continue with that
12  thought.
13    A   What year was that?  The only thing I can
14  say in the 90s, because the improvements on those
15  protocol sheets were made two or three times by
16  different supervisors or Healthcare Unit
17  Administrators.
18    Q   Okay.  And so your responsibilities and
19  duties changed because you were then required to
20  follow the new protocol sheets?  Is that what you're
21  saying?
22    A   Uh-huh.  All of us did.
23    Q   Okay.  Any other job duty or
24  responsibility changes during the period that you
25  worked at Southwestern?

## Page 39

1    A   Not that I can remember.
2    Q   Okay.  Were your job duties and
3  responsibilities different the year you were a
4  supervisor?
5    A   Well, yeah, because I was a supervisor.
6    Q   Can you tell me a little bit about how
7  your duties and responsibilities were different the
8  year that you were a supervisor?
9    A   Being a supervisor, you were responsible
10  to make sure that all three shifts were covered
11  properly with staff.  You had to do the schedule to
12  give people their off days, try to set up something
13  so that they could have some kind of education.  Oh,
14  Jesus, what else did I do there?  Just try to make
15  sure that things were ran the way that they were
16  supposed to have been ran.
17    Q   Okay.  And can you tell me your job duties
18  and responsibilities when you were a staff nurse?
19    A   Depending on your assignment.  If I was a
20  sick call nurse for the day, it was my
21  responsibility to see the inmates with sick call.
22  Anybody that came in as a quote/unquote emergency, I
23  had to see, do the referrals to the doctor, make
24  sure that all incoming labs were with the charts.
25  What else did I do?  Take orders off, schedule

## Page 40

1  tests, that kind of stuff.
2    Q   Okay.  And so that was when you were at
3  sick call.  Do you -- was there a certain period of
4  time you were a staff nurse in the sick call
5  assignment?
6    A   What do you mean?  For the day or?
7    Q   Well, maybe you tell me.  How did that
8  work?  Were you given --
9    A   I was a sick call nurse the whole shift.
10    Q   So would your job assignment change every
11  different day that you worked or maybe per week?
12  Like, how often would you be given an assignment?
13    A   Sometimes we would rotate.  At first,
14  everybody had to do a certain amount of time in sick
15  call, a certain amount of time as a med nurse, and
16  then a certain amount of time as the doctor's
17  assistant.  We rotated that.
18      Then we got a new supervisor.  Don't ask
19  me what year.  But that kind of changed.  Then we
20  got another supervisor.  Not another supervisor, but
21  Nona came in as the Healthcare Unit Administrator.
22  One nurse in particular became the med nurse.  That
23  was Melissa.  I got stuck with being the med nurse,
24  and Phyllis was the doctor's assistant.
25    Q   And that's Phyllis Maston?

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

LORETTA WILFORD  11/13/2017

## Page 41

1    A    Mm-hmm.

2    Q    And she was the --

3    A    She would work with Dr. Shah.

4    Q    And do you remember what time period this

5    was?

6    A    Basically, every day that we worked.

7    Q    So, like, when did that happen?  Was it

8    right when Nona Hohnsbehn started?

9    A    It wasn't right when she started, but when

10   she learned our -- she observed everybody and what

11   they were doing, and she just tried to put everybody

12   where they would work best perform.

13   Q    Okay.

14   A    That's what happened there.

15   Q    Okay.  And what was a med nurse?  You said

16   you were a med nurse?

17   A    Not that often, thank God.

18   Q    How often would you be a med nurse?

19   A    When Melissa would be off.  And then that

20   was rotated for a while between Phyllis and I.

21   Q    And what was your assignment when you were

22   not filling in for --

23   A    The med nurse.

24   Q    -- the med nurse?

25   A    Sick call nurse.

## Page 42

1    Q    Sick call nurse?  So was being a sick call

2    nurse your main title?

3    A    Basically, yes.

4    Q    Okay.  And how many years was that for?

5    A    I will say for maybe two years.

6    Q    Okay.  And do you remember when those two

7    years was?  Do you remember what years?

8    A    The last two years that I worked.

9    Q    Okay.  And so prior to that, from like at

10   some point in 2013 and prior, it was the rotating

11   system?

12   A    Mm-hmm.

13   Q    Okay.  And the rotating system was either

14   the doctor's assistant, the sick call nurse, or a

15   med nurse?

16   A    Right.

17   Q    And what's a med nurse?

18   A    She passes the medicines.

19   Q    Okay.  And would -- would the prisoners

20   come to her or?

21   A    Yes.

22   Q    Okay.  Okay.  And what does the sick call

23   nurse do?  What are the job duties and

24   responsibilities of a sick call nurse?

25   A    Okay.  At twelve o'clock, and I'm starting

## Page 43

1    at twelve o'clock noon, you have to go to the

2    cafeteria where the inmates eat, and go to the sick

3    call box, get the sick calls out of there, go

4    through them and sort them because it would be for

5    sick call, medical records, or the dentist.  I would

6    give the dental department their requests and

7    medical records their requests, get the sick calls,

8    put them in the computer to send the guys a call

9    pass for 7:30 a.m. the next morning.

10        Medical records would pull the necessary

11   charts for the -- well, the charts for the guys that

12   was coming for sick call.  I, in turn, got the

13   charts, got the guys, and I would call them one by

14   one, and naturally, you had your routine.  You would

15   get them in there and got their weight, do their

16   vital signs, then listen to their complaint, and you

17   did what needed to have been done with each

18   complaint.

19   Q    Okay.  And so you would go and pick up the

20   sick call requests out of the box in the cafeteria

21   you said?

22   A    Mm-hmm.

23   Q    Would you do that every day at noon?

24   A    Basically, yeah.  And if I didn't do it,

25   somebody in dental -- somebody would get them, but

## Page 44

1    it was my responsibility to be sure that sick

2    call -- well, the requests box was empty.

3    Q    Okay.  And then you said you would put the

4    requests into the computer?

5    A    Mm-hmm.

6    Q    Okay.  And what would happen when you put

7    them into the computer?  Was it just a log?

8    A    It would generate a -- well, it would

9    generate a call pass with the inmates that would be

10   sent to each housing unit, and everybody in each

11   housing unit that has filled out a sick call request

12   would get their request, and that would give them a

13   pass to come to healthcare.

14   Q    Okay.  Okay.

15   A    And then, like I said earlier, anybody

16   that came over that came as an emergency, I would

17   have to see.  If somebody got hurt in the yard, or

18   the gym, or something happened to somebody in the

19   housing unit, the sick call nurse and the one other

20   nurse would respond to -- the code three would be an

21   emergency sick call in the housing unit or the yard

22   and the gym.  Or somebody would send somebody to

23   healthcare because they really wasn't feeling good.

24   I would have to see them.

25   Q    Okay.  And was there anywhere that the

11 (Pages 41 to 44)

LORETTA WILFORD  11/13/2017

Page 45

1  sick call requests were stored?
2      A   Yes.
3      Q   And where were they stored?
4      A   In medical records.  No, I'm sorry, it
5  wasn't medical records.  They were put in an
6  accordion file by the month.
7      Q   By what?
8      A   By the month.
9      Q   By the month.  Okay.
10     A   Uh-huh.  And after the 12 slots were
11  filled, they were taken and put in another locked
12  file cabinet that was located in the females'
13  restroom.  And we had to keep those requests on file
14  I think for three years, and then not only that,
15  when you get the sick call requests, there's a book
16  or log that you have to enter the inmate's name and
17  number and his reason for coming to sick call.
18     Q   And you said that's a log, like when --
19  when a prisoner presents himself to sick call?  His
20  name and number and the reason he is visiting is put
21  into that log?
22     A   Yes.
23     Q   Okay.  And so that's done at the time they
24  show up at sick call, not when you get the sick call
25  slip?

Page 46

1      A   No.  It's when we get the sick call slips.
2      Q   Okay.
3      A   Uh-huh.
4      Q   Okay.  And does it just log the
5  information about the sick call slip, or does it
6  assign, like, an appointment time to that prisoner?
7      A   Well, whatever is picked up at
8  twelve o'clock noon today is scheduled for tomorrow.
9      Q   Okay.
10     A   Mm-hmm.
11     Q   Okay.
12     A   And that's done seven days a week.
13     Q   And you said the -- the sick call slips
14  were stored in the female bathroom in the locked
15  filing cabinet; correct?
16     A   Mm-hmm.
17     Q   Which female bathroom was that?
18     A   We only have one.
19         MR. BOOSE:  Can we clarify that's a yes,
20  please?
21         MS. KINKADE:  Did you say yes?  You said
22  mm-hmm.
23     A   Yes.  I'm sorry.
24     Q   (By Ms. Roche)  Okay.  And so the female
25  bathroom, was that the female bathroom just for the

Page 47

1  nurses' office or the healthcare unit?
2      A   Just for the healthcare unit.
3      Q   Okay.  And were patients -- did they have
4  access to that bathroom?
5      A   No.  Inmates didn't use that.
6      Q   Okay.  So it was like the nurses' female
7  bathroom?
8      A   Yes.
9      Q   Okay.
10     A   And then there was a bathroom for the men,
11  but the inmates weren't allowed to use it.  There
12  was an infirmary there.  If they really had to go,
13  they could go to the infirmary, or they were sent
14  back to the housing unit.
15     Q   Okay.  Okay.  Now was every prisoner who
16  wrote a sick call slip, no matter what the complaint
17  was, was every single -- strike that.  That was a
18  confusing question.  For every sick call slip that
19  you got and logged, were every single one of those
20  prisoners scheduled for an appointment the next day?
21     A   Yes.  Yes.
22     Q   Okay.  Were there any circumstances that
23  maybe a prisoner wouldn't have been scheduled for an
24  appointment?
25     A   No.

Page 48

1      Q   Okay.  Were there any situations in which
2  a prisoner would not be seen the next morning, maybe
3  the next day?
4      A   That has happened, and the reason being --
5  I will say today, there was 20 guys to be seen on
6  sick call.  And somebody brought in the requests for
7  tomorrow, and I had gone through them and saw where
8  somebody filled out a sick call request just to
9  check their weight.  If the schedule was heavy for
10  tomorrow, I would probably move them up -- bump them
11  up a day or sometimes ask 3T11 to let this guy come
12  over and check his weight.
13     Q   Okay.  And did you just say 3T11?
14     A   3 to 11.
15     Q   3 to 11.  What does that mean?
16     A   I'm sorry.  That's the 3T11 shift.  The
17  second shift.
18     Q   Okay.  Gotcha.  Okay.  Okay.  That makes
19  sense.  Okay.  So the sick call nurse would go to
20  the cafeteria, get the sick call box, give the
21  dental requests to the dental department, input into
22  the computer what the sick call requests said?
23     A   Yes.
24     Q   And that would generate call passes?
25     A   Excuse me.  Not what the sick call said.

12 (Pages 45 to 48)

LORETTA WILFORD  11/13/2017

Page 49

1  When you doing -- you're generating passes for the
2  guys to have permission to come to the healthcare
3  unit for sick call.  So you put their name, their
4  number, the housing unit, the time, and the date
5  that they're to come to the healthcare unit.
6      Q    Okay.
7      A    That's all that would be on that call
8  pass.
9      Q    Okay.
10     A    Uh-huh.  Now in the log, you would write
11 the inmate's name, number, and the reason he wants
12 to be seen in sick call.
13     Q    Okay.  So now the log that you're talking
14 about, where you would put the complaint, was that a
15 paper log, or was that also in the computer?
16     A    Well, yes, it was a paper log.  It was --
17 it wasn't something like this here, but it was a --
18     Q    So not like a legal pad?
19     A    No.  You would have to -- what's -- well,
20 how can I describe that?  It had the spiral.
21     Q    So like a binder?
22     A    Yes.
23     Q    Okay.
24     A    Okay.
25     Q    Like, it had three spirals you're saying,

Page 50

1  or was it like --
2      A    No, just one spiral.
3      Q    Okay.  So like a notebook?
4      A    No.  Because they were special-ordered.
5  It wasn't a notebook, but it had a spiral back.
6      Q    Okay.  But it had special information,
7  like, it was made to log sick call requests?
8      A    Yes.
9      Q    Okay.
10     A    Yes.
11     Q    Okay.  So going back to when you would
12 input information into the computer, you would just
13 put the name?
14     A    The number.
15     Q    The number, all that information, so it
16 would send to the housing units to generate a call
17 pass?
18     A    Yes.
19     Q    Saying to come to sick call the next day?
20 And then those sick calls slips, the actual physical
21 slips, were then kept in an accordion box according
22 to the month, and then they were locked in the
23 female bathroom in a locked filing cabinet, and be
24 kept for three years; correct?
25     A    Yes.

Page 51

1      Q    Okay.  Okay.  So -- so what other job
2  duties or responsibilities other than that did you
3  have as a sick call nurse?
4      A    Well, each one of us was assigned a
5  clinic, and my clinic was a diabetic clinic.  And I
6  would call the guys over once a month, and we'd do
7  so-called diabetic teaching.
8      Q    And so was it that each nurse was assigned
9  to a clinic, or was it each sick call nurse was
10 assigned to a clinic?
11     A    No, each nurse.
12     Q    Okay.  So let's step back again to the
13 sick call nurses.  What else did you have to do as a
14 sick call nurse?
15     A    Well, if I didn't have a large sick call
16 line, when I finished with sick call, I would do the
17 orders or work on my clinic.
18     Q    What are the orders?  You said you would
19 work on orders?
20     A    When the doctor sees the inmate, I would
21 check if any orders were written.
22     Q    And would you be responsible for putting
23 those orders through to the appropriate --
24     A    Right.
25     Q    -- person?

Page 52

1      A    Yes.
2      Q    Okay.  And those would include, like, lab
3  tests, like, blood tests or --
4      A    X-rays.
5      Q    -- x-rays?
6      A    Medicines.  Uh-huh.
7      Q    Okay.
8      A    Follow-ups.
9      Q    Okay.  And what else?
10     A    What else.
11     Q    Any job duties and responsibilities as a
12 sick call nurse?
13     A    Because that would keep me pretty busy,
14 unless it was a weekend.  And when we had no doctor
15 on the weekend after sick call was done, that would,
16 you know, give you some free time, but Monday
17 through Friday you were busy.
18     Q    You were busy?
19     A    Mm-hmm.
20     Q    Okay.  So as the sick call nurse, just
21 getting the sick call requests and working on
22 doctor's orders, were you also responsible for
23 seeing all of the patients that came in for sick
24 call?
25     A    Yes.

13 (Pages 49 to 52)

LORETTA WILFORD  11/13/2017

## Page 53

1    Q   Okay.  What was that like?

2    A   It depended on the inmate's complaint.
3  You know, if you got somebody that came in with a
4  bad stomach, you know, you did an assessment to see
5  just what was causing the -- see if you could get
6  information to find out what caused the bad stomach,
7  and if it was something that I could write an order
8  for some Tums, I could do that, or if I needed to
9  put them on the doc's line for tomorrow, or if, you
10  know, I found other problems with the stomach,
11  talked to the doctor to see if I could get the
12  doctor to see him today.

13         Or somebody might come over and want to
14  know something about the HIV virus.  I would
15  hopefully get the HIV nurse, if she's there, to give
16  me some information on the HIV virus, give it to
17  him, and refer that guy to her clinic so she could
18  talk to him.

19    Q   Okay.

20    A   That's --

21    Q   Okay.  And you said you would, like, write
22  orders for stuff.  What kind of orders would you
23  write?

24    A   Well, I could write orders for
25  over-the-counter medications like Tylenol, Tums,

## Page 54

1  or -- what else -- triple antibiotic ointment.
2  Anything that you could go to a drugstore and buy.
3  But nothing that -- no antibiotics or anything
4  stronger than Tylenol for pain.  You know, it was
5  limited.

6    Q   Okay.  Could you order blood tests?  That
7  kind of stuff?

8    A   Uh-uh.

9    Q   No?

10    MS. KINKADE:  That's a no?

11    A   No.  I'm sorry.

12    MS. KINKADE:  That's okay.

13    Q   (By Ms. Roche) Okay.  And you determined
14  whether or not a prisoner would see a doctor you
15  said; correct?

16    A   Yes.

17    Q   Whether or not he was scheduled the next
18  day or that day?

19    A   Right.  Right.

20    Q   Okay.

21    A   After you do a complete assessment.

22    Q   Any other job duties or responsibilities
23  as a sick call nurse?

24    A   Any -- like I said, any emergencies, you
25  had to go.  I can't think of anything else.

## Page 55

1    Q   Okay.  And then the other assignment I
2  think you said was a doctor nurse I think you called
3  it?  A doctor's assistant?

4    A   Mm-hmm.

5    Q   Can you tell me about the job duties and
6  responsibilities of a doctor's assistant?

7    A   She calls inmates for the doctor's line.
8  She gets the vital signs, the weight, the height,
9  and then helps with the orders.

10    Q   What do you mean by helps with the orders?

11    A   If -- well, take the orders off.  Anything
12  that the doctor has written, you know, she'll go
13  ahead and order whatever the medicines or lab work
14  or x-rays or do referrals.

15    Q   Okay.  Anything else?

16    A   That's about it.

17    Q   What was your -- did you work a set
18  schedule each week during the period you worked at
19  Southwestern?

20    A   You mean what shift did I work?

21    Q   Yes.

22    A   Uh-huh.  Straight days.

23    Q   What shift did you work?

24    A   Seven to three.

25    Q   And which days of the week?

## Page 56

1    A   I was off on Mondays, Thursdays, Saturdays
2  and Sundays.  Those were my permanent off days.

3    Q   Okay.  So you worked Tuesday, Wednesday,
4  Friday?

5    A   Mm-hmm.  Yes.

6    Q   And how long was your shift?

7    A   From seven in the morning to three in the
8  afternoon.

9    Q   Okay.  So that -- was that when you were
10  working part-time?

11    A   Full-time.  That's eight hours.

12    Q   So you said you had off on Mondays,
13  Thursday, Saturdays, and Sundays; right?

14    A   Yeah, but now -- this is the way it works.
15  I'm off this weekend, which is Saturday and Sunday.
16  So I work Monday, Tuesday, Wednesday, off Thursday.
17  Work Friday, Saturday, Sunday, off Monday.
18  Following?  It wasn't like I was off Monday,
19  Thursday, Saturday, and Sunday.  Help me out.

20    Q   Was --

21    MS. KINKADE:  Did your off days rotate?

22    A   No.  I had the same off days.  If I'm off
23  Monday, Tuesday, Wednesday, Thursday, Friday.
24  That's four days.  I'm off Saturday and Sunday.  I
25  work Monday, Tuesday, Wednesday, Friday, Saturday.

LORETTA WILFORD  11/13/2017

<table>
<tr><td>

Page 57

1  That's ten days that I've worked.
2      Q   (By Ms. Roche) Okay.  So it was like
3  certain pay periods, and then you would work a
4  full-time schedule depending on --
5      A   Well, every pay period I worked a
6  full-time schedule.
7      Q   Yeah.
8      A   Uh-huh.
9      Q   Okay.
10     A   I just -- my off days were set.  Those
11 were the days that I was off.
12     Q   And which were your off days?
13     A   Every other Monday, every other Thursday,
14 and every other Saturday and Sunday.
15     Q   Oh, okay.
16     A   Does that make sense to you now?
17     Q   That makes sense, yes.  And did your
18 schedule change at all in any way between when you
19 first started working under Wexford's contract and
20 when you left in 2015?
21     A   I started off working 3 to 11 because I
22 started part-time.
23     Q   Was -- was that when you first started at
24 Wexford, or --
25     A   Yes.

</td><td>

Page 59

1      MS. KINKADE:  Objection.  But you can
2  answer.
3      A   Yes.
4      Q   (By Ms. Roche) Yes, you were?
5      A   Yes.
6      Q   Okay.  Okay.  So we talked a bit about the
7  duties that you had as a sick call nurse and a med
8  nurse and a doctor assistant.  Those were the sorts
9  of day-to-day duties; correct?
10     A   Yes.
11     Q   Can you think of any other day-to-day
12 duties that you had in those positions as a
13 registered nurse at Southwestern?
14     A   No.
15     Q   Okay, are there any other duties and
16 responsibilities that you had as a registered nurse
17 at Southwestern that weren't those day-to-day
18 duties?  Maybe other types of job responsibilities
19 during the time you were a registered nurse at
20 Southwestern?
21     A   No.
22     Q   Okay.  And other than the year that you
23 were a supervisor, did your job duties and
24 responsibilities change at all during the time that
25 you worked at Southwestern?

</td></tr>
<tr><td>

Page 58

1      Q   -- was that back when you started at
2  Southwestern?
3      A   Southwestern.
4      Q   Okay.  So just the time period you worked
5  under Wexford's contract?
6      A   I worked 7 to 3.
7      Q   Okay.  So you worked 40 hours a week?
8      A   Yes.
9      Q   Okay.  And how many hours did you work on
10 call for Southwestern per week?
11     A   Nobody was on call.
12     Q   No one was on call?
13     A   No.
14     Q   Okay.
15     A   You either volunteered to work over if
16 somebody called off, or you were mandated to work.
17     Q   Okay.  Do you know what the National
18 Commission on Correctional Health Care is?
19     MS. KINKADE:  Objection, form and
20 foundation.  You can answer if you know.
21     MR. BOOSE:  Joined.
22     A   No.
23     Q   (By Ms. Roche) Okay.  So do you know
24 either way if you were accredited under the National
25 Commission of Correctional Health Care?

</td><td>

Page 60

1      A   No, not really.
2      Q   Okay.  And what do you mean by not really?
3      A   Other than the improvements that was
4  brought in and tried -- we tried, no.
5      Q   Okay.  And the improvements you are
6  talking about are, like, with the sick call changes
7  --
8      A   Right.
9      Q   -- and stuff like that?
10     A   Right.
11     Q   Okay.  Were there any other changes or
12 things that were implemented like that that changed
13 your job duties and responsibilities?  I know we
14 talked about the sick call requests protocols?
15     A   Trying to think how labs were drawn at
16 first.  No, because medicine -- doctor's nurse drew
17 lab -- no.
18     Q   Okay.  When you were first hired by
19 Wexford, when Wexford first got a contract with the
20 state at Southwestern -- were you given any training
21 on Wexford's policies and procedures?
22     MR. BOOSE:  Objection, form.
23     Q   (By Ms. Roche) You can answer.
24     A   We were given the policy and procedures
25 manual that Wexford had, and it was required that we

</td></tr>
</table>

15 (Pages 57 to 60)

LORETTA WILFORD  11/13/2017

## Page 61

1  read it -- and that. Excuse me. That's what we
2  had, the manual.
3      Q   The policies and procedures?
4      A   Yes.
5      Q   And you said you were required to read it?
6      A   Yes.
7      Q   Okay. Did anyone -- were you, like,
8  tested on anything from that manual?
9      A   We weren't -- we weren't given any test.
10     Q   Okay. And was there any sort of formal
11 training? Like a person who spoke to a group of you
12 about the different policies and procedures when
13 Wexford first got a contract?
14     A   There was, but I don't remember what they
15 were. It wasn't about the entire policy and
16 procedures manual, but we did have lectures on some
17 of the things in there.
18     Q   Okay. Do you know how many lectures you
19 had? How many do you remember?
20     A   I'm going to say three or four because we
21 had to learn new things with Wexford.
22     Q   So you think you remember three or four?
23     A   Mm-hmm.
24     Q   And was that right at the beginning of
25 when Wexford was there, or was it over a period of

## Page 62

1  time?
2      A   Right at the beginning.
3      Q   Okay. And do you remember what those
4  lectures were about?
5      A   No.
6      Q   Do you recall if they had to do with,
7  like, administrative stuff like how to keep
8  paperwork, or did it have to do with actual
9  treatment of patients? Do you remember?
10     A   I'm going to say it wasn't so much as how
11 to treat patients. It was policies related to the
12 structure of Wexford.
13     Q   What do you mean by the structure of
14 Wexford?
15     A   Well, they had -- what is it? We were I
16 think under CMS, and when Wexford took over, there
17 was some changes, and it was discussed what changes,
18 but I don't remember just what they were. But they
19 were noted in that policy and procedure manual.
20     Q   And what was the CMS?
21     A   What was CMS?
22     Q   Yeah.
23     A   I want to say Comprehensive Medical
24 Services. That was the first -- they were there
25 before Wexford. They were the first. It's not an

## Page 63

1  organization. What is Wexford called?
2      Q   Wexford. The Wexford Healthcare?
3      A   Yeah, but when their --
4      Q   Like, their corporation?
5      A   CMS Corporation wasn't a contract for the
6  healthcare unit for the state of Illinois. When
7  Wexford outbidded(sic) them, Wexford's policies were
8  a little bit different from CMS's.
9      Q   Were the policy -- I'm sorry. Were you
10 going to say something else?
11     A   No.
12     Q   Okay. Were the policies that were
13 different, did they have to do with, like, taking
14 time off or scheduling matters? Like,
15 administrative stuff like that, or were the policies
16 and procedures that were different related to
17 treatment of patients?
18     A   No, it had nothing to do with patients.
19 It was probably administrative procedures or rules
20 or regulations.
21     Q   Okay. Do you remember any training at all
22 when Wexford won the contract that had to do with
23 treatment of patients?
24     A   We were given a lot of information.
25     Q   Like, in the booklets, the manuals, or

## Page 64

1  something?
2      A   No, in booklets. Everybody got a booklet.
3  And even when I left, you would get booklets
4  sometimes, and you would have to do a test at the
5  end of the booklet and turn it in.
6      Q   And they gave those to you when Wexford
7  first won the contract?
8      A   Well, not when they first won the
9  contract, but that was their form of education for
10 us.
11     Q   Was the booklets?
12     A   Uh-huh.
13     Q   Okay. And when did they first give you
14 one of those booklets?
15     A   I don't remember.
16     Q   Okay. Do you remember how often you would
17 have to do these tests from the backs of the
18 booklets?
19     A   It wasn't a monthly thing.
20     Q   Do you know approximately how many times a
21 year? If it was --
22     A   Three or four. Sometimes two. It just
23 varied. If there was some changes with the CDC that
24 has to do with infectious diseases, we would get the
25 information with a test behind it. I feel like

16 (Pages 61 to 64)

LORETTA WILFORD  11/13/2017

## Page 65

1  whenever they got information that had been improved
2  or whatever changes, they would send it down to us
3  so that we would be aware of it.
4      Q    Okay.  So they send you, like, an updated
5  version of -- of the manual or booklet?
6      A    And you got to do these tests to be sure.
7      Q    Okay.
8      A    To say that, you know, I read it or else I
9  copied off of hers.
10     Q    Okay.  And you think it happened, like,
11 maybe three to four times per year, but maybe if
12 there weren't any updates, maybe less?
13     A    Right.
14     Q    It just varied?
15     A    Yes.
16     Q    Okay.  And do you remember any training --
17 in-person training?
18     A    When you say in-person training.
19     Q    Like, did they -- were there ever any
20 training courses given where someone would come in
21 and train you on any sort of -- anything that had to
22 do with treating patients?
23     A    I want to say yes.  You're going to ask me
24 when, and I don't remember when.
25     Q    It's okay if you don't remember when, just

## Page 66

1  do you remember someone ever coming?
2      A    We used to have drug reps come in, but
3  then the state stopped that, and I don't remember
4  when.
5      Q    Okay.  So I'm asking particularly if -- if
6  someone from Wexford or someone that worked at
7  Southwestern who worked for Wexford -- did Wexford
8  facilitate training programs, like, or just a
9  training day, or a class, or anything like that, or
10 was it just these booklets and manuals?
11     A    Just, basically, the books and manuals.
12     Q    Okay.  And did you -- I think you
13 mentioned earlier, like, continuing education units
14 I think you called it?
15     A    Mm-hmm.
16     Q    Were the continuing education -- was that
17 continuing education the booklets that you're
18 talking about, where they would send you updated
19 booklets and stuff and then you would have to do a
20 test from the back?
21     A    What was the question again?
22     Q    So when you talked earlier about, like,
23 continuing education things -- requirements that you
24 had, were you referring to the manuals and the
25 booklets that they would send you?

## Page 67

1      A    No.
2      Q    That -- okay.  Can --
3      A    The state -- well.
4      Q    Okay.  So it was state mandated to do the
5  continuing education stuff?
6      A    That's why I'm hesitating.  Was it the
7  state?
8      Q    Do you remember if it was --
9      A    I'm trying to -- the AJN and the RN
10 magazines I subscribed to for years, and I guess --
11 well, I wasn't the only one because it was quite a
12 few of us there.  And we would get stuff from those
13 magazines with CEUs, and I think the state -- well,
14 it is the state.  Every year before -- well, every
15 two or three years before your license is due, they
16 would send you a booklet so that you could choose a
17 topic to get the CEU to get your license renewed.
18     Q    Okay.  And did Wexford have something like
19 that where you had to do, like, a continuing
20 training or education?
21     A    We did it on our own.
22     Q    Okay.  For the state requirements?
23     A    Not just for the state, but like I said,
24 for RN magazine and the AJN magazine because
25 whatever I got, we all got copies.

## Page 68

1      Q    Okay.  And you're saying magazine; right?
2      A    Magazine.  Uh-huh.
3      Q    Okay.  So you would, like, read magazines
4  that had nursing information in it?  Is that what
5  you're saying?
6      A    It was a nursing magazine.
7      Q    Okay.
8      A    You know, like the magazines that the
9  doctors get.
10     Q    Yeah.
11     A    Uh-huh.
12     Q    Okay.
13     A    Yeah.
14     Q    Okay.  And you said that you -- strike
15 that.  When you were sometimes sent these manuals or
16 booklets from Wexford, were you notified at the time
17 that you were being sent those documents because
18 there was a change in policy or procedure?
19     A    They came to the Director of Nurses.  So
20 I'm sure she knew because she would give them to us.
21     Q    Okay.  So you were never notified
22 personally if there was a change to Wexford's
23 policies and procedures?
24     A    Yes, I was.
25     Q    You were?

17 (Pages 65 to 68)

Page 69

1       A    We all were.
2       Q    Okay.  How were you notified?
3       A    Through the Director of Nurses.
4       Q    And so she would tell you that there was a
5   change to the policy and procedure?
6       A    Right.  And give us the -- whatever
7   information.
8       Q    Would she give you an actual physical new
9   copy of the new version?
10      A    Yes.
11      Q    Okay.  Were you ever trained on the IDOC's
12  administrative directives or institutional
13  directives?
14      A    We had to review them.
15      Q    You had to review them?
16      A    Yeah.
17      Q    Okay.  Were you tested?
18      A    And a nurse, when you had some problem,
19  you would go back and find what it is that you need
20  to read.
21      Q    Okay.  And did you have any testing of any
22  kind on that stuff?
23      A    No.
24      Q    Okay.
25           MR. BOOSE:  Sorry.  Can you repeat that

Page 70

1   question?
2           MS. ROCHE:  I asked if she had any sort
3   of -- if she took any sort of tests on those
4   administrative directives and institutional
5   directives that she reviewed, and the answer was no.
6       Q    (By Ms. Roche) Okay.  So then I'm assuming
7   there was no continuing training on the IDOC's
8   administrative directives or institutional
9   directives?
10      A    Right.
11      Q    Okay.  Were you notified if changes were
12  made to the IDOC's --
13      A    Yes.
14      Q    Okay.  And how were you notified of IDOC's
15  --
16      A    A copy of the change would be posted at
17  the nurses' station, and once you read it, you had
18  to initial it to show that you had read it.
19      Q    Did you have to turn a copy in with your
20  initial or something?
21      A    Yes.
22      Q    Where did you turn it into?
23      A    That one copy, everybody read it, and they
24  would sign it.  Then the Healthcare Unit
25  Administrator would get it.

Page 71

1       Q    Okay.
2           MS. KINKADE:  Should we take a break?  I
3   was thinking if we are locked in.  It's going to be
4   4:00 soon.
5           MS. ROCHE:  Yeah.  That's totally fine.
6           (A short break was taken.)
7       Q    (By Ms. Roche) So do you provide any
8   training to any other members of the Wexford staff?
9       A    No.
10      Q    Okay.  So you never trained any other
11  nurses?
12      A    No.
13      Q    Okay.  Did you ever train any correctional
14  officers?
15      A    When we first opened, it was the nurses'
16  responsibility to teach the officers CPR, and that
17  lasted for maybe a year or two.
18      Q    And that was when Southwestern first
19  opened, so that was like in the '90s?
20      A    But as far as Wexford is concerned, no.
21      Q    Okay.  Did you train any of the CMTs?
22      A    We don't have CMTs.
23      Q    Okay.
24      A    I'm not there anymore, but they don't have
25  CMTs.

Page 72

1       Q    Okay.  So you weren't responsible for
2   training anyone?
3       A    No.
4       Q    Okay.  What about if Wexford hired a new
5   nurse to work at Southwestern?  She would just be
6   given those booklets and manuals?
7       A    Well, no.  She would be given booklets and
8   manuals to read, but then she would be assigned to a
9   nurse for X number of times, and then she would work
10  with all three nurses to be orientated to the med
11  nurse responsibilities, sick call nurse
12  responsibilities, and then the doctor's assistant's
13  responsibilities.
14      Q    Okay.  So you would sort of be training
15  the new nurses in that sense then; right?
16      A    Okay.  Uh-huh.
17      Q    Okay.  Or do you think it was more of,
18  like, they shadowed you then you trained them?
19      A    Well, both.
20      Q    Okay.  Okay.  What sort of things would
21  you do to train them?
22      A    I would show her everything that I did as
23  a sick call nurse, or if I was a med nurse that day
24  or whatever.  Whatever I was for the time that she
25  was assigned to work with me.

18 (Pages 69 to 72)

LORETTA WILFORD  11/13/2017

## Page 73

1   Q   Okay.  Go ahead.

2   A   That's what I would do.

3   Q   So would you be training the new nurses

4   on, like, medical procedures and examinations, or

5   was it other stuff like --

6   A   Well, not so much medical procedures or

7   exams, because they should know how to do that.

8   It's basically the paperwork and the routine of what

9   we do.

10   Q   Okay.  Okay.  When you worked at

11   Southwestern, let's just say for, like, the last two

12   years you worked there, how many doctors worked at

13   Southwestern?

14   A   Dr. Shah.  I think five.

15   Q   Okay.  And how many physician's

16   assistants, if any, worked there?

17   A   We didn't have physician's assistants.

18   Q   Okay.  And how many nurses worked

19   full-time at Southwestern during the last two years

20   that you worked there?

21   A   It was -- oh, you mean for all three

22   shifts?

23   Q   Just like per shift?

24   A   Okay.  With three full-time nurses for

25   days, two for evenings, and two for nights.

## Page 74

1   Q   Okay.  And when you first started working

2   with Wexford -- I believe it was in 2011 -- was it

3   the same setup -- three full-time nurses during the

4   day, two during the evenings, and two during nights?

5   A   Yes.

6   Q   And you said there were no CMTs who worked

7   at Southwestern when you were there?

8   A   None at all.

9   Q   Okay.  Did you ever ask anyone at Wexford

10   to hire any additional staff at Southwestern for any

11   reason?

12   A   No.

13   Q   Okay.  And to your knowledge, who

14   determined the number of medical staff that would

15   work at Southwestern per shift?

16   A   The Director of Nurses and the Healthcare

17   Unit Administrator.

18   Q   Okay.  Who was your immediate supervisor?

19      MS. KINKADE:  When are you asking?

20   Q   (By Ms. Roche) When you left?  So who was

21   your immediate supervisor in 2015 at the time that

22   you left Southwestern?

23   A   She was new, and I don't remember her

24   name.  Is she still there?

25   Q   Do you remember what her job title was?

## Page 75

1   A   Director of Nurses.

2   Q   Okay.  Do you know what she looked like?

3   A   Young, white girl with dark hair.  And the

4   few times I've been back there, she speaks to me

5   like she's been knowing me forever.  Real friendly.

6   Q   Okay.

7   A   What is her name?  The one before her was

8   Jessica.

9   Q   And when did Jessica -- when was Jessica

10   your supervisor?

11   A   Up until I retired.  She was -- how was

12   that going?  The girl that's there now would come in

13   and shadow Jessica.  She was already hired as the

14   new Director of Nurses, but she hadn't actively

15   started by herself as yet.

16   Q   So the person who was your immediate

17   supervisor was always the Director of Nursing

18   though; correct?

19   A   Uh-huh.

20   Q   Okay.  And so you don't remember the

21   girl's name who was your immediate supervisor when

22   you left, but the person before that was Jessica?

23   A   Yes.

24   Q   Do you remember Jessica's last name?

25   A   No.  Because she wasn't there that long.

## Page 76

1   She was fairly new.

2   Q   Do you know what year Jessica was your

3   supervisor?  Would that have been like 2014 to 2015?

4   A   Mm-hmm.

5   Q   Okay.  Okay.  Did you have any other

6   supervisors other than whoever was the Director of

7   Nursing while you worked at Southwestern?

8   A   For Wexford?  Kelly was there I think

9   before Jessica, and she might have been there for a

10   year or two.

11   Q   So that was your --

12   A   Shelley.  I'm sorry.  Not Kelly, but

13   Shelley.

14   Q   And that was your supervisor before

15   Jessica?

16   A   Uh-huh.

17   Q   What about at the same time of -- like,

18   was there anyone else other than the Director of

19   Nursing that was your supervising(sic) that you

20   answered to?

21   A   The -- the Healthcare Unit Administrator.

22   Q   Okay.  Okay.  So other than the Director

23   of Nursing and the Healthcare Unit Administrator,

24   were there any other supervisors with whom you

25   interacted while you were a registered nurse in the

19 (Pages 73 to 76)

LORETTA WILFORD  11/13/2017

Page 77

1  last two years that you worked at Southwestern?
2      A   No.
3          MR. BOOSE:  Objection, form, foundation.
4  And, ma'am, if you can just give me a second to
5  lodge any objections that I need to after the
6  question is asked, please.
7          MS. KINKADE:  Do you understand what he
8  said?
9      A   No.
10         MS. KINKADE:  Just pause before you answer
11 so he can object if he needs to.
12     Q   (By Ms. Roche) Okay.  So no other
13 supervisors other than the Healthcare Unit
14 Administrator and the Director of Nursing; correct?
15         MR. BOOSE:  Same objections.
16     A   Yes.
17     Q   (By Ms. Roche) Okay.  How, to your
18 knowledge, did the Director of Nursing, whether it
19 be the new girl -- well, let's start with the new
20 girl whom you don't remember her name when you left.
21 How, to your knowledge, did she ensure that you were
22 fulfilling your job responsibilities satisfactorily?
23         MS. KINKADE:  Objection, form, foundation.
24         MR. BOOSE:  Joined.
25     A   No.  She had not taken over completely

Page 78

1  when I left.  Jessica was still there.
2      Q   (By Ms. Roche) Okay.  So was Jessica your
3  supervisor for all of 2015 and 2014?
4      A   Yes.
5      Q   Okay.  And then do you think she was your
6  supervisor also in 2013?
7      A   No.
8      Q   Okay.
9      A   That was Shelley.
10     Q   Okay.  And so -- okay.  So Jessica was in
11 2014 and 2015.  So how, to your knowledge, did
12 Jessica ensure that you were satisfactorily
13 fulfilling your job responsibilities?
14         MS. KINKADE:  Objection, form, foundation.
15         MR. BOOSE:  Joined.
16         MS. KINKADE:  You can answer.
17     A   I'm trying to.  How can I answer that?
18 Okay.  She would pull charts and just check charts
19 to see what was being done.  And as far as my
20 clinic, that would also be in the chart.
21     Q   (By Ms. Roche) What do you mean your
22 clinic would be in the chart?
23     A   Like I said, I had -- I was responsible
24 for the diabetic clinic, and they have to be seen I
25 think every four months and had to have certain lab

Page 79

1  works and teaching done.
2      Q   Okay.  And so she would -- those diabetic
3  clinic charts would be in with your other charts
4  you're saying?
5      A   Yes.
6      Q   Correct?  Okay.  And she would look over
7  the charts to make sure everything looked normal?
8      A   Right.  Mm-hmm.
9      Q   Was there anything else that she did to
10 ensure that you were fulfilling your job
11 responsibilities?
12         MS. KINKADE:  Objection, form, foundation.
13 You can answer if you know.
14         MR. BOOSE:  Joined.
15     A   She would check the protocol sheets for
16 sick call.  She would check the med books to see
17 that whatever meds were given at the correct time
18 and who gave it and if the necessary signatures were
19 on the med sheets.
20         Check when -- when she would get a chart,
21 she could tell you what the med nurse was doing,
22 whether it was right or wrong, what the sick call
23 nurse was doing, whether it was right or wrong, what
24 the doctor's assistant nurse was doing, whether it
25 was right or wrong, by the work in the chart, and

Page 80

1  the nurse that worked with the doctor would sign the
2  orders off.
3          She -- you checked to see if those orders
4  were transcribed correctly.  Look at the protocol
5  sheet to see if all the necessary questions were
6  answered.  If the weight and the vital signs were on
7  there, if the proper referrals were done, and if so,
8  was the inmates scheduled.  Was the necessary lab
9  work drawn.  One chart you could get all that
10 information out of.
11     Q   (By Ms. Roche) Okay.  And so in addition
12 to checking the charts, would your supervisor ever,
13 like, observe you in person while you were working?
14     A   Yes.
15     Q   How often would she observe you?
16     A   Oh, she had a way.  She would come and sit
17 at the nurses' station while Melissa's passing
18 medicine and I'm doing sick call.
19     Q   And how often would she do that?
20     A   Frequently.  Too frequently.
21     Q   How often is frequently?
22     A   Shit, just about every morning.
23     Q   Every morning?
24     A   Just about every morning.
25     Q   Okay.  And to your knowledge, did anyone

20 (Pages 77 to 80)

## Page 81

1  conduct any peer reviews of the care that you
2  provided at Southwestern since you became a
3  registered nurse under Wexford's contract?
4      A   What do you mean when you say peer review?
5      Q   Like, a peer review.  Like, any reviews
6  from other nurses or doctors that you worked with.
7  That sort of thing.  Of the work that you were
8  doing.
9      A   Like I said, that chart would show what
10 every nurse did on all three shifts.  She wouldn't
11 just have a chart.  She would have some, and it
12 would tell what the day shift is doing, what the
13 evening shift is doing, and what the night shift is
14 doing.
15     Q   So I'm asking more about, like, your job
16 performance.  Like, if -- if other nurses or doctors
17 that you worked with would do a review on how you
18 were doing your job?
19     A   Of the nurses, no.
20     Q   Okay.  Okay.  None of your supervisors --
21 well, strike that.  Did Wexford pay you by the hour,
22 or were you paid a salary?
23     MS. KINKADE:  Objection, form, foundation,
24 relevance.
25     Q   (By Ms. Roche) You can answer.

## Page 82

1      A   By the hour.
2      Q   Okay.  And what did they pay you by the
3  hour at the time that you left?
4      MS. KINKADE:  I'm going object.  Same
5  grounds.  And I'm actually going to advise you not
6  to answer because that has nothing to do with this
7  case.
8      MS. ROCHE:  Well, it is relevant to
9  plaintiff's Monell(phonetic) claims and the claims
10 about this particular defendant and her incentives
11 to provide medical treatment at the time and
12 relevant to punitive damages.
13     MS. KINKADE:  I disagree.
14     MS. ROCHE:  Are you still order -- are you
15 still telling her not to answer?
16     MS. KINKADE:  I'm advising her not to
17 answer.
18     MS. ROCHE:  Okay.
19     Q   (By Ms. Roche) Since you first began
20 working at Southwestern, has your salary increased
21 or decreased?
22     MS. KINKADE:  Same objection.  Same
23 advice.
24     MS. ROCHE:  Just so I'm clear, you're
25 going to advise her not to answer any questions

## Page 83

1  about salary?
2      MS. KINKADE:  Her personal income is not
3  relevant to this case.
4      MS. ROCHE:  For the record, I do disagree.
5  It's relevant to plaintiff's Monell claims about
6  this particular defendant and her incentives to
7  provide care or not and to punitive damages.
8      Q   (By Ms. Roche) Did you ever receive a
9  bonus from Wexford?
10     MS. KINKADE:  Same objection.  Same
11 advice.
12     Q   (By Ms. Roche) Are you taking your
13 counsel's advice not to answer?
14     A   Yes.
15     Q   Okay.  Have you at any time had any
16 ownership interests in Wexford?
17     A   No.
18     Q   Okay.  Have you at any time owned any
19 Wexford stock?
20     A   No.
21     Q   Okay.  Okay.  And we talked earlier about
22 when you would see patients, and you said on average
23 you would see like 13 to 14 patients per day;
24 correct?
25     A   Mm-hmm.  Yes.

## Page 84

1      Q   Okay.  Did you only see patients from sick
2  call on any given day?
3      A   If somebody came over as an emergency
4  declaring themselves sick, I would see them also.
5  If somebody injured themselves, I would see them
6  also.
7      Q   Okay.  So if someone showed up and was
8  like I really don't feel good, my stomach hurts, I
9  think I have the flu, but they weren't on sick call
10 for that day, you would still see them?
11     A   Yes.
12     Q   Okay.  Was there a list of patients who
13 was scheduled to be seen at sick call every day that
14 you would receive prior to seeing them?
15     A   Yes.
16     Q   And who created that list?
17     A   I would, from the sick call requests that
18 I got out of the box.
19     Q   Okay.  So, like, the list you made the day
20 before?
21     A   Yes.
22     Q   So would you get that list the following
23 day?  Would you get that list from the computer or
24 from that paper log that you made?
25     A   From the logbook.

LORETTA WILFORD  11/13/2017

Page 85

1    Q    Okay.  So, like, the paper logbook -- the
2  spiral?
3    A    Mm-hmm.
4    Q    Okay.  And that list you discussed
5  earlier, that was generated directly from the sick
6  calls that were in the box?
7    A    Yes.
8    Q    Okay.  Was there any sort of criteria you
9  used to determine whether or not a patient should be
10 put on that list to see you face-to-face in sick
11 call?
12   A    No.  Unless, like I said earlier, somebody
13 sent in a request that wanted to be weighed or
14 wanted their blood pressure checked.  And if they
15 had no history of a high blood pressure, they might
16 be put on for a day or two later, or if my line
17 wasn't that bad today, I just might call them over
18 today.
19   Q    Okay.  Were there any other ways other
20 than sick call that you would come to see a patient
21 face-to-face?
22   A    And do some kind of assessment or
23 treatment?
24   Q    Mm-hmm.
25   A    It would have to be an injury or

Page 86

1  emergency.  I wouldn't just let some inmate walk up
2  to me and say, you know, I got this.  And I say oh,
3  let me do an assessment.  No.  It would have to be
4  sick call, emergency, or an injury.
5    Q    Okay.  What about in the med line?
6    A    They would -- they're told to fill out a
7  sick call request unless there's something that they
8  show the nurse, and she thinks that it needs to be
9  seen now.  She may call me and tell me, you know,
10 look at this or listen to this, and then I
11 determine, you know, what I would do then.
12   Q    Okay.  And when you encounter a patient
13 face-to-face, do you have any records or any other
14 documents that pertain to that patient with you?
15   A    Just his records.
16   Q    Just his record?
17   A    Yes.
18   Q    What kind of record?
19   A    His chart.
20   Q    And what's included in a patient's chart?
21   A    Let's see.  His transfer sheet, if --
22 nurses' notes; doctors' notes; labs, if any; x-rays,
23 if any; maybe an old record from somewhere else.
24 That's about it.
25   Q    Okay.  And so you have all of those

Page 87

1  records in hand whenever you see a patient
2  face-to-face?
3    A    Yes.
4    Q    Okay.  And does Wexford or the IDOC
5  maintain electric -- electronic medical records for
6  patients at Southwestern?
7         MR. BOOSE:  Objection, form and
8  foundation.
9    A    Not when I was there.
10   Q    (By Ms. Roche) Okay.  So it was only the
11 paper documents, the paper records?
12   A    Right.
13        MR. BOOSE:  Objection, form.
14   Q    (By Ms. Roche) And where are patients
15 medical records typically kept?
16   A    In medical records.
17   Q    And where is that?
18   A    In a separate room from the healthcare.
19   Q    So it's a room at Southwestern?
20   A    Mm-hmm.
21   Q    But not within the healthcare unit?
22   A    It's in the healthcare unit, but not where
23 we do sick call or anything.  An inmate has no
24 access to that room.
25   Q    Okay.  And do you pull the medical files

Page 88

1  for the patients that are scheduled to see you on
2  any given day, or does someone else go pull all the
3  records for all the patients that are going to be
4  seen?
5    A    During the week, basically, medical
6  records pulls them for me.  On the weekend, I have
7  to pull them.  Well, the midnight shift pulls them,
8  and if I get an emergency, I pull it.
9    Q    Okay.  What steps, if any, do you take to
10 ensure that when you see a patient you have the
11 complete, full medical record of a patient?
12   A    Because I have his chart, and everything
13 is in that chart.
14   Q    Okay.  So you just trust that what you
15 have in hand is the entire record?
16   A    Unless he's been incarcerated for a
17 long -- for a number of years, the chart that I have
18 in hand will have, like, volume 1, or volume 2, or
19 volume 3.
20   Q    Okay.
21   A    And if I need volume 2 and 3, I can call
22 medical records and get them.
23   Q    Okay.  And do you review a patient's
24 medical file or -- strike that.  When do you review
25 a patient's medical file?

22 (Pages 85 to 88)

LORETTA WILFORD  11/13/2017

Page 89

1    A   I'm not trying to be funny, but when I
2  have a reason to.
3    Q   Well, so let me ask you this way.  When
4  you're seeing a patient, do you review that
5  patient's medical file at all?
6    A   It depends on what I'm seeing him for.  If
7  he has a history or something, I'm going to go back
8  and review it.  If it's something new, no.
9    Q   So -- so you might -- so based on that
10  answer, it sounds like you would review the records
11  during an appointment with the patient?
12    A   Yes.
13    Q   Because he would say something and then,
14  depending on whatever his complaint was, you might
15  look back at his records or you may not?
16    A   Yes.
17    Q   Okay.  And so you do that -- so you wait
18  to review the medical records until during because
19  you wait to hear what their complaints are going to
20  be; correct?
21    A   Yes.
22    Q   Okay.  What is contained in a patient's
23  medical file at Southwestern?
24    A   Any x-rays, lab works, nurses' notes,
25  doctors' notes, and if the patient inmate has been

Page 90

1  sent out for whatever reason, whatever comes back
2  also goes into that file.
3    Q   Anything else?
4    A   Not that I can think of.
5    Q   Are sick call request forms kept in a
6  patient's medical file?
7    A   The request itself?
8    Q   Yes.
9    A   Uh-uh.  No.
10    Q   Are progress notes from prior encounters
11  with that patient kept in their medical records?
12    A   Yes.
13    Q   And do you review those progress notes
14  before, during, or after seeing a patient?
15    A   It depends on what the patient came over
16  for.
17    Q   Okay.  And do you consider it important to
18  be able to read the notes from the prior encounters?
19    A   Do I consider it important?
20    Q   Mm-hmm.
21    A   Like I said, it all depends on -- if
22  they're coming over for the same complaint, yes, I
23  have to review it because I want to know what's
24  going on.  If it's something new, I won't review it.
25  But if he has a history of something, the chart is

Page 91

1  reviewed.
2    Q   Okay.  And are referral reports from
3  outside specialists kept in a medical file for a
4  patient?
5    A   Yes.
6    Q   Okay.  And would you review those referral
7  reports -- reports as well based on whatever the
8  complaint is?
9    A   Yes.
10    Q   You seemed -- okay.
11    A   Excuse me.  I don't even know what I was
12  getting ready to say.  But, yes, I would review
13  them.
14    Q   Okay.  And are medical records from
15  outside medical care providers, outside of Wexford
16  and Southwestern, kept in a patient's medical
17  file -- medical records?
18    A   It depends on the thickness of the chart,
19  but the files are.  All files follow the inmate,
20  and, like I said, they might have two or three or
21  four volumes, depending on how long they've been
22  incarcerated.  And if he has a history of high blood
23  pressure or cardiac disease, he's been released, but
24  been back in prison, they'll go back and get his old
25  records still.

Page 92

1    Q   From the previous prison?
2    A   Uh-huh.
3    Q   What about from medical providers that he
4  saw outside of prison?
5    A   Do you -- are you asking if they get
6  information from there?
7    Q   Yeah.  Would those records be kept in a
8  patient's medical records as well?
9    A   No.  No.
10    Q   Okay.  Why -- why were they not kept in a
11  patient's medical records at Southwestern?
12    MS. KINKADE:  Objection form, foundation.
13  You can answer if you know.
14    MR. BOOSE:  Joined.
15    A   Because a doctor would have to ask that
16  doctor to send it so that he could have it.
17    Q   (By Ms. Roche) Okay.  So because the
18  doctor would -- like, the doctors at Southwestern
19  would have to go --
20    A   And request it.
21    Q   -- and request it?
22    A   Yes.
23    Q   Okay.  Any other reasons that you know of?
24    A   No.
25    Q   Okay.  And do you consider it important to

23 (Pages 89 to 92)

Page 93

1  have a patient's medical file with you when you see
2  them face-to-face?
3       MR. BOOSE:  Objection, form.
4    A  I have to.
5    Q  (By Ms. Roche) Okay.  And why is that?
6    A  Because I want to know what is going on
7  with the patient.  I don't want to go in there
8  blindfolded.
9    Q  Okay.  Okay.  Can you walk me through what
10  you would do in a typical exam when someone
11  presented to sick call?  When you would first see a
12  patient in sick call?
13    A  Okay.  What do you want to be wrong with
14  the patient?
15    Q  Up to you.
16    A  Like you said, somebody come in
17  complaining of the flu.  I would pull his chart.
18  And I'm trying to find out if he ever had a flu
19  shot, if he has a lot of respiratory problems.  If
20  not, fine.  I will go ahead and work him up as a
21  patient with the flu.
22       And if he's running an elevated temp, then
23  if the doctor's there, he will see the doctor.  If
24  the doctor is not there, I will have him sit in the
25  infirmary, and then I'll track the doctor down and

Page 94

1  get some orders and then make sure that he gets his
2  medicines and get him started.  Giving instructions
3  as to how to take the medicines, and I might give
4  him a lay-in for a couple of days.
5    Q  Okay.  You said at the beginning that you
6  would take vitals; right?
7    A  Uh-huh.
8    Q  How do you take vitals?
9    A  Doing the temperature, pulse, blood
10  pressure, and get his weight.
11    Q  Okay.  Anything else that you would do at
12  the beginning of seeing a patient?
13    A  Ask him questions, you know, about his
14  health and how long has this been going on and when
15  did it get started and that kind of stuff.
16    Q  Okay.  And do you conduct a physical exam
17  of every patient who presents a medical complaint to
18  you?
19    A  When you say physical, you mean getting a
20  temperature, pulse, respiration, and weight?
21    Q  Like, everything that you just said that
22  you would do in the beginning.  Would you do that --
23    A  Yes.
24    Q  -- for every patient who presents to you?
25    A  Yes.

Page 95

1    Q  Okay.  And why is that?
2    A  Because I'll need a baseline.  To get
3  started on.
4    Q  Okay.  So every patient that would present
5  a medical complaint, you would do a physical exam?
6    A  Right.
7    Q  Okay.  There were no circumstances in
8  which you would not physically exam a patient?
9    A  Uh-uh.
10    Q  Okay.
11       MS. KINKADE:  Is that a no?
12    A  No.
13    Q  (By Ms. Roche) And how if at all do you
14  document your encounters with patients?
15    A  By the protocol sheet and if necessary a
16  nurse's note itself as an addendum.
17    Q  What are the nurses' notes?  What do you
18  mean by that?
19    A  An assessment of what I've seen, and I
20  didn't have enough space on the protocol sheet to
21  write it.  I just get that nurse's note to continue
22  with.
23    Q  So is -- does it say nurse's note, like,
24  at the top?
25    A  Yes.

Page 96

1    Q  Okay.  So it's like a different type of
2  form?
3    A  Yes.
4    Q  Okay.
5    A  It's just a blank sheet with lines, and
6  it's divided in half, and it'll say nurse's note at
7  the top.
8    Q  Okay.  And what's included in the
9  documentation from when you see a patient?
10    A  It depends on my assessment.  You know, if
11  I saw somebody for the flu and noticed he had a
12  rash, then I want to make sure that that -- what
13  I've observed as the rash -- what it looks like, you
14  know, was there any weeping, was it discolored, was
15  it red, how long he's had it, does it itch.  That
16  kind of stuff.
17    Q  Okay.  And so was it in your typical
18  practice that if someone presented with a medical
19  complaint, and you noticed something else about that
20  patient as well, you would document it in their
21  medical records?
22    A  Yes.
23    Q  Okay.  Was there anything else included in
24  the documentation that you would write regarding
25  different patients -- a patient that you saw?

24 (Pages 93 to 96)

LORETTA WILFORD  11/13/2017

## Page 97

1    A   The treatment that I did.  If it was any
2    referrals.
3        Q   Okay.  Anything else?
4        A   I don't think I left out anything else.
5    And if he wasn't referred to a physician, I would
6    write if I want to see him in sick call again, and
7    what timeframe and what I would do.
8        Q   Okay.  So it sounds like you would sort of
9    follow the -- the SOAP outline -- the subjective,
10   objective?
11       A   Right.  Right.
12       Q   Okay.  And is it important to include all
13   of the details of an interaction with a patient?
14       A   Yes.
15       Q   And why is that?
16       A   Because you don't want to miss anything,
17   and if somebody else would come and see this
18   particular inmate, they could look at your notes and
19   get a good picture as to what's going on.
20       Q   That makes sense.  Is it important
21   to include any objective findings that you make
22   during a physical exam in observing the patient?
23       A   Yes.
24       Q   Okay.  And why is that?
25       A   Because you're trying to describe what you

## Page 98

1    see, and it's beneficial to the next nurse if she
2    needs it.
3        Q   Okay.  And was it typical in your practice
4    as a registered nurse at Southwestern that you would
5    document all of your objective findings?
6        A   Yes.
7        Q   Okay.  So when you encounter a patient
8    face-to-face, how do you decide whether or not to
9    schedule a follow-up appointment with that patient?
10       A   It depends on what I find.  If I find
11   something -- if he has something with the pulse, the
12   heart rate, the blood pressure, that's a referral to
13   the physician.  And if his complaint -- although I
14   might not be able to see it -- how can I explain
15   this?  You know, like, if it's for pain, and the
16   Tylenol is not helping the pain, then I need to be
17   able to document what the inmate said -- the Tylenol
18   doesn't help, where is the pain, what I found, and
19   where I'm referring him.
20       Q   And that's a referral to a doctor?
21       A   Yes.
22       Q   And what about what makes you decide
23   whether or not to schedule a follow-up appointment with
24   the patient to see you?
25       A   Excuse me.

## Page 99

1        Q   God bless you.
2        A   Well, it would depend on what's going on
3    with him.  Like, if somebody came to me and had a
4    blood pressure of say of 140/90 --
5        Q   Is that high?
6        A   Before -- it's getting there.  Before I
7    would refer him to the doctor, I would have him come
8    in the next day or maybe come in that evening for a
9    blood pressure check, and if the blood pressure is
10   high on the evening shift.  The evening, he would
11   come in in the morning, I would check the blood
12   pressure again.  If it's still high, I would have
13   the doctor to see him.  Or if somebody complains of
14   acid indigestion, and I give him whatever.  I want
15   him to come back in 24 to 48 hours to see if what
16   I've given him is working.  If not, then it's a
17   possibility that he's going to see the doctor.
18       Q   Okay.  And without focusing on any
19   particular case, can you tell me generally when the
20   standard of care requires scheduling a patient for a
21   follow-up with a doctor and when that would not be
22   required?
23       A   When there's a follow-up with a doctor?
24       Q   Mm-hmm.
25       A   What do you mean what's the standard of

## Page 100

1    care?
2        Q   Like, when would it be the standard of
3    care that, you know, this type of case -- like,
4    these are -- like, when it would be warranted that a
5    doctor refer --
6        A   A doctor referral.
7        Q   Yeah.
8        A   Okay.  If a blood pressure -- say the
9    bottom number is 90 or higher, and the top number is
10   150 or greater, then that's a referral to the
11   doctor.  If someone --
12       Q   Is that, like, an emergency situation,
13   those numbers that you just said?
14       A   No, because he's going to be seen the next
15   morning.  Uh-uh.  If it was the bottom number was a
16   100 or 110, and the top number was 200 or greater,
17   then he would be seen today for his blood pressure.
18       Q   Okay.  So let's talk a little more
19   generally.
20       A   Okay.
21       Q   So not like, a specific blood pressure
22   thing like that, but more generally speaking.  Like,
23   what type of situation -- like, an emergency, you
24   know, you might obviously if it's an emergency refer
25   to a doctor, you know, right away.  It's an

25 (Pages 97 to 100)

LORETTA WILFORD  11/13/2017

## Page 101

1  emergency.
2      A   Yeah.
3      Q   So not really like an emergency situation,
4  but what generally would require referring a patient
5  to see a doctor?
6      A   Okay.  Say somebody was -- indigestion.
7  He's been seen two or three times for ingestion, but
8  the medicine that I can prescribe for him isn't
9  helping, then he would be seen by the doctor.
10     Q   Okay.  So if a treatment wasn't working?
11     A   Right.
12     Q   And you had exhausted the treatments that
13 you were authorized to do?
14     A   Right.
15     Q   Then that would warrant -- that would
16 require you to to refer to a doctor?
17     A   Yes.
18     Q   Okay.  And how, if at all, do you note
19 your decision to schedule a patient for a follow-up
20 appointment to see you again?
21     A   Because I want to know if what I've
22 prescribed for him is working, and that's the only
23 way I would know.
24     Q   So how would you document that?  That he
25 was supposed to come in for a follow-up?

## Page 102

1      A   When I give him the Tylenol, I will say
2  follow up in 24 hours or follow up in 48 hours, and
3  I would go to the sick call book and put his name
4  and number in there saying a follow-up for whatever.
5      Q   Okay.  And would you include it in his
6  progress notes?
7      A   Yes.
8      Q   So is there any other way that the
9  staff keeps track of what follow-up appointments
10 you've requested and when they're scheduled other
11 than through that computer system and the logbook?
12     A   Yes.  Because when they get the sick
13 calls, they have to enter them into this book that
14 I've written this follow-up on this inmate.  So when
15 they see that, they'll know that they have to put
16 this inmate into -- into the computer so that he can
17 get a call pass to come over.
18     Q   Okay.  So it's through the electron -- the
19 computer program that you put that information in to
20 get the call passes?
21     A   Yes.
22     Q   Okay.  Was there a certain number of times
23 that you would have a patient come back for a
24 follow-up with you before you would refer that
25 patient to see a doctor?

## Page 103

1      A   No.  Because after I've seen him for three
2  times, seen him three times, and what I'm doing is
3  not helping, he would have to see the doctor.
4      Q   And was three times, like, the typical
5  practice that you did?  You would see --
6      A   On sick call.
7      Q   So you would see a patient three times,
8  and then if that didn't work --
9      A   Well, not necessarily three times.  It
10 could be two times.
11     Q   Okay.
12     A   And depending on what the inmate tells me.
13     Q   Okay.  And how would you note your
14 decision to schedule a patient to be seen by a
15 doctor?
16     A   How would I know that?
17     Q   Yeah.  Like, how would you document that
18 decision?
19     A   It would be in the nurse's note, you know.
20 I would say, you know, whatever I did, the patient
21 still has that same complaint, so it's not working.
22     Q   And then would you put that follow-up in
23 the computer system again for him to get a call
24 pass, or would it be a different procedure?
25     A   No, he would get a -- be put into the

## Page 104

1  computer.
2      Q   Okay.
3      A   He would go on the sick call.  I mean, he
4  would be written in the doctor's book to be seen as
5  a follow-up.  So when they get ready to put the
6  doctor's line in, you would see that he's been
7  added, so you have to generate a call pass for this
8  guy too.
9      Q   Okay.  And what's the -- did you call it a
10 doctor's book?
11     A   Uh-huh.
12     Q   What's the doctor's book?
13     A   That's where you list a sheet -- you list
14 the number or the name of the inmates that the
15 doctor is to see for the day.
16     Q   And when do you fill out the doctor's
17 book?
18     A   Every day.
19     Q   Do you fill it out -- so say, you see
20 patient -- a patient named John on a Monday, and you
21 decide that he needs to be seen by the doctor.
22 Would you add John's name to the doctor book that
23 day when you made the decision to refer him to a
24 doctor or at a later time?
25     A   If he -- if it wasn't serious enough to be

**ALARIS LITIGATION SERVICES**

www.alaris.us                    Phone: 1.800.280.3376                    Fax: 314.644.1334

---

### Page 105

1  seen today, he would be seen tomorrow.
2      Q    When would you add him to the doctor book
3  though?
4      A    For tomorrow.
5      Q    So you would add his name to the book
6  right away, but it would say he was going to be seen
7  tomorrow?
8      A    Right.
9      Q    Okay.  And is that a paper book again or
10  electronic?
11      A    Yes.  Well, the electronic part of this is
12  just for day -- or call passes.  He would be put on
13  a paper list.
14      Q    Okay.  So it's, like, on a printed -- the
15  doctor's book is like a printed, physical --
16      A    Sheet.
17      Q    Hard copy?  Okay.  And was it like a
18  binder like you talked about before, like the spiral
19  notebook type thing?
20      A    His is just the sheet.  It's the doctor's
21  sheet.  And they are kept --
22      Q    It's --
23      A    Every day it's a new sheet.  It's on a
24  clipboard, and it says MD line.
25      Q    Okay.

---

### Page 106

1      A    When that line is finished, it's placed in
2  a file cabinet.
3      Q    Okay.  So we talked before about sick call
4  requests.  Are there any other ways a patient can
5  request medical attention other than the sick call
6  request at Southwestern?
7      A    If he deems that it's an emergency, he can
8  come over.
9      Q    What about nonemergencies?
10      A    He's got to do a sick call request.
11      Q    Okay.  To your knowledge while you were at
12  Southwestern, were you aware of any problems with
13  the sick call process?
14      A    No.
15      Q    Okay.  So were there any problems with not
16  triaging sick call requests within the 24 hours like
17  you said?
18      A    No.
19      Q    Okay.  Any problems with not scheduling
20  patients to be seen within the required timeframe?
21      A    No.  Because, you know, if you did that,
22  you would be in a lot of trouble.
23      Q    Do you know what a grievance is within the
24  framework of the correctional system?
25      A    Yes.

---

### Page 107

1      Q    How do grievances work?
2          MS. KINKADE:  Objection, form, foundation.
3  You can answer if you know.
4          MR. BOOSE:  Joined.
5      A    The inmate gets a special sheet and writes
6  up his complaint against you.
7      Q    (By Ms. Roche)  Okay.  And what kind of
8  complaints?
9      A    What kind of complaints?  Anything.  I'm
10  serious.  Anything.  He could say that, you know,
11  you didn't treat him the way he felt like he should
12  have been treated.  Or you didn't give him his
13  medicines he was supposed to have gotten.
14      Q    Okay.  And did you ever see grievances?
15      A    Did I ever see a grievance?
16      Q    Mm-hmm.
17      A    Yes.  I know because I had two or three
18  written against me.  They go to the Director of
19  Nurse -- not the director, but the Healthcare Unit
20  Administrator.
21      Q    And so other than the two or three that
22  were written against you, did you see grievances,
23  like, on a day-to-day basis?
24      A    No.
25      Q    Okay.  And when were -- let's start with

---

### Page 108

1  the first grievance against you.  What was that
2  about?
3      A    Being honest, I don't know.  I really
4  don't know.  I don't remember what any one of the
5  three was because they -- they weren't true.
6      Q    Okay.  Do you remember the timeframe that
7  you had these grievances written against you?
8      A    No.
9      Q    Can you give me, like, an estimate?  Was
10  it -- like, were all three of them in the 90s, or
11  was one in the 90s, one in the year 2000?
12      A    I just know that -- and, like I said, when
13  I say three, I'm guessing that I have had a
14  grievance written against me.
15      Q    Do you remember if it was towards the
16  beginning of your time at Southwestern or towards
17  the end of your time at Southwestern?
18      A    No.  It wasn't towards the end of my time.
19  I don't remember.
20      Q    Okay.  Were the grievances related to your
21  job as a registered nurse at Southwestern?
22      A    Mm-hmm.
23      Q    Okay.  And do you remember if you had a
24  chance to review the grievance?
25      A    Oh, you do.  Is there some kind of

---

27 (Pages 105 to 108)

LORETTA WILFORD  11/13/2017

| Page 109 |
| --- |

1  cafeteria or something here or a candy machine?
2      MS. ROCHE:  We can go off the record for a
3  second.
4      (A short break was taken.)
5      Q   Back on the record.  So when we left off,
6  we were just talking about grievances.  You said you
7  thought you had two or three grievances written
8  against you, but you don't remember what they were
9  about or when they were; correct?
10     A   Yes.
11     Q   Okay.
12     MS. KINKADE:  Sorry.  I have to run
13  downstairs and get us security cards.
14     MS. ROCHE:  Off the record.
15     (A short break was taken.)
16     Q   (By Ms. Roche) Back on the record.  So
17  generally speaking, what is the spinal cord?
18     A   What is the spinal cord?  It's the -- from
19  the base of the skull all the way down to your
20  tailbone.  That line of -- that you feel back there,
21  that's the spinal cord.  It consists of the spine,
22  and the spine is encircled in bones.
23     Q   Okay.  And it's my understanding that the
24  spinal cord is sort of made of different segments;
25  correct?

| Page 110 |
| --- |

1      A   Right.
2      Q   Okay.  And what is the cervical five and
3  the cervical six segment of the spine?
4      A   That would be located in the neck, and I
5  believe cervical four and five would be just above
6  the shoulder.  Five and then four.
7      Q   Okay.  And what about C6?
8      A   C6 would be probably just one below.  Your
9  shoulder line is here.  You got one, two, three,
10  four, five, six.  And you go to the lumbar.
11     Q   And so where are you saying -- so wherever
12  your shoulders are, where does C5 and C6 fall?
13     A   This is your shoulder line right here.
14  This would be if I'm not mistaken --
15     Q   So we have to -- we can't have that on the
16  record because the record can't reflect what it is
17  that you're doing in the air.  How would you
18  describe it in words of -- like, is the C5 and C6
19  below your shoulders or above your shoulders?
20     A   Okay.  I will just say it's in the neck
21  area.
22     Q   Okay.  So like, right at your shoulders
23  you're pointing at?
24     A   Mm-hmm.
25     Q   And what does the C5-C6 spinal segment

| Page 111 |
| --- |

1  consist of?  What is it made of?
2      A   The spine goes through bone.  And the bone
3  is the covering of the spine, and it's segmented.
4      Q   And what are those segments called?
5      A   The spine.  The spinal column goes through
6  there.
7      Q   Have you ever heard someone call the
8  different segments vertebrae?
9      A   Yeah.
10     Q   Okay.  So is the C5 and the C6 segment --
11  does that include vertebrae?
12     A   Yeah.
13     Q   Okay.  And are there -- is there anything
14  else that the different segments are made up of?
15     A   Not that I'm aware of.
16     Q   Okay.  Are there discs in that -- the
17  C5-C6 segment of the spine?
18     A   Oh, Jesus.  That's between the vertebrae.
19     Q   Okay.  So the -- there's vertebrae and
20  then the discs in between the vertebrae?
21     A   You got a vertebra, a disc, a vertebra, a
22  disc, a vertebra, a disc.
23     Q   Okay.  And the vertebrae is the outside
24  part that covers the spinal cord you said?
25     A   Mm-hmm.  Yes.

| Page 112 |
| --- |

1      Q   Okay.  And what role does the C5-C6 spinal
2  segment play in the spinal cord's function?
3      MS. KINKADE:  Objection form and --
4      MR. BOOSE:  Form and foundation.
5      MS. KINKADE:  Form and foundation as well.
6  You can answer.
7      Q   (By Ms. Roche) You can answer.
8      A   I know, but I'm trying to remember.
9      Q   Oh, okay.
10     MS. KINKADE:  Can't remember her question,
11  or you're trying to think of your answer?
12     A   The answer.  I don't remember the function
13  of the C5-C6 except that it supports the neck.
14     Q   (By Ms. Roche) And what is the
15  significance of a spinal cord injury?
16     MS. KINKADE:  Objection, form, foundation.
17  You can answer if you know.
18     A   What is the significance of a spinal cord
19  injury?
20     Q   (By Ms. Roche) Mm-hmm.
21     A   Now, when you're saying cord, are you
22  referring to what runs down in each bone segment?
23  This is the vertebrae, this is the spinal column
24  itself.
25     Q   Mm-hmm.

28 (Pages 109 to 112)

LORETTA WILFORD  11/13/2017

## Page 113

1    A   So if something happens to the bone, it's
2  going to cause pressure on the spinal cord itself --
3  itself.  Which in turn causes some damage, and it
4  depends on the function of that certain -- spinal
5  cord.  That -- how can I say this?  It would create
6  some problems.
7    Q   So what is the range of injuries or
8  problem --
9        MR. BOOSE:  I'm sorry, counsel.  Could I
10  just have 30 to 60 seconds?  I need to step out
11  briefly.
12        (A short break was taken.)
13    Q   (By Ms. Roche) Okay.  So what's the range
14  of injuries or problems that could result from a
15  spinal cord injury?
16        MS. KINKADE:  Objection, form and
17  foundation.
18        MR. BOOSE:  Objection, foundation.
19    A   I don't remember from my anatomy and
20  physiology the function of each section of the
21  spine.  It depends on the section of the spinal cord
22  that has the injury that causes the problems.  And
23  you can have some pressure against the spinal cord
24  that won't -- that won't cause some major problems.
25        Like, if I had problems in the middle of

## Page 114

1  my back, and it affected my spinal cord where it
2  caused a lot of pressure or maybe even a break in
3  the spinal cord, I might be paralyzed from the waist
4  down.  With the neck, like I said, I know it
5  supports the neck, and I want to say it has
6  something to do with the breathing if it's
7  cervic(sic).  If it's just pressure, it's going to
8  cause some numbness and tingling to whatever area
9  that part of the spine controls.
10    Q   (By Ms. Roche) Anything else?
11    A   Like I said, not that I can remember.
12    Q   Okay.  And I know you're retired now, and
13  so it's understandable that you don't remember, but
14  you think you would have known these things when you
15  were practicing?
16        MS. KINKADE:  Objection, form.
17        MR. BOOSE:  Joined.
18    A   If somebody had a spinal cord injury?
19    Q   (By Ms. Roche) No.  Like, would you -- you
20  said you don't remember, like, the function of the
21  different parts of the spine or the spinal cord.
22  You would have -- would -- do you think you
23  remembered and knew that information at the time
24  when you were practicing still as a registered
25  nurse?

## Page 115

1        MS. KINKADE:  Objection, form.
2        MR. BOOSE:  Joined.
3    A   I remember now.  Like I said, it depends
4  on the degree of an injury that would let you know
5  that there is a spinal cord injury.  I have
6  arthritis real bad, and when I lay on my right
7  shoulder, I have numbness in my arm, my thumb, in my
8  index and middle finger.  When the pressure is
9  released off of my shoulder, that numbness goes
10  away.
11        If you got somebody with a spinal cord
12  injury, you got signs and symptoms, and I'm not --
13  you have things that you would recognize that would
14  not be normal is what I'm trying to say.  You can
15  have numbness and tingling, and it's caused by a
16  number of things.  Basically, pressure against a
17  nerve.
18    Q   (By Ms. Roche) So what I'm asking is just
19  a bit more simple than that.  I'm just asking do you
20  think that you knew at the time you were practicing
21  as a registered nurse what the different functions
22  of the different segments of the spinal cord were?
23        MS. KINKADE:  Same objection.
24        MR. BOOSE:  Joined.
25    A   No, because I'd have to get a book and

## Page 116

1  look it up again.
2    Q   (By Ms. Roche) Okay.  So at the time when
3  you were practicing, you would get a --
4    A   I would have.  I would get a book and read
5  up on it.
6    Q   Okay.  Can you think of any other injuries
7  or problems that a spinal cord injury would cause a
8  patient?
9        MS. KINKADE:  Objection, form, foundation.
10        MR. BOOSE:  Objection, form, foundation.
11    A   Repeat that question again.
12    Q   (By Ms. Roche) Can you think of any other
13  examples within the range of injuries and problems
14  that can arise in a patient from a spinal cord
15  injury?
16        MS. KINKADE:  Same objections.
17        MR. BOOSE:  Same objections.
18    A   Numbness, tingling, paralysis.
19    Q   (By Ms. Roche) Well, those are symptoms.
20  I'm asking about, like, injuries.
21        MS. KINKADE:  Same objection.
22        MS. KINKADE:  Same.
23    A   When you injure a spinal cord?
24    Q   (By Ms. Roche) Yeah.
25    A   That's going to put pressure -- wait a

29 (Pages 113 to 116)

LORETTA WILFORD  11/13/2017

Page 117

1    minute.  When you said when you injured your spinal
2    cord, you're talking about a vertebra or a disc or
3    the spinal column itself?
4        Q    Yeah.  Like, the -- the -- any range of
5    injuries that can happen?
6        A    Well, that's what I'm saying.  It ranges
7    from numbness and tingling to paralysis.
8        Q    Okay.
9        A    That's the only thing that I know.
10       Q    Okay.  So you're saying numbness and
11   tingling is an injury of a spinal cord?
12       A    It could be an indication.
13       Q    Okay.  And what kind of spinal cord injury
14   would that be an indication of?
15           MR. BOOSE:  Objection, foundation.
16           MS. KINKADE:  Same.
17       A    That I don't know.  You got a spinal
18   column going through bones, and you got nerves
19   branching off from that.  So I don't know that.
20       Q    (By Ms. Roche) Okay.  So you don't know
21   what injury, but you know that is indicative of a
22   spinal cord injury?
23       A    Okay.
24           MR. BOOSE:  Objection, foundation.
25       Q    (By Ms. Roche) Is that a yes?

Page 118

1            MS. KINKADE:  Same.  Joined.
2        A    Yes.
3        Q    (By Ms. Roche) Okay.  And if a patient is
4    suffering from severe spinal cord compression, does
5    that injury heal on its own?
6            MS. KINKADE:  Objection, form and
7    foundation.
8            MR. BOOSE:  Objection, foundation.
9        A    How -- I'm a nurse.  I'm not a doctor.
10   Seriously.  And I don't think that I'm qualified to
11   even try to answer that question.
12       Q    (By Ms. Roche) Okay.  If you don't know an
13   answer --
14       A    No.  That's --
15       Q    Okay.  So you don't know if a spinal cord
16   compression could heal on its own?
17           MS. KINKADE:  Same objection.
18           MR. BOOSE:  Objection, foundation.
19       A    I really don't.
20       Q    (By Ms. Roche) Okay.  And a patient with
21   severe spinal cord compression, what symptoms would
22   you expect the patient to have?
23           MS. KINKADE:  Objection, form, foundation.
24           MR. BOOSE:  Joined.
25       A    It depends on where the severe injury is.

Page 119

1    What is it pressing against.
2        Q    (By Ms. Roche) Well, let's start with the
3    C5-C6 section.  What symptoms would you expect a
4    patient to have who had severe spinal cord
5    compression in the C5 and C6?
6            MS. KINKADE:  Same objections.
7            MR. BOOSE:  Objection form, foundation.
8        A    Pain, numbness, maybe some impairment in
9    movement.
10       Q    (By Ms. Roche) Anything else?
11       A    No.  Like I said, I'm a nurse.
12           MR. BOOSE:  Same objections.
13       Q    (By Ms. Roche) Okay.  So would you
14   consider the following injuries to collectively
15   constitute a serious medical condition?  A severe
16   spinal cord compression with cord change,
17   significant posterior disc calcification,
18   significant disc material pushed posterior into the
19   spinal canal, and pain, numbness, tingling,
20   weakness, and difficulty walking?
21           MS. KINKADE:  Objection, form, foundation.
22           MR. BOOSE:  Objection, form, foundation,
23   incomplete hypothetical, compound, and vague.
24           MS. KINKADE:  If you don't understand the
25   question.

Page 120

1        A    I was going to say.
2            MS. KINKADE:  Can you answer that
3    question?
4        A    No.
5        Q    (By Ms. Roche) Okay.  So if a patient
6    presented to you with a severe spinal cord
7    compression with cord change and significant
8    posterior disc calcification --
9        A    Can I interrupt right there?
10       Q    Sure.
11       A    Now, going back to the very first one.
12   What was that?
13           MR. BOOSE:  Before the answer, just same
14   objections and also calling for legal conclusion.
15           MS. ROCHE:  She wasn't answering.  I'm
16   asking a question, Max.
17       Q    (By Ms. Roche) The severe spinal cord
18   compression with cord signal change?
19       A    Yeah.  If it's severe and it's got cord
20   injury, a laymen would know the answer to that, that
21   something is wrong.
22       Q    So you would consider that a serious
23   medical condition?
24       A    Yes.
25       Q    Okay.

30 (Pages 117 to 120)

LORETTA WILFORD  11/13/2017

Page 121

1    MR. BOOSE:  Objection, calls for legal
2  conclusion, form, and foundation.
3    MS. KINKADE:  Joined.
4    A   I feel like now I'm the one being
5  persecuted.
6    MS. KINKADE:  Don't worry about it.
7  She's --
8    Q   (By Ms. Roche) We're just -- this is just
9  a deposition, and we're just here to get facts and
10  information and ask a bunch of questions and get a
11  bunch of answers.
12    A   I can deal with a bunch of questions, but
13  I'm --
14    Q   So tell me all of the appropriate
15  treatment options for a patient who is suffering
16  from a severe spinal cord compression and who is
17  complaining of pain, numbness, tingling, weakness,
18  and difficulty walking?
19    MS. KINKADE:  Objection, form and
20  foundation.
21    MR. BOOSE:  Objection form, foundation,
22  incomplete hypothetical, calling for legal
23  conclusion.
24    Q   (By Ms. Roche) You can answer.
25    MS. KINKADE:  Can you answer that

Page 122

1  question?
2    MS. GRADY:  Excuse me.  This is Sarah
3  Grady.  Sorry.  I'd like to put on the record that
4  it's inappropriate for defense counsel to be
5  interrupting in between the question and the answer
6  to ask a question of the witness.  I think that's
7  improper.
8    Q   (By Ms. Roche) Do you want me to re-ask
9  the question?
10    A   Would you?
11    Q   Yeah.  So please tell me all of the
12  treatment -- the appropriate treatment options for a
13  patient who is suffering severe spinal cord
14  compression with cord change, and who is complaining
15  of pain, numbness, tingling, weakness, and
16  difficulty walking.  What would the appropriate
17  treatment options be?
18    MS. KINKADE:  Same objections.  You can
19  answer if you can answer.
20    A   Okay.  Now this is an emergency.  You put
21  a C-collar on them, put them on a backboard, and get
22  them out to the nearest emergency room.
23    Q   (By Ms. Roche) So put a C-collar on?
24    A   Mm-hmm.
25    Q   Because it's an emergency.  And what did

Page 123

1  you say after that?
2    A   Put them on the backboard.
3    MR. BOOSE:  Sorry.  The deponent was very
4  muddy on that.  If we could get the microphone a
5  little closer or something please.
6    A   Say it again?
7    Q   (By Ms. Roche) And get him to the
8  emergency room?
9    A   Oh, yes.  Put a C-collar on them, put them
10  on the backboard, and take them to the -- have them
11  sent out to the emergency room.
12    Q   Okay.  Are there any other appropriate
13  treatment options for someone with those symptoms?
14    MR. BOOSE:  Same objections.
15    MS. KINKADE:  Same objections.
16    A   No.
17    Q   (By Ms. Roche) So is doing nothing an
18  appropriate treatment option for a patient who is
19  experiencing those symptoms?
20    MR. BOOSE:  Objection, form, foundation,
21  calling for legal conclusion, and incomplete
22  hypothetical.
23    MS. KINKADE:  Joined.
24    A   How can you see someone hurt and not do
25  anything?

Page 124

1    Q   (By Ms. Roche) So no?  Is that what you're
2  saying?
3    A   You're --
4    MR. BOOSE:  Same objections.
5    A   -- asking me if I see somebody with an
6  injury, it's appropriate not to do anything?  No,
7  that's not right.
8    Q   (By Ms. Roche) Okay.  And what risk of
9  harm might result from doing nothing in response to
10  a patient who is suffering those symptoms?
11    MS. KINKADE:  Objection, form and
12  foundation.
13    MR. BOOSE:  Objection, form, foundation,
14  calling for legal conclusion, and incomplete
15  hypothetical.
16    A   I'm not going to answer that one.
17    Q   (By Ms. Roche) Well, you have to answer
18  the questions in depositions.
19    MS. KINKADE:  Well, not if she can't.
20    Q   (By Ms. Roche) Well, to the extent you're
21  capable, but --
22    MR. BOOSE:  Objection.
23    A   Okay.  I don't know the answer to that
24  one.  How is that?
25    Q   (By Ms. Roche) Okay.  So you don't know

31 (Pages 121 to 124)

LORETTA WILFORD  11/13/2017

Page 125

1  the risk of harm that might result from doing
2  nothing?
3      A   True.
4          MR. BOOSE:  Objection, form, foundation,
5  incomplete hypothetical, calling for legal
6  conclusion.
7      Q   (By Ms. Roche) And so you said get him on
8  a backboard.  What's a backboard?
9      A   It's a wooden board that's hard, you know.
10 That's all it is.  And it's called a backboard.
11     Q   Okay.  And why would you put him on a
12 backboard?
13     A   To keep them from --
14         MR. BOOSE:  Same objections.
15     A   To stabilize the body movement.
16     Q   (By Ms. Roche) And what is a C-collar?
17     A   That's that collar that they put around
18 the neck to keep the head straight to keep them from
19 moving like that.
20     Q   Okay.  And why would you need to use a
21 C-collar?
22     A   Because you want to --
23         MR. BOOSE:  Same objections.
24     A   -- stabilize them again.  If they do have
25 a neck injury, you don't want to -- to do further

Page 126

1  harm.
2      Q   (By Ms. Roche) Okay.  Is it an appropriate
3  treatment option for a patient who is suffering with
4  the pain, numbness, tingling, weakness, and
5  difficulty walking to order a radiograph of any kind
6  or, like, a scan of any kind?
7          MS. KINKADE:  Objection, form and
8  foundation.
9          MR. BOOSE:  Objection, form and
10 foundation, incomplete hypothetical, calling for
11 legal conclusion, calling for an improper expert
12 opinion.
13     Q   (By Ms. Roche) In your experience, would
14 that be an appropriate treatment option?
15         MS. KINKADE:  Same objections.
16         MR. BOOSE:  Same objections.
17     A   If -- no.  If they didn't order an x-ray
18 or MRI or something did you say?
19     Q   (By Ms. Roche) Would that -- would
20 ordering an MRI or an x-ray, you know, some sort of
21 scan, would that be an appropriate treatment option
22 for someone who is experiencing these symptoms?
23         MS. KINKADE:  Same objections.
24         MR. BOOSE:  Same objections.
25     A   I'm not going to answer that.

Page 127

1      Q   (By Ms. Roche) Why is that?
2      A   Because I'm not a doctor, and I just feel
3  like you're trying to get me caught up in something,
4  and I don't understand it.
5      Q   I'm just asking you because I am a lawyer,
6  not a doctor either.
7      A   I understand that.
8      Q   So I just need to know, you know.  I'm
9  just asking questions about what your practice would
10 be, what your knowledge is.  Like, the whole point
11 of a deposition is so that I can learn what you
12 know.  And what you know and, you know, just
13 generally, so not trying to get you caught up in
14 anything.
15         MR. BOOSE:  Objection, calling for expert
16 opinion and misstating the --
17         MS. ROCHE:  Max, you're not listening to
18 the questions clearly.  Please don't object unless
19 you're listening because right now we're talking
20 about the process of a deposition.
21         MR. BOOSE:  Well, the deposition can't
22 require you to ask her questions which the deponent
23 does not have foundation -- objections.  That's why
24 I'm launching those.  You're on the record though
25 so.

Page 128

1          MS. KINKADE:  Do you have another
2  question?
3      Q   (By Ms. Roche) But yeah.  So continuing
4  what I was saying, like, I'm not trying to trick you
5  up into whatever.  It's just you have to -- if you
6  have an answer to something, you are obligated, if
7  you know or have knowledge of, you are required to
8  answer the question.  But if you don't know
9  something, that's completely acceptable, but you do
10 have to answer questions that you have answers to.
11     A   Okay.  Then in -- in regards to that
12 question, to me, that's a doctor's decision, not a
13 nursing decision.
14     Q   So I'm not asking if it would be a nursing
15 decision.  I'm just asking would that be an
16 appropriate treatment option?
17         MR. BOOSE:  Objection, form, foundation,
18 incomplete hypothetical, calling for expert opinion.
19         MS. KINKADE:  And it's time to move on.
20 She's answered that it's outside her scope of
21 knowledge.  She's not a doctor.
22         MS. ROCHE:  Well, she said -- she said
23 that she thinks it should be what a doctor orders.
24 I'm not asking her --
25     Q   (By Ms. Roche) I'm not asking you what a

32 (Pages 125 to 128)

LORETTA WILFORD  11/13/2017

## Page 129

1  doctor would order or not.  Like, I'm not asking if
2  you ordered to put a cast on someone's broken leg.
3  I'm just asking generally is it an appropriate
4  treatment option to put a cast on someone with a
5  broken leg.
6      MR. BOOSE:  Same objection.
7      Q   (By Ms. Roche) So I'm not asking what you
8  would have ordered.  I'm just wondering as a general
9  practice, would it be appropriate treatment for
10  someone who was experiencing these symptoms to have
11  a x-ray or scan or an MRI of some kind ordered?
12      MS. KINKADE:  Same objection.
13      MR. BOOSE:  I apologize for interrupting.
14  Same objections.
15      A   Yes, it would be.
16      Q   (By Ms. Roche) Okay.  And to your
17  knowledge, does the standard of care require any
18  type of surgical intervention for someone with a
19  severe spinal cord and the symptoms listed?
20      MR. BOOSE:  Objection, form, foundation,
21  calling for improper opinion.
22      MS. KINKADE:  Joined.
23      A   Now that one, I don't know.
24      Q   (By Ms. Roche) Okay.  Is it consistent
25  with the standard of care of a patient with -- who

## Page 130

1  is suffering from pain and numbness and tingling and
2  weakness and difficulty walking, complaining of back
3  pain to x-ray that patient's knees?
4      MS. KINKADE:  Objection.
5      MR. BOOSE:  Objection, form, foundation,
6  calling for improper opinion, incomplete
7  hypothetical.
8      MS. KINKADE:  Joined.
9      A   I -- I can't answer.  I -- I don't know.
10      Q   (By Ms. Roche) Okay.  So if a patient has
11  the pain, numbness, tingling, weakness, back pain
12  difficulty walking from a spinal cord compression
13  and that patient is not improving, would it be good
14  medical care to do nothing else?
15      MS. KINKADE:  Objection.
16      MR. BOOSE:  Same objections.  And after
17  the question is answered, could we please have a
18  conversation outside the presence of the deponent?
19      Q   (By Ms. Roche) You can answer.
20      A   I know.  I'm thinking.
21      MR. BOOSE:  I don't want to be accused of
22  doing coaching or anything like that, but there are
23  some matters that we need to address now.  That's my
24  decision.  If we could please have that conversation
25  on the record, but not in the presence of the

## Page 131

1  deponent.
2      MS. KINKADE:  Yes, she just has to answer
3  the pending question.
4      MR. BOOSE:  I'm sorry if she was still
5  answering.  My bad.
6      MS. KINKADE:  That's okay.
7      A   I would have to say that's the doctor's
8  decision.
9      Q   (By Ms. Roche) Well, regardless of whose
10  decision it was, would that be good medical care?
11  Would that meet the standard of care?
12      MR. BOOSE:  Same objections.
13      MS. KINKADE:  Same objections.
14      A   You are asking me of my opinion?
15      Q   (By Ms. Roche) Yeah.  To your knowledge,
16  based on your knowledge and experience.
17      MS. KINKADE:  Same objections.
18      MR. BOOSE:  Same objections.
19      A   It wouldn't be.
20      Q   (By Ms. Roche) It wouldn't be good medical
21  care?
22      A   No.
23      MS. KINKADE:  Do you mind taking a step
24  into the hallway for a second?  Are you doing okay?
25      A   Mm-hmm.

## Page 132

1      MS. KINKADE:  They just want to have
2  conversations.
3      (Witness left the proceeding.)
4      MS. ROCHE:  Sarah, are you here still?
5      MS. GRADY:  I am.
6      MS. ROCHE:  Okay.
7      MR. BOOSE:  Please let me know when the
8  deponent is away, and we can have a brief
9  conversation.
10      MS. KINKADE:  She's away.
11      MS. ROCHE:  Yep.  You're good.  You can
12  go.
13      MR. BOOSE:  I would just like to say for
14  the record there have been numerous questions now
15  about standard of care, proper courses of treatment,
16  and other matters for which this deponent does not
17  have the foundation to testify as to.  They're
18  calling for improper expert opinions.  They're
19  calling for treatment decisions that only a doctor
20  could give.
21      And it's now getting to the point where
22  it's -- it's wasting time, and it's unduly extending
23  the length of this deposition, and for the record
24  I'm launching objection to any further questions
25  related to the standard of care in the medical

33 (Pages 129 to 132)

LORETTA WILFORD  11/13/2017

## Page 133

1  setting such that it would be appropriately
2  addressed not to this deponent and also objecting to
3  any questions about what the proper treatment plan
4  is or anything like that.  This is a nurse, not a
5  doctor, and she cannot provide -- she doesn't have
6  the qualification to testify on proper treatment.
7          MS. KINKADE:  I'll join that objection.
8          MS. GRADY:  Just so I'm clear, sorry, are
9  you saying that you're -- you're just making the
10  objection for the record?  Or I'm not -- I'm not
11  really clear what you say when you mean you're
12  objecting to any further questions if you've been
13  objecting to them on the grounds of, like, improper
14  hypothetical and calls for legal conclusion.
15          MR. BOOSE:  Yes, and foundation.  But the
16  issue is that now we're -- we're asking a bunch of
17  questions of a nondoctor that are doctor questions
18  basically is what I'm saying, and if these questions
19  keep going, then that's just, you know, wasting
20  everyone's time, and it's an improper use of the
21  deposition.  And it's incurring additional costs to
22  the parties.  So I'm asking that we can kind of move
23  this along and not ask questions that only a doctor
24  could answer.
25          MS. GRADY:  But I mean the -- the witness

## Page 134

1  hasn't said that she's not able to answer the
2  questions.  I think she's been answering questions.
3  I mean, it seems like you're -- that's a motion that
4  you can bring to court, say at trial, like, she's
5  not qualified to say that.  I don't know that you'd
6  win.  I think the seventh circuit is generally
7  pretty permissive when it comes to job and medical
8  professionals testifying across specialties, as was
9  the issue of weight non-admissibility.  But I -- I
10  guess I'm just not feeling -- I agree that you're
11  allowed to make your objections for the record.
12          I -- I certainly don't think they're
13  wasting -- it's a waste of time.  It goes to the
14  very heart of the case about the treatment that was
15  given in this case by nurses and other medical
16  practitioners, including Dr. Shah and others.  But
17  it's totally appropriate to ask one of the
18  defendants about her opinion about the care that
19  other defendants in this case provided.
20          MR. BOOSE:  I recognize that's your
21  position.  Mine is on record as well, and I'm asking
22  that we move this along.  I don't want to take any
23  more time for this, but I did feel the need to get
24  that on the record.  Thank you for accommodating me.
25          MS. GRADY:  Okay.

## Page 135

1          (Witness returns to the proceeding.)
2          Q   (By Ms. Roche) Okay.  So let's go through.
3  So these are medical records from Mr. Armbruster's
4  medical records.  The front page, the Bates numbers,
5  the first page is P000330.  And then it goes
6  through -- I'm not going to read the whole Bates
7  number, but it goes from 330, 331, 333, 353, 356,
8  357, 358, 359, 360, 361, 368, 369, 372, 374, 375,
9  376, 377, 380, and 446.  And that's it for this
10  packet of medical records.  I'm going to ask you to
11  just take a highlighter and go through each of these
12  pages and just highlight anything that you wrote on
13  the page.
14          MR. BOOSE:  I think you said this,
15  counsel.  This is P, the plaintiff's Bates numbers?
16          MS. ROCHE:  Correct.  Yeah.  They all
17  start P000.
18          MR. BOOSE:  Got it.  Thanks.
19          (Deposition Exhibit 1 marked.)
20          Q   (By Ms. Roche) Now if you could -- this
21  handwriting is hard to read.  If you don't mind
22  reading off the -- that one might have the Bates
23  number covered.
24          MS. KINKADE:  It doesn't.
25          Q   (By Ms. Roche) Oh, okay.  Read off the

## Page 136

1  Bates page number which is that number in the
2  corner.  It started off P000.
3          A   330.
4          Q   Yep.  Now if you could read what your
5  handwriting said on that page?
6          A   RN note to sick call.  Date for 2-4-13,
7  9:50 a.m.  Seen 4-18-13.  And the Motrin was not --
8  not reordered.  And that was why he saw MD.  To see
9  MD in a.m.
10          Q   Okay.  And then that's your signature over
11  in the right-hand column?
12          A   Mm-hmm.
13          Q   Okay.  Did you write anything else on that
14  page?
15          A   No.
16          Q   Okay.  So we can go on to the next page.
17  P000331.
18          A   Okay.
19          Q   And if you can go ahead and read what your
20  handwriting says on that page?
21          A   Okay.  4-29-13.  Weight 175-pounds.  98.1.
22  54-12.  100/80.  Wilford RN.  And below Susan's
23  signature, I wrote Wilford RN.  Same date 4-24.
24          Q   Okay.  So the rest of the handwriting on
25  that page is someone else's handwriting?

**ALARIS LITIGATION SERVICES**
www.alaris.us                  Phone: 1.800.280.3376                  Fax: 314.644.1334

LORETTA WILFORD  11/13/2017

## Page 137

1   A   Uh-huh.
2   Q   Okay.  So let me ask you this.  Why did
3   you sign under Hardin's name?  Like, why did two
4   nurses sign on this page?
5   A   Because we double-check the orders to be
6   sure that the orders are carried out.
7   Q   Okay.  So you -- so if you see, like, two
8   nurses signatures on a page, that usually means,
9   like, someone double-checked someone else's work or
10  something?
11  A   Mm-hmm.
12  Q   Okay.  We can go on to the next page.
13  A   Okay.  6-24-13.  9:55.  I did his vital
14  signs, and I signed my name.  And then I signed
15  above Phyllis' name for the orders.
16  Q   And so -- so someone else wrote all the
17  rest of the stuff on this page?
18  A   Uh-huh.
19  Q   Okay.  Let's go on to the next page.  The
20  next page is P000353.
21  A   Once again, I did the vitals on 4-4-14.
22  Took the orders off and signed the orders off.  I'm
23  trying to see -- recognize this signature.  But it
24  was checked.  The orders was checked on the second
25  shift.

## Page 138

1   Q   So which -- I'm a little bit confused.
2   A   I was the one who took the orders off, and
3   somebody checked my orders to be sure that they were
4   right.
5   Q   So which orders did you write down?
6   A   UA, fasting blood sugar FBS.  Ibuprofen
7   400.  PO TID times three months.  Ranitidine 150
8   milligrams.  PO bid times three months.  Follow up
9   in four weeks.
10      MS. KINKADE:  Did you actually write that,
11  or is that what you put in the system?
12      A   I put it in the system.  Dr. Shah wanted
13  --
14      MS. KINKADE:  This is not your
15  handwriting?
16      A   Uh-uh.
17      MS. KINKADE:  Okay.
18  Q   (By Ms. Roche) Okay.  So the -- what you
19  just read, that started with UA, that's something
20  that Dr. Shah wrote?
21  A   Uh-huh.
22  Q   Okay.
23      MR. BOOSE:  Just to clarify, that's a yes?
24  A   Yes.  I'm sorry.
25      MR. BOOSE:  Thank you.

## Page 139

1   Q   (By Ms. Roche) Okay.  So that's everything
2   that you wrote on that page?
3   A   Yes.
4   Q   Okay.  So let's go to the next page.
5   P000356 I believe it is.
6   A   Okay.  And 4-29-14 at 8:50.  No known
7   allergies.  NKDA.  Acute short-term medication,
8   none.  Chronic long-term ibuprofen 400 milligrams
9   bid and ranitidine 150 bid.  No psychotropics.
10  Current Treatment was none.  Therapeutic diet:  No.
11  Follow-up care was routine.  Clinic: none.
12  Specialty referrals: none.  Significant history:
13  gunshot wound to both legs, history of GERD.
14  G-E-R-D.  Physical disabilities/limitations: none.
15  Assistive devices or prosthetics: none.  And I
16  printed my name, and then I signed it.
17  Q   Okay.  And then the bottom it says day
18  court writ.  Was this form filled out for -- because
19  he had a court writ that day?
20  A   Uh-huh.
21  Q   Okay.  Okay.  So that's it for that page?
22  A   Mm-hmm.
23  Q   So the next page is P000357.
24  A   4-24.  RN note for sick call.  8:35 a.m.
25  I had a UA done and some more lab tests and nobody

## Page 140

1   told me nothing.  In no distress at this time.
2   Requested the lab results.  Advise that he would see
3   MD on 5-9-14 to be told of lab results.
4   Q   Okay.  And then your signature; right?
5   A   Mm-hmm.
6   Q   Okay.  Next page P000358.  Can you read
7   anything in your handwriting?
8   A   I did the vital signs.  96.7.  83-14.
9   140/70.  And then I double-checked the orders.
10  Q   Okay.  When you say double-check the
11  orders, can you explain that a little bit more to
12  me?  I don't think I understand.
13  A   Oh, I'm sorry.  It's like Jaclyn took the
14  orders off, and I came behind her to check to be
15  sure that she had ordered everything that should
16  have been ordered or get a referral or whatever.
17  Q   So you would look at -- whoever was
18  double-checking the records would look at this page
19  and then look in the computer?
20  A   No.  No.  Look at books to see if the
21  medications were ordered, and on the MAR sheet if
22  labs were ordered, if x-rays were ordered, or if
23  he's to be referred to an outside physician, was
24  that taken care of.
25  Q   Okay.

35 (Pages 137 to 140)

LORETTA WILFORD  11/13/2017

Page 141

1  A  Mm-hmm.
2  Q  Okay.  Okay.  If there's nothing else that
3  you wrote on that page, we can go to the next page.
4  The next page is P000359.
5  A  5-13-14.  Chief complaint: complained of
6  pain in the right shoulder blade, and my arms and
7  fingers tingle, and it hurts all the time.  It
8  started about three weeks ago.  And how did it
9  happen:  Picking up the toxics, which is a tray of
10 cleaning supplies.  It's not a big tray about
11 maybe -- about that wide with maybe six bottles on
12 it.
13     Q  Okay.
14     A  Previous similar complaints: no.
15     Q  And real – just for the sake of time, you
16 don't have to read, like, what's actually printed.
17 I just need for you to read what you wrote just so
18 there's no confusion about what your handwriting
19 says.
20     A  Oh, okay.  Don't know.  What is this?
21 What is this -- go away?  It don't go away.
22 Ranitidine.  98.1.  85-14.  125.  That's not 125.
23 He's got a high blood pressure.  The bottom number
24 is a hundred, and his weight is 107(sic) pounds.
25     Q  And real quick.  I think you missed

Page 142

1  something after you said ranitidine.  There was
2  something else written after that.
3     A  And ibuprofen?
4     Q  Okay.
5     A  WNL.  Within normal limits.  Clear,
6  regular rhythm, soft and distended, neurological was
7  blank, muscoskeleton(sic) within normal limits, WNL.
8  Self-reported numbness of the right arm, hand, and
9  left fingertips.
10     Q  All right.  And up in the right-hand
11 column, starting at the top?
12     A  Okay.  See meds given.  That's not given.
13 See meds dispensed, and encouraged to see --
14 encouraged to be more active.  To see MD.  Yes.
15 Continue meds.  Yes.  Loretta Wilford.
16     Q  Okay.  And the next page P000360.
17     A  000360?  It's not 0084?
18     MS. KINKADE:  360.
19     A  Okay.  I just signed my name.
20     Q  (By Ms. Roche) Okay.  And then P000361.
21     A  RN note for treatment line.  S-subjective
22 was 0, O-what I observed, blood pressure 140/100.
23     Q  I'm sorry.  Real quick.  Can we start over
24 on this line?  So where is – where are you starting
25 at?  Like, where is this written?

Page 143

1  A  5-16 -- 5-16-14.  At the bottom of the
2  page.
3     Q  Okay.  So like seven blocks up from the
4  bottom.  Okay.  I'm sorry.  Go ahead.
5     A  Okay.  RN note for treatment line.  S-0,
6  P -- I mean, S-0, O-BP 140/100.  P-BP check.  Going
7  to the right side of the page.  Plan P-continued BP
8  check as ordered.  Signed my name.  And go back to
9  the right-hand side.  For 5-18, RN note to treatment
10 line.  S-0, O-BP 130/66, A-BP check.  Right-hand
11 side.  P-plan-continued blood pressure check as
12 ordered.  I signed my name.
13     Q  Okay.  And the next page P000368.
14     A  I signed at the very bottom under Phyllis'
15 name.
16     Q  Okay.  So you didn't write anything else
17 on this page?
18     A  Uh-uh.
19     Q  Okay.  And the next page P000369.
20     A  I signed above Phyllis' name.  Checking
21 orders again.
22     Q  Okay.  And did you write anything else on
23 this page?
24     A  No.
25     Q  And the next page P000372.

Page 144

1  A  Okay.  6-5-14.  7:40 a.m.  Hemoglobin A1c
2  with one stick in the right axillary area without --
3  I don't know.  I want to say problems.  And I signed
4  my name.  And then I dropped down on the right-hand
5  side and signed my name again above Phyllis' name.
6     Q  Okay.  And what about in the middle?  It
7  looks like you signed it.
8     A  Oh, I'm sorry.  I did.
9     Q  One, two, three, four, five, six boxes
10 down.
11     A  96.3, 74-14, 110/90.
12     MS. KINKADE:  Was this one?
13     A  Mm-hmm.
14     Q  (By Ms. Roche) Okay.  Any others on that
15 page?
16     A  No.
17     Q  Okay.  And let me ask you this.  So what
18 if – what -- what was the situation or how did it
19 come to be that you would write, for example, this
20 on June 27, 2014 that you wrote his vitals, and then
21 it's someone else's handwriting.  That's the
22 situation where it's then Dr. Shah is the one who is
23 writing?
24     A  Uh-huh.
25     Q  Okay.

36 (Pages 141 to 144)

LORETTA WILFORD  11/13/2017

| Page 145 |
| --- |

1      A   Yeah.  The nurse that's working with Dr.
2  Shah that day does all the vital signs and --
3      Q   And then he writes --
4      A   Uh-huh.
5      Q   Okay.  So he -- you do -- you write down
6  the vitals that you take, and then he writes down
7  his own notes?
8      A   Uh-huh.
9      Q   Okay.  And does Dr. Shah write down his
10  notes as the patient -- as he is seeing the patient,
11  or does he write all the notes at the end?
12          MS. KINKADE:  Objection, form.  You can
13  answer if you know.
14      A   He tries -- most times he writes as he
15  sees the inmate, but when he has clinics, if there's
16  nothing pertinent, he'll -- he'll have what I call a
17  cheat sheet, and he'll make his notes on that with
18  the inmate's name and number, and set the charts
19  aside.  Because one time he misplaced that sheet.
20  So that's what he does basically.
21      Q   (By Ms. Roche) Okay.  So -- so he -- what
22  was his usual practice that you saw when you worked
23  with him that he would write right into the chart or
24  that he would write it on his cheat sheet?
25      A   Uh-uh.  If it wasn't a clinic, he would

| Page 146 |
| --- |

1  write in each chart every time he saw somebody, and
2  a lot of times, the guys would still be in the room
3  with him.
4      Q   Okay.  Okay.
5      A   Now we're on this sheet -- protocol sheet.
6      Q   And this is page P000 --
7      A   374.
8      Q   -- 374.  Okay.
9      A   I need my ranitidine reordered.  History
10  of GERD.  About how many years.  Off and on for
11  years.  I'm sorry.  Burning sensation.  Sometimes,
12  yes, no, no.  Ramen noodles.  History of GERD.  No
13  known allergies, 97-70, 14, 118/88, 186.  Dry.
14  Soft.  No masses felt.  Faint.  Epigastric.  Call
15  MD.  A referral.  No.  Okay.  No.  Yes.  No.  No.
16  No.  Renew ranitidine.  Don't help.  Yes, yes.
17  Loretta Wilford, R.N.
18      Q   And it looks like you --
19      A   Wrote five dollars.
20      Q   Five dollars.  Okay.  Okay.  Is that all
21  for that page?
22      A   Mm-hmm.
23      Q   Okay.  And the next page P000375?
24      A   Give me that.  Weight 188, 98, 86-14,
25  128/80.  And I signed under Phyllis' -- my name.

| Page 147 |
| --- |

1      Q   Okay.
2      A   Is the next page 377?
3      Q   I think it's P000376 it looks like.
4      A   376.
5      Q   6-25-14 it says at the top.
6      A   Okay.  But I didn't write anything on
7  here.
8      Q   Okay.  So your signature is not the one at
9  the bottom above -- there's like a signature that is
10  a little bit hard to make out.  I thought it might
11  have looked like yours.
12      A   Uh-uh.  That's not me.
13      Q   Okay.
14      A   377.
15      Q   Yep.  377.
16      A   No need to see -- no need to be seen by
17  MD.  To be seen PRN.  As written.  On 6-25-14.
18  Signed my name.
19      Q   And that was -- that's at the top next to
20  8-1-4 -- the date 8-1-14?
21      A   Mm-hmm.
22      Q   Okay.  And what does PRN stand for?
23      A   As necessary.
24      Q   Okay.
25      A   Or as needed.

| Page 148 |
| --- |

1      Q   Okay.  Anything else on the page?
2      A   No.
3      Q   P000380.
4      A   184 weight, 97.9, 95-14.  110/70.  My
5  name.
6      Q   Okay.  Anything else on that page?
7      A   Uh-uh.  Because he was getting ready to
8  leave to go home.
9      Q   Okay.  And on P000446.
10      A   That's the med.  I wrote ranitidine and
11  ibuprofen.
12      Q   And in which box did you write that?
13      A   The last two.
14      Q   Okay.
15      A   Left-hand side of the page.
16      Q   Okay.  So the bottom boxes.  The one says
17  ranitidine 150 milligrams PO, and the one below it
18  says ibuprofen 400 milligrams PO?
19      A   Uh-huh.
20      Q   Okay.  And did you write all the
21  numbers -- like, all the information across?
22      A   Uh-uh.
23      Q   Okay.
24      A   The med nurse did that.
25      Q   Okay.

ALARIS LITIGATION SERVICES
www.alaris.us                        Phone: 1.800.280.3376                        Fax: 314.644.1334

LORETTA WILFORD  11/13/2017

## Page 149

1     A    And then I signed my name all the way over
2  to the right, the lower boxes.
3     Q    Okay.  So is there anything from reading
4  through these documents -- has reviewing these
5  records refreshed any independent recollection that
6  you have of Gerry Armbruster?
7     A    No.
8     Q    Okay.  And so according to these
9  documents, it looks like the -- you saw Mr.
10  Armbruster on 4-24-13, and he presented needing
11  Motrin; correct?
12     A    Mm-hmm.
13     Q    Okay.  And do you know what he needed
14  Motrin for?
15     A    It was on the 14th?
16     MS. KINKADE:  What page are you referring
17  to?
18     Q    (By Ms. Roche) 4-24-13.  P000330.
19     MR. BOOSE:  Counsel, can you clarify the
20  question, please?
21     MS. ROCHE:  Yeah, we'll get back to that.
22  We are still looking for a page.
23     MR. BOOSE:  10-4.
24     A    He had been on Motrin before it expired,
25  and he wanted it renewed.

## Page 150

1     Q    (By Ms. Roche) Okay.
2     A    In looking at this, I don't know why he
3  was on it before.  It was ordered 5-1, twenty -- and
4  expired 6-29.
5     Q    And you're getting that information based
6  off of the last page of the medicine?
7     A    Uh-huh.
8     Q    Or of the medical chart?
9     A    Uh-huh.  Go up to the very top.  The
10  left-hand side.
11     Q    Okay.  Okay.  So that was the same as the
12  ibuprofen?
13     A    Mm-hmm.
14     Q    Okay.  Okay.  And then according to
15  P000331 you saw Mr. Armbruster again about five days
16  later on 4-29-13 for pain related to his knees;
17  correct?
18     A    Mm-hmm.
19     Q    Okay.
20     A    No.  Well, I did his vital signs, and he
21  was just there -- you said for his knees?
22     Q    It looks like that's what it is on the --
23     A    4-29.
24     Q    Based on the document, but correct me if
25  I'm wrong.

## Page 151

1     A    Okay.  Looking at this, when I saw him, I
2  thought he was there just to get his ibuprofen
3  renewed, and I didn't go into why he needed it with
4  him.  When he saw the doctor, he talked to the
5  doctor about it.
6     Q    Okay.
7     A    And it looks like it was because of
8  some -- an old gunshot wound to both legs.
9     MS. KINKADE:  Her question is what did you
10  see him for?
11     A    Just to renew the ibuprofen.
12     Q    (By Ms. Roche) Okay.  And then on page
13  353, you saw him again on 4-4-14.  And he was there
14  again related to getting medicine for acid reflux it
15  looks like, based on the document; is that correct?
16  Page 353?
17     A    Uh-huh.
18     MR. BOOSE:  Is that a yes?
19     A    Yes.
20     MR. BOOSE:  Thank you.
21     Q    (By Ms. Roche) And then on page 357 on
22  4-14-14, you saw Mr. Armbruster again; correct?
23     A    Yes.
24     Q    Okay.  And now did reviewing these
25  documents again refresh any independent recollection

## Page 152

1  or memory that you have of Mr. Armbruster or seeing
2  him?
3     MS. KINKADE:  Objection, asked and
4  answered.  You can answer again.
5     A    I'm sorry.  What did you ask me?
6     Q    (By Ms. Roche) Just if reviewing the
7  documents refreshed any independent memories that
8  you have of Mr. Armbruster?
9     A    Not really.  No.
10     Q    Okay.  At any of these appointments, do
11  you remember if Mr. Armbruster complained of any
12  pain, numbness, tingling, or weakness in his
13  shoulders, arms, and hands or any back pain?
14     MS. KINKADE:  Objection, form.
15     MR. BOOSE:  Joined.
16     A    I don't remember.
17     Q    (By Ms. Roche) Okay.  And then page 358.
18  You saw Mr. Armbruster on 5-2-14; correct?
19     A    Mm-hmm.  Yes.
20     Q    And what did you see him on this day for?
21  What was he being seen for?
22     A    Oh, I did his vital signs.  He was seeing
23  the doctor, and according to this, it says follow-up
24  of labs.
25     Q    Okay.  And does this page -- does it say

38 (Pages 149 to 152)

LORETTA WILFORD  11/13/2017

## Page 153

1  what the labs were for?
2      A   No.
3      Q   Okay.  And on page 359, Mr. Armbruster --
4  you saw Mr. Armbruster again on 5-13-14, and he was
5  complaining of the pain, tingling, numbness, said
6  that it was happening all the time.  And that was on
7  5-13-14; correct?
8      A   Yes.
9      Q   Okay.  And do you remember if you wrote
10  down every symptom that he said he was experiencing
11  that day?
12      A   Yes.  It's here.
13      Q   You said it's here?
14      A   On the protocol sheet.
15      Q   So based what's on the paper?
16      A   Yes.
17      Q   Okay.  Do you have an independent memory
18  of writing down every complaint that he said to you
19  or?
20      A   No.
21      Q   Okay.  So your knowledge that this was all
22  of the symptoms that he reported that day is based
23  on what's written on the page?
24      A   Yes.
25      Q   Okay.  Okay.  If we go to page 360, it

## Page 154

1  looks like you saw Mr. Armbruster again the
2  following -- oh, wait.  No, this is the day that --
3  oh, did you see Mr. Armbruster on this day on page
4  360?
5      A   Is that 5-14?
6      Q   5-14-14.
7      A   No.
8      Q   Okay.  So this was a day that you just
9  checked --
10      A   Yes.
11      Q   -- Ms. Maston's work?  Okay.  Learning all
12  sorts of stuff about nursing today.  Okay.  And then
13  if we go to page 361.  This page indicates --
14  actually -- yeah, 361.  You saw Mr. Armbruster on
15  5-16-14 and 5-18-14.  And then on pages 368 to 69,
16  you saw him on 5-28-14, and it appears that these
17  three appointments had to do with his blood pressure
18  checkups; correct?
19      A   Yes.
20      Q   Did Mr. Armbruster complain to you about
21  his spinal cord symptoms at any of these dates on
22  5-16, 5-18, or 5-28?
23      MR. BOOSE:  Objection, form.
24      A   On 5-13 he complained of right shoulder --
25  pain in his right shoulder blade and his arms and

## Page 155

1  fingers were tingling and they hurt all the time,
2  and he said that started about three weeks ago.
3      Q   (By Ms. Roche) And that's on page --
4      A   It's --
5      Q   -- 359; right?
6      A   Mm-hmm.
7      Q   So I'm asking about the appointments that
8  were documented on page 361, 368, and 369.
9      A   He was just there for blood pressure
10  checks for treatment line.
11      Q   And so now my question is did he complain
12  to you at all about the pain, numbness, tingling,
13  the pain in his back, difficulty walking at those
14  appointments?
15      A   No.
16      MR. BOOSE:  Objection, argumentative,
17  form, foundation.
18      Q   (By Ms. Roche) So he did not bring up
19  those symptoms to you at these appointments?
20      A   No.
21      MR. BOOSE:  Objection.
22      Q   (By Ms. Roche) Now are you saying no based
23  on an independent memory that you remember seeing
24  him on these days and you remember that he did not
25  complain of those symptoms, or are you saying that

## Page 156

1  he did not complain of those symptoms based on
2  what's on the paper?
3      A   Based on what's on the paper.
4      MR. BOOSE:  Same objections, please.
5      Q   (By Ms. Roche) Okay.  And so, like you
6  said, he had complained about the pain and numbness
7  and tingling at the appointment when you had seen
8  him on 5-13-14.  So did you ask him about those
9  symptoms when you saw him on 5-16, 5-18 or 5-28-14?
10      A   No.
11      MR. BOOSE:  Objection, form.
12      Q   (By Ms. Roche) Would it have been your
13  standard -- your typical practice to ask a patient
14  about symptoms that he was experiencing when you saw
15  him at other appointments?
16      A   The only way I can answer that is that was
17  a prison.  And I saw a lot of guys.  So at that
18  particular time, that didn't stand out in my mind,
19  so I know I didn't ask him about it, or he didn't
20  say anything to me about it.
21      Q   Okay.  And that's based on the information
22  that's on the page?
23      A   Right.
24      Q   Not any independent memory --
25      A   Right.

39 (Pages 153 to 156)

LORETTA WILFORD  11/13/2017

## Page 157

1    Q    -- of that happening?  Okay.  And if Mr.
2  Armbruster would have complained about the
3  symptoms -- the pain, and the numbness, and the
4  tingling, and the weakness, and his back hurting --
5  that isn't something that you necessarily would have
6  written down on a day that you were seeing him for
7  blood pressure readings; correct?
8        MS. KINKADE:  Objection, form.
9    A    If his complaint was legitimate, I would
10 have taken the time to see him.  Any of us would
11 have.
12   Q    (By Ms. Roche) But would you have written
13 it down?
14   A    Yes.  That's what I'm saying.  It would
15 have been written down.
16   Q    On the blood pressure pages?
17   A    No, it would have been written on the
18 protocol sheet.  Because he had a legitimate
19 complaint.
20   Q    Okay.  And so you -- so what you're saying
21 is you don't remember either way if you wrote down
22 every symptom he told you on 5-16, 5-18, and
23 5-28-14?  That you are -- your knowledge is based on
24 what's on the paper; correct?
25       MS. KINKADE:  Objection, misstates her

## Page 158

1  testimony, and form.
2        MR. BOOSE:  And for the record, objection
3  to form.
4    A    What he said to me, I did my best to put
5  it down on paper.
6    Q    (By Ms. Roche) But so what I'm asking is
7  your knowledge right now of what he said to you is
8  based on what's written on the paper?
9    A    Right.
10   Q    Okay.  Is it possible that he complained
11 of his spinal cord symptoms -- the pain and the
12 weakness, and the numbing, and his back pain, and
13 everything on 5-16, 5-18 or 5-28-14?
14       MS. KINKADE:  Objection, form.
15       MR. BOOSE:  Objection, form, foundation.
16   A    No.
17   Q    (By Ms. Roche) So it's not possible?
18   A    That's what I'm saying.  Had he told me
19 that then, when I was -- he was there to get his
20 blood pressure checked, he would -- I would have had
21 that down on paper.  That's something you don't just
22 brush off.
23   Q    Those symptoms?
24   A    Right.
25   Q    Why is that?

## Page 159

1    A    Because there's a problem, and the problem
2  continues.  You know, it was a prison, but you just
3  didn't -- didn't hear what they were saying.  You
4  didn't pay any attention to it.
5    Q    You're saying you did pay attention to it?
6    A    Yeah.  If he had told me that, I know I
7  would have written it down.
8    Q    And you would have written it down because
9  it's a serious medical condition, his symptoms?
10       MS. KINKADE:  Objection, misstates her
11 testimony.
12       MR. BOOSE:  Objection, calls for a legal
13 conclusion, form, foundation.
14       MS. KINKADE:  Joined.
15   Q    (By Ms. Roche) I can rephrase the
16 question.  So, like, those symptoms would have been
17 cause for concern, so you would have written them
18 down?
19   A    Thank you.  Yes.  Yes.  Yes.
20   Q    Okay.
21   A    Girl, you about to make me have a stroke
22 over here.
23   Q    You are fine.  It's -- we're just --
24 questions and answers.  We just -- it's all part of
25 it.  Okay.  And so you next saw Mr. Armbruster on

## Page 160

1  6-17-14; correct?  Page 372.
2    A    Mm-hmm.  I just saw him for his vital
3  signs though.  He was on the doctor's line.
4    Q    So when you are the doctor's assistant --
5  let me ask you this.  So you aren't in the room with
6  the doctor when he's seeing the patient?
7    A    Right.
8    Q    Okay.  So when you're the doctor's -- so
9  let me ask you this first.  I guess so I should
10 clarify.  So since you did do vitals on this day,
11 you were the doctor's assistant; correct?
12   A    Yes.
13   Q    And so then you would see a patient and
14 get his vital signs and write them down and then
15 would you be present for when the doctor examined
16 the patient?
17   A    No, unless he needed some assistance.
18   Q    Okay.  So that would be like the end of
19 your --
20   A    Right.  And work on the next guy.
21   Q    Okay.  Okay.  And would that patient,
22 like, tell you any symptoms or, like, why he was
23 there, or was it strictly vitals?
24   A    They would tell me why they're there.  And
25 maybe ask me a question, and if the question was

40 (Pages 157 to 160)

LORETTA WILFORD  11/13/2017

## Page 161

1  pertinent, I would either write it down or take the
2  chart and take it in there to Dr. Shah and tell him
3  what's going on with the next guy.
4      Q   Okay.  And so based on the notes that I've
5  seen on these -- within these records -- it looks
6  like it was not your typical practice that when you
7  were the doctor's assistant, you would not write
8  down the symptoms that they told you, you would just
9  write down the vitals?
10     A   Yeah, because they didn't tell me anything
11  else.  They didn't tell me anything.
12     Q   Okay.  I thought you just said that
13  sometimes you would take their vitals, and they
14  would tell you symptoms?
15     A   If they -- yeah, when they did, you know.
16     Q   Okay.  So if -- if that day it worked out
17  that they were telling you about symptoms --
18     A   If nobody gave me a complaint that I
19  needed to give to the doctor, I didn't.
20     Q   Okay.
21         MR. BOOSE:  Can you state that answer
22  again?  Sorry, it got a little muddy.
23     A   If the inmates had no complaints while I
24  was getting their vital signs for the doctor, I
25  didn't have anything to write down, so I didn't tell

## Page 162

1  the doctor anything.  They didn't have a complaint.
2      Q   (By Ms. Roche) Okay.  Then on page 374 it
3  looks like is the next time you treated Mr.
4  Armbruster; correct?  On 6-20-14?
5      A   Mm-hmm.
6          MR. BOOSE:  Is that a yes?
7      A   Yes.
8      Q   (By Ms. Roche) And he was seen on this day
9  related to heartburn issues; correct?
10     A   Right.
11     Q   And did he complain to you about the pain
12  and weakness and numbness and tingling and back
13  pain, all that stuff on this day?  You're shaking
14  your head no?
15     A   No.  I'm sorry.
16     Q   That's okay.  Okay.  And that is -- your
17  answer no, is that based on an independent memory of
18  what happened at this appointment, or is that based
19  on what's on the paper?
20     A   It's based on what's on the paper and my
21  nursing practice.
22     Q   Okay.  And do you remember if you asked
23  him about his spinal cord symptoms at this
24  appointment?
25     A   I know I didn't.

## Page 163

1          MR. BOOSE:  Objection to form.
2      Q   (By Ms. Roche) You can go ahead and repeat
3  that.
4      A   Because he didn't stand out in my mind,
5  and he didn't say anything except that time I saw
6  him.
7      Q   Okay.  Because -- well, I'm a little bit
8  confused now.  You say he didn't stick out in your
9  mind.  Because this morning it sounded -- or this --
10  earlier today it sounded like he really stuck out in
11  your mind.  You remembered him because he complained
12  a lot; right?  Or are you just saying this one
13  particular appointment doesn't stand out in your
14  mind?
15     A   No.  He had to have started complaining
16  later, because there's nothing in here except this
17  one time that he complained of the numbness and the
18  tingling.
19     Q   On the paper, you mean?
20     A   Right.
21     Q   But you remember him complaining out loud
22  to all the nurses a lot more often?
23     A   Yeah, but I'm sure it was after -- way
24  after this time period, because I just cannot see
25  three people listening to somebody all the time and

## Page 164

1  not writing down or trying to do anything about it.
2  That -- that -- that wasn't us.  We didn't do that.
3  And I know that we didn't do that.
4      Q   Okay.  So still on this page, the same
5  date June 20, 2014, is it possible that he
6  complained of his spinal cord compression symptoms
7  on this date?
8      A   I'm saying no.
9          MS. KINKADE:  Objection, form.
10         MR. BOOSE:  Joined.
11     Q   (By Ms. Roche) Okay.  And that's based on
12  what's on the paper, not an independent memory;
13  correct?
14     A   Yes.
15     Q   Okay.  And then the next page 357, you
16  next saw Mr. Armbruster on 6-23-14; correct?
17     A   For his vital signs for the doctor's line?
18     Q   Mm-hmm.
19     A   Mm-hmm.  Yes.
20     Q   Do you have any independent memory of
21  seeing Mr. Armbruster on this day?
22     A   No.
23     Q   Okay.  So you don't remember if you were
24  in for that appointment or not?
25     A   No.

41 (Pages 161 to 164)

LORETTA WILFORD  11/13/2017

Page 165

1     Q    Okay.  And then it looks like the next
2   time he was seen again by you was on July 2, 2014.
3   That's on page 376; correct?  Oh, wait.  No.  I'm
4   sorry.  This is the day that we determined it was
5   not your handwriting.  Okay.  On page 377 you saw
6   Mr. Armbruster on 8-1-14, and your note says you
7   said earlier says no need to be seen by MD, to be
8   seen PRN as written on 6-25-14?
9     A    Yes.
10    Q    Okay.  What does that mean no need to be
11  seen by MD as written on 6-25-14?
12    A    Let me see if I can find 6-25.
13    Q    Or actually, let me just -- strike that.
14  So what does -- what did that mean when it said no
15  need to be seen by MD?
16    A    There had been a screw-up in scheduling
17  doctors' appointments, and somehow he got placed on
18  the doctor's line, and there was no order for it.
19    Q    What do you mean there was no order for
20  it?
21    A    Nobody had -- the doctor didn't order a
22  follow-up, and the nurse had not ordered a
23  follow-up.
24    Q    Okay.  And do you have actual knowledge
25  that that was the situation, or are you getting that

Page 166

1   knowledge from what's written on the page?
2     A    No.  This was written on this page, and I
3   got actual knowledge.  That's the way it works.  You
4   know, you got MD line follow-up.  A follow-up of
5   what?  So you have to go back and go through the
6   chart to find out what it is that he's to being
7   followed up on.  And that way you'll see how the
8   appointments were ordered.  And there was no order
9   for him to see a doctor by the nurse, nor the doctor
10  himself for this particular time.
11    Q    Okay.  And can you tell based on -- do you
12  remember or can you tell based on what's written on
13  this paper if Mr. Armbruster had just shown up at
14  the doctor because he needed to be seen by a doctor?
15    A    No.  He had a call pass in order to show
16  up.  You just can't walk in there randomly.  You
17  have to have a call pass or declare yourself an
18  emergency.  And if he had came over and declared
19  himself an emergency, he would have had to have been
20  seen.  Not saying that anything would have been
21  done, but he would have had to have been seen, and
22  it would have been documented.
23    Q    Are there -- go ahead.
24    A    I was going to say he -- he had a call
25  pass for that.

Page 167

1     Q    And that's just based on the common
2   practice, not based on actual memory that you have
3   of the situation?
4     A    Right.  Right.
5     Q    Okay.  And what -- under what
6   circumstances would a patient present to the doctor
7   and declare himself an emergency and that patient
8   not be seen that day?
9     A    And that happens a lot.
10    Q    I'm sorry.  You said that happens a lot?
11    A    They come over saying they are emergency,
12  and they're not emergencies.
13    Q    And they're not seen?
14    A    No, they have to be triaged.  When they
15  come over, a nurse will talk to them, find out
16  what's wrong, and if they don't have a legitimate
17  reason to be there as an emergency, they won't be
18  seen.  You know, like, they'll come over and say I'm
19  coming down -- and I'm saying I'm coming down with a
20  cold.  What warrants that as an emergency?  Or can I
21  get my bed moved?  That's not an emergency.  Or I
22  want to go from four house to three house, and they
23  say you all can do that.  That's not an emergency.
24  Those kinds of things.
25    Q    Okay.  Okay.  And so the second part of

Page 168

1   this note says to be seen PRN as written on 6-25-14.
2   And PRN means?
3     A    As needed.  As necessary.
4     Q    As needed.  As necessary.  Okay.  So if --
5   if -- you said Mr. Armbruster's complaints weren't
6   getting better, so why would he have been -- why
7   would it have been determined to the best of your
8   knowledge that he should only be seen as needed in
9   the future?
10        MS. KINKADE:  I am going to object.  That
11  misstates the evidence.  She's never given any
12  opinion about Mr. Armbruster's anything and --
13        MR. BOOSE:  Objection to form and
14  foundation.
15        MS. KINKADE:  -- and form and foundation.
16    A    He only complained of his stomach, and he
17  had been seen and was on medicines for that.
18    Q    (By Ms. Roche) So are you saying he -- are
19  you saying on 8-1-14 he complained of his stomach?
20    A    No.  He didn't complain of his stomach.
21  He was -- he got a call pass through mistake is what
22  I said.  So he was not seen.  He was seen there in
23  healthcare with a call pass.  When I got his chart
24  and saw MD line follow-up, I had to find out what
25  was the doctor following him up for or else the

42 (Pages 165 to 168)

LORETTA WILFORD  11/13/2017

Page 169

1   doctor would have been upset.  Going through the
2   chart, there was no order from the nurse, nor the
3   doctor for him to be seen on this particular day.
4      Q   Okay.
5      A   And Armbruster was told, you know, why he
6   wouldn't be seen.
7      Q   Okay.  And now you said just a few minutes
8   ago that Mr. Armbruster was just complaining so
9   much, and that he would just complain you said
10  earlier to anyone who would listen, that everyone
11  would talk about it.  That he was just so
12  persistent, would just not stop talking about his
13  complaints and his symptoms; correct?
14     A   Mm-hmm.
15     Q   I'm sorry.  Is that a yes?
16     A   Yes.
17     Q   Okay.  So on this day on page 377, this
18  was August 1, 2014.  This was in the midst of, you
19  know, when Mr. Armbruster was at his worst suffering
20  from these spinal cord symptoms including --
21  actually, on June 20, 2014, the time that you saw
22  him before that, do you think it's likely that Mr.
23  Armbruster presented to the healthcare unit when he
24  was suffering so badly from these symptoms and
25  didn't mention it to anyone, when you said that he

Page 170

1   was --
2      MR. BOOSE:  Objection, form, foundation.
3      Q   (By Ms. Roche) -- complaining so much to
4   so many people?
5      MR. BOOSE:  Sorry.
6      MS. KINKADE:  Form and foundation,
7   misstates the testimony, assumes facts not in
8   evidence.
9      MR. BOOSE:  Joined.  And objections to
10  form, foundation, counsel testifying on the record.
11     Q   (By Ms. Roche) Do you want me to repeat
12  the question?
13     A   No.  I'm sitting here thinking about the
14  answer that I gave and why I gave it.
15     Q   Which answer?
16     A   You said that I told you that he
17  complained a lot to everybody.
18     Q   Yeah.  You said that the nurses would talk
19  about it amongst each other.  Saying that, you know,
20  he was one of the people that stood out to you guys
21  because, like, some guys complained way more than
22  others.
23     A   Wasn't I comparing him to -- didn't I say
24  something about scleriasis comparing him to another
25  guy with -- I can't even say it -- scleriasis when I

Page 171

1   made that statement?
2      Q   I'm not sure.
3      A   I think I did, and if I said that, I was
4   trying to say that this guy that had the
5   scleriasis -- because I think I said he was covered,
6   and his skin was real dry.
7      Q   Okay.
8      A   Yeah.  I didn't mean for Armbruster
9   complaining a lot.  I was talking about this
10  particular guy.  I compared Armbruster's numbness to
11  this guy.  How -- who -- shoot.  This guy complained
12  all the time.  This guy -- he complained, but it was
13  basically about his stomach.
14     Q   Well, you don't have the entirety of his
15  records.  These are just the records that have your
16  name on it.  There's a bunch of other records with
17  other nurses and when he saw other doctors and
18  nurses.
19     A   Oh, okay.
20     Q   My question I guess is now -- so earlier
21  you were pretty clear that Mr. Armbruster complained
22  a lot about his numbness and his tingling, and he
23  would tell everyone, and he would see you in the
24  lunch line and complain about the numbness and the
25  tingling.  You weren't talking about the other guy

Page 172

1   with his skin problems so?
2      A   With the -- during that period, yes, I
3   did.  I talked about -- I compared.
4      MR. BOOSE:  I'm sorry.  Was the question
5   concluded?
6      MS. KINKADE:  Yes.
7      MR. BOOSE:  Okay.  In that case, objection
8   to form, foundation.
9      A   I was talking about one of the inmates
10  that has scleriasis that would be outside
11  complaining a whole lot to Armbruster and his
12  so-called numbness and tingling.  Shoot.  Okay.
13     Q   (By Ms. Roche) So do you remember earlier
14  this evening saying that Mr. Armbruster would
15  complain about his numbness and tingling?
16     A   That's what I was trying to explain.  If I
17  said that, I got Armbruster and the scleriasis guy
18  twisted.
19     Q   So how do you think you got them twisted
20  if what you said earlier --
21     A   I don't remember what we were talking
22  about, and the reason why I brought this other guy
23  up.  I was trying to show something or compare
24  something.
25     Q   Well, you were saying earlier this evening

43 (Pages 169 to 172)

LORETTA WILFORD  11/13/2017

## Page 173

1  I believe, and the record will reflect what is
2  accurate, but I'm pretty sure were saying that
3  those two people were people who stuck out, and the
4  nurses would talk about, and Mr. Armbruster would
5  see people in the lunch line, and you would tell him
6  get a sick call slip.  Because he needed to get a
7  sick call to come and see you to report these
8  symptoms, not just in the lunch line, but to report
9  them to you in the medical healthcare unit; right?
10      A   That's the way it goes.  Yes.
11      Q   Okay.  Okay.  Let's go back to my
12  question.  So given all of the complaining that Mr.
13  Armbruster was doing about his symptoms, do you
14  think it's likely that he presented to one of these
15  appointments and didn't report symptoms related to
16  his spinal cord injury?
17      MS. KINKADE:  Objection.
18      MR. BOOSE:  Objection, form, foundation.
19      MS. KINKADE:  I will add misstates her
20  testimony and assumes facts not in evidence.
21      A   Could you rephrase that?
22      Q   (By Ms. Roche) Do you think it's possible
23  that Mr. Armbruster showed up for this appointment
24  on August 1, 2018, and then you --
25      MS. KINKADE:  You said 2018.

## Page 174

1      Q   (By Ms. Roche) Or 2014.  I'm sorry.  Or
2  June 20, 2014 on these days when you saw him and
3  that.  Do you think it's possible that he talked
4  about with you his spinal cord symptoms and for
5  whatever reason whether --
6      A   He was turned away?
7      Q   Yeah, or that it just wasn't documented
8  for some reason.  Is that possible?
9      MS. KINKADE:  Same objections.
10      MR. BOOSE:  Same objections.
11      A   No.
12      Q   (By Ms. Roche) Okay.  So even though Mr.
13  Armbruster had been complaining so much like you
14  said about all of his symptoms, you think it's not
15  possible that he was actually in the healthcare unit
16  with nurses and doctors present, and he wouldn't
17  have said something about his symptoms?
18      MS. KINKADE:  Same objections.
19      MR. BOOSE:  Objection, form and
20  foundation.
21      A   Yes.
22      Q   (By Ms. Roche) Okay.  If you believed that
23  Dr. Shah was not providing appropriate care, is
24  there anything you could have done or someone you
25  could have reported that to -- that you thought he

## Page 175

1  was not giving appropriate care?
2      A   Yes.
3      Q   Who would you have reported that -- or
4  what would you have done?
5      A   Told the Healthcare Unit Administrator.
6      MR. BOOSE:  Hello?
7      MS. KINKADE:  Yeah.
8      MR. BOOSE:  I'm sorry.  It sounded like
9  you cut out there.  I just wanted to make sure.
10      Q   (By Ms. Roche) Okay.  Is there anything
11  else you could have or would have done if you
12  thought Dr. Shah was not providing appropriate care?
13      A   There wouldn't have been anything else
14  that I could have done.
15      Q   Okay.  So just telling the Healthcare Unit
16  Administrator?
17      A   Uh-huh.
18      Q   Okay.  So was it standard practice at
19  Southwestern that if a patient had a continuing
20  complaint that was not improving, that that patient
21  would have to keep filling out new sick call
22  requests and keep paying the sick call fee in order
23  to be seen and receive treatment?
24      MR. BOOSE:  Objection.  Sorry.  Objection,
25  form, foundation.

## Page 176

1      A   Every time you come to sick call, there is
2  a fee.  And if it's with a legitimate complaint, and
3  if we know it's chronic, it would be taken to the
4  Healthcare Unit Administrator, and she in turn would
5  talk to Dr. Shah.  And if her and Dr. Shah didn't
6  come to an agreement, then she would go a step above
7  Dr. Shah and call corporate and talk to the doctors
8  there.  They in turn would talk to Dr. Shah, and Dr.
9  Shah would do whatever was suggested.
10      Q   (By Ms. Roche) Okay.  So you would have to
11  pay the sick call fee until it got to the point that
12  Dr. Shah would take it to the Healthcare Unit
13  Administrator to say this person's -- has an ongoing
14  issue, should they continue paying the sick call
15  requests?
16      A   Oh, they're going -- they have to pay the
17  sick call.
18      MR. BOOSE:  Objection, form, foundation.
19      Q   (By Ms. Roche) Okay.  So they always have
20  to pay the sick call fee, the $5 fee, every single
21  time, even if they have an ongoing issue, and
22  they're looking for treatment help for the same
23  issue?
24      A   Yes.
25      MR. BOOSE:  Objection, form, foundation.

44 (Pages 173 to 176)

LORETTA WILFORD  11/13/2017

## Page 177

1    Q    (By Ms. Roche) Okay.  And was it standard
2  practice at Southwestern that if a patient continued
3  to complain to doctors and nurses outside of the
4  healthcare unit, that instead of treating that
5  patient, they would be told to file a sick call
6  request?  Was that the standard practice at
7  Southwestern?
8         MR. BOOSE:  Objection, form.
9    A    Once it's documented that it's a chronic
10  illness, they don't have to come to sick call
11  anymore.  They are scheduled to see the physician
12  whenever he says that he'll see them.  You know, it
13  could be two weeks, a week, maybe three months.
14   Q    (By Ms. Roche) And who determines when a
15  patient's illness has become a chronic illness?
16   A    The doctor.
17   Q    All right.  And do you have any knowledge
18  of how Dr. Shah would determine if a patient's
19  illness was considered chronic or not?
20        MS. KINKADE:  Objection, form, foundation.
21        MR. BOOSE:  Joined.
22   A    No.
23   Q    (By Ms. Roche) Okay.  So he -- you don't
24  know, like, in his practice -- you never noticed,
25  like, how often a patient would have to be seen

## Page 178

1  before it was considered chronic or Dr. Shah
2  considered it chronic?
3         MS. KINKADE:  Same objection.
4         MR. BOOSE:  Same objection.
5    A    No.
6    Q    (By Ms. Roche) Okay.  Okay.  So you said
7  earlier that you had heard of Mr. Armbruster's
8  spinal cord-related complaints.  Did you ever
9  consider that it could have been a spinal cord
10  injury?
11        MR. BOOSE:  Objection, form, foundation.
12        MS. KINKADE:  Joined.
13   A    No.
14   Q    (By Ms. Roche) Why not?
15        MR. BOOSE:  Same objections.
16        MS. KINKADE:  Joined.
17   A    My right arm goes numb, and my fingers get
18  numb.  I don't have a spinal cord -- spinal cord
19  condition.
20   Q    (By Ms. Roche) Okay.  So earlier when I
21  asked you what the appropriate treatment would be
22  for a patient who presented with numbness and
23  tingling and back pain and difficulty walking, you
24  said that you put them on a C-collar, put them on a
25  backboard, and send them to the emergency room.

## Page 179

1    A    Yes.
2    Q    Those were the symptoms that Mr.
3  Armbruster had been complaining of to the healthcare
4  staff for months.  And so I guess my question is
5  what is different?  Why wouldn't you have considered
6  a spinal cord injury with Mr. Armbruster --
7         MR. BOOSE:  Objection.
8    Q    (By Ms. Roche) -- presenting with those
9  symptoms?
10   A    Because --
11        MS. KINKADE:  Hold on.
12        MR. BOOSE:  Objection, form, foundation,
13  testifying on the record.
14        MS. KINKADE:  Misstates the testimony of
15  the witness and assumes facts not in evidence.
16   Q    (By Ms. Roche) You can go ahead and
17  answer.
18   A    He didn't tell me all that.
19   Q    So if it was in his record, would you have
20  reviewed his record to see that that was in his
21  record?
22   A    Yes.
23        MR. BOOSE:  Same objections.
24   Q    (By Ms. Roche) And if you would have seen
25  that in his record, would you have thought the

## Page 180

1  appropriate treatment would have been to put him on
2  a backboard, send him to emergency room?
3         MS. KINKADE:  Objection.
4    Q    (By Ms. Roche) The course of treatment
5  that you said earlier?
6         MS. KINKADE:  Form and foundation.
7         MR. BOOSE:  Same.
8    A    If I had found that in his record, Dr.
9  Shah sure would have seen him a number of times.  I
10  would have taken it back to Dr. Shah and talked to
11  him about it.
12   Q    (By Ms. Roche) Okay.  And so if Mr.
13  Armbruster ever presented to anyone at Southwestern
14  with those symptoms, you believe he should have had
15  the C-collar, put on the backboard, sent to a
16  hospital for emergency treatment?
17        MS. KINKADE:  Objection.  That misstates
18  what she said when you originally asked her about a
19  spinal cord impingement versus what her answer is
20  right now.  Twice misstates her testimony.
21        MS. ROCHE:  I actually just asked her a
22  hypothetical.  If he ever presented to anyone at
23  Southwestern with those symptoms, do you still
24  believe that should have been the appropriate
25  treatment?

45 (Pages 177 to 180)

LORETTA WILFORD  11/13/2017

## Page 181

1    MS. KINKADE:  Those are my objections.
2    MR. BOOSE:  For the record, objection to
3  form, foundation, incomplete -- sorry -- incomplete
4  hypothetical, and calling for improper opinion.
5    Q    (By Ms. Roche) You can go ahead and
6  answer.
7    A    That's like, you know, him falling down
8  and hurting himself.  And he would have been, but
9  you're saying that his was a chronic condition, and
10  he didn't present himself to us like that.  Well,
11  let me rephrase that -- to me like that.
12    Q    So he didn't present himself to you like
13  that you're saying?
14    A    Right.
15    Q    Okay.  So if he did present himself with
16  those symptoms to someone else at Southwestern?
17    A    I'm sure they would have him in the
18  infirmary if the doctor wasn't there and called Dr.
19  Shah.
20    Q    Okay.  And sent him to the emergency room
21  like you said earlier?
22    MR. BOOSE:  Stating on the record just to
23  confirm.
24    MS. KINKADE:  What Max?
25    MR. BOOSE:  I want to make sure the court

## Page 182

1  reporter heard me when I said same objection to the
2  last question.  Thanks for confirming.
3    MS. KINKADE:  Are you talking about the
4  pending question, Max?
5    MR. BOOSE:  No, the previous one.
6    MS. KINKADE:  The previous question.  Did
7  you get the same objections?
8    MR. BOOSE:  There's a little cross-talk.
9  I wanted to launch the same objections.
10    MS. ROCHE:  Okay.  Let's take a break
11  briefly, and I'm going to step out for a moment.
12    (A short break was taken.)
13    Q    (By Ms. Roche) So -- so based on where we
14  left off, we were talking about the complaints that
15  Mr. Armbruster -- that you said Mr. Armbruster had
16  made earlier today.  Sorry that was confusing --
17  strike that.  When I left, we were talking about
18  what you said earlier today about Mr. Armbruster
19  making lots of complaints to people, and you said
20  you think you meant some other guy; correct?
21    A    I didn't.  I thought I was comparing him
22  to a sclerosis -- not sclerosis, a scleriasis guy.
23  That's what I thought I had done.  Because I
24  remember this guy who had a bad skin rash, and he
25  would always catch anybody that would listen to him

## Page 183

1  and complain.
2    Q    Okay.  So are you confused about who
3  complained about what?  Like, who complained a lot
4  and who didn't?
5    A    Well, I don't remember Armbruster
6  complaining a lot, but I remember this guy with the
7  bad skin complaining an awful lot.
8    Q    Okay.  So earlier today, and the record
9  will reflect what was said earlier, but so earlier
10  today my memory is that you were pretty clear Mr.
11  Armbruster would complain about his spinal cord
12  symptoms all the time to anyone who would listen in
13  the lunch line and all these different things, all
14  these different places, to any healthcare person who
15  would listen, to anyone who would listen.  So are
16  you now disputing your earlier testimony?
17    A    I have to.
18    MR. BOOSE:  Objection, form.
19    A    Like I said, I was comparing him to
20  somebody that I did remember that complained a lot.
21    Q    (By Ms. Roche) But the --
22    A    Wherever he saw you.  Where -- wherever he
23  would see you.  And I guess I might have said
24  Armbruster, but I don't remember him complaining a
25  whole lot to me or anybody talking about him

## Page 184

1  complaining a lot.  But the guy with the bad skin,
2  everybody talked about.
3    Q    Okay.  So where do you think the confusion
4  comes about your memory of someone complaining a lot
5  about the numbness and the tingling?
6    A    That's what I'm saying.  He didn't.
7    Q    Well, earlier today you said that you
8  remembered someone complaining about all the time
9  very persistently about numbness and tingling and
10  those sorts of complaints.  So where do you think
11  the confusion is coming from there?
12    A    I guess I just got screwed up in trying to
13  explain what I was trying to say.
14    Q    Okay.  And just so we're clear, so you're
15  now disputing your early -- earlier testimony?
16    A    Yes.
17    Q    Okay.
18    MR. BOOSE:  Objection, form.
19    Q    (By Ms. Roche) Okay.  So if you look at
20  357, the portion that was in your handwriting.
21  It's dated 4-24-14 on page 357.  Do you see where
22  I'm talking about?
23    A    Yes.
24    Q    So there where it says S -- and that
25  stands for subjective; correct?

46 (Pages 181 to 184)

Page 185

1    A   Mm-hmm.
2    Q   It said I had a UA done and some more lab
3  tests, and nobody told me nothing.  So that's -- you
4  documented what Mr. Armbruster said to you that day,
5  I'm assuming in response --
6    A   Yes.
7    Q   -- to some sort of question that you asked
8  him.  Now if you jump down to page 361?
9    A   What's the date on it?
10   Q   It is 5-16-14 and 5-18-14.
11   A   Okay.
12      MR. BOOSE:  The top left date is 5-15-14 I
13  believe if that helps.
14   A   Thank you.
15   Q   (By Ms. Roche) Yeah, and then down at the
16  bottom is where you wrote notes.  The dates are
17  5-16-14 and 5-18-14.  You saw him on these days for
18  blood pressure?
19   A   Mm-hmm.
20   Q   So where it says S on both of those dates,
21  there's just a zero with a line through it.  So what
22  does that zero mean?
23   A   He didn't complain of anything.
24   Q   So did you ask him anything on those days?
25   A   No.  I had him come over and told him I

Page 186

1  was there -- he was over there for me to get his
2  blood pressure.
3    Q   And so did you ask him any questions on
4  those days?
5    A   Like what?
6    Q   Like anything.  Did you ask him any
7  questions at all on those days?
8    A   No.
9    Q   So you just walked over and then would put
10  a blood pressure cuff on him I'm assuming?
11   A   No.  He came over and when he came in, I'm
12  sure that I spoke to him and told him -- I said
13  you're here this morning for me to check your blood
14  pressure.  And he said okay or something to that
15  effect, but he didn't complain of anything, sat down
16  in the chair.  I checked his blood pressure and told
17  him he'd have it checked again.
18   Q   And is this based on an actual memory of
19  these encounters, or is that just based on what's
20  written on the page?
21   A   No.  It's based on how I did my treatment
22  line.  Everybody -- you know, when you come over for
23  a treatment, whether it's dressing change or a blood
24  pressure checked or eye drops or whatever, you come
25  in.  I tell you what you're there for.  If you tell

Page 187

1  me something is going on, I take the time to listen
2  and documented what it needs to be done, but if you
3  don't tell me anything, I'm not writing anything.
4    Q   Well, so in the -- the scenario you just
5  described, you said that you presumed that Mr.
6  Armbruster walked over and --
7    A   No.  I didn't presume.  He had a call pass
8  to be there at a certain time.  He was there.  When
9  it was his turn, I called him into the treatment
10  room.  Told him why he was there.  We talked I'm
11  sure.  I checked his blood pressure and told him
12  probably I will see you in the morning.
13   Q   So why isn't what you talked about
14  written -- why isn't that documented in the
15  subjective portion of these notes?
16   A   Because there wasn't anything related to
17  his health.
18      MR. BOOSE:  Objection, argumentative.
19   Q   (By Ms. Roche) So do you dispute that if
20  you asked someone how they were -- how are -- if you
21  asked a patient how are you feeling, and they said I
22  feel good, would that not be related to their
23  medical well-being or medical status?
24   A   Yes.
25      MR. BOOSE:  Objection, form,

Page 188

1  argumentative, mischaracterizes prior testimony.
2    A   Well, you tell me you're feeling well, I
3  accept it.
4    Q   (By Ms. Roche) And that's a subjective
5  observation --
6    A   Right.
7    Q   -- of someone's medical status; correct?
8      MR. BOOSE:  Objection.
9    A   That's subjective if he's telling me how
10  he feels.  Subjective is when they tell you what's
11  going on with them, and if they say I'm fine,
12  everything is good, then that's the way I take it.
13   Q   (By Ms. Roche) And if someone reported
14  that type of medical status, how they were feeling,
15  wouldn't you document that?
16   A   Right.
17      MR. BOOSE:  Same objections.
18   Q   (By Ms. Roche) So according to these
19  notes, it appears as though there was -- like, you
20  literally didn't speak to each other.  That nothing
21  was said because there's just a zero.  Because what
22  you just said is that if some -- if a patient did
23  tell you that they felt fine, that you would have
24  documented that, that they felt fine; correct?
25      MR. BOOSE:  Objection.

47 (Pages 185 to 188)

LORETTA WILFORD  11/13/2017

Page 189

1    MS. KINKADE:  Objection misstates
2  testimony, assumes facts not in evidence, form,
3  foundation.  I don't even understand the question.
4    A   Why would I chart that somebody said hi to
5  me, and I told him I was going to take his blood
6  pressure?  I took the blood pressure, wrote it down,
7  and wrote the plan, which is check the blood
8  pressure at the next scheduled time.  And plan, the
9  same thing.  I don't understand.
10   Q   (By Ms. Roche) So based on those records,
11  you're saying that you didn't ask Mr. Armbruster any
12  questions related to his health on these days 5-16
13  and 5-18?
14   A   No.  I probably didn't.  Because if he had
15  a problem, don't it make more sense if he would come
16  and tell the nurse?  That's what I think.  That's
17  what usually happens to me when I was working.  If I
18  called -- sent for somebody, and they came over, if
19  I was to check their blood pressure, and they wasn't
20  feeling good, they'd tell me Ms. Loretta --
21  Ms. Wilford.
22   Q   Okay.  So you're confident based on these
23  records that you did not ask Mr. Armbruster anything
24  about his health on the dates in question where the
25  subjective says zero?

Page 190

1    MS. KINKADE:  Objection, form.
2    MR. BOOSE:  Joined.
3    A   I didn't ask him how he felt.
4    Q   (By Ms. Roche) Okay.  And is it standard
5  practice at Southwestern that when a nurse sees a
6  patient, she doesn't ask him about his health?
7    MS. KINKADE:  Objection, form.
8    MR. BOOSE:  Objection, form,
9  argumentative, foundation.
10   A   I don't know.
11   Q   (By Ms. Roche) Okay.  Was it your standard
12  practice that when you would see patients on any
13  given day that you would not ask them about their
14  health?
15   A   I speak to everybody that I see every day
16  and have short conversations with them.  I don't
17  have a problem with that.  I've never had a problem
18  with that.
19   Q   When you were a practicing nurse and
20  worked at Southwestern, was it your practice that
21  you wouldn't ask every -- you would not ask every
22  patient that you saw about their health?
23   MR. BOOSE:  Objection, form.
24   A   No, I didn't.
25   Q   (By Ms. Roche) Okay.  I had a question

Page 191

1  earlier.  So you said something earlier about the
2  doctor book.  We're sort of switching gears back to
3  something from a while ago.  You mentioned the
4  doctor book, and it was where -- can you explain
5  again what that was?
6    A   In -- every day all sick calls are picked
7  up, and in the sick call requests, we have requests
8  to see the doctor too.  And if it's a legitimate
9  request, and they need to see the doctor first,
10  right now, or do they need to see the nurse before
11  they see the doctor, if they need to see the doctor
12  now, and that's usually somebody with a chronic
13  complaint, they're placed on the doctor's line.
14       And the doctor's line consists of
15  preprinted sheets with MD line on the right and the
16  left side, and that sheet is divided -- has a line
17  dividing down the middle.  The inmates are listed
18  with their name, number, and why the doctor needs to
19  see them, and that's kept for three years.
20   Q   Kept for three years.  Okay.  And where in
21  Wexford are they kept?  Or I'm sorry.  Where at
22  Southwestern are these doctor books kept?  These --
23   A   In the locked file cabinet in the ladies'
24  restroom.
25   Q   And you've seen them -- you saw them there

Page 192

1  yourself when you worked there in the locked filing
2  cabinet?
3    A   I saw them in there.  Wait a minute.  It's
4  not the sheets.  The doctor's line is written in a
5  book also.  I'm sorry.
6    Q   So there's the M --
7    A   I'm sorry.
8    Q   That's okay.  So there's the MD line page
9  and then there's also a doctor's book?
10   A   Uh-huh.
11   Q   And what's the doctor's book?
12   A   It's the inmates with their name, their ID
13  number, and why doc is seeing them.  You know, for a
14  clinic or med renewals or abdominal discomfort.
15  Whatever their complaint is or whatever they are
16  being referred for.  It's listed in that book.
17   Q   And what does that book look like?
18   A   Like the sick call book, but it's got MD
19  printed on the front of it.
20   Q   So is it -- it's one of those, like,
21  specially-ordered books --
22   A   Uh-huh.
23   Q   -- you talked about earlier where --
24   A   Yes.  It's got the call(phonetic) backing.
25   Q   The what?

48 (Pages 189 to 192)

LORETTA WILFORD  11/13/2017

## Page 193

1    A   I call it the call backing.
2    Q   Oh, that spiral stuff?
3    A   Mm-hmm.
4    Q   Okay.  And what does it say on the front
5    of it?
6    A   MD line or doctor's line.
7    Q   And are those retained?  Are those kept
8    for a certain amount of years?
9    A   Mm-hmm.
10   Q   How many years?
11   A   Three years.
12   Q   And where are they kept?
13   A   In the file cabinet.  Not the sheets, the
14   doctor sheets, but that book is.  The lab, doc's
15   line, the sick call line, they are all kept back
16   there.
17   Q   Okay.  Okay.  So in 2014 and 2015, who are
18   the other nurses that worked on the same shift as
19   you?
20   A   Melissa Shirdell and Phyllis Rose-Maston.
21   Q   Okay.  And were they the only other nurses
22   that worked on the same shift as you?
23   A   Rhonda Bennett was -- she was PRN.  She
24   worked like maybe two or three days a month.
25   Q   Okay.  All right.  I think that is all for

## Page 194

1    me.
2        MS. KINKADE:  Max.
3    BY MR. BOOSE:
4    Q   Thank you.  My name is Max Boose.  I
5    represent former warden Vitale, or sorry, Ronald
6    Vitale.  And I'm here for a codefendant, basically.
7    Do you understand that's why I'm on the line?
8    A   Yes.
9    Q   All right.  Is it -- to clarify, you're
10   a -- you were an RN while you provided patient
11   services at Southwestern; right?
12   A   Yes.
13   Q   By RN, you understand me to mean
14   registered nurse?
15   A   Yes.
16   Q   Is it your understanding in your capacity
17   as a registered nurse, you're able to prescribe
18   courses of treatment for patients?
19   A   Yes.
20   Q   All right.  To what extent is it your
21   understanding that you can prescribe courses of
22   treatment for patients?
23   A   To what extent?  Well, the simple
24   treatments and medicines that they can buy over the
25   counter.

## Page 195

1    Q   Would that be pursuant to a -- an existing
2    protocol sheet?
3    A   Yes.
4    Q   All right.  So my understanding is the
5    doctors have these forms that are basically already
6    created that the RNs who are working at Southwestern
7    can use to guide the treatment that's provided.  Is
8    that about right?
9    A   Yes, it is.
10   Q   All right.  So you were able to provide
11   treatment pursuant to those protocols; is that
12   right?
13   A   Yes.
14   Q   All right.  Other than through their --
15   through the protocols that are already kind of
16   prepared or at least have some input by the doctors,
17   is there some other way that you can prescribe a
18   course of treatment for a patient?
19   A   We can do nurse's note, and it has to be
20   very extensive, and we still have to stay within the
21   realms of the protocol sheets.
22   Q   I see.  So I guess just to clarify, other
23   than -- my understanding is that only through the
24   protocol sheets do you have kind of permission to
25   act within those terms; is that right?  Is that an

## Page 196

1    okay -- do you understand what I mean by that
2    question?
3    A   Yes.  Yes.  And that is right.
4    Q   All right.  What about prescribing
5    medications?  Do you do those -- is there a time in
6    which you would do -- you would prescribe medication
7    outside the boundaries of a protocol sheet?
8    A   No.
9    Q   What about ordering surgery?  As a
10   registered nurse, do you understand yourself to have
11   the authority to order surgery?
12   A   No.
13   Q   What about make a diagnosis?
14   A   A nursing diagnosis.
15   Q   What would you define as a nursing
16   diagnosis?
17   A   After my -- after doing my assessment,
18   what I think is wrong with the patient.
19   Q   Okay.  So that means your impression of
20   these issues a patient is facing?  Fair enough?
21   A   True.
22   Q   In terms of -- what do you take me to mean
23   when I say diagnosis?
24   A   You asked me to give a diagnosis as to
25   what's wrong with the patient.

49 (Pages 193 to 196)

Page 197

1      Q    Okay.  And just -- I'm trying to have you
2   define what you thought I meant by -- by the word
3   diagnosis.  Only that word.
4      A    And in just a nursing diagnosis.
5      Q    Okay.  How would the nurse's -- nursing
6   diagnosis be different than some other kind of
7   diagnosis?
8      A    Well, a nurse's diagnosis is what she has
9   picked up, and the doctor's diagnosis is what's --
10   it's the true meaning of what's wrong with the
11   patient.
12      Q    So in terms of medical qualifications to
13   treat a diagnosis for patients, who -- whose
14   diagnosis governs the treatment of the -- of the
15   patient?
16      A    The doctor's ultimately.
17      Q    In providing patient care, would a
18   registered nurse be able to or would be -- would be
19   qualified by that certification of registered nurse
20   to tell someone which specific illness they have?
21      A    No.
22      Q    You referred to these outpatient progress
23   notes created in the healthcare unit a number of
24   times.  You recall that; right?
25      A    Yes.

Page 198

1      Q    And within the subjective portion, you
2   were asked a number of questions as to what you
3   would place in that.  You recall questions about the
4   subjective portions?
5      A    Yes.
6      Q    And I want to make sure I have this
7   correct.  Within that portion of the inmates'
8   medical records, you would write down what the
9   inmate reports as his issues?
10      A    Right.  His complaint.
11      MS. ROCHE:  Objection, form, foundation.
12      Q    (By Mr. Boose) Would it be your practice
13   to write down those -- the complaints that are
14   voiced by the patient when you are seeing that
15   patient?
16      A    Yes.
17      Q    Where would you write down those
18   complaints?
19      A    In the area where there's an S for
20   subjective.
21      Q    Right.  And if it was a different -- if it
22   was, say, a protocol for an unrelated issue, I think
23   you mentioned something about a separate protocol
24   sheet?  Am I remembering that testimony right?
25      A    Nurse's -- a nurse's note.  A blank

Page 199

1   nurse's note.
2      Q    Okay.  So you could create additional
3   records to indicate the complaints that were made to
4   you; is that right?
5      A    Yes.
6      Q    And just regardless of which type of note
7   it was, was it your practice to write down the
8   complaints voiced from a patient somewhere in the
9   medical records?
10      A    Always.
11      Q    All right.  And just to be clear, what I'm
12   referring to as issues, those would be what the
13   inmate or patient says to you in terms of what's
14   wrong with them.  Is that how you understood my
15   question?
16      A    Yes.  Yes, I did.
17      Q    Would you remember if an inmate showed up
18   to the healthcare unit on a doctor's call line
19   without a call pass?
20      A    Yes.  He still would have to be seen and
21   then informed that he needs to do a sick call
22   request unless it is some kind of emergency.
23      Q    How often do you recall that happening, if
24   at all?
25      A    Not that often.

Page 200

1      Q    All right.  So it's a -- just to clarify.
2   It's sufficiently unusual that you believe you would
3   remember such a thing happening?
4      A    I would.  I wouldn't.
5      MS. ROCHE:  You said, "I wouldn't"?
6      A    I -- I would remember.
7      MS. ROCHE:  You would not or you would?
8      A    I wouldn't, because it didn't happen that
9   often.
10      MS. ROCHE:  So would not.
11      A    It would not.
12      MS. ROCHE:  Okay.
13      Q    (By Mr. Boose) So it would not happen
14   often, and therefore, you would remember it?
15      MS. ROCHE:  No, she said she would not.
16      A    No.  I wouldn't because I just push it out
17   of my mind.
18      Q    (By Mr. Boose) I see.  Thank you for
19   clarifying.  And you're not a specialist in
20   providing spinal treatment, are you?
21      A    God, no.
22      Q    Do you have any specific education
23   regarding spinal treatment?
24      A    No.  I never even worked on a neural unit.
25      Q    Fair enough.  Lastly, did -- during the

50 (Pages 197 to 200)

LORETTA WILFORD  11/13/2017

## Page 201

1  time -- just to clarify, my questions were regarding
2  the time period of the medical records that you
3  reviewed today.  Is that how you understood my
4  questions?
5      A   Yes.
6      Q   Thank you.  During that time did
7  follow-ups -- sorry.  Did -- did follow-ups in the
8  healthcare unit require additional payments by the
9  inmates?
10     A   No.
11     Q   Okay.  Those are my questions.  Thank you.
12 And I appreciate your patience with my earlier
13 questions making sure they were yes or no.
14     A   Thank you.
15 BY MS. KINKADE:
16     Q   All right.  I'm going to touch on a couple
17 things you talked about.  We've been here for a long
18 time.  You had some low blood sugar problems.  I
19 just want to make sure we are clear on some issues,
20 okay?
21     A   Okay.
22     Q   Fair enough?  So we already know there was
23 one misstatement earlier; right?
24     A   Yes.
25     Q   And I think -- I think I caught it when

## Page 202

1  you did it.  And I probably should have interjected.
2  It would have saved us some time.  But I didn't.  I
3  apologize.  I believe -- correct me if I'm wrong --
4  that it started when Ms. Roche asked you if you
5  remembered Mr. Armbruster.  Do you remember you said
6  you would not recognize him if he came --
7      A   If he walked in here.  I wouldn't.
8      Q   You would not recognize him?
9      A   Uh-uh.
10     Q   And then she asked you if you knew what
11 his complaints were in this case; right?
12     A   Right.
13     Q   And you did know about the complaints in
14 this case?
15     A   Right.
16     Q   And she asked you if -- how he stands out
17 from all other prisoners.  If -- she just asked you
18 how he stands out from all other prisoners.  At that
19 point, you brought up another offender?
20     A   The guy with the scleriasis.
21     Q   Right.  And you said that you were worried
22 about him because of all the complaints he made?
23        MS. ROCHE:  Objection, form, foundation.
24 I think it misstates the previous testimony.
25     Q   (By Ms. Kinkade) When you said earlier

## Page 203

1  today that you were worried about this offender who
2  made a lot of complaints, who were you talking
3  about?
4         MS. ROCHE:  Objection, form, foundation,
5  misstates the previous testimony.
6      A   I don't remember the name, but I just know
7  that, like I said, he had a real bad case of
8  scleriasis, and at that time the treatments that he
9  was getting wasn't working.
10     Q   (By Ms. Kinkade) So did you bring him up
11 because he stands out in your mind as somebody who
12 complained a lot?
13     A   Right.  Right.
14     Q   And were you saying that in relationship
15 to Mr. Armbruster, who does not stand out as much in
16 your mind?
17        MS. ROCHE:  Objection, form, foundation,
18 misstates the previous testimony.
19     A   Not at all.  Not at all.  He doesn't stand
20 out.
21     Q   (By Ms. Kinkade) Okay.  Are you -- were
22 you worried about Mr. Armbruster whenever he was
23 incarcerated at your facility?
24     A   No.
25     Q   Okay.  Did he make -- did Mr. Armbruster

## Page 204

1  make any complaints to you that you can recall
2  outside of the medical records that you reviewed
3  today marked Plaintiff's Exhibit 1?
4      A   No.
5      Q   Okay.  So when you were talking earlier
6  about complaints that were made -- multiple
7  complaints about tingling, were you referring to Mr.
8  Armbruster?
9      A   No.
10     Q   Okay.  When you were either talking about
11 a different offender or misremembering, at the end
12 of the day, as you sat here today reviewing the
13 records and after five hours of questioning, do you
14 remember Mr. Armbruster complaining multiple times
15 to you about pain and tingling?
16        MS. ROCHE:  Objection, form, foundation.
17     A   No.
18     Q   (By Ms. Kinkade) Okay.  And again if there
19 was anything outside of the complaints in the
20 medical records, specifically Plaintiff's Exhibit 1,
21 you'd tell us about that; right?
22     A   Right.  Right.
23     Q   Do you know of any?
24     A   No.
25     Q   Okay.  And then I think you said it stands

51 (Pages 201 to 204)

LORETTA WILFORD  11/13/2017

## Page 205

1    out because you actually did not know he had spinal
2    cord issues?
3        A    I didn't.
4        Q    And when's the first time you learned that
5    he had that?
6        MS. ROCHE:  Objection, form, foundation.
7        A    When I was involved in the suit.
8        Q    (By Ms. Kinkade) Okay.  And do -- did you
9    have any care of Mr. Armbruster after he was
10   diagnosed with the spinal cord compression or
11   impingement?
12       A    No.  Because like I said, I never knew --
13   I don't think anybody knew that he had a spinal cord
14   injury.
15       Q    Okay.  Did you know that -- did Mr.
16   Armbruster ever report to you that he had previously
17   in 2011 had neurological symptoms of pain and
18   tingling?
19       MS. ROCHE:  Objection, form, foundation.
20       A    No.  It's in my notes when he first told
21   me about that.
22       Q    (By Ms. Kinkade) And that was -- we are
23   talking about in May 2014 is when you first learned?
24       A    Right.
25       Q    Did he say that in 2001 this had happened

## Page 206

1    before?
2        A    No.
3        Q    Okay.  Did he tell you that he had
4    previously been referred to a neurologist before?
5        A    No.  No.
6        Q    If he told you that, would that have
7    affected your treatment?
8        A    Yes, it would have.
9        Q    How?
10       A    He would have seen Dr. Shah, and Dr. Shah
11   would have been made aware of the fact that he had
12   seen the neurosurgeon, and Dr. Shah would have done
13   something.
14       Q    Okay.  Because the symptoms that you
15   documented were pain and tingling in his shoulder
16   and arm; right?
17       A    Right.
18       Q    Those symptoms can be caused by other
19   things other than --
20       A    Right.
21       MS. ROCHE:  Objection, form, foundation.
22       A    Because like I said, that happens to me.
23       Q    (By Ms. Kinkade) Right.  You said it
24   happens to you because of arthritis?
25       A    Yes.

## Page 207

1        Q    There are other medical conditions that
2    can cause pain and tingling; is that right?
3        A    Right.  Right.
4        MR. BOOSE:  Objection, foundation.
5        Q    (By Ms. Kinkade) Okay.  As -- you were
6    asked some questions at the beginning about when Mr.
7    Armbruster started complaining, how long he
8    complains time-wise.  Is the best evidence of that
9    the medical records?
10       A    Yes.
11       MS. ROCHE:  Objection, form, foundation.
12       Q    (By Ms. Kinkade) Okay.  So would you have
13   to rely on the medical records for the dates that he
14   complained and how long he complained?
15       MS. ROCHE:  Objection, form, foundation.
16       A    I would.
17       Q    (By Ms. Kinkade) If at some point an
18   offender did make a complaint to you outside of sick
19   call, what would their next stop have to be in order
20   to see a nurse or a doctor?
21       A    If it wasn't something that was an
22   emergency, he would be told to fill out a sick call
23   request, and I usually tell them they can fill it
24   out and put it in the box in the lunchroom.  And if
25   they'd been to lunch, fill it out and get it to me,

## Page 208

1    and I'll be sure that they are seen the next day.
2        Q    Other than one sick call request that
3    we talked about earlier with Mr. Armbruster, are
4    there any other sick -- sick call requests that you
5    received from Mr. Armbruster?
6        MS. ROCHE:  Objection, form, foundation.
7        A    What I got, whenever I got it, he was seen
8    for it, so that's it.  I didn't have any that he
9    wasn't seen.
10       Q    (By Ms. Kinkade) Okay.  If he just needed
11   to see a doctor immediately or a nurse immediately,
12   can you self-report an emergency?
13       A    Yes.
14       Q    Based on your independent memory or the
15   medical records, did he ever do that?
16       A    No, because it would have been documented.
17       Q    And, specifically, you were asked about
18   this August 1, 2014 date where he said he did not
19   need to be seen by the MD?
20       A    He didn't say it -- that was me that
21   said it, because it was just a follow-up, and I had
22   to get his chart, to go through the chart to see why
23   he would be followed up.  There was no order for him
24   to have a follow-up for the physician or the nurse.
25   It was a mistake on the nurse's part that made the

52 (Pages 205 to 208)

Page 209

1  entry.
2      Q   Okay.
3      A   In the doctor's book.
4      Q   Okay.  And you -- whenever you put to be
5  seen PRN as written on 6-25-14, that appointment on
6  6-25-14 was for heartburn; is that right?
7      A   Yes.
8      Q   Okay.  And just so we're clear.  On 8-1-14
9  Mr. Armbruster did not self-report any emergency to
10  you?
11      A   No.
12      MS. ROCHE:  Objection, form, foundation.
13  Max, just so you know, my phone is at 1 percent.
14      MR. BOOSE:  All right.
15      Q   (By Ms. Kinkade) Although you -- let me
16  ask you this.  Did Mr. Armbruster ever say he had --
17      MS. GRADY:  Wait.  Before -- sorry.  I
18  don't mean to interrupt the deposition, but given
19  the fact I'm about to be cut off, I would just ask
20  that for any following depositions that are being
21  telephone-provided that we don't run into this issue
22  again.  You know, and/or internet access -- that we
23  could figure out an alternative here.
24      MS. KINKADE:  We were told this deposition
25  was going to be two hours long.  So I will continue

Page 210

1  with my questions.
2      MS. GRADY:  Okay.  Just for the record
3  again, your office insisted the deposition take
4  place at a location of your choosing.  If you're
5  refusing to make internet access or telephone access
6  available for the following depositions, then we are
7  going to reserve our right to reschedule them or
8  sorry -- like, have them in a place where we can
9  assure that internet access or telephone access is
10  available.
11      MR. BOOSE:  We didn't lose anybody, did
12  we?
13      MS. KINKADE:  No.
14      Q   (By Ms. Kinkade) Did Mr. --
15      MS. GRADY:  I'm here.
16      Q   (By Ms. Kinkade) Did Mr. Armbruster
17  mention anything about a spinal injury to you?
18      A   No.
19      Q   Okay.  How do you check blood pressure?
20      A   With the blood pressure cuff, and it's
21  applied to the upper forearm.
22      Q   Right arm or left arm?
23      A   With me, it didn't matter.  If I got a
24  high reading in one arm, I would go to the other, as
25  long as my reading was normal.  Whatever arm they

Page 211

1  gave me, that's the arm that I stuck with.
2      Q   Okay.  When you performed the blood
3  pressure checks on Mr. Armbruster, did you notice
4  any issues with his movement?
5      MS. ROCHE:  Objection, form, foundation.
6      A   No.
7      Q   (By Ms. Kinkade) Did you notice at any
8  time any issues with Mr. Armbruster's grip?
9      MS. ROCHE:  Objection, form, foundation.
10      A   No.
11      Q   (By Ms. Kinkade) At any time did you
12  notice any issues with his gait or his walk?
13      MS. ROCHE:  Objection, form, foundation.
14      A   Never.  Never ever.  In fact, we saw him
15  on the yard.
16      Q   (By Ms. Kinkade) Do you remember when that
17  was?
18      A   No.
19      Q   Okay.
20      A   I'm thinking that every time that his
21  house went out, he went with them.  We never got
22  anybody called us asking us why he couldn't go out
23  because they would make the inmates go out.
24      Q   So if an inmate refused to go to the yard
25  because of medical issues, you'd be contacted?

Page 212

1      A   Yes.
2      Q   Would that be in the medical records?
3      A   Yes.
4      Q   Okay.  Did you ever notice any physical
5  signs of the subjective complaints Mr. Armbruster
6  gave you?
7      MS. ROCHE:  Objection, form, foundation.
8      A   No, none -- none at all.
9      Q   (By Ms. Kinkade) Do you -- do you have the
10  experience or training to diagnose neurological
11  disorders?
12      A   No.
13      Q   Specifically, spinal cord injuries?
14      A   No.
15      Q   Do you have the experience or expertise to
16  criticize a form of treatment for a neurological
17  disorder?
18      A   No.
19      Q   Were you attempting to give any opinions
20  on neurological disorders here today?
21      A   No.
22      Q   Okay.  I think that's all the questions I
23  have.
24      MS. ROCHE:  I have just a few more.
25  BY MS. ROCHE:

53 (Pages 209 to 212)

LORETTA WILFORD  11/13/2017

## Page 213

1    Q   Do you have any reason to believe that Mr.
2   Armbruster ever saw a neurologist prior to 2014?
3       MS. KINKADE:  Objection, form, foundation.
4    A   I don't know.
5    Q   (By Ms. Roche) Okay.  And what do you
6   think was wrong with Mr. Armbruster, with his
7   numbness and tingling and back pain and difficulty
8   walking?  What did you think was wrong with him?
9       MS. KINKADE:  Objection, assumes facts not
10  in evidence, form, foundation.
11   A   I didn't know anything about back pain and
12  his problem with walking.  He just complained of the
13  numbness in his shoulder, arm, and hands.  And I was
14  trying to find out if maybe there was some
15  discoloration or some weakness in his grip or
16  anything, but that's as far as it went.
17   Q   (By Ms. Roche) So you do remember Mr.
18  Armbruster complaining of these symptoms to you?
19   A   I'm going by what I wrote.
20   Q   Because you just said you -- it
21  seemed that -- do you have a memory of checking him
22  for grip and weakness and coloration and --
23   A   Well, if somebody tells me that they got
24  numbness and tingling, I do this.  I have them just
25  squeeze my hands, and then I have them -- to pick up

## Page 214

1   something.  And if it's negative, I don't go any
2   further.
3    Q   And based on your practice, you said you
4   would document that; correct?
5    A   Yeah, but I didn't with him, because I
6   left the neural blank.  And why I don't know, and
7   God knows I hate it now.
8    Q   Okay.  So you admit that there are some
9   occasions where patients say something to you or you
10  check them for something, and it ends up not
11  documented?
12   A   I did on that one.  I did.
13   Q   So you did what?
14   A   I don't document on that -- his
15  neurologicals.
16   Q   Okay.  So you agree that sometimes
17  information ends up not --
18   A   I'm not perfect.  Yeah.
19   Q   Okay.  So just let me finish the question
20  real quick.  So you agree that sometimes information
21  ends up not being documented that a patient says to
22  you or that you observe in an exam?
23   A   You know, to me that's not a yes or no
24  answer, because if I say yes, it means that a lot of
25  things might be deleted, and if I say no, it's like

## Page 215

1   I'm lying.
2    Q   Well, I'm asking that -- like, it's
3   possible that it happens sometimes?
4    A   Yes.  Okay.  Yes.
5    Q   Yeah.  Okay.  And so -- so sorry.  So I
6   don't think I ever got a direct answer.  Maybe you
7   did and I just missed it.  I don't know.  But so
8   what -- did you have any idea as to what you thought
9   was wrong with Mr. Armbruster?
10   A   I probably thought that he just slept on
11  his arm wrong probably.
12   Q   Do you have a memory of thinking that?
13   A   No.
14   Q   Okay.  Did you think anything of Mr.
15  Armbruster and his symptoms at all?
16   A   At that time, no.  I don't think so.
17   Q   Okay.  And do you dispute that Mr.
18  Armbruster was diagnosed with a severe spinal cord
19  compression in September 2014, approximately two
20  weeks after being released from Southwestern?
21      MS. KINKADE:  Objection, form and
22  foundation.
23   A   I don't know anything about that.
24   Q   (By Ms. Roche) Do you dispute if there --
25  do you dispute the facts that we are saying in the

## Page 216

1   complaint that you were served with that Mr.
2   Armbruster was diagnosed with a severe spinal cord
3   compression and had emergency surgery immediately as
4   a result of his injury in September of 2014?
5       MS. KINKADE:  Same objections.
6       MR. BOOSE:  Objection.
7    A   Well, I can't if he had it done.
8    Q   (By Ms. Roche) Okay.  So you don't dispute
9   that?
10   A   No.
11      MS. KINKADE:  Same objections.
12      MR. BOOSE:  Objections.
13   Q   (By Ms. Roche) So do you think it's
14  plausible that Mr. Armbruster, with a severely
15  compressed spinal cord with cord change, exhibited
16  no symptoms at all while he was at Southwestern just
17  two weeks prior to this surgery?
18      MS. KINKADE:  Objection, form and
19  foundation.
20      MR. BOOSE:  Objection, form, foundation.
21   A   I can't see how that happened.  I really
22  can't.
23      MS. ROCHE:  Okay.  I have no further
24  questions.
25      MS. KINKADE:  Max?

54 (Pages 213 to 216)

## Page 217

1    MR. BOOSE:  Nothing on that.  Thank you.
2    BY MS. KINKADE:
3      Q    Briefly.  You mentioned that the
4    neurological exam you conducted on Mr. Armbruster,
5    you did not write down the results?
6      A    Because everything was negative, and I
7    just skipped right over it.
8      Q    If there was something that showed a
9    symptom relevant to the complaint, would that be
10   documented?
11     A    Yeah, I know that would have.
12     Q    Okay.  So when you're saying things --
13   mistakes can be made, you're not saying that you
14   observed things and didn't write them down?
15     A    No, not at all.
16     Q    That a lack of a symptom was not written
17   down?
18     A    That was the reason why.
19     Q    Okay.  Based on your training, experience,
20   can symptoms be intermittent?  Meaning that they
21   come sometimes and they go?
22     A    And then they go.  Yes.
23     Q    Okay.  And other than that one time in
24   May, did you see Mr. Armbruster any other time for
25   his issues of tingling and numbness?

## Page 218

1      A    Uh-uh.
2      Q    Is that a no?
3      A    No.
4      Q    Okay.  That's all I have.
5      MS. ROCHE:  I have one or two more
6    questions.
7    BY MS. ROCHE:
8      Q    So on page 359, this was a page that you
9    wrote the entirety of all the notes and the one
10   question says what relieves it, and you wrote that
11   Mr. Armbruster responded it don't go away; correct?
12   Do you dispute that -- it's on page 359.
13     A    Uh-uh.  That -- that's what he said.
14     Q    So with that note in mind, do you have any
15   reason to think that Mr. Armbruster's symptoms were
16   intermittent, coming and going?
17     A    No.
18     MR. BOOSE:  Objection.
19     MS. ROCHE:  Okay.  I have no further
20   questions.  I think we might be done.
21     MS. KINKADE:  And you want to waive
22   signature; right?
23     A    Yes.
24     MS. KINKADE:  E-tran.
25     MR. BOOSE:  Yes, I do.  Cheap as possible.

## Page 219

1    No exhibits.  Given that e-tran, condensed tends to
2    work out.  Guiding line is that it is as cheap as
3    possible.  I do work for the state.
4      MS. ROCHE:  We are not going to order
5    right now.
6
7      (Ending time of the deposition: 7:56 p.m.)

## Page 220

1           CERTIFICATE OF REPORTER
2
3      I, Christine Hoenig, MO-CCR, do hereby
4    certify that the witness whose testimony appears in
5    the foregoing deposition was duly sworn by me; that
6    the testimony of the said witness was taken by me to
7    the best of my ability and thereafter reduced to
8    typewriting under my direction; that I am neither
9    counsel for, related to, nor employed by any of the
10   parties to the action in which this deposition was
11   taken, and further that I am not a relative or
12   employee of any attorney or counsel employed by the
13   parties thereto, nor financially or otherwise
14   interested in the outcome of the action.
15
16
17
18   _____
19       Christine Hoenig, MO-CCR
20
21
22
23
24
25

55 (Pages 217 to 220)

LORETTA WILFORD  11/13/2017

## A

abdominal 192:14
Aberdeen 4:4,7
ability 220:7
able 8:19 17:24
    18:22 90:18
    98:14,17 134:1
    194:17 195:10
    197:18
accept 35:11
    188:3
acceptable
    128:9
access 47:4
    87:24 209:22
    210:5,5,9,9
accommodati ...
    134:24
accordion 45:6
    50:21
accredited
    58:24
accurate 173:2
accused 130:21
acid 99:14
    151:14
act 195:25
action 220:10
    220:14
active 142:14
actively 75:14
actual 50:20
    62:8 69:8
    165:24 166:3
    167:2 186:18
Acute 139:7
add 104:22
    105:2,5 173:19
added 104:7
addendum
    95:16
addition 80:11
additional 15:6
    74:10 133:21
    199:2 201:8

address 38:6
    130:23
addressed 10:1
    18:9 133:2
administered
    6:20
administrative
    62:7 63:15,19
    69:12 70:4,8
Administrator
    37:18 40:21
    70:25 74:17
    76:21,23 77:14
    107:20 175:5
    175:16 176:4
    176:13
Administrators
    38:17
admit 214:8
advice 82:23
    83:11,13
advise 82:5,25
    140:2
advising 82:16
affect 9:1
afternoon 56:8
age 5:10
ago 141:8 155:2
    169:8 191:3
agree 134:10
    214:16,20
AGREED 5:2
agreement
    176:6
ahead 5:22
    8:15 23:8
    31:16 55:13
    73:1 93:20
    136:19 143:4
    163:2 166:23
    179:16 181:5
air 110:17
AJN 67:9,24
al 1:8 3:8
ALARIS 4:18
allergies 139:7
    146:13

allowed 47:11
    134:11
alternative
    209:23
amount 40:14
    40:15,16 193:8
anatomy 113:19
and/or 209:22
Ann 35:24
answer 6:13,17
    6:18 7:5,9 8:5
    8:12 9:14 11:21
    12:16 13:9 17:1
    18:17 31:5
    58:20 59:2
    60:23 70:5
    77:10 78:16,17
    79:13 81:25
    82:6,15,17,25
    83:13 89:10
    92:13 107:3
    112:6,7,11,12,17
    118:11,13 120:2
    120:13,20
    121:24,25
    122:5,19,19
    124:16,17,23
    126:25 128:6
    128:8,10 130:9
    130:19 131:2
    133:24 134:1
    145:13 152:4
    156:16 161:21
    162:17 170:14
    170:15 179:17
    180:19 181:6
    214:24 215:6
answered
    76:20 80:6
    128:20 130:17
    152:4
answering 8:14
    120:15 131:5
    134:2
answers 6:10
    7:13 8:20,24
    121:11 128:10

159:24
antibiotic 54:1
antibiotics 54:3
anybody 13:18
    39:22 44:15
    182:25 183:25
    205:13 210:11
    211:22
anymore 24:24
    71:24 177:11
anyway 19:2
apologize 5:18
    129:13 202:3
appears 154:16
    188:19 220:4
applied 210:21
appointment
    46:6 47:20,24
    89:11 98:9,23
    101:20 156:7
    162:18,24
    163:13 164:24
    173:23 209:5
appointments
    102:9 152:10
    154:17 155:7
    155:14,19
    156:15 165:17
    166:8 173:15
appreciate
    201:12
appropriate
    51:23 121:14
    122:12,16
    123:12,18
    124:6 126:2,14
    126:21 128:16
    129:3,9 134:17
    174:23 175:1
    175:12 178:21
    180:1,24
appropriately
    133:1
approximately
    11:25 14:8
    15:21 64:20
    215:19

area 110:21
    114:8 144:2
    198:19
argumentative
    155:16 187:18
    188:1 190:9
arm 11:3 13:19
    18:16 19:15
    115:7 142:8
    178:17 206:16
    210:22,22,24
    210:25 211:1
    213:13 215:11
Armbruster 1:5
    3:5 5:25 9:20
    10:6,22 11:1
    13:17 14:9,19
    15:1,7 17:24
    18:2 20:11
    21:11,22 36:9
    36:11 149:6,10
    150:15 151:22
    152:1,8,11,18
    153:3,4 154:1
    154:3,14,20
    157:2 159:25
    162:4 164:16
    164:21 165:6
    166:13 169:5,8
    169:19,23
    171:8,21 172:11
    172:14,17 173:4
    173:13,23
    174:13 179:3,6
    180:13 182:15
    182:15,18
    183:5,11,24
    185:4 187:6
    189:11,23
    202:5 203:15
    203:22,25
    204:8,14
    205:9,16
    207:7 208:3,5
    209:9,16
    210:16 211:3
    212:5 213:2,6

213:18 215:9
215:15,18
216:2,14 217:4
217:24 218:11
**Armbruster's**
135:3 168:5,12
171:10 178:7
211:8 218:15
**arms** 10:2 141:6
152:13 154:25
**arthritis** 115:6
206:24
**aside** 145:19
**asked** 7:21 8:7
8:13 35:10
70:2 77:6
152:3 162:22
178:21 180:18
180:21 185:7
187:20,21
196:24 198:2
202:4,10,16,17
207:6 208:17
**asking** 6:9 7:5
7:10 8:3 11:14
13:2 20:16
32:24 66:5
74:19 81:15
92:5 115:18,19
116:20 120:16
124:5 127:5,9
128:14,15,24
128:25 129:1,3
129:7 131:14
133:16,22
134:21 155:7
158:6 211:22
215:2
**ass** 35:23
**assessment**
53:4 54:21
85:22 86:3
95:19 96:10
196:17
**assign** 46:6
**assigned** 51:4,8
51:10 72:8,25

**assignment**
39:19 40:5,10
40:12 41:21
55:1
**assistance**
160:17
**assistant** 40:17
40:24 42:14
55:3,6 59:8
79:24 160:4,11
161:7
**assistants** 73:16
73:17
**assistant's**
72:12
**Assistive** 139:15
**associate's**
23:13
**assume** 8:6
**assumes** 170:7
173:20 179:15
189:2 213:9
**assuming** 27:19
27:21 70:6
185:5 186:10
**assure** 210:9
**attached** 2:12
**attempting**
212:19
**attendance**
32:2
**attention** 106:5
159:4,5
**attorney** 4:14
5:24 220:12
**August** 33:22
34:3 169:18
173:24 208:18
**authority** 196:11
**authorized**
101:13
**available** 210:6
210:10
**average** 16:7,19
16:21 17:10
83:22
**avoid** 7:14

**aware** 9:3 65:3
106:12 111:15
206:11
**awful** 183:7
**axillary** 144:2
**A-BP** 143:10
**a.m** 43:9 136:7
136:9 139:24
144:1
**A1c** 144:1

---
## B

**B** 2:8
**back** 19:4,5
20:5 29:19
30:11,25 47:14
50:5,11 51:12
58:1 66:20
69:19 75:4
89:7,15 90:1
91:24,24
99:15 102:23
109:5,16,20
114:1 120:11
130:2,11 143:8
149:21 152:13
155:13 157:4
158:12 162:12
166:5 173:11
178:23 180:10
191:2 193:15
213:7,11
**backboard**
122:21 123:2
123:10 125:8,8
125:10,12
178:25 180:2
180:15
**backing** 192:24
193:1
**backs** 64:17
**bad** 7:21 19:13
19:24 35:3
53:4,6 85:17
115:6 131:5
182:24 183:7
184:1 203:7

**badly** 169:24
**base** 109:19
**based** 89:9 91:7
131:16 150:5
150:24 151:15
153:15,22
155:22 156:1,3
156:21 157:23
158:8 161:4
162:17,18,20
164:11 166:11
166:12 167:1,2
182:13 186:18
186:19,21
189:10,22
208:14 214:3
217:19
**baseline** 95:2
**basically** 19:15
41:6 42:3
43:24 66:11
73:8 88:5
115:16 133:18
145:20 171:13
194:6 195:5
**basis** 14:11,14
107:23
**Bates** 135:4,6
135:15,22
136:1
**bathroom** 46:14
46:17,25,25
47:4,7,10
50:23
**bed** 167:21
**began** 35:5
82:19
**beginning**
61:24 62:2
94:5,12,22
108:16 207:6
**behalf** 1:12 5:11
**believe** 14:1
15:20 29:15
74:2 110:5
139:5 173:1
180:14,24

185:13 200:2
202:3 213:1
**believed** 174:22
**beneficial** 38:1
98:1
**Bennett** 193:23
**best** 6:10 13:9
21:23 41:12
158:4 168:7
207:8 220:7
**better** 26:24
33:7,18 168:6
**bid** 138:8 139:9
139:9
**big** 141:10
**binder** 49:21
105:18
**bit** 6:4,14 16:20
17:19 39:6
59:6 63:8
115:19 138:1
140:11 147:10
163:7
**blade** 141:6
154:25
**blank** 96:5
142:7 198:25
214:6
**bleed** 35:23
**bless** 99:1
**blindfolded**
93:8
**blocks** 143:3
**blood** 52:3
54:6 85:14,15
91:22 94:9
98:12 99:4,9
99:9,11 100:8
100:17,21
138:6 141:23
142:22 143:11
154:17 155:9
157:7,16
158:20 185:18
186:2,10,13,16
186:23 187:11
189:5,6,7,19

201:18 210:19
210:20 211:2
**board** 28:9,13
28:17 125:9
**boards** 28:21
**body** 27:25
125:15
**bone** 111:2,2
112:22 113:1
**bones** 109:22
117:18
**bonus** 83:9
**book** 45:15
102:3,13 104:4
104:10,12,17
104:22 105:2
105:5,9,15
115:25 116:4
191:2,4 192:5
192:9,11,16,17
192:18 193:14
209:3
**booklet** 64:2,5
65:5 67:16
**booklets** 29:17
29:18 63:25
64:2,3,11,14,18
66:10,17,19,25
68:16 72:6,7
**books** 66:11
79:16 140:20
191:22 192:21
**Boose** 2:4 4:14
5:18 21:24
25:7 26:6,9
31:15 46:19
58:21 60:22
69:25 77:3,15
77:24 78:15
79:14 87:7,13
92:14 93:3
107:4 112:4
113:9,18 114:17
115:2,24
116:10,17,21
117:15,24 118:8
118:18,24 119:7

119:12,22
120:13 121:1,21
123:3,14,20
124:4,13,22
125:4,14,23
126:9,16,24
127:15,21
128:17 129:6
129:13,20
130:5,16,21
131:4,12,18
132:7,13
133:15 134:20
135:14,18
138:23,25
149:19,23
151:18,20
152:15 154:23
155:16,21
156:4,11 158:2
158:15 159:12
161:21 162:6
163:1 164:10
168:13 170:2,5
170:9 172:4,7
173:18 174:10
174:19 175:6,8
175:24 176:18
176:25 177:8
177:21 178:4,11
178:15 179:7
179:12,23
180:7 181:2,22
181:25 182:5,8
183:18 184:18
185:12 187:18
187:25 188:8
188:17,25
190:2,8,23
194:3,4 198:12
200:13,18
207:4 209:14
210:11 216:6
216:12,20
217:1 218:18
218:25
**boss** 31:12

**bottles** 141:11
**bottom** 100:9,15
139:17 141:23
143:1,4,14
147:9 148:16
185:16
**boundaries**
196:7
**box** 43:3,20
44:2 48:20
50:21 84:18
85:6 148:12
207:24
**boxes** 144:9
148:16 149:2
**BP** 143:7
**branching**
117:19
**break** 8:10,13
71:2,6 109:4
109:15 113:12
114:2 182:10
182:12
**breathing** 114:6
**brief** 132:8
**briefly** 113:11
182:11 217:3
**bring** 134:4
155:18 203:10
**Broadway** 3:16
4:11
**broken** 129:2,5
**brought** 37:18
48:6 60:4
172:22 202:19
**brush** 158:22
**building** 24:5
**bump** 48:10
**bunch** 36:11
121:10,11,12
133:16 171:16
**Burning** 146:11
**busy** 52:13,17,18
**buy** 54:2
194:24
**B-E-H-N** 32:9
**B-E-I-N-E** 32:8

**C**

**C** 1:7 3:7 4:1
29:12
**cabinet** 45:12
46:15 50:23
106:2 191:23
192:2 193:13
**cafeteria** 43:2
43:20 48:20
109:1
**calcification**
119:17 120:8
**call** 11:2,7 12:25
13:4,20 14:12
15:20 16:1 18:8
18:18 19:1 21:4
37:17 38:1,5
39:20,21 40:3
40:4,9,15
41:25 42:1,1,14
42:22,24 43:3
43:5,8,12,13
43:20 44:2,9
44:11,19,21
45:1,15,17,19
45:24,24 46:1
46:5,13 47:16
47:18 48:6,8
48:19,20,22
48:24,25 49:3
49:7,12 50:7
50:16,19 51:3
51:6,9,13,14,15
51:16 52:12,15
52:20,21,24
54:23 58:10,11
58:12 59:7
60:6,14 72:11
72:23 79:16
79:22 80:18
84:2,9,13,17
85:11,17,20
86:4,7,9
87:23 88:21
90:5 93:11,12
97:6 102:3,17

102:20 103:6
103:23 104:3
104:7,9 105:12
106:3,5,10,13
106:16 111:7
136:6 139:24
145:16 146:14
166:15,17,24
168:21,23
173:6,7 175:21
175:22 176:1,7
176:11,14,17,20
177:5,10 187:7
191:7 192:18
193:1,1,15
199:18,19,21
207:19,22
208:2,4
**called** 55:2
58:16 63:1
66:14 111:4
125:10 181:18
187:9 189:18
211:22
**calling** 120:14
121:22 123:21
124:14 125:5
126:10,11
127:15 128:18
129:21 130:6
132:18,19 181:4
**calls** 43:3,7
50:20 55:7
85:6 102:13
121:1 133:14
159:12 191:6
**call(phonetic)**
192:24
**canal** 119:19
**candy** 109:1
**capable** 124:21
**capacity** 194:16
**cardiac** 91:23
**cards** 109:13
**care** 58:18,25
81:1 83:7 91:15
99:20 100:1,3

LORETTA WILFORD  11/13/2017

129:17,25
130:14 131:10
131:11,21
132:15,25
134:18 139:11
140:24 174:23
175:1,12 197:17
205:9
carried 137:6
case 9:20 30:6
30:11,13 82:7
83:3 99:19
100:3 134:14
134:15,19
172:7 202:11
202:14 203:7
Cassiday 3:16
4:10
cast 129:2,4
catch 182:25
categories
29:19
caught 127:3,13
201:25
cause 3:19 113:2
113:24 114:8
116:7 159:17
207:2
caused 53:6
114:2 115:15
206:18
causes 113:3,22
causing 53:5
CCR 4:17
CDC 64:23
certain 3:19
15:19 29:19
34:18 40:3,14
40:15,16 57:3
78:25 102:22
113:4 187:8
193:8
certainly 134:12
CERTIFICATE
220:1
certification
197:19

certified 3:18
5:5 28:9,13,17
28:18
certify 220:4
cervical 110:2,3
110:5
cervic(sic) 114:7
CEU 29:13
67:17
CEUs 29:5,10,11
67:13
chair 186:16
chance 7:4 31:9
108:24
change 37:11
40:10 57:18
59:24 68:18
68:22 69:5
70:16 119:16
120:7,18
122:14 186:23
216:15
changed 38:19
40:19 60:12
changes 37:25
38:24 60:6,11
62:17,17 64:23
65:2 70:11
chart 78:20,22
79:20,25
80:9 81:9,11
86:19,20
88:12,13,17
90:25 91:18
93:17 145:23
146:1 150:8
161:2 166:6
168:23 169:2
189:4 208:22
208:22
charts 39:24
43:11,11,13
78:18,18 79:3
79:3,7 80:12
145:18
cheap 218:25
219:2

cheat 145:17,24
check 48:9,12
51:21 78:18
79:15,16,20
99:9,11 140:14
143:6,8,10,11
186:13 189:7
189:19 210:19
214:10
checked 80:3
85:14 137:24
137:24 138:3
154:9 158:20
186:16,17,24
187:11
checking 80:12
143:20 213:21
checks 155:10
211:3
checkups
154:18
Chicago 4:4,8
Chief 141:5
choose 67:16
choosing 210:4
Christian 23:21
24:2
Christine 3:17
4:17 5:4 220:3
220:19
chronic 139:8
176:3 177:9,15
177:19 178:1,2
181:9 191:12
circuit 134:6
circumstances
47:22 95:7
167:6
claims 82:9,9
83:5
clarify 11:13
46:19 138:23
149:19 160:10
194:9 195:22
200:1 201:1
clarifying
200:19

class 66:9
clean 26:10
cleaning 141:10
clear 82:24
133:8,11 142:5
171:21 183:10
184:14 199:11
201:19 209:8
clearly 127:18
clinic 51:5,5,5,9
51:10,17 53:17
78:20,22,24
79:3 139:11
145:25 192:14
clinics 145:15
clipboard
105:24
close 24:2
32:10 35:22
closed 23:23
24:10,22
closer 5:19
123:5
CMS 62:16,20
62:21 63:5
CMS's 63:8
CMTs 71:21,22
71:25 74:6
coaching
130:22
code 44:20
codefendant
194:6
cold 16:14,15
167:20
collar 125:17
collectively
119:14
College 23:1
coloration
213:22
column 111:5
112:23 117:3,18
136:11 142:11
come 11:2,6,18
13:20 15:20
16:1,2 18:17

38:4 42:20
44:13 48:11
49:2,5 50:19
53:13 65:20
66:2 75:12
80:16 85:20
93:16 97:17
99:7,8,11,15
101:25 102:17
102:23 106:8
144:19 167:11
167:15,18
173:7 176:1,6
177:10 185:25
186:22,24
189:15 217:21
comes 90:1
134:7 184:4
coming 11:25
43:12 45:17
66:1 90:22
167:19,19
184:11 218:16
Commission
58:18,25
common 167:1
Community
23:1 24:6,8,17
24:19,22
compare
172:23
compared
171:10 172:3
comparing
170:23,24
182:21 183:19
complain 11:3,7
11:19 12:21
13:25 14:7 18:7
18:13 19:10,17
19:18 20:2
154:20 155:11
155:25 156:1
162:11 168:20
169:9 171:24
172:15 177:3
183:1,11 185:23

186:15
complained
12:3 13:18 14:2
18:9 141:5
152:11 154:24
156:6 157:2
158:10 163:11
163:17 164:6
168:16,19
170:17,21 171:11
171:12,21 183:3
183:3,20
203:12 207:14
207:14 213:12
complaining
12:1,3,8 93:17
121:17 122:14
130:2 153:5
163:15,21
169:8 170:3
171:9 172:11
173:12 174:13
179:3 183:6,7
183:24 184:1,4
184:8 204:14
207:7 213:18
complains
99:13 207:8
complaint 16:10
16:12,17 20:9
38:5,7 43:16
43:18 47:16
49:14 53:2
89:14 90:22
91:8 94:17
95:5 96:19
98:13 103:21
107:6 141:5
153:18 157:9
157:19 161:18
162:1 175:20
176:2 191:13
192:15 198:10
207:18 216:1
217:9
complaints
10:16 11:24

14:19 89:19
107:8,9 141:14
161:23 168:5
169:13 178:8
182:14,19
184:10 198:13
198:18 199:3,8
202:11,13,22
203:2 204:1,6
204:7,19
212:5
complete 29:17
33:7 54:21
88:11
completely
77:25 128:9
complicated
17:19
compound
119:23
Comprehensi...
62:23
compressed
216:15
compression
118:4,16,21
119:5,16 120:7
120:18 121:16
122:14 130:12
164:6 205:10
215:19 216:3
computer 43:8
44:4,7 48:22
49:15 50:12
84:23 102:11
102:16,19
103:23 104:1
140:19
concern 159:17
concerned
71:20
concluded
172:5
conclusion
120:14 121:2
121:23 123:21
124:14 125:6

126:11 133:14
159:13
condensed
219:1
condition 119:15
120:23 159:9
178:19 181:9
conditions 8:22
207:1
conduct 81:1
94:16
conducted
217:4
confident
189:22
confirm 181:23
confirming
182:2
confused 138:1
163:8 183:2
confusing 7:23
47:18 182:16
confusion
141:18 184:3,11
consider 90:17
90:19 92:25
119:14 120:22
178:9
considered
177:19 178:1,2
179:5
consist 111:1
consistent
129:24
consists 109:21
191:14
constitute
119:15
contacted
211:25
contained
89:22
continue 38:11
95:21 142:15
176:14 209:25
continued 177:2
continues 159:2

continuing
29:15 66:13,16
66:17,23 67:5
67:19 70:7
128:3 175:19
contract 34:13
34:16,20
57:19 58:5
60:19 61:13
63:5,22 64:7
64:9 81:3
controls 114:9
conversation
130:18,24
132:9
conversations
132:2 190:16
copied 2:12
65:9
copies 67:25
copy 69:9 70:16
70:19,23
105:17
cord 17:25 18:4
109:17,18,21
109:24 111:24
112:15,18,21
113:2,5,15,21
113:23 114:1,3
114:18,21 115:5
115:11,22 116:7
116:14,23 117:2
117:11,13,22
118:4,15,21
119:4,16,16
120:6,7,17,18
120:19 121:16
122:13,14
129:19 130:12
154:21 158:11
162:23 164:6
169:20 173:16
174:4 178:9,18
178:18 179:6
180:19 183:11
205:2,10,13
212:13 215:18

216:2,15,15
cord's 112:2
cord-related
178:8
corner 136:2
corporate 176:7
corporation
63:4,5
correct 9:21
22:1 33:21
34:7,10,20
46:15 50:24
54:15 59:9
75:18 77:14
79:6,17 83:24
89:20 109:9
109:25 135:16
149:11 150:17
150:24 151:15
151:22 152:18
153:7 154:18
157:7,24 160:1
160:11 162:4,9
164:13,16
165:3 169:13
182:20 184:25
188:7,24 198:7
202:3 214:4
218:11
correctional
25:20 26:13
27:11 58:18,25
71:13 106:24
correctly 80:4
costs 133:21
counsel 5:2,3
113:9 122:4
135:15 149:19
170:10 220:9
220:12
counsel's 83:13
counter 194:25
couple 94:4
201:16
course 12:17
18:21 19:3
22:18 180:4

195:18
courses 22:24
  65:20 132:15
  194:18,21
court 1:1 2:11 3:1
  5:5 6:19,25
  7:2,17 134:4
  139:18,19
  181:25
courtroom 6:21
  6:24
covered 39:10
  135:23 171:5
covering 111:3
covers 111:24
CPR 71:16
crazy 22:5
create 113:5
  199:2
created 84:16
  195:6 197:23
credit 29:21
criteria 85:8
criticize 212:16
cross-talk 182:8
cuff 186:10
  210:20
Current 139:10
curse 20:22
  31:1
cussing 32:15
  32:16
cut 38:11 175:9
  209:19
C-collar 122:21
  122:23 123:9
  125:16,21
  178:24 180:15
C5 110:12,18
  111:10 119:5
C5-C6 110:25
  111:17 112:1,13
  119:3
C6 110:7,8,12,18
  111:10 119:5

D

D 2:1
daily 33:8
damage 113:3
damages 82:12
  83:7
dark 75:3
date 49:4 136:6
  136:23 147:20
  164:5,7 185:9
  185:12 208:18
dated 184:21
dates 154:21
  185:16,20
  189:24 207:13
day 3:15 13:1
  15:19,22,23
  16:1,7,14,23,24
  17:5,9,16 18:1
  21:7 32:5
  39:20 40:6,11
  41:6 43:23
  47:20 48:3,11
  50:19 54:18,18
  66:9 72:23
  74:4 81:12
  83:23 84:2,10
  84:13,19,23
  85:16 88:2
  99:8 104:15,18
  104:23 105:12
  105:23 139:17
  139:19 145:2
  152:20 153:11
  153:22 154:2
  154:3,8 157:6
  160:10 161:16
  162:8,13
  164:21 165:4
  167:8 169:3,17
  185:4 190:13
  190:15 191:6
  204:12 208:1
days 13:2 17:18
  17:20 39:12
  46:12 55:22
  55:25 56:2,21
  56:22,24 57:1

57:10,11,12
  73:25 94:4
  150:15 155:24
  174:2 185:17
  185:24 186:4
  186:7 189:12
  193:24
day-to-day
  59:9,11,17
  107:23
deal 121:12
decide 35:2
  98:8,22
  104:21
decision 30:16
  34:25 101:19
  103:14,18
  104:23 128:12
  128:13,15
  130:24 131:8
  131:10
decisions
  132:19
declare 166:17
  167:7
declared 166:18
declaring 84:4
decreased
  82:21
deems 106:7
defendant 4:9
  4:13 5:3 9:20
  82:10 83:6
defendants 1:9
  3:9 134:18,19
defense 122:4
define 196:15
  197:2
degree 23:9,13
  115:4
deleted 214:25
demoted 30:1
dental 43:6,25
  48:21,21
dentist 43:5
department
  43:6 48:21

depend 16:10,16
  99:2
depended 16:16
  53:2
depending
  39:19 57:4
  89:14 91:21
  103:12
depends 89:6
  90:15,21 91:18
  96:10 98:10
  113:4,21 115:3
  118:25
deponent 5:19
  123:3 127:22
  130:18 131:1
  132:8,16 133:2
depose 9:5
deposed 22:1
deposes 5:11
deposition 1:11
  1:16 3:13 5:3
  6:1,4,7,17 9:6
  9:16 121:9
  127:11,20,21
  132:23 133:21
  135:19 209:18
  209:24 210:3
  219:7 220:5
  220:10
depositions
  124:18 209:20
  210:6
describe 49:20
  97:25 110:18
described
  187:5
DESCRIPTION
  2:9
details 97:13
determine 85:9
  86:11 177:18
determined
  54:13 74:14
  165:4 168:7
determines
  177:14

devices 139:15
diabetic 51:5,7
  78:24 79:2
diagnose
  212:10
diagnosed
  205:10 215:18
  216:2
diagnosis
  196:13,14,16
  196:23,24
  197:3,4,6,7,8
  197:9,13,14
diet 139:10
different 6:14
  38:16 39:3,7
  40:11 61:12
  63:8,13,16
  96:1,25
  103:24 109:24
  111:8,14 114:21
  115:21,22
  179:5 183:13
  183:14 197:6
  198:21 204:11
difficulty 119:20
  121:18 122:16
  126:5 130:2,12
  155:13 178:23
  213:7
direct 215:6
direction 220:8
directives 69:12
  69:13 70:4,5,8
  70:9
directly 85:5
director 31:1,19
  68:19 69:3
  74:16 75:1,14
  75:17 76:6,18
  76:22 77:14,18
  107:18,19
disabilities/li …
  139:14
disagree 82:13
  83:4
disc 111:21,22

111:22 117:2
119:17,18 120:8
discipline
  30:20 31:19
disciplined
  27:24 31:7
discoloration
  213:15
discolored
  96:14
discomfort
  192:14
discs 111:16,20
discussed
  62:17 85:4
disease 91:23
diseases 64:24
disorder 212:17
disorders 212:11
  212:20
dispensed
  142:13
dispute 187:19
  215:17,24,25
  216:8 218:12
disputing
  183:16 184:15
distended
  142:6
distress 140:1
District 1:1,2 3:1
  3:2 22:25
divided 96:6
  191:16
dividing 191:17
DIVISION 1:3
  3:3
doc 192:13
doctor 39:23
  51:20 52:14
  53:11,12 54:14
  55:2,12 59:8
  80:1 92:15,16
  92:18 93:23
  93:24,25
  98:20 99:7,13
  99:17,21,23

100:5,6,11,25
101:5,9,16
102:25 103:3
103:15 104:15
104:21,22,24
105:2 118:9
127:2,6 128:21
128:23 129:1
132:19 133:5
133:17,23
151:4,5 152:23
160:6,15
161:19,24 162:1
165:21 166:9,9
166:14,14
167:6 168:25
169:1,3 177:16
181:18 191:2,4
191:8,9,11,18
191:22 193:14
207:20 208:11
doctors 68:9
  73:12 81:6,16
  86:22 89:25
  92:18 165:17
  171:17 174:16
  176:7 177:3
  195:5,16
doctor's 16:13
  18:10 40:16,24
  42:14 52:22
  55:3,6,7 60:16
  72:12 79:24
  93:23 104:4,6
  104:10,12,16
  105:15,20
  128:12 131:7
  160:3,4,8,11
  161:7 164:17
  165:18 191:13
  191:14 192:4,9
  192:11 193:6
  197:9,16
  199:18 209:3
document
  18:22 95:14
  96:20 98:5,17

101:24 103:17
150:24 151:15
188:15 214:4
214:14
documentation
  96:9,24
documented
  155:8 166:22
  174:7 177:9
  185:4 187:2,14
  188:24 206:15
  208:16 214:11
  214:21 217:10
documents
  10:10 15:4,8
  68:17 86:14
  87:11 149:4,9
  151:25 152:7
doc's 53:9
  193:14
doing 7:2 19:2
  30:9 41:11 49:1
  79:21,23,24
  80:18 81:8,12
  81:13,14,18
  94:9 103:2
  110:17 123:17
  124:9 125:1
  130:22 131:24
  173:13 196:17
dollars 146:19
  146:20
dorm 19:5
double-check
  137:5 140:10
double-check...
  137:9 140:9
double-check...
  140:18
downstairs
  109:13
Dr 11:4 41:3
  73:14 134:16
  138:12,20
  144:22 145:1,9
  161:2 174:23
  175:12 176:5,5

176:7,8,8,12
177:18 178:1
180:8,10
181:18 206:10
206:10,12
drawn 60:15
  80:9
dressing 186:23
drew 60:16
drop 18:18
dropped 144:4
drops 186:24
drug 66:2
drugstore 54:2
dry 146:13 171:6
due 67:15
duly 220:5
duties 37:10,22
  38:19 39:2,7
  39:17 42:23
  51:2 52:11
  54:22 55:5
  59:7,9,12,15
  59:18,23
  60:13
duty 38:23

—————
E
—————
E 2:1,8 4:1,1
earlier 15:18
  19:19 44:15
  66:13,22
  83:21 85:5,12
  163:10 165:7
  169:10 171:20
  172:13,20,25
  178:7,20
  180:5 181:21
  182:16,18
  183:8,9,9,16
  184:7,15 191:1,1
  192:23 201:12
  201:23
  202:25 204:5
  208:3
early 22:9,17
  25:11 184:15

East 1:3 3:3 23:1
  24:7
eat 43:2
education
  29:15 39:13
  64:9 66:13,16
  66:17,23 67:5
  67:20 200:22
effect 186:15
efficiently 6:6
eight 17:5 56:11
either 32:8
  35:24 42:13
  58:15,24
  127:6 157:21
  161:1 204:10
electric 87:5
electron 102:18
electronic 87:5
  105:10,11
elevated 93:22
Eleventh 4:18
else's 34:25
  136:25 137:9
  144:21
emergencies
  54:24 167:12
emergency
  39:22 44:16
  44:21 84:3
  86:1,4 88:8
  100:12,23,24
  101:13 106:7
  122:20,22,25
  123:8,11 166:18
  166:19 167:7,11
  167:17,20,21
  167:23 178:25
  180:2,16
  181:20 199:22
  207:22
  208:12 209:9
  216:3
employed 34:9
  34:12 220:9
  220:12
employee

220:12
empty 44:2
encircled 109:22
encounter 20:17 86:12 98:7
encountered 20:11 21:11
encounters 90:10,18 95:14 186:19
encouraged 142:13,14
ends 214:10,17 214:21
ensure 77:21 78:12 79:10 88:10
enter 45:16 102:13
entire 61:15 88:15
entirety 171:14 218:9
entry 209:1
Epigastric 146:14
equal 36:1
estimate 11:9 12:21,24 13:6 13:8 16:25 108:9
et 1:8 3:8
evaluation 21:8 32:12 33:6
evening 30:15 81:13 99:8,10 99:10 172:14 172:25
evenings 73:25 74:4
everybody 40:14 41:10,11 44:10 64:2 70:23 170:17 184:2 186:22

190:15
everyday 7:16
everyone's 133:20
evidence 168:11 170:8 173:20 179:15 189:2 207:8 213:10
exam 93:10 94:16 95:5,8 97:22 214:22 217:4
EXAMINATION 5:13
examinations 73:4
examined 3:14 5:11 160:15
example 144:19
examples 116:13
exams 73:7
Excuse 48:25 61:1 91:11 98:25 122:2
exhausted 101:12
Exhibit 2:9,10 135:19 204:3 204:20
exhibited 216:15
exhibits 2:11 219:1
existing 195:1
expect 118:22 119:3
experience 126:13 131:16 212:10,15 217:19
experiencing 14:10 123:19 126:22 129:10 153:10 156:14
expert 126:11 127:15 128:18 132:18

expertise 212:15
expired 149:24 150:4
explain 8:9 29:16 38:3 98:14 140:11 172:16 184:13 191:4
extending 132:22
extensive 195:20
extent 124:20 194:20,23
eye 186:24
e-tran 218:24 219:1

---

### F

face-to-face 85:10,21 86:13 87:2 93:2 98:8
facilitate 66:8
facility 203:23
facing 196:20
fact 206:11 209:19 211:14
facts 121:9 170:7 173:20 179:15 189:2 213:9 215:25
Faint 146:14
Fair 196:20 200:25 201:22
fairly 10:19 13:8 76:1
fall 110:12
falling 181:7
far 8:17 71:20 78:19 213:16
fasting 138:6
FBS 138:6
fee 175:22 176:2,11,20,20

feel 7:24 8:10 14:16 64:25 84:8 109:20 121:4 127:2 134:23 187:22
feeling 44:23 134:10 187:21 188:2,14 189:20
feels 188:10
felt 107:11 146:14 188:23,24 190:3
female 46:14,17 46:24,25 47:6 50:23
females 45:12
field 28:10
fight 35:25
figure 209:23
file 45:6,12,13 88:24,25 89:5,23 90:2 90:6 91:3,17 93:1 106:2 177:5 191:23 193:13
files 87:25 91:19 91:19
filing 46:15 50:23 192:1
fill 19:1 86:6 104:16,19 207:22,23,25
filled 44:11 45:11 48:8 139:18
filling 41:22 175:21
financially 220:13
find 53:6 69:19 93:18 98:10,10 165:12 166:6 167:15 168:24 213:14
findings 97:21 98:5

fine 12:13,16 33:20 71:5 93:20 159:23 188:11,23,24
finger 115:8
fingers 141:7 155:1 178:17
fingertips 142:9
finish 7:4,10 214:19
finished 38:9 51:16 106:1
fired 29:25 30:3,4,6
first 5:20,21 20:10,14,17 21:5,7 23:20 28:13 34:12,19 35:5 37:3,12 40:13 57:19 57:23 60:16 60:18,19 61:13 62:24,25 64:7 64:8,13 71:15 71:18 74:1 82:19 93:11 108:1 120:11 135:5 160:9 191:9 205:4 205:20,23
five 73:14 110:2 110:5,6,10 144:9 146:19 146:20 150:15 204:13
floor 4:4,7 30:11 30:12
flu 84:9 93:17,18 93:21 96:11
focusing 99:18
follow 38:20 91:19 97:9 102:2,2 138:8
followed 166:7 208:23
following 7:11 23:18 56:18

84:22 119:14
154:2 168:25
209:20 210:6
**follow-up** 98:9
98:23 99:21
99:23 101:19
101:25 102:4,9
102:14,24
103:22 104:5
139:11 152:23
165:22,23
166:4,4
168:24 208:21
208:24
**follow-ups** 52:8
201:7,7
**forearm** 210:21
**foregoing**
220:5
**forever** 75:5
**forget** 36:7
**form** 21:24
58:19 60:22
64:9 77:3,23
78:14 79:12
81:23 87:7,13
92:12 93:3
96:2 107:2
112:3,4,5,16
113:16 114:16
115:1 116:9,10
118:6,23 119:7
119:21,22
121:2,19,21
123:20 124:11
124:13 125:4
126:7,9 128:17
129:20 130:5
139:18 145:12
152:14 154:23
155:17 156:11
157:8 158:1,3
158:14,15
159:13 163:1
164:9 168:13
168:15 170:2,6
170:10 172:8

173:18 174:19
175:25 176:18
176:25 177:8
177:20 178:11
179:12 180:6
181:3 183:18
184:18 187:25
189:2 190:1,7
190:8,23
198:11 202:23
203:4,17
204:16 205:6
205:19 206:21
207:11,15
208:6 209:12
211:5,9,13
212:7,16 213:3
213:10 215:21
216:18,20
**formal** 6:8 61:10
**formally** 31:7,8
**former** 194:5
**forms** 90:5
195:5
**forth** 20:5
**found** 53:10
98:18 180:8
**foundation**
58:20 77:3,23
78:14 79:12
81:23 87:8
92:12 107:2
112:4,5,16
113:17,18 116:9
116:10 117:15
117:24 118:7,8
118:18,23 119:7
119:21,22
121:2,20,21
123:20 124:12
124:13 125:4
126:8,10
127:23 128:17
129:20 130:5
132:17 133:15
155:17 158:15
159:13 168:14

168:15 170:2,6
170:10 172:8
173:18 174:20
175:25 176:18
176:25 177:20
178:11 179:12
180:6 181:3
189:3 190:9
198:11 202:23
203:4,17
204:16 205:6
205:19 206:21
207:4,11,15
208:6 209:12
211:5,9,13
212:7 213:3,10
215:22 216:19
216:20
**four** 56:24
61:20,22
64:22 65:11
78:25 91:21
110:5,6,10
138:9 144:9
167:22
**four-year** 23:8
**framework**
106:24
**free** 7:24 8:11
52:16
**frequently** 11:4
11:6,17 13:8,10
13:11 80:20,20
80:21
**Friday** 52:17
56:4,17,23,25
**friend** 35:22
**friendly** 75:5
**front** 6:22 135:4
192:19 193:4
**fulfilling** 77:22
78:13 79:10
**full** 88:11
**fullsome(sic)**
8:19
**full-time** 24:23
25:22 26:23

36:21,25 37:5
56:11 57:4,6
73:19,24 74:3
**function** 112:2
112:12 113:4,20
114:20
**functions** 115:21
**funny** 89:1
**further** 125:25
132:24 133:12
214:2 216:23
218:19 220:11
**future** 168:9

### G

**gait** 211:12
**gears** 191:2
**general** 4:14
20:13 129:8
**generally** 99:19
100:19,22
101:4 109:17
127:13 129:3
134:6
**generate** 44:8
44:9 48:24
50:16 104:7
**generated** 85:5
**generating** 49:1
**GERD** 139:13
146:10,12
**Gerry** 1:5 3:5
5:25 10:6,22
11:1 13:17 15:1
17:24 149:6
**getting** 30:10
33:6 52:21
91:12 94:19
99:6 132:21
148:7 150:5
151:14 161:24
165:25 168:6
203:9
**girl** 20:16 29:24
75:3,12 77:19
77:20 159:21
**girl's** 75:21

**give** 7:4 8:19
11:9,21 12:24
13:9 16:24
39:12 43:6
44:12 48:20
52:16 53:15,16
64:13 68:20
69:6,8 77:4
94:3 99:14
102:1 107:12
108:9 132:20
146:24 161:19
196:24 212:19
**given** 6:1 40:8
40:12 60:20
60:24 61:9
63:24 65:20
72:6,7 79:17
84:2 88:2
99:16 134:15
142:12,12
168:11 173:12
190:13 209:18
219:1
**giving** 6:7 8:24
94:2 175:1
**go** 5:22 6:3,4
8:15 18:15
23:8 25:12,16
31:16 36:10,24
43:1,2,3,19
47:12,13 48:19
54:2,25 55:12
69:19 73:1
88:2 89:7
91:24 92:19
93:7,20 102:3
104:3 107:18
109:2 110:10
132:12 135:2,11
136:16,19
137:12,19
139:4 141:3,21
141:21 143:4,8
148:8 150:9
151:3 153:25
154:13 163:2

LORETTA WILFORD  11/13/2017

166:5,5,23
167:22 173:11
176:6 179:16
181:5 208:22
210:24 211:22
211:23,24
214:1 217:21
217:22 218:11
God 34:15 41:17
99:1 200:21
214:7
goes 19:21 90:2
111:2,5 115:9
134:13 135:5,7
173:10 178:17
going 6:3,25
7:6,7,9 8:6
9:13 11:13 13:7
13:12 14:4,11
16:11 17:10 19:5
20:22 27:5
30:24 38:11
50:11 61:20
62:10 63:10
65:23 71:3
75:12 82:4,5
82:25 88:3
89:7,19 90:24
93:6 94:14
97:19 99:2,17
100:14 105:6
113:2 114:7
116:25 117:18
120:1,11 124:16
126:25 133:19
135:6,10 143:6
161:3 166:24
168:10 169:1
176:16 182:11
187:1 188:11
189:5 201:16
209:25 210:7
213:19 218:16
219:4
good 24:3,10
37:18 44:23
84:8 97:19

130:13 131:10
131:20 132:11
187:22 188:12
189:20
Gotcha 48:18
gotten 35:22
35:25 107:13
governs 197:14
graduated
22:25 28:14
graduation
23:19
Grady 4:6 122:2
122:3 132:5
133:8,25
134:25 209:17
210:2,15
Great 5:24 8:18
greater 100:10
100:16
grievance
106:23 107:15
108:1,14,24
grievances
107:1,14,22
108:7,20
109:6,7
grip 211:8 213:15
213:22
grounds 82:5
133:13
group 61:11
guess 31:21
35:9 67:10
134:10 160:9
171:20 179:4
183:23 184:12
195:22
guessing 108:13
guide 195:7
Guiding 219:2
gunshot 139:13
151:8
guy 13:3 16:16
16:19 21:1 48:11
53:17 104:8
160:20 161:3

170:25 171:4
171:10,11,11,12
171:25 172:17
172:22 182:20
182:22,24
183:6 184:1
202:20
guys 13:1,23
16:10 20:24
43:8,11,13
48:5 49:2
51:6 146:2
156:17 170:20
170:21
gym 44:18,22
G-E-R-D 139:14

---

**H**

H 2:8
hair 75:3
half 24:14,15
96:6
hallway 131:24
hand 13:19 19:21
19:21 87:1
88:15,18 142:8
hands 152:13
213:13,25
handwriting
135:21 136:5
136:20,24,25
138:15 140:7
141:18 144:21
165:5 184:20
happen 41:7
44:6 117:5
141:9 200:8,13
happened
33:19 35:14
41:14 44:18
48:4 65:10
162:18 205:25
216:21
happening
153:6 157:1
199:23 200:3
happens 113:1

167:9,10
189:17 206:22
206:24 215:3
happy 8:9
hard 11:20 17:1
105:17 125:9
135:21 147:10
Hardin's 137:3
harm 124:9
125:1 126:1
hate 214:7
head 125:18
162:14
heal 118:5,16
health 1:8 3:8
4:9 58:18,25
94:14 187:17
189:12,24
190:6,14,22
healthcare
37:17 38:16
40:21 44:13
44:23 47:1,2
49:2,5 63:2,6
70:24 74:16
76:21,23 77:13
87:18,21,22
107:19 168:23
169:23 173:9
174:15 175:5
175:15 176:4
176:12 177:4
179:3 183:14
197:23 199:18
201:8
hear 7:25 89:19
159:3
heard 111:7
178:7 182:1
heart 98:12
134:14
heartburn 162:9
209:6
heavy 48:9
height 55:8
hell 20:24 21:2
Hello 175:6

help 6:5 56:19
98:18 146:16
176:22
helping 98:16
101:9 103:3
helps 55:9,10
185:13
Hemoglobin
144:1
hesitating 67:6
he'll 145:16,16,17
177:12
hi 5:15 189:4
high 85:15
91:22 99:5,10
99:12 141:23
210:24
higher 31:20
100:9
highlight 135:12
highlighter
135:11
hip 35:3,3
hire 74:10
hired 26:19 31:4
34:19 35:8,8
60:18 72:4
75:13
history 36:11
85:15 89:7
90:25 91:22
139:12,13
146:9,12
HIV 53:14,15,16
Hoenig 3:17
4:17 5:4 220:3
220:19
Hohnsbehn
32:7 41:8
Hold 179:11
holler 18:16
home 148:8
honest 31:21
108:3
honestly 31:21
hopefully 53:15
hospital 23:21

24:6,7,9,13,18
24:19 25:2,4
180:16
hospitals 26:3
hour 81:21 82:1
82:3
hours 3:15 56:11
58:7,9 99:15
102:2,2 106:16
204:13
209:25
house 167:22
167:22 211:21
housing 20:5
44:10,11,19,21
47:14 49:4
50:16
hundred 141:24
hurt 44:17
123:24 155:1
hurting 157:4
181:8
hurts 84:8 141:7
husband 22:21
hypothetical
119:23 121:22
123:22 124:15
125:5 126:10
128:18 130:7
133:14 180:22
181:4
H-O-N 32:7
H-O-N-S 32:8

_____ I _____

ibuprofen 138:6
139:8 142:3
148:11,18
150:12 151:2,11
ID 192:12
idea 18:3 20:13
215:8
IDOC 87:4
IDOC's 69:11
70:7,12,14
IL 4:15
Illinois 1:2 3:2

4:4,8 28:1,4
63:6
illness 177:10,15
177:15,19
197:20
immediate
74:18,21 75:16
75:21
immediately
23:18 208:11,11
216:3
impairment
119:8
impingement
180:19 205:11
implemented
60:12
important 7:3,16
90:17,19
92:25 97:12
97:20
impression
196:19
improper 122:7
126:11 129:21
130:6 132:18
133:13,20
181:4
improved 38:7
65:1
improvements
37:14,15,19,21
38:14 60:3,5
improving
130:13 175:20
inappropriate
122:4
incarcerated
88:16 91:22
203:23
incentives
82:10 83:6
include 52:2
97:12,21 102:5
111:11
included 86:20
96:8,23

including 134:16
169:20
income 83:2
incoming 39:24
incomplete
119:23 121:22
123:21 124:14
125:5 126:10
128:18 130:6
181:3,3
increased
82:20
incurring 133:21
independent
10:5,7,15 15:6
21:21 149:5
151:25 152:7
153:17 155:23
156:24 162:17
164:12,20
208:14
index 115:8
indicate 199:3
indicates 154:13
indication 117:12
117:14
indicative 117:21
indigestion
99:14 101:6
infectious
64:24
infirmary 47:12
47:13 93:25
181:18
information
21:21 46:5
50:6,12,15
53:6,16 63:24
64:25 65:1
68:4 69:7
80:10 92:6
102:19 114:23
121:10 148:21
150:5 156:21
214:17,20
informed 199:21
ingestion 101:7

initial 70:18,20
injure 116:23
injured 84:5
117:1
injuries 113:7,14
116:6,13,20
117:5 119:14
212:13
injury 18:4
85:25 86:4
112:15,19
113:15,22
114:18 115:4,5
115:12 116:7,15
117:11,13,21,22
118:5,25
120:20 124:6
125:25 173:16
178:10 179:6
205:14 210:17
216:4
inmate 51:20
86:1 87:23
89:25 91:19
97:18 98:17
102:14,16
103:12 107:5
145:15 198:9
199:13,17
211:24
inmates 20:18
38:2 39:21
43:2 44:9
47:5,11 55:7
80:8 104:14
161:23 172:9
191:17 192:12
198:7 201:9
211:23
inmate's 45:16
49:11 53:2
145:18
input 48:21
50:12 195:16
insisted 210:3
institutional
69:12 70:4,8

instructions
94:2
interacted
76:25
interaction
97:13
interactions
18:23
interested
220:14
interests 83:16
interjected
202:1
intermittent
217:20 218:16
internet 209:22
210:5,9
interrupt 120:9
209:18
interrupting
122:5 129:13
intervention
129:18
investigation
38:8
involved 205:7
in-person 65:17
65:18
issue 17:20
133:16 134:9
176:14,21,23
198:22 209:21
issues 162:9
196:20 198:9
199:12 201:19
205:2 211:4,8
211:12,25
217:25
itch 96:15
it'll 96:6

_____ J _____

Jaclyn 4:10 9:10
9:12,16 140:13
January 32:1
Jessica 75:8,9
75:9,13,22

LORETTA WILFORD 11/13/2017

76:2,9,15 78:1
78:2,10,12
Jessica's 75:24
Jesus 12:23
39:14 111:18
job 14:22 22:21
24:14,15 30:1
30:20 31:24
35:7 37:10
38:23 39:2,17
40:10 42:23
51:1 52:11
54:22 55:5
59:18,23
60:13 74:25
77:22 78:13
79:10 81:15,18
108:21 134:7
John 104:20
John's 104:22
join 133:7
Joined 58:21
77:24 78:15
79:14 92:14
107:4 114:17
115:2,24 118:1
118:24 121:3
123:23 129:22
130:8 152:15
159:14 164:10
170:9 177:21
178:12,16
190:2
judge 6:16,22
July 165:2
jump 185:8
June 144:20
164:5 169:21
174:2

---

**K**

Katie 4:3 5:24
keep 26:9
36:17 45:13
52:13 62:7
125:13,18,18
133:19 175:21

175:22
keeps 102:9
Kelly 76:8,12
kept 50:21,24
87:15 90:5,11
91:3,16 92:7
92:10 105:21
191:19,20,21
191:22 193:7
193:12,15
kicked 30:10,13
kids 22:21
kind 17:1 39:13
40:1,19 53:22
54:7 69:22
85:22 86:18
94:15 96:16
107:7,9
108:25 117:13
126:5,6 129:11
133:22 195:15
195:24 197:6
199:22
kinds 167:24
Kinkade 2:4,5
4:10 9:8,13
11:13 12:12,15
26:8 31:6
32:24 33:13
33:25 46:21
54:10,12 56:21
58:19 59:1
71:2 74:19
77:7,10,23
78:14,16 79:12
81:23 82:4,13
82:16,22 83:2
83:10 92:12
95:11 107:2
109:12 112:3,5
112:10,16
113:16 114:16
115:1,23 116:9
116:16,22
117:16 118:1,6
118:17,23 119:6
119:21,24

120:2 121:3,6
121:19,25
122:18 123:15
123:23 124:11
124:19 126:7
126:15,23
128:1,19
129:12,22
130:4,8,15
131:2,6,13,17
131:23 132:1,10
133:7 135:24
138:10,14,17
142:18 144:12
145:12 149:16
151:9 152:3,14
157:8,25
158:14 159:10
159:14 164:9
168:10,15
170:6 172:6
173:17,19,25
174:9,18 175:7
177:20 178:3
178:12,16
179:11,14 180:3
180:6,17 181:1
181:24 182:3,6
189:1 190:1,7
194:2 201:15
202:25
203:10,21
204:18 205:8
205:22
206:23 207:5
207:12,17
208:10
209:15,24
210:13,14,16
211:7,11,16
212:9 213:3,9
215:21 216:5
216:11,18,25
217:2 218:21
218:24
knees 130:3
150:16,21

knew 19:2
35:24 68:20
114:23 115:20
202:10
205:12,13
know 6:15 7:7,8
7:15,23 8:1,7
10:20 11:24
12:4,12,15 13:8
14:2 16:9
20:18 21:5,8
21:12,15 29:18
30:5,24 31:11
32:8 34:14
36:10 37:7,25
52:16 53:3,4
53:10,14 54:4
55:12 58:17
58:20,23
60:13 61:18
64:20 65:8
68:8 73:7
75:2 76:2
79:13 86:2,9
86:11 90:23
91:11 92:13,23
93:6 94:13
96:10,14 98:15
100:3,24,25
101:21,23
102:15 103:16
103:19,20
106:21,23
107:3,10,17
108:3,4,12
112:8,17 114:4
114:12 115:4
117:9,17,19,20
117:21 118:12
118:15 120:20
124:23,25
125:9 126:20
127:8,8,12,12
127:12 128:7,8
129:23 130:9
130:20 132:7
133:19 134:5

141:20 144:3
145:13 149:13
150:2 156:19
159:2,6 161:15
162:25 164:3
166:4 167:18
169:5,19
170:19 176:3
177:12,24
181:7 186:22
190:10 192:13
201:22 202:13
203:6 204:23
205:1,15
209:13,22
213:4,11 214:6
214:23 215:7
215:23 217:11
knowing 75:5
knowledge 6:11
11:17,18 74:13
77:18,21 78:11
80:25 106:11
127:10 128:7
128:21 129:17
131:15,16
153:21 157:23
158:7 165:24
166:1,3 168:8
177:17
known 114:14
139:6 146:13
knows 11:15
214:7

---

**L**

L 22:15
lab 52:2 55:13
60:17 78:25
80:8 89:24
139:25 140:2
140:3 185:2
193:14
labs 39:24
60:15 86:22
140:22 152:24
153:1

lack 217:16
ladies 191:23
large 51:15
lasted 71:17
Lastly 200:25
late 32:5
launch 182:9
launching
127:24 132:24
lawful 5:10
lawsuit 9:24
10:23
lawyer 6:12
127:5
lawyers 6:8
lay 115:6
laymen 120:20
lay-in 94:4
learn 61:21
127:11
learned 41:10
205:4,23
Learning 154:11
leave 15:23
30:17 34:24
35:2 148:8
lectures 61:16
61:18 62:4
left 12:4 21:15,16
25:11 26:22
57:20 64:3
74:20,22
75:22 77:20
78:1 82:3 97:4
109:5 132:3
142:9 182:14
182:17 185:12
191:16 210:22
214:6
left-hand 148:15
150:10
leg 129:2,5
legal 49:18
120:14 121:1
121:22 123:21
124:14 125:5
126:11 133:14

159:12
legitimate 16:11
157:9,18
167:16 176:2
191:8
legs 139:13
151:8
length 132:23
let's 11:22 51:12
73:11 77:19
86:21 100:18
107:25 119:2
135:2 137:19
139:4 173:11
182:10
license 27:18
28:4,7 29:4,5
29:7,10,22
67:15,17
licensed 27:13
27:22 28:19
life 7:16 30:3
limited 54:5
limits 142:5,7
line 16:14 18:10
18:15 19:12
20:5 51:16
53:9 55:7
85:16 86:5
104:6 105:24
106:1 109:20
110:9,13 142:21
142:24 143:5
143:10 155:10
160:3 164:17
165:18 166:4
168:24 171:24
173:5,8 183:13
185:21 186:22
191:13,14,15,16
192:4,8 193:6
193:6,15,15
194:7 199:18
219:2
lines 96:5
list 84:12,16,19
84:22,23 85:4

85:10 104:13
104:13 105:13
listed 129:19
191:17 192:16
listen 13:19 14:1
14:6 43:16
86:10 169:10
182:25 183:12
183:15,15 187:1
listening 127:17
127:19 163:25
literally 188:20
Litigation 4:18
little 6:4,14
16:20 17:19
39:6 63:8
100:18 123:5
138:1 140:11
147:10 161:22
163:7 182:8
LLP 3:16 4:10
located 45:12
110:4
location 210:4
locked 45:11
46:14 50:22
50:23 71:3
191:23 192:1
lodge 77:5
Loevy 4:3,3,7,7
log 44:7 45:16
45:18,21 46:4
49:10,13,15,16
50:7 84:24
logbook 84:25
85:1 102:11
logged 47:19
long 12:4 23:22
24:8 27:7
30:12 36:17
56:6 75:25
88:17 91:21
94:14 96:15
201:17 207:7
207:14
209:25
210:25

longer 16:20
long-term 139:8
look 79:6 80:4
86:10 89:15
97:18 116:1
140:17,18,19
140:20 184:19
192:17
looked 75:2
79:7 147:11
looking 10:10
149:22 150:2
151:1 176:22
looks 96:13
144:7 146:18
147:3 149:9
150:22 151:7
151:15 154:1
161:5 162:3
165:1
Lord 24:3
Loretta 1:11 3:13
5:9,17 18:16
142:15 146:17
189:20
lose 210:11
lost 28:3,6
lot 30:8 63:24
93:19 106:22
114:2 146:2
156:17 163:12
163:22 167:9
167:10 170:17
171:9,22 172:11
183:3,6,7,20
183:25 184:1,4
203:2,12
214:24
lots 182:19
loud 7:14,19
163:21
Louis 1:3 3:3,17
4:11,19 23:1
24:7
low 201:18
lower 149:2
LPN 22:14,16,25

23:2
lumbar 110:10
lunch 14:4 18:14
18:15 19:12
20:5 171:24
173:5,8 183:13
207:25
lunchroom
207:24
lying 215:1
L-O-R-E-T-T-A
5:17

_____
M
_____
M 192:6
machine 109:1
mad 31:22
magazine
67:24,24 68:1
68:2,6
magazines
67:10,13 68:3
68:8
main 42:2
maintain 87:5
major 113:24
making 133:9
182:19 201:13
man 20:17
management
30:11,13
manager 30:6
managerial
23:25 31:18
mandated
58:16 67:4
manual 60:25
61:2,8,16
62:19 65:5
manuals 63:25
66:10,11,24
68:15 72:6,8
MAR 140:21
marked 135:19
204:3
Mary's 24:7,12
24:16,18,23

| | | | | |
|---|---|---|---|---|
| 25:10 30:5,17 31:4 | meant 182:20 197:2 | 80:18 101:8 150:6 151:14 | 200:17 203:11 203:16 218:14 | 76:4 79:8 83:25 85:3,24 |
| masses 146:14 | med 40:15,22 | medicines | Mine 30:18 35:1 | 87:20 90:20 |
| Maston 40:25 | 40:23 41:15,16 | 42:18 52:6 | 134:21 | 99:24 107:16 |
| Maston's 154:11 | 41:18,23,24 | 55:13 94:2,3 | minute 23:6 | 108:22 110:24 |
| material 119:18 | 42:15,17 59:7 | 107:13 168:17 | 28:16 30:5 | 111:25 112:20 |
| matter 3:20 | 72:10,23 | 194:24 | 37:1 117:1 | 112:25 122:24 |
| 47:16 210:23 | 79:16,19,21 | meds 79:17 | 192:3 | 131:25 136:12 |
| matters 32:2 | 86:5 148:10 | 142:12,13,15 | minutes 169:7 | 137:11 139:22 |
| 63:14 130:23 | 148:24 192:14 | meet 131:11 | mischaracteri ... | 140:5 141:1 |
| 132:16 | medical 2:10 | meeting 31:2 | 188:1 | 144:13 146:22 |
| Max 4:14 120:16 | 8:22 9:25 | Melissa 40:23 | misplaced | 147:21 149:12 |
| 127:17 181:24 | 14:5,6 15:15,17 | 41:19 193:20 | 145:19 | 150:13,18 |
| 182:4 194:2,4 | 43:5,7,10 45:4 | Melissa's 80:17 | misremember ... | 152:19 155:6 |
| 209:13 216:25 | 45:5 62:23 | members 71:8 | 204:11 | 160:2 162:5 |
| ma'am 77:4 | 73:4,6 74:14 | memories 152:7 | missed 141:25 | 164:18,19 |
| MD 105:24 | 82:11 87:5,15 | memory 9:2 | 215:7 | 169:14 185:1,19 |
| 136:8,9 140:3 | 87:16,25 88:5 | 10:5,15 21:22 | Missouri 3:17,18 | 193:3,9 |
| 142:14 146:15 | 88:11,22,24 | 152:1 153:17 | 3:19 4:11,19 | mm-hmms 7:14 |
| 147:17 165:7,11 | 88:25 89:5,18 | 155:23 156:24 | misstatement | moment 182:11 |
| 165:15 166:4 | 89:23 90:6,11 | 162:17 164:12 | 201:23 | Monday 52:6 |
| 168:24 191:15 | 91:3,14,15,16 | 164:20 167:2 | misstates | 56:16,17,18,23 |
| 192:8,18 193:6 | 91:17 92:3,8,11 | 183:10 184:4 | 157:25 159:10 | 56:25 57:13 |
| 208:19 | 93:1 94:17 | 186:18 208:14 | 168:11 170:7 | 104:20 |
| mean 7:24 9:4 | 95:5 96:18,21 | 213:21 215:12 | 173:19 179:14 | Mondays 56:1 |
| 10:7,12 13:11 | 106:5 119:15 | men 47:10 | 180:17,20 | 56:12 |
| 14:15 15:8,9,15 | 120:23 130:14 | mention 169:25 | 189:1 202:24 | Monell 83:5 |
| 28:16 36:5 | 131:10,20 | 210:17 | 203:5,18 | Monell(phone ... |
| 37:15 40:6 | 132:25 134:7 | mentioned | misstating | 82:9 |
| 48:15 55:10 | 134:15 135:3,4 | 66:13 191:3 | 127:16 | money 26:24 |
| 55:20 60:2 | 135:10 150:8 | 198:23 217:3 | mistake 168:21 | month 20:14 |
| 62:13 73:21 | 159:9 173:9 | met 20:15 | 208:25 | 45:6,8,9 |
| 78:21 81:4 | 187:23,23 | mic 5:19 | mistaken 19:14 | 50:22 51:6 |
| 94:19 95:18 | 188:7,14 | microphone | 110:14 | 193:24 |
| 99:25 104:3 | 197:12 198:8 | 123:4 | mistakes 217:13 | monthly 64:19 |
| 133:11,25 | 199:9 201:2 | middle 113:25 | mm-hmm 10:18 | months 11:25 |
| 134:3 143:6 | 204:2,20 | 115:8 144:6 | 11:12 14:22,24 | 12:7,8,10,19 |
| 163:19 165:10 | 207:1,9,13 | 191:17 | 20:7 23:10,14 | 12:20 78:25 |
| 165:14,19 171:8 | 208:15 211:25 | midnight 88:7 | 25:5,24 26:4 | 138:7,8 177:13 |
| 185:22 194:13 | 212:2 | midst 169:18 | 27:8 32:17 | 179:4 |
| 196:1,22 | medication | mid-80s 24:3 | 34:21 36:13,16 | morning 43:9 |
| 209:18 | 139:7 196:6 | milligrams | 36:19 41:1 | 48:2 56:7 |
| meaning 197:10 | medications | 138:8 139:8 | 42:12 43:22 | 80:22,23,24 |
| 217:20 | 8:23 53:25 | 148:17,18 | 44:5 46:10,16 | 99:11 100:15 |
| means 137:8 | 140:21 196:5 | mind 21:1 131:23 | 46:22 52:19 | 163:9 186:13 |
| 168:2 196:19 | medicine 28:1 | 135:21 156:18 | 55:4 56:5 | 187:12 |
| 214:24 | 28:10 60:16 | 163:4,9,11,14 | 61:23 66:15 | motion 134:3 |

LORETTA WILFORD  11/13/2017

Motrin 136:7
149:11,14,24
move 5:18
48:10 128:19
133:22 134:22
moved 167:21
movement
119:9 125:15
211:4
moving 125:19
MO-CCR 220:3
220:19
MRI 126:18,20
129:11
muddy 123:4
161:22
multiple 204:6
204:14
muscoskelet...
142:7

**N**

N 2:1 4:1,4,7
name 5:16,20
5:21 45:16,20
49:3,11 50:13
74:24 75:7,21
75:24 77:20
102:3 104:14
104:22 105:5
137:3,14,15
139:16 142:19
143:8,12,15,20
144:4,5,5
145:18 146:25
147:18 148:5
149:1 171:16
191:18 192:12
194:4 203:6
named 9:20
10:23 104:20
name's 5:24
National 58:17
58:24
naturally 43:14
nearest 122:22
necessarily

103:9 157:5
necessary
43:10 79:18
80:5,8 95:15
147:23 168:3,4
neck 110:4,20
112:13 114:4,5
125:18,25
need 7:13 8:2
8:10,13 69:19
77:5 88:21
95:2 98:16
113:10 125:20
127:8 130:23
134:23 141:17
146:9 147:16
147:16 165:7
165:10,15
191:9,10,11
208:19
needed 32:13
33:17 35:3
43:17 53:8
147:25 149:13
151:3 160:17
161:19 166:14
168:3,4,8
173:6 208:10
needing 149:10
needs 77:11
86:8 98:2
104:21 187:2
191:18 199:21
negative 214:1
217:6
neither 220:8
nerve 115:17
nerves 117:18
neural 200:24
214:6
neurological
142:6 205:17
212:10,16,20
217:4
neurologicals
214:15
neurologist

206:4 213:2
neurosurgeon
206:12
never 21:25
29:1 31:8,20
68:21 71:10
168:11 177:24
190:17 200:24
205:12 211:14
211:14,21
new 38:20
40:18 61:21
69:8,9 72:4,15
73:3 74:23
75:14 76:1
77:19,19 89:8
90:24 105:23
175:21
nice 30:25
night 81:13
nights 73:25
74:4
NKDA 139:7
Nona 32:7,7
33:4 40:21
41:8
nondoctor
133:17
nonemergen...
106:9
non-admissib...
134:9
noodles 146:12
noon 43:1,23
46:8
normal 16:22
16:23 79:7
115:14 142:5,7
210:25
normally 37:17
North 3:16 4:11
4:18
note 95:16,21
95:23 96:6
101:18 103:13
103:19 136:6
139:24 142:21

143:5,9 165:6
168:1 195:19
198:25 199:1,6
218:14
notebook 50:3
50:5 105:19
noted 62:19
notes 15:9,12,15
15:16 86:22
86:22 89:24
89:25 90:10
90:13,18 95:17
97:18 102:6
145:7,10,11,17
161:4 185:16
187:15 188:19
197:23
205:20 218:9
notice 211:3,7,12
212:4
noticed 96:11,19
177:24
notified 68:16
68:21 69:2
70:11,14
November 1:13
3:14
numb 18:16
178:17,18
number 11:10
15:19,21 45:17
45:20 49:4,11
50:14,15 72:9
74:14 88:17
100:9,9,15,16
102:4,22
104:14 115:16
135:7,23 136:1
136:1 141:23
145:18 180:9
191:18 192:13
197:23 198:2
numbers 100:13
135:4,15
148:21
numbing 158:12
numbness 10:1

11:3 18:7,9
19:14,18,20,21
20:1 114:8
115:7,9,15
116:18 117:7,10
119:8,19 121:17
122:15 126:4
130:1,11 142:8
152:12 153:5
155:12 156:6
157:3 162:12
163:17 171:10
171:22,24
172:12,15
178:22 184:5
184:9 213:7,13
213:24 217:25
numerous
132:14
nurse 14:12 18:5
18:6 22:9,12
22:13 23:15
26:2 27:14
30:2 31:13
35:9,18 36:3
36:15,18 37:8
37:8 39:18,20
40:4,9,15,22
40:22,23
41:15,16,18,23
41:24,25 42:1
42:2,14,15,17
42:23,24
44:19,20
48:19 51:3,8,9
51:11,14 52:12
52:20 53:15
54:23 55:2
59:7,8,13,16
59:19 60:16
69:18 72:5,9
72:11,11,23,23
76:25 79:21
79:23,24 80:1
81:3,10 86:8
98:1,4 107:19
108:21 114:25

LORETTA WILFORD  11/13/2017

115:21 118:9
119:11 133:4
145:1 148:24
165:22 166:9
167:15 169:2
189:16 190:5
190:19 191:10
194:14,17
196:10 197:18
197:19 207:20
208:11,24
nurses 15:9,12
15:14,16 18:12
31:1,19 47:1,6
51:13 68:19
69:3 70:17
71:11,15 72:10
72:15 73:3,18
73:24 74:3,16
75:1,14 80:17
81:6,16,19
86:22 89:24
95:17 134:15
137:4,8
163:22 170:18
171:17,18 173:4
174:16 177:3
193:18,21
nurse's 95:16,21
95:23 96:6
103:19 195:19
197:5,8
198:25,25
199:1 208:25
nursing 23:9,24
28:3,6,10
68:4,6 75:17
76:7,19,23
77:14,18
128:13,14
154:12 162:21
196:14,15
197:4,5
N-O-N-A 32:7

O

oath 6:20,21

object 9:8,13
77:11 82:4
127:18 168:10
objecting 133:2
133:12,13
objection 6:12
6:18 21:24
31:15 58:19
59:1 60:22
77:3,23 78:14
79:12 81:23
82:22 83:10
87:7,13 92:12
93:3 107:2
112:3,16 113:16
113:18 114:16
115:1,23 116:9
116:10,21
117:15,24 118:6
118:8,17,18,23
119:7,21,22
121:1,19,21
123:20 124:11
124:13,22
125:4 126:7,9
127:15 128:17
129:6,12,20
130:4,5,15
132:24 133:7
133:10 145:12
152:3,14
154:23 155:16
155:21 156:11
157:8,25
158:2,14,15
159:10,12
163:1 164:9
168:13 170:2
172:7 173:17,18
174:19 175:24
175:24 176:18
176:25 177:8
177:20 178:3,4
178:11 179:7,12
180:3,17 181:2
182:1 183:18
184:18 187:18

187:25 188:8
188:25 189:1
190:1,7,8,23
198:11 202:23
203:4,17
204:16 205:6
205:19 206:21
207:4,11,15
208:6 209:12
211:5,9,13
212:7 213:3,9
215:21 216:6
216:18,20
218:18
objections 77:5
77:15 116:16,17
119:6,12
120:14 122:18
123:14,15
124:4 125:14
125:23 126:15
126:16,23,24
127:23 129:14
130:16 131:12
131:13,17,18
134:11 156:4
170:9 174:9,10
174:18 178:15
179:23 181:1
182:7,9 188:17
216:5,11,12
objective 97:10
97:21 98:5
objects 6:16
obligated 128:6
observation
188:5
observe 80:13
80:15 214:22
observed 41:10
96:13 142:22
217:14
observing
97:22
obvious 7:6
obviously
100:24

occasions 18:21
19:11 214:9
offender
202:19 203:1
204:11 207:18
offenders 32:13
offer 22:20
office 4:14 9:9
47:1 210:3
officers 71:14,16
offices 3:16
oh 12:17 19:22
23:6 24:3,18
25:23 32:3
34:15 35:22
39:13 57:15
73:21 80:16
86:2 108:25
111:18 112:9
123:9 135:25
140:13 141:20
144:8 152:22
154:2,3 165:3
171:19 176:16
193:2
ointment 54:1
okay 6:3,24 8:4
8:5,22 9:1,4,11
9:15,19,23
10:3,5,15,19
10:25,25 12:6
12:11 13:12,16
13:16,25 14:8
14:18,23,25
14:25 15:4,4
15:14,18,25
16:6,18 17:12
17:15,18,22
18:11,21 19:3,8
19:17,22,25
20:4,8,10,20
20:23 21:10,14
21:17,20 22:3
22:8,11,15,19
22:23 23:5,12
23:15,15,18
24:1,12,17,21

25:2,6,25
26:5,8,11,12,16
26:18,21 27:1
27:2,3,6,13,13
27:16,19 28:3
28:6,9,12,15
28:20,23,24
29:2,9,22,25
30:7,16,19
31:25 32:6,11
32:18,21 33:3
33:5,10,10,20
34:1,2,6,18,22
34:24 35:2,5
35:16,19 36:1
36:7,14,21,24
37:3,7,10
38:18,23 39:2
39:17 40:2
41:13,15 42:4
42:6,9,13,19
42:22,22,25
43:19 44:3,6
44:14,14,25
45:9,23 46:2
46:4,9,11,24
47:3,6,9,15,15
47:22 48:1,13
48:18,18,18,19
49:6,9,13,23
49:24 50:3,6
50:9,11 51:1,1
51:12 52:2,7,9
52:20 53:1,19
53:21 54:6,12
54:13,20 55:1
55:15,17 56:3
56:9 57:2,9
57:15 58:4,7,9
58:14,17,23
59:6,6,15,22
60:2,5,11,18
61:7,10,18
62:3 63:12,21
64:13,16 65:4
65:7,10,16,25
66:5,12 67:2,4

67:18,22 68:1
68:3,7,12,14,21
69:2,11,17,21
69:24 70:6,11
70:14 71:1,10
71:13,21,23
72:1,4,14,16,17
72:20,20 73:1
73:10,10,15,18
73:24 74:1,9
74:13,18 75:2
75:6,20 76:5
76:5,22,22
77:12,17 78:2
78:5,8,10,10
78:18 79:2,6
80:11,25 81:20
81:20 82:2,18
83:15,18,21,21
84:1,7,12,19
85:1,4,8,19
86:5,12,25
87:4,10,25
88:9,14,20,23
89:17,22
90:17 91:2,6
91:10,14 92:10
92:17,23,25
93:5,9,9,13
94:5,11,16 95:1
95:4,7,10 96:1
96:4,8,17,23
97:3,8,12,20
97:24 98:3,7
99:18 100:8,18
100:20 101:6
101:10,18
102:5,8,18,22
103:11,13 104:2
104:9 105:9,14
105:17,25
106:3,11,15,19
107:7,14,25
108:6,20,23
109:11,23
110:2,7,20,22
111:10,13,16,19

111:23 112:1,9
112:14 113:13
114:12 116:2,6
117:8,10,13,20
117:23 118:3,12
118:15,20
119:13 120:5
120:25 122:20
123:12 124:8
124:23,25
125:11,20
126:2 128:11
129:16,24
130:10 131:6
131:24 132:6
134:25 135:2
135:25 136:10
136:13,16,18,21
136:24 137:2,7
137:12,13,19
138:17,18,22
139:1,4,6,17,21
139:21 140:4,6
140:10,25
141:2,2,13,20
142:4,12,16,19
142:20 143:3
143:4,5,13,16
143:19,22
144:1,6,14,17
144:25 145:5
145:9,21 146:4
146:4,8,15,20
146:20,23
147:1,6,8,13,22
147:24 148:1,6
148:9,14,16,20
148:23,25
149:3,8,13
150:1,11,11,14
150:14,19 151:1
151:6,12,24
152:10,17,25
153:3,9,17,21
153:25,25
154:8,11,12
156:5,21 157:1

157:20 158:10
159:20,25
160:8,18,21,21
161:4,12,16,20
162:2,16,16,22
163:7 164:4,11
164:15,23
165:1,5,10,24
166:11 167:5
167:25,25
168:4 169:4,7
169:17 171:7,19
172:7,12 173:11
173:11 174:12
174:22 175:10
175:15,18
176:10,19 177:1
177:23 178:6,6
178:20 180:12
181:15,20
182:10 183:2,8
184:3,14,17,19
185:11 186:14
189:22 190:4
190:11,25
191:20 192:8
193:4,17,17,21
193:25 196:1
196:19 197:1,5
199:2 200:12
201:11,20,21
203:21,25
204:5,10,18
204:25 205:8
205:15 206:3
206:14 207:5
207:12 208:10
209:2,4,8
210:2,19 211:2
211:19 212:4
212:22 213:5
213:20 214:8
214:16,19
215:4,5,14,17
216:8,23
217:12,19,23
218:4,19

old 86:23 91:24
  151:8
once 13:12,14
  14:16 17:1 30:3
  51:6 70:17
  137:21 177:9
ones 20:25
ongoing 176:13
  176:21
open 35:9
opened 26:18
  26:19,20 37:2
  71:15,19
opinion 126:12
  127:16 128:18
  129:21 130:6
  131:14 134:18
  168:12 181:4
opinions 132:18
  212:19
opportunity
  14:20
option 123:18
  126:3,14,21
  128:16 129:4
options 121:15
  122:12,17
  123:13
oral 31:10
orally 31:11 32:1
  32:6
order 29:9 53:7
  54:6 55:13
  82:14 126:5,17
  129:1 165:18
  165:19,21
  166:8,15 169:2
  175:22 196:11
  207:19
  208:23 219:4
ordered 129:2,8
  129:11 140:15
  140:16,21,22
  140:22 143:8
  143:12 150:3
  165:22 166:8
ordering

126:20 196:9
orders 39:25
  51:17,18,19,21
  51:23 52:22
  53:22,22,24
  55:9,10,11
  80:2,3 94:1
  128:23 137:5
  137:6,15,22
  137:22,24
  138:2,3,5
  140:9,11,14
  143:21
organization
  63:1
orientated
  72:10
Original 2:11
originally
  180:18
outbidded(sic)
  63:7
outcome
  220:14
outline 97:9
outpatient
  197:22
outside 91:3,15
  91:15 92:4
  111:23 128:20
  130:18 140:23
  172:10 177:3
  196:7 204:2
  204:19 207:18
oversees 27:25
over-the-cou...
  53:25
owned 83:18
ownership
  83:16
o'clock 15:23
  42:25 43:1
  46:8
O-BP 143:6,10
O-what 142:22

———————
P
———————

P 4:1,1 135:15
  143:6
packet 135:10
pad 49:18
page 2:2,9
  135:4,5,13
  136:1,5,14,16
  136:20,25
  137:4,8,12,17
  137:19,20
  139:2,4,21,23
  140:6,18 141:3
  141:3,4 142:16
  143:2,7,13,17
  143:19,23,25
  144:15 146:6
  146:21,23
  147:2 148:1,6
  148:15 149:16
  149:22 150:6
  151:12,16,21
  152:17,25
  153:3,23,25
  154:3,13,13
  155:3,8
  156:22 160:1
  162:2 164:4,15
  165:3,5 166:1
  166:2 169:17
  184:20,21
  185:8 186:20
  192:8 218:8,8
  218:12
pages 135:12
  154:15 157:16
paid 81:22
pain 54:4 98:15
  98:16,18 119:8
  119:19 121:17
  122:15 126:4
  130:1,3,11,11
  141:6 150:16
  152:12,13
  153:5 154:25
  155:12,13
  156:6 157:3
  158:11,12

162:11,13
178:23 204:15
205:17 206:15
207:2 213:7,11
paper 49:15,16
  84:24 85:1
  87:11,11 105:9
  105:13 153:15
  156:2,3
  157:24 158:5
  158:8,21
  162:19,20
  163:19 164:12
  166:13
paperwork
  30:8,9 62:8
  73:8
par 29:20
paralysis 116:18
  117:7
paralyzed 114:3
part 14:22
  105:11 111:24
  114:9 159:24
  167:25
  208:25
particular 13:3
  17:4 40:22
  82:10 83:6
  97:18 99:19
  156:18 163:13
  166:10 169:3
  171:10
particularly
  66:5
parties 133:22
  220:10,13
parts 114:21
part-time 24:16
  24:18 26:1,16
  36:23 37:4
  56:10 57:22
pass 28:21
  29:10 43:9
  44:9,13 49:8
  50:17 102:17
  103:24 104:7

166:15,17,25
168:21,23
187:7 199:19
passes 42:18
  48:24 49:1
  102:20 105:12
passing 80:17
patience 201:12
patient 85:9,20
  86:12,14 87:1
  88:10,11 89:4
  89:11,25 90:11
  90:14,15 91:4
  93:7,12,14,21
  94:12,17,24
  95:4,8 96:9
  96:20,25
  97:13,22 98:7
  98:9,24
  99:20 101:4,19
  102:23,25
  103:7,14,20
  104:20,20
  106:4 116:8,14
  118:3,20,22
  119:4 120:5
  121:15 122:13
  123:18 124:10
  126:3 129:25
  130:10,13
  145:10,10
  156:13 160:6
  160:13,16,21
  167:6,7 175:19
  175:20 177:2,5
  177:25 178:22
  187:21 188:22
  190:6,22
  194:10 195:18
  196:18,20,25
  197:11,15,17
  198:14,15
  199:8,13
  214:21
patients 15:18
  15:19,25 16:2
  16:6,21 17:9,16

17:19 18:1 47:3
52:23 62:9,11
63:17,18,23
65:22 83:22
83:23 84:1,12
87:6,14 88:1,3
95:14 96:25
106:20 190:12
194:18,22
197:13 214:9
patient's 86:20
  88:23,25
  89:5,22 90:6
  91:16 92:8,11
  93:1 130:3
  177:15,18
pause 77:10
pay 13:21 18:20
  21:3 57:3,5
  81:21 82:2
  159:4,5 176:11
  176:16,20
paying 175:22
  176:14
payments 201:8
peer 81:1,4,5
pending 3:20
  8:12 131:3
  182:4
people 14:4
  39:12 163:25
  170:4,20 173:3
  173:3,5 182:19
percent 209:13
perfect 214:18
perform 41:12
performance
  32:12 33:6
  81:16
performed
  211:2
period 33:6
  38:24 40:3
  41:4 55:18
  57:5 58:4
  61:25 163:24
  172:2 201:2

periods 57:3
permanent
  56:2
permission
  49:2 195:24
permissive
  134:7
persecuted
  121:5
persistent 19:8
  169:12
persistently
  184:9
person 10:20,21
  10:22 51:25
  61:11 75:16,22
  80:13 183:14
personal 21:21
  21:21 26:10
  83:2
personally 11:14
  68:22
person's 176:13
pertain 86:14
pertinent 145:16
  161:1
phone 209:13
Phyllis 40:24
  40:25 41:20
  137:15 143:14
  143:20 144:5
  146:25 193:20
physical 50:20
  69:8 94:16,19
  95:5 97:22
  105:15 139:14
  212:4
physically 95:8
physician 97:5
  98:13 140:23
  177:11 208:24
physician's
  73:15,17
physiology
  113:20
pick 43:19
  213:25

picked 46:7
191:6 197:9
Picking 141:9
picture 97:19
piece 21:20
place 198:3
210:4,8
placed 106:1
165:17 191:13
places 183:14
plaintiff 1:6,12
3:6 4:2 5:2,11
5:25
plaintiff's 82:9
83:5 135:15
204:3,20
plan 133:3 143:7
189:7,8
plausible 216:14
play 112:2
please 5:15
7:24 46:20
77:6 122:11
123:5 127:18
130:17,24
132:7 149:20
156:4
PO 138:7,8
148:17,18
point 31:12
35:23 42:10
127:10 132:21
176:11 202:19
207:17
pointing 110:23
policies 60:21
61:3,12 62:11
63:7,12,15
68:23
policy 60:24
61:15 62:19
63:9 68:18
69:5
portion 184:20
187:15 198:1,7
portions 198:4
position 23:24

23:25 31:18
35:15,20
134:21
positions 59:12
possibility
99:17
possible 6:7
158:10,17
164:5 173:22
174:3,8,15
215:3 218:25
219:3
posted 70:16
posterior 119:17
119:18 120:8
pounds 141:24
practice 27:25
28:10,19 96:18
98:3 103:5
127:9 129:9
145:22 156:13
161:6 162:21
167:2 175:18
177:2,6,24
190:5,12,20
198:12 199:7
214:3
practicing 30:1
114:15,24
115:20 116:3
190:19
practitioners
134:16
prepared
195:16
preprinted
191:15
prescribe 101:8
194:17,21
195:17 196:6
prescribed
101:22
prescribing
196:4
presence
130:18,25
present 95:4

160:15 167:6
174:16 181:10
181:12,15
presented 93:11
96:18 120:6
149:10 169:23
173:14 178:22
180:13,22
presenting
179:8
presents 45:19
94:17,24
pressing 119:1
pressure 85:14
85:15 91:23
94:10 98:12
99:4,9,9,12
100:8,17,21
113:2,23 114:2
114:7 115:8,16
116:25 141:23
142:22 143:11
154:17 155:9
157:7,16
158:20 185:18
186:2,10,14,16
186:24 187:11
189:6,6,8,19
210:19,20
211:3
presume 187:7
presumed
187:5
pretty 19:8,23
52:13 134:7
171:21 173:2
183:10
prevent 8:23
previous 92:1
141:14 182:5,6
202:24 203:5
203:18
previously
205:16 206:4
price 13:21
printed 105:14
105:15 139:16

141:16 192:19
prior 27:9 42:9
42:10 84:14
90:10,18 188:1
213:2 216:17
prison 25:12,17
25:18 26:18,19
26:23 91:24
92:1,4 156:17
159:2
prisoner 45:19
46:6 47:15,23
48:2 54:14
prisoners 42:19
47:20 202:17
202:18
PRN 147:17,22
165:8 168:1,2
193:23 209:5
probably 17:23
48:10 63:19
110:8 187:12
189:14 202:1
215:10,11
problem 9:25
69:18 113:8
159:1,1 189:15
190:17,17
213:12
problems 15:2
53:10 93:19
106:12,15,19
113:6,14,22,24
113:25 116:7,13
144:3 172:1
201:18
procedure
62:19 68:18
69:5 103:24
procedures
60:21,24 61:3
61:12,16 63:16
63:19 68:23
73:4,6
proceeding
132:3 135:1
process 106:13

127:20
produced 3:13
5:10
professional
32:13
professionals
134:8
program 102:19
programs 66:8
progress 90:10
90:13 102:6
197:22
proper 80:7
132:15 133:3,6
properly 10:1
39:11
prosthetics
139:15
protocol 38:6,7
38:9,15,20
79:15 80:4
95:15,20
146:5 153:14
157:18 195:2
195:21,24
196:7 198:22
198:23
protocols 60:14
195:11,15
provide 6:10
71:7 82:11 83:7
133:5 195:10
provided 81:2
134:19 194:10
195:7
providers 91:15
92:3
providing
174:23 175:12
197:17 200:20
pry 9:4
psychotropics
139:9
pull 43:10 78:18
87:25 88:2,7
88:8 93:17
pulls 88:6,7

pulse 94:9,20
98:11
punitive 82:12
83:7
pursuant 195:1
195:11
push 200:16
pushed 119:18
put 41:11 43:8
44:3,6 45:5,11
45:20 49:3,14
50:13 53:9
85:10,16 102:3
102:15,19
103:22,25
104:5 105:12
116:25 122:3
122:20,21,23
123:2,9,9
125:11,17 129:2
129:4 138:11,12
158:4 178:24
178:24 180:1
180:15 186:9
207:24 209:4
putting 51:22
P-BP 143:6
P-continued 143:7
P-plan-contin ... 143:11
p.m 1:16 3:15,15
219:7
P000 135:17
136:2 146:6
P000330 135:5
149:18
P000331 136:17
150:15
P000353
137:20
P000356 139:5
P000357
139:23
P000358 140:6
P000359 141:4
P000360

142:16
P000361
142:20
P000368
143:13
P000369
143:19
P000372
143:25
P000375
146:23
P000376 147:3
P000380 148:3
P000446 148:9

_____

### Q

qualification
133:6
qualifications
197:12
qualified 118:10
134:5 197:19
question 6:14
7:5,7,11,25 8:1
8:13,14 11:20
47:18 66:21
70:1 77:6
112:10 116:11
118:11 119:25
120:3,16 122:1
122:5,6,9
128:2,8,12
130:17 131:3
149:20 151:9
155:11 159:16
160:25,25
170:12 171:20
172:4 173:12
179:4 182:2,4
182:6 185:7
189:3,24
190:25 196:2
199:15 214:19
218:10
questioning
204:13
questions 2:3

5:14 6:9 7:21
7:22 8:6,12
9:5 19:6 38:8
80:5 82:25
94:13 121:10,12
124:18 127:9
127:18,22
128:10 132:14
132:24 133:3
133:12,17,17,18
133:23 134:2
134:2 159:24
186:3,7 189:12
198:2,3 201:1
201:4,11,13
207:6 210:1
212:22 216:24
218:6,20
quick 141:25
142:23 214:20
quickly 6:6
quit 23:7 31:2
31:22
quite 67:11
quote/unquote
39:22

_____

### R

R 4:1
radiograph
126:5
Ramen 146:12
ran 31:3 37:16
38:1 39:15,16
randomly
166:16
range 17:7,7,8
113:7,13 116:13
117:4
ranges 117:6
ranitidine 138:7
139:9 141:22
142:1 146:9,16
148:10,17
rash 96:12,13
182:24
rate 98:12

read 61:1,5 65:8
68:3 69:20
70:17,18,23
72:8 90:18
116:4 135:6,21
135:25 136:4
136:19 138:19
140:6 141:16,17
reading 135:22
149:3 210:24
210:25
readings 157:7
ready 35:23
91:12 104:5
148:7
real 75:5 115:6
141:15,25
142:23 171:6
203:7 214:20
really 16:12
18:25 21:5,6
30:6 44:23
47:12 60:1,2
84:8 101:3
108:3 118:19
133:11 152:9
163:10 216:21
realms 195:21
reason 8:18
28:4 34:24
45:17,20 48:4
49:11 74:11
89:2 90:1
167:17 172:22
174:5,8 213:1
217:18 218:15
reasons 92:23
recall 10:25
15:2 62:6
197:24 198:3
199:23 204:1
receive 83:8
84:14 175:23
received 30:19
208:5
recertified
28:25 29:1

recognize 10:21
115:13 134:20
137:23 202:6
202:8
recollection
149:5 151:25
recollections
15:6
record 5:16 6:18
7:1 15:17 20:19
25:7 26:9
83:4 86:16,18
86:23 88:11,15
109:2,5,14,16
110:16,16
122:3 127:24
130:25 132:14
132:23 133:10
134:11,21,24
158:2 170:10
173:1 179:13,19
179:20,21,25
180:8 181:2,22
183:8 210:2
records 2:10
7:17 14:5,6
15:15 43:5,7
43:10 45:4,5
86:13,15 87:1
87:5,11,15,16
88:3,6,22
89:10,15,18
90:11 91:14,17
91:25 92:7,8
92:11 96:21
135:3,4,10
140:18 149:5
161:5 171:15,15
171:16 189:10
189:23 198:8
199:3,9 201:2
204:2,13,20
207:9,13
208:15 212:2
red 96:15
redo 29:21
reduced 220:7

refer 53:17 99:7 100:5,24 101:16 102:24 104:23
referral 91:2,6 98:12,20 100:6,10 140:16 146:15
referrals 39:23 55:14 80:7 97:2 139:12
referred 11:4 18:10 97:5 140:23 192:16 197:22 206:4
referring 66:24 98:19 101:4 112:22 149:16 199:12 204:7
reflect 110:16 173:1 183:9
reflux 151:14
refresh 15:5 151:25
refreshed 149:5 152:7
refused 211:24
refusing 210:5
regarding 96:24 200:23 201:1
regardless 131:9 199:6
regards 128:11
registered 22:13 23:15 26:2 27:14 30:2 31:13 37:8 59:13,16 59:19 76:25 81:3 98:4 108:21 114:24 115:21 194:14 194:17 196:10 197:18,19
regular 14:11,14 142:6

regulations 63:20
regulatory 27:25
related 62:11 63:16 108:20 132:25 150:16 151:14 162:9 173:15 187:16 187:22 189:12 220:9
relationship 203:14
relative 220:11
released 91:23 115:9 215:20
relevance 81:24
relevant 82:8 82:12 83:3,5 217:9
relieves 218:10
rely 207:13
remain 32:13
remainder 37:5
remember 10:8 10:9,14,20,22 11:8,23 13:2,17 14:9 15:1 17:24 18:2,5 19:16 20:10,16 21:9 21:10,16,17 30:23 31:6,25 32:11,18,25 33:1,4,5,10,11 33:16,19 37:19 37:24 39:1 41:4 42:6,7 61:14,19,22 62:3,9,18 63:21 64:15,16 65:16,24,25 66:1,3 67:8 74:23,25 75:20,24 77:20 108:4,6 108:15,19,23 109:8 112:8,10

112:12 113:19 114:11,13,20 115:3 152:11,16 153:9 155:23 155:24 157:21 162:22 163:21 164:23 166:12 172:13,21 182:24 183:5 183:6,20,24 199:17 200:3 200:6,14 202:5 203:6 204:14 211:16 213:17
remembered 20:3 114:23 163:11 184:8 202:5
remembering 198:24
renew 27:17 29:4,10 146:16 151:11
renewals 192:14
renewed 29:5,7 29:23,23 67:17 149:25 151:3
reopened 24:5
reordered 136:8 146:9
repeat 7:24 69:25 116:11 163:2 170:11
rephrase 7:25 8:9 159:15 173:21 181:11
replacement 35:4
report 173:7,8 173:15 205:16
reported 153:22 174:25 175:3 188:13
reporter 2:11 3:18 5:5 6:19

6:25 7:2,17 182:1 220:1
reports 91:2,7,7 198:9
represent 194:5
reprimanded 31:12 32:1,6
reprimands 31:11
reps 66:2
request 19:1 44:11,12 48:8 85:13 86:7 90:5,7 92:20 92:21 106:5,6 106:10 177:6 191:9 199:22 207:23 208:2
requested 102:10 140:2
requests 43:6,7 43:20 44:2,4 45:1,13,15 48:6,21,22 50:7 52:21 60:14 84:17 106:4,16 175:22 176:15 191:7,7 208:4
require 101:4,16 127:22 129:17 201:8
required 6:13 38:19 60:25 61:5 99:22 106:20 128:7
requirements 66:23 67:22
requires 99:20
reschedule 210:7
resentful 36:5
reserve 210:7
resign 35:19
resigned 35:15
respiration 94:20

respiratory 93:19
respond 44:20
responded 218:11
response 124:9 185:5
responsibilities 37:11,22 38:18 39:3,7,18 42:24 51:2 52:11 54:22 55:6 59:16,18 59:24 60:13 72:11,12,13 77:22 78:13 79:11
responsibility 38:24 39:21 44:1 71:16
responsible 39:9 51:22 52:22 72:1 78:23
rest 136:24 137:17
restroom 45:13 191:24
result 113:14 124:9 125:1 216:4
results 140:2,3 217:5
retained 2:11 193:7
retire 33:21
retired 21:13 26:25 27:4,17 33:21 34:6 36:20 37:13 75:11 114:12
returns 135:1
review 15:5 69:14,15 81:4 81:5,17 88:23 88:24 89:4,8 89:10,18 90:13

LORETTA WILFORD  11/13/2017

90:23,24 91:6
91:12 108:24
**reviewed** 70:5
91:1 179:20
201:3 204:2
**reviewing** 149:4
151:24 152:6
204:12
**reviews** 81:1,5
**re-ask** 122:8
**Rhonda** 193:23
**rhythm** 142:6
**right** 7:20 18:25
23:24 27:9
31:3 34:4 41:8
41:9 42:16
51:24 54:19,19
56:13 60:8,10
61:24 62:2
65:13 68:1
69:6 70:10
72:15 79:8,22
79:23,25
87:12 94:6
95:6 97:11,11
100:25 101:11
101:14 105:6,8
110:1,13,22
115:6 120:9
124:7 127:19
138:4 140:4
141:6 142:8,10
143:7 144:2
145:23 149:2
154:24,25
155:5 156:23
156:25 158:7
158:9,24
160:7,20
162:10 163:12
163:20 167:4
167:4 173:9
177:17 178:17
180:20 181:14
188:6,16
191:10,15
193:25 194:9

194:11,20
195:4,8,10,12
195:14,25
196:3,4
197:24 198:10
198:21,24
199:4,11 200:1
201:16,23
202:11,12,15
202:21 203:13
203:13 204:21
204:22,22
205:24
206:16,17,20
206:23 207:2
207:3,3
209:6,14
210:7,22 217:7
218:22 219:5
**right-hand**
136:11 142:10
143:9,10 144:4
**risk** 124:8 125:1
**RN** 23:3,4,19
26:14 30:21
67:9,24 136:6
136:22,23
139:24 142:21
143:5,9 194:10
194:13
**RNs** 195:6
**Roche** 2:3,5,6
4:3 5:14,21,22
9:11,15 11:16
12:14,17,18
21:25 25:9
26:12 31:10,16
33:1,15 34:1
46:24 54:13
57:2 58:23
59:4 60:23
70:2,6 71:5,7
74:20 77:12,17
78:2,21 80:11
81:25 82:8,14
82:18,19,24
83:4,8,12

87:10,14 92:17
93:5 95:13
107:7 109:2,14
109:16 112:7,14
112:20 113:13
114:10,19
115:18 116:2,12
116:19,24
117:20,25
118:3,12,20
119:2,10,13
120:5,15,17
121:8,24 122:8
122:23 123:7
123:17 124:1,8
124:17,20,25
125:7,16 126:2
126:13,19 127:1
127:17 128:3
128:22,25
129:7,16,24
130:10,19
131:9,15,20
132:4,6,11
135:2,16,20
135:25 138:18
139:1 142:20
144:14 145:21
149:18,21
150:1 151:12,21
152:6,17 155:3
155:18,22
156:5,12
157:12 158:6
158:17 159:15
162:2,8 163:2
164:11 168:18
170:3,11 172:13
173:22 174:1
174:12,22
175:10 176:10
176:19 177:1,14
177:23 178:6
178:14,20
179:8,16,24
180:4,12,21
181:5 182:10,13

183:21 184:19
185:15 187:19
188:4,13,18
189:10 190:4
190:11,25
198:11 200:5,7
200:10,12,15
202:4,23
203:4,17
204:16 205:6
205:19 206:21
207:11,15
208:6 209:12
211:5,9,13
212:7,24,25
213:5,17
215:24 216:8
216:13,23
218:5,7,19
219:4
**role** 112:1
**Ronald** 194:5
**room** 87:18,19
87:24 122:22
123:8,11 146:2
160:5 178:25
180:2 181:20
187:10
**Rose-Maston**
193:20
**rotate** 40:13
56:21
**rotated** 40:17
41:20
**rotating** 42:10
42:13
**round** 17:10
**routine** 43:14
73:8 139:11
**rules** 6:5,16
63:19
**run** 31:23 109:12
209:21
**running** 93:22
**runs** 112:22
**R.N** 146:17

**S**
**S** 2:8 4:1 184:24
185:20 198:19
**safe** 14:16 17:22
**sake** 141:15
**salary** 81:22
82:20 83:1
**Sarah** 4:6 122:2
132:4
**sat** 186:15
204:12
**satisfaction**
30:10
**satisfactorily**
77:22 78:12
**Saturday** 56:15
56:17,19,24
56:25 57:14
**Saturdays** 56:1
56:13
**saved** 202:2
**saw** 11:14 14:18
16:21 18:5
19:10 21:5,18
48:7 92:4
96:11,25 136:8
145:22 146:1
149:9 150:15
151:1,4,13,22
152:18 153:4
154:1,14,16
156:9,14,17
159:25 160:2
163:5 164:16
165:5 168:24
169:21 171:17
174:2 183:22
185:17 190:22
191:25 192:3
211:14 213:2
**saying** 14:21
38:21 49:25
50:19 68:1,5
79:4 102:4
110:11 112:21
117:6,10 124:2

128:4 133:9,18
155:22,25
157:14,20
158:18 159:3,5
163:12 164:8
166:20 167:11
167:19 168:18
168:19 170:19
172:14,25
173:2 181:9,13
184:6 189:11
203:14 215:25
217:12,13
says 5:12 33:9
105:24 136:20
139:17 141:19
147:5 148:16
148:18 152:23
165:6,7 168:1
177:12 184:24
185:20 189:25
199:13 214:21
218:10
scan 126:6,21
129:11
scenario 187:4
Schade 3:16
4:10
schedule 39:11
39:25 48:9
55:18 57:4,6
57:18 98:9
101:19 103:14
scheduled 46:8
47:20,23
54:17 80:8
84:13 88:1
102:10 177:11
189:8
scheduling
63:14 99:20
106:19 165:16
school 23:11,24
scleriasis
170:24,25
171:5 172:10,17
182:22

202:20 203:8
sclerosis 21:2
182:22,22
scope 128:20
screwed 184:12
screw-up
165:16
second 48:17
77:4 109:3
131:24 137:24
167:25
secondly 18:4
seconds 113:10
section 113:20
113:21 119:3
security 109:13
see 6:15 13:1
15:20,24 16:1
17:2,5,18,20
18:17 19:11
20:4 31:17
39:21,23 44:17
44:24 53:4,5
53:11,12 54:14
78:19 79:16
80:3,5 83:22
83:23 84:1,4,5
84:10 85:10
85:20 86:21
87:1 88:1,10
93:1,11,23
96:9 97:6,17
98:1,14,24
99:13,15,17
101:5,20
102:15,25
103:3,5,7
104:6,15,19
107:14,15,22
123:24 124:5
136:8 137:7,23
140:2,20
142:12,13,13,14
147:16 151:10
152:20 154:3
157:10 160:13
163:24 165:12

166:7,9 171:23
173:5,7 177:11
177:12 179:20
183:23 184:21
187:12 190:12
190:15 191:8,9
191:10,11,11,19
195:22 200:18
207:20 208:11
208:22 216:21
217:24
seeing 52:23
84:14 89:4,6
90:14 94:12
145:10 152:1
152:22 155:23
157:6 160:6
164:21 192:13
198:14
seen 11:10 13:8
17:3,4,25 18:8
21:6 48:2,5
49:12 78:24
84:13 86:9
88:4 95:19
100:14,17 101:7
101:9 103:1,2
103:14 104:4
104:21 105:1,1
105:6 106:20
136:7 147:16
147:17 152:21
156:7 161:5
162:8 165:2,7
165:8,11,15
166:14,20,21
167:8,13,18
168:1,8,17,22
168:22 169:3
169:6 175:23
177:25 179:24
180:9 191:25
199:20
206:10,12
208:1,7,9,19
209:5
sees 51:20

145:15 190:5
segment 110:3
110:25 111:10
111:17 112:2,22
segmented
111:3
segments
109:24 111:4,8
111:14 115:22
self-report
208:12 209:9
Self-reported
142:8
send 29:19 43:8
44:22 50:16
65:2,4 66:18
66:25 67:16
92:16 178:25
180:2
sensation 146:11
sense 7:11 8:3
8:15 16:9
48:19 57:16,17
72:15 97:20
189:15
sent 30:11 44:10
47:13 68:15,17
85:13 90:1
123:11 180:15
181:20 189:18
separate 15:16
87:18 198:23
September
215:19 216:4
serious 12:23
104:25 107:10
119:15 120:22
159:9
Seriously 118:10
served 216:1
services 4:18
62:24 194:11
set 39:12 55:17
57:10 145:18
setting 27:11
133:1
setup 74:3

seven 13:2 17:3
46:12 55:24
56:7 143:3
seventh 134:6
severe 118:4,21
118:25 119:4,15
120:6,17,19
121:16 122:13
129:19 215:18
216:2
severely 216:14
shadow 75:13
shadowed
72:18
Shah 11:5 41:3
73:14 134:16
138:12,20
144:22 145:2
145:9 161:2
174:23 175:12
176:5,5,7,8,9
176:12 177:18
178:1 180:9,10
181:19 206:10
206:10,12
shaking 162:13
sheet 38:5,6
80:5 86:21
95:15,20 96:5
104:13 105:16
105:20,21,23
107:5 140:21
145:17,19,24
146:5,5 153:14
157:18 191:16
195:2 196:7
198:24
sheets 38:7,9
38:15,20
79:15,19 191:15
192:4 193:13
193:14 195:21
195:24
Shelley 76:12,13
78:9
she'll 55:12
shift 15:24 17:14

LORETTA WILFORD  11/13/2017

| | | | |
|---|---|---|---|
| 17:16 40:9 | 42:22,24 43:2 | signed 137:14,14 | slips 46:1,13 |
| 48:16,17 | 43:3,5,7,12,20 | 137:22 139:16 | 50:20,21 |
| 55:20,23 | 44:1,11,19,21 | 142:19 143:8 | slots 45:10 |
| 56:6 73:23 | 45:1,15,17,19 | 143:12,14,20 | snake 35:22 |
| 74:15 81:12,13 | 45:24,24 46:1 | 144:3,5,7 | SOAP 97:9 |
| 81:13 88:7 | 46:5,13 47:16 | 146:25 147:18 | soft 142:6 |
| 99:10 137:25 | 47:18 48:6,8 | 149:1 | 146:14 |
| 193:18,22 | 48:19,20,22 | significance | somebody 14:5 |
| shifts 39:10 | 48:25 49:3,12 | 112:15,18 | 16:11 31:18,20 |
| 73:22 81:10 | 50:7,19,20 | significant | 33:17 35:21 |
| Shirdell 193:20 | 51:3,9,13,14,15 | 119:17,18 120:7 | 43:25,25 |
| Shit 32:8 80:22 | 51:16 52:12,15 | 139:12 | 44:17,18,22 |
| shoot 171:11 | 52:20,21,23 | signs 43:16 | 44:22 48:6,8 |
| 172:12 | 54:23 59:7 | 55:8 80:6 | 53:3,13 58:16 |
| short 71:6 109:4 | 60:6,14 72:11 | 115:12 137:14 | 84:3,5 85:12 |
| 109:15 113:12 | 72:23 79:16 | 140:8 145:2 | 93:16 96:11 |
| 182:12 190:16 | 79:22 80:18 | 150:20 152:22 | 97:17 99:3,13 |
| shorthand 3:18 | 84:1,4,9,13,17 | 160:3,14 | 101:6 114:18 |
| 5:4 | 85:5,10,20 | 161:24 164:17 | 115:11 124:5 |
| short-term | 86:4,7 87:23 | 212:5 | 138:3 146:1 |
| 139:7 | 90:5 93:11,12 | similar 141:14 | 163:25 183:20 |
| shot 93:19 | 97:6 102:3,12 | simple 115:19 | 189:4,18 191:12 |
| shoulder 110:6 | 103:6 104:3 | 194:23 | 203:11 213:23 |
| 110:9,13 115:7 | 106:3,5,10,13 | single 14:18,23 | someone's |
| 115:9 141:6 | 106:16 136:6 | 16:2 21:20 | 129:2 188:7 |
| 154:24,25 | 139:24 173:6,7 | 47:17,19 | soon 71:4 |
| 206:15 213:13 | 175:21,22 | 176:20 | sorry 12:14 25:3 |
| shoulders | 176:1,11,14,17 | sisters 22:18 | 25:8,23 26:7 |
| 110:12,19,19 | 176:20 177:5 | sit 80:16 93:24 | 35:6 38:10 |
| 110:22 152:13 | 177:10 191:6,7 | sitting 170:13 | 45:4 46:23 |
| show 45:24 | 192:18 193:15 | situation 100:12 | 48:16 54:11 |
| 70:18 72:22 | 199:21 207:18 | 100:23 101:3 | 63:9 69:25 |
| 81:9 86:8 | 207:22 208:2 | 144:18,22 | 76:12 109:12 |
| 166:15 172:23 | 208:4,4 | 165:25 167:3 | 113:9 122:3 |
| showed 84:7 | side 143:7,9,11 | situations 48:1 | 123:3 131:4 |
| 173:23 199:17 | 144:5 148:15 | SIU 23:7 | 133:8 138:24 |
| 217:8 | 150:10 191:16 | six 12:7,7,10,20 | 140:13 142:23 |
| shown 166:13 | sign 70:24 80:1 | 110:3,10 141:11 | 143:4 144:8 |
| shut 31:2 | 137:3,4 | 144:9 | 146:11 152:5 |
| sick 11:2,6 12:25 | signal 120:18 | skin 171:6 172:1 | 161:22 162:15 |
| 13:4,20 14:12 | signature 5:6 | 182:24 183:7 | 165:4 167:10 |
| 15:20 16:1,12 | 136:10,23 | 184:1 | 169:15 170:5 |
| 18:8,18 19:1 | 137:23 140:4 | skipped 217:7 | 172:4 174:1 |
| 21:4 37:17 38:1 | 147:8,9 | skull 109:19 | 175:8,24 181:3 |
| 39:20,21 40:3 | 218:22 | slept 215:10 | 182:16 191:21 |
| 40:4,9,14 | signatures | slip 45:25 46:5 | 192:5,7 194:5 |
| 41:25 42:1,1,14 | 79:18 137:8 | 47:16,18 173:6 | 201:7 209:17 |
| | | | 210:8 215:5 |
| | | | sort 6:5 43:4 |
| | | | 61:10 65:21 |
| | | | 70:2,3 72:14 |
| | | | 72:20 81:7 |
| | | | 85:8 97:8 |
| | | | 109:24 126:20 |
| | | | 185:7 191:2 |
| | | | sorts 59:8 |
| | | | 154:12 184:10 |
| | | | sound 30:24 |
| | | | sounded 163:9 |
| | | | 163:10 175:8 |
| | | | sounds 89:10 |
| | | | 97:8 |
| | | | SOURCES 1:8 |
| | | | 3:8 4:9 |
| | | | South 4:15 |
| | | | SOUTHERN 1:2 |
| | | | 3:2 |
| | | | Southwestern |
| | | | 16:8 25:19,20 |
| | | | 26:13 27:3,6 |
| | | | 27:10 34:7 |
| | | | 35:6 36:22 |
| | | | 37:12 38:25 |
| | | | 55:19 58:2,3 |
| | | | 58:10 59:13,17 |
| | | | 59:20,25 |
| | | | 60:20 66:7 |
| | | | 71:18 72:5 |
| | | | 73:11,13,19 |
| | | | 74:7,10,15,22 |
| | | | 76:7 77:1 81:2 |
| | | | 82:20 87:6,19 |
| | | | 89:23 91:16 |
| | | | 92:11,18 98:4 |
| | | | 106:6,12 |
| | | | 108:16,17,21 |
| | | | 175:19 177:2,7 |
| | | | 180:13,23 |
| | | | 181:16 190:5 |
| | | | 190:20 191:22 |
| | | | 194:11 195:6 |
| | | | 215:20 216:16 |
| | | | so-called 51:7 |
| | | | 172:12 |

LORETTA WILFORD  11/13/2017

space 95:20
speak 9:6,12
    188:20 190:15
speaking 14:9
    100:22 109:17
speaks 75:4
special 50:6
    107:5
specialist
    200:19
specialists 91:3
specially-ord ...
    192:21
specialties
    134:8
Specialty 139:12
special-order ...
    50:4
specific 100:21
    197:20
    200:22
specifically
    204:20
    208:17 212:13
spell 5:15 24:25
spinal 17:25
    18:4 109:17,18
    109:21,24
    110:25 111:5
    111:24 112:1,2
    112:15,18,23
    113:2,4,15,21
    113:23 114:1,3
    114:18,21 115:5
    115:11,22 116:7
    116:14,23 117:1
    117:3,11,13,17
    117:22 118:4,15
    118:21 119:4,16
    119:19 120:6,17
    121:16 122:13
    129:19 130:12
    154:21 158:11
    162:23 164:6
    169:20 173:16
    174:4 178:8,9
    178:18,18

179:6 180:19
    183:11 200:20
    200:23 205:1
    205:10,13
    210:17 212:13
    215:18 216:2
    216:15
spine 109:21,22
    110:3 111:2,3,5
    111:17 113:21
    114:9,21
spiral 49:20
    50:2,5 85:2
    105:18 193:2
spirals 49:25
spoke 33:11
    61:11 186:12
spoken 9:15
Springfield 4:15
squeeze 213:25
St 1:3 3:3,17 4:11
    4:19 23:1 24:6
    24:7,12,16,18
    24:22 25:9
    30:5,17 31:4
stabilize 125:15
    125:24
staff 35:8,18
    36:3,15,18
    37:7 39:11,18
    40:4 71:8
    74:10,14 102:9
    179:4
stand 147:22
    156:18 163:4
    163:13 203:15
    203:19
standard 99:20
    99:25 100:2
    129:17,25
    131:11 132:15
    132:25 156:13
    175:18 177:1,6
    190:4,11
stands 184:25
    202:16,18
    203:11 204:25

start 7:5,10
    11:22 16:24
    77:19 107:25
    119:2 135:17
    142:23
started 12:3
    19:15 26:12,23
    27:10 36:8,23
    37:12 41:8,9
    57:19,21,22
    57:23 58:1
    74:1 75:15
    94:2,15 95:3
    136:2 138:19
    141:8 155:2
    163:15 202:4
    207:7
starting 1:16
    42:25 142:11
    142:24
state 3:19 5:15
    23:1 28:1,4,7
    29:20 34:13
    60:20 63:6
    66:3 67:3,4,7
    67:13,14,22,23
    161:21 219:3
statement 171:1
states 1:1 3:1
    27:22
Stating 181:22
station 70:17
    80:17
status 187:23
    188:7,14
stay 195:20
stayed 24:22
step 51:12 113:10
    131:23 176:6
    182:11
steps 88:9
stick 20:25
    144:2 163:8
STIPULATED
    5:1
stock 83:19
stomach 19:13

19:24 53:4,6
    53:10 84:8
    168:16,19,20
    171:13
stood 170:20
stop 169:12
    207:19
stopped 66:3
stored 45:1,3
    46:14
straight 55:22
    125:18
street 4:4,7,15
    4:18 31:3,23
strictly 160:23
strike 17:23
    47:17 68:14
    81:21 88:24
    165:13 182:17
stroke 159:21
stronger 54:4
structure 62:12
    62:13
stuck 40:23
    163:10 173:3
    211:1
stuff 7:15 31:20
    40:1 53:22
    54:7 60:9
    62:7 63:15
    66:19 67:5,12
    69:22 73:5
    94:15 96:16
    137:17 154:12
    162:13 193:2
stupid 31:20
subjective 97:9
    184:25 187:15
    188:4,9,10
    189:25 198:1,4
    198:20 212:5
subscribed
    67:10
sued 22:6
suffering 118:4
    121:15 122:13
    124:10 126:3

130:1 169:19
    169:24
sufficiently
    200:2
sugar 138:6
    201:18
suggested
    176:9
suit 205:7
Suite 4:11
Sunday 56:15
    56:17,19,24
    57:14
Sundays 56:2
    56:13
supervising(sic)
    76:19
supervisor
    30:15 31:12
    35:10,14 36:2
    36:12 39:4,5,8
    39:9 40:18,20
    40:20 59:23
    74:18,21 75:10
    75:17,21 76:3
    76:14 78:3,6
    80:12
supervisors
    38:16 76:6,24
    77:13 81:20
supplies 141:10
supports 112:13
    114:5
supposed 39:16
    101:25 107:13
sure 7:22 10:11
    10:12,13,19
    12:3 19:24
    30:22 33:19
    39:10,15,24
    44:1 65:6
    68:20 79:7
    94:1 96:12
    120:10 137:6
    138:3 140:15
    163:23 171:2
    173:2 175:9

180:9 181:17
181:25 186:12
187:11 198:6
201:13,19
208:1
surgery 196:9,11
216:3,17
surgical 129:18
Susan's 136:22
SWICC 21:7
switching 191:2
sworn 3:14 5:10
220:5
symptom
153:10 157:22
217:9,16
symptoms 10:17
11:7,19 12:1,8
12:22 14:2,10
14:21 17:25
115:12 116:19
118:21 119:3
123:13,19
124:10 126:22
129:10,19
153:22 154:21
155:19,25
156:1,9,14
157:3 158:11
158:23 159:9
159:16 160:22
161:8,14,17
162:23 164:6
169:13,20,24
173:8,13,15
174:4,14,17
179:2,9 180:14
180:23 181:16
183:12 205:17
206:14,18
213:18 215:15
216:16 217:20
218:15
system 42:11,13
102:11 103:23
106:24 138:11
138:12

**S-subjective**
142:21
**S-O** 143:5,6,10

**T**

T 2:8
tailbone 109:20
take 6:9,9 8:11
8:13,15 16:12
16:15 22:23
39:25 55:11
71:2 88:9 94:3
94:6,8 123:10
134:22 135:11
145:6 161:1,2
161:13 176:12
182:10 187:1
188:12 189:5
196:22 210:3
taken 1:12 5:4
45:11 71:6
77:25 109:4
109:15 113:12
140:24 157:10
176:3 180:10
182:12 220:6
220:11
talk 7:3 18:6
19:7 22:10
53:18 100:18
167:15 169:11
170:18 173:4
176:5,7,8
talked 14:19
18:11 53:11
59:6 60:14
66:22 83:21
105:18 106:3
151:4 172:3
174:3 180:10
184:2 187:10
187:13 192:23
201:17 208:3
talking 33:13
49:13 60:6
66:18 109:6
117:2 127:19

169:12 171:9
171:25 172:9
172:21 182:3
182:14,17
183:25 184:22
203:2 204:5
204:10
205:23
tasks 33:8
taught 22:18
teach 71:16
teaching 51:7
79:1
telephone 4:6
4:14 210:5,9
telephone-pr...
209:21
tell 18:23 19:1
39:6,17 40:7
55:5 69:4
79:21 81:12
86:9 99:19
121:14 122:11
160:22,24
161:2,10,11,14
161:25 166:11
166:12 171:23
173:5 179:18
186:25,25
187:3 188:2,10
188:23 189:16
189:20 197:20
204:21 206:3
207:23
telling 33:4,17
82:15 161:17
175:15 188:9
tells 103:12
213:23
temp 93:22
temperature
94:9,20
ten 17:4 57:1
tends 219:1
terms 195:25
196:22 197:12
199:13

test 29:18 61:9
64:4,25
66:20
tested 61:8
69:17
testify 132:17
133:6
testifying 134:8
170:10 179:13
testimony 6:8
158:1 159:11
170:7 173:20
179:14 180:20
183:16 184:15
188:1 189:2
198:24
202:24 203:5
203:18 220:4
220:6
testing 69:21
tests 40:1 52:3
52:3 54:6
64:17 65:6
70:3 139:25
185:3
thank 41:17
134:24 138:25
151:20 159:19
185:14 194:4
200:18 201:6
201:11,14 217:1
Thanks 135:18
182:2
Therapeutic
139:10
thereto 220:13
they'd 189:20
207:25
thickness 91:18
thing 18:3 31:17
38:13 64:19
81:7 100:22
105:19 117:9
189:9 200:3
things 19:6 31:4
33:12 39:15
60:12 61:17,21

66:23 72:20
114:14 115:13
115:16 167:24
183:13 201:17
206:19 214:25
217:12,14
think 7:8 10:21
12:9,9 15:5,11
17:23 19:19
20:6 22:4,13
23:7 32:9
45:14 54:25
55:2,2 59:11
60:15 61:22
62:16 65:10
66:12,14 67:13
72:17 73:14
76:8 78:5,25
84:9 90:4
97:4 112:11
114:14,22
115:20 116:6
116:12 118:10
122:6 134:2,6
134:12 135:14
140:12 141:25
147:3 169:22
171:3,5 172:19
173:14,22
174:3,14
182:20 184:3
184:10 189:16
193:25 196:18
198:22 201:25
201:25
202:24
204:25
205:13 212:22
213:6,8 215:6
215:14,16
216:13 218:15
218:20
thinking 71:3
130:20 170:13
211:20 215:12
thinks 86:8
128:23

LORETTA WILFORD  11/13/2017

thought 23:8
  35:21 36:9
  38:12 109:7
  147:10 151:2
  161:12 174:25
  175:12 179:25
  182:21,23
  197:2 215:8,10
three 15:23
  22:21 29:8
  37:2,3 38:15
  39:10 44:20
  45:14 49:25
  50:24 55:24
  56:7 61:20,22
  64:22 65:11
  67:15 72:10
  73:21,24 74:3
  81:10 91:20
  101:7 103:1,2,4
  103:7,9 107:17
  107:21 108:5
  108:10,13
  109:7 110:9
  138:7,8 141:8
  144:9 154:17
  155:2 163:25
  167:22 177:13
  191:19,20
  193:11,24
throw 7:22
thumb 115:7
Thursday 56:13
  56:16,19,23
  57:13
Thursdays 56:1
tics 7:15
TID 138:7
time 1:16 8:5,10
  14:18,23 16:5
  16:13,15 17:4
  18:5 20:10,14
  21:10,12,17
  27:7 29:23
  31:2,25 32:11
  33:6,7,17,18,18
  34:10,19 35:7

36:2 37:11,18
  40:4,14,15,16
  41:4 45:23
  46:6 49:4
  52:16 58:4
  59:19,24 62:1
  63:14 68:16
  72:24 74:21
  76:17 79:17
  82:3,11 83:15
  83:18 104:24
  108:16,17,18
  114:23 115:20
  116:2 128:19
  132:22 133:20
  134:13,23
  140:1 141:7,15
  145:19 146:1
  153:6 155:1
  156:18 157:10
  162:3 163:5,17
  163:24,25
  165:2 166:10
  169:21 171:12
  176:1,21 183:12
  184:8 187:1,8
  189:8 196:5
  201:1,2,6,18
  202:2 203:8
  205:4 211:8,11
  211:20 215:16
  217:23,24
  219:7
timeframe 11:23
  97:7 106:20
  108:6
times 11:10,18
  12:20,21 13:3
  14:8 32:14
  38:15 64:20
  65:11 72:9
  75:4 101:7
  102:22 103:2
  103:2,4,7,9,10
  138:7,8 145:14
  146:2 180:9
  197:24 204:14

time-wise
  207:8
tingle 141:7
tingling 10:1 11:3
  19:19,20 20:1
  114:8 115:15
  116:18 117:7,11
  119:19 121:17
  122:15 126:4
  130:1,11 152:12
  153:5 155:1,12
  156:7 157:4
  162:12 163:18
  171:22,25
  172:12,15
  178:23 184:5
  184:9 204:7
  204:15 205:18
  206:15 207:2
  213:7,24
  217:25
tired 23:11
title 35:7,16
  36:17 37:7
  42:2 74:25
today 8:20 9:7
  9:17 17:3 46:8
  48:5 53:12
  85:17,18
  100:17 105:1
  154:12 163:10
  182:16,18
  183:8,10 184:7
  201:3 203:1
  204:3,12
  212:20
told 21:20 31:2
  86:6 140:1,3
  157:22 158:18
  159:6 161:8
  169:5 170:16
  175:5 177:5
  185:3,25
  186:12,16
  187:10,11 189:5
  205:20 206:6
  207:22

209:24
tomorrow 46:8
  48:7,10 53:9
  105:1,4,7
top 95:24 96:7
  100:9,16
  142:11 147:5,19
  150:9 185:12
topic 67:17
Total 16:23
totally 71:5
  134:17
touch 201:16
Touchette
  24:23,24 25:1
  25:11,13 26:22
  30:15 36:4
toxics 141:9
track 93:25
  102:9
train 65:21 71:13
  71:21 72:21
trained 69:11
  71:10 72:18
training 60:20
  61:11 63:21
  65:16,17,18,20
  66:8,9 67:20
  70:7 71:8 72:2
  72:14 73:3
  212:10 217:19
transcribed 5:6
  80:4
transcript 2:12
transfer 86:21
tray 141:9,10
treat 16:7,15
  17:15 62:11
  107:11 197:13
treated 21:4
  107:12 162:3
treating 10:16
  10:22 65:22
  177:4
treatment 62:9
  63:17,23 82:11
  85:23 97:1

101:10 121:15
  122:12,12,17
  123:13,18
  126:3,14,21
  128:16 129:4,9
  132:15,19
  133:3,6 134:14
  139:10 142:21
  143:5,9 155:10
  175:3 176:22
  178:21 180:1,4
  180:16,25
  186:21,23
  187:9 194:18
  194:22 195:7
  195:11,18
  197:14 200:20
  200:23 206:7
  212:16
treatments
  101:12 194:24
  203:8
triaged 167:14
triaging 106:16
trial 6:7,15 134:4
trick 128:4
tried 21:23 36:6
  41:11 60:4,4
tries 145:14
triple 54:1
trouble 106:22
true 108:5 125:3
  196:21 197:10
trust 88:14
truthful 8:19,24
try 7:14 11:20
  13:7 16:13
  27:17 37:19
  39:12,14 118:11
trying 26:9
  33:16 60:15
  67:9 78:17
  89:1 93:18
  97:25 112:8,11
  115:14 127:3,13
  128:4 137:23
  164:1 171:4

172:16,23
184:12,13 197:1
213:14
Tuesday 56:3
56:16,23,25
Tums 53:8,25
turn 6:9 36:24
43:12 64:5
70:19,22 113:3
176:4,8 187:9
turned 174:6
turns 6:9
twelve 42:25
43:1 46:8
twenty 27:5
33:22 150:3
twice 34:16
180:20
twisted 172:18
172:19
two 38:15 42:5
42:6,8 64:22
67:15 71:17
73:11,19,25,25
74:4,4 76:10
77:1 85:16
91:20 101:7
103:10 107:17
107:21 109:7
110:9 137:3,7
144:9 148:13
173:3 177:13
193:24
209:25 215:19
216:17 218:5
Tylenol 53:25
54:4 98:16,17
102:1
type 96:1 100:3
100:23 105:19
129:18 188:14
199:6
types 59:18
typewriting 5:6
220:8
typical 93:10
96:17 98:3

103:4 156:13
161:6
typically 87:15
typing 6:25
T-O-U-C-H-E-...
25:1

U
UA 138:6,19
139:25 185:2
Uh-huh 13:15
17:17 19:9,23
23:17 24:20
25:15 38:22
45:10 46:3
49:10 52:6
55:22 57:8
64:12 68:2,11
72:16 75:19
76:16 92:2
94:7 104:11
137:1,18 138:21
139:20 144:24
145:4,8 148:19
150:7,9 151:17
175:17 192:10
192:22
uh-huhs 7:14
Uh-uh 20:12,17
21:19 33:2
54:8 90:9
95:9 100:15
138:16 143:18
145:25 147:12
148:7,22
202:9 218:1,13
ultimately
197:16
undermine
36:6
understand
6:20 7:20 8:1
8:2,8 9:19
77:7 119:24
127:4,7 140:12
189:3,9 194:7
194:13 196:1,10

understanda...
114:13
understanding
9:23 109:23
194:16,21
195:4,23
understood 8:7
199:14 201:3
unduly 132:22
unfortunately
20:20
unit 37:16,17
38:16 40:21
44:10,11,19,21
47:1,2,14 49:3
49:4,5 63:6
70:24 74:17
76:21,23 77:13
87:21,22
107:19 169:23
173:9 174:15
175:5,15 176:4
176:12 177:4
197:23 199:18
200:24 201:8
UNITED 1:1 3:1
units 29:15
50:16 66:13
unrelated
198:22
unusual 200:2
updated 65:4
66:18
updates 65:12
upper 210:21
upset 169:1
use 7:16,18
33:18 47:5,11
125:20 133:20
195:7
usual 145:22
usually 6:15
7:16 137:8
189:17 191:12
207:23
utilize 33:7

V
vague 119:23
varied 64:23
65:14
varies 17:2,2,6
verbal 7:13
version 65:5
69:9
versus 180:19
vertebra 111:21
111:21,22 117:2
vertebrae 111:8
111:11,18,19,20
111:23 112:23
virus 53:14,16
visit 21:4
visiting 45:20
vital 43:16 55:8
80:6 137:13
140:8 145:2
150:20 152:22
160:2,14
161:24 164:17
Vitale 4:13
194:5,6
vitals 94:6,8
137:21 144:20
145:6 160:10
160:23 161:9
161:13
voiced 198:14
199:8
volume 88:18,18
88:19,21
volumes 91:21
volunteered
58:15
vs 1:7 3:7

W
waist 114:3
wait 23:6 28:16
30:5 37:1
89:17,19
116:25 154:2
165:3 192:3
209:17

waive 218:21
waived 5:7
walk 19:4 86:1
93:9 166:16
211:12
walked 10:13
23:24 186:9
187:6 202:7
walking 20:5
119:20 121:18
122:16 126:5
130:2,12
155:13 178:23
213:8,12
want 12:9 13:20
13:21 21:3
53:13 62:23
65:23 90:23
93:6,7,13
96:12 97:6,16
99:14 101:21
114:5 122:8
125:22,25
130:21 132:1
134:22 144:3
167:22 170:11
181:25 198:6
201:19 218:21
wanted 21:4
23:8 85:13,14
138:12 149:25
175:9 182:9
wants 49:11
warden 194:5
warrant 101:15
warranted
100:4
warrants 167:20
wasn't 9:25
16:19 22:21
30:9,14 41:9
44:23 45:5
49:17 50:5
56:18 61:15
62:10 63:5
64:19 67:11
75:25 85:17

LORETTA WILFORD 11/13/2017

97:5 101:10
104:25 108:18
120:15 145:25
164:2 170:23
174:7 181:18
187:16 189:19
203:9 207:21
208:9
waste 134:13
wasting 132:22
133:19 134:13
way 7:8 37:11,16
38:1 39:15
56:14 57:18
58:24 80:16
89:3 101:23
102:8 107:11
109:19 149:1
156:16 157:21
163:23 166:3
166:7 170:21
173:10 188:12
195:17
ways 85:19
106:4
weakness
119:20 121:17
122:15 126:4
130:2,11
152:12 157:4
158:12 162:12
213:15,22
wear 20:24
21:2
Wednesday
56:3,16,23,25
week 12:20
13:2,12,14
14:13,17 16:19
16:22,23 18:1
40:11 46:12
55:18,25 58:7
58:10 88:5
177:13
weekend 52:14
52:15 56:15
88:6

weeks 138:9
141:8 155:2
177:13 215:20
216:17
weeping 96:14
weighed 85:13
weight 43:15
48:9,12 55:8
80:6 94:10,20
134:9 136:21
141:24 146:24
148:4
Welfare 23:21
24:2
well-being
187:23
went 18:14 23:6
24:23 25:20
25:22 26:22
29:23 30:14
211:21,21
213:16
weren't 47:11
59:17 61:9,9
65:12 72:1
84:9 108:5
168:5 171:25
Wexford 1:8 3:8
4:9 34:9,12,15
35:6 57:24
60:19,19,25
61:13,21,25
62:12,14,16,25
63:1,2,2,7,22
64:6 66:6,7,7
67:18 68:16
71:8,20 72:4
74:2,9 76:8
81:21 83:9,16
83:19 87:4
91:15 191:21
Wexford's 57:19
58:5 60:21
63:7 68:22
81:3
we'll 16:24
149:21

we're 33:13
121:8,9 127:19
133:16,16
146:5 159:23
184:14 191:2
209:8
We've 201:17
whatnot 28:22
when's 205:4
white 75:3
wholesome
8:24
wide 141:11
Wilford 1:11 3:13
5:9,17,23
136:22,23
142:15 146:17
189:21
win 134:6
witness 5:7
122:6 132:3
133:25 135:1
179:15 220:4
220:6
WNL 142:5,7
won 34:13,15
63:22 64:7,8
wondering
129:8
wooden 125:9
word 197:2,3
words 7:19
110:18
work 16:20
23:20,22
24:4,8,12
26:24 30:12
36:21 37:4,8
40:8 41:3
51:17,19 55:13
55:17,20,23
56:16,17,23
56:25 57:3
58:9,15,16
72:5,9,25
74:15 79:25
80:9 81:7

93:20 103:8
107:1 137:9
154:11 160:20
219:2,3
worked 24:6,14
24:16,18 25:9
26:16 27:3,11
36:4,22 37:4
37:5 38:25
40:11 41:6
42:8 55:18
56:3 57:1,5
58:4,6,7
59:25 66:6,7
73:10,12,12,16
73:18,20 74:6
76:7 77:1 80:1
81:6,17 145:22
161:16 190:20
192:1 193:18
193:22,24
200:24
working 22:22
24:19 26:1,2
26:23 27:10
30:20,21 31:13
34:6 35:5
37:12 52:21
56:10 57:19,21
74:1 80:13
82:20 99:16
101:10,22
103:21 145:1
189:17 195:6
203:9
works 56:14
79:1 89:24
166:3
worried 202:21
203:1,22
worry 121:6
worst 169:19
wouldn't 8:19
18:19,22
47:23 81:10
86:1 131:19,20
169:6 174:16

175:13 179:5
188:15 190:21
200:4,5,8,16
202:7
wound 139:13
151:8
writ 139:18,19
write 14:20
49:10 53:7,21
53:23,24
95:21 96:24
97:6 136:13
138:5,10
143:16,22
144:19 145:5,9
145:11,23,24
146:1 147:6
148:12,20
160:14 161:1,7
161:9,25 198:8
198:13,17
199:7 217:5,14
writes 107:5
145:3,6,14
writing 144:23
153:18 164:1
187:3
written 51:21
55:12 102:14
104:4 107:18
107:22 108:7
108:14 109:7
142:2,25
147:17 153:23
157:6,12,15,17
158:8 159:7,8
159:17 165:8,11
166:1,2,12
168:1 186:20
187:14 192:4
209:5 217:16
wrong 79:22,23
79:25 93:13
120:21 150:25
167:16 196:18
196:25 197:10
199:14 202:3

LORETTA WILFORD  11/13/2017

| | | | | |
|---|---|---|---|---|
| 213:6,8 215:9 215:11 | 175:7 185:15 214:5,18 215:5 217:11 | **100** 3:16 4:11 100:16 | **2nd** 4:15 | **3T11** 48:11,13,16 |
| **wrote** 15:12 | **year** 22:11 27:4 | **100/80** 136:22 | **2-4-13** 136:6 | **30** 113:10 |
| 47:16 135:12 | 30:14 35:10,12 | **107(sic)** 141:24 | **2:00** 3:15 | **31** 34:3 |
| 136:23 137:16 | 35:12,13 36:8 | **11** 34:4 48:14,15 | **2:23** 1:16 | **31st** 34:5 |
| 138:20 139:2 | 38:10,13 39:3 | 57:21 | **20** 17:9 48:5 | **311** 4:4,7 |
| 141:3,17 | 39:8 40:19 | **11th** 33:22 | 164:5 169:21 | **312-243-5900** |
| 144:20 146:19 | 59:22 64:21 | **110** 100:16 | 174:2 | 4:5,8 |
| 148:10 153:9 | 65:11 67:14 | **110/70** 148:4 | **200** 100:16 | **314** 4:19 |
| 157:21 185:16 | 71:17 76:2,10 | **110/90** 144:11 | **2000** 108:11 | **314-241-1377** |
| 189:6,7 213:19 | 108:11 | **118/88** 146:13 | **2001** 205:25 | 4:12 |
| 218:9,10 | **years** 29:8 36:4 | **12** 45:10 | **201** 2:4 | **330** 135:7 136:3 |
| **W-I-L-F-O-R-D** | 37:2,4,5 42:4 | **125** 141:22,22 | **2011** 74:2 | **331** 135:7 |
| 5:23 | 42:5,7,7,8 | **128/80** 146:25 | 205:17 | **333** 135:7 |
| | 45:14 50:24 | **13** 1:13 3:14 17:12 | **2013** 32:11 33:14 | **353** 135:7 151:13 |
| **———** | 67:10,15 73:12 | 17:15 83:23 | 42:10 78:6 | 151:16 |
| **X** | 73:19 77:1 | **130/66** 143:10 | **2014** 27:5 | **356** 135:7 |
| **X** 2:1,8 72:9 | 88:17 146:10,11 | **135** 2:10 | 33:22,23 76:3 | **357** 135:8 151:21 |
| **x-ray** 126:17,20 | 191:19,20 | **14** 17:12,15 | 78:3,11 144:20 | 164:15 184:20 |
| 129:11 130:3 | 193:8,10,11 | 83:23 146:13 | 164:5 165:2 | 184:21 |
| **x-rays** 52:4,5 | **Yep** 132:11 136:4 | **14th** 149:15 | 169:18,21 174:1 | **358** 135:8 |
| 55:14 86:22 | 147:15 | **140/100** 142:22 | 174:2 193:17 | 152:17 |
| 89:24 140:22 | **yesterday** 17:3 | 143:6 | 205:23 | **359** 135:8 153:3 |
| | **Young** 75:3 | **140/70** 140:9 | 208:18 213:2 | 155:5 218:8,12 |
| **———** | | **140/90** 99:4 | 215:19 216:4 | **360** 135:8 |
| **Y** | **———** | **15** 33:24,25 | **2015** 32:1 34:3 | 142:18 153:25 |
| **yard** 44:17,21 | **Z** | **150** 100:10 | 57:20 74:21 | 154:4 |
| 211:15,24 | **zero** 185:21,22 | 138:7 139:9 | 76:3 78:3,11 | **361** 135:8 154:13 |
| **yeah** 5:22 10:9 | 188:21 189:25 | 148:17 | 193:17 | 154:14 155:8 |
| 15:10,13 17:11 | | **1580** 4:11 | **2017** 1:13 3:14 | 185:8 |
| 28:23 29:14 | **———** | **16** 1:7 3:7 | **2018** 173:24,25 | **368** 135:8 |
| 32:4 33:1,15 | **$** | **175-pounds** | **209-210(sic)** | 154:15 155:8 |
| 33:16 35:12 | **$5** 176:20 | 136:21 | 34:16 | **369** 135:8 155:8 |
| 37:24 39:5 | | **184** 148:4 | **212** 2:5 | **372** 135:8 160:1 |
| 43:24 56:14 | **———** | **186** 146:13 | **217** 2:5 | **374** 135:8 146:7 |
| 57:7 62:22 | **0** | **188** 146:24 | **217-782-1090** | 146:8 162:2 |
| 63:3 68:10,13 | **0** 142:22 | **189** 22:25 | 4:16 | **375** 135:8 |
| 69:16 71:5 | **000360** 142:17 | **194** 2:4 | **218** 2:6 | **376** 135:9 147:4 |
| 92:7 100:7 | **0084** 142:17 | **1973** 22:13 23:5 | **23** 13:1 | 165:3 |
| 101:2 103:17 | **0544** 1:7 3:7 | 23:16,19 | **24** 99:15 102:2 | **377** 135:9 147:2 |
| 111:9,12 116:24 | | **1974** 23:19 | 106:16 | 147:14,15 |
| 117:4 120:19 | **———** | **1992** 25:21 | **27** 15:23,25 | 165:5 169:17 |
| 122:11 128:3 | **1** | **1995** 25:23 | 16:2,4 144:20 | **380** 135:9 |
| 131:15 135:16 | **1** 2:10 13:1 15:25 | 26:13 27:4,9 | | |
| 145:1 149:21 | 16:2 88:18 | | **———** | **———** |
| 154:14 159:6 | 135:19 169:18 | **———** | **3** | **4** |
| 161:10,15 | 173:24 204:3 | **2** | **3** 48:14,15 57:21 | **4-18-13** 136:7 |
| 163:23 170:18 | 204:20 | **2** 88:18,21 165:2 | 58:6 88:19,21 | **4-24** 136:23 |
| 171:8 174:7 | 208:18 209:13 | | **3rd** 4:4,7 | 139:24 |
| | **10-4** 149:23 | | | |

LORETTA WILFORD 11/13/2017

**4-24-13** 149:10
  149:18
**4-24-14** 151:22
  184:21
**4-29** 150:23
**4-29-13** 136:21
  150:16
**4-29-14** 139:6
**4-4-14** 137:21
  151:13
**4:00** 71:4
**40** 58:7
**400** 138:7 139:8
  148:18
**446** 135:9
**48** 99:15 102:2

---
### 5

**5** 2:3
**5-1** 150:3
**5-13** 154:24
**5-13-14** 141:5
  153:4,7 156:8
**5-14** 154:5
**5-14-14** 154:6
**5-15-14** 185:12
**5-16** 143:1
  154:22 156:9
  157:22 158:13
  189:12
**5-16-14** 143:1
  154:15 185:10
  185:17
**5-18** 143:9
  154:22 156:9
  157:22 158:13
  189:13
**5-18-14** 154:15
  185:10,17
**5-2-14** 152:18
**5-28** 154:22
**5-28-14** 154:16
  156:9 157:23
  158:13
**5-9-14** 140:3
**500** 4:15
**54-12** 136:22

---
### 6

**6-17-14** 160:1
**6-20-14** 162:4
**6-23-14** 164:16
**6-24-13** 137:13
**6-25** 165:12
**6-25-14** 147:5,17
  165:8,11 168:1
  209:5,6
**6-29** 150:4
**6-5-14** 144:1
**60** 113:10
**60s** 22:17
**60607** 4:4,8
**62701** 4:15
**63101** 4:19
**63102** 3:17 4:11
**644-2191** 4:19
**69** 154:15

---
### 7

**7** 17:9 58:6
**7:30** 43:9
**7:40** 144:1
**7:56** 219:7
**70s** 22:9
**711** 4:18
**73** 23:6 28:14
**74** 23:6,16
  28:14
**74-14** 144:11
**76-year-old**
  27:20

---
### 8

**8-1-14** 147:20
  165:6 168:19
  209:8
**8-1-4** 147:20
**8:00** 3:15
**8:35** 139:24
**8:50** 139:6
**83-14** 140:8
**85-14** 141:22
**86-14** 146:24
**89** 24:11,11
  25:10

---
### 9

**9:50** 136:7
**9:55** 137:13
**90** 24:11 25:10
  100:9
**90s** 25:11 38:14
  71:19 108:10,11
**92** 25:12,14
**93** 25:12,14
**95** 25:11,14,16
  25:22 26:19
  37:1,1
**95-14** 148:4
**96** 36:12
**96.3** 144:11
**96.7** 140:8
**97** 36:12
**97-70** 146:13
**97.9** 148:4
**98** 146:24
**98.1** 136:21
  141:22