**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# <u>Exhibit 6</u>

GERRY ARMBRUSTER  10/24/2017

Page 1

1    UNITED STATES DISTRICT COURT
2    FOR THE SOUTHERN DISTRICT OF ILLINOIS
     EAST ST. LOUIS DIVISION
3
4    GERRY ARMBRUSTER      )
     #S02006,              )
5                          )
         Plaintiff,    )  Case No.
6                          )  3:16-CV-00544-MJR-SCW
     vs.                   )
7                          )
     WEXFORD HEALTH SOURCES,  )
8    INC., BHARAT SHAH, RON  )
     VITALE, LORETTA WILFORD,  )
9    PHYLLIS MASTON, UNKNOWN )
     IDOC & WEXFORD            )
10   EMPLOYEES, RHONDA         )
     BENNETT, LYNN JOHNSON,    )
11   SUSAN HARDIN, AND LE      )
     ANDA DAVIS,               )
12                             )
         Defendants.       )
13
14
15
16       DEPOSITION OF GERRY ARMBRUSTER, produced,
     sworn, and examined on October 24, 2017, between the
17   hours of eight o'clock in the forenoon and six
     o'clock in the afternoon of that day, at the offices
18   of Taylorville Correctional Center, 1144 IL-29,
     Taylorville, Illinois, 62568, before Julie A. Brown,
19   Certified Court Reporter, in a certain cause now
     pending in the United States District Court for the
20   Southern District of Illinois, wherein GERRY
     ARMBRUSTER #S02006 is the Plaintiff, and WEXFORD
21   HEALTH SOURCES, INC., BHARAT SHAH, RON VITALE,
     LORETTA WILFORD, PHYLLIS MASTON, UNKNOWN IDOC &
22   WEXFORD EMPLOYEES, RHONDA BENNETT, LYNN JOHNSON,
     SUSAN HARDIN, AND LE ANDA DAVIS are the Defendants.
23
24

---

Page 2

1         INDEX
2
     QUESTIONS BY:                 PAGE NO.
3
     Examination By MS. KINKADE           4
4    Examination By MR. BOOSE           137
     Examination By MS. KINKADE         178
5    Examination By MS. ROCHE           185
     Examination By MR. BOOSE           189
6
7
         EXHIBITS
8
9    EXHIBIT  DESCRIPTION          PAGE MKD
     NO.
10
     1   refusal                56
11   2   letter                106
     3   assessment form           134
12   4   job assignment sheet      165
     5   counseling summary        170
13   6   health information transfer summary   190
14
15
     (Original exhibits were retained by the court
16   reporter and will be copied and attached to copies of
     the transcript.)
17
18
19
20
21
22
23
24

---

Page 3

1       A P P E A R A N C E S
2
3    Counsel for the Plaintiff:
     LOEVY & LOEVY
4    By Ms. Katherine A. Roche
     Attorney at Law
5    311 North Aberdeen Street
     Third Floor
6    Chicago, Illinois 60607
     (312) 243-5900
7    katie@loevy.com
8    Counsel for Defendants Bharat Shah, M.D., Wexford
     Health Sources, Inc., Loretta Wilford, Phyllis
9    Maston, Rhonda Bennett, Lynne Johnson, Susan Hardin
     and Le Anda Davis:
10   CASSIDAY SHADE, LLP
     By Ms. Jaclyn A. Kinkade
11   Attorney at Law
     100 North Broadway
12   Suite 1580
     St. Louis, Missouri 63102
13   (314) 241-1377
     jkinkade@cassiday.com
14
     Counsel for Defendant Ron Vitale:
15   Mr. Max Boose
     Assistant Attorney General
16   500 South Second Street
     Springfield, Illinois 62701
17   (217) 557-0261
     mboose@atg.state.il.us
18
19
20   Midwest Litigation Services
     Julie A. Brown, CSR
21   Illinois CSR #084-004174
     711 North 11th Street
22   St. Louis, Missouri 63101
     314-644-2191
23   1-800-280-3376
24

---

Page 4

1       IT IS HEREBY STIPULATED AND AGREED, by and
2    between counsel for the Plaintiff and counsel for the
3    Defendants that this deposition may be taken in
4    shorthand by Julie A. Brown, a Certified Court
5    Reporter, and afterwards transcribed into
6    typewriting; and the signature of the witness is
7    expressly waived.
8       (Deposition commenced at 10:56.)
9             *  *  *  *  *
10          GERRY ARMBRUSTER,
11   of lawful age, produced, sworn, and examined on
12   behalf of the Defendants, deposes and says:
13          EXAMINATION
14   BY MS. KINKADE:
15      Q.  Are you Mr. Armbruster?
16      A.  Yes.
17      Q.  And is it Gary or Gerry?
18      A.  Gerry.
19      Q.  Gerry.  Okay.  And is your DOC number
20   S02006?
21      A.  Yes.
22      Q.  And are you the same Gerry Armbruster that
23   filed the Cause Number 3:16-cv-00544?  And I can show
24   you a copy of the complaint.

1 (Pages 1 to 4)

### GERRY ARMBRUSTER  10/24/2017

Page 5

1    A.  Oh, yes.  That would be me.

2    Q.  All right.  And you're here for a deposition

3  today that we've noticed up.  Is that right?

4    A.  Yes.

5    Q.  I'm going to give you some quick

6  guidelines to make this go as quickly and as smoothly

7  as possible.

8       First, I recognize I have a soft voice.  If

9  you ever can't hear me or you don't understand me,

10  please just say so and I can repeat my question and I

11  can speak louder.  Okay?

12    A.  Okay.

13    Q.  Have you ever had your deposition taken

14  before?

15    A.  No.

16    Q.  No?  Okay.  So what this is is we're just

17  here to ask questions to fact find.  So I'm not here

18  today to argue with you.  I hope you're not here

19  today to argue with me --

20    A.  Okay.

21    Q.  -- but it's just to ask questions and to

22  find out more about this case that you brought

23  against the different defendants.  Okay?

24       And the court reporter here has already put

Page 6

1  you under oath.  So you have taken an oath to tell

2  the truth.  You understand that?

3    A.  Yes.

4    Q.  My next point is you have to answer out

5  loud.  Say yes or no.

6    A.  Okay.

7    Q.  And that oath to tell the truth is just like

8  when you're in court under penalty of perjury.  Do

9  you understand that?

10    A.  Yes.

11    Q.  Okay.  Also in kind of normal speaking when

12  you talk to another person, sometimes you shake your

13  head, nod yes or nod no.  If I ever ask you is that a

14  yes or is that a no when you shake your head, it's

15  just so we have a clear record of what's going on.

16    A.  Okay.

17    Q.  So do your best to answer out loud.  Is that

18  fair?

19    A.  Yes.

20    Q.  Okay.  And my name is Jaclyn Kinkade.  I'm

21  from Cassiday Schade firm and I'm here to represent

22  Dr. Shah.  Let me get all the other witnesses.  Also

23  Defendant Wilford, Hardin, Johnson, Maston, Bennett

24  and Davis.

Page 7

1    A.  Okay.

2    Q.  Mr. Boose will I'm sure introduce himself in

3  a little bit.

4    A.  Okay.

5    Q.  All right?  This may take a little while.  I

6  have lots of questions about the allegations in the

7  complaint and a little bit to get to know you.

8       If you need to take a break for whatever

9  reason, just let us know.  We'll ask the guards and

10  see what we can work out.  Okay?

11    A.  Okay.

12    Q.  All right.  So is there anything today that

13  would prevent you from telling the truth?

14    A.  No.

15    Q.  Okay.  So no medication, no alcohol, no

16  drugs, nothing like that that would stop you from

17  telling the truth?

18    A.  No.

19    Q.  What about with your memory?

20    A.  No.  I mean there's some things I remember.

21  Some things I don't --

22    Q.  Okay.

23    A.  -- recollect.

24    Q.  Okay.  And for the things that you don't, is

Page 8

1  that just normal human memory or is there anything

2  that prevents you from remembering?  A diagnosis?

3  Medication?  Anything else?  An injury?

4    A.  No.

5    Q.  Okay.  If something comes up, just let us

6  know.  If there's something you don't remember, just

7  let us know.  Okay?

8    A.  Okay.

9    Q.  All right.  What current medications are you

10  on?

11    A.  I am on two different kinds of blood

12  pressure medications.  I don't remember the names,

13  and I take Ibuprofen for pain and I take

14  Nortriptyline for nerve pain.

15    Q.  All right.  And I know it's part of your

16  allegations that you suffer chronic pain.

17    A.  Uh-huh.  Yes.

18    Q.  Is your pain all under control today?  It's

19  not a distraction in your ability to testify?

20    A.  Not currently this moment, no.

21    Q.  Okay.  If that changes, let us know.  Okay?

22    A.  Yes.

23    Q.  All right.  So I'm just going to, before we

24  get into the allegations in the complaint, I need to

2 (Pages 5 to 8)

**GERRY ARMBRUSTER  10/24/2017**

Page 9

1  know a little bit more about you.  So I'm going to
2  ask you some general questions about your life.
3          If at any time, I expect in all these
4  depositions it happens, your attorney might have some
5  objections.  In this process she'll make an objection
6  for the record and unless she advises you not to
7  answer, you still have to answer the question.
8          So we'll just keep going on asking and
9  answering questions, but the record will show her
10  objection.  Does that make sense?
11      A.  Yes.
12      Q.  Okay.  All right.  So give me your birth
13  date.
14      A.  ███████████████
15      Q.  Where were you born?
16      A.  St. Louis, Missouri.
17      Q.  How long did you live there?
18      A.  Seven or eight, maybe somewhere around
19  there.
20      Q.  When you were seven or eight years old?
21      A.  Yeah.
22      Q.  Where did you move to?
23      A.  Illinois.
24      Q.  Where in Illinois?

Page 10

1      A.  Madison, Illinois.
2      Q.  Okay.  How long did you live in Madison,
3  Illinois?
4      A.  Probably until I was nine.
5      Q.  And then where did you move to?
6      A.  Granite City.
7      Q.  How long did you live in Granite City?
8      A.  My, pretty much my whole entire life.
9      Q.  Okay.  Is that, there would have been
10  different times that you've been incarcerated.  Is
11  that right?
12      A.  Yes.
13      Q.  In between incarcerations, did you go back
14  to Granite City?
15      A.  Yes.
16      Q.  Okay.  Who is in your immediate family?
17      A.  My mother and my father.
18      Q.  Are you married?
19      A.  Divorced.
20      Q.  How many kids you got?
21      A.  Four.
22      Q.  What's their names and ages?
23      A.  Brooke, 22.  Gerry, Junior, spelled the same
24  way, 20.  Jaimie, J-A-I-M-I-E, she's 14.  And then my

Page 11

1  daughter, Bailey.  She will be six this year.
2      Q.  What's the first job that you remember
3  having?
4      A.  Hardee's.
5      Q.  When was that?
6      A.  I want to say 15 with a work permit in
7  Granite City.
8      Q.  How long did you work there?
9      A.  I'm not sure.  I can't remember.
10      Q.  What's the next job you remember having?
11      A.  I think it was at Union Station in St.
12  Louis, Missouri.
13      Q.  So you'd drive in from Granite City?
14      A.  Do what?
15      Q.  You'd drive in from Granite City to
16  downtown?
17      A.  No.  Back then I took a bus or had a ride.
18      Q.  Okay.  And how old were you?
19      A.  Early 17, 18 maybe.
20      Q.  How long did you work there?
21      A.  I don't remember.
22      Q.  Where did you next work?
23      A.  At some point I worked at the Gateway Arch.
24      Q.  What did you do at the Arch?

Page 12

1      A.  I, just sending people to the top.  Tram
2  operator.
3      Q.  Okay.  How old were you?
4      A.  Between 18, 19, somewhere around there.
5      Q.  Next job you remember?
6      A.  I think Jack in the Box at some point in
7  time.
8      Q.  And how old were you?
9      A.  Probably between 18 and 19, somewhere around
10  there.
11      Q.  All right.  The next job you remember?
12      A.  I think, I'm not a hundred percent sure,
13  Overland Appliances.  I think that's what it was.
14      Q.  What did you do for them?
15      A.  Repaired appliances.
16      Q.  And how long did you do that for?
17      A.  I got married when I was 21.  Probably maybe
18  'til I was 22, maybe.
19      Q.  Did you start when you were 21?
20      A.  I started early, maybe 19, 21, somewhere
21  around there.
22      Q.  What after that?
23      A.  I think I got a job at Hartman's Towing in
24  New City, Missouri.

3 (Pages 9 to 12)

**GERRY ARMBRUSTER  10/24/2017**

Page 13

1    Q.  And were you the tow truck driver?
2    A.  Yes.
3    Q.  How old were you?
4    A.  Between 22 and 23, somewhere around there.
5    Q.  Just a year or so?
6    A.  I want to say, I had that job I want to say
7    maybe four years, somewhere around there.
8    Q.  What about after?
9    A.  After that I worked at West County Volvo
10   Saab, Manchester, Missouri.
11   Q.  Did you say Volvo shop?
12   A.  West County Volvo Saab.
13   Q.  Okay.
14   A.  Manchester, Missouri.
15   Q.  And how old were you?
16   A.  Maybe 25, 26, 27, somewhere around there.
17   Q.  How long did you work there?
18   A.  A couple of years, I think.
19   Q.  Okay.  After that?
20   A.  After that I worked with my dad on and off
21   doing contracting work.
22   Q.  Your dad's a contractor?
23   A.  Was.
24   Q.  What kind of work did he do?

Page 14

1    A.  Home repair.
2    Q.  Did you specialize in anything?
3    A.  No.
4    Q.  What was the typical projects that you'd
5    get?
6    A.  Roofs, drywall, carpet, paint, decks.  Just
7    general contracting.
8    Q.  How long did you do that?
9    A.  Not, I don't know.  On and off maybe a year
10   or so, two years, somewhere maybe around there.
11   Q.  Do you know how old you were?
12   A.  Mid 20s maybe.  Mid to late 20s.
13   Q.  And then where did you go from there?
14   A.  At some point in time I moved to Springfield
15   and I got a job --
16   Q.  Illinois?
17   A.  Yeah.  And I was working at Meijer's
18   Department Store.
19   Q.  That had to be more recent.  That Meijer's
20   isn't that old.
21   A.  Been about I want to say 2003, 2004,
22   somewhere around there.  I didn't work there very
23   long, but.
24   Q.  What brought you to Springfield?

Page 15

1    A.  I went to the Wells Center to a treatment
2    facility for drug addiction and then from there I got
3    to Springfield.
4        MS. ROCHE:  Can you repeat the name of that?
5        THE DEPONENT:  Wells Center in Jacksonville.
6        MS. KINKADE:  Q  Next work that you remember
7    after Meijer's.
8    A.  McDonald's.
9    Q.  And what town was that in?
10   A.  Springfield, Illinois.
11   Q.  Okay.
12   A.  Actually I worked, I think I worked at
13   McDonald's first and then it was Meijer's, if I
14   remember right.
15   Q.  Were you at McDonald's very long?
16   A.  I want to say close to a year and then I was
17   terminated.
18   Q.  What do you remember after, so McDonald's
19   and then Meijer's and then?
20   A.  I didn't have a job.
21   Q.  So the last job you had was at Meijer's in
22   Springfield.
23   A.  I think so, yeah.  I don't think I've had a
24   real job since then.

Page 16

1    Q.  Okay.  During any of these employments, did
2    you have any injuries at work?
3    A.  No.
4    Q.  What about as a contractor?
5    A.  No.
6    Q.  I've got some contractors in my family and
7    I'm just amazed that you've never been, never burned
8    off your eyebrows or cut your finger or anything like
9    that?
10   A.  No.
11   Q.  Do you play sports?
12   A.  No.
13   Q.  Have you had any car accidents?
14   A.  Back when I was a kid.
15   Q.  How old were you?
16   A.  I just got my driver's license.  I mean I
17   was really young.  I think it was around 16 or 17
18   because Missouri age for a driver's license is
19   different than Illinois.  So it was like 16 maybe.
20   Q.  What happened?
21   A.  Car turned in front of me and I ran into it.
22   Q.  Rear ended it?
23   A.  He made a U-turn and I clipped him.
24   Q.  Like a T-bone kind of?

4 (Pages 13 to 16)

**GERRY ARMBRUSTER  10/24/2017**

Page 17

1  A.  Uh-huh.
2  Q.  Is that a yes?
3  A.  Yes.
4  Q.  Okay.  Go it.  Did you go to the hospital?
5  A.  No.
6  Q.  Do you have any lasting pains?
7  A.  No.
8  Q.  Any other car accidents?  And when I say car
9  accidents, I'm including four wheelers, that kind of
10  stuff, any motor vehicle type.
11  A.  No.
12  Q.  All right.  So to your knowledge, did you
13  have any injury to your neck before 2014?
14  A.  No.
15  Q.  Okay.  What about your family?  And your
16  immediate family.  I didn't ask about siblings.  I
17  know you have a brother.  Any other siblings?
18  A.  I have three brothers.
19  Q.  Three brothers?  Okay.  Your three brothers
20  or your mother or your father, did they have any
21  spinal issues any degenerative type diseases?
22  A.  Not that I know of.
23  Q.  I remember reading something about your
24  brother was incarcerated too.  Is that right?

Page 18

1  A.  Two brothers.
2  Q.  Two brothers.  One of them for possession,
3  at least that I know of, one of them.
4  A.  Probably.
5  Q.  And he had a back issue that started that
6  addiction.  Is that right?
7  A.  You know, I can't speak for him.  I don't
8  really know.  I know, I have two brothers.  So I
9  don't know which one you're referring to.  One did
10  have a back issue, my brother, Corey, but I don't
11  know about Rodney.  He's had medical issues, but I'm
12  not sure exactly what they were or are.
13  Q.  Do you remember being interviewed by the
14  Granite City newspaper when one of your brothers was
15  sentenced --
16  A.  Yes.
17  Q.  -- in between your incarcerations?
18  A.  Correct.
19  MS. ROCHE:  Would you mind repeating that
20  question?  I'm sorry.  I couldn't understand.
21  MS. KINKADE:  Q  Do you remember being
22  interviewed by a Granite City newspaper about one of
23  your brother's sentences?
24  A.  I testified in court.  They never really so

Page 19

1  much talked to me.  They just recorded the event and
2  then put it in the paper.
3  Q.  Which brother is that?
4  A.  Corey Armbruster.
5  Q.  Do you remember talking about him, about
6  your brother having back issues?
7  A.  Maybe.  I'm not sure.
8  Q.  What's your understanding of any back issues
9  he may have?
10  A.  From what I remember or what I was told, at
11  some point he fell off the back of a dump truck
12  during work.
13  Q.  Anything else?
14  A.  Not that I can remember.
15  Q.  Okay.  When were you first incarcerated?
16  A.  2000, I think 2004, 2005.  I came here to
17  this place here.
18  Q.  Taylorville?
19  A.  Yeah.
20  Q.  And when were you released?  In general, not
21  just from Taylorville?
22  A.  I think I got here, I think I was released
23  at some time middle of 2005.
24  Q.  When were you next incarcerated?

Page 20

1  A.  It was in Granite City between 6 and 7, I
2  think.  Somewhere around there.
3  Q.  And how long until you were released?
4  A.  None of the incarcerations were very long.
5  So I don't remember the exact dates of admission and
6  release.
7  Q.  You can be general.
8  A.  Maybe 8, 6, 7, 8.
9  Q.  2007 or 8?
10  A.  I'm trying to think here.  My second
11  incarceration was between 2006 and I want to say
12  2007, somewhere in that time frame.  I can't be
13  exact.
14  Q.  When were you next incarcerated?
15  A.  Between 7 and 8.  I think that was in
16  Granite City.
17  Q.  So this is the second time in Granite City?
18  A.  Uh-huh.
19  Q.  Is that a yes?
20  A.  Yes.  Yes, to the best of my recollection.
21  Q.  Were you released in 2008?
22  A.  Yeah, I think I was.  Yes.
23  Q.  Okay.  And then again your fourth
24  incarceration, when was that?

5 (Pages 17 to 20)

**GERRY ARMBRUSTER  10/24/2017**

Page 21

1    A.  That was Granite City, 2011, I think.
2    Q.  Until 2014.  Right?
3    A.  Correct.
4    Q.  All right.  And you were incarcerated again.
5  Was that 2015?
6    A.  Correct.
7    Q.  And that's your current incarceration?
8    A.  Yes.
9    Q.  So I want to talk to you a little bit about
10  your medical history.  First I'm going to start with
11  before you were incarcerated.  To your knowledge
12  before you were incarcerated, what medical conditions
13  did you suffer from?
14    A.  I think I had blood pressure problems for a
15  while.
16    Q.  Were you diagnosed with that or did you
17  just, do you now believe that knowing --
18    A.  I currently have a diagnosis with
19  hypertension, but I think, I mean I never really had
20  a lot of medical issues before.  I know at some point
21  I was on medication for my depression, but I never
22  really had no physical ailments that I can think of.
23    Q.  And I'm one of those people who hates going
24  to the doctor, so I'm not putting any judgment in

Page 22

1  this question, but before you were incarcerated, did
2  you keep up with your medical issues or did you kind
3  of go to the hospital only for emergencies?
4    A.  I never really went to the emergency room
5  too often that I can think of.  If I had a problem
6  that I really felt I needed to be able to go, but I
7  don't think I ever had any really serious medical
8  issues other than me being shot.
9    Q.  And I'll get to that next.
10        Did you have a primary care doctor that you
11  would see routinely or just when you were sick?
12    A.  Never had a primary doctor.
13    Q.  Did you ever go to a chiropractor?
14    A.  No.
15    Q.  Ever go to a neurologist for any reason?
16    A.  No.  I mean yes and no.  Yes, whenever I had
17  to have these --
18    Q.  Let me make my question more specific.
19  Sorry.
20    A.  Yes.
21    Q.  Before you were ever incarcerated, did you
22  see a neurologist?
23    A.  No, no, never.  I'm sure glad you said that
24  because I didn't know how I was going to answer that.

Page 23

1    Q.  Okay.  So it sounds like before you were
2  incarcerated around 2004 you think you maybe had some
3  depression issues and blood pressure problems, but
4  you never saw a specialist for any reason.
5    A.  No.  I went to, my mental health issues was
6  associated with my drug use and I couldn't quite
7  figure out how I was going to fix my life.  So I was
8  on medical depression medication and never no
9  physical.  Just whatever, I can't remember what they
10  put me on trying to figure me out.  So that's the
11  best way I guess I can answer that.
12    Q.  Okay.  So you mentioned that you had been
13  shot.  Was that in both your legs?
14    A.  Yes.
15    Q.  That was '99, 2000 area?
16    A.  3/31/2000.
17    Q.  3/31/2000.  And of course that's not what
18  we're here about today, but just so I have an
19  understanding of what happened, can you just
20  summarize what happened?
21    A.  Sure.  I was coming home from work at
22  Hartman's Towing.  I believe I was working at
23  Hartman's, and I was a few blocks from my house and I
24  was in my addiction.

Page 24

1        I stopped someone or someone flagged me down
2  and I was in the process of buying narcotics and the
3  person didn't have no narcotics.  He just shot me and
4  tried to take my truck.  That's basically what had
5  happened.
6    Q.  How many times did he shoot you?
7    A.  One time.
8    Q.  But it got both your legs?
9    A.  Yes, yes.
10    Q.  Did you have immediate surgery?
11    A.  Yes.
12    Q.  Can you describe what kind of surgery it
13  was?
14    A.  Well, this leg, all it did was went through
15  the --
16    Q.  Is that your left leg?
17    A.  Left leg.  The bullet went through the fatty
18  tissue.  Didn't hit nothing important.  This leg it
19  kind of went through the kneecap, kind of straight
20  through.
21    Q.  That's your right leg.
22    A.  My right leg.
23        MR. BOOSE:  For the record, deponent was
24  indicating his thigh on his left leg.

6 (Pages 21 to 24)

GERRY ARMBRUSTER  10/24/2017

Page 25

1    THE DEPONENT:  Yeah.  Straight across.
2    MR. BOOSE:  Near the kneecap.
3    THE DEPONENT:  Yeah.
4    MS. KINKADE:  Q  What effects have you had
5  from either being shot in the legs or from that
6  surgery?
7    A.  Well --
8    MS. ROCHE:  Objection to the extent that it
9  calls for a medical conclusion.  You can answer.
10    THE DEPONENT:  Okay.  Can you ask it again
11  because I just lost my train of thought.
12    MS. KINKADE:  Q  What effects have you had
13  either from being shot or from the surgery?
14    A.  Well, I had more mental effects than
15  anything else.  I couldn't believe I got shot.  As
16  far as actual injury wise, this leg was fine.  All
17  they did was let it drain.  This leg I had a soft
18  cast if I remember right for a short period of time
19  and only --
20    MR. BOOSE:  For the record, the right leg --
21    THE DEPONENT:  The left leg, fatty tissue,
22  let it drain.  The right leg, soft cast and my leg
23  was stuck in a solid position and I remember the last
24  time I seen the doctor all he did is snapped it,

Page 26

1  started moving and that was it.
2    I had a crutch for a while and eventually I
3  could walk again and run again and I was back to
4  normal.
5    MS. KINKADE:  Q  Okay.  Did you have any
6  physical therapy?
7    A.  No.
8    Q.  Did you --
9    A.  Well, I think I was ordered to do it and I
10  may have showed once or twice, but after that I was
11  healing really, really quick.  So I was good.
12    Q.  Did you ever notice it affect the way that
13  you walked?
14    A.  No.  As a matter of fact, I think I was
15  walking better.  I used to do a lot of running after
16  that and yeah, my mobility as far as that went was
17  fine.  I didn't have any problems, luckily.
18    Q.  So was the surgery just to remove any
19  fragments?
20    A.  I want to say yeah, but I'm not a hundred
21  percent sure.  I don't know what they did to this
22  leg.  All I can really remember the most is when I
23  last seen Dr. Anderson in Edwardsville he just sat me
24  in his office and I think he said look that way and

Page 27

1  he just popped my leg and it started bending again
2  because it was stuck in a locked in way.
3    MR. BOOSE:  For the record, when stating
4  this leg, Deponent indicated his right leg.
5    THE DEPONENT:  Yes, right leg.
6    MS. KINKADE:  Q  That was after surgery?
7    A.  Yeah.  That was maybe a month or two later.
8    Q.  Did you experience pain in both your legs
9  since you were shot or did that come about later?
10    A.  Well, yes.  My doctor said I would have
11  arthritis problems.  So they hurt sometimes.
12  Sometimes not.  Depends on how the weather is.  They
13  don't hurt like they did after I got shot.  They hurt
14  really bad then.
15    Q.  You've mentioned that you had trouble with
16  addiction in the past?
17    A.  Yes.
18    Q.  And you mentioned one time that you went to
19  treatment.  Were there more than one time?
20    A.  Yeah.  My road to recovery started in
21  Granite City at Kettler where they do a diagnosis.
22  They try to help you with your mental health which
23  causes a lot of people to use drugs.  So that's how I
24  wound up in Jacksonville was through Kettler in

Page 28

1  Granite City.  So I want to say on and off for ten
2  years, maybe longer I've been fighting with my
3  depression and addiction.
4    Q.  Have you had any medical complications
5  because of your addiction?
6    A.  No.
7    Q.  Okay.  And when we're talking about your
8  addiction, are we talking about to cocaine?
9    A.  Correct, yes.
10    Q.  And is that powder cocaine?
11    A.  Powder cocaine and crack cocaine.
12    Q.  Any other drugs?
13    A.  I've smoked marijuana a few times, but I
14  hated it.  It was not for me, just like alcohol.  I
15  don't like alcohol.
16    Q.  I assume, and tell me if I'm wrong, that at
17  treatment you would probably have to go through some
18  withdrawal?
19    A.  Well, cocaine is not like other drugs, where
20  heroin would be really, really hard to get off of.
21  So I didn't have serious withdrawal issues.  When it
22  was gone, it was gone.  Especially if I was in a
23  treatment facility, I would instantly start to do
24  whatever I had to do, whatever they told me to do.

7 (Pages 25 to 28)

GERRY ARMBRUSTER  10/24/2017

Page 29

1  So no serious withdrawals.
2     Q.  Did you ever have to be hospitalized for an
3  OD or anything like that related to your addiction?
4     A.  No.
5     Q.  Did you ever experience any sort of, other
6  than the effects of using the drugs that you expect,
7  did you have any later effects of numbness or
8  tingling or anything like that in your extremities,
9  in your arms and legs?
10    A.  No.
11    Q.  Okay.  And at some point was that addiction,
12  was it a daily addiction?
13    A.  Yes.
14    Q.  Did it cause you to have any memory lapse in
15  your life?
16    A.  I'm sure it did.  Quite certain it did.
17    Q.  And I know I'm asking you about a memory
18  lapse, so that sounds like a bad question, but when
19  do you think would be the point in your life where it
20  would have affected your memory the most?
21    A.  I have no idea.  I can't answer that one.  I
22  mean memory comes and goes.  I'm surprised I remember
23  some of the stuff you asked me from my childhood.
24  I'm surprised it's there, but yeah, it comes and

Page 30

1  goes.
2     Q.  Let me ask you.  When was your addiction at
3  its worst?  Maybe that's a better question.
4     A.  When my addiction was at its worst, I don't
5  know.  Maybe whenever I got shot.  I'd have to say
6  that was one of the worst times in my life.
7     Q.  I saw in some of the records that you
8  reported having restless leg syndrome.
9     A.  Uh-huh.
10    Q.  When were you diagnosed with that?
11    A.  Well, I never was diagnosed.  I don't think
12  I was actually diagnosed with that, but for short
13  times during, after I got shot my legs would just
14  kind of do their own thing for a while, but that
15  slowly had stopped, you know, over time.
16        So I don't know if I was ever really truly
17  diagnosed with that.  I'm not a hundred percent sure.
18  I don't remember the doctor telling me that.  I just
19  remember sometimes my legs, the right one would just
20  kind of do whatever it wanted to do from time to
21  time.  It doesn't do it no more though.
22    Q.  You're talking about muscle spasms?
23    A.  Yeah.
24    Q.  Would they ever go number or tingle?

Page 31

1     A.  Maybe.
2     Q.  Do you remember when you experienced those
3  symptoms?
4     A.  Shortly after I was shot.
5     Q.  How long after you were shot do you last
6  remember having those symptoms?
7     A.  It took almost a year, basically almost a
8  year for me to start walking really good again.  So
9  within let's say the first six to seven months when
10  my leg was healing itself is when I experienced that
11  the most if I can remember right, yeah.
12    Q.  Did you ever need to take medication for it?
13    A.  No, just for the arthritis.  I get, I take
14  Ibuprofen for that.  It helps ease the pain.
15    Q.  Before you were incarcerated, did you take
16  Ibuprofen for the arthritis?
17    A.  Yes.
18    Q.  Any other prescriptions that you took before
19  you were incarcerated?
20    A.  No.
21    Q.  Let me open that up to any prescriptions at
22  all, not just related to the --
23    A.  Just the mental health stuff, whatever the
24  doctors was giving me for that.  At the time I was

Page 32

1  shot, yeah, whatever, whatever the mental health
2  doctors was giving me.  I have no idea what they're
3  called now.  Been too long.
4     Q.  Okay.  Did you, some people when they take
5  mental health drugs, they don't respond well to it.
6  Did you ever have an episode like that?
7     A.  Not that I can remember, no.
8     Q.  I also saw in one of the records that some
9  doctor mentioned that you might have multiple
10  sclerosis?  Who is that?
11    A.  That was a clerical error.  I don't know
12  where they came up with that.
13    Q.  Okay.
14    A.  Because I think why they come up with that
15  was the way I was walking at the time.  So that's the
16  only thing I can think of that's why they said that
17  because that never was actually said.
18    Q.  Okay.  And I should have asked this before.
19  Have you been able to receive the medical records
20  before today to prepare yourself for this deposition?
21    A.  I can't read none of these medical records.
22  So whatever I looked at a year ago, I couldn't
23  decipher none of it, so no.  The answer would be no.
24  Whatever I did look at I can't decipher it.

8 (Pages 29 to 32)

**GERRY ARMBRUSTER  10/24/2017**

Page 33

1    Q.  Okay.  And none of my questions today are
2  going to be about any conversations that you've had
3  with Ms. Roche or anyone in her office.  Excluding
4  that, have you reviewed anything else for the
5  deposition today?
6    A.  What I reviewed is my own papers that I had.
7    Q.  What papers do you have?
8    A.  Just like the original, my original
9  complaint.  That's all I have, what you showed me
10 when you first started.  Basically that's all.
11 That's all I have.
12   Q.  What did you use to draft that when you were
13 writing it?  What did you use for dates and --
14   A.  I had a previous attorney and he sent me
15 what papers he had which was my grievances and then I
16 went to the law library, did some research and that's
17 how I drafted it.  Plus I had some memory involved as
18 well.
19   Q.  Your previous attorney, was that like a jail
20 house attorney or is that an actual barred attorney?
21   A.  Actual barred attorney.
22   Q.  Okay.  Excluding any conversations with that
23 individual, it sounds like the only thing you
24 reviewed either for your complaints or for today are

Page 34

1  your grievances?
2    A.  Yeah.  Just the original complaint that I
3  had.  That's all the documents I have.
4    Q.  So you think that the, but you did see
5  somewhere in the records that it said that you told
6  the doctor that you were diagnosed with multiple
7  sclerosis and that's incorrect?
8    A.  Totally incorrect.
9    Q.  You didn't say that.
10   A.  I think what was said was I think they
11 thought I had multiple sclerosis.  No.  I remember
12 what it was.  The nurse that did the MRI, on the way
13 there she goes they're checking you for multiple
14 sclerosis.
15       After the MRI she goes you don't have
16 multiple sclerosis.  I said what is it?  I can't tell
17 you.  The doctor's going to tell you.  So I think
18 that's how that generally got mixed up.  Somewhere
19 that's how that had happened.
20   Q.  Okay.  So just then an abundance of clarity,
21 no doctors at any of the facilities while you were
22 incarcerated told you you have multiple sclerosis.
23   A.  Oh, no.  Not at all.
24   Q.  Any time that you, let me ask you this.

Page 35

1        How many times do you think you were
2  arrested before 2011?
3    A.  Multiple times.  I mean from a traffic
4  ticket.  My life started to change the worst when I
5  was doing drugs.  So I had multiple possession
6  arrests, driving on a suspended license.  I mean
7  multiple arrests, yeah.
8    Q.  Are there any arrests that you don't
9  remember other than if you were under the influence
10 of something or for any reason?
11       MS. ROCHE:  Objection, form.
12       THE DEPONENT:  I'm sure there probably is,
13 but I can't, I've been arrested so many times I don't
14 really remember all of the arrests.
15       MS. KINKADE:  Q  Before 2011 of the times
16 that you remember being arrested, was there ever
17 force used?
18   A.  Yes.  Well, I was charged with that, yes.
19   Q.  You were charged?  With what?  Resisting
20 arrest?
21   A.  No.  It was ag battery.
22   Q.  Okay.  I'm going to get to that in a second.
23       Did the police ever use force on you?
24   A.  No.

Page 36

1    Q.  When arresting you?
2    A.  I've known all the Granite City cops for a
3  long time.  They've never hurt me in any way
4  whatsoever.  Always respected each other.  They said
5  you're going to jail, I went to jail.  There was no
6  fight.
7    Q.  Okay.  And then you mentioned the aggravated
8  battery.
9    A.  Uh-huh.
10   Q.  Was force used on you during those
11 circumstances, either by the police or by another
12 individual, the victim in the case?
13   A.  No.  No, not at all.
14   Q.  Have you ever been in a fight before, before
15 being incarcerated?
16   A.  You mean in high school?
17   Q.  In high school.
18   A.  Grade school, high school, yeah.
19   Q.  Were any of those serious in nature?
20       MS. ROCHE:  Objection to form.
21       THE DEPONENT:  No.  I've been in one fight
22 in DOC back 2007 or 8.  No.  That's the only fight.
23 I don't have any disciplinary as far as fighting or
24 any of that kind of stuff.

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com        Phone: 1.800.280.3376            Fax: 314.644.1334

GERRY ARMBRUSTER  10/24/2017

Page 37

1        MS. KINKADE:  Q  So the only significant
2    fight you can remember is in 2007, 2008 when you were
3    incarcerated?
4        A.  Uh-huh.
5        Q.  Is that a yes?
6        A.  Oh.  I'm sorry.  Yes.
7        Q.  What injuries did you suffer from that
8    fight?
9        A.  Oh, none.  We just had an altercation in the
10   dayroom and that was it.  The CO broke it up.  We
11   went to seg.  That was it.
12       Q.  So just a fist fight.  No objects used?
13       A.  Uh-uh.
14       Q.  In that a no?
15       A.  Oh.  I'm sorry.  No, it's not.
16       Q.  So nothing other than fists were used?
17       A.  Yeah.  Nothing, no, nothing other than that.
18   Yeah, just hands.
19       Q.  Do you remember any stiffness or soreness in
20   your neck afterwards?
21       A.  Uh-uh.  No.
22       Q.  And when you said that you've never been
23   disciplined for fighting, is that up 'til today?
24       A.  Yeah.  That was the only fight I've ever

Page 38

1    been in as far as the Department of Corrections and
2    disciplinary with seg, so no.
3        Q.  So in 2011 you were incarcerated and I want
4    to talk about that time in between 2011 up until May
5    of 2014 when you first complained about the numbness
6    and tingling.
7        A.  Uh-huh.
8        Q.  From 2011 up until May 7, '14 did you
9    experience any pain, numbness?
10       A.  The only thing I experienced was from time
11   to time was the arthritis.  That's it.  I had no
12   medical problems.  I don't even think I've been to
13   the doctor that often.  Maybe a headache or
14   something.  Maybe I had a cold, but basically no,
15   nothing.
16       Q.  And this is from 2011 to May 2014 during
17   times that you were either incarcerated or out.
18       A.  That would be, I was incarcerated the whole
19   time in 2011 'til 2014.  So no, I can't remember me
20   going to see the doctor for anything other than
21   heartburn.  That would be it.  Heartburn, occasional
22   cold or so, but no.  No other issues that I can
23   possibly think of.
24       Q.  And when you said you would experience

Page 39

1    arthritis, tell me what you mean by that.
2        A.  They just would hurt sometimes.
3        Q.  What would hurt?
4        A.  My legs, my knees, or basically this knee
5    right here, the right knee.  But I mean nothing
6    excruciating.  Nothing, never no numbness, never no
7    tingling.  Just like oh, man, my legs are hurting
8    today, but basically that's it.
9        Q.  Was that pain that would radiate, go down
10   your legs or any of that or just an ache?
11       A.  Just an ache.
12       Q.  In that same time period of 2011 to May of
13   2015, when you were incarcerated did you work out
14   here at any of the facilities?
15       A.  No.  Never worked out.  I get crap for it
16   every day.
17       Q.  Did you play any sports?
18       A.  No.
19       Q.  Did you do anything in the yard?
20       A.  No.  Just walked the track or run the track.
21   Jog, I really like doing that.
22       Q.  Did you have any injuries that you can think
23   of in 2011 to 2015?
24       A.  No.

Page 40

1        Q.  Or '14.  Sorry.
2        A.  No, I don't think so.  Not that I can
3    remember.
4        Q.  So in May of 2014, is that the first time
5    that you felt this tingling and numbness?
6        A.  Yes.
7        Q.  And where did you feel it?
8        A.  I felt it in my right arm and hands and
9    fingers.  It's like I couldn't get it to go away.
10   Then it radiated to the other side and my other
11   fingertips, my wrists, my elbows, shoulder blade, my
12   neck, and then my lower back just kept getting worse
13   and worse and worse and worse and worse.
14       Q.  And you said then it progressed to different
15   parts of your body?
16       MS. ROCHE:  Objection, form.
17       MS. KINKADE:  Q  Can you explain that
18   timeline a little bit better for us?  When did things
19   start to progress?
20       MS. ROCHE:  Sorry.  Objection, form.  Sorry
21   I cut you off.
22       MS. KINKADE:  Okay.
23       THE DEPONENT:  It rapidly started getting
24   worse.  I remember when I first went to the doctor

10 (Pages 37 to 40)

**GERRY ARMBRUSTER  10/24/2017**

Page 41

```
 1    and I talked to him.  I said look, something's the
 2    matter.  It's tingling, it's numb, it's hurting, and
 3    I made so many different visits there I don't
 4    remember each conversation, but I just know it kept
 5    getting worse and worse and worse and then my
 6    walking, I was really having a difficult time waking.
 7    My right leg would just drag and just kept getting
 8    worse.
 9         MS. KINKADE:  Q  Okay.  I can go through
10    some dates with you to kind of help you with the
11    timeline, but at first it sounds like in May it was
12    just your right hand?
13         A.  Yeah, it started on my right side.  I
14    remember when I tried to write a letter and I
15    couldn't hold a pen or a pencil because it was
16    stinging so bad and it was so difficult.
17         Q.  What did you think was going on?
18         A.  I had no idea.  I mean --
19         MS. ROCHE:  Objection, form to the extent
20    that it calls for a medical conclusion.  I'd just
21    like to speak to you for a second to let me interject
22    if I need to.
23         THE DEPONENT:  Okay.
24         MS. ROCHE:  You can go ahead and, or reask
```

Page 42

```
 1    your question.
 2         THE DEPONENT:  What was your question again?
 3         MS. KINKADE:  Q  What did you think was
 4    going on?
 5         A.  Just sleeping on my arm, you know.  That's
 6    happened before.  Going to asleep.
 7         Q.  Do you remember when you first told medical
 8    staff --
 9         A.  No.
10         Q.  -- about that?
11         A.  There's multiple nurses.  I can't remember
12    who.  I can't remember their names, who they were.
13         Q.  I'm going to talk about some of the nurses
14    first and then I'm going to talk about Dr. Shah.
15    Okay?
16         A.  Okay.  Before you do, I've got to use the
17    restroom really, really bad.
18         (Wherein, a recess was taken at 11:42.)
19         (Back on the record at 11:48.)
20         MS. KINKADE:  Q  We're back on the record
21    and you're still under oath.  Do you understand that?
22         A.  Yes.
23         Q.  Okay.  So I was saying I'm going to talk
24    about the nurses and then I'm going to talk about
```

Page 43

```
 1    Dr. Shah after that.  Okay?
 2         Q.  What do you believe that Ms. Wilford did
 3    wrong?
 4         MS. ROCHE:  Objection, form.
 5         THE DEPONENT:  I don't remember Ms. Wilford.
 6    I don't know which, I don't know the nurses.  I
 7    don't, they always had their badge turned backwards,
 8    so I never knew who they were.  So I don't know who
 9    did what.
10         MS. KINKADE:  Q  Sitting here today, you
11    don't know what they even look like.  Is that fair to
12    say?
13         A.  Yes.
14         Q.  Okay.  Same question for Ms. Hardin.  Do you
15    sitting here today know who Ms. Hardin is?
16         MS. ROCHE:  Objection, form.
17         THE DEPONENT:  No, I do not.  She's a nurse.
18    That's all I know.
19         MS. KINKADE:  Q  Same question with Ms.
20    Johnson, the Defendant in this case.  Sitting here
21    today, do you know who she is?
22         A.  No.
23         Q.  Same question with Ms. Maston.  Sitting
24    today, do you know who she is?
```

Page 44

```
 1         A.  No.
 2         MS. ROCHE:  Objection, form.
 3         MS. KINKADE:  Q  Ms. Bennett.  Sitting here
 4    today, do you know who she is?
 5         A.  No.
 6         MS. ROCHE:  Objection, form.
 7         MS. KINKADE:  Q  And then Ms. Davis.  Siting
 8    here today, do you know who Ms. Davis is?
 9         MS. ROCHE:  Objection, form.
10         THE DEPONENT:  No.
11         MS. KINKADE:  Q  So you understand that
12    they've been named as Defendants in your case.  The
13    allegation is that they were deliberately indifferent
14    to you.  You understand that, right?
15         A.  Yes.
16         Q.  Can you explain to me how they were
17    deliberately indifferent to you individually starting
18    with Ms. Wilford?
19         MS. ROCHE:  Objection to the extent that it
20    calls for a legal conclusion.
21         THE DEPONENT:  Just to move on?
22         MS. KINKADE:  Q  You can answer.
23         A.  Okay.  I got confused there.  Repeat the
24    question, please.
```

11 (Pages 41 to 44)

GERRY ARMBRUSTER  10/24/2017

Page 45

1    Q.  So the allegation in your complaint against
2  Ms. Wilford is that she was deliberately indifferent
3  to you.  My question is what do you think she did
4  that made, that makes her a Defendant in this case?
5       MS. ROCHE:  Same objection.
6       THE DEPONENT:  Well, since I don't remember
7  what nurse did what, I can't really answer that when
8  it's hard for me to answer because I don't remember.
9  I basically remember going there multiple times
10 asking for help and I actually got no help.  So I
11 really don't know how to answer that question because
12 I don't remember who the person was I talked to.
13      MS. KINKADE:  Q  Okay.  In coming up with
14 who you decided to name in this lawsuit, do you rely
15 on the medical records?
16      A.  Say that again.
17      Q.  In coming up with the names of who you named
18 as Defendants in this case, are you relying on the
19 medical records to come up with their names?
20      MS. ROCHE:  Objection, form.
21      THE DEPONENT:  Yes.
22      MS. KINKADE:  Q  Okay.  So is it fair to say
23 the medical records would be the best evidence of who
24 did what treatment to you?

Page 46

1       A.  Yes.
2       MS. ROCHE:  Objection, form to the extent
3  that it calls for a legal conclusion.  If you'd just
4  give me a chance to --
5       THE DEPONENT:  Sorry.
6       MS. ROCHE:  -- interject.  That's okay.
7       MS. KINKADE:  Q  Just so I understand, you
8  can't answer this specifically to each nurse, but
9  generally what do you believe the nurses should have
10 done?
11      MS. ROCHE:  Objection to the extent it calls
12 for a medical conclusion.
13      THE DEPONENT:  Well, I don't know because
14 I'm not a doctor.  I believe they should have done
15 something.  It was really, really bad.  It was very
16 obvious that I had a problem and when I left that
17 office, I felt the same way as I did when I got
18 there.  So I don't know how to answer that question
19 other than that.
20      MS. KINKADE:  Q  Do you know, and if you
21 don't know that's fine, do you know if there's
22 anything within their experience or training as
23 nurses that they could have done to help you?
24      MR. ROCHE:  Objection to the extent that it

Page 47

1  calls for a medical conclusion.
2       THE DEPONENT:  Repeat the question again.
3       MS. KINKADE:  Q  Do you know if there's
4  anything within their experience or training that
5  they could have done as nurses to help your problem?
6       MS. ROCHE:  Same objection.
7       THE DEPONENT:  I would think so, but no, I
8  don't know what their qualifications are.
9       MS. KINKADE:  Q  And at the facility is it,
10 tell me if I'm getting this wrong.  When you put in a
11 sick call there are some things nurses can do with
12 your complaints like give you Ibuprofen or Tylenol.
13 Is that fair?
14      A.  Yes.
15      Q.  And then sometimes they have to refer you to
16 a doctor if it's outside their scope of care.  Is
17 that right?
18      MR. ROCHE:  Objection, form, foundation.
19      THE DEPONENT:  Yes.
20      MS. KINKADE:  Q  And in this case you'd
21 agree that you did at least see a doctor numerous
22 times about your complaints.
23      A.  Yes.
24      Q.  Okay.  So anything else that you think the

Page 48

1  nurses should have done or did wrong?
2       A.  Well --
3       MS. ROCHE:  Objection to the extent that it
4  calls for a medical conclusion.
5       THE DEPONENT:  Sorry, Katie.
6       MS. ROCHE:  That's okay.
7       THE DEPONENT:  One thing I do remember.  I
8  remember talking to a nurse.  I don't know which one
9  it was.  I was explaining these issues and how
10 they're getting worse and I remember her saying well,
11 Wexford, Wexford and Switt's (sp) not going to send
12 you out, something like that.
13      I couldn't understand why she said that to
14 me because I knew I had problems.  I just didn't know
15 what was the matter with me and that was pretty much
16 it.  Every day and every time I went there, just kept
17 getting worse.
18      MS. KINKADE:  Q  Do you think that nurse had
19 any authority to send you out?
20      MS. ROCHE:  Objection, form and foundation.
21      THE DEPONENT:  I think she had some control,
22 yeah.  She could have alerted hey, look, this guy's
23 getting worse and worse and worse and worse and worse
24 and worse, but no.  Yeah, I know.  I think she had

12 (Pages 45 to 48)

**GERRY ARMBRUSTER  10/24/2017**

Page 49

1  some kind of authority.  More than I had, you know.
2  She could have done something.
3      MS. KINKADE:  Q  Okay.  And what is it that
4  you think she would have done?
5      A.  Contacted her --
6      MS. ROCHE:  Objection, form and foundation.
7      THE DEPONENT:  Contacted her boss, her
8  supervisor, someone.  Say look, this guy's got
9  problems.
10     MS. KINKADE:  Q  Do you disagree that she
11 charted your complaints?
12     MS. ROCHE:  Objection, form, foundation.
13     THE DEPONENT:  I don't know.
14     MS. KINKADE:  Q  Okay.  Do you know whether
15 she did inform Dr. Shah of your complaints?
16     MR. ROCHE:  Objection, form, foundation.
17     THE DEPONENT:  I don't know.  I mean I know
18 some nurses did some things.  Some nurses, at some
19 point someone told the doctor something, yes.
20     MS. KINKADE:  Q  But again, it sounds like
21 you're kind of just relying on the medical records.
22     A.  Yeah.
23     MS. ROCHE:  Objection.
24     MS. KINKADE:  Q  And just so we're clear,

Page 50

1  since you first reported these symptoms in May of
2  2014, your complaints against the nurses ended in
3  September of 2014.  Is that right?
4      A.  Yes.
5      MS. ROCHE:  Objection, form, misstates the
6  record.
7      MS. KINKADE:  Q  Just so we're all clear,
8  your complaints about the nurses are just limited to
9  May through September of 2014.  Is that right?
10     A.  Yes.
11     Q.  Because before May, you didn't have any
12 symptoms.
13     A.  Right.
14     Q.  And after September you weren't in
15 Department of Corrections.
16     A.  Correct.
17     Q.  In your second amended complaint you allege
18 that over an eight day period you told each of the
19 nurses every day of your complaints of pain,
20 tingling, and numbness.  Are you basing that on the
21 medical records?
22     MS. ROCHE:  Objection, form.
23     THE DEPONENT:  Can you please ask the
24 question again?

Page 51

1      MS. KINKADE:  Q  Yeah.  In your second
2  amended complaint you allege that over an eight day
3  time period in May of 2014 you complained of pain,
4  tingling, and numbness in your shoulders, fingers,
5  and arms to each of the nurse defendants every day.
6      A.  Yes.
7      Q.  Is that based on the medical records?
8      MS. ROCHE:  Objection, form.
9      THE DEPONENT:  That's based on some of the
10 things I remember.  I remember talking to several
11 nurses and I remember every time there would be a
12 nurse I'd be telling them what's going on.  So I
13 remember, I remember, yeah.  I remember, I remember
14 talking to them.
15     MS. KINKADE:  Q  Okay.  And you're not
16 alleging that all, let's see, there's three, four,
17 five, all six nurses worked every single day those
18 eight days.  Right?
19     A.  Say it again?
20     Q.  So the allegation that you complained every
21 day to them for eight days, you're not alleging that
22 all six of them worked every day for eight days.
23 Right?
24     A.  Yeah.  They wasn't all present at the exact

Page 52

1  same time.  It was a different nurse each time I
2  would go.
3      Q.  Is it fair to say that you complained to
4  someone each of those eight days and not each of
5  them?
6      A.  Yes.
7      Q.  Okay.  And if you don't remember, just let
8  me know.  The medical records that I've reviewed
9  indicate that on May 13th, 2014 you met with Ms.
10 Wilford about your complaints in your right shoulder
11 blade and arms of tingling and hurting.  Does that
12 sound right?
13     MS. ROCHE:  Objection, form.  You maybe want
14 to put a document in front of him or something that
15 he can verify what you're saying?
16     MS. KINKADE:  I just want to ask based on
17 his memory first.
18     THE DEPONENT:  I don't know.  I've been
19 there so many different times I don't remember who I
20 spoke to.
21     MS. KINKADE:  Q  Okay.  Would it refresh
22 your recollection to see a medical record?
23     A.  No, because, no, it wouldn't because I don't
24 remember.  I don't remember who I spoke to.  I don't

13 (Pages 49 to 52)

## GERRY ARMBRUSTER  10/24/2017

Page 53

1  know them by their names.  If I knew them by their
2  names, that would definitely help me out, but I
3  didn't know them by their names.
4        Q.  Well, do you disagree that you saw a nurse
5  on May 13th with those complaints of 2014?
6        A.  Ask me again.
7        Q.  Do you disagree that you saw a nurse and
8  made those complaints on May 13th, 2014?
9        A.  No, I don't disagree.
10       Q.  Do you disagree that you saw the doctor the
11  next day?
12       A.  I don't know.
13          MS. ROCHE:  Objection, form.
14          THE DEPONENT:  I know I seen the doctor
15  multiple times.  I don't want to say I seen him on
16  that following day, but I think I did.  I know I seen
17  the doctor multiple times, but I can't remember what
18  day.
19          MS. KINKADE:  Q  And I'm going to go into
20  this a little bit more with Dr. Shah, but do you
21  remember that at some point you had high blood
22  pressure and you were to be monitored every day twice
23  a day for about a week?
24       A.  Yes.

Page 54

1        Q.  Is that the time period that you're alleging
2  that you talked to these nurses for eight days?
3          MS. ROCHE:  Objection, form.
4          THE DEPONENT:  Yeah.  I mean some of the
5  times I was there.  My, if I remember right the first
6  time I went there was for all these problems that I
7  had and while they did the blood pressure thing every
8  day I went, I complained to them about all these
9  problems I'm having.
10          MS. KINKADE:  Q  Okay.  At the conclusion of
11  your week long blood pressure monitoring, do you
12  disagree that you saw the doctor again on May 28th,
13  2014?
14          MS. ROCHE:  Objection, form.
15          THE DEPONENT:  Do I disagree?  I don't
16  remember.
17          MS. KINKADE:  Q  Do you remember seeing him
18  a second time in May relating to your complaints of
19  pain and tingling?
20       A.  Yeah, I seen him multiple times.  I just
21  don't remember the dates.
22       Q.  In your second amended complaint you allege
23  from September 4th of 2014, so near the time that you
24  were leaving, you saw Nurse Maston, Phyllis Maston,

Page 55

1  and complained of pain, numbness and difficulty
2  walking.  Do you remember that as your allegation?
3        A.  Yes, yes.
4        Q.  And --
5        A.  Well, yes, but I don't remember who it was I
6  spoke to.
7        Q.  Okay.  Okay.  The nurse that you spoke to,
8  do you disagree that your complaint was for Naprosyn,
9  for back throbbing?  Does that sound right?
10          MS. ROCHE:  Objection, form.
11          THE DEPONENT:  I don't remember what the
12  issue was.  I remember the Naproxen.  I remember
13  getting the Naproxen, but I had so many multiple
14  complaints at that time I don't remember one specific
15  thing.  I just had problems.
16          MS. KINKADE:  Q  Okay.  And I'm focusing on,
17  this is towards the end of your stay before you were
18  released.  Do you remember that the day after you
19  complained to the nurse that the facility went on
20  lockdown near the end of your stay?
21          MS. ROCHE:  Objection, foundation.
22          THE DEPONENT:  I don't remember it ever
23  going on lockdown.
24          MS. KINKADE:  Okay.

Page 56

1          THE DEPONENT:  I don't remember it.  I don't
2  remember going on lockdown.
3          MS. KINKADE:  Q  Okay.  So you don't
4  remember you were supposed to see the doctor, but you
5  had to reschedule because of a lockdown?
6        A.  No, no.
7        Q.  Do you remember on September 9th you
8  rescheduled date with the doctor for the Naproxen you
9  actually signed a refusal because you were leaving on
10  Monday and you didn't want to be seen?
11       A.  I don't remember.
12       Q.  If I showed you a document where you signed
13  it refusing it, would that refresh your recollection?
14       A.  I don't know.  I'd have to see it.
15       Q.  See if I can find it.
16          (Exhibit 1, refusal, was marked for
17  identification.)
18          MS. KINKADE:  Q  I'm showing you Exhibit 1.
19  Does that look like a medical record of yours?
20       A.  It does look like a medical record.
21       Q.  Do you see the date on there, September 9th
22  of 2014?
23       A.
24       Q.  Does that refresh your recollection about

14 (Pages 53 to 56)

GERRY ARMBRUSTER  10/24/2017

Page 57

1   refusing any care that day because you were leaving
2   the facility?
3        A.   No, it doesn't.  I can't read none of it,
4   but yeah, I don't really remember.  There's a lot of
5   things going on right before I was released.
6        Q.   Fair enough.  Let me ask you it this way.
7   Are you disagreeing that this happened or do you just
8   not recall?
9        A.   Do not recall.
10       Q.   Okay.  Is there anything else that you are
11   alleging against the nurse defendants that we have
12   not talked about already?
13            MS. ROCHE:  Objection, form, and to the
14   extent it calls for a legal conclusion.
15       A.   Not that I can think of.
16            MS. KINKADE:  Q  If you think of anything
17   let me know and we'll go back.
18       A.   Okay.
19       Q.   Okay?  So you might not remember dates, but
20   I'm going to try and help you remember the times that
21   you saw Dr. Shah.  Okay?  The first time, well, let
22   me back up.
23            Before May of 2014 you'd seen Dr. Shah many
24   times.  Right?

Page 58

1            MS. ROCHE:  Objection, form.
2            THE DEPONENT:  I don't know.
3            MS. KINKADE:  Q  Do you remember seeing him
4   about complaints for pain in your knees and for GERD,
5   for the heartburn?
6        A.   Yes.  Yeah.
7        Q.   And those complaints have nothing to do with
8   this case.  Right?
9        A.   No.
10       Q.   Okay.
11       A.   No.
12       Q.   Okay.  But you had seen Dr. Shah as a
13   physician before your complaint in this case?
14       A.   Yes.
15       Q.   Okay.  The first time that you saw Dr. Shah,
16   do you disagree that it was on or about May 14th of
17   2014?
18       A.   I, yeah, I had to have seen him before then
19   at some point.
20       Q.   For your complaints about pain and numbing
21   and tingling?
22       A.   No.
23       Q.   Okay.  In April, just a month before, had
24   you seen him about painful urination?

Page 59

1        A.   I don't remember.
2        Q.   Okay.  Do you remember having blood tests
3   ordered at that time?
4        A.   Uh-uh.
5        Q.   No?
6        A.   No.
7        Q.   Okay.  So when you saw Dr. Shah on May 14th
8   of 2014, tell me what your complaints were at that
9   time, the first time you saw him.
10           MS. ROCHE:  Objection, form.
11           THE DEPONENT:  I don't really remember.  I
12   remember just my hands and the stinging and the
13   burning and the pains I was going through in my
14   hands.
15           MS. KINKADE:  Q  Did he ask you about any
16   history of injury?
17       A.   I'm sure he did.
18       Q.   Did you report a history of any injury?
19       A.   I'm sure I told him about my legs at some
20   point.
21       Q.   What about any other injuries?
22       A.   I don't remember.
23       Q.   Okay.  Do you remember, I had a hard time
24   reading it, telling a nurse before your meeting with

Page 60

1   Dr. Shah that you were picking up either trays or
2   trash?
3            MS. ROCHE:  Objection, form.
4            THE DEPONENT:  My job was Safety Sanitation
5   and what I did was filled bottles up, little Windex
6   bottles and dropped them off at other housing units.
7   So that's what I remember.
8            MS. KINKADE:  Q  Okay.  Was there a specific
9   incident where you picked up a tray or trash?
10           MS. ROCHE:  Objection, form.
11           THE DEPONENT:  I don't understand the
12   question.
13           MS. KINKADE:  Q  Okay.  Was there a time
14   that you picked up something as a part of your work
15   that you experienced these symptoms and you told it
16   to a nurse?
17       A.   Yes.  One day I was picking up my toxic
18   trays.  Lifted up, my back started hurting.  Then
19   real sharp pain, but I mean I remember that.  I
20   remember dropping them off, yeah.
21       Q.   How heavy are the trays?
22       A.   They're really light.  There's no weight to
23   them.
24       Q.   Okay.  Why did you call them toxic?

15 (Pages 57 to 60)

# GERRY ARMBRUSTER  10/24/2017

## Page 61

1    A.  Because the job is Safety Sanitation and the
2  bottles are where all the chemicals come in, your
3  bleach, your Windex and stuff like that.
4    Q.  Okay.  Do you think picking up the tray
5  caused you to injure anything?
6    A.  I don't know.
7    Q.  Okay.  Other than the gunshot wounds and
8  picking up the trays, did you report any other
9  injury?
10    MS. ROCHE:  Objection, form.
11    THE DEPONENT:  I don't remember.
12    MS. KINKADE:  Q  Did you report ever having
13  these conditions before?
14    A.  No.
15    Q.  The pain, numbing and tingling?
16    MS. ROCHE:  Objection, form.
17    THE DEPONENT:  No, I don't think so.
18    MS. KINKADE:  Q  Did you not report them
19  because you hadn't had them before?
20    A.  Yes.
21    Q.  That first time you saw Dr. Shah about your
22  complaints of pain, numbing and tingling, did he do
23  an exam?
24    A.  I don't remember.

## Page 62

1    Q.  Is it possible that he did a neurological
2  exam and you don't remember it?
3    A.  Yes.
4    Q.  Do you remember him checking the range of
5  motion in your back and arms?
6    MS. ROCHE:  Objection, form.
7    THE DEPONENT:  I don't know.
8    MS. KINKADE:  Q  You don't remember?
9    A.  Yeah.  I have no idea what tests or
10  different, you know, I don't know.
11    Q.  Do you disagree that he tested your grip and
12  leg raises?
13    A.  I remember him testing my hand, doing
14  something with my hand, but I don't remember nothing
15  about the leg.
16    Q.  Do you disagree that he checked, felt your
17  spine and checked the range of motion in your neck?
18    MS. ROCHE:  Objection, form.
19    THE DEPONENT:  I want to say yeah, but I
20  just can't be a hundred percent sure.
21    MS. KINKADE:  Q  Okay.  Yes, you disagree,
22  or yes, you remember him doing it?
23    MS. ROCHE:  Object to the form.
24    THE DEPONENT:  That's a good question.  I

## Page 63

1  don't know how to answer that one.  I know I remember
2  the hand thing.  I remember talking to him, yes.
3    MS. KINKADE:  Q  Yes what?
4    A.  Yes, I remember talking to him.
5    Q.  Okay.
6    A.  I don't remember all the tests that he had
7  done.
8    Q.  Okay.  With regards to your neck, do you
9  remember him doing anything to your neck?
10    MR. BOOSE:  Objection, form, vague as to
11  time frame.  Do you have a specific date?
12    MS. KINKADE:  Q  You can answer.
13    A.  No, I don't remember him doing anything with
14  my neck.
15    MS. KINKADE:  Q  As we sit here today, do
16  you believe that on that first visit with Dr. Shah
17  that he did nothing to your neck?
18    MS. ROCHE:  Objection, form.
19    THE DEPONENT:  Yes.
20    MS. KINKADE:  Q  Do you remember him talking
21  to you about having no neurological deficits?
22    MS. ROCHE:  Objection, form.
23    THE DEPONENT:  I remember talking to him.  I
24  don't remember everything that he had said, so I

## Page 64

1  don't remember.
2    MS. KINKADE:  Q  Do you remember him talking
3  to you about what the potential causes are of
4  numbness in your hands?
5    MS. ROCHE:  Objection, form.
6    THE DEPONENT:  Yeah.
7    MS. KINKADE:  Q  Okay.  What do you remember
8  about that?
9    A.  I remember him telling me you're okay.
10  You're dehydrated and you need water and I'm like
11  what?  I knew something was the matter with myself.
12  He was telling me I needed to drink water.  That's
13  what I remember.  It aggravates me just thinking
14  about it.
15    MS. KINKADE:  Q  Okay.  I don't want to
16  aggravate you.  Do you need a break?
17    A.  No, no, no.
18    Q.  Did he talk to you about arthritis being a
19  possible cause of numbness?
20    A.  No.
21    MS. ROCHE:  Objection, form.
22    MS. KINKADE:  Q  Do you remember him talking
23  to you about obesity being a possible cause of
24  numbness?

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com          Phone: 1.800.280.3376          Fax: 314.644.1334

**GERRY ARMBRUSTER  10/24/2017**

Page 65

1    A.  No.
2    Q.  Why are you laughing?
3    A.  Because I, I don't know why he would say
4    that.  I just don't see that part of the
5    conversation.  No, I don't remember that at all.
6    Q.  Okay.  Do you remember him talking to you
7    about high blood pressure being a possible cause of
8    numbness?
9    A.  No.
10   Q.  Do you remember him talking to you about a
11   history of drug abuse can be a possible cause of
12   numbness?
13   A.  No.
14   Q.  And then what about diabetes?  Did he talk
15   to you about that being a possible cause of numbness?
16   A.  I don't remember any mention, nothing about
17   diabetes.
18   Q.  At that time, May 14th of 2014, do you know
19   what your BMI was at that time?
20   MS. ROCHE:  Can you repeat that?
21   MS. KINKADE:  Q  Do you know what your BMI,
22   body mass index was at that time?
23   A.  No.
24   Q.  Do you have any idea?

Page 66

1    A.  No.
2    Q.  Do you disagree that you had arthritis at
3    that time?
4    MS. ROCHE:  Objection, form.
5    THE DEPONENT:  No, I don't disagree.
6    MS. KINKADE:  Q  Did you have high blood
7    pressure at that time?
8    A.  I'm sure I did.  I think so, yes.
9    Q.  And we've actually already talked.  You have
10   a history of drug use and abuse?
11   A.  Yes.
12   Q.  And at that time do you know if you had
13   diabetes or not?
14   A.  I did not.
15   Q.  Do you remember being instructed on back and
16   hand exercises on May 14th, 2014 to see if that
17   alleviated your symptoms?
18   A.  I don't know.  I don't remember.
19   Q.  You don't remember.  Do you remember being
20   prescribed Ibuprofen and a follow-up in two weeks?
21   A.  No.  I mean I've been taking that medication
22   the whole time I was incarcerated, so I don't
23   remember that.  Not to say he didn't renew it.
24   Q.  And do you remember that was the start of

Page 67

1    your hypertension monitoring for your blood pressure?
2    A.  Ask me again.
3    Q.  Do you remember that May 14th, 2014 at the
4    conclusion of that visit began your monitoring for
5    your high blood pressure?
6    A.  Yes.
7    Q.  And that monitoring was twice a day?
8    A.  I believe so, yes.
9    Q.  A nurse would come in and check your blood
10   pressure?
11   A.  No.  I had to go to them.
12   Q.  Okay.  You had to go to the nurse once in
13   the morning and once in the afternoon?
14   A.  I believe so.
15   Q.  And they would monitor what your blood
16   pressure was?
17   A.  Yes.
18   Q.  Okay.  And that's not something that
19   happened for every inmate.  Right?
20   MS. ROCHE:  Objection, form.
21   THE DEPONENT:  I'm not sure.
22   MS. KINKADE:  Q  So to your knowledge, do
23   inmates every day go in the morning and the afternoon
24   to check their blood pressure?

Page 68

1    A.  There is a lot of inmates that do that, yes.
2    But I don't know what they do, whether they go there
3    in the morning and they go there in the afternoon.
4    Q.  Did you ever do that before May 14th, 2014?
5    A.  No.
6    Q.  No?
7    A.  No.  Not that I can remember, no.
8    Q.  After you had that week long monitoring of
9    your blood pressure, do you remember seeing Dr. Shah
10   again May 28th, 2014?
11   A.  I remember seeing him, but I don't know what
12   date it was.
13   Q.  It was a couple of weeks after the first
14   time, give or take.  Is that fair?
15   A.  Yeah.
16   Q.  Do you remember what you complained of that
17   day specifically?
18   MS. ROCHE:  Objection, form.
19   THE DEPONENT:  I don't remember what I spoke
20   to him exactly on that day, but most every encounter
21   after May, beginning of May was about my issues that
22   I was having.
23   MS. KINKADE:  Q  Does it sound accurate that
24   you complained of low back pain, groin pain, tingling

17 (Pages 65 to 68)

GERRY ARMBRUSTER  10/24/2017

Page 69

1    and numbness?
2        A.  Yes.
3        MS. ROCHE:  Objection, form.
4        MS. KINKADE:  Q  Do you remember Dr. Shah
5    conducting another neurological exam at that time?
6        MS. ROCHE:  Objection, form.
7        THE DEPONENT:  No.
8        MS. KINKADE:  Q  Do you not remember or do
9    you disagree that it happened?
10        A.  I don't remember.
11        Q.  Do you remember discussing the possible,
12    possibility of arthritis versus lumbar sprain
13    contributing to your symptoms?
14        MS. ROCHE:  Objection, form.
15        THE DEPONENT:  Can you say that again?  I
16    couldn't hear you.
17        MS. KINKADE:  Q  It's so loud.  Do you
18    remember having a conversation about arthritis versus
19    a lumbar sprain contributing to your symptoms?
20        A.  No.
21        Q.  Do you remember him talking about ordering
22    several labs?
23        MS. ROCHE:  Objection, form.
24        THE DEPONENT:  I remember him ordering

Page 70

1    x-rays to my legs.
2        MS. KINKADE:  Q  We're not there yet.
3        A.  That's what I remember.
4        Q.  Okay.  Do you remember an EKG?
5        MS. ROCHE:  Objection, form.
6        THE DEPONENT:  No.
7        MS. KINKADE:  Q  Do you remember having
8    blood taken for a metabolic profile, blood count and
9    lipids?
10        A.  No.
11        Q.  Okay.  Do you remember having your blood
12    taken at all at the end of May 2014?
13        A.  No, I don't remember.
14        Q.  And again, do you disagree that that
15    happened or do you just not remember?
16        A.  Just don't remember.
17        Q.  At the conclusion of that blood pressure
18    monitoring, do you agree that Dr. Shah started you on
19    a diuretic and blood pressure medicine?
20        MS. ROCHE:  Objection, form.
21        THE DEPONENT:  Q  I don't know what the
22    diuretic part is.  I remember blood pressure.
23        MS. KINKADE:  Q  There were two
24    prescriptions?

Page 71

1        A.  I want to say yes, but I'm not sure.
2        Q.  Okay.  Do you remember seeing Dr. Shah about
3    a week later the beginning of June, June 3rd of 2014?
4        A.  He, I remember seeing him.  I don't remember
5    the date a hundred percent.
6        Q.  Okay.  You were complaining about body
7    aches.
8        MS. ROCHE:  Objection, form.
9        THE DEPONENT:  I don't remember.
10        MS. KINKADE:  Q  Do you disagree that
11    Dr. Shah did a neurological assessment on that date,
12    June 3rd, 2014 as well?
13        A.  I'm not sure.  I don't know.
14        MS. ROCHE:  Objection, form.  I don't know
15    if I said that out loud.  Sorry.
16        THE DEPONENT:  I don't know.
17        MS. KINKADE:  Q  Okay.  Do you remember
18    talking about the results of the labs that you had
19    taken on the previous exam?
20        A.  No, I don't remember.
21        Q.  Do you remember having a conversation about
22    being borderline diabetic and needing additional
23    tests?
24        A.  No, I definitely don't remember that.

Page 72

1        Q.  Okay.  That same visit I believe you talked
2    about switching from Ibuprofen to Naproxen.  Do you
3    remember that?
4        MS. ROCHE:  Objection, form.
5        THE DEPONENT:  No.  No, I don't.
6        MS. KINKADE:  Q  Did you not like Ibuprofen
7    and wanted to switch to Naproxen?
8        A.  Well, I don't know the difference between
9    Naproxen and Ibuprofen, but I just remember trying to
10    figure out what was the matter with me and explaining
11    it to the doctor.
12        So I don't know.  I couldn't get no help.  I
13    couldn't figure out what the problem was and I tried
14    to get his help and I don't know the difference
15    between one or the other.  I don't know why he
16    switched it or was wanting to switch it.
17        Q.  So you don't think that you said that you
18    had any issues with taking Ibuprofen?
19        A.  I don't know.
20        Q.  Okay.  And at this point you were still
21    being treated with the medication for high blood
22    pressure?
23        MS. ROCHE:  Objection, form.
24        THE DEPONENT:  I believe so.

18 (Pages 69 to 72)

**GERRY ARMBRUSTER  10/24/2017**

---

Page 73

1    MS. KINKADE:  Q  So you said you don't
2  remember a conversation about being borderline
3  diabetic.  Do you remember talking at all about
4  diabetes?
5    A.  No.
6    MS. ROCHE:  Objection, form.
7    MS. KINKADE:  Q  I mean earlier you said
8  you're not a doctor and I'm just asking you what your
9  opinion is.  I'm not asking you for a medical
10  opinion, but do you disagree that diabetes could
11  cause tingling in your hands?
12    MS. ROCHE:  Objection, vague, to the extent
13  it calls for a medical conclusion.
14    THE DEPONENT:  I have no idea.
15    MS. KINKADE:  Q  And same question for high
16  blood pressure.  Do you disagree that it could cause
17  tingling in your hands?
18    A.  I don't know.
19    MS. ROCHE:  Objection to the extent it calls
20  for a medical conclusion.
21    MS. KINKADE:  Q  After that third
22  appointment with Dr. Shah on or about June 3rd of
23  2014, do you remember having another lab done for
24  your hemoglobin?

---

Page 74

1    A.  No.
2    Q.  Okay.  Do you disagree that you had another
3  blood test done?
4    A.  I don't disagree.  I don't know.
5    Q.  And you were told to return in two weeks?
6    A.  I don't remember.
7    Q.  Okay.  Sorry.  I have to ask all these
8  questions and see what you do remember.  Okay?
9    A.  That's fine.
10    Q.  Okay.  June 17th, 2014 is the next time that
11  I show that you saw Dr. Shah.
12    A.  Okay.
13    Q.  And this may refresh your recollection.
14  There's a note in the chart that you were
15  argumentative that day.  Was there a day that you and
16  Dr. Shah had some words?
17    A.  There was probably more than --
18    MS. ROCHE:  Objection, form.
19    THE DEPONENT:  There was probably more than
20  one day.  There came a time where I was so pissed off
21  because I needed his help and he wouldn't do nothing.
22    MS. KINKADE:  Q  What did you want him to
23  do?
24    A.  Something.

---

Page 75

1    MS. ROCHE:  Objection, form to the extent
2  that it calls for a medical conclusion.
3    THE DEPONENT:  I had no idea what was the
4  matter with me.  None.  But him being a doctor, he's
5  got to know something because I'm not a doctor.  All
6  I knew is I couldn't walk right.
7    My hands and elbows and wrists and shoulder
8  blade, everything was jacked up.  I don't know what
9  he was supposed to do, but he sure didn't do
10  anything.
11    MS. KINKADE:  Q  And when you say he didn't
12  do anything, you don't disagree that he ordered
13  numerous labs so far up into the timeline that we've
14  gotten to?
15    MS. ROCHE:  Objection, form.
16    THE DEPONENT:  Yeah.  He's, I would say he
17  did something as far as that goes, but I just don't
18  remember all the times like you say he drew blood and
19  stuff.  I don't remember that.
20    MS. KINKADE:  Q  That June 17th, 2014
21  examination, do you remember him doing a back
22  examination?
23    MS. ROCHE:  Objection, form.
24    THE DEPONENT:  What was it?  Say it again,

---

Page 76

1  please?
2    MS. KINKADE:  Q  June 17th, 2014.  This will
3  be the fourth time that you saw him.
4    A.  I'm not sure.
5    Q.  At that appointment your hemoglobin test
6  came back and he said you did not have diabetes.  Do
7  you remember that?
8    A.  No.
9    Q.  Okay.  And do you remember having a
10  conversation about arthritis being a possible cause
11  of your symptoms?
12    MS. ROCHE:  Objection, form.
13    THE DEPONENT:  Maybe.
14    MS. KINKADE:  Q  And at that point he
15  ordered an x-ray of your knees.  You remember that.
16  Right?  You brought it up earlier.
17    A.  Yes.
18    Q.  What was your understanding of why you were
19  having x-ray of your knees?
20    MS. ROCHE:  Objection, form, to the extent
21  it calls for a medical conclusion.
22    THE DEPONENT:  I had no, no reason.  I
23  didn't know why he was doing it.
24    MS. KINKADE:  Q  Do you remember seeing the

---

19 (Pages 73 to 76)

GERRY ARMBRUSTER  10/24/2017

Page 77

1    doctor again in a week on June 23rd, 2014?
2       A.  Very possible.
3       Q.  Do you remember saying that you were feeling
4    better and you had minimal numbness in the tip of
5    your fingers?
6       A.  No.
7          MS. ROCHE:  Objection, form.
8          MS. KINKADE:  Q  Do you not remember saying
9    that or do you disagree that you said that?
10      A.  I disagree, but I'm not a hundred percent
11   sure.
12      Q.  Okay.  Do you remember if he did a
13   neurological exam on June 23rd, 2014?
14      A.  No.
15      Q.  Okay.  And do you remember him saying that
16   you had no neurological deficits?
17         MS. ROCHE:  Objection, form.
18         THE DEPONENT:  No, I don't remember him
19   saying that.
20         MS. KINKADE:  Q  Okay.  Do you remember at
21   any time hearing the phrase no neurological deficits?
22         MS. ROCHE:  Objection, form.
23         THE DEPONENT:  I'm not sure.
24         MS. KINKADE:  Q  Okay.  And by that phrase,

Page 78

1    I'm meaning as we're sitting here today that there
2    was no symptoms that showed up from the assessment,
3    meaning the neurological assessment was normal.
4       A.  I don't understand the question.
5       Q.  Okay.  Do you remember having a conversation
6    with Dr. Shah about the neuro assessment, the
7    neurological assessment being normal?
8       A.  No.
9       Q.  And again, do you not remember or do you
10   disagree that that happened?
11      A.  I don't remember.
12      Q.  The x-ray of your knees, did you discuss the
13   findings?
14         MS. ROCHE:  Objection, form.
15         THE DEPONENT:  I think so, but I don't
16   remember for sure.
17         MS. KINKADE:  Q  Do you agree that it showed
18   that you have arthritis in your right knee?
19      A.  I mean I don't remember.
20      Q.  At the beginning of the deposition
21   you mentioned that you have arthritis.  Is that what
22   you were referring to?
23      A.  Not that particular incident, but I've had
24   problems with arthritis for a long time in my legs.

Page 79

1       Q.  So you don't disagree that in June of 2014
2    that you had arthritis in your right knee?
3       A.  No, I don't disagree.
4       Q.  My last note of when you saw Dr. Shah was
5    July 2nd of 2014 when you complained about tingling
6    and numbness.  Does that sound accurate?
7       A.  Not sure.
8       Q.  Do you, well, let me first ask about
9    July 2nd.  So this would have been right before the
10   4th of July in 2014.  Do you remember complaining
11   about numbness and pain in your fingers?
12         MS. ROCHE:  Objection, form.
13         THE DEPONENT:  I do remember complaining
14   about all that, but I just don't remember all the
15   dates.
16         MS. KINKADE:  Q  Okay.  The last time you
17   saw Dr. Shah about those complaints, do you remember
18   him doing a neurological exam?
19      A.  I don't know.
20         MS. ROCHE:  Objection, form.
21         MS. KINKADE:  Q  You don't know?
22      A.  Not sure.
23      Q.  Okay.  Do you remember him specifically
24   checking your fingers?

Page 80

1          MS. ROCHE:  Objection, form.
2          THE DEPONENT:  I remember him doing
3    something with my right hand one time.  I don't
4    remember what it was.  I was having problems holding
5    a cup.  He was trying to, I had no grip.
6          Strength was really, really bad and he was
7    trying to check my strength.  There was something to
8    do with my hand.
9          MS. KINKADE:  Q  At that time were you
10   showing any symptoms?
11      A.  Sure I was.
12         MS. ROCHE:  Objection, form.
13         MS. KINKADE:  Q  Let me ask you this.
14   During the course of these couple of months that the
15   symptoms popped up, would they come and go?
16         MS. ROCHE:  Objection, form.
17         THE DEPONENT:  What I remember there was no
18   coming and going.  It was on every day.  It just kept
19   getting worse.  Wasn't like a headache.  It was
20   constant all the time.  It was pure hell.  That's the
21   best way I can explain that.
22         MS. KINKADE:  Q  Well, I ask because there
23   are times where you're unable to use objects.  Right?
24   Is that a yes?

20 (Pages 77 to 80)

**GERRY ARMBRUSTER 10/24/2017**

Page 81

1      MS. ROCHE: Objection, form.
2      THE DEPONENT: Objects being what?
3      MS. KINKADE: Q Like a pen or a cup as
4 you've explained.
5      A. Yes.
6      **Q. But then there were times that you have been**
7 **able to use a cup or a pen during those three months**
8 **from May to September 2014.**
9      MS. ROCHE: Objection, form, foundation.
10     THE DEPONENT: Yes.
11     MS. KINKADE: Q Okay. That's what I'm kind
12 of meaning by the symptoms would maybe get worse and
13 then maybe get a little better, get a little worse,
14 get better.
15     A. I get that.
16     **Q. Okay. Is that a fair way to characterize**
17 **it?**
18     A. Yeah.
19     **Q. And every time you saw Dr. Shah, were your**
20 **symptoms at their worst?**
21     A. I don't know.
22     **Q. You don't know. You don't know or they**
23 **weren't?**
24     A. I don't know.

Page 82

1      MS. ROCHE: Objection, form.
2      MS. KINKADE: Q On that last visit with
3 Dr. Shah around July 2nd, 2014, do you remember him
4 doing a complete cervical spine examination?
5      MS. ROCHE: Objection, form.
6      THE DEPONENT: I'm not sure.
7      MS. KINKADE: Q Do you remember him looking
8 all down the upper part of your back?
9      A. No.
10     **Q. Do you remember him talking to you about it**
11 **being full, meaning there's full range of motion?**
12     A. No.
13     **Q. During any of these visits I don't see**
14 **anywhere that you complained about neck pain. Is**
15 **that fair?**
16     MS. ROCHE: Objection, form.
17     THE DEPONENT: Sometimes my neck hurt, but
18 it was like, you're right, no. I never really
19 complained about it because the main problem wasn't
20 there that I knew of.
21     MS. KINKADE: Q In your hands. Right?
22     A. My hands, my elbows, my wrists, my shoulder,
23 my lower back, yeah.
24     **Q. At the point of September 2014, did you know**

Page 83

1 anything was wrong with your neck?
2     A. Say it again.
3     MS. ROCHE: Objection, form.
4     MS. KINKADE: Q In September 2014 did you
5 even know anything was wrong with your neck?
6     A. No, I had no idea.
7     **Q. Do you remember anytime after July 2nd, 2014**
8 **seeing Dr. Shah with regards to your complaints about**
9 **tingling and numbness?**
10     MS. ROCHE: Objection, form.
11     THE DEPONENT: Yes.
12     MS. KINKADE: Q When?
13     A. I believe I seen him at some point after
14 then and expressed my issues that I had.
15     **Q. When?**
16     A. I don't know the dates.
17     **Q. Approximately?**
18     A. You said July. Right?
19     **Q. Yeah.**
20     A. Some, I don't know. Sometime in that period
21 I want to say I seen him and talked to him about it.
22 I don't remember the exact date, so.
23     **Q. Okay. When do you think the last time was**
24 **that you talked to him about tingling and numbness?**

Page 84

1      MS. ROCHE: Objection, form.
2      THE DEPONENT: I'm not sure when.
3      MS. KINKADE: Q You saw him still for your
4 high blood pressure. Right? Because there is a
5 hypertension clinic that you went to.
6      A. Yes.
7      **Q. Okay. Do you remember seeing him in August**
8 **of 2014 for the hypertension clinic?**
9      A. I remember going there, but I don't remember
10 for sure if I seen him.
11     **Q. Okay. And at the hypertension clinic you**
12 **didn't express any numbness or pain or tingling. Is**
13 **that right?**
14     A. I don't know.
15     **Q. You don't remember?**
16     A. I don't remember.
17     **Q. Okay. All right. Anything else about**
18 **Dr. Shah's care of you that we have not talked about?**
19     MS. ROCHE: Objection, form.
20     THE DEPONENT: I want to say we covered
21 everything as far as that goes. I think that's it.
22     MS. KINKADE: Q Okay. If something else
23 comes up, just let me know. We can go back to it.
24 Okay?

21 (Pages 81 to 84)

GERRY ARMBRUSTER  10/24/2017

Page 85

1      September 2014 you got out of DOC.  Do you
2  remember what date?
3      A.  September 15th.
4      Q.  2014?
5      A.  Yes.
6      Q.  Where did you go?
7      A.  I went home.
8      Q.  In Granite City?
9      A.  Yes.
10      Q.  Were you living with your mom at that time?
11      A.  Mother and father, yes.
12      Q.  Anyone else live with you?
13      A.  I think my brother, Rodney, was living
14  there.
15      Q.  Did you have anything planned for when you
16  got out?  Any celebration or anything?
17      A.  No.
18      Q.  Okay.  Just back home?
19      A.  Just back home.
20      Q.  Did you use drugs or alcohol in September
21  2014?
22      A.  No.
23      MS. ROCHE:  Objection, form.
24      MS. KINKADE:  Q  Did you get in any fights?

Page 86

1      A.  No.
2      Q.  Did you have any car accidents?
3      A.  No.
4      Q.  Anything remarkable happen, notable happen
5  to you up until September 26th of 2014?
6      A.  Nothing.
7      Q.  And I know you've struggled with addiction a
8  long time.  So you're positive that after getting out
9  before September 26th, 2014 you didn't have a slip up
10  at all?
11      A.  A hundred percent positive.
12      Q.  A hundred percent.  Okay.  Did you have any
13  medical care before you reported to that clinic on
14  September 26th, 2014?
15      A.  What clinic?
16      Q.  Gateway, the clinic that you showed up.
17      A.  Okay.  Hospital.
18      Q.  Yeah.
19      A.  Did I have any right now?
20      Q.  Did you have any medical care before that?
21      A.  Only at Southwestern.
22      MS. ROCHE:  Object to the form.
23      MS. KINKADE:  Q  Okay.  So between leaving
24  the facility at IDOC on September 15th, 2014 you

Page 87

1  didn't have any medical care until September 26th of
2  2014?
3      A.  Right.
4      Q.  What caused you to go to the hospital?
5      A.  I couldn't take it no more.  It was hurting
6  so bad.
7      Q.  Were you still having those symptoms for
8  those 11 days in between getting out of the
9  Department of Corrections?
10      A.  Yeah.  I barely made it to the vehicle when
11  I walked out of Southwestern.  My mom had to help me.
12      Q.  When you went to the hospital, do you
13  remember what you complained of?
14      MR. BOOSE:  Objection, form.
15      THE DEPONENT:  Yes.
16      MS. KINKADE:  Q  What?
17      A.  Tingling, the numbness, the pain.
18  Everything we're discussing right now.
19      Q.  Okay.  Did you report pain in your lower
20  back, tingling and pain in your fingertips and elbow
21  pain?
22      A.  Yes.
23      Q.  Didn't mention any inability to walk?  Were
24  you able to walk?

Page 88

1      A.  Yes.
2      Q.  You were able to walk?
3      A.  Yeah.
4      Q.  You told them about your history of high
5  blood pressure?
6      A.  Uh-huh.
7      Q.  Is that a yes?
8      A.  Yes.  Sorry.
9      Q.  You didn't tell them about your history of
10  drug abuse.  Is that right?
11      A.  I don't remember.
12      Q.  Do you remember if they did a neurological
13  assessment of you?
14      MS. ROCHE:  Objection, form.
15      THE DEPONENT:  I don't.  I don't know for
16  sure.
17      MS. KINKADE:  Q  What do you remember them
18  doing?
19      A.  I remember going in the back.  They put me
20  in the ER room and I sat there until the doctor came
21  in there and went over everything with him.  He was
22  about to discharge me.  I was really, really upset.
23      I walked to the bathroom and as I was
24  walking out, he stopped me and he goes

22 (Pages 85 to 88)

Page 89

1  Mr. Armbruster, why are you walking that way.  I said
2  what the hell do you think I'm here for.  I need
3  help.
4       Went back in the ER room.  Then a technician
5  came.  He ordered an MRI.  Rolled a wheelchair.
6  That's when she said multiple sclerosis, whatever it
7  was we talked about earlier.  Did the MRI.  I was
8  getting, coming out.  I was getting up.  She said
9  don't move.  Technician's the one that lifted me up.
10  Put me on a gurney.  Wheeled me back in there.
11       Then that doctor came in there and shook my
12  hand and said I'm sorry.  Thought you was just faking
13  it, in those words, something like that.  He says I'm
14  going to give you something for the pain.  We have an
15  ambulance on standby.  We have a doctor on standby.
16  We're waiting for a room at a different hospital.
17       Everything happened so quick.  That's what I
18  remember.  I don't remember every little thing he had
19  done.  It was a really overwhelming day for me.
20       Q.  Okay.  And when at first they assessed you,
21  when they were going to discharge you, did they talk
22  to you about how you had no neurological deficits?
23       A.  No, I don't remember --
24       MS. ROCHE:  Objection, form.

Page 90

1       THE DEPONENT:  I don't remember the words he
2  had said, but he had said, what did he say?  I think
3  he thought that I was faking it and I think that's
4  why he was trying to discharge me and then I had to
5  use the restroom really, really bad.
6       Walked to the restroom, walked back, and he
7  stopped me because I was walking like the Hunchback
8  of Notre Dame and that's when he asked me why are you
9  walking this way and that's when I pretty much
10  screamed at him what the hell do you think I'm doing
11  here and that's when he ordered an MRI and that's
12  when the rest of the activities took place.  I don't
13  remember everything he had said, but I think he
14  thought that I was faking it.
15       MS. KINKADE:  Q  Okay.  Before he saw you
16  walk like that, had they done an examination of your
17  back and your neck to see your range of motion?
18       MS. ROCHE:  Objection, form.
19       THE DEPONENT:  I'm not sure.  I don't
20  remember what all they done.
21       MS. KINKADE:  Q  Fair to say that they
22  hadn't seen any issues up until that point?
23       MS. ROCHE:  Objection, form.
24       THE DEPONENT:  It's fair to say that I don't

Page 91

1  know what they was looking for.  If I wouldn't have
2  got up to go to the restroom and they never seen me
3  walk, I don't what the events would have occurred.  I
4  think by me using the restroom is why he looked
5  further into it.
6       MS. KINKADE:  Q  So nothing, they didn't
7  tell you about any abnormal findings when they
8  assessed you before you walked to the restroom?
9       MS. ROCHE:  Objection, form.
10       THE DEPONENT:  I don't think so.
11       MS. KINKADE:  Q  Because they were about to
12  let you go.  Right?
13       A.  (Moved head up and down.)  Yeah.
14       Q.  And when he saw you walk to the restroom,
15  they didn't immediately know what the issue was.  Is
16  that right?
17       A.  Yes.
18       MS. ROCHE:  Objection, form.
19       MS. KINKADE:  Q  You had multiple MRIs.  Is
20  that right?
21       MS. ROCHE:  Objection, form.
22       THE DEPONENT:  I think I only had one.
23       MS. KINKADE:  Q  Let me ask you this way.
24  It assessed multiple different parts of your body.

Page 92

1       MS. ROCHE:  Objection, form.
2       THE DEPONENT:  I'd say yes, but I'm not
3  exactly sure what the MRI does.  I don't know exactly
4  what imaging it does.
5       MS. KINKADE:  Q  Do you know whether they
6  did an imaging of your head?
7       A.  Well, they put me on this machine that goes
8  in this giant circle.  So I guess that's what it
9  does.
10       Q.  And they're taking pictures of something,
11  pictures all over your body?
12       A.  Something like that.
13       MS. ROCHE:  Object to the form.
14       MS. KINKADE:  Q  Well, did they go through
15  the different results that they got through each
16  imaging?
17       MS. ROCHE:  Objection, form.
18       THE DEPONENT:  The doctor wheeled in a
19  skeleton and he tried to explain to me what the
20  problem was.  I don't remember everything that he had
21  said, but I remember him pointing around my neck area
22  and he goes this is your problem, don't move.  So
23  that's the best way I can answer that.  I don't
24  remember everything he told me.

**GERRY ARMBRUSTER 10/24/2017**

Page 93

1  MS. KINKADE: Q Okay. All right. So you
2  had surgery that same day?
3  A. Yes.
4  Q. Is that right? And that was performed by
5  Dr. Bailey?
6  A. Correct.
7  Q. Gregory Bailey?
8  A. Yes.
9  Q. Did you talk to Dr. Bailey about the risks
10  of surgery beforehand?
11  MS. ROCHE: Objection, form.
12  THE DEPONENT: I'm sure I did.
13  MS. KINKADE: Q Do you remember what they
14  were?
15  A. No.
16  Q. Fair to say he told you back surgery is not
17  a certainty?
18  MS. ROCHE: Objection, form.
19  THE DEPONENT: So much was happening that
20  day I don't remember. When I got to that other
21  hospital I was waiting for my ex-wife to come with my
22  kids and I only had a few minutes to talk. I don't
23  remember anything he said.
24  I remember signing a piece of paper and then

Page 94

1  I woke up later on that day or the next day. So I
2  don't remember really anything he said. I knew I had
3  a problem. That's what I knew.
4  MS. KINKADE: Q Okay. Did he promise you
5  that the surgery would fix all your problems?
6  MS. ROCHE: Objection, form.
7  THE DEPONENT: I have no idea. I have no
8  idea.
9  MS. KINKADE: Q Had no idea.
10  A. No. I can't remember anything that, me and
11  Dr. Greg Bailey, we didn't talk. It was the doctor
12  at the emergency room who talked what little bit he
13  did and he's the one that apologized to me and said
14  the ambulance is already here. You're taking an
15  ambulance to Missouri.
16  I remember they had to call the parole agent
17  because all these things were happening so quick I
18  couldn't even register it because I had to get
19  permission to go across the state lines. So they had
20  to contact my parole agent and my parole agent had to
21  say yes, yes, yes, yes. So a lot of things that took
22  place as far as conversation goes I don't remember.
23  Q. Okay. I think you said you didn't see
24  Dr. Bailey before your surgery?

Page 95

1  A. I remember seeing him for like five minutes
2  because I was crying and they told me this is
3  Dr. Bailey and I thought about my five year-old, she
4  wasn't five, she was almost three then, and made me
5  think about my daughter and that eased the, eased me
6  a little bit and I remember they gave me a shot and I
7  said bye to my kids and I was out. That's really
8  basically how that day went.
9  Q. Okay. And it was, I'm sure you were out so
10  you don't know, but do you disagree that it was about
11  an hour and a half long surgery?
12  A. I know they told me at one point how long it
13  was, but I don't remember. I have no idea how long I
14  was in there.
15  Q. Was it still nighttime when you were out?
16  MS. ROCHE: Objection to form.
17  THE DEPONENT: It was late in the evening
18  when I got over there to the hospital. So I don't
19  really know what time.
20  MS. KINKADE: Q After the surgery do you
21  remember, well, how did you feel after the surgery?
22  A. I was sedated, so I felt fine, but when the
23  pain medication wore off I was hurting, but I
24  instantly felt different in my hands.

Page 96

1  Still had the problems, but not nearly as
2  bad as it was and I was like thank you, God, and I
3  felt a million times better.
4  Q. Was that pain a different kind of pain?
5  A. Same pain.
6  Q. Same pain?
7  A. Just wasn't as intense. Still tingling and
8  numbing and it still does it today, but it's not
9  intense like it was then. A lot of pressure was
10  relieved after the surgery.
11  Q. So the surgery was on September 26th, 2014?
12  A. Yes.
13  Q. You were released from the hospital on
14  September 27th, 2014?
15  A. Yeah.
16  Q. You were able to walk out of the hospital?
17  A. No. They made me have to get in a
18  wheelchair, but after they took me to where I had to
19  go I got from the wheelchair to the vehicle.
20  Q. You were able to walk on your own?
21  A. With help, yeah.
22  Q. Did they prescribe you any sort of device,
23  cane, crutches, wheelchair?
24  A. I had a cane my ex-wife gave me. They was

24 (Pages 93 to 96)

**GERRY ARMBRUSTER  10/24/2017**

Page 97

1   going to prescribe one, but I thought I would be
2   okay, but I had to use that cane.  It was really bad.
3       Q.  So the doctor didn't prescribe you any.  You
4   used one that your wife had.
5       A.  Yes, my ex-wife.
6       Q.  When did your symptoms start to return?
7           MS. ROCHE:  Objection, form.
8           THE DEPONENT:  What do you mean?
9           MS. KINKADE:  Q  After the surgery you said
10  your symptoms were getting better.  When did things
11  take a change?
12      A.  They took a change --
13          MS. ROCHE:  Objection to form.
14          THE DEPONENT:  -- when I got out of the
15  hospital and after the surgery, but they didn't go
16  away instantly.  They were still there, just not
17  intense.  Some days was really, really, really,
18  really bad.  Some days wasn't as bad.  I guess almost
19  close to a year later they started to get better, you
20  know, but they're still not a hundred percent right.
21          MS. KINKADE:  Q  You said close to a year
22  later it started to get better?
23      A.  Yeah.
24          MS. ROCHE:  Objection, form.

Page 98

1           MS. KINKADE:  Q  So sitting here today, are
2   your symptoms better or worse than they were in
3   September 2014?
4       A.  Better.
5       Q.  Follow-up with Dr. Bailey.  Do you remember
6   when you saw him after surgery?
7       A.  I seen him several times.
8       Q.  When's the first time you remember seeing
9   him?
10      A.  I don't remember.  It may have been days
11  later.  It may have been a week.  I don't remember
12  the dates.
13      Q.  Do you remember seeing him November 12th,
14  2014?  So it would be a couple of weeks before
15  Thanksgiving?
16      A.  I'm sure I probably did, but I'm not a
17  hundred percent sure.
18      Q.  Do you remember at that time you were doing
19  well?  Your symptoms significantly improved, that you
20  discontinued the cervical collar and took you off of
21  pain medicine?
22      A.  Yeah.  Yes.
23      Q.  Did you disagree with them taking you off
24  the pain medication?

Page 99

1           MS. ROCHE:  Objection, form.
2           THE DEPONENT:  Yes.
3           MS. KINKADE:  Q  Did you have a conversation
4   about that?
5       A.  More than one.
6       Q.  Tell me about that.
7       A.  Well, I assumed the pain.  Dr. Bailey knew
8   at some point I would start to get better, but then
9   we discussed well, the problem isn't fixed, we've got
10  to go back in there and check it out.
11          Anyway, I followed along with his
12  directives, but the pain was so severe, but he's not
13  a pain management doctor.  So they continued to give
14  me the meds while he was trying to give me referrals
15  to pain management doctors.  So that I remember.
16      Q.  Did anyone in the office talk to you about
17  the addictive nature of the pain medicine?
18      A.  From his office?
19          MS. ROCHE:  Objection, form.
20          THE DEPONENT:  Maybe, but I can't be
21  certain.
22          MS. KINKADE:  Q  Did they have a long
23  conversation with you about pain seeking behavior?
24      A.  No, not that I can remember.

Page 100

1       Q.  Okay.  Can you not remember or do you
2   disagree that that happened?
3       A.  I can't, I don't remember.
4       Q.  Did you know Dr. Bailey before he was your
5   surgeon?
6       A.  No.
7       Q.  Did you know anything about him?  His
8   reputation or anything?
9       A.  I hadn't seen the guy in my life.
10      Q.  When's the last time you saw him?
11      A.  I'm not sure.  I don't remember the last
12  time I saw him.  I don't remember what day it was.
13      Q.  Approximately.
14      A.  I want to say April or May or June, but I
15  just can't remember.
16      Q.  Of 2015?
17      A.  Yeah.
18      Q.  So like springtime of 2015?
19          MS. ROCHE:  Objection, form.
20          THE DEPONENT:  Yeah.
21          MS. KINKADE:  Q  At some point you started
22  seeing Dr. Naseer for your pain management.  Is that
23  right?
24      A.  Well, there's more than one Dr. Naseer.

25 (Pages 97 to 100)

GERRY ARMBRUSTER  10/24/2017

Page 101

1      Q.  Oh, goodness.
2      A.  There's a Dr. Naseer in Granite City and
3  there's a Dr. Naseer in Belleville.  I don't think
4  they're related.  I spoke to one.  I don't remember
5  which one I spoke to first.
6          The one in Belleville said she couldn't do
7  anything for me because my pain's from, anything from
8  the neck down is quad, from the waist down, or para
9  from the waist down.
10          The neck is quad and where my injuries were
11  located at, the pain medication she wanted to give me
12  would not help.  So that was, I remember telling her,
13  telling me that.
14          The other Dr. Naseer is right next to the
15  hospital in Granite City and I never got to see him.
16  The nurse, the referral went to him and they denied
17  the referral, so I never spoke to him.  And at some
18  point I think I seen that, tried to see that doctor
19  first.
20          But I wound up seeing the one in Belleville
21  and she said she couldn't do anything because of
22  where my injuries were located at.  The medication
23  wouldn't help me.  So that was the end of that visit.
24      Q.  But in May of 2014 one of the Dr. Naseers

Page 102

1  did put you on a pain management plan.  Is that
2  right?
3          MS. ROCHE:  Objection, form.
4          THE DEPONENT:  Not in May 2014 because I was
5  incarcerated.
6          MS. KINKADE:  Q  Okay.  I thought you got
7  incarcerated around October.
8      A.  No.  We're confused somewhere.
9      Q.  Okay.  Or 2015.  That's what it is.  Thank
10  you.  Okay.  Too many dates.  Too many Dr. Naseers.
11          Okay.  Dr. Naseer in May 2015 put you on a
12  pain management plan.
13      A.  No.  I had spoken to, there's two
14  Dr. Naseers.  One was in Granite City.  Never got to
15  speak to that doctor.  That referral didn't go
16  through.  I already had a primary care physician in
17  Granite City at McKinney Health Center.  I can't
18  remember.  I think that doctor's name was Dr. Hsieh
19  (sp).
20          Dr. Bailey's office was sending referrals or
21  medical records to McKinney Health Center to
22  Dr. Hsieh and they was trying to put together me a
23  pain management doctor.  That's how somehow we got
24  Dr. Naseer in Belleville.  She was the doctor that

Page 103

1  told me where my pain was located at, that she
2  couldn't help me or where my injury was located at.
3      Q.  I want to show you something.  I think it
4  will help us get on the same page.  Before I talk
5  about documents here, we were talking about Dr.
6  Bailey.
7          By the point in time that you were dealing
8  with Dr. Naseer, were you still talking to Dr. Bailey
9  or had that treatment concluded?
10          MS. ROCHE:  Objection, form.
11          THE DEPONENT:  I can't even answer that
12  question because I was dealing with Dr. Bailey, the
13  doctor from McKinney Health Center and Naseer.  I
14  don't, I'm not sure.
15          MS. KINKADE:  Q  At some point in time
16  Dr. Bailey wrote you a letter.  How did that come
17  about?
18          MS. ROCHE:  Objection, form.
19          THE DEPONENT:  The letter came about I had,
20  I was trying to get my disability.  Kassin and
21  Carrow, attorneys for disability, would continuously
22  contact my attorney, or my doctor and I would see him
23  on follow-ups all the time.  I don't know how many
24  visits I had made.

Page 104

1          At one of the visits I'm talking to the
2  doctor and I said Dr. Bailey, you say that they send
3  you these papers, you're going to fill them out.
4  Every time they fax this information to you, you do
5  not fill it out.
6          He says well, I'm going to give you another
7  MRI and we're going to base it, whatever letter I put
8  together is going to be based off the MRI and that's
9  how that all happened.
10          MS. KINKADE:  Q  When was that?
11          MS. ROCHE:  Objection, form.
12          THE DEPONENT:  Early 2000, early 2015.  I
13  don't remember what day it was or month.  It was
14  early '15.
15          MS. KINKADE:  Q  Did you end up having the
16  second MRI?
17      A.  Yes.
18      Q.  What were the findings to your
19  understanding?
20          MS. ROCHE:  Objection, form, calls for a
21  medical conclusion.
22          THE DEPONENT:  I'm not sure.
23          MS. KINKADE:  Q  You didn't talk with
24  Dr. Bailey about the findings?

26 (Pages 101 to 104)

GERRY ARMBRUSTER  10/24/2017

Page 105

1      A.  I remember talking to him, but I don't
2  remember everything we discussed.
3      Q.  What do you remember?
4      A.  I remember --
5          MS. ROCHE:  Objection, form.
6          THE DEPONENT:  I didn't understand what he
7  was trying to point out as far as the injuries were.
8  It was very hard for me to comprehend.  So he brought
9  this small part of a skeletal, or spinal cord and he
10  was trying to show me what my problems were, why I'm
11  continuing to still have problems and telling me that
12  I may not ever get better a hundred percent and I
13  said okay.
14          So basically little conversations like that
15  because I was in so much pain and I wanted it to stop
16  and I didn't want to have to live with it for the
17  rest of my life, so.
18          MS. KINKADE:  Q  Based on that MRI did your
19  treatment change?
20          MS. ROCHE:  Objection, form.
21          THE DEPONENT:  I'm not sure I understand
22  what you mean.
23          MS. KINKADE:  Q  Did your treatment ever
24  change post-surgery?

Page 106

1          MS. ROCHE:  Objection, form.
2          THE DEPONENT:  As far as treatment what do
3  you mean?
4          MS. KINKADE:  Q  What the doctor prescribed
5  as your plan of care.
6          MS. ROCHE:  Objection, form.
7          THE DEPONENT:  I mean I was on all kinds of
8  medications.  Pretty much I was dealing with it the
9  best way I knew how, you know.  There was no
10  treatment, you know.  Here's what's going on.  Here's
11  what we can do and here's, just got to hope you start
12  to get better.  That's all I had.  That's why I was
13  trying to find the pain management doctors.  Someone
14  that could help me.
15          MS. KINKADE:  Q  Did he ever recommend a
16  second surgery?
17      A.  No.
18          (Exhibit 2, letter, was marked for
19  identification.)
20          MS. KINKADE:  Q  I'm showing you a letter
21  that you attached to your original complaint.  It's
22  dated March 26th, 2015 and it appears to be a letter
23  from Dr. Gregory Bailey.  Do you recognize this
24  document?

Page 107

1      A.  Uh-huh.  Yes.
2      Q.  Did you ask Dr. Bailey to write this letter?
3      A.  No.
4          MS. ROCHE:  Objection, form.
5          MS. KINKADE:  Q  Do you know how, how did
6  you receive it?
7      A.  It was sent to my home address, but I never
8  asked him to write a letter.  I asked him to sign the
9  papers that Kassin and Carrow were sending his
10  findings based off to answer, to do what he said he
11  was going to do, fill out whatever needed to be
12  filled out and after my second MRI he was basing
13  everything off of that.  This is how this come about.
14      Q.  You said based on your second MRI he
15  wouldn't base anything on that?
16      A.  Based on my second MRI is how he was going
17  to contact or fill out or whatever he did for Kassin
18  and Carrow for my disability.
19      Q.  But he sent that to your home address, not
20  to the law office.
21      A.  He sent me a copy and sent them a copy.
22      Q.  Do you know if you paid for this opinion?
23          MS. ROCHE:  Objection, form, foundation.
24          THE DEPONENT:  I don't know.

Page 108

1          MS. KINKADE:  Q  That document says page 1
2  of 2.  Do you see that at the bottom?
3      A.  Uh-huh.
4      Q.  Where is page 2 of 2?
5      A.  You'd have to contact the office.  I have no
6  idea.  I've never seen 2.
7      Q.  So this is the only document you've received
8  from Dr. Bailey concerning this letter.
9      A.  Yeah.  Never seen a number 2.  I don't know
10  if that's a clerical error, but I'm sure if there's
11  one they have it on file somewhere.
12      Q.  Okay.  Have you talked to Dr. Bailey before
13  you received this letter about filing a lawsuit?
14      A.  No.
15      Q.  So only about disability?
16      A.  Yeah.
17      Q.  Was your disability approved?
18      A.  No, it was --
19          MS. ROCHE:  Objection, form.
20          MS. KINKADE:  Q  No, it was denied?
21      A.  Never denied.  My current incarceration put
22  everything on pause.
23      Q.  So there wasn't an answer before you were
24  arrested again?

27 (Pages 105 to 108)

**GERRY ARMBRUSTER  10/24/2017**

Page 109

1    A.  Correct.
2    Q.  Okay.  Did you ever talk to Dr. Bailey about
3  filing a lawsuit against him?
4    A.  No.
5    Q.  Did you consider it?
6    A.  No.
7    Q.  Why not?
8    MS. ROCHE:  Objection, form.
9    THE DEPONENT:  I feel that he's the one that
10  helped me.  Without him or his doctors and nurses I
11  wouldn't, very well possibly could have been
12  paralyzed completely, you know.
13    MS. KINKADE:  Q  What makes you think that?
14    A.  Because of the extent of my injuries.
15    Q.  Because you feel better today than you did
16  in September 2014?
17    MS. ROCHE:  Objection, form.
18    THE DEPONENT:  Yes.
19    MS. KINKADE:  Q  Did you ever provide
20  Dr. Bailey with your medical records from the
21  Department of Corrections?
22    A.  No.
23    Q.  Is it fair to say to your knowledge
24  Dr. Bailey's knowledge about your medical history is

Page 110

1  based on what you told him?
2    MS. ROCHE:  Objection, form.
3    THE DEPONENT:  Yes.
4    MS. KINKADE:  Q  Give him anything else
5  other than your medical history according to you?
6    A.  I never --
7    MS. ROCHE:  Objection, form.
8    THE DEPONENT:  -- told Dr. Bailey this.
9  When I went to the hospital, Gateway Regional, on the
10  way there I told my mom.  I said mom, I don't want to
11  tell these people the truth because they're going to
12  treat me the way the doctor did at Southwestern.
13    My mom goes you've got to tell them the
14  truth.  So I told them the truth.  Whatever
15  information that was obtained at Gateway Regional
16  followed me to Missouri.  So here they had a basis of
17  foundation before he ever did any surgery.
18    MS. KINKADE:  Q  But just to be clear, that
19  basis of information does not include your medical
20  records from the Department of Corrections?
21    MS. ROCHE:  Objection, form.
22    THE DEPONENT:  Yes.
23    MS. KINKADE:  Q  Both Gateway and, or
24  Gateway's medical history of you would be from your

Page 111

1  word of mouth.  Right?
2    MS. ROCHE:  Objection, form.
3    THE DEPONENT:  Yes.  I told the doctor the
4  truth, the emergency room doctor.  Everything that I
5  was experiencing, where I was at.  Everything that
6  you already have.
7    MS. KINKADE:  Q  And one of those things
8  that are brought up in the letter is that you first
9  experienced the pain and numbness in May of 2014?
10    A.  Uh-huh.  Yes.
11    MS. ROCHE:  Objection to form.
12    MS. KINKADE:  Q  Because if you had prior
13  complaints of pain and tingling and numbness before
14  May of 2014, that would be important to know.  Right?
15    MS. ROCHE:  Objection, form.
16    THE DEPONENT:  Yes.
17    MS. KINKADE:  Q  Especially to the surgeon
18  who performed the surgery.
19    A.  Yes.
20    Can I use the restroom while you guys figure
21  it out?
22    MS. KINKADE:  Yes.
23    (Wherein, a recess was taken at 1:11.)
24    (Back on the record at 1:17.)

Page 112

1    MS. KINKADE:  Q  We're back on the record
2  and you're still under oath.
3    A.  Yes.
4    Q.  So the Dr. Naseer that I'm referring to is
5  at St. Elizabeth in Belleville.
6    A.  Yes, Katherine.
7    Q.  Do you remember seeing her in March of 2015?
8    A.  Yes.
9    MS. ROCHE:  Objection, form.
10    THE DEPONENT:  Somewhere around that time.
11    MS. KINKADE:  Q  And around that time were
12  you not on any pain medicine?
13    A.  I don't know if I was currently still
14  getting it from Dr. Bailey's office, but I want to
15  say no because the referral I had came from the
16  McKinney Health Center or primary doctors.  One of
17  the nurses put the referral in to that doctor that
18  we're talking about.
19    Q.  And we talked before that Dr. Bailey
20  canceled your pain medicine in November of 2014.
21    MS. ROCHE:  Objection, form.
22    THE DEPONENT:  Somewhere around there.  I
23  don't know exactly what date.
24    MS. KINKADE:  Q  So was anyone prescribing

28 (Pages 109 to 112)

GERRY ARMBRUSTER 10/24/2017

Page 113

1 you pain medicine in between Dr. Bailey and
2 Dr. Naseer?
3   A. No.
4   **Q. So March 2015 St. Elizabeth's in Belleville.**
5 **Do you remember having an assessment to determine**
6 **your current condition and any pain medicine that you**
7 **required?**
8   MS. ROCHE: Objection, form.
9   THE DEPONENT: Yes.
10   MS. KINKADE: Q What do you remember about
11 that?
12   A. Just general conversation. It was in a
13 little bitty office. I think one of the nurses gave
14 me some papers to sign or fill out and I don't
15 remember exactly what Ms. Naseer done. I don't even
16 think any real tests was done.
17   When she realized where my injuries were at,
18 she came out there and we had a consultation and she
19 goes Mr. Armbruster, sorry, I can't give you no type
20 of medication here because of where your injuries are
21 located at.
22   Anything from the neck down is, I can't help
23 you. From the back down she could do something for
24 me, but from the neck down she said she couldn't.

Page 114

1 Pretty much remember I think that's what she said.
2 Something in that way.
3   **Q. Did she talk to you about how you had a**
4 **normal gait? You know what I mean when I say that?**
5   A. No.
6   **Q. That you walked normally.**
7   A. I don't remember.
8   **Q. Do you agree that you walked normally in May**
9 **of 2015?**
10   MS. ROCHE: Objection, form.
11   THE DEPONENT: See, that's hard to say
12 because I don't know. I had this problem. The right
13 side doesn't want to work sometimes still to this
14 day. So like if I get in a hurry or I'm excited and
15 I try to run, that doesn't go very well for me. So
16 walking normal, I haven't done that in a long time.
17   MS. KINKADE: Q When you were at the
18 doctor's office in Belleville that day, do you
19 disagree that you were walking normally?
20   A. I don't remember for sure how I was actually
21 walking that day.
22   **Q. You didn't need the assistance of a cane.**
23 **Is that fair?**
24   A. Very fair. Correct.

Page 115

1   **Q. Did she talk to you about how you did not**
2 **need any more surgical intervention? No more**
3 **surgeries?**
4   MS. ROCHE: Objection, form.
5   THE DEPONENT: I'm not sure.
6   MS. KINKADE: Q Did she talk to you about
7 with minimal pain medicine, one to two pills a day,
8 you'd be able to work?
9   A. No, I don't remember that.
10   MS. ROCHE: Objection, form.
11   MS. KINKADE: Q Did she talk to you about
12 the diagnosis of myelomalacia?
13 M-Y-E-L-O-M-A-L-A-C-I-A.
14   MS. ROCHE: Would you mind spelling that
15 again?
16   MS. KINKADE: M-Y-E-L-O-M-A-L-A-C-I-A.
17   MS. ROCHE: Do you want her to repeat the
18 question?
19   MS. KINKADE: Q Do you remember talking to
20 her about a diagnosis of myelomalacia?
21   A. No --
22   MS. ROCHE: Objection, form.
23   THE DEPONENT: -- I do not.
24   MS. KINKADE: Q Did she talk to you about

Page 116

1 how, what you're diagnosed with is something that's
2 usually caused, almost exclusively caused by a
3 traumatic injury?
4   MS. ROCHE: Objection, form.
5   THE DEPONENT: Say that again.
6   MS. KINKADE: Q Did she talk to you about
7 your diagnosis, it's almost exclusively caused by a
8 traumatic injury?
9   MS. ROCHE: Same objection.
10   THE DEPONENT: No. No one's talked to me
11 about that because I've always wondered how that
12 happened.
13   MS. KINKADE: Q That was going to be my
14 next question. Certainly over the years you've
15 wondered how out of nowhere you have this cervical
16 spine issue.
17   A. Yeah. I can never get a --
18   MS. ROCHE: Objection, form.
19   THE DEPONENT: Sorry, Katie. I could never
20 get an answer to that. No one has an answer. To
21 this day I don't know how.
22   MS. KINKADE: Q You have no family history
23 of this type of issue. Is that right?
24   A. You're right, yes.

29 (Pages 113 to 116)

GERRY ARMBRUSTER  10/24/2017

Page 117

1        MS. ROCHE:  Objection, form.
2        THE DEPONENT:  Correct.
3        MS. KINKADE:  Q  And to your knowledge, you
4    didn't have any traumatic injury to your neck area.
5        A.  No, none.
6        Q.  You're like a rarity.
7        MS. ROCHE:  Objection, form.
8        THE DEPONENT:  That's true.
9        MS. KINKADE:  Q  After you were put on a
10   pain management plan, has that been basically your
11   only treatment plan since?
12       MS. ROCHE:  Objection, form.  Maybe if you
13   want to show a document that shows that there was a
14   pain management plan.
15       MS. KINKADE:  Q  Just based on your memory.
16       A.  I never had really no pain management plan.
17   Dr. Bailey, his office prescribed pain medication for
18   as long as they could and they had said that they're
19   not pain management doctors.  That's when the
20   referrals started to take place.  So never really had
21   a pain management plan trying to figure the best way
22   out for me.
23       Q.  You were never prescribed Hydrocodone in May
24   of 2015?

Page 118

1        A.  Only --
2        MS. ROCHE:  Objection, form.
3        THE DEPONENT:  Only prescription I would
4    have ever got that from would have been Dr. Bailey's
5    office or the dentist office.  I don't think no other
6    doctors that I had or seen prescribed anything for
7    pain.
8        MS. KINKADE:  Q  So as you sit here today,
9    you don't have any memory of Dr. Naseer prescribing
10   Hydrocodone in May of 2015?
11       A.  Uh-uh.  I don't remember that.
12       MR. BOOSE:  Is that a no, sir?
13       MS. ROCHE:  He said he don't remember.
14       MR. BOOSE:  He gave uh-uh.  That's what I'm
15   trying to clarify.
16       THE DEPONENT:  I don't remember that at all
17   because, Dr. Naseer, the same that Dr. Naseer,
18   she never prescribed anything to me because she
19   couldn't.  What I remember is her telling me from the
20   neck down the pain medication or the pain management
21   I perform was some kind of a shot or something.
22       I don't even, maybe there's a clerical error
23   somewhere.  I don't think she ever gave me any kind
24   of pain medication of any kind that I can remember.

Page 119

1        MS. KINKADE:  Q  Well, do you remember
2    picking up Hydrocodone?
3        MS. ROCHE:  Objection, form.
4        THE DEPONENT:  No, I don't.
5        MS. KINKADE:  Q  Okay.  When were you
6    arrested for your most recent charge?
7        A.  August 27th, 2015.
8        Q.  Have you been treated by anybody since, so
9    we talked about Dr. Bailey.  We talked about
10   Dr. Naseer, both of them.  Is there anyone else that
11   you were treated for for your issues with pain,
12   tingling, numbness up until August 27th, 2015?
13       MS. ROCHE:  Objection, form.
14       THE DEPONENT:  Dr. Hsieh's office, my
15   primary care physician, we was discussing those
16   issues.  That's why he was trying to find me a pain
17   management doctor.
18       MS. KINKADE:  Q  How do you spell the last
19   name?
20       A.  I don't know.  It's not like S-A-Y.  It's
21   totally, it's foreign.  So I don't know how to spell
22   it.  It's just Say.  I think it's Say.
23       Q.  Where is it?
24       A.  McKinney Health Center.

Page 120

1        Q.  Anyone else?
2        A.  That's all I can think of.
3        Q.  After surgery, have you had any medical
4    treatment other than medication?
5        A.  No.
6        Q.  To your knowledge, has any doctor
7    recommended that you have any treatment other than
8    medication?
9        MS. ROCHE:  Objection, form.
10       THE DEPONENT:  No, not that I know.
11       MS. KINKADE:  Q  After August 27th of 2015,
12   have you been seen by any doctors other than doctors
13   within the Department of Corrections?
14       A.  No.
15       Q.  When you were arrested on August 27th, 2015,
16   was there any force used?
17       A.  No.
18       Q.  Where were you arrested?
19       A.  I was arrested in Madison, Illinois.  Well,
20   Madison and Granite, it's right on the border.
21       Q.  Where were you?  Let's put it that way.
22   Where were you?
23       A.  I was at a tire shop.
24       Q.  A tire shop?

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com        Phone: 1.800.280.3376        Fax: 314.644.1334

GERRY ARMBRUSTER  10/24/2017

Page 121

1      A.  A tire shop.
2      Q.  And I'm only going to talk about what's been
3  alleged against you.  I'm not going to ask you to
4  speak on the truth of the allegations.  But it's my
5  understanding that you've been convicted of burglary
6  since your surgery.
7      A.  Correct.
8      MS. ROCHE:  Objection, form.
9      MS. KINKADE:  Q  Was that just one count of
10  burglary?
11      A.  Yes.
12      Q.  Okay.  Just one case?
13      A.  Yeah, that I know of.  Yeah.  I don't think
14  I got any new ones out there.  Hopefully not.
15      Q.  And again, we don't need all the details,
16  but can you summarize the allegations that were
17  brought against you in that burglary case in 2015?
18      A.  I was charged with burglary for theft of
19  some wheels and tires.
20      Q.  Were the allegations that you unlawfully
21  entered or that you unlawfully remained?
22      MS. ROCHE:  Objection, form.
23      THE DEPONENT:  I'm not sure I understand the
24  question.

Page 122

1      MS. KINKADE:  Q  Was the allegations that
2  there was forced entry into the establishment?
3      MS. ROCHE:  Objection, form.
4      THE DEPONENT:  I guess you could say yes.
5      MS. KINKADE:  Q  How was the, in the
6  allegations, how do they allege the forced entry
7  happened?  Was the door kicked in?  What happened?
8      MS. ROCHE:  Object to the form.
9      THE DEPONENT:  It wasn't a door.  It was a
10  storage unit.
11      MS. KINKADE:  Q  So the allegation is that
12  it was pried open in some manner?
13      A.  There was a lock that was cut.
14      Q.  But no forced entry to get to the storage
15  unit?
16      A.  No.
17      Q.  Is that the only thing you were arrested for
18  after you were released from prison in
19  September 2014?
20      MS. ROCHE:  Objection, form.
21      THE DEPONENT:  Well, there was two charges,
22  but one was dropped.  So it's the same thing, you
23  know.  Nothing else.
24      MS. KINKADE:  Q  Was the other charge

Page 123

1  related to this same incident?
2      A.  Yes.  I did have a traffic ticket that was
3  dropped.
4      Q.  Were you still on parole during this time?
5      A.  Yes.
6      Q.  Were you being drug tested?
7      A.  Yes.
8      Q.  To your knowledge, did you ever report a
9  dirty drop or a drop that showed that there was drugs
10  in your system?
11      A.  I actually had a perfect parole record.
12  Never had one dirty drop.  I did everything I was
13  supposed to do up until that day of the arrest.
14      Q.  Okay.  Your symptoms as you sit here today,
15  I've noticed that throughout the, I don't know how
16  many hours we've been in here, you've been able to
17  grip a cup and drink it.
18      A.  Yes.
19      Q.  So that symptom is at least somewhat better
20  it appears.
21      MS. ROCHE:  Objection, form.
22      THE DEPONENT:  Yes.
23      MS. KINKADE:  Q  Your symptoms as you sit
24  here today, what are they as it relates to the pain,

Page 124

1  tingling and numbness?
2      A.  That's it, I mean.
3      MS. ROCHE:  Objection, form.
4      THE DEPONENT:  Some days are better than
5  others.  Right now it's pretty mild.  My fingertips
6  is what hurts more than anything.  Just sting, but
7  I'm really good today.
8      MR. BOOSE:  Off the record.
9      (Wherein, a brief recess was taken.)
10      MS. KINKADE:  Q  Back on the record.  You're
11  still under oath.
12      Using today, your symptoms are good, they're
13  pretty mild.  You said earlier that your symptoms are
14  better than what they were in September 2014.
15      A.  Yes.
16      MS. ROCHE:  Objection, form.
17      THE DEPONENT:  Q  Are any symptoms worse?
18      MS. ROCHE:  Objection, form.
19      THE DEPONENT:  No.
20      MS. KINKADE:  Q  Is it accurate to say that
21  your complaint is that symptoms haven't gone
22  away completely?
23      MS. ROCHE:  Objection, form.
24      THE DEPONENT:  Yes.

31 (Pages 121 to 124)

# GERRY ARMBRUSTER  10/24/2017

Page 125

1      MS. KINKADE:  Q  Since it's unclear what
2  caused your symptoms, is it fair to say that it's
3  unclear whether your symptoms would ever be resolved?
4      MS. ROCHE:  Objection, form to the extent
5  that it calls for a medical conclusion.
6      THE DEPONENT:  Will you repeat the question
7  again?
8      MS. KINKADE:  Q  Since it's unclear what
9  caused your symptoms, is it fair to say it's also
10  unclear what if anything could resolve them?
11  A.  Yeah.  I don't know.  I don't know.
12  **Q.  And your claims against the Defendants that**
13  **I represent are from not getting, not identifying**
14  **what was causing your symptoms earlier.**
15      MS. ROCHE:  Objection, form and to the
16  extent it calls for a medical conclusion.
17      THE DEPONENT:  I don't know.
18      MS. KINKADE:  Q  Let me ask you this.  Do
19  you think that any of the Defendants, the six nurses
20  or Dr. Shah, knew that there was something wrong in
21  your cervical spine?
22      MS. ROCHE:  Objection, form, and to the
23  extent it calls for a medical conclusion.
24      THE DEPONENT:  Well, what I do know they had

Page 126

1  multiple chances to try to figure it out.  I'm not a
2  doctor nor am I a nurse.  I surely didn't know what
3  the problem was, but I did know there was something
4  wrong and every time I went there I told them there
5  was something wrong and they're like, didn't do
6  anything.
7      I mean I did everything but hold a sign in
8  there saying I'm, I begged them for help.  I didn't
9  know what the problem was.  They could have did
10  something other than what they done.  Took me a
11  little more serious.  That's the best way I can
12  answer that question.
13      MS. KINKADE:  Q  And I understand that.  I
14  understand what you're saying.  My question is
15  because there's a difference between somebody knowing
16  what's wrong with somebody and just refusing to help
17  them and not knowing what's wrong with somebody and
18  therefore not doing anything about it.  Does that
19  make sense?
20  A.  I think so.
21      MS. ROCHE:  Objection, form.
22      MS. KINKADE:  Q  So my question is are you
23  alleging that the nurse Defendants and Dr. Shah knew
24  that you had this impingement in your cervical spine

Page 127

1  when they treated you in 2014?
2      MS. ROCHE:  Objection, form, and to the
3  extent you're asking him to guess as to what the
4  doctors or the nurses were thinking at that time.
5      THE DEPONENT:  Only way I can answer that is
6  I've been there enough times that they could have
7  investigated it further because it wasn't, I wasn't
8  faking.  It really was happening and I went there
9  enough times to discuss it with them.
10      They should have just sent me to an outside
11  hospital and they would have figured it out real
12  quick.  They had many times and chances to do that.
13      MS. KINKADE:  Q  And again I understand what
14  you're saying, but my question is not whether they
15  knew something was wrong with you, but whether they
16  knew that you had that impingement in your cervical
17  spine.
18      MS. ROCHE:  Objection, asked and answered
19  and to the extent you're asking him to guess at what
20  the doctors and nurses knew or thought at the time.
21      THE DEPONENT:  That's a very hard question
22  to answer because I remember going there and I told
23  the doctor I couldn't, when I use the restroom to sit
24  down I couldn't clean myself properly and I had to

Page 128

1  crawl to the shower to take a shower.  One instance I
2  told them about that.  They didn't care.
3      I was so bad when I walked in there.
4  Everybody in the whole prison who had ever seen me,
5  why is Armbruster walking that way.  They thought I
6  was faking it.  I don't know what the deal was, but I
7  was screwed up bad.
8      They couldn't see it.  When they seen me,
9  they was blind.  They should have sent me to the
10  hospital.  That's really the only way I can answer
11  that.
12      It was so bad.  My right leg, I'd tear a
13  hole in my shoe because it drags because it didn't
14  work.  It was bad.  I don't know how else to answer
15  that question.  I really don't.  It was, anybody
16  could be blind could have seen how bad I was and send
17  me to the hospital.  I begged them do something.
18  They wouldn't do shit.  Sorry.  I didn't mean to
19  cuss.
20      MS. KINKADE:  Q  You're fine.  I'm going to
21  talk about what you're saying they should have done
22  in a second.  So you have brought allegations, so I'm
23  asking you about what your allegations are.  Okay?
24  And you said, you know, faking it or they should have

32 (Pages 125 to 128)

GERRY ARMBRUSTER  10/24/2017

Page 129

1  known something and I understand that that's part of
2  your allegations.
3       My question is is your allegation also that
4  the nurse Defendants and Dr. Shah knew that you had
5  an impingement in your cervical spine and knowing
6  that that was the issue refused to treat it?
7       MS. ROCHE:  Objection, form, asked and
8  answered.  At this point I'm going to say this is
9  borderline harassing the witness.  You've asked this
10  question at least four times in identical fashion and
11  he's answered it every single time extensively for
12  you and objection to the extent that you're asking
13  him to guess as to what the doctor and nurses thought
14  or knew at the time.
15       THE DEPONENT:  Yeah.  I don't have an
16  answer.  I can't answer it no more better than I did.
17  I don't know.  They're the medical professionals.
18  They should have been able to recognize or know
19  something.
20       MS. KINKADE:  Q  Right.  And I keep asking
21  the question because I don't think you've answered it
22  and right there you just said should have known.
23  Okay?  And I understand that that's your allegation.
24       So the question is did they actually know?

Page 130

1  Did they say Mr. Armbruster, you have an impingement
2  in your cervical spine and there's nothing that we're
3  going do about it?
4       MS. ROCHE:  Objection, form, asked and
5  answered.  You have not asked him whether or not they
6  said the words spinal cord impingement to him.
7  You've been asking him over and over again whether or
8  not he thought the doctors knew about his injury and
9  he has answered numerous times now the same question
10  over and over.  I think it's borderline harassing the
11  witness.
12       MS. KINKADE:  Q  Do you need me to repeat
13  the question?
14       A.  I don't know.  I don't know the answer to
15  that.  I don't know what they were thinking that day
16  or any of the other days.  All I know is what I was
17  thinking.  You're the nurse.  These are the problems
18  that I'm having.
19       I walked out of there same way I walked in
20  there and they didn't care.  They should have been
21  able to tell.  The way I was it was so obvious.
22  Anybody should have been able to see, wait a minute,
23  this ain't right.  You've got to do something.
24       No one did anything.  So I really can't

Page 131

1  answer it no other way.  They didn't do nothing other
2  than write on their little pieces of paper Armbruster
3  came, follow-up visit.  Nowhere did they write we
4  didn't do crap.  They didn't write that on there.
5       They could have did something.  If they
6  would have sent me out, they would have known
7  immediately whenever I got to the hospital what the
8  problem was, but they never done that.
9       MS. KINKADE:  Q  Okay.  So my question I
10  guess is if they were to send you out, are you saying
11  that they would say we need approval to send
12  Mr. Armbruster out because we believe he has cervical
13  spine impingement?
14       A.  I don't know.
15       MS. ROCHE:  Objection, form to the extent
16  that you're asking him to guess as to what they would
17  have done or thought at that time.
18       THE DEPONENT:  I don't know how their
19  criteria works.  I know there is a chain of command.
20  First part of that chain of command would be the
21  first nurse or whoever was there and from that point
22  on they have to make all the rest of the decisions.
23  So I don't know.
24       MS. KINKADE:  Q  It sounds more like, you

Page 132

1  tell me if this is accurate, you're saying that you
2  complained of symptoms and they did not know what was
3  wrong with you, but they should have done more to
4  find out what was wrong with you.
5       MS. ROCHE:  Objection, form.
6       THE DEPONENT:  Yeah, I believe they could
7  have done a lot more.
8       MS. KINKADE:  Q  Okay.  And we talked about
9  the labs that you received, testing for different
10  things like diabetes, arthritis, high blood pressure.
11  The additional treatment that you've mentioned, is
12  that just an MRI or is there something else that you
13  think should have happened?
14       MS. ROCHE:  Objection, form to the extent
15  that you're asking for a medical conclusion.
16       THE DEPONENT:  I never knew what an MRI was
17  until I got out of prison.  Never had no serious
18  issues before in my life.  So I wouldn't have known
19  how to tell them what they needed to do.  All I knew
20  is I needed more help than what they were providing
21  me and to look deeper into it and that they didn't.
22       MS. KINKADE:  Q  Is there anything that you
23  know of other than MRI that you're alleging that they
24  should have had tested or done?

33 (Pages 129 to 132)

**GERRY ARMBRUSTER  10/24/2017**

Page 133

1    MS. ROCHE:  Objection, form to the extent
2  you're asking for a medical conclusion.
3    THE DEPONENT:  No, I don't know.
4    MS. KINKADE:  Q  You would agree that it's
5  important to tell your treating doctor a complete
6  medical history in order to help assess what symptoms
7  or diagnosis could be present?
8    MS. ROCHE:  Objection, form.
9    THE DEPONENT:  Yeah.  Yes.
10    MS. KINKADE:  Q  And at no time did you tell
11  Dr. Shah or any of the six nurses that you've sued in
12  this lawsuit that you'd experienced pain, tingling
13  and numbness before 2014.
14    MS. ROCHE:  Objection, form.
15    THE DEPONENT:  I believe I told them I never
16  had nothing like this going on in my whole entire
17  life.  Didn't know what it was and it was a bad pain.
18    MS. KINKADE:  Q  Fair to say,
19  Mr. Armbruster, though that you have experienced
20  pain, tingling, and numbness before 2014?
21    MS. ROCHE:  Objection, form.
22    THE DEPONENT:  Say that again.
23    MS. KINKADE:  Q  It's fair to say that you
24  have experienced pain, tingling, and numbness before

Page 134

1  2014?
2    MS. ROCHE:  Same objection.
3    THE DEPONENT:  Nothing, no, not that I can
4  recollect.
5    MS. KINKADE:  Q  On May 2nd of 2011 you
6  reported to Gateway Regional Medical Center
7  complaining of right arm pain for two weeks from your
8  neck and shoulder blade all the way to the tips of
9  your fingers, numbness and pain that keeps
10  increasing.  Isn't that true?
11    MS. ROCHE:  Objection, form.
12    THE DEPONENT:  When?
13    MS. KINKADE:  Q  May 2nd of 2011.
14    A.  I don't recollect that.  I don't remember.
15    (Exhibit 3, assessment form, was marked for
16  identification.)
17    MS. KINKADE:  Q  I'm showing you Exhibit 3.
18  Let me know when you've reviewed that.
19    A.  No, I didn't remember this.
20    Q.  Do you remember now that you reviewed the
21  document?
22    A.  I'm trying to.  This is a long time ago.  I
23  don't remember.  Trying to think what I would have
24  went there for.

Page 135

1    Q.  I'm going to give you three other pages to
2  go along with, I'm going to give you three other
3  documents to go along with Exhibit 3.  They're Bates
4  numbered at the bottom.  Page 1 is 0178, page 2 is
5  0179, page 3 is 0181 and page 4 is 0182.
6    Page 2 of Exhibit 3, do you know on this
7  document where your pain is at a level of 10 and it's
8  in your right shoulder?  Do you see that?
9    A.  You're talking about right here?
10    Q.  Talking about you circled Box 10 out of 10
11  right shoulder.
12    MS. ROCHE:  Is this still Exhibit 3?
13    MS. KINKADE:  Yes.
14    MS. ROCHE:  Through what number?  0178
15  through what?  So just through 0179.
16    THE DEPONENT:  All right.  What was the
17  question?
18    MS. KINKADE:  Q  Did you see on the document
19  how the pain level was a 10 out of 10 and --
20    A.  I didn't see that, but I see all these
21  circles.  Oh.  Right there.  Yeah, I see that.
22    Q.  Page 3 of Exhibit 3, at the bottom the
23  discharge instructions state to follow-up with a
24  neurologist to evaluate for severe impingement.  Do

Page 136

1  you see that?
2    A.  I can barely read it, but I see it.  What
3  does this say?
4    Q.  To follow-up with a neurologist for
5  evaluation of severe impingement.
6    A.  Yeah, I see that.
7    Q.  Did you follow-up with a neurologist after
8  you went to the doctor on May 2nd, 2011?
9    MS. ROCHE:  Objection, form.
10    THE DEPONENT:  I don't know.  I don't
11  remember ever going there, so I don't know if I did
12  or if I didn't.
13    MS. KINKADE:  Q  And then finally on page 4
14  of Exhibit 3 it says in all caps the patient states
15  he has been having right arm and shoulder pain with
16  some numbness and tingling to his fingertips for a
17  couple of weeks.  No known injury.
18    MS. ROCHE:  Objection, form.  I don't know
19  if I missed the question.
20    MS. KINKADE:  I'm just letting him see it
21  first.
22    THE DEPONENT:  What's ambulatory?  What does
23  that mean?
24    MS. KINKADE:  Q  Like your ability to walk.

34 (Pages 133 to 136)

**GERRY ARMBRUSTER  10/24/2017**

Page 137

1    A.  Okay.  What's the question?
2    Q.  Is that, any of this record I just showed
3  you refresh your recollection about going to the
4  Gateway Clinic on May 2nd, 2011?
5    A.  No.  I've been there a lot of times.  I
6  don't really remember what that was for or why I went
7  there.
8    Q.  And as you stated earlier, after that visit
9  you did not see a neurologist or get examined for any
10  impingement that you may have had back in 2011?
11    MS. ROCHE:  Objection, form.
12    THE DEPONENT:  No, I don't think I did.
13    MS. KINKADE:  Q  And you didn't provide this
14  information because you didn't remember it to any of,
15  to Dr. Shah or any of the nurses in this case.
16    A.  No.
17    MS. ROCHE:  Objection, form.
18    MS. KINKADE:  I'm good for now.
19    EXAMINATION
20  BY MR. BOOSE:
21    Q.  Mr. Armbruster, my name is Max Boose.  I'm
22  an Assistant Attorney General and I represent Ronald
23  Vitale in this case.  Basically she's got the medical
24  folks.  I have the Department of Corrections

Page 138

1  Defendant.  Do you understand that?
2    A.  Yes.
3    Q.  What's the highest level, and I apologize if
4  any of these are redundant.  I'm just trying to work
5  through and figure it out.  Okay?
6    What's the highest level of education you've
7  received?
8    A.  I believe 11th grade.
9    Q.  Sorry?
10    A.  Eleventh grade, I believe.
11    Q.  Since you have been in the Illinois
12  Department of Corrections, have you received a GED?
13    A.  No.
14    Q.  Have you ever taken any formal medical
15  courses?
16    A.  No.
17    Q.  Received any kind of medical education?
18    A.  No.
19    Q.  In terms of the contractor work you did, I
20  believe you said in your mid to late 20s.  Is that
21  right?
22    A.  Yes.
23    Q.  All right.  You said you worked on roofs.
24  Did that involve tearing off and putting on new

Page 139

1  shingles?
2    A.  Yes.
3    MS. ROCHE:  Objection, form.
4    MR. BOOSE:  Q  Did you carry the pack of
5  shingles up the ladders or how did you get them up
6  there?
7    A.  There was an elevator.
8    Q.  Okay.  Like a boom --
9    A.  Yes.
10    Q.  -- that will carry them up?
11    In terms of, and then you'd lift them off
12  the boom and carry them to different places on the
13  roof.
14    A.  Sometimes.
15    Q.  Sorry.  I said that conclusory.
16    Were you one of the people who would have
17  picked up the pack of shingles and carried them to
18  where they went?
19    MS. ROCHE:  Objection, form.
20    THE DEPONENT:  There's been a few times,
21  yes.
22    MR. BOOSE:  Q  And in terms of drywall, did
23  you help lift and carry the combined set of drywall?
24  Or I'm sorry.

Page 140

1    Did you move drywall around such that it was
2  two sheets of drywall that were attached on the ends
3  with strips you'd pull off?
4    MS. ROCHE:  Objection, form.
5    THE DEPONENT:  No.  I was a finisher.
6    MR. BOOSE:  Sorry?
7    THE DEPONENT:  I was a finisher.
8    MR. BOOSE:  Oh.  Okay.
9    THE DEPONENT:  Once it's installed, I put
10  the plaster on it and sand it and smooth it.
11    MR. BOOSE:  Sure.  In terms of carpeting,
12  were you involved in the removal of the carpeting?
13    A.  Yes, I've removed carpet before.
14    Q.  Tear it out, rip it off the floor?
15    A.  Yes.
16    Q.  Working on decks, did you carry around
17  lumber for that?
18    A.  There's a few times I have.
19    Q.  Would that have been just the planks going
20  on top of the decks?
21    MS. ROCHE:  Objection, form.
22    THE DEPONENT:  Sometimes.
23    MR. BOOSE:  Q  What about the like 4 by 4s
24  for the posts?  Did you ever carry those around?

35 (Pages 137 to 140)

**GERRY ARMBRUSTER  10/24/2017**

Page 141

1    A.  Sometimes.
2        Q.  Now, you've kind of gone over your medical
3    history a lot with, I'm not trying to retread that.
4    So I'm mostly going to focus on Defendant Vitale.
5    Okay?
6        A.  Okay.
7        Q.  Who is Ronald Vitale to your knowledge?
8        A.  He is Warden Number 3 or was Warden Number 3
9    at Southwestern.
10       Q.  What do you mean by Warden Number 3?
11       A.  Each warden is assigned a certain part,
12   certain duties of the prison.  All three of them
13   oversaw everything that goes on in the prison.  He
14   was the warden for work camp at Southwestern.
15       Q.  Would a title for him have been Assistant
16   Warden of Programs?
17       A.  Very well could have been.
18       Q.  You're not sure though?
19       A.  But I'm not sure.
20       Q.  All right.  What is work camp?  What do you
21   mean by that?
22       A.  Work camp is another housing unit that is at
23   Southwestern and they go by different phase parts.
24   There's phase 4.  When you become Phase 4 at

Page 142

1    Southwestern you can, because your clearance allows
2    you, you can be a participant in work camp where it
3    helps keep the place clean, does all the grounds
4    inside and outside of the property and he was the
5    warden assigned to the building.
6        Q.  Sorry.  Can you repeat that?  The door.
7        A.  He was the warden assigned to that building.
8        Q.  Thank you.  So as a participant in the work
9    camp you would be doing grounds work.  Is that fair
10   to say?
11       A.  Yes.
12       Q.  What do you mean by grounds work?  What's
13   grounds work?
14       A.  I was never a participant in work camp.  I
15   was never to that level, but they would do, drive
16   tractor, cut the grass, pick up trash from the road
17   outside the perimeter of the building, stuff like
18   that.  General maintenance to the facility.
19       Q.  To your knowledge, were there specific
20   assignments that one inmate would always run the
21   tractor or was it kind of always a rotation?
22       A.  I'm not sure.  I did not work that job.
23       Q.  Did you have any impressions that if you got
24   into work camp that you might have a particular

Page 143

1    assignment?
2        A.  Well, I was never on the list for work camp,
3    so I really don't know how everything works in there.
4    They have their, work camp was separated from the
5    rest of the facility.  They did everything, once you
6    got to work camp if you was approved to go to work
7    camp, everything's different.  So I don't know how,
8    everything that they do there.
9        Q.  Okay.  So fair to say you weren't sure if
10   you got into work camp what you'd be doing exactly,
11   how the, the list of things you've already told me
12   about.
13       A.  Right.
14       Q.  Okay.  And you submitted for work camp
15   several times while at Southwestern Illinois
16   Correctional Center.  Is that correct?
17       A.  Yeah, I do know and I did try to get it.
18       Q.  All right.  Do you know if you submitted
19   around February of 2014?
20       A.  I'm not sure.
21       Q.  What about April 18th of 2014?  Do you
22   recall that?  Sorry.
23           Do you recall submitting for work camp
24   around that time?

Page 144

1        A.  I may have.
2        Q.  Now, it mentions the criteria changing for
3    submitting for work camp.  Do you recall that
4    happening?
5            MS. ROCHE:  Objection, form.
6            THE DEPONENT:  No, I do not.
7            MR. BOOSE:  Q  Do you recall if you
8    submitted for work camp after you began developing
9    what you described as symptoms?  By that I mean the
10   tingling or shoulder pain.  Anything like that?
11           MS. ROCHE:  Objection, form.
12           THE DEPONENT:  I'm not sure.
13           MR. BOOSE:  Q  You did talk with counsel for
14   a bit about symptoms.  Now, when you talked with
15   counsel about symptoms, what did you mean by that?
16           MS. ROCHE:  Objection, form.
17           THE DEPONENT:  The current symptoms that I
18   have now.
19           MR. BOOSE:  Q  Would those include back
20   pain?
21       A.  Sometimes, yes.
22       Q.  Would that include shoulder pain?
23       A.  Yes.
24       Q.  Tingling or numbness in your limbs?

36 (Pages 141 to 144)

GERRY ARMBRUSTER  10/24/2017

Page 145

1    A.  Yes.
2    Q.  All right.  Is that a fair, am I getting
3  everything you mean when you talk about symptoms?  Is
4  there something I'm missing?
5        MS. ROCHE:  Objection to the form.
6        THE DEPONENT:  I think that covers it.
7        MR. BOOSE:  Q  All right.  Now, you
8  mentioned that Defendant Vitale was in charge of the
9  work camp.  Is him being in charge of the work camp
10  why he's involved in the lawsuit?
11    A.  No.
12    Q.  So why did you sue him?  Why is he in the
13  lawsuit?
14        MS. ROCHE:  Objection, form.
15        THE DEPONENT:  My job, Safety Sanitation, I
16  go from one house to the admin building which is a
17  bigger part of the prison and I had to go pick up my
18  toxic trays.
19        Well, while I was going to work or leaving
20  from work I'd always run into him in passing, either
21  going to health care or going to work camp or going
22  back into the admin building and I'm seeing him
23  almost every day I went to work.
24        I would see him between 7:00, 7:30, 8:00

Page 146

1  o'clock in the morning in passing and he was always
2  nice.  We always talked and I asked him for help on
3  many occasions and I asked him to please talk to the
4  health care unit, what's her, health care unit
5  administrator, and I asked him for help and then he
6  never helped me.  He never asked.  He never did
7  anything.
8        MR. BOOSE:  Q  I'm obviously going to have
9  to break that down, but other than him being Warden
10  Number 3, is there another reason why you brought
11  your concerns to him?
12        MS. ROCHE:  Objection, form.
13        THE DEPONENT:  Well, when I did my first,
14  when I did my complaint, my original complaint, I
15  wanted to keep this as honest as I could and remember
16  everything that I could possibly remember and that's
17  why he was included in this because I talked to him
18  multiple times.
19        He seen me in that condition.  He talked to
20  me about that condition and I asked him for help with
21  my condition.  That's why he's been in it.
22        MR. BOOSE:  Q  Do you know how many times,
23  you can give me a ballpark, how many times you would
24  have spoken to Defendant Vitale about your medical

Page 147

1  treatment?
2        MS. ROCHE:  Objection, form.
3        THE DEPONENT:  I don't know exactly how many
4  times, but I at least want to say about ten.
5        MR. BOOSE:  Q  To you mind, were you
6  speaking to him about your medical treatment?
7        MS. ROCHE:  Objection, form.
8        THE DEPONENT:  I spoke to him about my lack
9  of medical treatment.  It wouldn't get no better and
10  see, it was really hard for me because my daughter
11  when she used to come visit me, she was right around
12  two, and Warden Vitale whenever she would show up
13  they had some kind of special event, he would bring
14  her cake and it was real hard for me to have to
15  enlist him in this.
16        But I had to tell the truth because I
17  couldn't see how one side of this guy was the nicest
18  guy I've ever met, brought my baby cake on a birthday
19  or whatever event they had going on and then whenever
20  I needed his help he wouldn't help me and he is in
21  authority to do that.
22        He could have went over there and said hey,
23  look, I see this guy every day.  His walk's getting
24  worse.  We've got to figure something out and he

Page 148

1  never did.
2        MR. BOOSE:  Q  What makes you say that he
3  had the authority to do something?
4        MS. ROCHE:  Objection, form.
5        THE DEPONENT:  Well, he had a lot more
6  authority than I had.  He's of authority.  He's a
7  warden.
8        MR. BOOSE:  Q  Okay.  So his title informed
9  you as to his authority.  Is that correct?
10    A.  Yes.
11    Q.  Okay.
12        MS. ROCHE:  Objection, form.
13        MR. BOOSE:  Q  Other than his, other than
14  his title, was there something that made you
15  think he could go over and talk to health care?
16  Sorry.  Health care staff.
17    A.  Repeat the question.
18    Q.  Other than his title, was there something
19  else that informed you as to his authority to speak
20  to health care staff?
21        MS. ROCHE:  Objection, form.
22        THE DEPONENT:  I'm sorry.  I totally missed
23  that question.  Say it again.
24        MR. BOOSE:  Q  So you knew he was a warden

37 (Pages 145 to 148)

GERRY ARMBRUSTER  10/24/2017

Page 149

1   and as a warden he had some level of authority in the
2   facility.  Right?
3       A.  Yes.
4       Q.  So other than the fact that he was a warden,
5   was there something else that informed you, that made
6   you think that Defendant Vitale could go to health
7   care staff and talk to them about your medical
8   treatment?
9       MS. ROCHE:  Objection, form.
10      THE DEPONENT:  Yes.  When I seen him I was
11  in the hopes that, that I wasn't getting any better.
12  I was in hopes that he could do something and would
13  do something.  I guess that's the best way to answer
14  your question.
15      MR. BOOSE:  Q  And I just, I'm not you, so I
16  want to make sure I've covered everything.  So I'm
17  not saying I'm looking for something, but I want to
18  make sure I know the basis for your thinking.
19      A.  Okay.
20      Q.  And so in addition to you hoping that he
21  could help you and your knowledge of his title, was
22  there anything else that informed you as to what he
23  could say to health care staff?
24      MS. ROCHE:  Objection, form, asked and

Page 150

1   answered.
2       THE DEPONENT:  I don't know what I was
3   expecting him to do.  At that point in time I was
4   seeking help from anybody that would help me and it
5   just so happened I seen him as often as I did and I
6   knew with him being a warden it would be very simple
7   for him to walk over there and talk to the health
8   care administrator and say hey, look, I see this guy
9   every day almost.  Is there something we could do for
10  him.  That's what I was looking for.  I was needing
11  help bad, really, really bad and I was seeking it
12  from him.
13      MR. BOOSE:  Q  As best as you can recall,
14  what are the words you used when you talked to
15  Defendant Vitale about your symptoms?  And to be
16  clear, I'm talking about the time period between May
17  of 2014 and September of 2014.
18      First of all, have your responses so far
19  been related to that time period between May and
20  September of 2014?
21      MS. ROCHE:  Objection, form.
22      THE DEPONENT:  Has my responses been to
23  those dates?
24      MR. BOOSE:  Q  Yeah.  That's when you were

Page 151

1   talking about.  Right?
2       A.  Yeah.
3       Q.  Okay.  And I just want to clarify that
4   that's what I'm asking about just to make sure we're
5   on the same page.
6       A.  Right.
7       MS. ROCHE:  Objection, form.
8       THE DEPONENT:  I don't know how long I had
9   my Safety Sanitation job, but at some point after I
10  had that job is whenever these problems started to
11  happen and then when I would see him more, because
12  prior to me having the job I was pretty much stuck in
13  housing unit 1.  I didn't have the free movement that
14  I had since I got that job.
15      Most of the other jobs are housing unit jobs
16  where you don't leave the house unless you're going
17  to group.  So that's when I started to see him more
18  when I had that Safety Sanitation job.  Is that the
19  best, is that the answer you're looking for?
20      MR. BOOSE:  Q  Well, that's good
21  information, but my question is specifically what
22  words did you use to tell Defendant Vitale that
23  something was going on between May 2014 and September
24  2014?

Page 152

1       MS. ROCHE:  Objection, form.
2       THE DEPONENT:  I'd be either going to work
3   or dropping my stuff off at work and I would see him
4   in passing and he'd be hey, how are you doing, doing
5   fine, still ain't walking no better.  Ever going to
6   get ahold of health care?  Can you get ahold of
7   health care?  Will you get ahold of health care?
8   Yeah, I'll get ahold of health care.  I'll try to
9   talk to them today.  I've heard that so many times.
10  Today never came.  That's the answer.
11      MR. BOOSE:  Q  Other than telling him that
12  you still weren't walking any better, was there
13  something else that you told him about your symptoms?
14      MS. ROCHE:  Objection, form.
15      THE DEPONENT:  I'm sure I've mentioned to
16  him how my hands felt.  I don't remember every
17  conversation, but I just remember explaining to him
18  that I needed help and he was always usually in a
19  hurry.  There's a lot of times I only had just a
20  short brief conversation with him, you know.
21      MR. BOOSE:  Q  Could you estimate about how
22  long these conversations lasted?
23      MS. ROCHE:  Objection, form.
24      THE DEPONENT:  Maybe the longest five

Page 153

1   minutes I'd get a chance to talk to him and someone
2   else is coming and going.  So he wouldn't stick
3   around long enough to finish the conversation with me
4   and then take on another conversation with someone
5   else about some other issue.
6       MR. BOOSE:  Q  What about the shortest
7   conversation?
8       A.  Maybe a minute, minute and a half, two
9   minutes at the most.
10      Q.  Other than these conversations in person,
11  was there some other way you communicated with
12  Defendant Vitale about your symptoms?
13      MS. ROCHE:  Objection, form.
14      THE DEPONENT:  Not that I can remember.
15      MS. ROCHE:  I see you yawning.  Do you want
16  to take a break or anything?
17      THE DEPONENT:  I'm good.  Get me some water
18  a little bit later.
19      MR. BOOSE:  Let us know.  We'll try to churn
20  through this.
21      Q.  You allege that you had visible difficulty
22  walking between May and September of 2014 when
23  Defendant Vitale would have seen you.  Do you recall
24  making that allegation?

Page 154

1       A.  Yes.
2       Q.  All right.  How would you describe your
3   physical difficulty in walking?
4       A.  Well, my whole right side --
5       MS. ROCHE:  Objection, form.
6       THE DEPONENT:  My right leg would literally
7   drag.  I didn't have a lot of control over it.  It
8   was very difficult walking.  I was walking like the
9   Hunchback of Notre Dame if you've guys ever seen that
10  where the back was all hunched up.  The whole right
11  side was all messed up, out of whack.
12      MR. BOOSE:  Q  Is it fair to say that your
13  back was hunched over and your right leg would drag
14  as you walked?
15      A.  Yes.
16      Q.  Are you aware of any action that Defendant
17  Vitale took in terms of investigating or interacting
18  with your medical situation?
19      MS. ROCHE:  Objection, form.
20      THE DEPONENT:  No, I'm not.
21      MR. BOOSE:  Q  And by that, I'm referring to
22  your symptoms, to be clear.
23      A.  Yeah.  There was other occasions when I seen
24  him.  He never acknowledged the fact hey, I went and

Page 155

1   talked to her today which was the health care
2   administrator.  He never acknowledged or told me he
3   did do that.
4       Q.  Other than him, sorry.  Other than Defendant
5   Vitale not referring to conversations that he had
6   with medical staff and the fact that, sorry.
7           Other than Defendant Vitale not stating that
8   he had communicated with medical staff, is there
9   something else that informs you as to what Defendant
10  Vitale did or did not do after you spoke to him about
11  your symptoms?
12      MS. ROCHE:  Objection, form.
13      THE DEPONENT:  No.
14      MR. BOOSE:  Q  And to be clear, the times
15  you spoke with Defendant Vitale is while you were
16  taking the toxic trays across Southwestern Illinois
17  Correctional Center.  Is that right?
18      A.  Yeah, across the parking lot.  Well, I mean
19  there's other occasions that I seen him.  Like one
20  occasion when I had to visit with my baby, my
21  daughter, my little girl, and like the time he
22  brought the cake there.  I had difficulties then.
23          You know, I didn't embarrass him and say
24  anything in front of the state worker that was

Page 156

1   bringing my child, but we had our little talks
2   whenever I seen him and generally brought it to the
3   attention that I had problems.
4       Q.  Do you recall when this visit with your
5   daughter took place?
6       A.  I got visits every month.  Sometimes four
7   times a month.  State agency would bring her in, so I
8   don't remember what particular visit this one was.
9   There was a lot of them and he always would come look
10  through the window and see me with my daughter.
11      Q.  And is it fair to say that you're saying you
12  were experiencing those symptoms, but you didn't
13  verbally talk about them with Defendant Vitale?
14      MS. ROCHE:  Objection, form.
15      THE DEPONENT:  Say that again.
16      MR. BOOSE:  Q  Is it fair to say that you
17  were experiencing your symptoms on the date where you
18  had your visit with your daughter, but you did not
19  verbally speak about your symptoms with Defendant
20  Vitale?
21      MS. ROCHE:  Objection, form.
22      THE DEPONENT:  Not on that date, no.
23      MR. BOOSE:  Q  And otherwise, you spoke with
24  Defendant Vitale when you were crossing the parking

39 (Pages 153 to 156)

**GERRY ARMBRUSTER 10/24/2017**

Page 157

1  lot with the toxic trays. Right?
2      A. Yes.
3      Q. Were there any other situations when you
4  spoke with Defendant Vitale about your symptoms?
5      A. In the admin building. He would, his office
6  is in the work camp, but as you're going up to the
7  visiting room, there's two more offices for the other
8  wardens.
9          So there would be times I would see him in
10  passing in the hallway going to my job before he went
11  outside to exit the building and we had the same
12  conversation as the ones we had before.
13      Q. Do you recall how many times you spoke with
14  him in the admin building?
15      A. No. Multiple times.
16      Q. Am I correct in saying that while you were
17  speaking with Defendant Vitale while you were
18  crossing the parking lot you had the toxic trays in
19  your hands?
20      A. It would be my right hand or my left hand.
21  Depends on how many I had that day. Five guys, a guy
22  for each house, they would take one rack of trays to
23  each house.
24          There was four houses plus work camp.

Page 158

1  That's five, plus we had the warehouse. We had
2  dietary, a few other places. So some guys would
3  carry more, some guys would carry less.
4          There's times I carried one in each hand,
5  six Windex bottles in each tray. So there would be
6  times I would see Vitale with the toxic empty or full
7  in my hand.
8      Q. Just by the tray, do you mean a flat, what's
9  the area? Can you approximate it?
10      A. The size of this.
11      Q. And for the record you're indicating a
12  folder here?
13      A. It's the width, the width of this folder
14  here. About four inches high with a plastic handle
15  and little Windex bottles standing on each side.
16      Q. Oh. Okay. So it's got a handle in the
17  middle and it goes down on each side and recesses for
18  the bottles.
19      A. Yes. Real small.
20      Q. We talked about Defendant Vitale's
21  authority, why you thought he could talk to health
22  care staff about your symptoms. What should
23  Defendant Vitale do that he didn't?
24      MS. ROCHE: Objection, form.

Page 159

1      THE DEPONENT: Just seek help for me.
2      MR. BOOSE: Q How should he have sought
3  help for you?
4      MS. ROCHE: Objection, form.
5      THE DEPONENT: Walk over there, speak to the
6  health care administrator or the doctor or the nurses
7  and give some type of directive. Hey, look, this guy
8  needs help, do something because whatever you guys
9  are doing, it ain't doing it. Just some kind of care
10  and concern instead of just talking to me about it.
11      MR. BOOSE: Q Do you know if Defendant
12  Vitale has any medical training?
13      A. I don't know.
14      Q. What about the health care unit
15  administrator? Do you know what medical training
16  they have?
17      A. No.
18      Q. Other than saying they needed to do
19  something differently, so am I correct in saying that
20  you wanted Defendant Vitale to go to the health care
21  unit and tell them to change whatever they were
22  doing?
23      MS. ROCHE: Objection, form.
24      THE DEPONENT: No, not change what they were

Page 160

1  doing. Check into anything, anything to help me.
2      MR. BOOSE: Q By that, do you mean do more
3  tests or send you out?
4      A. Tests, send me out.
5      MS. ROCHE: Objection to form.
6      THE DEPONENT: Expert or specialist or
7  something. Something.
8      MR. BOOSE: Q All right. So you wanted
9  Defendant Vitale to order the health care staff to,
10  whatever treatment plan they were currently doing to
11  alter it to include something like a test, a
12  specialist or something else. Is that correct?
13      MS. ROCHE: Objection, form.
14      THE DEPONENT: Not order. Maybe give a
15  directive or step in. Give them hey, look, I see
16  this guy every day on a daily basis almost and I feel
17  that he needs some kind of, something ain't right.
18  There's something not right with him. That's what
19  I'm trying to get at.
20      MR. BOOSE: Q What to your mind is the
21  difference between an order and a directive?
22      A. An order is a more stronger directive.
23      Q. Can you clarify that any more? I want to
24  make sure I know what you mean by those terms.

40 (Pages 157 to 160)

GERRY ARMBRUSTER  10/24/2017

Page 161

1    A.  Okay.  Judge ordered me to five years or
2  five percent, whereas he could have directive, gave a
3  directive for that which is not an order.  A
4  directive is just one step lower than an order, I
5  guess.  That's the only way I think I can explain
6  that.
7    Q.  Would that be fair to call that a
8  suggestion?  Is that what you mean?
9    MS. ROCHE:  Objection, form.
10    THE DEPONENT:  I want to say a suggestion
11  with a little authority behind it.
12    MS. ROCHE:  Do you need a break?
13    THE DEPONENT:  No, I'm good.  Just hard to
14  explain some of these.
15    MR. BOOSE:  Q  In terms of, do you know
16  what, I may have asked this before, so I apologize.
17  Do you know how much awareness Defendant Vitale had
18  of your medical treatment when you were asking him to
19  speak with medical staff?
20    MS. ROCHE:  Objection, form.
21    THE DEPONENT:  The knowledge I knew he had
22  was the knowledge that I knew he seen me when he seen
23  me the way I was.  So again, that's the best way I
24  can answer that.

Page 162

1    It was very obvious that I had very serious
2  issues and when I seeked help from him, he knew that
3  there was something the matter with me.
4    MR. BOOSE:  Q  So am I correct in saying
5  other than your, what he saw in terms of what you
6  looked like and what you told him, you're not certain
7  if he had other knowledge from the health care unit
8  or someone else.  Is that fair?
9    MS. ROCHE:  Objection, form.
10    THE DEPONENT:  Right, yes.
11    MR. BOOSE:  Q  During the time period where
12  you were speaking to Defendant Vitale, that's the
13  same time period of May to September 2014 that
14  counsel for the medical defendants already spoke to
15  you about.  Right?
16    A.  Yes.
17    Q.  So that would have been the same time that
18  you were, or at least the medical records indicate
19  that you were receiving these labs and being
20  scheduled with nurses and doctors at the health care
21  unit.
22    A.  Yes.
23    Q.  So then the issue with Defendant Vitale was
24  not you wanting him to get you to the health care

Page 163

1  unit or be seen by a doctor, but rather when you were
2  seen by the doctor that wasn't doing it, that wasn't
3  fixing the problem.  Is that right?
4    MS. ROCHE:  Objection, form.
5    THE DEPONENT:  Yeah.  I wanted to look
6  deeper into it, be a little more aggressive or
7  something, anything because what was happening at
8  that moment wasn't, I wasn't getting the proper help
9  I needed.
10    MR. BOOSE:  Q  So you wanted Defendant
11  Vitale to make sure they weren't just continuing as
12  they were.
13    MS. ROCHE:  Objection, form.
14    THE DEPONENT:  Yes.
15    MR. BOOSE:  Q  Do you recall if you were
16  prescribed medications during the time period that
17  you spoke with Defendant Vitale about your symptoms?
18    MS. ROCHE:  Objection, form.
19    THE DEPONENT:  Not sure.
20    MR. BOOSE:  Q  Do you recall if you were
21  told by medical staff to alter your lifestyle in any
22  way during the time period you spoke with Defendant
23  Vitale about your symptoms?
24    MS. ROCHE:  Objection, form.

Page 164

1    THE DEPONENT:  I'm not sure.
2    MR. BOOSE:  Q  Do you recall if the
3  medications or, medications or tests by medical
4  professionals was the same or changed over time as
5  you were speaking with Defendant Vitale about your
6  symptoms?
7    MS. ROCHE:  Objection, form.
8    THE DEPONENT:  Can you repeat that?
9    MR. BOOSE:  Q  Sure.  Do you recall if the
10  medications you were provided or labs or tests that
11  were conducted by medical staff was the same or
12  changed over time as you were speaking to Defendant
13  Vitale about your symptoms?
14    MS. ROCHE:  Same objection.
15    THE DEPONENT:  Not sure.
16    MR. BOOSE:  Q  Are you aware of if treatment
17  can take time to show the effects of that medical
18  treatment?
19    MS. ROCHE:  Objection, form.
20    THE DEPONENT:  Not sure.
21    MR. BOOSE:  Q  Do you know if Defendant
22  Vitale has an impression about whether treatment can
23  take time to show effects?
24    A.  I don't know.

41 (Pages 161 to 164)

## GERRY ARMBRUSTER  10/24/2017

Page 165

1    Q.  My understanding of your claims against
2   Defendant Vitale is that he was aware you had medical
3   issues related to your symptoms and did not step in
4   to make sure those issues were being fixed.  Is that
5   a fair way of considering your problem with Defendant
6   Vitale's actions?
7       MS. ROCHE:  Objection, form.
8       THE DEPONENT:  Yes.
9       MR. BOOSE:  Q  Other than that, is there
10  something else that you're suing him about in this
11  lawsuit?
12      MS. ROCHE:  Objection, form.
13      THE DEPONENT:  Not that I can think of, no.
14  I'm not sure.
15      MR. BOOSE:  Q  Specific to Defendant Vitale,
16  do you have, can you tell me how his actions or
17  inactions affected your current medical situation or
18  the current injuries you have?
19      MS. ROCHE:  Objection, form.
20      THE DEPONENT:  No, I cannot.
21      MR. BOOSE:  Q  I have your unit offender, it
22  is your offender job assignment sheet.  If we could
23  mark this, please.
24      (Exhibit 4, job assignment sheet, was marked

Page 166

1   for identification.)
2       MR. BOOSE:  Q  So on this sheet I'm going to
3   direct you towards at the top here there's a
4   sanitation crew and it indicates you started on
5   January 17th of 2014 and that that ran through
6   August 24th of 2014.
7       Do you know if that matches your
8   recollection of roughly when you began and ended your
9   employment as a sanitation crew?
10      MS. KINKADE:  Can we go off the record for a
11  second?
12      (Wherein, an off-the-record discussion was
13  held.)
14      MR. BOOSE:  Q  So on this line here, do you
15  see where it says sanitation?
16      A.  What now?
17      Q.  Do you see this where it says sanitation
18  crew?
19      A.  Uh-huh.
20      Q.  It mentions the start date as January 17th
21  of 2014.  First of all, does that match your
22  recollection of roughly when you started as
23  sanitation?
24      A.  Very well could be, but I'm not a hundred

Page 167

1   percent sure.
2       Q.  And then on the September 4th of 2014 date,
3   is that, does that match your recollection of when
4   you stopped being on the sanitation crew?
5       A.  Very well could be.
6       Q.  Do you have any reason to disagree with
7   those dates?
8       A.  No.
9       Q.  All right.  Is there something about your
10  work on the sanitation crew, other than carrying
11  toxic trays around, is there something else you did
12  as part of that position?
13      A.  Sometimes we'd clean sinks, toilets, mop,
14  get the mold off the showers with a little brush.
15  I'm trying to think what else.  Floors, sweep, mop
16  floors, put wax down.  Pretty much that's it I think.
17      Q.  Is part of putting wax down on the floors,
18  does that involve operating the buffers?
19      A.  Yeah, we had some buffers.
20      Q.  And did you operate the buffers between May
21  of 2014 and September of 2014?
22      A.  I think I did.  I think I ran them once or
23  twice.  They had a special guy that normally did it,
24  but I think I remember doing it 1 House or 2 House or

Page 168

1   something.
2       Q.  Okay.  Thank you.  And for, if you were
3   having the pain and the symptoms you were having, why
4   did you keep going to the sanitation crew job?
5       A.  Well, because --
6       MS. ROCHE:  Objection, form.
7       THE DEPONENT:  -- the job is really a easy
8   job.  My job title, what I did was better than
9   dietary.  I didn't really, all I did was fill up, my
10  main primary job was to fill these little bottles up.
11  It was really no work at all.
12      The hardest thing I ever had to do was just
13  carry these bottles across the parking lot from one
14  house to the other house.  Sometimes we'd pass out
15  paper towels, toilet tissue.  Basically really was an
16  effortless job.
17      MR. BOOSE:  Q  So you were able to do that
18  without your symptoms preventing you from doing that
19  job.  Is that right?
20      A.  Yeah.  I tried to get off the crew, but I
21  couldn't get off the crews.
22      Q.  What do you mean by that?
23      A.  Well, you put a request in.  I didn't want
24  to work the job any more, but sometimes it's not that

**GERRY ARMBRUSTER   10/24/2017**

Page 169

1    easy to get off the job because my job really
2    contained no hard work, whereas if I would have
3    worked dietary I'd be doing dishes, running the
4    kettles, all kinds of things that go with doing
5    dietary work.  So this job really was fairly, fairly
6    simple and was really light work.
7        Q.  So you're saying primarily your job involved
8    the toxic trays.
9        A.  Yeah.
10       Q.  But is it your testimony between May and
11   September of 2014 that you also did sometimes do the
12   other things you talked about before in terms of
13   waxing the floors, cleaning toilets?
14       MS. ROCHE:  Objection, form.
15       THE DEPONENT:  Yeah.  We had these buckets
16   of wax.  We'd put the wax down with a mop.  It would
17   dry.  Someone would come behind us with this machine
18   who waxed it.
19       MR. BOOSE:  Q  Sure.  Just to clarify and
20   what I'm just asking since you provided that list
21   earlier that included like cleaning toilets and
22   everything, but you also talked mostly about toxic
23   trays.  My understanding is that most of what you did
24   was toxic trays, but you also had those other

Page 170

1    responsibilities you did from time to time.  Is that
2    correct?
3        MS. ROCHE:  Objection, form.
4        THE DEPONENT:  Yes.  There's multiple
5    things.  The trays was my primary.
6        MR. BOOSE:  Q  Thank you.  Do you recall
7    having any other job assignments between May of 2014
8    and September of 2014?
9        A.  Substance abuse, that's what kind of program
10   it was, behavior modification, but I don't think, I
11   don't know if I had any other jobs.  Trying to think
12   what would it have been.  I think that was it.
13       Q.  Going back to the work camp.  Would you
14   please mark this?
15       (Exhibit 5, counseling summary, was marked
16   for identification.)
17       MR. BOOSE:  Q  I am now providing you what's
18   been marked as Exhibit Number 5, otherwise identified
19   as Illinois Department of Corrections Bates number
20   000370.  Do you see on the listing for February 14th
21   of 2014 it talks about him being denied work camp
22   because he is Meth and not in phase 4?
23       A.  Yes.
24       Q.  You also see, you also see the entry on

Page 171

1    April 18th of 2014 talks about you resubmitting for
2    work camp.  Do you see that entry as well?
3        A.  This one right here?
4        Q.  Yes.  Do you see those entries?
5        A.  Yeah.
6        Q.  Do you have any reason to disagree with you
7    submitting for work camp near the time of those
8    entries?
9        A.  Kind of don't understand the question.  Say
10   it again?
11       Q.  I'm asking if you have a reason to think
12   that you did not submit for work camp near the time
13   that those entries were made.
14       A.  I don't know.  I mean sometimes, I don't
15   know if this matters, but they do automatic.
16   Everybody who's there gets screened for work camp at
17   some point in time, so I don't think I personally
18   requested to be in work camp, but they do a
19   prescreening on everybody in there.  Is that what
20   you're asking me?  Because I'm really confused about
21   that.
22       Q.  So you're saying that this where it says you
23   were resubmitted for work camp, are you saying that
24   you may not have been the one to submit, that it

Page 172

1    might have been automatic?
2        A.  Exactly right.  Everybody in that substance
3    abuse program at some point gets submitted for work
4    camp because you've got phase 1, 2, 3 and 4.
5        So I'm not a hundred percent sure that I
6    didn't request to be put in there because there's
7    less groups, but for the most part if I remember
8    right, everybody gets screened for work camp at some
9    point in time.
10       Q.  Okay.  Thank you.
11       A.  Are you guys ready to take a five minute
12   break so I can get some more water?
13       MR. BOOSE:  Sure.
14       (Wherein, a recess was taken at 2:35.)
15       (Back on the record at 2:40.)
16       MR. BOOSE:  Q  Do you recall testifying
17   earlier that you are I believe you said addicted to
18   cocaine powder and crack cocaine form.  Is that
19   right?
20       A.  Yes.
21       Q.  You stated that you have also tried
22   marijuana or cannabis?
23       A.  Yes.
24       Q.  Are there any other illegal drugs that

**MIDWEST LITIGATION SERVICES**
www.midwestlitigation.com        Phone: 1.800.280.3376        Fax: 314.644.1334

Page 173

1 you've tried in the past?
2    A.  I've tried the Meth twice my whole life and
3 I didn't like it.  Acid one time.  Didn't like it.
4 Scared the crap out of me.
5       Q.  Can you say, have you tried any of those?
6 By any of those, I mean either methamphetamine or
7 LSD.
8    A.  I think when I was 21 years old.
9       Q.  And is that as to all three times that you
10 tried those?
11    A.  In my early 20s.
12       Q.  Do you recall when you submitted a grievance
13 to the facility which referred to Defendant Vitale?
14    A.  Me filing a grievance on him.
15       Q.  Yeah.
16       MS. ROCHE:  Objection, form.
17       THE DEPONENT:  No, I don't.
18       MR. BOOSE:  Q  You did submit some
19 grievances about your symptoms.  Right?
20    A.  Yes.
21       Q.  So just to clarify, when you say that you
22 don't, are you saying you don't recall if you
23 submitted any grievances which referenced Defendant
24 Vitale or are you saying that you did not submit a

Page 174

1 grievance that referenced Defendant Vitale?
2       MS. ROCHE:  Objection, form.
3       THE DEPONENT:  I don't remember filing any
4 grievance associated with Defendant Vitale.
5       MR. BOOSE:  Q  But you do recall submitting
6 other grievances referencing your symptoms.
7    A.  Yes.
8       Q.  Is that correct?  You mentioned in 2007 to
9 2008 you had a fight.  Do you recall that testimony?
10    A.  Say that again.
11       Q.  A fight you had in either '07 or '08.  Do
12 you recall testifying about that?
13    A.  At Graham, yes.
14       Q.  You stated the only discipline you had was
15 seg.  What did you mean by that?
16    A.  Segregation.  It was right before I came
17 home.  It was early December 2000 I think it was 8.
18 It was an altercation in the dayroom.  We both went
19 to seg.  I went home I think it was December
20 the 26th.
21       Q.  So are you saying that an Adjustment
22 Committee never recommended discipline in relation to
23 the fight?
24    A.  No, no, no.  They cuffed both of us up.

Page 175

1 Took us both to seg.  I was in seg for almost 30
2 days.  They write a ticket.  You see the Adjustment
3 Committee.
4       Q.  And just to be clear, I'm only asking if the
5 Adjustment Committee recommended any discipline and
6 if so what that was.
7       MS. ROCHE:  Objection, form.
8       THE DEPONENT:  Just seg.  That's the only
9 thing I can think of.  That would have been the
10 normal procedure back then.
11       MR. BOOSE:  Q  That's all I need to clarify.
12       When did you get Medicare after you were
13 released from Department of Corrections custody in
14 2014?
15    A.  September the 26th, 2014.
16       Q.  You were asked before about whether the
17 nurse charted your complaints.  Do you recall that
18 testimony or that question?
19    A.  Say that again.
20       Q.  You were asked before if a nurse charted
21 your complaints.  Do you recall being asked about
22 that?
23    A.  Yes.
24       Q.  What do you take the term charted to mean?

Page 176

1    A.  Documented.
2       Q.  In your medical records?
3    A.  Yes.
4       Q.  You had a specific area where--strike that.
5       By this lawsuit are you seeking injunctive
6 relief for surgery or other medical treatment?
7    A.  Please explain the question.  I'm sorry.
8       Q.  Are you asking the court to order that you
9 be provided any specific surgery or other medical
10 treatment?
11       MS. ROCHE:  Objection, form.
12       THE DEPONENT:  No.
13       MR. BOOSE:  Q  You referenced a Dr. See
14 earlier.  Do you recall that?
15    A.  Say that again.
16       Q.  Dr., oh, sorry.  Dr. Hsieh.
17    A.  Hsieh.  Okay.
18       Q.  Okay.  Would a correct spelling for that be
19 H-S-I-E-H?  Does that sound right?
20    A.  I've seen it somewhere in one of these
21 papers that she showed me and I'm thinking that's how
22 it was spelled.
23       Q.  So this is IDOC Bates Number 630 and more
24 for spelling purposes, but does this look like the

44 (Pages 173 to 176)

GERRY ARMBRUSTER  10/24/2017

Page 177

1   right spelling here where it says provider?
2       A.  Yeah, I think that's the correct spelling.
3       Q.  Okay.  We may have missed this.  You recall
4   testifying about the burglary charge you had.
5       A.  Yes.
6       Q.  And like counsel, I'm only referring to the
7   allegations.  So I'm not getting into what actually
8   happened or your version of it, just in terms of the
9   prosecutor's version of what happened.  Did they
10  allege that you physically moved the tires and wheels
11  somewhere?
12      A.  No.
13      Q.  All right.  How did they allege that you
14  took possession of the tires and the wheels?
15      MS. ROCHE:  Objection, form.
16      THE DEPONENT:  They were stolen from a
17  storage facility.  I don't know how they, the alleged
18  part I don't really know how they wrote it up.  I
19  don't remember, but there was two parties in it in
20  the whole situation and I pled guilty to it because I
21  did my part of it, but I really don't know how they
22  actually wrote it up or how it was actually laid out.
23      There were two Counts.  One was completely
24  dismissed or dropped in order for the plea.  So I'm

Page 178

1   really not sure how it was written up.
2       MR. BOOSE:  Q  And I was going to ask if you
3   pled to it or if there was a trial.
4       A.  I plead to it.
5       MR. BOOSE:  I believe that's it, Counsel.
6       MS. KINKADE:  Would you prefer me to do mine
7   or would you rather do yours?
8       MS. ROCHE:  You can go ahead if you want.
9       MS. KINKADE:  I don't have very much.  Just
10  some follow-up on a couple of things.
11          EXAMINATION
12  BY MS. KINKADE:
13      Q.  Did you, all right.  So you talked about how
14  you had the sanitation job until September 4th of
15  2014?
16      A.  Say that again?
17      Q.  You had the sanitation crew job until
18  September 4th of 2014?
19      A.  Yes, I think so.
20      Q.  And you quit that job.  Right?
21      A.  That's what it says, but I don't remember.
22  I don't know.  I can't remember.  I don't know if my
23  boss at the time just took me off the crew.
24      I remember I was working up until the end of

Page 179

1   September or around the time I got home, but I don't
2   know.  I don't really know.
3       Q.  Okay.  Have you paid anything out of your
4   own pocket for the surgery that you received on
5   September 26th, 2014?
6       A.  No.
7       Q.  Have you, do you have an estimate of how
8   much you've paid for your medicine since that date?
9       MS. ROCHE:  Objection, form.
10      THE DEPONENT:  No idea.
11      MS. KINKADE:  Q  Have you paid anything?
12      MS. ROCHE:  Object to the form.
13      THE DEPONENT:  Some of them I had to pay,
14  but I don't remember what they were.  Some were
15  co-pays I had to pay, but I cannot possibly remember
16  what it is or what it was.
17      MS. KINKADE:  Q  Are we talking like less
18  than $100, more than $100?
19      A.  I don't know.  I don't remember.
20      Q.  Because of the surgery on September 26th,
21  2014, can you just give me the best estimate you can
22  of the total cost out of pocket to you?
23      MS. ROCHE:  Objection, form.
24      THE DEPONENT:  No, I cannot.  I don't know.

Page 180

1   I don't know.  I don't want to say because I don't
2   know for sure, but I had Medicare.  They pretty much,
3   they paid for everything.  I can't say for sure if I
4   did.  I just don't remember.
5       MS. KINKADE:  Q  And you won't be tied down
6   to this number, but I'm just trying to establish if
7   you paid 50 bucks, a couple hundred bucks or a
8   thousand bucks.  Do you have any idea?
9       A.  No, I don't.
10      MS. ROCHE:  Object to the form.
11      MS. KINKADE:  Q  Fair to say that if you
12  paid, you know, more than $500 you'd probably
13  remember that a little bit better?  That's a decent
14  amount of money?
15      MS. ROCHE:  Objection, form.
16      THE DEPONENT:  Yeah.
17      MS. KINKADE:  Q  When's your out date?
18      A.  February the 27th of '18.
19      Q.  Coming up.
20      A.  Yes.
21      Q.  At that time do you have any expected
22  medical costs?
23      A.  Not that I know of.
24      Q.  Because while you're incarcerated your

45 (Pages 177 to 180)

GERRY ARMBRUSTER 10/24/2017

Page 181

1  medical costs are being covered. Is that right?
2      A.  Except for the co-pays for sick call.
3      Q.  And that's $5 sick pay?
4      A.  Yes.
5      Q.  Okay. And when you have, if you already
6  have a prescription and it's just being renewed, you
7  don't have to pay that co-pay?
8      A.  I don't think you do with Medicare. I don't
9  think you do. I don't know if anything's changed
10  since I've been locked up. I'm not a hundred percent
11  sure on that.
12      Q.  In the last few months, have you had to pay
13  sick call $5 for refills of your prescription?
14      A.  Not here, no.
15      Q.  Okay.
16      A.  They don't do that here. Well, yeah, they
17  do. If you've got to go to, sometimes they make you
18  go to sick call to renew your meds and just the whole
19  ordeal, but if you've got chronic issues they
20  sometimes, some of the nurses will just put you right
21  in on no fee. All depends on the situation. So
22  yeah, no. If that makes any sense.
23      MS. KINKADE:  Q  Okay. And since you've
24  been incarcerated this time you've maintained

Page 182

1  employment?
2      A.  Yes.
3      Q.  And earlier you're talking about how dietary
4  is kind of one of the harder jobs, harder than
5  sanitation crew at least?
6      A.  Yeah. Well, see, for the most part what,
7  you should know. Some people get a job assignment
8  and they don't have a job. It's how they do the
9  books.
10      Everybody gets assigned somewhere, whether
11  it's in school, whether it's laying or your bed,
12  mopping the floors at night that you don't do. So
13  some people have a title, they don't have a job.
14      When I first got here I had a job title with
15  dietary on third shift which I didn't work very long
16  because I had mobility problems, couldn't barely
17  walk. So they took me off that job. Now, since then
18  I've gotten a lot better, so.
19      Q.  So was that dietary back at the beginning of
20  2016 when you were having the mobility problems?
21      A.  Yes.
22      Q.  But you've since been assigned to dietary
23  middle of 2016 onward and you've been able to work
24  those jobs?

Page 183

1      A.  Some of those might be wrong. I have a
2  brother that's here. So I had dietary for I want to
3  say to August of last year and since then I have a
4  different job.
5      Q.  All right. So up until August of 2016 you
6  were in dietary?
7      A.  Yes. Different shift, different time.
8      Q.  Okay. And you actually worked that job?
9      A.  Yes.
10      Q.  Okay. Since then what's your job?
11      A.  Car wash. Car wash attendant.
12      Q.  How often do you do that?
13      A.  Depends on if there's anything on the board.
14  Sometimes five days a week, sometimes not.
15      Q.  So you've kept that for over a year?
16      A.  Yes.
17      Q.  Okay. And do you expect that when you get
18  out in February that you'll be able to maintain
19  employment physically?
20      A.  I'm sure hoping to, yeah.
21      Q.  When you reported to the hospital on
22  September 26th of 2014, had you been taking any
23  Ibuprofen or Naproxen?
24      MS. ROCHE:  Objection, form.

Page 184

1      THE DEPONENT:  I know when I left the
2  facility they gave me a two week prescription or
3  something. I don't know exactly how much it was, and
4  I'm not really sure.
5      I knew it was my blood pressure medication
6  for sure. Something for GERD. I want to say some
7  Ibuprofen, but I'm not a hundred percent sure. I
8  can't remember everything that I left here with, or
9  the little prescriptions. I don't remember what they
10  were.
11      MS. KINKADE:  Q  Were you at least taking
12  any Ibuprofen or Naproxen? Were you taking it as
13  regularly as you would have when you were
14  incarcerated?
15      A.  So you're asking me if I took them as
16  prescribed or, yeah, as I was supposed to, yes.
17  Whatever it was I was taking, I didn't abuse it, if
18  that's what you're asking.
19      Q.  I'm actually asking if you maybe took it a
20  little less than you would have here because there's
21  not somebody coming around.
22      A.  No.
23      MS. ROCHE:  Object to the form.
24      THE DEPONENT:  I took them as I was supposed

46 (Pages 181 to 184)

GERRY ARMBRUSTER  10/24/2017

Page 185

1  to.
2      MS. KINKADE:  Q  So you believe on
3  September 26, 2014 you were taking approximately the
4  same amount of either Ibuprofen or Naproxen as you
5  had when you were incarcerated in 2014?
6      A.  Yeah, pretty sure I was taking, whatever I
7  was supposed to take is what I took, if that helps
8  your question.
9      Q.  And so that would be if when you left on
10  your discharge you had a prescription for Ibuprofen
11  and Naproxen, then you would have been taking it?
12     A.  Yes.
13     MS. KINKADE:  That's all I've got.
14         EXAMINATION
15  BY MS. ROCHE:
16     Q.  All right.  Do you know what your diagnosis
17  was in September 2016?
18     A.  I'm sorry, Katie.  What now?
19     Q.  Do you know like the name of the diagnosis
20  that you were given when you went to Gateway in 2016?
21     A.  You mean 2014?
22     Q.  Yes, sorry.  2014, yes.  I see where I --
23     A.  Yes.  Before I left that facility by
24  ambulance they told me I had severe spinal cord

Page 186

1  compression.
2      Q.  Okay.  And why did you wait until September
3  26, 2014 to go to Gateway Regional Medical for your
4  symptoms and your pain?
5      A.  When I first got out you got to wait a
6  mandatory three days for your agent assigned to your
7  case to come see you before they give you any
8  movement.
9          So when I was done, the first place I went
10  was the Public Aid office to apply for a medical card
11  and food stamps.  The day those came in was the day I
12  went to the hospital which was September the 26th.
13     Q.  Okay.
14     A.  Or the day before prior or it was the same
15  day.  I don't know.  Whenever the mail came is
16  whenever I went.
17     Q.  Okay.  You discussed a variety of different
18  symptoms and pain and body parts that were affected
19  by your spinal cord compression or caused by your
20  spinal cord compression.
21         Were there any symptoms or side effects that
22  you experienced due to your spinal cord compression
23  that you didn't know about until after you were
24  released from prison?

Page 187

1      MR. BOOSE:  Objection, form.
2      THE DEPONENT:  Please repeat that, Katie.
3      MS. ROCHE:  Q  So you talked about a variety
4  of symptoms and pain and different body parts that
5  were affected due to your spinal cord compression.
6          Were there any symptoms or side effects that
7  you experienced due to your spinal cord compression
8  that you didn't know about until after you were
9  released from prison?
10     MR. BOOSE:  Objection, form, foundation and
11  speculation.
12     THE DEPONENT:  Sharp pains that I have still
13  to this day.  Like when I brush my arm against
14  something, I can feel it all down my arm.  Same
15  tingling and some of the same stuff I have still that
16  doesn't quite always go away.  I think that's what
17  I'm trying to say, yeah.
18     MS. ROCHE:  Q  Okay.  Were there symptoms or
19  any side effects that you discovered shortly after
20  you were released in 2014?
21     A.  No.
22     Q.  Okay.  Counsel asked you questions earlier
23  about symptoms on a medical record from May 2011.  I
24  think it was Exhibit 3.  Do you remember those

Page 188

1  questions?
2      A.  Yes, I remember, yeah.
3      Q.  Do you recall experiencing those symptoms
4  that were listed in that medical record?
5      A.  No, I don't.  I didn't, I did not remember
6  that issue at all.  I didn't even remember going to
7  the hospital.
8      Q.  Okay.  And prior to May 2014, had you ever
9  experienced symptoms at the level of severity that
10  you experienced from May 2014 to September 2014?
11     A.  No.
12     Q.  And do you think that you would remember the
13  symptoms that were listed in Exhibit 3 from May 2011
14  if they were the same as what you experienced in
15  May 2014 to September 2014?
16     MS. KINKADE:  Object to the form.
17     MR. BOOSE:  Join.
18     THE DEPONENT:  Yes, yeah.
19     MS. ROCHE:  Q  Okay.  I have some clarifying
20  questions.  I think, I don't know if I had it right.
21  So counsel asked you about this Exhibit 5, the
22  cumulative counseling summary, the note that says
23  that inmate was resubmitted for work camp now that
24  the criteria has changed.

47 (Pages 185 to 188)

GERRY ARMBRUSTER  10/24/2017

Page 189

1     And so the way you were explaining, correct
2  me if I'm wrong, were you saying that people were,
3  everyone in the substance abuse program was screened
4  for the work camp program at some point?
5     A.  Yes.
6     Q.  And so was the work camp program like a part
7  of your, the substance abuse program?
8     A.  Yes.
9     Q.  Okay.
10    A.  This was, that facility is not like other
11 facilities with work camp.  They have their own work
12 camp on-site, but everybody gets screened for it
13 whether you want to go to it or not.  It's part of
14 the prison's, they do drug, substance abuse treatment
15 as well at the work camp.
16    Q.  Okay.  So do you have any recollection of
17 having submitted yourself for work camp at that time?
18    A.  No.
19    MS. ROCHE:  Okay.  I have no further
20 questions.
21    MR. BOOSE:  I have three.
22        EXAMINATION
23 BY MR. BOOSE:
24    Q.  First of you, you currently have an

Page 190

1  assignment in car washing.  Yes?
2     A.  Yes.
3     Q.  What is involved in the car washing task?
4     A.  Spraying cars.
5     Q.  What do you do as part of having a car
6  washing task?
7     A.  I spray the car down.  I spray bug cleaner
8  on and let it set.  Re-spray it down.  We have a
9  brush we dip in soap, brush it, and spray it off.
10 Sometimes we squeegee it and dry it.  Sometimes we
11 don't.  All depends on what the boss tells you to do.
12    Q.  One last exhibit to mark, please.
13    (Exhibit 6, health information transfer
14 summary, was marked for identification.)
15    MR. BOOSE:  Q  Do you recall being in the
16 Madison County Jail?
17    A.  Yes.
18    Q.  Sorry.  Prior to your current sentence at
19 the Illinois Department of Corrections?
20    A.  Yes.
21    Q.  All right.  On this Exhibit, you see down
22 where it says current medications?
23    A.  Yep.
24    Q.  What is, to your knowledge do you know what

Page 191

1  Norvasc is?
2     A.  One of the medications I had in there.
3     Q.  Do you know what it was for?
4     A.  I can't remember.
5     Q.  There's a notation here that says was caught
6  hoarding.  Do you know what that refers to?
7     A.  I sure do.
8     Q.  Okay.  What happened?
9     A.  The officer who passed out meds that day, we
10 had an altercation.
11    Q.  You and the officer?
12    A.  Yeah.
13    Q.  Was it verbal or physical?
14    A.  Verbal.  The officers at that facility pass
15 out the medications, not a nurse, the officers.  When
16 this particular officer that was working that day, we
17 had a verbal altercation and he knew by hurting me
18 was to take my meds, but the only way he could take
19 my meds is to document that.  Did you see that?
20    MS. ROCHE:  Uh-huh.
21    THE DEPONENT:  So yeah, I remember that.
22 She caused all kinds of problems for me.  So that was
23 an issue.
24    MR. BOOSE:  Q  Do you know if they

Page 192

1  confiscated any pills other than your allotment for
2  that, the handout?
3     A.  There was never no nothing confiscated.
4  They just didn't give me that, some of my meds after
5  that.
6     Q.  So basically it's your testimony that the
7  staff member who was involved fabricated that
8  allegation?
9     A.  Yeah.
10    Q.  And lastly, if you were eligible between May
11 and September of 2014, would you have gone into the
12 work camp?
13    A.  Yeah.
14    MR. BOOSE:  Thank you.  That's for real my
15 last question.  Counsel, do you want to talk about
16 signature and waiver?
17    MS. ROCHE:  So you have an option.  You can
18 waive signature.  Basically at the end of a
19 deposition transcript you sign off on that everything
20 is correct in the deposition or you can waive
21 signature and just trust that it's correct basically.
22    We can go off the record now.
23    (Wherein, an off-the-record discussion was
24 held.)

48 (Pages 189 to 192)

GERRY ARMBRUSTER  10/24/2017

Page 193

```
 1          (Whereupon, signature was waived.)
 2          (Deposition concluded at 3:07.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 194

```
 1              CERTIFICATE
 2
 3      I, Julie A. Brown, Certified Court Reporter,
 4  within and for the State of Illinois, do hereby
 5  certify that the witness whose testimony appears in
 6  the foregoing deposition was duly sworn by me; that
 7  the testimony of said witness was taken by me to the
 8  best of my ability and thereafter reduced to
 9  typewriting under my direction; that I am neither
10  counsel for, related to, nor employed by any of the
11  parties to the action in which this deposition was
12  taken, and further that I am not a relative or
13  employee of any attorney or counsel employed by the
14  parties thereto, nor financially or otherwise
15  interested in the outcome of this action.
16
17
18
19      _____
20          IL CSR# 084-004174
21
22  My license expires May 31, 2011.
23
24
```

49 (Pages 193 to 194)

**GERRY ARMBRUSTER  10/24/2017**

**A**

**Aberdeen** 3:5
**ability** 8:19
    136:24 194:8
**able** 22:6 32:19
    81:7 87:24
    88:2 96:16,20
    115:8 123:16
    129:18 130:21
    130:22 168:17
    182:23 183:18
**abnormal** 91:7
**abundance**
    34:20
**abuse** 65:11
    66:10 88:10
    170:9 172:3
    184:17 189:3,7
    189:14
**accidents** 16:13
    17:8,9 86:2
**accurate** 68:23
    79:6 124:20
    132:1
**ache** 39:10,11
**aches** 71:7
**Acid** 173:3
**acknowledged**
    154:24 155:2
**action** 154:16
    194:11,15
**actions** 165:6,16
**activities** 90:12
**actual** 25:16
    33:20,21
**addicted** 172:17
**addiction** 15:2
    18:6 23:24
    27:16 28:3,5,8
    29:3,11,12
    30:2,4 86:7
**addictive** 99:17
**addition** 149:20
**additional** 71:22
    132:11
**address** 107:7

107:19
**Adjustment**
    174:21 175:2,5
**admin** 145:16
    145:22 157:5
    157:14
**administrator**
    146:5 150:8
    155:2 159:6,15
**admission** 20:5
**advises** 9:6
**affect** 26:12
**afternoon** 1:17
    67:13,23 68:3
**ag** 35:21
**age** 4:11 16:18
**agency** 156:7
**agent** 94:16,20
    94:20 186:6
**ages** 10:22
**aggravate** 64:16
**aggravated** 36:7
**aggravates**
    64:13
**aggressive** 163:6
**ago** 32:22
    134:22
**agree** 47:21
    70:18 78:17
    114:8 133:4
**AGREED** 4:1
**ahead** 41:24
    178:8
**ahold** 152:6,6,7
    152:8
**Aid** 186:10
**ailments** 21:22
**ain't** 130:23
    152:5 159:9
    160:17
**alcohol** 7:15
    28:14,15 85:20
**alerted** 48:22
**allegation** 44:13
    45:1 51:20
    55:2 122:11

129:3,23
    153:24 192:8
**allegations** 7:6
    8:16,24 121:4
    121:16,20
    122:1,6 128:22
    128:23 129:2
    177:7
**allege** 50:17 51:2
    54:22 122:6
    153:21 177:10
    177:13
**alleged** 121:3
    177:17
**alleging** 51:16
    51:21 54:1
    57:11 126:23
    132:23
**alleviated** 66:17
**allotment** 192:1
**allows** 142:1
**alter** 160:11
    163:21
**altercation** 37:9
    174:18 191:10
    191:17
**amazed** 16:7
**ambulance**
    89:15 94:14,15
    185:24
**ambulatory**
    136:22
**amended** 50:17
    51:2 54:22
**amount** 180:14
    185:4
**Anda** 1:11,22
    3:9
**Anderson** 26:23
**answer** 6:4,17
    9:7,7 22:24
    23:11 25:9
    29:21 32:23
    44:22 45:7,8
    45:11 46:8,18
    63:1,12 92:23

103:11 107:10
    108:23 116:20
    116:20 126:12
    127:5,22
    128:10,14
    129:16,16
    130:14 131:1
    149:13 151:19
    152:10 161:24
**answered**
    127:18 129:8
    129:11,21
    130:5,9 150:1
**answering** 9:9
**anybody** 119:8
    128:15 130:22
    150:4
**anything's** 181:9
**anytime** 83:7
**Anyway** 99:11
**apologize** 138:3
    161:16
**apologized**
    94:13
**appears** 106:22
    123:20 194:5
**appliances**
    12:13,15
**apply** 186:10
**appointment**
    73:22 76:5
**approval** 131:11
**approved**
    108:17 143:6
**approximate**
    158:9
**approximately**
    83:17 100:13
    185:3
**April** 58:23
    100:14 143:21
    171:1
**Arch** 11:23,24
**area** 23:15 92:21
    117:4 158:9
    176:4

**argue** 5:18,19
**argumentative**
    74:15
**arm** 40:8 42:5
    134:7 136:15
    187:13,14
**Armbruster** 1:4
    1:16,20 4:10
    4:15,22 19:4
    89:1 113:19
    128:5 130:1
    131:2,12
    133:19 137:21
**arms** 29:9 51:5
    52:11 62:5
**arrest** 35:20
    123:13
**arrested** 35:2,13
    35:16 108:24
    119:6 120:15
    120:18,19
    122:17
**arresting** 36:1
**arrests** 35:6,7,8
    35:14
**arthritis** 27:11
    31:13,16 38:11
    39:1 64:18
    66:2 69:12,18
    76:10 78:18,21
    78:24 79:2
    132:10
**asked** 29:23
    32:18 90:8
    107:8,8 127:18
    129:7,9 130:4
    130:5 146:2,3
    146:5,6,20
    149:24 161:16
    175:16,20,21
    187:22 188:21
**asking** 9:8 29:17
    45:10 73:8,9
    127:3,19
    128:23 129:12
    129:20 130:7

**GERRY ARMBRUSTER  10/24/2017**

131:16 132:15
133:2 151:4
161:18 169:20
171:11,20
175:4 176:8
184:15,18,19
**asleep** 42:6
**assess** 133:6
**assessed** 89:20
91:8,24
**assessment** 2:11
71:11 78:2,3,6
78:7 88:13
113:5 134:15
**assigned** 141:11
142:5,7 182:10
182:22 186:6
**assignment** 2:12
143:1 165:22
165:24 182:7
190:1
**assignments**
142:20 170:7
**assistance**
114:22
**Assistant** 3:15
137:22 141:15
**associated** 23:6
174:4
**assume** 28:16
**assumed** 99:7
**attached** 2:16
106:21 140:2
**attendant**
183:11
**attention** 156:3
**attorney** 3:4,11
3:15 9:4 33:14
33:19,20,20,21
103:22 137:22
194:13
**attorneys**
103:21
**August** 84:7
119:7,12
120:11,15

166:6 183:3,5
**authority** 48:19
49:1 147:21
148:3,6,6,9,19
149:1 158:21
161:11
**automatic**
171:15 172:1
**aware** 154:16
164:16 165:2
**awareness**
161:17

————————
**B**
**baby** 147:18
155:20
**back** 10:13
11:17 16:14
18:5,10 19:6,8
19:11 26:3
36:22 40:12
42:19,20 55:9
57:17,22 60:18
62:5 66:15
68:24 75:21
76:6 82:8,23
84:23 85:18,19
87:20 88:19
89:4,10 90:6
90:17 93:16
99:10 111:24
112:1 113:23
124:10 137:10
144:19 145:22
154:10,13
170:13 172:15
175:10 182:19
**backwards** 43:7
**bad** 27:14 29:18
41:16 42:17
46:15 80:6
87:6 90:5 96:2
97:2,18,18
128:3,7,12,14
128:16 133:17
150:11,11

**badge** 43:7
**Bailey** 11:1 93:5
93:7,9 94:11
94:24 95:3
98:5 99:7
100:4 103:6,8
103:12,16
104:2,24
106:23 107:2
108:8,12 109:2
109:20 110:8
112:19 113:1
117:17 119:9
**Bailey's** 102:20
109:24 112:14
118:4
**ballpark** 146:23
**barely** 87:10
136:2 182:16
**barred** 33:20,21
**base** 104:7
107:15
**based** 51:7,9
52:16 104:8
105:18 107:10
107:14,16
110:1 117:15
**basically** 24:4
31:7 33:10
38:14 39:4,8
45:9 95:8
105:14 117:10
137:23 168:15
192:6,18,21
**basing** 50:20
107:12
**basis** 110:16,19
149:18 160:16
**Bates** 135:3
170:19 176:23
**bathroom** 88:23
**battery** 35:21
36:8
**bed** 182:11
**began** 67:4
144:8 166:8

**begged** 126:8
128:17
**beginning** 68:21
71:3 78:20
182:19
**behalf** 4:12
**behavior** 99:23
170:10
**believe** 21:17
23:22 25:15
43:2 46:9,14
63:16 67:8,14
72:1,24 83:13
131:12 132:6
133:15 138:8
138:10,20
172:17 178:5
185:2
**Belleville** 101:3
101:6,20
102:24 112:5
113:4 114:18
**bending** 27:1
**Bennett** 1:10,22
3:9 6:23 44:3
**best** 6:17 20:20
23:11 45:23
80:21 92:23
106:9 117:21
126:11 149:13
150:13 151:19
161:23 179:21
194:8
**better** 26:15
30:3 40:18
77:4 81:13,14
96:3 97:10,19
97:22 98:2,4
99:8 105:12
106:12 109:15
123:19 124:4
124:14 129:16
147:9 149:11
152:5,12 168:8
180:13 182:18
**Bharat** 1:8,21

3:8
**bigger** 145:17
**birth** 9:12
**birthday** 147:18
**bit** 7:3,7 9:1
21:9 40:18
53:20 94:12
95:6 144:14
153:18 180:13
**bitty** 113:13
**blade** 40:11
52:11 75:8
134:8
**bleach** 61:3
**blind** 128:9,16
**blocks** 23:23
**blood** 8:11 21:14
23:3 53:21
54:7,11 59:2
65:7 66:6 67:1
67:5,9,15,24
68:9 70:8,8,11
70:17,19,22
72:21 73:16
74:3 75:18
84:4 88:5
132:10 184:5
**BMI** 65:19,21
**board** 183:13
**body** 40:15
65:22 71:6
91:24 92:11
186:18 187:4
**books** 182:9
**boom** 139:8,12
**Boose** 2:4,5 3:15
7:2 24:23 25:2
25:20 27:3
63:10 87:14
118:12,14
124:8 137:20
137:21 139:4
139:22 140:6,8
140:11,23
144:7,13,19
145:7 146:8,22

**GERRY ARMBRUSTER  10/24/2017**

147:5 148:2,8
148:13,24
149:15 150:13
150:24 151:20
152:11,21
153:6,19
154:12,21
155:14 156:16
156:23 159:2
159:11 160:2,8
160:20 161:15
162:4,11
163:10,15,20
164:2,9,16,21
165:9,15,21
166:2,14
168:17 169:19
170:6,17
172:13,16
173:18 174:5
175:11 176:13
178:2,5 187:1
187:10 188:17
189:21,23
190:15 191:24
192:14
**border** 120:20
**borderline** 71:22
73:2 129:9
130:10
**born** 9:15
**boss** 49:7 178:23
190:11
**bottles** 60:5,6
61:2 158:5,15
158:18 168:10
168:13
**bottom** 108:2
135:4,22
**Box** 12:6 135:10
**break** 7:8 64:16
146:9 153:16
161:12 172:12
**brief** 124:9
152:20
**bring** 147:13

156:7
**bringing** 156:1
**Broadway** 3:11
**broke** 37:10
**Brooke** 10:23
**brother** 17:17
17:24 18:10
19:3,6 85:13
183:2
**brother's** 18:23
**brothers** 17:18
17:19,19 18:1
18:2,8,14
**brought** 5:22
14:24 76:16
105:8 111:8
121:17 128:22
146:10 147:18
155:22 156:2
**Brown** 1:18 3:20
4:4 194:3
**brush** 167:14
187:13 190:9,9
**buckets** 169:15
**bucks** 180:7,7,8
**buffers** 167:18
167:19,20
**bug** 190:7
**building** 142:5,7
142:17 145:16
145:22 157:5
157:11,14
**bullet** 24:17
**burglary** 121:5
121:10,17,18
177:4
**burned** 16:7
**burning** 59:13
**bus** 11:17
**buying** 24:2
**bye** 95:7

---
**C**
---
**C** 3:1
**cake** 147:14,18
155:22

**call** 47:11 60:24
94:16 161:7
181:2,13,18
**called** 32:3
**calls** 25:9 41:20
44:20 46:3,11
47:1 48:4
57:14 73:13,19
75:2 76:21
104:20 125:5
125:16,23
**camp** 141:14,20
141:22 142:2,9
142:14,24
143:2,4,6,7,10
143:14,23
144:3,8 145:9
145:9,21 157:6
157:24 170:13
170:21 171:2,7
171:12,16,18
171:23 172:4,8
188:23 189:4,6
189:11,12,15
189:17 192:12
**canceled** 112:20
**cane** 96:23,24
97:2 114:22
**cannabis** 172:22
**caps** 136:14
**car** 16:13,21
17:8,8 86:2
183:11,11
190:1,3,5,7
**card** 186:10
**care** 22:10 47:16
57:1 84:18
86:13,20 87:1
102:16 106:5
119:15 128:2
130:20 145:21
146:4,4 148:15
148:16,20
149:7,23 150:8
152:6,7,7,8
155:1 158:22

159:6,9,14,20
160:9 162:7,20
162:24
**carpet** 14:6
140:13
**carpeting**
140:11,12
**carried** 139:17
158:4
**Carrow** 103:21
107:9,18
**carry** 139:4,10
139:12,23
140:16,24
158:3,3 168:13
**carrying** 167:10
**cars** 190:4
**case** 1:5 5:22
36:12 43:20
44:12 45:4,18
47:20 58:8,13
121:12,17
137:15,23
186:7
**Cassiday** 3:10
6:21
**cast** 25:18,22
**caught** 191:5
**cause** 1:19 4:23
29:14 64:19,23
65:7,11,15
73:11,16 76:10
**caused** 61:5 87:4
116:2,2,7
125:2,9 186:19
191:22
**causes** 27:23
64:3
**causing** 125:14
**celebration**
85:16
**Center** 1:18 15:1
15:5 102:17,21
103:13 112:16
119:24 134:6
143:16 155:17

**certain** 1:19
29:16 99:21
141:11,12
162:6
**Certainly**
116:14
**certainty** 93:17
**CERTIFICATE**
194:1
**Certified** 1:19
4:4 194:3
**certify** 194:5
**cervical** 82:4
98:20 116:15
125:21 126:24
127:16 129:5
130:2 131:12
**chain** 131:19,20
**chance** 46:4
153:1
**chances** 126:1
127:12
**change** 35:4
97:11,12
105:19,24
159:21,24
**changed** 164:4
164:12 181:9
188:24
**changes** 8:21
**changing** 144:2
**characterize**
81:16
**charge** 119:6
122:24 145:8,9
177:4
**charged** 35:18
35:19 121:18
**charges** 122:21
**chart** 74:14
**charted** 49:11
175:17,20,24
**check** 67:9,24
80:7 99:10
160:1
**checked** 62:16

GERRY ARMBRUSTER  10/24/2017

checking 34:13
  62:4 79:24
chemicals 61:2
Chicago 3:6
child 156:1
childhood 29:23
chiropractor
  22:13
chronic 8:16
  181:19
churn 153:19
circle 92:8
circled 135:10
circles 135:21
circumstances
  36:11
City 10:6,7,14
  11:7,13,15
  12:24 18:14,22
  20:1,16,17
  21:1 27:21
  28:1 36:2 85:8
  101:2,15
  102:14,17
claims 125:12
  165:1
clarify 118:15
  151:3 160:23
  169:19 173:21
  175:11
clarifying
  188:19
clarity 34:20
clean 127:24
  142:3 167:13
cleaner 190:7
cleaning 169:13
  169:21
clear 6:15 49:24
  50:7 110:18
  150:16 154:22
  155:14 175:4
clearance 142:1
clerical 32:11
  108:10 118:22

clinic 84:5,8,11
  86:13,15,16
  137:4
clipped 16:23
close 15:16
  97:19,21
co-pay 181:7
co-pays 179:15
  181:2
cocaine 28:8,10
  28:11,11,19
  172:18,18
cold 38:14,22
collar 98:20
combined
  139:23
come 27:9 32:14
  45:19 61:2
  67:9 80:15
  93:21 103:16
  107:13 147:11
  156:9 169:17
  186:7
comes 8:5 29:22
  29:24 84:23
coming 23:21
  45:13,17 80:18
  89:8 153:2
  180:19 184:21
command
  131:19,20
commenced 4:8
Committee
  174:22 175:3,5
communicated
  153:11 155:8
complained 38:5
  51:3,20 52:3
  54:8 55:1,19
  68:16,24 79:5
  82:14,19 87:13
  132:2
complaining
  71:6 79:10,13
  134:7
complaint 4:24

7:7 8:24 33:9
  34:2 45:1
  50:17 51:2
  54:22 55:8
  58:13 106:21
  124:21 146:14
  146:14
complaints
  33:24 47:12,22
  49:11,15 50:2
  50:8,19 52:10
  53:5,8 54:18
  55:14 58:4,7
  58:20 59:8
  61:22 79:17
  83:8 111:13
  175:17,21
complete 82:4
  133:5
completely
  109:12 124:22
  177:23
complications
  28:4
comprehend
  105:8
compression
  186:1,19,20,22
  187:5,7
concern 159:10
concerning
  108:8
concerns 146:11
concluded 103:9
  193:2
conclusion 25:9
  41:20 44:20
  46:3,12 47:1
  48:4 54:10
  57:14 67:4
  70:17 73:13,20
  75:2 76:21
  104:21 125:5
  125:16,23
  132:15 133:2
conclusory

139:15
condition 113:6
  146:19,20,21
conditions 21:12
  61:13
conducted
  164:11
conducting 69:5
confiscated
  192:1,3
confused 44:23
  102:8 171:20
consider 109:5
considering
  165:5
constant 80:20
consultation
  113:18
contact 94:20
  103:22 107:17
  108:5
Contacted 49:5
  49:7
contained 169:2
continued 99:13
continuing
  105:11 163:11
continuously
  103:21
contracting
  13:21 14:7
contractor 13:22
  16:4 138:19
contractors 16:6
contributing
  69:13,19
control 8:18
  48:21 154:7
conversation
  41:4 65:5
  69:18 71:21
  73:2 76:10
  78:5 94:22
  99:3,23 113:12
  152:17,20
  153:3,4,7

157:12
conversations
  33:2,22 105:14
  152:22 153:10
  155:5
convicted 121:5
copied 2:16
copies 2:16
cops 36:2
copy 4:24
  107:21,21
cord 105:9 130:6
  185:24 186:19
  186:20,22
  187:5,7
Corey 18:10
  19:4
correct 18:18
  21:3,6 28:9
  50:16 93:6
  109:1 114:24
  117:2 121:7
  143:16 148:9
  157:16 159:19
  160:12 162:4
  170:2 174:8
  176:18 177:2
  189:1 192:20
  192:21
Correctional
  1:18 143:16
  155:17
Corrections
  38:1 50:15
  87:9 109:21
  110:20 120:13
  137:24 138:12
  170:19 175:13
  190:19
cost 179:22
costs 180:22
  181:1
counsel 3:3,8,14
  4:2,2 144:13
  144:15 162:14
  177:6 178:5

62:17

**GERRY ARMBRUSTER  10/24/2017**

187:22 188:21
192:15 194:10
194:13
**counseling** 2:12
170:15 188:22
**count** 70:8 121:9
**Counts** 177:23
**County** 13:9,12
190:16
**couple** 13:18
68:13 80:14
98:14 136:17
178:10 180:7
**course** 23:17
80:14
**courses** 138:15
**court** 1:1,19,19
2:15 4:4 5:24
6:8 18:24
176:8 194:3
**covered** 84:20
149:16 181:1
**covers** 145:6
**crack** 28:11
172:18
**crap** 39:15 131:4
173:4
**crawl** 128:1
**crew** 166:4,9,18
167:4,10 168:4
168:20 178:17
178:23 182:5
**crews** 168:21
**criteria** 131:19
144:2 188:24
**crossing** 156:24
157:18
**crutch** 26:2
**crutches** 96:23
**crying** 95:2
**CSR** 3:20,21
194:20
**cuffed** 174:24
**cumulative**
188:22
**cup** 80:5 81:3,7

123:17
**current** 8:9 21:7
108:21 113:6
144:17 165:17
165:18 190:18
190:22
**currently** 8:20
21:18 112:13
160:10 189:24
**cuss** 128:19
**custody** 175:13
**cut** 16:8 40:21
122:13 142:16

---
### D
**dad** 13:20
**dad's** 13:22
**daily** 29:12
160:16
**Dame** 90:8
154:9
**date** 9:13 56:8
56:21 63:11
68:12 71:5,11
83:22 85:2
112:23 156:17
156:22 166:20
167:2 179:8
180:17
**dated** 106:22
**dates** 20:5 33:13
41:10 54:21
57:19 79:15
83:16 98:12
102:10 150:23
167:7
**daughter** 11:1
95:5 147:10
155:21 156:5
156:10,18
**Davis** 1:11,22
3:9 6:24 44:7,8
**day** 1:17 39:16
48:16 50:18,19
51:2,5,17,21
51:22 53:11,16

53:18,22,23
54:8 55:18
57:1 60:17
67:7,23 68:17
68:20 74:15,15
74:20 80:18
89:19 93:2,20
94:1,1 95:8
100:12 104:13
114:14,18,21
115:7 116:21
123:13 130:15
145:23 147:23
150:9 157:21
160:16 186:11
186:11,14,15
187:13 191:9
191:16
**dayroom** 37:10
174:18
**days** 51:18,21,22
52:4 54:2 87:8
97:17,18 98:10
124:4 130:16
175:2 183:14
186:6
**deal** 128:6
**dealing** 103:7,12
106:8
**December** 9:14
174:17,19
**decent** 180:13
**decided** 45:14
**decipher** 32:23
32:24
**decisions** 131:22
**decks** 14:6
140:16,20
**deeper** 132:21
163:6
**Defendant** 3:14
6:23 43:20
45:4 138:1
141:4 145:8
146:24 149:6
150:15 151:22

153:12,23
154:16 155:4,7
155:9,15
156:13,19,24
157:4,17
158:20,23
159:11,20
160:9 161:17
162:12,23
163:10,17,22
164:5,12,21
165:2,5,15
173:13,23
174:1,4
**defendants** 1:12
1:22 3:8 4:3,12
5:23 44:12
45:18 51:5
57:11 125:12
125:19 126:23
129:4 162:14
**deficits** 63:21
77:16,21 89:22
**definitely** 53:2
71:24
**degenerative**
17:21
**dehydrated**
64:10
**deliberately**
44:13,17 45:2
**denied** 101:16
108:20,21
170:21
**dentist** 118:5
**Department**
14:18 38:1
50:15 87:9
109:21 110:20
120:13 137:24
138:12 170:19
175:13 190:19
**depends** 27:12
157:21 181:21
183:13 190:11
**deponent** 15:5

24:23 25:1,3
25:10,21 27:4
27:5 35:12
36:21 40:23
41:23 42:2
43:5,17 44:10
44:21 45:6,21
46:5,13 47:2,7
47:19 48:5,7
48:21 49:7,13
49:17 50:23
51:9 52:18
53:14 54:4,15
55:11,22 56:1
58:2 59:11
60:4,11 61:11
61:17 62:7,19
62:24 63:19,23
64:6 66:5
67:21 68:19
69:7,15,24
70:6,21 71:9
71:16 72:5,24
73:14 74:19
75:3,16,24
76:13,22 77:18
77:23 78:15
79:13 80:2,17
81:2,10 82:6
82:17 83:11
84:2,20 87:15
88:15 90:1,19
90:24 91:10,22
92:2,18 93:12
93:19 94:7
95:17 97:8,14
99:2,20 100:20
102:4 103:11
103:19 104:12
104:22 105:6
105:21 106:2,7
107:24 109:9
109:18 110:3,8
110:22 111:3
111:16 112:10
112:22 113:9

**GERRY ARMBRUSTER  10/24/2017**

114:11 115:5
115:23 116:5
116:10,19
117:2,8 118:3
118:16 119:4
119:14 120:10
121:23 122:4,9
122:21 123:22
124:4,17,19,24
125:6,17,24
127:5,21
129:15 131:18
132:6,16 133:3
133:9,15,22
134:3,12
135:16 136:10
136:22 137:12
139:20 140:5,7
140:9,22 144:6
144:12,17
145:6,15
146:13 147:3,8
148:5,22
149:10 150:2
150:22 151:8
152:2,15,24
153:14,17
154:6,20
155:13 156:15
156:22 159:1,5
159:24 160:6
160:14 161:10
161:13,21
162:10 163:5
163:14,19
164:1,8,15,20
165:8,13,20
168:7 169:15
170:4 173:17
174:3 175:8
176:12 177:16
179:10,13,24
180:16 184:1
184:24 187:2
187:12 188:18
191:21

**deposes** 4:12
**deposition** 1:16
  4:3,8 5:2,13
  32:20 33:5
  78:20 192:19
  192:20 193:2
  194:6,11
**depositions** 9:4
**depression**
  21:21 23:3,8
  28:3
**describe** 24:12
  154:2
**described** 144:9
**DESCRIPTION**
  2:9
**details** 121:15
**determine** 113:5
**developing**
  144:8
**device** 96:22
**diabetes** 65:14
  65:17 66:13
  73:4,10 76:6
  132:10
**diabetic** 71:22
  73:3
**diagnosed** 21:16
  30:10,11,12,17
  34:6 116:1
**diagnosis** 8:2
  21:18 27:21
  115:12,20
  116:7 133:7
  185:16,19
**dietary** 158:2
  168:9 169:3,5
  182:3,15,19,22
  183:2,6
**difference** 72:8
  72:14 126:15
  160:21
**different** 5:23
  8:11 10:10
  16:19 40:14
  41:3 52:1,19

62:10 89:16
91:24 92:15
95:24 96:4
132:9 139:12
141:23 143:7
183:4,7,7
186:17 187:4
**differently**
  159:19
**difficult** 41:6,16
  154:8
**difficulties**
  155:22
**difficulty** 55:1
  153:21 154:3
**dip** 190:9
**direct** 166:3
**direction** 194:9
**directive** 159:7
  160:15,21,22
  161:2,3,4
**directives** 99:12
**dirty** 123:9,12
**disability** 103:20
  103:21 107:18
  108:15,17
**disagree** 49:10
  53:4,7,9,10
  54:12,15 55:8
  58:16 62:11,16
  62:21 66:2,5
  69:9 70:14
  71:10 73:10,16
  74:2,4 75:12
  77:9,10 78:10
  79:1,3 95:10
  98:23 100:2
  114:19 167:6
  171:6
**disagreeing** 57:7
**discharge** 88:22
  89:21 90:4
  135:23 185:10
**disciplinary**
  36:23 38:2
**discipline**

174:14,22
175:5
**disciplined**
  37:23
**discontinued**
  98:20
**discovered**
  187:19
**discuss** 78:12
  127:9
**discussed** 99:9
  105:2 186:17
**discussing** 69:11
  87:18 119:15
**discussion**
  166:12 192:23
**diseases** 17:21
**dishes** 169:3
**dismissed**
  177:24
**distraction** 8:19
**District** 1:1,1,19
  1:20
**diuretic** 70:19
  70:22
**DIVISION** 1:2
**Divorced** 10:19
**DOC** 4:19 36:22
  85:1
**doctor** 21:24
  22:10,12 25:24
  27:10 30:18
  32:9 34:6
  38:13,20 40:24
  46:14 47:16,21
  49:19 53:10,14
  53:17 54:12
  56:4,8 72:11
  73:8 75:4,5
  77:1 88:20
  89:11,15 92:18
  94:11 97:3
  99:13 101:18
  102:15,23,24
  103:13,22
  104:2 106:4

110:12 111:3,4
112:17 119:17
120:6 126:2
127:23 129:13
133:5 136:8
159:6 163:1,2
**doctor's** 34:17
  102:18 114:18
**doctors** 31:24
  32:2 34:21
  99:15 106:13
  109:10 112:16
  117:19 118:6
  120:12,12
  127:4,20 130:8
  162:20
**document** 52:14
  56:12 106:24
  108:1,7 117:13
  134:21 135:7
  135:18 191:19
**Documented**
  176:1
**documents** 34:3
  103:5 135:3
**doing** 13:21 35:5
  39:21 62:13,22
  63:9,13 75:21
  76:23 79:18
  80:2 82:4
  88:18 90:10
  98:18 126:18
  142:9 143:10
  152:4,4 159:9
  159:9,22 160:1
  160:10 163:2
  167:24 168:18
  169:3,4
**door** 122:7,9
  142:6
**downtown** 11:16
**Dr** 6:22 26:23
  42:14 43:1
  49:15 53:20
  57:21,23 58:12
  58:15 59:7

**GERRY ARMBRUSTER  10/24/2017**

60:1 61:21
63:16 68:9
69:4 70:18
71:2,11 73:22
74:11,16 78:6
79:4,17 81:19
82:3 83:8
84:18 93:5,9
94:11,24 95:3
98:5 99:7
100:4,22,24
101:2,3,14,24
102:10,11,14
102:18,20,22
102:24 103:5,8
103:8,12,16
104:2,24
106:23 107:2
108:8,12 109:2
109:20,24
110:8 112:4,14
112:19 113:1,2
117:17 118:4,9
118:17,17
119:9,10,14
125:20 126:23
129:4 133:11
137:15 176:13
176:16,16
**draft** 33:12
**drafted** 33:17
**drag** 41:7 154:7
154:13
**drags** 128:13
**drain** 25:17,22
**drew** 75:18
**drink** 64:12
123:17
**drive** 11:13,15
142:15
**driver** 13:1
**driver's** 16:16
16:18
**driving** 35:6
**drop** 123:9,9,12
**dropped** 60:6

122:22 123:3
177:24
**dropping** 60:20
152:3
**drug** 15:2 23:6
65:11 66:10
88:10 123:6
189:14
**drugs** 7:16 27:23
28:12,19 29:6
32:5 35:5
85:20 123:9
172:24
**dry** 169:17
190:10
**drywall** 14:6
139:22,23
140:1,2
**due** 186:22
187:5,7
**duly** 194:6
**dump** 19:11
**duties** 141:12

───────────
**E**
───────────
**E** 3:1,1
**earlier** 73:7
76:16 89:7
124:13 125:14
137:8 169:21
172:17 176:14
182:3 187:22
**early** 11:19
12:20 104:12
104:12,14
173:11 174:17
**ease** 31:14
**eased** 95:5,5
**EAST** 1:2
**easy** 168:7 169:1
**education** 138:6
138:17
**Edwardsville**
26:23
**effects** 25:4,12
25:14 29:6,7

164:17,23
186:21 187:6
187:19
**effortless** 168:16
**eight** 1:17 9:18
9:20 50:18
51:2,18,21,22
52:4 54:2
**either** 25:5,13
33:24 36:11
38:17 60:1
145:20 152:2
173:6 174:11
185:4
**EKG** 70:4
**elbow** 87:20
**elbows** 40:11
75:7 82:22
**elevator** 139:7
**Eleventh** 138:10
**eligible** 192:10
**Elizabeth** 112:5
**Elizabeth's**
113:4
**embarrass**
155:23
**emergencies**
22:3
**emergency** 22:4
94:12 111:4
**employed**
194:10,13
**employee** 194:13
**EMPLOYEES**
1:10,22
**employment**
166:9 182:1
183:19
**employments**
16:1
**empty** 158:6
**encounter** 68:20
**ended** 16:22
50:2 166:8
**ends** 140:2
**enlist** 147:15

**entered** 121:21
**entire** 10:8
133:16
**entries** 171:4,8
171:13
**entry** 122:2,6,14
170:24 171:2
**episode** 32:6
**ER** 88:20 89:4
**error** 32:11
108:10 118:22
**Especially** 28:22
111:17
**establish** 180:6
**establishment**
122:2
**estimate** 152:21
179:7,21
**evaluate** 135:24
**evaluation** 136:5
**evening** 95:17
**event** 19:1
147:13,19
**events** 91:3
**eventually** 26:2
**everybody** 128:4
171:16,19
172:2,8 182:10
189:12
**everything's**
143:7
**evidence** 45:23
**ex-wife** 93:21
96:24 97:5
**exact** 20:5,13
51:24 83:22
**exactly** 18:12
68:20 92:3,3
112:23 113:15
143:10 147:3
172:2 184:3
**exam** 61:23 62:2
69:5 71:19
77:13 79:18
**examination** 2:3
2:4,4,5,5 4:13

75:21,22 82:4
90:16 137:19
178:11 185:14
189:22
**examined** 1:16
4:11 137:9
**excited** 114:14
**Excluding** 33:3
33:22
**exclusively**
116:2,7
**excruciating**
39:6
**exercises** 66:16
**exhibit** 2:9
56:16,18
106:18 134:15
134:17 135:3,6
135:12,22
136:14 165:24
170:15,18
187:24 188:13
188:21 190:12
190:13,21
**exhibits** 2:7,15
**exit** 157:11
**expect** 9:3 29:6
183:17
**expected** 180:21
**expecting** 150:3
**experience** 27:8
29:5 38:9,24
46:22 47:4
**experienced**
31:2,10 38:10
60:15 111:9
133:12,19,24
186:22 187:7
188:9,10,14
**experiencing**
111:5 156:12
156:17 188:3
**Expert** 160:6
**expires** 194:22
**explain** 40:17
44:16 80:21

**GERRY ARMBRUSTER 10/24/2017**

92:19 161:5,14
176:7
**explained** 81:4
**explaining** 48:9
72:10 152:17
189:1
**express** 84:12
**expressed** 83:14
**expressly** 4:7
**extensively**
129:11
**extent** 25:8
41:19 44:19
46:2,11,24
48:3 57:14
73:12,19 75:1
76:20 109:14
125:4,16,23
127:3,19
129:12 131:15
132:14 133:1
**extremities** 29:8
**eyebrows** 16:8

**F**
**fabricated** 192:7
**facilities** 34:21
39:14 189:11
**facility** 15:2
28:23 47:9
55:19 57:2
86:24 142:18
143:5 149:2
173:13 177:17
184:2 185:23
189:10 191:14
**fact** 5:17 26:14
149:4 154:24
155:6
**fair** 6:18 43:11
45:22 47:13
52:3 57:6
68:14 81:16
82:15 90:21,24
93:16 109:23
114:23,24

125:2,9 133:18
133:23 142:9
143:9 145:2
154:12 156:11
156:16 161:7
162:8 165:5
180:11
**fairly** 169:5,5
**faking** 89:12
90:3,14 127:8
128:6,24
**family** 10:16
16:6 17:15,16
116:22
**far** 25:16 26:16
36:23 38:1
75:13,17 84:21
94:22 105:7
106:2 150:18
**fashion** 129:10
**father** 10:17
17:20 85:11
**fatty** 24:17
25:21
**fax** 104:4
**February**
143:19 170:20
180:18 183:18
**fee** 181:21
**feel** 40:7 95:21
109:9,15
160:16 187:14
**feeling** 77:3
**fell** 19:11
**felt** 22:6 40:5,8
46:17 62:16
95:22,24 96:3
152:16
**fight** 36:6,14,21
36:22 37:2,8
37:12,24 174:9
174:11,23
**fighting** 28:2
36:23 37:23
**fights** 85:24
**figure** 23:7,10

72:10,13
111:20 117:21
126:1 138:5
147:24
**figured** 127:11
**file** 108:11
**filed** 4:23
**filing** 108:13
109:3 173:14
174:3
**fill** 104:3,5
107:11,17
113:14 168:9
168:10
**filled** 60:5
107:12
**finally** 136:13
**financially**
194:14
**find** 5:17,22
56:15 106:13
119:16 132:4
**findings** 78:13
91:7 104:18,24
107:10
**fine** 25:16 26:17
46:21 74:9
95:22 128:20
152:5
**finger** 16:8
**fingers** 40:9 51:4
77:5 79:11,24
134:9
**fingertips** 40:11
87:20 124:5
136:16
**finish** 153:3
**finisher** 140:5,7
**firm** 6:21
**first** 5:8 11:2
15:13 19:15
21:10 31:9
33:10 38:5
40:4,24 41:11
42:7,14 50:1
52:17 54:5

57:21 58:15
59:9 61:21
63:16 68:13
79:8 89:20
98:8 101:5,19
111:8 131:20
131:21 136:21
146:13 150:18
166:21 182:14
186:5,9 189:24
**fist** 37:12
**fists** 37:16
**five** 51:17 95:1,3
95:4 152:24
157:21 158:1
161:1,2 172:11
183:14
**fix** 23:7 94:5
**fixed** 99:9 165:4
**fixing** 163:3
**flagged** 24:1
**flat** 158:8
**floor** 3:5 140:14
**floors** 167:15,16
167:17 169:13
182:12
**focus** 141:4
**focusing** 55:16
**folder** 158:12,13
**folks** 137:24
**follow-up** 66:20
98:5 131:3
135:23 136:4,7
178:10
**follow-ups**
103:23
**followed** 99:11
110:16
**following** 53:16
**food** 186:11
**force** 35:17,23
36:10 120:16
**forced** 122:2,6
122:14
**foregoing** 194:6
**foreign** 119:21

**forenoon** 1:17
**form** 2:11 35:11
36:20 40:16,20
41:19 43:4,16
44:2,6,9 45:20
46:2 47:18
48:20 49:6,12
49:16 50:5,22
51:8 52:13
53:13 54:3,14
55:10 57:13
58:1 59:10
60:3,10 61:10
61:16 62:6,18
62:23 63:10,18
63:22 64:5,21
66:4 67:20
68:18 69:3,6
69:14,23 70:5
70:20 71:8,14
72:4,23 73:6
74:18 75:1,15
75:23 76:12,20
77:7,17,22
78:14 79:12,20
80:1,12,16
81:1,9 82:1,5
82:16 83:3,10
84:1,19 85:23
86:22 87:14
88:14 89:24
90:18,23 91:9
91:18,21 92:1
92:13,17 93:11
93:18 94:6
95:16 97:7,13
97:24 99:1,19
100:19 102:3
103:10,18
104:11,20
105:5,20 106:1
106:6 107:4,23
108:19 109:8
109:17 110:2,7
110:21 111:2
111:11,15

**GERRY ARMBRUSTER  10/24/2017**

112:9,21 113:8
114:10 115:4
115:10,22
116:4,18 117:1
117:7,12 118:2
119:3,13 120:9
121:8,22 122:3
122:8,20
123:21 124:3
124:16,18,23
125:4,15,22
126:21 127:2
129:7 130:4
131:15 132:5
132:14 133:1,8
133:14,21
134:11,15
136:9,18
137:11,17
139:3,19 140:4
140:21 144:5
144:11,16
145:5,14
146:12 147:2,7
148:4,12,21
149:9,24
150:21 151:7
152:1,14,23
153:13 154:5
154:19 155:12
156:14,21
158:24 159:4
159:23 160:5
160:13 161:9
161:20 162:9
163:4,13,18,24
164:7,19 165:7
165:12,19
168:6 169:14
170:3 172:18
173:16 174:2
175:7 176:11
177:15 179:9
179:12,23
180:10,15
183:24 184:23

187:1,10
188:16
**formal** 138:14
**foundation**
47:18 48:20
49:6,12,16
55:21 81:9
107:23 110:17
187:10
**four** 10:21 13:7
17:9 51:16
129:10 156:6
158:24 158:14
**fourth** 20:23
76:3
**fragments** 26:19
**frame** 20:12
63:11
**free** 151:13
**front** 16:21
52:14 155:24
**full** 82:11,11
158:6
**further** 91:5
127:7 189:19
194:12

_____ **G** _____
**gait** 114:4
**Gary** 4:17
**Gateway** 11:23
86:16 110:9,15
110:23 134:6
137:4 185:20
186:3
**Gateway's**
110:24
**GED** 138:12
**general** 3:15 9:2
14:7 19:20
20:7 113:12
137:22 142:18
**generally** 34:18
46:9 156:2
**GERD** 58:4
184:6

**Gerry** 1:4,16,20
4:10,17,18,19
4:22 10:23
**getting** 40:12,23
41:5,7 47:10
48:10,17,23
55:13 80:19
86:8 87:8 89:8
89:8 97:10
112:14 125:13
145:2 147:23
149:11 163:8
177:7
**giant** 92:8
**girl** 155:21
**give** 5:5 9:12
46:4 47:12
68:14 89:14
99:13,14
101:11 104:6
110:4 113:19
135:1,2 146:23
159:7 160:14
160:15 179:21
186:7 192:4
**given** 185:20
**giving** 31:24
32:2
**glad** 22:23
**go** 5:6 10:13
14:13 17:4,4
22:3,6,13,15
28:17 30:24
39:9 40:9 41:9
41:24 52:2
53:19 57:17
67:11,12,23
68:2,3 80:15
84:23 85:6
87:4 91:2,12
92:14 94:19
96:19 97:15
99:10 102:15
114:15 135:2,3
141:23 143:6
145:16,17

148:15 149:6
159:20 166:10
169:4 178:8
181:17,18
186:3 187:16
189:13 192:22
**God** 96:2
**goes** 29:22 30:1
34:13,15 75:17
84:21 88:24
92:7,22 94:22
110:13 113:19
141:13 158:17
**going** 5:5 6:15
8:23 9:1,8
21:10,23 22:24
23:7 33:2
34:17 35:22
36:5 38:20
41:17 42:4,6
42:13,14,23,24
45:9 48:11
51:12 53:19
55:23 56:2
57:5,20 59:13
80:18 84:9
88:19 89:14,21
97:1 104:3,6,7
104:8 106:10
107:11,16
110:11 116:13
121:2,3 127:22
128:20 129:8
130:3 133:16
135:1,2 136:11
137:3 140:19
141:4 145:19
145:21,21,21
146:8 147:19
151:16,23
152:2,5 153:2
157:6,10 166:2
168:4 170:13
178:2 188:6
**good** 26:11 31:8
62:24 124:7,12

137:18 151:20
153:17 161:13
**goodness** 101:1
**gotten** 75:14
182:18
**grade** 36:18
138:8,10
**Graham** 174:13
**Granite** 10:6,7
10:14 11:7,13
11:15 18:14,22
20:1,16,17
21:1 27:21
28:1 36:2 85:8
101:2,15
102:14,17
120:20
**grass** 142:16
**Greg** 94:11
**Gregory** 93:7
106:23
**grievance**
173:12,14
174:1,4
**grievances** 33:15
34:1 173:19,23
174:6
**grip** 62:11 80:5
123:17
**groin** 68:24
**grounds** 142:3,9
142:12,13
**group** 151:17
**groups** 172:7
**guards** 7:9
**guess** 23:11 92:8
97:18 122:4
127:3,19
129:13 131:10
131:16 149:13
161:5
**guidelines** 5:6
**guilty** 177:20
**gunshot** 61:7
**gurney** 89:10
**guy** 100:9

GERRY ARMBRUSTER  10/24/2017

147:17,18,23
150:8 157:21
159:7 160:16
167:23
**guy's** 48:22 49:8
**guys** 111:20
154:9 157:21
158:2,3 159:8
172:11

**H**

**H-S-I-E-H**
176:19
**half** 95:11 153:8
**hallway** 157:10
**hand** 41:12
62:13,14 63:2
66:16 80:3,8
89:12 157:20
157:20 158:4,7
**handle** 158:14
158:16
**handout** 192:2
**hands** 37:18
40:8 59:12,14
64:4 73:11,17
75:7 82:21,22
95:24 152:16
157:19
**happen** 86:4,4
151:11
**happened** 16:20
23:19,20 24:5
34:19 42:6
57:7 67:19
69:9 70:15
78:10 89:17
100:2 104:9
116:12 122:7,7
132:13 150:5
177:8,9 191:8
**happening**
93:19 94:17
127:8 144:4
163:7
**happens** 9:4

**harassing** 129:9
130:10
**hard** 28:20 45:8
59:23 105:8
114:11 127:21
147:10,14
161:13 169:2
**Hardee's** 11:4
**harder** 182:4,4
**hardest** 168:12
**Hardin** 1:11,22
3:9 6:23 43:14
43:15
**Hartman's**
12:23 23:22,23
**hated** 28:14
**hates** 21:23
**head** 6:13,14
91:13 92:6
**headache** 38:13
80:19
**healing** 26:11
31:10
**health** 1:7,21
2:13 3:8 23:5
27:22 31:23
32:1,5 102:17
102:21 103:13
112:16 119:24
145:21 146:4,4
148:15,16,20
149:6,23 150:7
152:6,7,7,8
155:1 158:21
159:6,14,20
160:9 162:7,20
162:24 190:13
**hear** 5:9 69:16
**heard** 152:9
**hearing** 77:21
**heartburn** 38:21
38:21 58:5
**heavy** 60:21
**held** 166:13
192:24
**hell** 80:20 89:2

90:10
**help** 27:22 41:10
45:10,10 46:23
47:5 53:2
57:20 72:12,14
74:21 87:11
89:3 96:21
101:12,23
103:2,4 106:14
113:22 126:8
126:16 132:20
133:6 139:23
146:2,5,20
147:20,20
149:21 150:4,4
150:11 152:18
159:1,3,8
160:1 162:2
163:8
**helped** 109:10
146:6
**helps** 31:14
142:3 185:7
**hemoglobin**
73:24 76:5
**heroin** 28:20
**hey** 48:22
147:22 150:8
152:4 154:24
159:7 160:15
**high** 36:16,17,18
53:21 65:7
66:6 67:5
72:21 73:15
84:4 88:4
132:10 158:14
**highest** 138:3,6
**history** 21:10
59:16,18 65:11
66:10 88:4,9
109:24 110:5
110:24 116:22
133:6 141:3
**hit** 24:18
**hoarding** 191:6
**hold** 41:15 126:7

**holding** 80:4
**hole** 128:13
**home** 14:1 23:21
85:7,18,19
107:7,19
174:17,19
179:1
**honest** 146:15
**hope** 5:18
106:11
**Hopefully**
121:14
**hopes** 149:11,12
**hoping** 149:20
183:20
**hospital** 17:4
22:3 86:17
87:4,12 89:16
93:21 95:18
96:13,16 97:15
101:15 110:9
127:11 128:10
128:17 131:7
183:21 186:12
188:7
**hospitalized**
29:2
**hour** 95:11
**hours** 1:17
123:16
**house** 23:23
33:20 145:16
151:16 157:22
157:23 167:24
167:24 168:14
168:14
**houses** 157:24
**housing** 60:6
141:22 151:13
151:15
**Hsieh** 102:18,22
176:16,17
**Hsieh's** 119:14
**human** 8:1
**Hunchback** 90:7
154:9

**hunched** 154:10
154:13
**hundred** 12:12
26:20 30:17
62:20 71:5
77:10 86:11,12
97:20 98:17
105:12 166:24
172:5 180:7
181:10 184:7
**hurry** 114:14
152:19
**hurt** 27:11,13,13
36:3 39:2,3
82:17
**hurting** 39:7
41:2 52:11
60:18 87:5
95:23 191:17
**hurts** 124:6
**Hydrocodone**
117:23 118:10
119:2
**hypertension**
21:19 67:1
84:5,8,11

**I**

**Ibuprofen** 8:13
31:14,16 47:12
66:20 72:2,6,9
72:18 183:23
184:7,12 185:4
185:10
**idea** 29:21 32:2
41:18 62:9
65:24 73:14
75:3 83:6 94:7
94:8,9 95:13
108:6 179:10
180:8
**identical** 129:10
**identification**
56:17 106:19
134:16 166:1
170:16 190:14

**GERRY ARMBRUSTER   10/24/2017**

identified
  170:18
identifying
  125:13
IDOC 1:9,21
  86:24 176:23
IL 194:20
IL-29 1:18
illegal 172:24
Illinois 1:1,18,20
  3:6,16,21 9:23
  9:24 10:1,3
  14:16 15:10
  16:19 120:19
  138:11 143:15
  155:16 170:19
  190:19 194:4
imaging 92:4,6
  92:16
immediate
  10:16 17:16
  24:10
immediately
  91:15 131:7
impingement
  126:24 127:16
  129:5 130:1,6
  131:13 135:24
  136:5 137:10
important 24:18
  111:14 133:5
impression
  164:22
impressions
  142:23
improved 98:19
inability 87:23
inactions 165:17
incarcerated
  10:10 17:24
  19:15,24 20:14
  21:4,11,12
  22:1,21 23:2
  31:15,19 34:22
  36:15 37:3
  38:3,17,18

39:13 66:22
  102:5,7 180:24
  181:24 184:14
  185:5
incarceration
  20:11,24 21:7
  108:21
incarcerations
  10:13 18:17
  20:4
inches 158:14
incident 60:9
  78:23 123:1
include 110:19
  144:19,22
  160:11
included 146:17
  169:21
including 17:9
incorrect 34:7,8
increasing
  134:10
index 2:1 65:22
indicate 52:9
  162:18
indicated 27:4
indicates 166:4
indicating 24:24
  158:11
indifferent
  44:13,17 45:2
individual 33:23
  36:12
individually
  44:17
influence 35:9
inform 49:15
information
  2:13 104:24
  110:15,19
  137:14 151:21
  190:13
informed 148:8
  148:19 149:5
  149:22
informs 155:9

injunctive 176:5
injure 61:5
injuries 16:2
  37:7 39:22
  59:21 101:10
  101:22 105:7
  109:14 113:17
  113:20 165:18
injury 8:3 17:13
  25:16 59:16,18
  61:9 103:2
  116:3,8 117:4
  130:8 136:17
inmate 67:19
  142:20 188:23
inmates 67:23
  68:1
inside 142:4
installed 140:9
instance 128:1
instantly 28:23
  95:24 97:16
instructed 66:15
instructions
  135:23
intense 96:7,9
  97:17
interacting
  154:17
interested
  194:15
interject 41:21
  46:6
intervention
  115:2
interviewed
  18:13,22
introduce 7:2
investigated
  127:7
investigating
  154:17
involve 138:24
  167:18
involved 33:17
  140:12 145:10

169:7 190:3
  192:7
issue 18:5,10
  55:12 91:15
  116:16,23
  129:6 153:5
  162:23 188:6
  191:23
issues 17:21
  18:11 19:6,8
  21:20 22:2,8
  23:3,5 28:21
  38:22 48:9
  68:21 72:18
  83:14 90:22
  119:11,16
  132:18 162:2
  165:3,4 181:19

─────────────
          J
─────────────
J-A-I-M-I-E
  10:24
Jack 12:6
jacked 75:8
Jacksonville
  15:5 27:24
Jaclyn 3:10 6:20
jail 33:19 36:5,5
  190:16
Jaimie 10:24
January 166:5
  166:20
jkinkade@cas...
  3:13
job 2:12 11:2,10
  12:5,11,23
  13:6 14:15
  15:20,21,24
  60:4 61:1
  142:22 145:15
  151:9,10,12,14
  151:18 157:10
  165:22,24
  168:4,7,8,8,10
  168:16,19,24
  169:1,1,5,7

170:7 178:14
  178:17,20
  182:7,8,13,14
  182:17 183:4,8
  183:10
jobs 151:15,15
  170:11 182:4
  182:24
Jog 39:21
Johnson 1:10,22
  3:9 6:23 43:20
Join 188:17
Judge 161:1
judgment 21:24
Julie 1:18 3:20
  4:4 194:3
July 79:5,9,10
  82:3 83:7,18
June 71:3,3,12
  73:22 74:10
  75:20 76:2
  77:1,13 79:1
  100:14
Junior 10:23

─────────────
          K
─────────────
Kassin 103:20
  107:9,17
Katherine 3:4
  112:6
Katie 48:5
  116:19 185:18
  187:2
katie@loevy.c...
  3:7
keep 9:8 22:2
  129:20 142:3
  146:15 168:4
keeps 134:9
kept 40:12 41:4
  41:7 48:16
  80:18 183:15
Kettler 27:21,24
kettles 169:4
kicked 122:7
kid 16:14

GERRY ARMBRUSTER  10/24/2017

**kids** 10:20 93:22
95:7
**kind** 6:11 13:24
16:24 17:9
22:2 24:12,19
24:19 30:14,20
36:24 41:10
49:1,21 81:11
96:4 118:21,23
118:24 138:17
141:2 142:21
147:13 159:9
160:17 170:9
171:9 182:4
**kinds** 8:11 106:7
169:4 191:22
**Kinkade** 2:3,4
3:10 4:14 6:20
15:6 18:21
25:4,12 26:5
27:6 35:15
37:1 40:17,22
41:9 42:3,20
43:10,19 44:3
44:7,11,22
45:13,22 46:7
46:20 47:3,9
47:20 48:18
49:3,10,14,20
49:24 50:7
51:1,15 52:16
52:21 53:19
54:10,17 55:16
55:24 56:3,18
57:16 58:3
59:15 60:8,13
61:12,18 62:8
62:21 63:3,12
63:15,20 64:2
64:7,15,22
65:21 66:6
67:22 68:23
69:4,8,17 70:2
70:7,23 71:10
71:17 72:6
73:1,7,15,21

74:22 75:11,20
76:2,14,24
77:8,20,24
78:17 79:16,21
80:9,13,22
81:3,11 82:2,7
82:21 83:4,12
84:3,22 85:24
86:23 87:16
88:17 90:15,21
91:6,11,19,23
92:5,14 93:1
93:13 94:4,9
95:20 97:9,21
98:1 99:3,22
100:21 102:6
103:15 104:10
104:15,23
105:18,23
106:4,15,20
107:5 108:1,20
109:13,19
110:4,18,23
111:7,12,17,22
112:1,11,24
113:10 114:17
115:6,11,16,19
115:24 116:6
116:13,22
117:3,9,15
118:8 119:1,5
119:18 120:11
121:9 122:1,5
122:11,24
123:23 124:10
124:20 125:1,8
125:18 126:13
126:22 127:13
128:20 129:20
130:12 131:9
131:24 132:8
132:22 133:4
133:10,18,23
134:5,13,17
135:13,18
136:13,20,24

137:13,18
166:10 178:6,9
178:12 179:11
179:17 180:5
180:11,17
181:23 184:11
185:2,13
188:16
**knee** 39:4,5
78:18 79:2
**kneecap** 24:19
25:2
**knees** 39:4 58:4
76:15,19 78:12
**knew** 43:8 48:14
53:1 64:11
75:6 82:20
94:2,3 99:7
106:9 125:20
126:23 127:15
127:16,20
129:4,14 130:8
132:16,19
148:24 150:6
161:21,22
162:2 184:5
191:17
**know** 7:7,9 8:6,7
8:15,21 9:1
14:9,11 17:17
17:22 18:3,7,8
18:8,9,11
21:20 22:24
26:21 29:17
30:5,15,16
32:11 41:4
42:5 43:6,6,8
43:11,15,18,21
43:24 44:4,8
45:11 46:13,18
46:20,21,21
47:3,8 48:8,14
48:24 49:1,13
49:14,17,17
52:8,18 53:1,3
53:12,14,16

56:14 57:17
58:2 61:6 62:7
62:10,10 63:1
63:1 65:3,18
65:21 66:12,18
68:2,11 70:21
71:13,14,16
72:8,12,14,15
72:19 73:18
74:4 75:5,8
76:23 79:19,21
81:21,22,22,24
82:24 83:5,16
83:20 84:14,23
86:7 88:15
91:1,15 92:3,5
95:10,12,19
97:20 100:4,7
103:23 106:9
106:10 107:5
107:22,24
108:9 109:12
111:14 112:13
112:23 114:4
114:12 116:21
119:20,21
120:10 121:13
122:23 123:15
125:11,11,17
125:24 126:2,3
126:9 128:6,14
128:24 129:17
129:18,24
130:14,14,15
130:16 131:14
131:18,19,23
132:2,23 133:3
133:17 134:18
135:6 136:10
136:11,18
143:3,7,17,18
146:22 147:3
149:18 150:2
151:8 152:20
153:19 155:23
159:11,13,15

160:24 161:15
161:17 164:21
164:24 166:7
170:11 171:14
171:15 177:17
177:18,21
178:22,22
179:2,2,19,24
180:1,2,12,23
181:9 182:7
184:1,3 185:16
185:19 186:15
186:23 187:8
188:20 190:24
191:3,6,24
**knowing** 21:17
126:15,17
129:5
**knowledge**
17:12 21:11
67:22 109:23
109:24 117:3
120:6 123:8
141:7 142:19
149:21 161:21
161:22 162:7
190:24
**known** 36:2
129:1,22 131:6
132:18 136:17

---

**L**

**lab** 73:23
**labs** 69:22 71:18
75:13 132:9
162:19 164:10
**lack** 147:8
**ladders** 139:5
**laid** 177:22
**lapse** 29:14,18
**lasted** 152:22
**lasting** 17:6
**lastly** 192:10
**late** 14:12 95:17
138:20
**laughing** 65:2

**GERRY ARMBRUSTER   10/24/2017**

law 3:4,11 33:16
  107:20
lawful 4:11
lawsuit 45:14
  108:13 109:3
  133:12 145:10
  145:13 165:11
  176:5
laying 182:11
Le 1:11,22 3:9
leave 151:16
leaving 54:24
  56:9 57:1
  86:23 145:19
left 24:16,17,24
  25:21 46:16
  157:20 184:1,8
  185:9,23
leg 24:14,16,17
  24:18,21,22,24
  25:16,17,20,21
  25:22,22 26:22
  27:1,4,4,5 30:8
  31:10 41:7
  62:12,15
  128:12 154:6
  154:13
legal 44:20 46:3
  57:14
legs 23:13 24:8
  25:5 27:8 29:9
  30:13,19 39:4
  39:7,10 59:19
  70:1 78:24
let's 31:9 51:16
  120:21
letter 2:11 41:14
  103:16,19
  104:7 106:18
  106:20,22
  107:2,8 108:8
  108:13 111:8
letting 136:20
level 135:7,19
  138:3,6 142:15
  149:1 188:9

library 33:16
license 16:16,18
  35:6 194:22
life 9:2 10:8 23:7
  29:15,19 30:6
  35:4 100:9
  105:17 132:18
  133:17 173:2
lifestyle 163:21
lift 139:11,23
lifted 60:18 89:9
light 60:22
  169:6
limbs 144:24
limited 50:8
line 166:14
lines 94:19
lipids 70:9
list 143:2,11
  169:20
listed 188:4,13
listing 170:20
literally 154:6
Litigation 3:20
little 7:3,5,7 9:1
  21:9 40:18
  53:20 60:5
  81:13,13 89:18
  94:12 95:6
  105:14 113:13
  126:11 131:2
  153:18 155:21
  156:1 158:15
  161:11 163:6
  167:14 168:10
  180:13 184:9
  184:20
live 9:17 10:2,7
  85:12 105:16
living 85:10,13
LLP 3:10
located 101:11
  101:22 103:1,2
  113:21
lock 122:13
lockdown 55:20

55:23 56:2,5
locked 27:2
  181:10
LOEVY 3:3,3
long 9:17 10:2,7
  11:8,20 12:16
  13:17 14:8,23
  15:15 20:3,4
  31:5 32:3 36:3
  54:11 68:8
  78:24 86:8
  95:11,12,13
  99:22 114:16
  117:18 134:22
  151:8 152:22
  153:3 182:15
longer 28:2
longest 152:24
look 26:24 32:24
  41:1 43:11
  48:22 49:8
  56:19,20
  132:21 147:23
  150:8 156:9
  159:7 160:15
  163:5 176:24
looked 32:22
  91:4 162:6
looking 82:7
  91:1 149:17
  150:10 151:19
Loretta 1:8,21
  3:8
lost 25:11
lot 21:20 26:15
  27:23 57:4
  68:1 94:21
  96:9 132:7
  137:5 141:3
  148:5 152:19
  154:7 155:18
  156:9 157:1,18
  168:13 182:18
lots 7:6
loud 6:5,17
  69:17 71:15

louder 5:11
Louis 1:2 3:12
  3:22 9:16
  11:12
low 68:24
lower 40:12
  82:23 87:19
  161:4
LSD 173:7
luckily 26:17
lumbar 69:12,19
lumber 140:17
LYNN 1:10,22
Lynne 3:9

———————
M
M-Y-E-L-O-...
  115:13,16
M.D 3:8
machine 92:7
  169:17
Madison 10:1,2
  120:19,20
  190:16
mail 186:15
main 82:19
  168:10
maintain 183:18
maintained
  181:24
maintenance
  142:18
making 153:24
man 39:7
management
  99:13,15
  100:22 102:1
  102:12,23
  106:13 117:10
  117:14,16,19
  117:21 118:20
  119:17
Manchester
  13:10,14
mandatory
  186:6

manner 122:12
March 106:22
  112:7 113:4
marijuana
  28:13 172:22
mark 165:23
  170:14 190:12
marked 56:16
  106:18 134:15
  165:24 170:15
  170:18 190:14
married 10:18
  12:17
mass 65:22
Maston 1:9,21
  3:9 6:23 43:23
  54:24,24
match 166:21
  167:3
matches 166:7
matter 26:14
  41:2 48:15
  64:11 72:10
  75:4 162:3
matters 171:15
Max 3:15
  137:21
mboose@atg.s...
  3:17
McDonald's
  15:8,13,15,18
McKinney
  102:17,21
  103:13 112:16
  119:24
mean 7:20 16:16
  21:19 22:16
  29:22 35:3,6
  36:16 39:1,5
  41:18 49:17
  54:4 60:19
  66:21 73:7
  78:19 97:8
  105:22 106:3,7
  114:4 124:2
  126:7 128:18

**GERRY ARMBRUSTER  10/24/2017**

136:23 141:10
141:21 142:12
144:9,15 145:3
155:18 158:8
160:2,24 161:8
168:22 171:14
173:6 174:15
175:24 185:21
**meaning** 78:1,3
81:12 82:11
**medical** 18:11
21:10,12,20
22:2,7 23:8
25:9 28:4
32:19,21 38:12
41:20 42:7
45:15,19,23
46:12 47:1
48:4 49:21
50:21 51:7
52:8,22 56:19
56:20 73:9,13
73:20 75:2
76:21 86:13,20
87:1 102:21
104:21 109:20
109:24 110:5
110:19,24
120:3 125:5,16
125:23 129:17
132:15 133:2,6
134:6 137:23
138:14,17
141:2 146:24
147:6,9 149:7
154:18 155:6,8
159:12,15
161:18,19
162:14,18
163:21 164:3
164:11,17
165:2,17 176:2
176:6,9 180:22
181:1 186:3,10
187:23 188:4
**Medicare**

175:12 180:2
181:8
**medication** 7:15
8:3 21:21 23:8
31:12 66:21
72:21 95:23
98:24 101:11
101:22 113:20
117:17 118:20
118:24 120:4,8
184:5
**medications** 8:9
8:12 106:8
163:16 164:3,3
164:10 190:22
191:2,15
**medicine** 70:19
98:21 99:17
112:12,20
113:1,6 115:7
179:8
**meds** 99:14
181:18 191:9
191:18,19
192:4
**meeting** 59:24
**Meijer's** 14:17
14:19 15:7,13
15:19,21
**member** 192:7
**memory** 7:19
8:1 29:14,17
29:20,22 33:17
52:17 117:15
118:9
**mental** 23:5
25:14 27:22
31:23 32:1,5
**mention** 65:16
87:23
**mentioned**
23:12 27:15,18
32:9 36:7
78:21 132:11
145:8 152:15
174:8

**mentions** 144:2
166:20
**messed** 154:11
**met** 52:9 147:18
**metabolic** 70:8
**Meth** 170:22
173:2
**methampheta...**
173:6
**mid** 14:12,12
138:20
**middle** 19:23
158:17 182:23
**Midwest** 3:20
**mild** 124:5,13
**million** 96:3
**mind** 18:19
115:14 147:5
160:20
**mine** 178:6
**minimal** 77:4
115:7
**minute** 130:22
153:8,8 172:11
**minutes** 93:22
95:1 153:1,9
**missed** 136:19
148:22 177:3
**missing** 145:4
**Missouri** 3:12
3:22 9:16
11:12 12:24
13:10,14 16:18
94:15 110:16
**misstates** 50:5
**mixed** 34:18
**MKD** 2:9
**mobility** 26:16
182:16,20
**modification**
170:10
**mold** 167:14
**mom** 85:10
87:11 110:10
110:10,13
**moment** 8:20

163:8
**Monday** 56:10
**money** 180:14
**monitor** 67:15
**monitored** 53:22
**monitoring**
54:11 67:1,4,7
68:8 70:18
**month** 27:7
58:23 104:13
156:6,7
**months** 31:9
80:14 81:7
181:12
**mop** 167:13,15
169:16
**mopping** 182:12
**morning** 67:13
67:23 68:3
146:1
**mother** 10:17
17:20 85:11
**motion** 62:5,17
82:11 90:17
**motor** 17:10
**mouth** 111:1
**move** 9:22 10:5
44:21 89:9
92:22 140:1
**moved** 14:14
91:13 177:10
**movement**
151:13 186:8
**moving** 26:1
**MRI** 34:12,15
89:5,7 90:11
92:3 104:7,8
104:16 105:18
107:12,14,16
132:12,16,23
**MRIs** 91:19
**multiple** 32:9
34:6,11,13,16
34:22 35:3,5,7
42:11 45:9
53:15,17 54:20

55:13 89:6
91:19,24 126:1
146:18 157:15
170:4
**muscle** 30:22
**myelomalacia**
115:12,20

**N**

**N** 3:1
**name** 6:20 15:4
45:14 102:18
119:19 137:21
185:19
**named** 44:12
45:17
**names** 8:12
10:22 42:12
45:17,19 53:1
53:2,3
**Naprosyn** 55:8
**Naproxen** 55:12
55:13 56:8
72:2,7,9
183:23 184:12
185:4,11
**narcotics** 24:2,3
**Naseer** 100:22
100:24 101:2,3
101:14 102:11
102:24 103:8
103:13 112:4
113:2,15 118:9
118:17,17
119:10
**Naseers** 101:24
102:10,14
**nature** 36:19
99:17
**near** 25:2 54:23
55:20 171:7,12
**nearly** 96:1
**neck** 17:13
37:20 40:12
62:17 63:8,9
63:14,17 82:14

**GERRY ARMBRUSTER  10/24/2017**

82:17 83:1,5
90:17 92:21
101:8,10
113:22,24
117:4 118:20
134:8
**need** 7:8 8:24
31:12 41:22
64:10,16 89:2
114:22 115:2
121:15 130:12
131:11 161:12
175:11
**needed** 22:6
64:12 74:21
107:11 132:19
132:20 147:20
152:18 159:18
163:9
**needing** 71:22
150:10
**needs** 159:8
160:17
**neither** 194:9
**nerve** 8:14
**neuro** 78:6
**neurological**
62:1 63:21
69:5 71:11
77:13,16,21
78:3,7 79:18
88:12 89:22
**neurologist**
22:15,22
135:24 136:4,7
137:9
**never** 16:7,7
18:24 21:19,21
22:4,12,23
23:4,8 30:11
32:17 36:3
37:22 39:6,6
39:15 43:8
82:18 91:2
101:15,17
102:14 107:7

108:6,9,21
110:6 116:17
116:19 117:16
117:20,23
118:18 123:12
131:8 132:16
132:17 133:15
142:14,15
143:2 146:6,6
146:6 148:1
152:10 154:24
155:2 174:22
192:3
**new** 12:24
121:14 138:24
**newspaper**
18:14,22
**nice** 146:2
**nicest** 147:17
**night** 182:12
**nighttime** 95:15
**nine** 10:4
**nod** 6:13,13
**normal** 6:11 8:1
26:4 78:3,7
114:4,16
175:10
**normally** 114:6
114:8,19
167:23
**North** 3:5,11,21
**Nortriptyline**
8:14
**Norvasc** 191:1
**notable** 86:4
**notation** 191:5
**note** 74:14 79:4
188:22
**notice** 26:12
**noticed** 5:3
123:15
**Notre** 90:8 154:9
**November** 98:13
112:20
**numb** 41:2
**number** 4:19,23

30:24 108:9
135:14 141:8,8
141:10 146:10
170:18,19
180:6
**numbered** 135:4
**numbing** 58:20
61:15,22 96:8
**numbness** 29:7
38:5,9 39:6
40:5 50:20
51:4 55:1 64:4
64:19,24 65:8
65:12,15 69:1
77:4 79:6,11
83:9,24 84:12
87:17 111:9,13
119:12 124:1
133:13,20,24
134:9 136:16
144:24
**numerous** 47:21
75:13 130:9
**nurse** 34:12
43:17 45:7
46:8 48:8,18
51:5,12 52:1
53:4,7 54:24
55:7,19 57:11
59:24 60:16
67:9,12 101:16
126:2,23 129:4
130:17 131:21
175:17,20
191:15
**nurses** 42:11,13
42:24 43:6
46:9,23 47:5
47:11 48:1
49:18,18 50:2
50:8,19 51:11
51:17 54:2
109:10 112:17
113:13 125:19
127:4,20
129:13 133:11

137:15 159:6
162:20 181:20

——————————
**O**
——————————

**o'clock** 1:17,17
146:1
**oath** 6:1,1,7
42:21 112:2
124:11
**obesity** 64:23
**Object** 62:23
86:22 92:13
122:8 179:12
180:10 184:23
188:16
**objection** 9:5,10
25:8 35:11
36:20 40:16,20
41:19 43:4,15
44:2,6,9,19
45:5,20 46:2
46:11,24 47:6
47:18 48:3,20
49:6,12,16,23
50:5,22 51:8
52:13 53:13
54:3,14 55:10
55:21 57:13
58:1 59:10
60:3,10 61:10
61:16 62:6,18
63:10,18,22
64:5,21 66:4
67:20 68:18
69:3,6,14,23
70:5,20 71:8
71:14 72:4,23
73:6,12,19
74:18 75:1,15
75:23 76:12,20
77:7,17,22
78:14 79:12,20
80:1,12,16
81:1,9 82:1,5
82:16 83:3,10
84:1,19 85:23

87:14 88:14
89:24 90:18,23
91:9,18,21
92:1,17 93:11
93:18 94:6
95:16 97:7,13
97:24 99:1,19
100:19 102:3
103:10,18
104:11,20
105:5,20 106:1
106:6 107:4,23
108:19 109:8
109:17 110:2,7
110:21 111:2
111:11,15
112:9,21 113:8
114:10 115:4
115:10,22
116:4,9,18
117:1,7,12
118:2 119:3,13
120:9 121:8,22
122:3,20
123:21 124:3
124:16,18,23
125:4,15,22
126:21 127:2
127:18 129:7
129:12 130:4
131:15 132:5
132:14 133:1,8
133:14,21
134:2,11 136:9
136:18 137:11
137:17 139:3
139:19 140:4
140:21 144:5
145:5,14
146:12 147:2,7
148:4,12,21
149:9,24
150:21 151:7
152:1,14,23
153:13 154:5

**GERRY ARMBRUSTER   10/24/2017**

| | | | | |
|---|---|---|---|---|
| 154:19 155:12 | 191:15 | 77:20,24 78:5 | 122:12 | 51:3 54:19 |
| 156:14,21 | **offices** 1:17 | 78:20 79:16,23 | **operate** 167:20 | 55:1 58:4,20 |
| 158:24 159:4 | 157:7 | 81:11,16 83:23 | **operating** | 60:19 61:15,22 |
| 159:23 160:5 | **oh** 5:1 34:23 | 84:7,11,17,22 | 167:18 | 68:24,24 79:11 |
| 160:13 161:9 | 37:6,9,15 39:7 | 84:24 85:18 | **operator** 12:2 | 82:14 84:12 |
| 161:20 162:9 | 101:1 135:21 | 86:12,17,23 | **opinion** 73:9,10 | 87:17,19,20,21 |
| 163:4,13,18,24 | 140:8 158:16 | 87:19 89:20 | 107:22 | 89:14 95:23 |
| 164:7,14,19 | 176:16 | 90:15 93:1 | **option** 192:17 | 96:4,4,5,6 |
| 165:7,12,19 | **okay** 4:19 5:5,11 | 94:4,23 95:9 | **ordeal** 181:19 | 98:21,24 99:7 |
| 168:6 169:14 | 5:12,16,23 6:6 | 97:2 100:1 | **order** 133:6 | 99:12,13,15,17 |
| 170:3 173:16 | 6:11,16,20 7:1 | 102:6,9,10,11 | 160:9,14,21,22 | 99:23 100:22 |
| 174:2 175:7 | 7:4,10,11,15 | 105:13 108:12 | 161:3,4 176:8 | 101:11 102:1 |
| 176:11 177:15 | 7:22,24 8:5,7,8 | 109:2 119:5 | 177:24 | 102:12,23 |
| 179:9,23 | 8:21,21 9:12 | 121:12 123:14 | **ordered** 26:9 | 103:1 105:15 |
| 180:15 183:24 | 10:2,9,16 | 128:23 129:23 | 59:3 75:12 | 106:13 111:9 |
| 187:1,10 | 11:18 12:3 | 131:9 132:8 | 76:15 89:5 | 111:13 112:12 |
| **objections** 9:5 | 13:13,19 15:11 | 137:1 138:5 | 90:11 161:1 | 112:20 113:1,6 |
| **objects** 37:12 | 16:1 17:4,15 | 139:8 140:8 | **ordering** 69:21 | 115:7 117:10 |
| 80:23 81:2 | 17:19 19:15 | 141:5,6 143:9 | 69:24 | 117:14,16,17 |
| **obtained** 110:15 | 20:23 23:1,12 | 143:14 148:8 | **original** 2:15 | 117:19,21 |
| **obvious** 46:16 | 25:10 26:5 | 148:11 149:19 | 33:8,8 34:2 | 118:7,20,20,24 |
| 130:21 162:1 | 28:7 29:11 | 151:3 158:16 | 106:21 146:14 | 119:11,16 |
| **obviously** 146:8 | 32:4,13,18 | 161:1 168:2 | **outcome** 194:15 | 123:24 133:12 |
| **occasion** 155:20 | 33:1,22 34:20 | 172:10 176:17 | **outside** 47:16 | 133:17,20,24 |
| **occasional** 38:21 | 35:22 36:7 | 176:18 177:3 | 127:10 142:4 | 134:7,9 135:7 |
| **occasions** 146:3 | 40:22 41:9,23 | 179:3 181:5,15 | 142:17 157:11 | 135:19 136:15 |
| 154:23 155:19 | 42:15,16,23 | 181:23 183:8 | **Overland** 12:13 | 144:10,20,22 |
| **occurred** 91:3 | 43:1,14 44:23 | 183:10,17 | **oversaw** 141:13 | 168:3 186:4,18 |
| **October** 1:16 | 45:13,22 46:6 | 186:2,13,17 | **overwhelming** | 187:4 |
| 102:7 | 47:24 48:6 | 187:18,22 | 89:19 | **pain's** 101:7 |
| **OD** 29:3 | 49:3,14 51:15 | 188:8,19 189:9 | | **painful** 58:24 |
| **off-the-record** | 52:7,21 54:10 | 189:16,19 | **P** | **pains** 17:6 59:13 |
| 166:12 192:23 | 55:7,7,16,24 | 191:8 | **P** 3:1,1 | 187:12 |
| **offender** 165:21 | 56:3 57:10,18 | **old** 9:20 11:18 | **pack** 139:4,17 | **paint** 14:6 |
| 165:22 | 57:19,21 58:10 | 12:3,8 13:3,15 | **page** 2:2,9 103:4 | **paper** 19:2 |
| **office** 26:24 33:3 | 58:12,15,23 | 14:11,20 16:15 | 108:1,4 135:4 | 93:24 131:2 |
| 46:17 99:16,18 | 59:2,7,23 60:8 | 173:8 | 135:4,5,5,6,22 | 168:15 |
| 102:20 107:20 | 60:13,24 61:4 | **on-site** 189:12 | 136:13 151:5 | **papers** 33:6,7,15 |
| 108:5 112:14 | 61:7 62:21 | **once** 26:10 | **pages** 135:1 | 104:3 107:9 |
| 113:13 114:18 | 63:5,8 64:7,9 | 67:12,13 140:9 | **paid** 107:22 | 113:14 176:21 |
| 117:17 118:5,5 | 64:15 65:6 | 143:5 167:22 | 179:3,8,11 | **para** 101:8 |
| 119:14 157:5 | 67:12,18 70:4 | **one's** 116:10 | 180:3,7,12 | **paralyzed** |
| 186:10 | 70:11 71:2,6 | **ones** 121:14 | **pain** 8:13,14,16 | 109:12 |
| **officer** 191:9,11 | 71:17 72:1,20 | 157:12 | 8:18 27:8 | **parking** 155:18 |
| 191:16 | 74:2,7,8,10,12 | **onward** 182:23 | 31:14 38:9 | 156:24 157:18 |
| **officers** 191:14 | 76:9 77:12,15 | **open** 31:21 | 39:9 50:19 | 168:13 |

GERRY ARMBRUSTER 10/24/2017

**parole** 94:16,20
94:20 123:4,11
**part** 8:15 60:14
65:4 70:22
82:8 105:9
129:1 131:20
141:11 145:17
167:12,17
172:7 177:18
177:21 182:6
189:6,13 190:5
**participant**
142:2,8,14
**particular** 78:23
142:24 156:8
191:16
**parties** 177:19
194:11,14
**parts** 40:15
91:24 141:23
186:18 187:4
**pass** 168:14
191:14
**passed** 191:9
**passing** 145:20
146:1 152:4
157:10
**patient** 136:14
**pause** 108:22
**pay** 179:13,15
181:3,7,12
**pen** 41:15 81:3,7
**penalty** 6:8
**pencil** 41:15
**pending** 1:19
**people** 12:1
21:23 27:23
32:4 110:11
139:16 182:7
182:13 189:2
**percent** 12:12
26:21 30:17
62:20 71:5
77:10 86:11,12
97:20 98:17
105:12 161:2

167:1 172:5
181:10 184:7
**perfect** 123:11
**perform** 118:21
**performed** 93:4
111:18
**perimeter**
142:17
**period** 25:18
39:12 50:18
51:3 54:1
83:20 150:16
150:19 162:11
162:13 163:16
163:22
**perjury** 6:8
**permission**
94:19
**permit** 11:6
**person** 6:12 24:3
45:12 153:10
**personally**
171:17
**phase** 141:23,24
141:24 170:22
172:4
**phrase** 77:21,24
**Phyllis** 1:9,21
3:8 54:24
**physical** 21:22
23:9 26:6
154:3 191:13
**physically**
177:10 183:19
**physician** 58:13
102:16 119:15
**pick** 142:16
145:17
**picked** 60:9,14
139:17
**picking** 60:1,17
61:4,8 119:2
**pictures** 92:10
92:11
**piece** 93:24
**pieces** 131:2

**pills** 115:7 192:1
**pissed** 74:20
**place** 19:17
90:12 94:22
117:20 142:3
156:5 186:9
**places** 139:12
158:2
**Plaintiff** 1:5,20
3:3 4:2
**plan** 102:1,12
106:5 117:10
117:11,14,16
117:21 160:10
**planks** 140:19
**planned** 85:15
**plaster** 140:10
**plastic** 158:14
**play** 16:11 39:17
**plea** 177:24
**plead** 178:4
**please** 5:10
44:24 50:23
76:1 146:3
165:23 170:14
176:7 187:2
190:12
**pled** 177:20
178:3
**plus** 33:17
157:24 158:1
**pocket** 179:4,22
**point** 6:4 11:23
12:6 14:14
19:11 21:20
29:11,19 49:19
53:21 58:19
59:20 72:20
76:14 82:24
83:13 90:22
95:12 99:8
100:21 101:18
103:7,15 105:7
129:8 131:21
150:3 151:9
171:17 172:3,9

189:4
**pointing** 92:21
**police** 35:23
36:11
**popped** 27:1
80:15
**position** 25:23
167:12
**positive** 86:8,11
**possession** 18:2
35:5 177:14
**possibility** 69:12
**possible** 5:7 62:1
64:19,23 65:7
65:11,15 69:11
76:10 77:2
**possibly** 38:23
109:11 146:16
179:15
**post-surgery**
105:24
**posts** 140:24
**potential** 64:3
**powder** 28:10,11
172:18
**prefer** 178:6
**prepare** 32:20
**prescreening**
171:19
**prescribe** 96:22
97:1,3
**prescribed**
66:20 106:4
117:17,23
118:6,18
163:16 184:16
**prescribing**
112:24 118:9
**prescription**
118:3 181:6,13
184:2 185:10
**prescriptions**
31:18,21 70:24
184:9
**present** 51:24
133:7

**pressure** 8:12
21:14 23:3
53:22 54:7,11
65:7 66:7 67:1
67:5,10,16,24
68:9 70:17,19
70:22 72:22
73:16 84:4
88:5 96:9
132:10 184:5
**pretty** 10:8
48:15 90:9
106:8 114:1
124:5,13
151:12 167:16
180:2 185:6
**prevent** 7:13
**preventing**
168:18
**prevents** 8:2
**previous** 33:14
33:19 71:19
**pried** 122:12
**primarily** 169:7
**primary** 22:10
22:12 102:16
112:16 119:15
168:10 170:5
**prior** 111:12
151:12 186:14
188:8 190:18
**prison** 122:18
128:4 132:17
141:12,13
145:17 186:24
187:9
**prison's** 189:14
**probably** 10:4
12:9,17 18:4
28:17 35:12
74:17,19 98:16
180:12
**problem** 22:5
46:16 47:5
72:13 82:19
92:20,22 94:3

GERRY ARMBRUSTER 10/24/2017

99:9 114:12
126:3,9 131:8
163:3 165:5
**problems** 21:14
23:3 26:17
27:11 38:12
48:14 49:9
54:6,9 55:15
78:24 80:4
94:5 96:1
105:10,11
130:17 151:10
156:3 182:16
182:20 191:22
**procedure**
175:10
**process** 9:5 24:2
**produced** 1:16
4:11
**professionals**
129:17 164:4
**profile** 70:8
**program** 170:9
172:3 189:3,4
189:6,7
**Programs**
141:16
**progress** 40:19
**progressed**
40:14
**projects** 14:4
**promise** 94:4
**proper** 163:8
**properly** 127:24
**property** 142:4
**prosecutor's**
177:9
**provide** 109:19
137:13
**provided** 164:10
169:20 176:9
**provider** 177:1
**providing**
132:20 170:17
**Public** 186:10
**pull** 140:3

**pure** 80:20
**purposes** 176:24
**put** 5:24 19:2
23:10 47:10
52:14 88:19
89:10 92:7
102:1,11,22
104:7 108:21
112:17 117:9
120:21 140:9
167:16 168:23
169:16 172:6
181:20
**putting** 21:24
138:24 167:17

**Q**
**quad** 101:8,10
**qualifications**
47:8
**question** 5:10
9:7 18:20 22:1
22:18 29:18
30:3 42:1,2
43:14,19,23
44:24 45:3,11
46:18 47:2
50:24 60:12
62:24 73:15
78:4 103:12
115:18 116:14
121:24 125:6
126:12,14,22
127:14,21
128:15 129:3
129:10,21,24
130:9,13 131:9
135:17 136:19
137:1 148:17
148:23 149:14
151:21 171:9
175:18 176:7
185:8 192:15
**questions** 2:2
5:17,21 7:6 9:2
9:9 33:1 74:8

187:22 188:1
188:20 189:20
**quick** 5:5 26:11
89:17 94:17
127:12
**quickly** 5:6
**quit** 178:20
**quite** 23:6 29:16
187:16

**R**
**R** 3:1
**rack** 157:22
**radiate** 39:9
**radiated** 40:10
**raises** 62:12
**ran** 16:21 166:5
167:22
**range** 62:4,17
82:11 90:17
**rapidly** 40:23
**rarity** 117:6
**Re-spray** 190:8
**read** 32:21 57:3
136:2
**reading** 17:23
59:24
**ready** 172:11
**real** 15:24 60:19
113:16 127:11
147:14 158:19
192:14
**realized** 113:17
**really** 16:17 18:8
18:24 21:19,22
22:4,6,7 26:11
26:11,22 27:14
28:20,20 30:16
31:8 35:14
39:21 41:6
42:17,17 45:7
45:11 46:15,15
57:4 59:11
60:22 80:6,6
82:18 88:22,22
89:19 90:5,5

94:2 95:7,19
97:2,17,17,17
97:18 117:16
117:20 124:7
127:8 128:10
128:15 130:24
137:6 143:3
147:10 150:11
150:11 168:7,9
168:11,15
169:1,5,6
171:20 177:18
177:21 178:1
179:2 184:4
**Rear** 16:22
**reask** 41:24
**reason** 7:9 22:15
23:4 35:10
76:22 146:10
167:6 171:6,11
**recall** 57:8,9
143:22,23
144:3,7 150:13
153:23 156:4
157:13 163:15
163:20 164:2,9
170:6 172:16
173:12,22
174:5,9,12
175:17,21
176:14 177:3
188:3 190:15
**receive** 32:19
107:6
**received** 108:7
108:13 132:9
138:7,12,17
179:4
**receiving** 162:19
**recess** 42:18
111:23 124:9
172:14
**recesses** 158:17
**recognize** 5:8
106:23 129:18
**recollect** 7:23

134:4,14
**recollection**
20:20 52:22
56:13,24 74:13
137:3 166:8,22
167:3 189:16
**recommend**
106:15
**recommended**
120:7 174:22
175:5
**record** 6:15 9:6
9:9 24:23
25:20 27:3
42:19,20 50:6
52:22 56:19,20
111:24 112:1
123:11 124:8
124:10 137:2
158:11 166:10
172:15 187:23
188:4 192:22
**recorded** 19:1
**records** 30:7
32:8,19,21
34:5 45:15,19
45:23 49:21
50:21 51:7
52:8 102:21
109:20 110:20
162:18 176:2
**recovery** 27:20
**reduced** 194:8
**redundant**
138:4
**refer** 47:15
**referenced**
173:23 174:1
176:13
**referencing**
174:6
**referral** 101:16
101:17 102:15
112:15,17
**referrals** 99:14
102:20 117:20

GERRY ARMBRUSTER 10/24/2017

| | | | | |
|---|---|---|---|---|
| referred 173:13 | 8:6,12 11:2,9 | 73:2,3,23 74:6 | 188:2,5,6,12 | responses |
| referring 18:9 | 11:10,21 12:5 | 74:8 75:18,19 | 191:4,21 | 150:18,22 |
| 78:22 112:4 | 12:11 15:6,14 | 75:21 76:7,9 | remembering | responsibilities |
| 154:21 155:5 | 15:18 17:23 | 76:15,24 77:3 | 8:2 | 170:1 |
| 177:6 | 18:13,21 19:5 | 77:8,12,15,18 | removal 140:12 | rest 90:12 |
| refers 191:6 | 19:10,14 20:5 | 77:20 78:5,9 | remove 26:18 | 105:17 131:22 |
| refills 181:13 | 23:9 25:18,23 | 78:11,16,19 | removed 140:13 | 143:5 |
| refresh 52:21 | 26:22 29:22 | 79:10,13,14,17 | renew 66:23 | restless 30:8 |
| 56:13,24 74:13 | 30:18,19 31:2 | 79:23 80:2,4 | 181:18 | restroom 42:17 |
| 137:3 | 31:6,11 32:7 | 80:17 82:3,7 | renewed 181:6 | 90:5,6 91:2,4,8 |
| refusal 2:10 56:9 | 34:11 35:9,14 | 82:10 83:7,22 | repair 14:1 | 91:14 111:20 |
| 56:16 | 35:16 37:2,19 | 84:7,9,9,15,16 | Repaired 12:15 | 127:23 |
| refused 129:6 | 38:19 40:3,24 | 85:2 87:13 | repeat 5:10 15:4 | resubmitted |
| refusing 56:13 | 41:4,14 42:7 | 88:11,12,17,19 | 44:23 47:2 | 171:23 188:23 |
| 57:1 126:16 | 42:11,12 43:5 | 89:18,18,23 | 65:20 115:17 | resubmitting |
| regards 63:8 | 45:6,8,9,12 | 90:1,13,20 | 125:6 130:12 | 171:1 |
| 83:8 | 48:7,8,10 | 92:20,21,24 | 142:6 148:17 | results 71:18 |
| Regional 110:9 | 51:10,10,11,13 | 93:13,20,23,24 | 164:8 187:2 | 92:15 |
| 110:15 134:6 | 51:13,13,13 | 94:2,10,16,22 | repeating 18:19 | retained 2:15 |
| 186:3 | 52:7,19,24,24 | 95:1,6,13,21 | report 59:18 | retread 141:3 |
| register 94:18 | 53:17,21 54:5 | 98:5,8,10,11 | 61:8,12,18 | return 74:5 97:6 |
| regularly 184:13 | 54:16,17,21 | 98:13,18 99:15 | 87:19 123:8 | reviewed 33:4,6 |
| related 29:3 | 55:2,5,11,12 | 99:24 100:1,3 | reported 30:8 | 33:24 52:8 |
| 31:22 101:4 | 55:12,14,18,22 | 100:11,12,15 | 50:1 86:13 | 134:18,20 |
| 123:1 150:19 | 56:1,2,4,7,11 | 101:4,12 | 134:6 183:21 | Rhonda 1:10,22 |
| 165:3 194:10 | 57:4,19,20 | 102:18 104:13 | reporter 1:19 | 3:9 |
| relates 123:24 | 58:3 59:1,2,11 | 105:1,2,3,4 | 2:16 4:5 5:24 | ride 11:17 |
| relating 54:18 | 59:12,22,23 | 112:7 113:5,10 | 194:3 | right 5:2,3 7:5 |
| relation 174:22 | 60:7,19,20 | 113:15 114:1,7 | represent 6:21 | 7:12 8:9,15,23 |
| relative 194:12 | 61:11,24 62:2 | 114:20 115:9 | 125:13 137:22 | 9:12 10:11 |
| release 20:6 | 62:4,8,13,14 | 115:19 118:11 | reputation | 12:11 15:14 |
| released 19:20 | 62:22 63:1,2,4 | 118:13,16,19 | 100:8 | 17:12,24 18:6 |
| 19:22 20:3,21 | 63:6,9,13,20 | 118:24 119:1 | request 168:23 | 21:2,4 24:21 |
| 55:18 57:5 | 63:23,24 64:1 | 127:22 134:14 | 172:6 | 24:22 25:18,20 |
| 96:13 122:18 | 64:2,7,9,13,22 | 134:19,20,23 | requested | 25:22 27:4,5 |
| 175:13 186:24 | 65:5,6,10,16 | 136:11 137:6 | 171:18 | 30:19 31:11 |
| 187:9,20 | 66:15,18,19,19 | 137:14 146:15 | required 113:7 | 39:5,5 40:8 |
| relief 176:6 | 66:23,24 67:3 | 146:16 152:16 | reschedule 56:5 | 41:7,12,13 |
| relieved 96:10 | 68:7,9,11,16 | 152:17 153:14 | rescheduled | 44:14 47:17 |
| rely 45:14 | 68:19 69:4,8 | 156:8 167:24 | 56:8 | 50:3,9,13 |
| relying 45:18 | 69:10,11,18,21 | 172:7 174:3 | research 33:16 | 51:18,23 52:10 |
| 49:21 | 69:24 70:3,4,7 | 177:19 178:21 | Resisting 35:19 | 52:12 54:5 |
| remained | 70:11,13,15,16 | 178:22,24 | resolve 125:10 | 55:9 57:5,24 |
| 121:21 | 70:22 71:2,4,4 | 179:14,15,19 | resolved 125:3 | 58:8 67:19 |
| remarkable 86:4 | 71:9,17,20,21 | 180:4,13 184:8 | respected 36:4 | 75:6 76:16 |
| remember 7:20 | 71:24 72:3,9 | 184:9 187:24 | respond 32:5 | 78:18 79:2,9 |

GERRY ARMBRUSTER  10/24/2017

| | | | | |
|---|---|---|---|---|
| 80:3,23 82:18 | 45:5,20 46:2,6 | 115:10,14,17 | 180:15 183:24 | 32:8 53:4,7,10 |
| 82:21 83:18 | 46:11,24 47:6 | 115:22 116:4,9 | 184:23 185:15 | 54:12,24 57:21 |
| 84:4,13,17 | 47:18 48:3,6 | 116:18 117:1,7 | 187:3,18 | 58:15 59:7,9 |
| 87:3,18 88:10 | 48:20 49:6,12 | 117:12 118:2 | 188:19 189:19 | 61:21 74:11 |
| 91:12,16,20 | 49:16,23 50:5 | 118:13 119:3 | 191:20 192:17 | 76:3 79:4,17 |
| 93:1,4 97:20 | 50:22 51:8 | 119:13 120:9 | **Rodney** 18:11 | 81:19 84:3 |
| 100:23 101:14 | 52:13 53:13 | 121:8,22 122:3 | 85:13 | 90:15 91:14 |
| 102:2 111:1,14 | 54:3,14 55:10 | 122:8,20 | **Rolled** 89:5 | 98:6 100:10,12 |
| 114:12 116:23 | 55:21 57:13 | 123:21 124:3 | **Ron** 1:8,21 3:14 | 162:5 |
| 116:24 120:20 | 58:1 59:10 | 124:16,18,23 | **Ronald** 137:22 | **saying** 42:23 |
| 124:5 128:12 | 60:3,10 61:10 | 125:4,15,22 | 141:7 | 48:10 52:15 |
| 129:20,22 | 61:16 62:6,18 | 126:21 127:2 | **roof** 139:13 | 77:3,8,15,19 |
| 130:23 134:7 | 62:23 63:18,22 | 127:18 129:7 | **roofs** 14:6 | 126:8,14 |
| 135:8,9,11,16 | 64:5,21 65:20 | 130:4 131:15 | 138:23 | 127:14 128:21 |
| 135:21 136:15 | 66:4 67:20 | 132:5,14 133:1 | **room** 22:4 88:20 | 131:10 132:1 |
| 138:21,23 | 68:18 69:3,6 | 133:8,14,21 | 89:4,16 94:12 | 149:17 156:11 |
| 141:20 143:13 | 69:14,23 70:5 | 134:2,11 | 111:4 157:7 | 157:16 159:18 |
| 143:18 145:2,7 | 70:20 71:8,14 | 135:12,14 | **rotation** 142:21 | 159:19 162:4 |
| 147:11 149:2 | 72:4,23 73:6 | 136:9,18 | **roughly** 166:8 | 169:7 171:22 |
| 151:1,6 154:2 | 73:12,19 74:18 | 137:11,17 | 166:22 | 171:23 173:22 |
| 154:4,6,10,13 | 75:1,15,23 | 139:3,19 140:4 | **routinely** 22:11 | 173:24 174:21 |
| 155:17 157:1 | 76:12,20 77:7 | 140:21 144:5 | **run** 26:3 39:20 | 189:2 |
| 157:20 160:8 | 77:17,22 78:14 | 144:11,16 | 114:15 142:20 | **says** 4:12 89:13 |
| 160:17,18 | 79:12,20 80:1 | 145:5,14 | 145:20 | 104:6 108:1 |
| 162:10,15 | 80:12,16 81:1 | 146:12 147:2,7 | **running** 26:15 | 136:14 166:15 |
| 163:3 167:9 | 81:9 82:1,5,16 | 148:4,12,21 | 169:3 | 166:17 171:22 |
| 168:19 171:3 | 83:3,10 84:1 | 149:9,24 | | 177:1 178:21 |
| 172:2,8,19 | 84:19 85:23 | 150:21 151:7 | **S** | 188:22 190:22 |
| 173:19 174:16 | 86:22 88:14 | 152:1,14,23 | **S** 3:1 | 191:5 |
| 176:19 177:1 | 89:24 90:18,23 | 153:13,15 | **S-A-Y** 119:20 | **Scared** 173:4 |
| 177:13 178:13 | 91:9,18,21 | 154:5,19 | **S02006** 1:4,20 | **Schade** 6:21 |
| 178:20 181:1 | 92:1,13,17 | 155:12 156:14 | 4:20 | **scheduled** |
| 181:20 183:5 | 93:11,18 94:6 | 156:21 158:24 | **Saab** 13:10,12 | 162:20 |
| 185:16 188:20 | 95:16 97:7,13 | 159:4,23 160:5 | **Safety** 60:4 61:1 | **school** 36:16,17 |
| 190:21 | 97:24 99:1,19 | 160:13 161:9 | 145:15 151:9 | 36:18,18 |
| **rip** 140:14 | 100:19 102:3 | 161:12,20 | 151:18 | 182:11 |
| **risks** 93:9 | 103:10,18 | 162:9 163:4,13 | **sand** 140:10 | **sclerosis** 32:10 |
| **road** 27:20 | 104:11,20 | 163:18,24 | **sanitation** 60:4 | 34:7,11,14,16 |
| 142:16 | 105:5,20 106:1 | 164:7,14,19 | 61:1 145:15 | 34:22 89:6 |
| **Roche** 2:5 3:4 | 106:6 107:4,23 | 165:7,12,19 | 151:9,18 166:4 | **scope** 47:16 |
| 15:4 18:19 | 108:19 109:8 | 168:6 169:14 | 166:9,15,17,23 | **screamed** 90:10 |
| 25:8 33:3 | 109:17 110:2,7 | 170:3 173:16 | 167:4,10 168:4 | **screened** 171:16 |
| 35:11 36:20 | 110:21 111:2 | 174:2 175:7 | 178:14,17 | 172:8 189:3,12 |
| 40:16,20 41:19 | 111:11,15 | 176:11 177:15 | 182:5 | **screwed** 128:7 |
| 41:24 43:4,16 | 112:9,21 113:8 | 178:8 179:9,12 | **sat** 26:23 88:20 | **second** 3:16 |
| 44:2,6,9,19 | 114:10 115:4 | 179:23 180:10 | **saw** 23:4 30:7 | 20:10,17 35:22 |

**GERRY ARMBRUSTER  10/24/2017**

41:21 50:17
51:1 54:18,22
104:16 106:16
107:12,14,16
128:22 166:11
**sedated** 95:22
**see** 7:10 22:11
22:22 34:4
38:20 47:21
51:16 52:22
56:4,14,15,21
65:4 66:16
74:8 82:13
90:17 94:23
101:15,18
103:22 108:2
114:11 118:17
128:8 130:22
135:8,18,20,20
135:21 136:1,2
136:6,20 137:9
145:24 147:10
147:17,23
150:8 151:11
151:17 152:3
153:15 156:10
157:9 158:6
160:15 166:15
166:17 170:20
170:24,24
171:2,4 175:2
176:13 182:6
185:22 186:7
190:21 191:19
**seeing** 54:17
58:3 68:9,11
71:2,4 76:24
83:8 84:7 95:1
98:8,13 100:22
101:20 112:7
145:22
**seek** 159:1
**seeked** 162:2
**seeking** 99:23
150:4,11 176:5
**seen** 25:24 26:23

53:14,15,16
54:20 56:10
57:23 58:12,18
58:24 83:13,21
84:10 90:22
91:2 98:7
100:9 101:18
108:6,9 118:6
120:12 128:4,8
128:16 146:19
149:10 150:5
153:23 154:9
154:23 155:19
156:2 161:22
161:22 163:1,2
176:20
**seg** 37:11 38:2
174:15,19
175:1,1,8
**Segregation**
174:16
**send** 48:11,19
104:2 128:16
131:10,11
160:3,4
**sending** 12:1
102:20 107:9
**sense** 9:10
126:19 181:22
**sent** 33:14 107:7
107:19,21,21
127:10 128:9
131:6
**sentence** 190:18
**sentenced** 18:15
**sentences** 18:23
**separated** 143:4
**September** 50:3
50:9,14 54:23
56:7,21 81:8
82:24 83:4
85:1,3,20 86:5
86:9,14,24
87:1 96:11,14
98:3 109:16
122:19 124:14

150:17,20
151:23 153:22
162:13 167:2
167:21 169:11
170:8 175:15
178:14,18
179:1,5,20
183:22 185:3
185:17 186:2
186:12 188:10
188:15 192:11
**serious** 22:7
28:21 29:1
36:19 126:11
132:17 162:1
**Services** 3:20
**set** 139:23 190:8
**seven** 9:18,20
31:9
**severe** 99:12
135:24 136:5
185:24
**severity** 188:9
**SHADE** 3:10
**Shah** 1:8,21 3:8
6:22 42:14
43:1 49:15
53:20 57:21,23
58:12,15 59:7
60:1 61:21
63:16 68:9
69:4 70:18
71:2,11 73:22
74:11,16 78:6
79:4,17 81:19
82:3 83:8
125:20 126:23
129:4 133:11
137:15
**Shah's** 84:18
**shake** 6:12,14
**sharp** 60:19
187:12
**she'll** 9:5
**sheet** 2:12
165:22,24

166:2
**sheets** 140:2
**shift** 182:15
183:7
**shingles** 139:1,5
139:17
**shit** 128:18
**shoe** 128:13
**shook** 89:11
**shoot** 24:6
**shop** 13:11
120:23,24
121:1
**short** 25:18
30:12 152:20
**shortest** 153:6
**shorthand** 4:4
**shortly** 31:4
187:19
**shot** 22:8 23:13
24:3 25:5,13
25:15 27:9,13
30:5,13 31:4,5
32:1 95:6
118:21
**shoulder** 40:11
52:10 75:7
82:22 134:8
135:8,11
136:15 144:10
144:22
**shoulders** 51:4
**show** 4:23 9:9
74:11 103:3
105:10 117:13
147:12 164:17
164:23
**showed** 26:10
33:9 56:12
78:2,17 86:16
123:9 137:2
176:21
**shower** 128:1,1
**showers** 167:14
**showing** 56:18
80:10 106:20

134:17
**shows** 117:13
**siblings** 17:16,17
**sick** 22:11 47:11
181:2,3,13,18
**side** 40:10 41:13
114:13 147:17
154:4,11
158:15,17
186:21 187:6
187:19
**sign** 107:8
113:14 126:7
192:19
**signature** 4:6
192:16,18,21
193:1
**signed** 56:9,12
**significant** 37:1
**significantly**
98:19
**signing** 93:24
**simple** 150:6
169:6
**single** 51:17
129:11
**sinks** 167:13
**sir** 118:12
**sit** 63:15 118:8
123:14,23
127:23
**Siting** 44:7
**sitting** 43:10,15
43:20,23 44:3
78:1 98:1
**situation** 154:18
165:17 177:20
181:21
**situations** 157:3
**six** 1:17 11:1
31:9 51:17,22
125:19 133:11
158:5
**size** 158:10
**skeletal** 105:9
**skeleton** 92:19

**GERRY ARMBRUSTER  10/24/2017**

| | | | | |
|---|---|---|---|---|
| **sleeping** 42:5 | **South** 3:16 | 126:24 127:17 | 35:4 40:23 | 61:3 75:19 |
| **slip** 86:9 | **Southern** 1:1,20 | 129:5 130:2 | 41:13 60:18 | 142:17 152:3 |
| **slowly** 30:15 | **Southwestern** | 131:13 | 70:18 97:19,22 | 187:15 |
| **small** 105:9 | 86:21 87:11 | **spoke** 52:20,24 | 100:21 117:20 | **submit** 171:12 |
| 158:19 | 110:12 141:9 | 55:6,7 68:19 | 151:10,17 | 171:24 173:18 |
| **smoked** 28:13 | 141:14,23 | 101:4,5,17 | 166:4,22 | 173:24 |
| **smooth** 140:10 | 142:1 143:15 | 147:8 155:10 | **starting** 44:17 | **submitted** |
| **smoothly** 5:6 | 155:16 | 155:15 156:23 | **state** 94:19 | 143:14,18 |
| **snapped** 25:24 | **sp** 48:11 102:19 | 157:4,13 | 135:23 155:24 | 144:8 172:3 |
| **soap** 190:9 | **spasms** 30:22 | 162:14 163:17 | 156:7 194:4 | 173:12,23 |
| **soft** 5:8 25:17,22 | **speak** 5:11 18:7 | 163:22 | **stated** 137:8 | 189:17 |
| **solid** 25:23 | 41:21 102:15 | **spoken** 102:13 | 172:21 174:14 | **submitting** |
| **somebody** | 121:4 148:19 | 146:24 | **states** 1:1,19 | 143:23 144:3 |
| 126:15,16,17 | 156:19 159:5 | **sports** 16:11 | 136:14 | 171:7 174:5 |
| 184:21 | 161:19 | 39:17 | **stating** 27:3 | **substance** 170:9 |
| **something's** | **speaking** 6:11 | **sprain** 69:12,19 | 155:7 | 172:2 189:3,7 |
| 41:1 | 147:6 157:17 | **spray** 190:7,7,9 | **Station** 11:11 | 189:14 |
| **somewhat** | 162:12 164:5 | **Spraying** 190:4 | **stay** 55:17,20 | **sue** 145:12 |
| 123:19 | 164:12 | **Springfield** 3:16 | **step** 160:15 | **sued** 133:11 |
| **soreness** 37:19 | **special** 147:13 | 14:14,24 15:3 | 161:4 165:3 | **suffer** 8:16 |
| **sorry** 18:20 | 167:23 | 15:10,22 | **stick** 153:2 | 21:13 37:7 |
| 22:19 37:6,15 | **specialist** 23:4 | **springtime** | **stiffness** 37:19 | **suggestion** 161:8 |
| 40:1,20,20 | 160:6,12 | 100:18 | **sting** 124:6 | 161:10 |
| 46:5 48:5 | **specialize** 14:2 | **squeegee** 190:10 | **stinging** 41:16 | **suing** 165:10 |
| 71:15 74:7 | **specific** 22:18 | **St** 1:2 3:12,22 | 59:12 | **Suite** 3:12 |
| 88:8 89:12 | 55:14 60:8 | 9:16 11:11 | **STIPULATED** | **summarize** |
| 113:19 116:19 | 63:11 142:19 | 112:5 113:4 | 4:1 | 23:20 121:16 |
| 128:18 138:9 | 165:15 176:4,9 | **staff** 42:8 148:16 | **stolen** 177:16 | **summary** 2:12 |
| 139:15,24 | **specifically** 46:8 | 148:20 149:7 | **stop** 7:16 105:15 | 2:13 170:15 |
| 140:6 142:6 | 68:17 79:23 | 149:23 155:6,8 | **stopped** 24:1 | 188:22 190:14 |
| 143:22 148:16 | 151:21 | 158:22 160:9 | 30:15 88:24 | **supervisor** 49:8 |
| 148:22 155:4,6 | **speculation** | 161:19 163:21 | 90:7 167:4 | **supposed** 56:4 |
| 176:7,16 | 187:11 | 164:11 192:7 | **storage** 122:10 | 75:9 123:13 |
| 185:18,22 | **spell** 119:18,21 | **stamps** 186:11 | 122:14 177:17 | 184:16,24 |
| 190:18 | **spelled** 10:23 | **standby** 89:15 | **Store** 14:18 | 185:7 |
| **sort** 29:5 96:22 | 176:22 | 89:15 | **straight** 24:19 | **sure** 7:2 11:9 |
| **sought** 159:2 | **spelling** 115:14 | **standing** 158:15 | 25:1 | 12:12 18:12 |
| **sound** 52:12 | 176:18,24 | **start** 12:19 | **Street** 3:5,16,21 | 19:7 22:23 |
| 55:9 68:23 | 177:1,2 | 21:10 28:23 | **strength** 80:6,7 | 23:21 26:21 |
| 79:6 176:19 | **spinal** 17:21 | 31:8 40:19 | **strips** 140:3 | 29:16 30:17 |
| **sounds** 23:1 | 105:9 130:6 | 66:24 97:6 | **stronger** 160:22 | 35:12 59:17,19 |
| 29:18 33:23 | 185:24 186:19 | 99:8 106:11 | **struggled** 86:7 | 62:20 66:8 |
| 41:11 49:20 | 186:20,22 | 166:20 | **stuck** 25:23 27:2 | 67:21 71:1,13 |
| 131:24 | 187:5,7 | **started** 12:20 | 151:12 | 75:9 76:4 |
| **Sources** 1:7,21 | **spine** 62:17 82:4 | 18:5 26:1 27:1 | **stuff** 17:10 29:23 | 77:11,23 78:16 |
| 3:8 | 116:16 125:21 | 27:20 33:10 | 31:23 36:24 | 79:7,22 80:11 |

**GERRY ARMBRUSTER  10/24/2017**

82:6 84:2,10
88:16 90:19
92:3 93:12
95:9 98:16,17
100:11 103:14
104:22 105:21
108:10 114:20
115:5 121:23
140:11 141:18
141:19 142:22
143:9,20
144:12 149:16
149:18 151:4
152:15 160:24
163:11,19
164:1,9,15,20
165:4,14 167:1
169:19 172:5
172:13 178:1
180:2,3 181:11
183:20 184:4,6
184:7 185:6
191:7
**surely** 126:2
**surgeon** 100:5
111:17
**surgeries** 115:3
**surgery** 24:10
24:12 25:6,13
26:18 27:6
93:2,10,16
94:5,24 95:11
95:20,21 96:10
96:11 97:9,15
98:6 106:16
110:17 111:18
120:3 121:6
176:6,9 179:4
179:20
**surgical** 115:2
**surprised** 29:22
29:24
**Susan** 1:11,22
3:9
**suspended** 35:6
**sweep** 167:15

**switch** 72:7,16
**switched** 72:16
**switching** 72:2
**Switt's** 48:11
**sworn** 1:16 4:11
194:6
**symptom** 123:19
**symptoms** 31:3
31:6 50:1,12
60:15 66:17
69:13,19 76:11
78:2 80:10,15
81:12,20 87:7
97:6,10 98:2
98:19 123:14
123:23 124:12
124:13,17,21
125:2,3,9,14
132:2 133:6
144:9,14,15,17
145:3 150:15
152:13 153:12
154:22 155:11
156:12,17,19
157:4 158:22
163:17,23
164:6,13 165:3
168:3,18
173:19 174:6
186:4,18,21
187:4,6,18,23
188:3,9,13
**syndrome** 30:8
**system** 123:10

**T**

**T-bone** 16:24
**take** 7:5,8 8:13
8:13 24:4
31:12,13,15
32:4 68:14
87:5 97:11
117:20 128:1
153:4,16
157:22 164:17
164:23 172:11

175:24 185:7
191:18,18
**taken** 4:3 5:13
6:1 42:18 70:8
70:12 71:19
111:23 124:9
138:14 172:14
194:7,12
**talk** 6:12 21:9
38:4 42:13,14
42:23,24 64:18
65:14 89:21
93:9,22 94:11
99:16 103:4
104:23 109:2
114:3 115:1,6
115:11,24
116:6 121:2
128:21 144:13
145:3 146:3
148:15 149:7
150:7 152:9
153:1 156:13
158:21 192:15
**talked** 19:1 41:1
45:12 54:2
57:12 66:9
72:1 83:21,24
84:18 89:7
94:12 108:12
112:19 116:10
119:9,9 132:8
144:14 146:2
146:17,19
150:14 155:1
158:20 169:12
169:22 178:13
187:3
**talking** 19:5
28:7,8 30:22
48:8 51:10,14
63:2,4,20,23
64:2,22 65:6
65:10 69:21
71:18 73:3
82:10 103:5,8

104:1 105:1
112:18 115:19
135:9,10
150:16 151:1
159:10 179:17
182:3
**talks** 156:1
170:21 171:1
**task** 190:3,6
**Taylorville** 1:18
1:18 19:18,21
**tear** 128:12
140:14
**tearing** 138:24
**technician** 89:4
**Technician's**
89:9
**tell** 6:1,7 28:16
34:16,17 39:1
47:10 59:8
88:9 91:7 99:6
110:11,13
130:21 132:1
132:19 133:5
133:10 147:16
151:22 159:21
165:16
**telling** 7:13,17
30:18 51:12
59:24 64:9,12
101:12,13
105:11 118:19
152:11
**tells** 190:11
**ten** 28:1 147:4
**term** 175:24
**terminated**
15:17
**terms** 138:19
139:11,22
140:11 154:17
160:24 161:15
162:5 169:12
177:8
**test** 74:3 76:5
160:11

**tested** 62:11
123:6 132:24
**testified** 18:24
**testify** 8:19
**testifying** 172:16
174:12 177:4
**testimony**
169:10 174:9
175:18 192:6
194:5,7
**testing** 62:13
132:9
**tests** 59:2 62:9
63:6 71:23
113:16 160:3,4
164:3,10
**thank** 96:2
102:9 142:8
168:2 170:6
172:10 192:14
**Thanksgiving**
98:15
**theft** 121:18
**therapy** 26:6
**thereto** 194:14
**thigh** 24:24
**thing** 30:14
32:16 33:23
38:10 48:7
54:7 55:15
63:2 89:18
122:17,22
168:12 175:9
**things** 7:20,21
7:24 40:18
47:11 49:18
51:10 57:5
94:17,21 97:10
111:7 132:10
143:11 169:4
169:12 170:5
178:10
**think** 11:11 12:6
12:12,13,23
13:18 15:12,23
15:23 16:17

**GERRY ARMBRUSTER 10/24/2017**

19:16,22,22
20:2,10,15,22
21:1,14,19,22
22:5,7 23:2
26:9,14,24
29:19 30:11
32:14,16 34:4
34:10,10,17
35:1 38:12,23
39:22 40:2
41:17 42:3
45:3 47:7,24
48:18,21,24
49:4 53:16
57:15,16 61:4
61:17 66:8
72:17 78:15
83:23 84:21
85:13 89:2
90:2,3,10,13
91:4,10,22
94:23 95:5
101:3,18
102:18 103:3
109:13 113:13
113:16 114:1
118:5,23
119:22 120:2
121:13 125:19
126:20 129:21
130:10 132:13
134:23 137:12
145:6 148:15
149:6 161:5
165:13 167:15
167:16,22,22
167:24 170:10
170:11,12
171:11,17
173:8 174:17
174:19 175:9
177:2 178:19
181:8,9 187:16
187:24 188:12
188:20
**thinking** 64:13

127:4 130:15
130:17 149:18
176:21
**third** 3:5 73:21
182:15
**thought** 25:11
34:11 89:12
90:3,14 95:3
97:1 102:6
127:20 128:5
129:13 130:8
131:17 158:21
**thousand** 180:8
**three** 17:18,19
17:19 51:16
81:7 95:4
135:1,2 141:12
173:9 186:6
189:21
**throbbing** 55:9
**ticket** 35:4 123:2
175:2
**tied** 180:5
**time** 9:3 12:7
14:14 19:23
20:12,17 24:7
25:18,24 27:18
27:19 30:15,20
30:21 31:24
32:15 34:24
36:3 38:4,10
38:11,19 39:12
40:4 41:6
48:16 51:3,11
52:1,1 54:1,6
54:18,23 55:14
57:21 58:15
59:3,9,9,23
60:13 61:21
63:11 65:18,19
65:22 66:3,7
66:12,22 68:14
69:5 74:10,20
76:3 77:21
78:24 79:16
80:3,9,20

81:19 83:23
85:10 86:8
95:19 98:8,18
100:10,12
103:7,15,23
104:4 112:10
112:11 114:16
123:4 126:4
127:4,20
129:11,14
131:17 133:10
134:22 143:24
150:3,16,19
155:21 162:11
162:13,17
163:16,22
164:4,12,17,23
170:1,1 171:7
171:12,17
172:9 173:3
178:23 179:1
180:21 181:24
183:7 189:17
**timeline** 40:18
41:11 75:13
**times** 10:10 24:6
28:13 30:6,13
35:1,3,13,15
38:17 45:9
47:22 52:19
53:15,17 54:5
54:20 57:20,24
75:18 80:23
81:6 96:3 98:7
127:6,9,12
129:10 130:9
137:5 139:20
140:18 143:15
146:18,22,23
147:4 152:9,19
155:14 156:7
157:9,13,15
158:4,6 173:9
**tingle** 30:24
**tingling** 29:8
38:6 39:7 40:5

41:2 50:20
51:4 52:11
54:19 58:21
61:15,22 68:24
73:11,17 79:5
83:9,24 84:12
87:17,20 96:7
111:13 119:12
124:1 133:12
133:20,24
136:16 144:10
144:24 187:15
**tip** 77:4
**tips** 134:8
**tire** 120:23,24
121:1
**tires** 121:19
177:10,14
**tissue** 24:18
25:21 168:15
**title** 141:15
148:8,14,18
149:21 168:8
182:13,14
**today** 5:3,18,19
7:12 8:18
23:18 32:20
33:1,5,24
37:23 39:8
43:10,15,21,24
44:4,8 63:15
78:1 96:8 98:1
109:15 118:8
123:14,24
124:7,12 152:9
152:10 155:1
**toilet** 168:15
**toilets** 167:13
169:13,21
**told** 19:10 28:24
34:5,22 42:7
49:19 50:18
59:19 60:15
74:5 88:4
92:24 93:16
95:2,12 103:1

110:1,8,10,14
111:3 126:4
127:22 128:2
133:15 143:11
152:13 155:2
162:6 163:21
185:24
**top** 12:1 140:20
166:3
**total** 179:22
**totally** 34:8
119:21 148:22
**tow** 13:1
**towels** 168:15
**Towing** 12:23
23:22
**town** 15:9
**toxic** 60:17,24
145:18 155:16
157:1,18 158:6
167:11 169:8
169:22,24
**track** 39:20,20
**tractor** 142:16
142:21
**traffic** 35:3
123:2
**train** 25:11
**training** 46:22
47:4 159:12,15
**Tram** 12:1
**transcribed** 4:5
**transcript** 2:16
192:19
**transfer** 2:13
190:13
**trash** 60:2,9
142:16
**traumatic** 116:3
116:8 117:4
**tray** 60:9 61:4
158:5,8
**trays** 60:1,18,21
61:8 145:18
155:16 157:1
157:18,22

**GERRY ARMBRUSTER  10/24/2017**

167:11 169:8
169:23,24
170:5
**treat** 110:12
129:6
**treated** 72:21
119:8,11 127:1
**treating** 133:5
**treatment** 15:1
27:19 28:17,23
45:24 103:9
105:19,23
106:2,10
117:11 120:4,7
132:11 147:1,6
147:9 149:8
160:10 161:18
164:16,18,22
176:6,10
189:14
**trial** 178:3
**tried** 24:4 41:14
72:13 92:19
101:18 168:20
172:21 173:1,2
173:5,10
**trouble** 27:15
**truck** 13:1 19:11
24:4
**true** 117:8
134:10
**truly** 30:16
**trust** 192:21
**truth** 6:2,7 7:13
7:17 110:11,14
110:14 111:4
121:4 147:16
**try** 27:22 57:20
114:15 126:1
143:17 152:8
153:19
**trying** 20:10
23:10 72:9
80:5,7 90:4
99:14 102:22
103:20 105:7

105:10 106:13
117:21 118:15
119:16 134:22
134:23 138:4
141:3 160:19
167:15 170:11
180:6 187:17
**turned** 16:21
43:7
**twice** 26:10
53:22 67:7
167:23 173:2
**two** 8:11 14:10
18:1,2,8 27:7
66:20 70:23
74:5 102:13
115:7 122:21
134:7 140:2
147:12 153:8
157:7 177:19
177:23 184:2
**Tylenol** 47:12
**type** 17:10,21
113:19 116:23
159:7
**typewriting** 4:6
194:9
**typical** 14:4

――――――
**U**
――――――
**U-turn** 16:23
**Uh-huh** 8:17
17:1 20:18
30:9 36:9 37:4
38:7 88:6
107:1 108:3
111:10 166:19
191:20
**uh-uh** 37:13,21
59:4 118:11,14
**unable** 80:23
**unclear** 125:1,3
125:8,10
**understand** 5:9
6:2,9 18:20
42:21 44:11,14

46:7 48:13
60:11 78:4
105:6,21
121:23 126:13
126:14 127:13
129:1,23 138:1
171:9
**understanding**
19:8 23:19
76:18 104:19
121:5 165:1
169:23
**Union** 11:11
**unit** 122:10,15
141:22 146:4,4
151:13,15
159:14,21
162:7,21 163:1
165:21
**United** 1:1,19
**units** 60:6
**UNKNOWN** 1:9
1:21
**unlawfully**
121:20,21
**upper** 82:8
**upset** 88:22
**urination** 58:24
**use** 23:6 27:23
33:12,13 35:23
42:16 66:10
80:23 81:7
85:20 90:5
97:2 111:20
127:23 151:22
**usually** 116:2
152:18

――――――
**V**
――――――
**vague** 63:10
73:12
**variety** 186:17
187:3
**vehicle** 17:10
87:10 96:19
**verbal** 191:13,14

191:17
**verbally** 156:13
156:19
**verify** 52:15
**version** 177:8,9
**versus** 69:12,18
**victim** 36:12
**visible** 153:21
**visit** 63:16 67:4
72:1 82:2
101:23 131:3
137:8 147:11
155:20 156:4,8
156:18
**visiting** 157:7
**visits** 41:3 82:13
103:24 104:1
156:6
**Vitale** 1:8,21
3:14 137:23
141:4,7 145:8
146:24 147:12
149:6 150:15
151:22 153:12
153:23 154:17
155:5,7,10,15
156:13,20,24
157:4,17 158:6
158:23 159:12
159:20 160:9
161:17 162:12
162:23 163:11
163:17,23
164:5,13,22
165:2,15
173:13,24
174:1,4
**Vitale's** 158:20
165:6
**voice** 5:8
**Volvo** 13:9,11
13:12
**vs** 1:6

――――――
**W**
――――――
**waist** 101:8,9

**wait** 130:22
186:2,5
**waiting** 89:16
93:21
**waive** 192:18,20
**waived** 4:7
193:1
**waiver** 192:16
**waking** 41:6
**walk** 26:3 75:6
87:23,24 88:2
90:16 91:3,14
96:16,20
136:24 150:7
159:5 182:17
**walk's** 147:23
**walked** 26:13
39:20 87:11
88:23 90:6,6
91:8 114:6,8
128:3 130:19
130:19 154:14
**walking** 26:15
31:8 32:15
41:6 55:2
88:24 89:1
90:7,9 114:16
114:19,21
128:5 152:5,12
153:22 154:3,8
154:8
**want** 11:6 13:6,6
14:21 15:16
20:11 21:9
26:20 28:1
38:3 52:13,16
53:15 56:10
62:19 64:15
71:1 74:22
83:21 84:20
100:14 103:3
105:16 110:10
112:14 114:13
115:17 117:13
147:4 149:16
149:17 151:3

**MIDWEST LITIGATION SERVICES**

**GERRY ARMBRUSTER  10/24/2017**

153:15 160:23
161:10 168:23
178:8 180:1
183:2 184:6
189:13 192:15
**wanted** 30:20
72:7 101:11
105:15 146:15
159:20 160:8
163:5,10
**wanting** 72:16
162:24
**warden** 141:8,8
141:10,11,14
141:16 142:5,7
146:9 147:12
148:7,24 149:1
149:4 150:6
**wardens** 157:8
**warehouse**
158:1
**wash** 183:11,11
**washing** 190:1,3
190:6
**wasn't** 51:24
80:19 82:19
95:4 96:7
97:18 108:23
122:9 127:7,7
149:11 163:2,2
163:8,8
**water** 64:10,12
153:17 172:12
**wax** 167:16,17
169:16,16
**waxed** 169:18
**waxing** 169:13
**way** 10:24 23:11
26:12,24 27:2
32:15 34:12
36:3 46:17
57:6 80:21
81:16 89:1
90:9 91:23
92:23 106:9
110:10,12

114:2 117:21
120:21 126:11
127:5 128:5,10
130:19,21
131:1 134:8
149:13 153:11
161:5,23,23
163:22 165:5
**we'll** 7:9 9:8
57:17 153:19
**we're** 5:16 23:18
28:7 42:20
49:24 50:7
70:2 78:1
87:18 89:16
102:8 104:7
112:1,18 130:2
151:4
**we've** 5:3 66:9
75:13 99:9
123:16 147:24
**weather** 27:12
**week** 53:23
54:11 68:8
71:3 77:1
98:11 183:14
184:2
**weeks** 66:20
68:13 74:5
98:14 134:7
136:17
**weight** 60:22
**Wells** 15:1,5
**went** 15:1 22:4
23:5 24:14,17
24:19 26:16
27:18 33:16
36:5 37:11
40:24 48:16
54:6,8 55:19
84:5 85:7
87:12 88:21
89:4 95:8
101:16 110:9
126:4 127:8

134:24 136:8
137:6 139:18
145:23 147:22
154:24 157:10
174:18,19
185:20 186:9
186:12,16
**weren't** 50:14
81:23 143:9
152:12 163:11
**West** 13:9,12
**Wexford** 1:7,9
1:20,22 3:8
48:11,11
**whack** 154:11
**whatsoever** 36:4
**wheelchair** 89:5
96:18,19,23
**wheeled** 89:10
92:18
**wheelers** 17:9
**wheels** 121:19
177:10,14
**When's** 98:8
100:10 180:17
**where--strike**
176:4
**width** 158:13,13
**wife** 97:4
**Wilford** 1:8,21
3:8 6:23 43:2,5
44:18 45:2
52:10
**Windex** 60:5
61:3 158:5,15
**window** 156:10
**wise** 25:16
**withdrawal**
28:18,21
**withdrawals**
29:1
**witness** 4:6
129:9 130:11
194:5,7
**witnesses** 6:22
**woke** 94:1

**wondered**
116:11,15
**word** 111:1
**words** 74:16
89:13 90:1
130:6 150:14
151:22
**wore** 95:23
**work** 7:10 11:6
11:8,20,22
13:17,21,24
14:22 15:6
16:2 19:12
23:21 39:13
60:14 114:13
115:8 128:14
138:4,19
141:14,20,22
142:2,8,9,12
142:13,14,22
142:24 143:2,4
143:6,6,10,14
143:23 144:3,8
145:9,9,19,20
145:21,23
152:2,3 157:6
157:24 167:10
168:11,24
169:2,5,6
170:13,21
171:2,7,12,16
171:18,23
172:3,8 182:15
182:23 188:23
189:4,6,11,11
189:15,17
192:12
**worked** 11:23
13:9,20 15:12
15:12 39:15
51:17,22
138:23 169:3
183:8
**worker** 155:24
**working** 14:17
23:22 140:16

178:24 191:16
**works** 131:19
143:3
**worse** 40:12,13
40:13,13,13,24
41:5,5,5,8
48:10,17,23,23
48:23,23,23,24
80:19 81:12,13
98:2 124:17
147:24
**worst** 30:3,4,6
35:4 81:20
**wouldn't** 52:23
74:21 91:1
101:23 107:15
109:11 128:18
132:18 147:9
147:20 153:2
**wound** 27:24
101:20
**wounds** 61:7
**wrists** 40:11
75:7 82:22
**write** 41:14
107:2,8 131:2
131:3,4 175:2
**writing** 33:13
**written** 178:1
**wrong** 28:16
43:3 47:10
48:1 83:1,5
125:20 126:4,5
126:16,17
127:15 132:3,4
183:1 189:2
**wrote** 103:16
177:18,22

---
**X**
---
**x-ray** 76:15,19
78:12
**x-rays** 70:1

---
**Y**
---
**yard** 39:19
**yawning** 153:15

**GERRY ARMBRUSTER  10/24/2017**

| | | | | |
|---|---|---|---|---|
| **yeah** 9:21 14:17 | **years** 9:20 13:7 | 65:18 66:16 | 38:16,19 39:12 | **2015** 21:5 39:13 |
| 15:23 19:19 | 13:18 14:10 | 67:3 68:4 | 39:23 134:5,13 | 39:23 100:16 |
| 20:22 25:1,3 | 28:2 116:14 | 170:20 | 136:8 137:4,10 | 100:18 102:9 |
| 26:16,20 27:7 | 161:1 173:8 | **15** 11:6 104:14 | 187:23 188:13 | 102:11 104:12 |
| 27:20 29:24 | **Yep** 190:23 | **1580** 3:12 | 194:22 | 106:22 112:7 |
| 30:23 31:11 | **young** 16:17 | **15th** 85:3 86:24 | **2014** 17:13 21:2 | 113:4 114:9 |
| 32:1 34:2 35:7 | | **16** 16:17,19 | 38:5,16,19 | 117:24 118:10 |
| 36:18 37:17,18 | **———— Z ————** | **165** 2:12 | 40:4 50:2,3,9 | 119:7,12 |
| 37:24 41:13 | | **17** 11:19 16:17 | 51:3 52:9 53:5 | 120:11,15 |
| 48:22,24 49:22 | **———— 0 ————** | **170** 2:12 | 53:8 54:13,23 | 121:17 |
| 51:1,13,24 | **000329** 170:20 | **178** 2:4 | 56:22 57:23 | **2016** 182:20,23 |
| 54:4,20 57:4 | **0178** 135:4,14 | **17th** 74:10 75:20 | 58:17 59:8 | 183:5 185:17 |
| 58:6,18 60:20 | **0179** 135:5,15 | 76:2 166:5,20 | 65:18 66:16 | 185:20 |
| 62:9,19 64:6 | **0181** 135:5 | **18** 11:19 12:4,9 | 67:3 68:4,10 | **2017** 1:16 |
| 68:15 75:16 | **0182** 135:5 | 180:18 | 70:12 71:3,12 | **20s** 14:12,12 |
| 81:18 82:23 | **07** 174:11 | **185** 2:5 | 73:23 74:10 | 138:20 173:11 |
| 83:19 86:18 | **08** 174:11 | **189** 2:5 | 75:20 76:2 | **21** 12:17,19,20 |
| 87:10 88:3 | **084-004174** 3:21 | **18th** 143:21 | 77:1,13 79:1,5 | 173:8 |
| 91:13 96:15,21 | 194:20 | 171:1 | 79:10 81:8 | **217** 3:17 |
| 97:23 98:22 | | **19** 12:4,9,20 | 82:3,24 83:4,7 | **22** 10:23 12:18 |
| 100:17,20 | **———— 1 ————** | **190** 2:13 | 84:8 85:1,4,21 | 13:4 |
| 108:9,16 | **1** 2:10 56:16,18 | **1973** 9:14 | 86:5,9,14,24 | **23** 13:4 |
| 116:17 121:13 | 108:1 135:4 | | 87:2 96:11,14 | **23rd** 77:1,13 |
| 121:13 125:11 | 151:13 167:24 | **———— 2 ————** | 98:3,14 101:24 | **24** 1:16 |
| 129:15 132:6 | 172:4 | **2** 2:11 106:18 | 102:4 109:16 | **241-1377** 3:13 |
| 133:9 135:21 | **1-800-280-3376** | 108:2,4,4,6,9 | 111:9,14 | **243-5900** 3:6 |
| 136:6 143:17 | 3:23 | 135:4,6 167:24 | 112:20 122:19 | **24th** 166:6 |
| 150:24 151:2 | **1:11** 111:23 | 172:4 | 124:14 127:1 | **25** 13:16 |
| 152:8 154:23 | **1:17** 111:24 | **2:35** 172:14 | 133:13,20 | **26** 13:16 185:3 |
| 155:18 163:5 | **10** 135:7,10,10 | **2:40** 172:15 | 134:1 143:19 | 186:3 |
| 167:19 168:20 | 135:19,19 | **20** 10:24 | 143:21 150:17 | **26th** 86:5,9,14 |
| 169:9,15 171:5 | **10:56** 4:8 | **2000** 19:16 | 150:17,20 | 87:1 96:11 |
| 173:15 177:2 | **100** 3:11 179:18 | 23:15 104:12 | 151:23,24 | 106:22 174:20 |
| 180:16 181:16 | 179:18 | 174:17 | 153:22 162:13 | 175:15 179:5 |
| 181:22 182:6 | **106** 2:11 | **2003** 14:21 | 166:5,6,21 | 179:20 183:22 |
| 183:20 184:16 | **11** 87:8 | **2004** 14:21 | 167:2,21,21 | 186:12 |
| 185:6 187:17 | **11:42** 42:18 | 19:16 23:2 | 169:11 170:7,8 | **27** 13:16 |
| 188:2,18 | **11:48** 42:19 | **2005** 19:16,23 | 170:21 171:1 | **27th** 96:14 119:7 |
| 191:12,21 | **1144** 1:18 | **2006** 20:11 | 175:14,15 | 119:12 120:11 |
| 192:9,13 | **11th** 3:21 138:8 | **2007** 20:9,12 | 178:15,18 | 120:15 180:18 |
| **year** 11:1 13:5 | **12th** 98:13 | 36:22 37:2 | 179:5,21 | **28th** 54:12 68:10 |
| 14:9 15:16 | **134** 2:11 | 174:8 | 183:22 185:3,5 | **2nd** 79:5,9 82:3 |
| 31:7,8 32:22 | **137** 2:4 | **2008** 20:21 37:2 | 185:21,22 | 83:7 134:5,13 |
| 97:19,21 183:3 | **13th** 52:9 53:5,8 | 174:9 | 186:3 187:20 | 136:8 137:4 |
| 183:15 | **14** 10:24 38:8 | **2011** 21:1 35:2 | 188:8,10,10,15 | |
| **year-old** 95:3 | 40:1 | 35:15 38:3,4,8 | 188:15 192:11 | **———— 3 ————** |
| | **14th** 58:16 59:7 | | | |

**GERRY ARMBRUSTER  10/24/2017**

**3** 2:11 134:15,17
135:3,5,6,12
135:22,22
136:14 141:8,8
141:10 146:10
172:4 187:24
188:13
**3/31/2000** 23:16
23:17
**3:07** 193:2
**3:16-cv-00544**
4:23
**3:16-CV-0054...**
1:6
**30** 175:1
**31** 194:22
**311** 3:5
**312** 3:6
**314** 3:13
**314-644-2191**
3:22
**3rd** 71:3,12
73:22

---
**4**

**4** 2:3,12 135:5
136:13 140:23
141:24,24
165:24 170:22
172:4
**4s** 140:23
**4th** 9:14 54:23
79:10 167:2
178:14,18

---
**5**

**5** 2:12 170:15,18
181:3,13
188:21
**50** 180:7
**500** 3:16 180:12
**557-0261** 3:17
**56** 2:10

---
**6**

**6** 2:13 20:1,8
190:13

**60607** 3:6
**62568** 1:18
**62701** 3:16
**630** 176:23
**63101** 3:22
**63102** 3:12

---
**7**

**7** 20:1,8,15 38:8
**7:00** 145:24
**7:30** 145:24
**711** 3:21

---
**8**

**8** 20:8,8,9,15
36:22 174:17
**8:00** 145:24

---
**9**

**99** 23:15
**9th** 56:7,21