**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# <u>Exhibit 9</u>

# In The Matter Of:

*ARMBRUSTER vs.*
*WEXFORD HEALTH SOURCES, INC, et al.*

---

*GREGORY BAILEY, M.D. PH.D*
*May 3, 2018*

---

*T&T Reporting, LLC*
*477 Shoup Avenue, Suite 105*
*Idaho Falls, Idaho  83402*

**Min-U-Script® with Word Index**

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 3 of 45   Page ID #2923

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

---

**Page 1**

1   IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

2      DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

3

4   GERRY ARMBRUSTER,                     )
                                          )
5            Plaintiff,                   ) Case No.
    vs.                                   ) 16 C 544
6                                         )
    WEXFORD HEALTH SOURCES, INC.;         )
7   BHARAT SHAH; RON VITALE; LORETTA      )
    WILFORD; PHYLLIS MASTON; LEANDA       )
8   DAVIS; RHONDA J. BENNETT; LYNNE       )
    JOHNSON; SUSAN HARDIN; UNKNOWN IDOC   )
9   AND WEXFORD EMPLOYEES,                )
                                          )
10           Defendants.                  )

11

12     TELEPHONIC DEPOSITION OF GREGORY BAILEY, M.D. PH.D

13        Thursday, May 3, 2018, 3:15 p.m.

14            Pocatello, Idaho

15

16

17

18        BE IT REMEMBERED that the telephonic
    deposition of Gregory Bailey, M.D. Ph.D was taken by
19  the attorney for the plaintiff at the office of
    Gregory Bailey, M.D., Ph.D located at 777 Hospital
20  Way, Suite 201, Pocatello, Idaho, before Lanice M.
    Lewis, Court Reporter and Notary Public, in and for
21  the State of Idaho, in the above-entitled matter.

22

23

24

25

---

**Page 2**

1           A P P E A R A N C E S

2

3   For the Plaintiff:
        LOEVY & LOEVY
4       BY:  SARAH GRADY
             KATIE ROCHE (Appearing telephonic)
5       311 North Aberdeen Street, 3rd Floor
        Chicago, Illinois 60607
6       (312) 243-5900

7   For the Defendant IDOC:
        OFFICE OF THE ATTORNEY GENERAL
8       BY:  MAX BOOSE
        500 South Second Street
9       Springfield, Illinois 62701
        (Appearing telephonic)
10

11  For the Defendants:
        CASSIDY SCHADE, LLP
12      BY:  TIMOTHY DUGAN
             JACLYN KINKADE (Appearing telephonic)
13      100 North Broadway
        Suite 1580
14      St. Louis, Missouri 63102
        (314) 241-1377
15

16

17

18

19

20

21

22

23

24

25

---

**Page 3**

1              E X A M I N A T I O N

2

3   GREGORY BAILEY, M.D. PH.D                    Page

4       Examination by Ms. Grady..................    4
5       Examination by Mr. Dugan..................   83
        Further Examination by Ms. Grady............ 106

6

7

8

9              E X H I B I T S
    No.                                          Page
10
    1.   Gateway Regional medical Center Patient ..    4
11        Report and Nurse Documentation
    2.   SSM's Admission Record, 11/14/2014........    4
12  3.   Gateway Regional Medical Center Medical ..    4
         Records
13  4.   SSM's Outpatient MRI dated 3/16/2015......    4
    5.   Letter from Dr. Bailey, dated 3/26/2015...    4
14  6.   SSM Medical Records....................... 110
    7.   SSM Neurosciences South Medical Records... 110
15  8.   Gateway Regional Medical Center Medical .. 110
         Records
16

17

18

19

20

21

22

23

24

25

---

**Page 4**

1  (The telephonic deposition proceeded at 3:15 p.m. as

2  follows:)

3       (Deposition Exhibit Nos. 1 through 5 were

4  marked for identification.)

5       GREGORY BAILEY, M.D., Ph.D.,

6  produced as a witness at the instance of the

7  Plaintiff was sworn, examined, and testified as

8  follows:

9       **MS. GRADY:** This is Sarah Grady for the

10  plaintiff.

11      **MR. DUGAN:** Tim Dugan for the medical

12  defendants.

13      **MS. ROCHE:** Katie Roche for the plaintiff.

14      **MR. BOOSE:** Max Boose for the Department of

15  Corrections defendants.

16      **MS. GRADY:** Jaclyn, do you want to give your

17  appearance?

18      **MS. KINKADE:** Sure.  Jaclyn Kinkade for the

19  Wexford defendants.

20      **MS. GRADY:** Great.  Thank you.

21          EXAMINATION

22  BY MS. GRADY:

23      Q.  Doctor, can you please state and spell

24   your name for the record?

25      A.  Gregory J. Bailey.

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 5

1    Q.  Can you just spell the last name?
2    A.  B-a-i-l-e-y.
3    Q.  Thank you, Dr. Bailey.
4        We're here today to talk about a patient
5    that you treated back in 2014, Gerry Armbruster.
6    Before we get started discussing Mr. Armbruster's
7    case in particular, can you give me some information
8    about your educational background?
9    A.  Sure.  Since I went to undergraduate at
10   the University of Utah, I graduated in biology and
11   chemistry.  And then I went to medical school in
12   Zurich, Switzerland.  I worked with the world's best
13   neurosurgeon, Gazi Yasargil, while I was there in
14   medical school.
15       And I also went to St. George University
16   because they have numerous classes in the university.
17   I'm not a Swiss citizen, so I was the first one when
18   they ran out of space for the non-Swiss citizens.
19       And then after that I came back to the
20   United States and did a neurosurgical residency at
21   St. Louis University.  With my partner and I,
22   building in the world's most advanced teaching lab in
23   the world giving 500 neurosurgery courses all over
24   the world.  And so I was in private practice.
25       And then in 19 -- excuse me, 2010, SSM

Page 6

1    Health Care asked if we would join their health care
2    system and provide neurosurgical coverage at their
3    seven hospitals, which we did.
4        And then I completed full-time
5    neurosurgical activity in 2016 and retired from
6    full-time neurosurgery and am doing what are called
7    locums, part-time neurosurgery here in Pocatello.  My
8    son is the intervention radiologist and my son-in-law
9    is the urologist, so I get to spend time with them
10   and the grandkids.
11   Q.  That's great.  And, Doctor, in September
12   of 2014 you were currently working at St. Mary's
13   during that time period; is that correct?
14   A.  At St. Mary's and also over in Illinois.
15   So I had an office in Illinois and St. Mary's, yes.
16   Q.  Were you operating -- was that office in
17   Illinois a private practice that you maintained?
18   A.  It was through SSM.  I mean, I was
19   employed by SSM.  And so I had just -- I had been
20   working over in Illinois since 1989 and saw patients
21   there and did surgery for a period of time until -- I
22   was the only neurosurgeon at St. Mary's.  And so
23   essentially there wasn't really time to operate
24   elsewhere.
25       And so I went over there once a month

Page 7

1    and saw patients because I had a large, you know,
2    referral base, and the doctors wanted me to provide
3    neurosurgical access to that area because there was
4    no other neurosurgeon in the area, so I just did
5    that.
6    Q.  You said that you were the only
7    neurologist or --
8    A.  Neurosurgeon.
9    Q.  -- neurosurgeon -- I'm sorry --
10   neurosurgeon or staff at St. Mary's.  Can you tell me
11   about whether you had staff that you supervised on a
12   regular basis or whether those rotated?  So --
13   A.  Well, if I --
14   Q.  -- for example, nurses and --
15   A.  Yeah.  There was -- I had a nurse
16   practitioner, Joanne Kern, and she was my nurse
17   practitioner for 25 years.  And so I essentially,
18   you know, ran the neurosurgery service at St. Mary's
19   during all those years.
20       There were several of my partners that
21   occasionally came to St. Mary's, but at that time
22   when -- you know, when I was actually started being
23   employed by SSM, St. Mary's Hospital, I was the only
24   neurosurgeon doing surgery there.  I mean, we had --
25   my partners, you know, obviously took call if there

Page 8

1    were other patients there, but they did not come
2    there on a regular basis at all.
3    Q.  Ms. Kern, she was a nurse practitioner,
4    that was her title?
5    A.  Correct.
6    Q.  And her practice was in neurosurgery
7    with you; is that correct?
8    A.  That's correct, yes.
9    Q.  I'd like you to look at -- actually
10   we'll start with Exhibit 2, if you would.  These are
11   some records from St. Mary's Health Center.  And for
12   the people on the phone and for record, they are
13   organized in chronological order, but that means that
14   they are not organized by Bates number.  After --
15   A.  By what number?
16   Q.  Bates number.  The Bates number refers
17   to number on the bottom --
18   A.  Oh, okay.
19   Q.  -- right.
20   A.  Right.  I got it.
21   Q.  And so I'm happy to scan them and
22   circulate them after the deposition so you can see
23   the records.  And we'll note the particular Bates
24   numbers as we go along.
25       Do you recall treating a patient by the

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 5 of 45   Page ID #2925

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 9

1   name of Gerry Armbruster?
2       A.  I do, yes.
3       Q.  And can you tell me, what was it that
4   you saw Gerry Armbruster -- strike that.
5           How was Gerry Armbruster brought to your
6   attention back in September of 2014?
7       A.  Well, it was actually over in Illinois.
8   And I think he was seen in the emergency room.  I
9   don't recall specifically, but he came up to the
10  office and I saw that he had majorly weak both upper
11  and lower extremities.
12          And I don't recall if I ordered the MRI
13  or it had been done that same day, but I looked at it
14  and there was severe spinal cord compression.  And so
15  I sent him over to St. Mary's and operated on him the
16  same day I saw him because he had, you know, very
17  significant weakness and very significant spinal cord
18  compression.
19      Q.  So I'm going to also ask you to look at
20  Exhibit 1.  These are records from Gateway Regional
21  Medical Center.  Is this location, Gateway Regional
22  Medical Center, is that where you saw Gerry
23  Armbruster or did you see him --
24      A.  That's where I saw him.
25      Q.  Okay.

Page 10

1       A.  Yes.
2       Q.  And had you already been at -- were you
3   already present at Gateway when you were asked to
4   consult and see the patient or did you travel there
5   because of Mr. Armbruster?
6       A.  No, normally I'd have the people come to
7   St. Mary's.  So I think I was there seeing patients
8   that day and it just happened to be there that day
9   and I saw him in the office there.
10      Q.  Okay.  You referenced seeing some
11  imaging studies.  I'm going to draw your attention to
12  Exhibit 3, which is a number of different MRIs
13  relating to the -- that were taken of the C spine,
14  and these are printed.
15          When you looked at -- you said that you
16  looked at the imaging studies, correct?
17      A.  I always look at the imaging studies.  I
18  don't even look at the report, correct.
19      Q.  Okay.  And do you look at them on a
20  computer screen?  Do you look at them in a room with
21  backlit imaging?  Or do you look at them in some
22  other way?
23      A.  It depends on how they're provided.
24  Originally, you know, they all were on sheets or
25  X-rays sheets.  Then more recently they come on

Page 11

1   a disk.  Like at St. Mary's, I can call up the
2   images from PAX, but at outlying facilities they're
3   normally brought on a disk or the actual sheet
4   films.
5       Q.  Okay.  And it's my understanding that
6   the doctor who first saw Gerry Armbruster when he
7   came to the emergency room was Jeffrey Arendell.  Are
8   you familiar with him?
9       A.  Yeah, I operated on his brother for a
10  malignant brain tumor.
11      Q.  Okay.  So you know him --
12      A.  Yes.
13      Q.  -- personally?
14      A.  Right.
15      Q.  And back in September of 2014 and in the
16  months and years prior, did you ever have occasion to
17  work with him professionally by way of referrals or
18  in some other capacity?
19      A.  Referrals from the emergency room.
20      Q.  Okay.  So can you tell me -- can you
21  review Exhibit 3 for me?  I'm not asking you to
22  review each image in great detail, but if you can
23  just look through these and let me know whether
24  you think these are the first set of images that
25  you saw of Gerry Armbruster's C spine when he

Page 12

1   presented to the emergency room on September 26th,
2   2014?
3       A.  Right.  They are certainly indicative of
4   what I recall seeing, yes.
5       Q.  Okay.  So you do recall seeing some or
6   all of these particular images?
7       A.  That's correct.
8       Q.  Okay.  If you could look through
9   these and tell -- and point out to me any images
10  that led you to the conclusion of your eventual
11  diagnosis?
12      A.  Sure.  Well, there's -- this is what's
13  called a T2 image.  Do you want me to take it out?
14  How do you want me to do that?
15      Q.  Why don't you not take it out, but --
16      A.  Okay.
17      Q.  -- just point -- just point to the page.
18      A.  All right.  Sorry.
19      MR. DUGAN: Is there a number on it or
20  something?
21      THE WITNESS: Yeah, it says C110322065.
22  BY MS. GRADY:
23      Q.  I see.  Can you read that just one more
24  time?
25      A.  C10322065, W2065.  And what this is,

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 6 of 45   Page ID
#2926

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 13

1 this is a sagittal T2 weighted image of the cervical
2 spine. So at the top of the spine, you can see the
3 lower brain and brainstem. And then further down on
4 the image, you see the actual cervical spinal cord.
5 And at the level -- so you can count 2, 3, 4, 5.
6     At 5-6 you see that there is a
7 protrusion of disc material compressing the spinal
8 cord and actually giving a signal change within the
9 spinal cord itself.
10    Q. Okay. Can you tell me -- can you
11 explain for me what that phrase you just used?
12    A. Signal change?
13    Q. Correct.
14    A. Signal change means there's enough
15 pressure on the structure -- in this case the spinal
16 cord -- to cause edema and changes within the spinal
17 cord itself because of the pressure.
18    Q. Okay. And first, can I ask you to just
19 circle the area that you're discussing so that we
20 have --
21    A. Sure.
22    Q. -- a record of it clear on this exhibit?
23    A. All right.
24    MR. BOOSE: May I have the serial description
25 of the image he's looking at right now, please?

Page 14

1     THE WITNESS: Yeah. That's C1032W2065.
2     MR. BOOSE: Thank you.
3 BY MS. GRADY:
4     Q. And can you point for me where you see
5 the edema that signifies that there has been a signal
6 change?
7     A. Sure. Within the spinal cord itself, if
8 one looks at the spinal cord you can see it's kind of
9 a grayish color. And then right behind where the
10 protrusion is you see a whitish color within the
11 spinal cord itself. That's the signal change.
12    Q. Can you put an arrow to the whitish
13 color that you --
14    A. Sure.
15    Q. -- indicate is the edema?
16    A. Yep. Okay.
17    Q. Great. Thank you.
18    A. Now, the one other view that is
19 significant when you look at images like that -- this
20 is a side view. Okay? And so the other view that
21 you look at is what's called an axial view. So I'm
22 going to look at the axial views and see if I can
23 find the view which corresponds to that signal
24 change. And I'm looking at them now.
25    Okay. All right. So the best view that

Page 15

1 is indicative of what's happening to the spinal cord
2 is C886W1776. This one here. I'll circle it.
3     Q. Okay. And can you tell me what you see
4 on this image that indicates to you spinal cord
5 compression with signal change?
6     A. Sure. So this is what's called an axial
7 view. So an axial view is like the spinal cord is
8 cut into slices like a loaf of bread. And so what
9 I'm looking at is that the disc material is anterior,
10 which means at the top portion of the image.
11    And the spinal cord itself instead of
12 looked rounded, one sees that there is an indentation
13 in the center of that image, which is disc material
14 that's pressing into the spinal cord, and that -- if
15 one looks at the spinal cord itself, you see a
16 whitish -- that's the signal change -- a whitish
17 discoloration of the spinal cord in the center
18 compared to off to the right it's more consistent
19 gray color and off to the left.
20    It's more apparent if one looks at the
21 images prior to and after this image where one can
22 see that the spinal cord has its normal gray
23 consistency and not the white discoloration, which is
24 the signal change within the spinal cord itself.
25    Q. And so if I understand you correctly,

Page 16

1 what you mean is to compare the image that you just
2 testified displays the signal change with the image
3 of the different higher and lower on the spine that
4 shows no signal change, correct?
5     A. That's correct. That's correct.
6     Q. Okay. And, Doctor, just so we're clear,
7 I think that is -- the C might actually be 888 and
8 not 886?
9     A. Okay. Yeah, it looks like another 8,
10 right. 888.
11    MR. DUGAN: Also, multiple 1776s.
12 BY MS. GRADY:
13    Q. Can you see, is there a red number that
14 is -- what is this number right here? Okay. It's
15 4 --
16    A. 4-16.
17    MR. DUGAN: Got it. Okay.
18    MS. GRADY: Okay.
19    THE WITNESS: Yeah.
20    MR. BOOSE: Sorry, you said 4-16?
21    MS. GRADY: Correct.
22    MR. BOOSE: Thank you.
23    THE WITNESS: And the next -- the next view
24 prior to it is also significant in noticing the
25 signal change.

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 7 of 45   Page ID #2927

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 17

BY MS. GRADY:

Q.   So for the record, that would be 4-15?

A.   Correct.

Q.   You can see the signal change displayed on this image as well?

A.   Yes.

Q.   Can you circle it for me, please?

A.   I will.  Okay.

Q.   And can you just describe again how the appearance indicates to you that that is a -- that there is spinal cord compression with signal change?

A.   Okay.  So normally the spinal cord itself is rounded in nature.  You don't -- you shouldn't see an indentation in any location in the spinal cord, nor should the coloration of the spinal cord look different than the previous or the images after this image.  It's kind of a whitish color which indicates that there's edema or fluid in the spinal cord itself, which is not normally the case.

Q.   How does edema enter the spinal cord?

A.   From pressure.  And in other words, just like of -- you know, obviously if you put pressure on something, then you get a water change.  It's like when you hit your finger, it swells up, it bruises.  If you get an image of it, you'd see that there was a

Page 18

change of the consistency of the material.  The same thing happens to your spinal cord.

Q.   And so would it be fair to say that all signal change is caused by spinal cord compression of some sort?

A.   No.  I mean, you can get all sorts of things.  You can have an inflammatory process.  You can have, you know, things like multiple sclerosis.  But you would see that in the normal shape of the spinal cord.  And this spinal cord is misshapen because of the pressure being exerted from the material which you saw best on the sagittal view pressing backwards from the disc space into the spinal cord.

Q.   So staying just with these images, 4-15 and 4-16 for one moment, can you see -- do these images display the actual spinal cord compression?

A.   Yes, they do.

Q.   Okay.  And then turning back to the sagittal view image -- just one moment, please.  And for the record, that's 2-7.

A.   Yep.

Q.   You can also see the actual spinal cord compression on this image as well; is that correct?

A.   That's correct.

Page 19

Q.   Okay.  Can you tell me, what is the mechanism that is causing the spinal cord compression, if you can tell based on this image?

A.   Sure.  It's a disc protrusion extruded out from C5-6 posteriorly into the spinal canal and compressing the spinal cord.

Q.   Okay.  I want to break down a couple of the phrases you just used.  First, can you just explain in lay terms what a disc is?

A.   Okay.  A disc is a cartilaginous, the soft tissue inner element, kind of like an inner tube, that sits between each of the bones of the spine and acts as a shock absorber.

And the outer portion of the disc called the annulus fibrosa is kind of tough material.  The inner portion of the disc is like soft cheese, it acts as a shock absorber.  And for different reasons, compression, age, the inner portion of the discs may dry out and start putting pressure on the outer portion of the disc.

And at some point the disc material, you know, can no longer take pressure because the weight of your head is resting on the disc and the material extrudes out into the spinal canal.

Q.   Can injury be one cause of a disc

Page 20

extrusion?

A.   Yes.

Q.   Can there be other causes of disc extrusion?

A.   The five precursors to disc protrusion degeneration of the spine are bad luck, bad genes, bad lifting, bad weight, bad smoking.

Q.   And when say "bad weight," can you tell me what you mean?  Do you mean --

A.   Overweight.  If you're overweight or compression force, that's the bad luck.  But the compression force on the spine, something falling on your head, falling and hitting your head, if you're overweight.  There's lots of different reasons why it can happen.

Q.   And just so I'm clear, if the disc protrusion was caused by bad weight by being overweight, would reducing one's weight correct the disc protrusion?

A.   Not -- no.  Once the disc is protruded, it's protruded.

Q.   And what is the treatment that would correct or treat that protrusion?

A.   Well, it depends upon the degree of protrusion.  I mean, lots of people have disc

Min-U-Script®
office@ttreporting.com      T&T Reporting, LLC      208.529.5491
ttreporting.com                  208.529.5496 FAX
(5) Pages 17 - 20

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 8 of 45   Page ID #2928

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 21

1  herniations, and many people don't need surgery.
2  What I normally do when I first see somebody unless
3  they have acute symptoms is I tell them to use an
4  inversion table, hang upside down five minutes five
5  times a day. And actually the -- your head acting as
6  a traction device can allow the disc material to
7  migrate back into the disc space and remove the
8  compression. But that's usually people that have
9  compression out laterally off to the side.
10      See, now, there's people when they have
11  a disc protrusion, they present in three different
12  ways. Most people the disc protrusion of the neck,
13  they have terrible pain down one arm. And the -- you
14  know, and the traction works quite well for them.
15  The second group of people only have neck pain. And
16  the third group of people have major weakness of both
17  their arms and their legs because any -- any nerve
18  that -- below the level of the compression is going
19  to be affected. So you're going to have weak legs
20  and you're going to have weak arms, particularly the
21  hands, with a disc protrusion of this nature, of this
22  size, at this level.
23      Q.  And what about tingling?  Would tingling
24  also be a symptom that you would expect to see or
25  that would be consistent with a disc protrusion at

Page 22

1  this level?
2      A.  Right.  So the symptoms that people get,
3  numbness and tingling, you know, pain, if it's
4  pressing on the exiting nerve root in particular
5  going down the arm and weakness.
6      Q.  And in your experience as a
7  neurosurgeon, who is qualified to make the
8  determination about whether a disc protrusion must be
9  treated surgically or with some other method?
10     A.  Well, I suspect it's the person that's
11  going to -- that has the best understanding of what
12  treatments make people better and what don't.
13     Q.  Well, let me ask it this way:  Are you
14  qualified as a neurosurgeon to make a decision about
15  whether a patient with some degree of disc protrusion
16  requires surgical treatment?
17     A.  Yes.
18     Q.  Are neurologists -- not
19  neurosurgeons but neurologists -- are they qualified
20  to make those decisions?
21     A.  Not necessarily.  I mean, what's most
22  important of course is the imaging.  If you don't
23  have the imaging, it's strictly guesstimate what you
24  think is causing the problem.  So an image -- you
25  know, a correct image, CT scans don't show the soft

Page 23

1  tissue well, regular X-rays don't.  The only image
2  that's really adequate for showing this kind of
3  problem is either an MRI, and occasionally in the old
4  days before they had MRIs, a myelogram.  But anything
5  else is inaccurate in being able to make the
6  decision.  An MRI of course is even better than a
7  myelogram because you're actually seeing the spinal
8  cord itself, whereas a myelogram only shows the
9  pressure on the spinal cord and not the spinal cord
10  itself.
11     Q.  Okay.  On September 26th, 2014 when you
12  looked at Mr. Armbruster's imaging studies here in
13  Exhibit 3, what if any -- did you consider -- tell me
14  what treatment you considered.
15     A.  Well, because -- I mean it kind of
16  depends on the way people present.  I mean, if people
17  present only with pain, I will try conservative
18  measures because, you know, 70 percent get better by
19  trying the traction for a week or two.
20     If people have weakness and this degree
21  of signal change and pressure on the spinal cord, the
22  only thing that's going to make that better is to
23  remove the compressive element.
24     Q.  Why is that?
25     A.  Because of the fact that the spinal cord

Page 24

1  already has a signal change and it takes 70 percent
2  of the neurons not working to have major weakness.
3  So that means that, you know, more than 70 percent of
4  the neurons have been damaged, compressed, or
5  whatever, causing his weakness.
6      Q.  In your experience as a neurosurgeon, do
7  patients who are experiencing weakness in their legs
8  voice complaints about being unable to ambulate
9  properly?
10     A.  Yes.  In fact, half the people that
11  present to me with significant leg weakness -- not in
12  their foot, but proximal leg weakness, it has nothing
13  to do with their lower back, it's in their neck.
14     Q.  And can you tell me mechanically in
15  terms of the body and the spine why that is?
16     A.  You mean about the lower back?
17     Q.  Why it's not in their lower back but in
18  the neck?
19     A.  Well, see the spinal cord ends at L1.
20  So you have seven bones in your neck, 12 in your
21  thoracic, and five in your lumbar region.  So the
22  spinal cord ends at the top of the lumbar region.  So
23  most people that have a disc protrusion or narrowing,
24  it's below the level of the spinal cord.
25     The nerves are quite durable, but the

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 25

1 spinal cord is not. So any pressure on the spinal
2 cord will significantly affect the function of all
3 the nerves below that level.
4 **Q. You said that the nerves are durable but**
5 **the spinal cord is not. Can you explain that?**
6 A. Sure. I mean -- well, I think -- I
7 mean, think about it. The nerves below L1 in the
8 lower back are floating in fluid, and they can be
9 somewhat displaced and it's part of what's called the
10 peripheral nervous system. And they -- you know,
11 they have more regenerative capabilities, more
12 ability to absorb pressure.
13 The spinal cord, you know, does not.
14 It's in a closed space, it doesn't have near as much
15 room as in the lower spine, and there's a tremendous
16 amount of information flowing up and down the spinal
17 cord.
18 The spinal cord itself is only ten
19 millimeters in diameter, which is about a centimeter.
20 And everything with the exception of the 12 cranial
21 nerves exiting from your brain is traveling through
22 the spinal cord, so a huge amount of information.
23 And so it doesn't take a lot of pressure
24 to significantly affect the flow going both down the
25 spinal cord motor and the sensory going back up. So

Page 26

1 a lot of reasons why people can't walk, it's not just
2 the motor, it's just that the brain doesn't know
3 where the legs are at.
4 **Q. So you talked about the spinal cord is**
5 **in a sense, in lay terms, the delivery system for the**
6 **signals from the brain to the other places in the**
7 **body, right?**
8 A. It's not only the delivery system but
9 it's the receptor system. So everything that -- you
10 know, I mean, you are an extension of your brain. So
11 everything that is going out of your brain, the
12 motor, but all of the sensory information is flowing
13 back to your brain to tell your brain what's going on
14 with the rest of you.
15 **Q. So if a patient -- then looking at it**
16 **from the other side, if a patient complains of**
17 **tingling and numbness, would injury to the spinal**
18 **cord be something to consider as part of a**
19 **differential diagnosis?**
20 A. Oh, absolutely. Yeah.
21 **Q. And how could you rule that in or out?**
22 A. You have to do an imaging study.
23 There's no way to know absolutely. I mean, just like
24 there's 934 reasons for a headache. You have a brain
25 tumor or what's the other 933 reasons? You don't

Page 27

1 know unless you do an imaging study. It's the same
2 way with the spinal cord. There's too many things,
3 too many different entities, you know, too much
4 objective or subjective information that a patient
5 gives you without having some objective information.
6 And that's what an imaging study does for you.
7 **Q. Just to push back on you a little,**
8 **Doctor, you wouldn't do an image for every patient**
9 **who came to you with a complaint of a mild headache,**
10 **right?**
11 A. Oh, no.
12 **Q. So can you tell me why you would say**
13 **that imaging of a C spine would be critical for a**
14 **complaint of numbness when a complaint of a headache**
15 **wouldn't automatically result in imaging?**
16 A. Well, it kind of depends on the degree.
17 I mean, if a person has profound weakness, there's
18 some reason for it. It just doesn't happen out of
19 the blue. And, I mean, there's only so many things
20 that can cause the problem. You know, I mean, it's
21 not an infinite number.
22 I mean, headaches of course is a very
23 nebulous thing. But, I mean, spinal cord compression
24 or having weakness in your arms or legs, I mean, it's
25 either, you know, metabolic. It's a tumor. It's

Page 28

1 compression. It's degenerative and -- you have to
2 have some objective information to decide which it
3 is.
4 **Q. And imaging will definitively rule in or**
5 **out compression, correct?**
6 A. Correct. Yes.
7 **Q. And in Mr. Armbruster's case, were you**
8 **able to come to an opinion of his medical condition**
9 **to a reasonable degree of medical certainty from the**
10 **imaging studies you saw on September 26th, 2014?**
11 A. Absolutely.
12 **Q. And what was that decision?**
13 A. That he had the compression of his
14 spinal cord from an extruded disc at C5-6 and
15 required immediate surgery.
16 **Q. Just one final question on Exhibit 3.**
17 **On image 2-7, can you tell the severity of the**
18 **compression? I know that you said that there was**
19 **signal change. And to my understanding, that is an**
20 **indicator of the severity of compression, correct?**
21 A. That's correct. And the size. I mean,
22 the spinal cord was compressed down to five
23 millimeters. As I mentioned, the spinal cord is ten.
24 And normally -- and it kind of depends on how that
25 happens. In other words, the spinal cord and the

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 29

1  body itself is really quite durable.  And if things
2  occur slowly, then, you know, people may present
3  being fairly normal.
4       I saw a patient in the office this week
5  that has a tumor in front of her spinal cord right at
6  the foramen magnum where the spinal cord starts.  And
7  her canal is three millimeters and she walked in the
8  room and has no weakness.  Because that tumor has
9  probably been there three to five years growing
10 slowly, compressing slowly, the spinal cord is
11 adapting.  She needs, of course, immediate surgery.
12 But she didn't have any weakness at all.  But if
13 things occur acutely, the spinal cord does not adapt.
14 You know, it essentially is traumatized, and people
15 present with symptoms immediately.
16     Q.  Can you tell from these images what the
17 initial cause was of the compression?
18     A.  No.  Well, I mean, I know it's a disc
19 protrusion but I don't know what caused the disc
20 protrusion.
21     Q.  Thank you for clarifying.
22          Just one more term I wanted you to
23 clarify.  You said that the disc was extruded
24 posteriorly.  Can you tell me what that means?
25     A.  Yeah.  In other words, I mean disc

Page 30

1  material can protrude either -- posteriorly means
2  toward the back, anteriorly means toward the front.
3  So anteriorly, if it pushed that way it would be
4  pressing on your esophagus.  Posteriorly it would be
5  pressing on your spinal cord.
6      Q.  Does the image at 2-7 or any of the
7  images we've discussed in Exhibit 3 tell you about
8  whether the onset of the compression was acute or
9  chronic?
10     A.  No.
11     Q.  It doesn't tell you either way, correct?
12     A.  No.  Although, as mentioned, most of the
13 time if there's significant cord edema or signal
14 change, it's usually acute.  Because, I mean, the
15 other thing that I neglected to mention is most
16 people have issues in the cervical spine.  It's
17 either a herniated disc or bony spurs.  And so bony
18 spurs usually progress over years.  And they can
19 provide significant compression and also signal
20 change, but you can tell because it's a bony spur
21 that it occurred over years and not acutely like a
22 ruptured disc would.
23     Q.  Looking back at Exhibit 1, those would
24 be the Gateway records.  The first page of Exhibit 1
25 which is marked P6 is a report of the images, I

Page 31

1  believe based on my reading of these records, that
2  are contained in Exhibit 3.
3          It's my understanding from your
4  testimony earlier that you may or may not have even
5  looked at this because you looked at the images
6  yourself; is that correct?
7      A.  Correct.
8      Q.  Can you review the report for me though
9  and tell me whether there is anything that is
10 incorrect contained in there?
11     MR. DUGAN:  Object to form and foundation.
12     MS. GRADY:  Sure.
13     MR. BOOSE:  Join.
14 BY MS. GRADY:
15     Q.  Do let me clarify what I'm asking.  Can
16 you look at the radiologist's findings of the images
17 in Exhibit 3 and tell me whether you disagree with
18 any of those findings?
19     A.  No, I don't disagree with them.
20     Q.  Okay.  Can you turn to the second page
21 of this exhibit?  The next several pages contain a
22 report that is prepared by Dr. Arendell?
23     A.  Uh-huh.
24     Q.  Am I saying his name correctly?
25     A.  Yes.

Page 32

1      Q.  Okay.  And it gives sort of a timeline
2  and some of the complaints of the patient when he
3  first arrived in the emergency room.  Would you have
4  seen this record at any point during the course of
5  your treatment?
6      A.  No.
7      Q.  Okay.  Do you know when through this
8  process you saw Mr. Armbruster?  Did you see him
9  before the images were obtained of his brain -- or
10 of his C spine on September 26th at approximately
11 12:40?
12     A.  I'm quite sure that I saw him after the
13 images were -- the imaging studying was performed.
14     Q.  Had you seen the images when you
15 encountered him?
16     A.  Normally I see the patient and then look
17 at the images with few exceptions.  I mean, if
18 they're already sitting up in the room I may glance
19 at them, but most of the time I see the patient
20 first.
21          Sometimes I will look at the images
22 first so that after I examine the patient I can
23 discuss what the findings are without having to leave
24 the patient and go look at the images.
25     Q.  Do you recall anything about your exam

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 33

1  of Mr. Armbruster before you saw the images?
2      A.  Not specifically, no.
3      Q.  Can you turn to -- you can put Exhibit 1
4  to the side.  Can you turn to Exhibit 2, please.  I'd
5  like you to turn to the second page of this exhibit,
6  it's P269.
7      A.  Uh-huh.  Yes.
8      Q.  And this is a report that is created or
9  dictated by you --
10     A.  Correct.
11     Q.  -- correct?
12     A.  So this was dictated on the same day --
13  since this is a history and physical date of
14  admission, so this was dictated prior to the surgery
15  of the same day when he was seen in Granite City
16  prior to the surgical procedure performed at St.
17  Mary's.
18     Q.  Did this note reflect the physical -- a
19  physical that you performed in Granite City or a
20  physical you performed in St. Louis?
21     A.  In Granite City.
22     Q.  Okay.  I want to go through this note in
23  some detail.  You write that the patient is a
24  40-year-old right-handed individual.  Is there any
25  reason why you noted specifically that his right hand

Page 34

1  was the dominant?
2      A.  I always do that for -- just because
3  when you're discussing the brain, obviously the
4  opposite side of the brain controls that side of the
5  body.  So I do that as a matter of course because you
6  want to know which side the speech area is on if
7  you're dealing with the brain.
8          And so I do that as a matter of course,
9  always dictate the handedness of the person.
10     Q.  The next phrase that you have written
11  there is that the patient noted for the last five to
12  six months the patient was having issues with his
13  hand, a burning sensation, aching, and legs feeling
14  spongy, difficulty walking.  Do you see that portion
15  of your note?
16     A.  Yes.
17     Q.  Those were reports that Mr. Armbruster
18  made to you?
19     A.  That's correct.
20     Q.  At this point you had already seen the
21  imaging study of the C spine from Gateway, correct?
22     A.  Correct.
23     Q.  And can you tell me based on your review
24  of those images whether these reports were consistent
25  with what you saw in the imaging?

Page 35

1      A.  Yes, they were.
2      Q.  You performed a physical exam of the
3  patient?
4      A.  At Gateway, yes.
5      Q.  And did you also -- did you perform a
6  second physical exam at St. Louis?
7      A.  No.
8      Q.  Okay.  So the physical exam that you
9  performed of Mr. Armbruster at Gateway, can you walk
10  me through based on your note and your typical
11  practice what that consisted of?
12     A.  Sure.  Well, the first thing you do is
13  you start out at the upper extremities.  And he had
14  weakness of his triceps and intrinsic function, which
15  makes sense because the disc protrusion of the C5-6,
16  and that's where the biceps is at.  So you would
17  expect that the deltoid is above the level of
18  compression, which would be normal.  The biceps
19  probably would too.  But below the level of the
20  compression, the next nerve that exits and is part of
21  the spinal cord is your triceps muscle and the
22  intrinsics of your fingers.  So you would expect that
23  they would be weaker.  And the further away from the
24  compression, the further down, the weaker one would
25  be.  And so his intrinsic function was weaker.

Page 36

1          And then also he had weakness of his
2  lower extremities, again, because that's below the
3  level of compression.  And hyperreflexia,
4  hyperflexion means you try to reflex them.  Normally
5  they jerk because the reflex arc is affected from the
6  signal change of the compression of the spinal cord.
7      Q.  The thing that you observed is that
8  there is weakness of the lower extremity proximal.
9  What does the term proximal mean?
10     A.  Proximal means the upper legs.  I mean,
11  because lots of people they have issues with a
12  ruptured disc in their lower back, you get weakness
13  of your feet or your lower leg.  But the proximal
14  part of the leg is innervated by nerves above
15  97 percent of all disc herniations in your lower
16  back.
17          And so if you have weakness in the
18  proximal portion, it's unlikely that the problem is
19  in your lower back.  And of course you have weakness
20  with your hands, you know it's not the lower back.
21     Q.  Can you tell me how you determined --
22  just what you would actually do to measure the
23  weakness in Mr. Armbruster's extremities?
24     A.  Sure.  I mean, when I describe weakness
25  of the triceps and significant weakness, significant

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 37

1    weakness means three or less. So five is normal,
2    four is minimal weakness, three is against gravity,
3    two is your -- you can't even, you know, raise to
4    gravity. One is barely movement. And that's how
5    it's determined numerically.
6        Q. And is this movement, that you're asking
7    the patient to actually move his arms?
8        A. You're doing it, right. You're doing it
9    for him and asking him to, you know, to resist my
10   movement.
11       Q. So it's a request for an active motion
12   rather than a passive motion?
13       A. That's correct.
14       Q. You would still be able to manipulate a
15   person's hands with a full range of motion, even if
16   they were experiencing weakness of these areas as
17   you've described, correct?
18       A. Sure. You still have full range of
19   motion, but obviously, you know, if you're less than
20   three, then you would need help against gravity.
21       Q. You didn't measure the range of motion
22   of the patient's C spine; is that correct?
23       A. I'm not sure if I dictated it or not.
24   Normally I have them move the neck. Sometimes people
25   -- I mean, weakness normally they don't have any

Page 38

1    difference. If they have pain, then particular
2    movements will exacerbate the pain, but with weakness
3    not near as much as. That's probably the reason why
4    it's not noted.
5        Q. And did the examination that you
6    conducted, would you consider that a complete
7    neurological examination?
8        A. No. It's specifically for the complaint
9    that the patient had. I mean, a complete
10   neurological examination is examining all 12, you
11   know, cranial nerves. Normally in the course of
12   examination in the office, unless they have some
13   nebulous complaint that you have to look at all the
14   cranial nerves and figure out what's going on, I do
15   this as a focused examination based upon the
16   complaint. And then obviously if the symptoms and
17   signs are not consistent with the complaint, then you
18   go back and do other things.
19       Q. Is it fair to say this is a focused
20   neurological exam?
21       A. That's correct.
22       Q. Is this typical in the practice of
23   neurosurgery to do a focused neurological exam like
24   the one -- as you've described it in your dictated
25   note --

Page 39

1        A. That's correct.
2        Q. -- in receipt of a patient who you
3    believe based on imaging has a compressed spinal
4    cord?
5        A. That's correct.
6        Q. And a patient who doesn't yet have any
7    imaging performed, if they are complaining of
8    weakness, would a general practitioner -- strike
9    that.
10       Let me ask it a different way. Are
11   general practitioners trained to perform these sorts
12   of focused neurological exams in response to a
13   complaint of weakness or tingling or numbness?
14       MR. DUGAN: Form, foundation.
15       THE WITNESS: They're trained to --
16       MR. BOOSE: Join.
17       (Clarification by the reporter.)
18       THE WITNESS: They're trained to perform
19   neurological examination.
20       I'll give you a classic example of a
21   patient. I had a patient who was playing basketball.
22   And he started having severe pain radiating down his
23   left arm. They took him to the hospital, admitted
24   him to the hospital, did a cardiac cath because he
25   had pain in his left arm like you're having a heart

Page 40

1    attack. And they said, your cardiac cath is fine.
2    And he said, yeah, but my arm still hurts.
3        So he goes to the emergency room again
4    and says, my arm hurts so bad I'm going to kill
5    myself. They put him in the psychiatric unit. He
6    had a ruptured disc in his neck the whole time. No
7    one ever examined him for that. I saw him, you know,
8    in the psychiatric ward, examined him, says yeah, you
9    got a weak arm. Did the imaging study, operated on
10   him, the next day he went home.
11       So, you know, I mean, it kind of depends
12   on what you're looking for. But if you're not
13   looking for the right problem, you're going to do
14   something else that isn't going to find the answer.
15   BY MS. GRADY:
16       Q. Would a neurologist know to do this sort
17   of focused neurological exam?
18       A. Yes.
19       Q. And a neurologist would know that in
20   response -- a well-trained neurologist would know
21   that in response -- strike that.
22       Would a well-trained neurologist know in
23   response to a complaint of weakness or tingling and
24   numbness to obtain imaging studies?
25       MR. DUGAN: Form, foundation, improper

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 41

1  incomplete hypothetical.
2      MR. BOOSE: Join.
3      THE WITNESS: I mean, he should.  I mean, I
4  can't answer for a neurologist, I'm not one.
5  BY MS. GRADY:
6      Q.  Part of your training as a neurosurgeon
7  is --
8      A.  Neurology.
9      Q.  -- extensive training in neurology,
10  right?
11      A.  That's correct.  Right.
12      Q.  And is part of the training for
13  neurology to understand the importance of imaging
14  when you suspect a neurological issue?
15      A.  That's correct.
16      Q.  The next part of your note you note that
17  the patient is scheduled for emergent anterior
18  cervical decompression, and then it continues on.
19          Can you tell me first why you scheduled
20  the patient for emergent surgery as opposed to
21  nonemergent surgery?
22      A.  Because of the degree of compression he
23  had.  I mean, when you have that degree of
24  compression of the spinal cord, the longer you wait,
25  the more damage you're going to have to the spinal

Page 42

1  cord that's over time irreversible.
2      Q.  And what is that damage?  How does that
3  damage manifest in a patient?
4      A.  Well, I mean, you can see from the
5  signal change that the spinal cord is being damaged
6  on the spot from that.  You don't get signal change
7  on the spinal cord unless there's damage to the
8  spinal cord.  Okay?
9          And, I mean, some of that can be
10  reversible, but the longer you wait the more
11  irreversible it becomes.  And so with his degree of
12  weakness and that, I mean, you fix the problem as
13  soon as it's discovered to give him the best chance
14  for recovery.
15      Q.  Would weakness be one of those
16  categories of damage that might become more
17  irreversible if you waited to perform the surgery?
18      A.  Correct.
19      Q.  And are there any others in terms of the
20  symptoms that a patient would manifest that would
21  become more irreversible if surgery were delayed?
22      A.  Weakness is by far and away the most
23  important.  I mean, you operate on people because of
24  pain because they want to get out of pain, but really
25  the most important symptom is the degree of weakness.

Page 43

1      Q.  Does spinal cord edema, does that
2  increase over time?
3      A.  Yes, it does.
4      Q.  And would you describe Mr. Armbruster's
5  level of edema as significant?
6      A.  Signal change significant, very
7  significant, yes.
8      Q.  Signal change is because of the edema?
9  Can you just explain how those two terms are related
10  for me?
11      A.  Sure.  Signal change is related to
12  damage to the spinal cord by any means.  Edema is
13  swelling of the cord just like when you hit your
14  finger it swells up.  When you have pressure on
15  the spinal cord, it tries to swell.  But obviously
16  it's being impeded by the pressure being exerted on
17  it, and therefore there's more damage to the spinal
18  cord because the spinal cord cannot expand to
19  compensate for, you know, the signal change and the
20  swelling.
21          And that's the reason why the damage to
22  the spinal cord is so significant because it's being
23  compressed and it can't compensate for the swelling.
24  There's no space because it's being compressed.
25          Just like -- I mean, obviously if you

Page 44

1  hit your finger and you bind it up, it hurts more
2  because it can't swell.  And it's the same way for
3  the spinal cord, it damages it more.
4      Q.  So the type of surgery that you have
5  scheduled Mr. Armbruster for on September 26th, 2014
6  is anterior cervical decompression.  Can you tell me
7  what that is?
8      A.  Sure.  There's two ways to approach the
9  cervical spine --
10      (Cell phone interruption.)
11      Q.  If you need to get that, Doctor --
12      A.  No, it's fine.
13      Q.  -- that fine.
14      A.  It's not important.
15          It's either from the front anterior or
16  from the back posterior.  The problem with going from
17  the back is the spinal cord is in the way.  So there
18  are a few disc herniations that are off to the side
19  that you can approach from the back, but from a
20  central disc herniation you can only approach it from
21  the front.
22      Q.  Is that a major surgery?
23      A.  It depends upon whether you're giving it
24  or receiving it.
25      Q.  Well, if you're receiving it, is it a

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 45

1  major surgery?
2      A.  I don't know.  I mean, as annoying as
3  this is, I don't have any of the risk factors and
4  I've had three cervical discs operated on.  Okay?
5  And so I had the surgery and went home directly after
6  the surgery within an hour.
7      Q.  The next thing you note, which I think
8  details the surgery that you performed, is discectomy
9  with peak graft fusion C5-C6.  Can you explain that?
10      A.  Sure.  Well, the level is C5-6.  And the
11  spine is designed to have a space between the
12  vertebral bodies, the disc.  And so obviously to get
13  the disc protrusion removed, you have to remove the
14  remnant of the disc.
15          And so if you don't put anything there,
16  then the two bones collapse down together, it narrows
17  the opening of the nerve and you get terrible pain
18  because there's all that force being exerted on the
19  joint that there's normally not because you have a
20  disc there.
21          So a graft is placed, PEEK stands for
22  polyether ether ketone, which is a plastic.  And so
23  we use those grafts instead of bone just because
24  they're milled to the exact size.  People hate having
25  pieces of bone taken out of their hip, and it works

Page 46

1  just as well.
2      Q.  Thank you.  Can you turn to the next
3  page of this exhibit which is marked at the bottom
4  P270.  There are a number of orders for imaging, and
5  I believe they are all made by -- I think you said
6  she was a nurse practitioner?
7      A.  Nurse practitioner, yeah.
8      Q.  Nurse Practitioner Kern.  When Nurse
9  Practitioner Kern treats patients or orders treatment
10  for patients, she does that under your supervision;
11  is that correct?
12      A.  Correct.  We worked together for almost
13  25 years.
14      Q.  Is this typical that a series of imaging
15  studies would be ordered and they were -- sorry.
16  Strike that.
17          The imaging studies were performed on
18  September 27th, which I believe is shortly after his
19  surgery.
20      A.  Right.  The day after.
21      Q.  So is that typical in your practice for
22  imaging studies to be ordered for a patient who has
23  just received surgery?
24      A.  Well, we normally take an X-ray at the
25  time of surgery to make sure we're at the correct

Page 47

1  level, and that's the one listed on 9/26.  And then
2  we take an X-ray following to make sure the graft
3  looks well and so forth.
4          It looks like that these were duplicates
5  somehow because it says no dictation.  So even though
6  there are multiple listed, it looks like only one was
7  really done.
8      Q.  And that would be the --
9      A.  That would be the second one on 9/27.
10      Q.  The cervical spine AP lateral?  The last
11  entry on page P270?
12      A.  No.  That one is -- let's see, 8/29.
13  Yeah, that would be the last one.
14      Q.  Okay.  And can you tell me what based on
15  the -- strike that.
16          Whose narrative is this?
17      A.  That's the radiologist's narrative.
18      Q.  And is this something that you reviewed
19  in the course of your treatment of --
20      A.  Again, I looked at the film.  I don't
21  look at the report because a radiologist sometimes is
22  interested in things that are not as concerning to
23  the surgeon.
24      Q.  Like what?  Like what sort of things?
25      A.  Well, I mean, they indicate -- you know,

Page 48

1  like, for instance, if there's spondylosis or things
2  like that, alignment, and you're interested to make
3  sure it's the right space, that the spacer, you know,
4  is not protruding either anterior or posterior.  And
5  they really don't -- you know, they really don't say
6  anything about that.
7          Like the report says graft placement.
8  It doesn't say anything where -- what it's related to
9  relative to the adjacent vertebral bodies, and that's
10  important.
11      Q.  And so when you looked at the imaging
12  studies, would you have done that on the same day
13  that they were obtained?
14      A.  Correct.
15      Q.  Before Mr. Armbruster was discharged?
16      A.  Correct.
17      Q.  Was it important to you to look at the
18  results of those imaging studies in order to
19  determine whether discharge of the patient was
20  proper?
21      A.  Correct.
22      Q.  And I don't -- unfortunately I don't
23  have the imaging studies with me for that date.  Can
24  you tell me what you would be looking for in a
25  typical patient who had received the kind of surgery

Page 49

1 that you performed?
2     A.  The correct level and the fact that the
3 PEEK graft was located between the vertebral bodies
4 and not extruded out and not too far posterior.
5     Q.  Would the imaging studies that you
6 reviewed on September 27th, 2014 have told you
7 anything about the symptoms of weakness that
8 Mr. Armbruster may still have suffered in the days,
9 weeks, months, or years following that surgery?
10     A.  No.  I mean, if the graft is in the
11 proper location -- again, that's the reason why a
12 surgery was performed on an emergent basis to give
13 him the best chance of recovery.
14         But depending upon the degree of injury
15 prior to performing the surgery, some people get
16 better completely, some people partially, some people
17 hardly at all.
18     Q.  Is there -- what are the factors that
19 put people into those different categories that you
20 just described?
21     A.  How the -- how the pressure was applied,
22 how long it's been there, the degree of pressure.  I
23 mean, there's myriads, you know, nutrition, there's
24 just lots and lots of factors.  And, you know, some
25 factors aren't even known, you know.  I mean, some

Page 50

1 people do great and some people don't.
2         And you don't know for sure until a
3 period of time which category they're going to be in.
4 Just try and do your best and hope that everybody
5 gets as good as they possibly can.
6     Q.  And one of those factors is the length
7 of time that the compression has been existing,
8 correct?
9     A.  That's correct.
10     Q.  Is it your -- I don't have the
11 imaging -- as I said, I don't have the imaging
12 studies, but is it your expectation based on the fact
13 that he was discharged the same day that these
14 studies were done that you had determined based on
15 that imaging that the graft was successful?
16     A.  Correct.
17     Q.  Okay.  I'd like you to turn to the next
18 page which is P271.  At the bottom of this note there
19 is a postoperative note.
20     A.  Correct.
21     Q.  Is that something that you dictated or
22 wrote or is that something that Nurse Practitioner
23 Kern -- I guess she's Dr. Kern.  Dr. Kern wrote?
24     A.  No, the postoperative note I do.
25     Q.  Okay.  And so this preoperative and

Page 51

1 identical postoperative diagnosis was something that
2 you noted?
3     A.  That's correct.
4     Q.  Why do you have a postoperative
5 diagnosis entry?
6     A.  A postoperative diagnosis --
7     Q.  Why is that form there?
8     A.  It's required by the hospital.
9     Q.  Can you tell me what spondylosis is?
10     A.  Spondylosis means some bony spurring.
11 He had a little bit of bony spurring at that level
12 and the disc was degenerated, indicating that the
13 disc was not completely normal.
14     Q.  What, if anything, does that tell --
15 does that give you any information about the
16 mechanism of injury?
17     A.  No.
18     Q.  Does it give you any information about
19 the length of time that that injury -- that
20 Mr. Armbruster was suffering from a spinal cord
21 compression?
22     MR. DUGAN: Object to form.
23     THE WITNESS: No.
24 BY MS. GRADY:
25     Q.  And then what does the term severe

Page 52

1 myelopathy mean?
2     A.  Myelopathy -- myo means spinal cord,
3 myopathy means abnormality.  So severe abnormality of
4 the spinal cord at that level, C5-6.
5     Q.  Okay.  So that's referring to what we've
6 been talking about, the spinal cord compression,
7 right?
8     A.  Correct.
9     Q.  I'd like you to turn to the next page,
10 which is P272.  This is an operative report.  Is that
11 something that you dictated?
12     A.  That's correct.  I dictate all the
13 operative reports.
14     Q.  This note is really two pages, it
15 carries on to page P273.
16     A.  Correct.
17     Q.  It looks to me like you dictated it I
18 believe on October 5th, 2014?
19     A.  It says filed.  I'm not sure.  This may
20 have been the time that they had a tremendous amount
21 of problems with dictations of notes.  I had to
22 re-dictate hundreds of notes at St. Mary's Hospital.
23 I'm not sure if this was one of them that got lost
24 wherever, whenever, but I had to redo hundreds of
25 them.

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 16 of 45   Page ID #2936

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

---

Page 53

1    Q.  Okay.  So you might have actually done
2  this -- dictated this operative report earlier?
3    A.  Correct, yeah.
4    Q.  And was it your typical practice to
5  dictate it shortly after the date of surgery?
6    A.  Yeah.  I usually dictate it, you know,
7  either that evening of the surgery or the next
8  morning, you know, when I make rounds is the latest I
9  dictate.
10    Q.  Do you know how Mr. Armbruster was
11  transferred from Gateway to St. Mary's?
12    A.  No.
13    Q.  I'd like to just go through some of
14  these things, I'm not going to go into detail of
15  every one because I think you've actually provided a
16  pretty sufficient overview.  But I want to ask about
17  some things.
18        You note about halfway down in your
19  description of procedure that the anterior
20  longitudinal ligament was coagulated and incised with
21  a 15 knife blade.  And then you continue, this itself
22  was markedly sclerotic, some anterior spondylosis as
23  well.  Can you explain what that means?
24    A.  Sure.  In other words, there's a
25  ligament that overlies the front part of the spine

---

Page 54

1  and kind of holds the bones together, and it was
2  somewhat degenerated, that means sclerotic.  And
3  spondylosis means it wasn't flat.  It had some bony
4  spurring on it.
5    Q.  Did that have any impact on either your
6  diagnosis or the proper treatment that was required?
7    A.  No.
8    Q.  The next sentence is that the high speed
9  drill was used to drill out the disc posteriorly,
10  significant amount of calcification and disc
11  material, which had been pushed posterior into the
12  spinal canal.  It was somewhat calcified.  Can you
13  explain --
14    A.  Well, again, as we talk about the disc,
15  it's normally two portions.  The outer part of the
16  disc is a tough fibrous ring.  The inner portion is
17  usually like soft cheese.  This was not.  This was
18  calcified, meaning degenerated.  And so when that
19  happens, of course, that the pressure is worse on the
20  spinal cord, it's not soft disc material, it's tough
21  fibrous material that was calcified.
22        And, you know, everybody's discs are
23  different.  Some of them may be soft and some of them
24  may be calcified like this.
25    Q.  Did that have any -- did that give you

---

Page 55

1  any information about the age of the spinal cord
2  compression?
3    A.  No.  Just the consistency of the disc.
4    Q.  It did give you information about the
5  severity though, correct?
6    A.  Normally calcified disc cause worse
7  pressure on the spinal cord because it's not the soft
8  usual, you know, spongy cheese-like material that the
9  disc is.
10    Q.  You note that a Kerrison punch was used
11  to remove the disc material.  What is a Kerrison
12  punch?
13    A.  A Kerrison punch is a small device.  You
14  hold it in your hand and it's usually two
15  millimeters, which is one-twelfth of an inch, and it
16  has a little footplate on it.  And when you squeeze
17  it, it compresses together and bites off the bone or
18  the material between the top and the bottom of the
19  punch.  It's like a little biter.
20    Q.  Who would have -- do you recall whether
21  Dr. Kern assisted you with this operation?
22    A.  I'm pretty sure.  She did almost with
23  every operation unless she was out of town.  I'm
24  pretty sure she did, but I can't definitively say
25  that 100 percent.

---

Page 56

1    Q.  Okay.  I think that there may be some
2  indication in the records, and we'll get to those in
3  just a second.
4    A.  Yeah.
5    Q.  Who else typically would be present in
6  the operating room?
7    A.  There was a scrub nurse who passes the
8  instruments.  The anesthesiologist or anesthetist
9  who's giving the anesthesia, and a circulating nurse
10  who's kind of, you know, writing down the orders and
11  passing things into the sterile field that are needed
12  during the operation.
13    Q.  How long does an operation like this
14  typically take?
15    A.  Half an hour, 45 minutes.
16    Q.  You talk about the use of the Kerrison
17  punch.  And then you say the ball dissector was
18  passed free out of the foramina?
19    A.  Foramina.
20    Q.  Foramina.  Can you explain what that is?
21    A.  Sure.  You want to make sure that
22  there's no disc material compressing the spinal cord
23  or out toward the foramen where the two nerves exit.
24  So it's a small right angle device.  I'm using the
25  microscope during the entire procedure for

---

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 57

1  magnification.
2       So even though you may be, you know,
3  two-and-a-half inches into the spine, the incision
4  you make is less than an inch. So you use the
5  microscope for magnification. And so I use the ball
6  to make sure there are no other fragments that have
7  migrated out laterally. Laterally means off to the
8  side.
9       Q.  Okay. And then just for the record,
10  after the retractors were removed, that indicates
11  that the procedure was over?
12      A.  Well, you get hemostasis and perform
13  closure, yes.
14      Q.  What is hemostasis?
15      A.  Stopping oozing if there is from the
16  tissues.
17      Q.  Okay. Can you turn to the next page of
18  this exhibit, which for the record is P101? This is
19  a record that was created by Dr. Kern. No, I'm
20  sorry, by Nurse Johnson. Do you know Nurse Johnson?
21      A.  Yes.
22      Q.  Is she a nurse that worked specifically
23  in the neurosurgery unit at St. Mary's or did she
24  rotate between units?
25      A.  The neurosurgery unit was on 2 East.

Page 58

1  And as I recall she was on that unit. It was also
2  the orthopedic unit.
3       Q.  Okay. Is this a note that you would
4  have reviewed at some point in the course of your
5  treatment of Mr. Armbruster either during this
6  admission or for any follow-ups?
7       A.  Probably not.
8       Q.  Okay.
9       A.  Usually if there was an issue they give
10  me a call.
11      Q.  Do you know whether you were on site on
12  this day?
13      A.  Usually I was at the hospital almost
14  every day if I was in town.
15      Q.  So Mr. Armbruster's surgery was
16  performed in the hospital?
17      A.  Correct.
18      Q.  And then where was he taken afterwards
19  for the day until he was discharged?
20      A.  Normally to the recovery room and then
21  to the second floor, which is where they are until
22  discharge.
23      Q.  If you turn to the next page of this
24  document, it's P219.
25      A.  Correct.

Page 59

1       Q.  This is a note that's created by Joanne
2  Kern documenting an encounter.
3       A.  A telephone encounter.
4       Q.  That's actually my first question. Does
5  that mean that she's speaking on the phone or that
6  she relays it to you?
7       A.  She's speaking on the phone.
8       Q.  With the patient or someone?
9       A.  With the patient, yes. It says call
10  patient, right.
11      Q.  Okay. Is that something that happened
12  commonly in the practice?
13      A.  Correct.
14      Q.  Tell me why -- tell me what the
15  circumstances are that the nurse practitioner would
16  call the patient.
17      A.  She wants to make sure that the people
18  are doing fine, and we want to make sure that
19  everyone gets the maximum benefit of recovery. She's
20  a very good nurse practitioner. In fact, she's
21  actually got her PhD and she's in charge of the nurse
22  practitioner program now at Maryville University.
23  She said she never wanted to work with another
24  neurosurgeon but me.
25      Q.  Well, she could have moved out here to

Page 60

1  Idaho.
2       A.  Her husband won't let her.
3       Q.  Is this a note that you would have seen
4  in the course of your treatment of Mr. Armbruster at
5  some point obviously after it was created?
6       A.  Yes or no. I can't answer that
7  definitely.
8       Q.  Okay. As you sit here today, do you
9  know whether or not you reviewed this note as part of
10  your course of treatment of Mr. Armbruster?
11      A.  No.
12      Q.  She notes that the patient will be seen
13  in GC office next week at 10:30. Do you know what
14  that reference to GC is?
15      A.  Granite City.
16      Q.  Okay.
17      A.  People that are from over there, we try
18  and make it as convenient as possible so they don't
19  have to travel all the way to St. Mary's.
20      Q.  Dr. Kern also notes that Mr. Armbruster
21  reports having difficulty ambulating. Do you see
22  that?
23      A.  Uh-huh. Yes.
24      Q.  Can you tell me whether -- in your
25  experience as a neurosurgeon operating on spinal cord

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 61

1 compressions with severe cord change, whether that is
2 common or uncommon to have --
3    A. It's common.
4    Q. -- difficulty ambulating?
5    A. Yes.
6    Q. You said it's common?
7    A. Yes.
8    Q. The next note is he will be restricted
9 from manual labor for 8 to 12 weeks?
10    A. Correct.
11    Q. Why?
12    A. Because when you put the graft in there,
13 some people use a plate to hold the graft in. I
14 don't like a plate because it's right in front of the
15 spine and the -- and the esophagus is also right on
16 the spine.
17    So if you put a plate in, No. 1, is
18 people have more swelling difficulties. No. 2 is
19 their instance where the screws loosen up and go into
20 the esophagus. And so the less hardware you put in,
21 the better they heal. So I don't put plates unless
22 three or more levels, and I never had any problem
23 except one patient that got drunk the day of surgery
24 and went down the stairs and dislodged his grafts.
25    Q. Oh, my gosh. But how does that play

Page 62

1 into the restriction for manual labor?
2    A. Well, you want that graft to solidly
3 fuse, and so that's why.
4    Q. And is 8 to 12 weeks about the
5 conservative estimate for what time is required to
6 solidly fuse?
7    A. Well, I mean, they fuse a lot faster
8 than that, but for really heavy-duty, you know,
9 manual labor, yes.
10    Q. One question that I didn't ask you about
11 the ambulation, do all patients who have these grafts
12 put in suffer some short-term ambulation or do some
13 patients actually suffer no short-term ambulation
14 issues?
15    A. No. Most of them go home and don't have
16 any issues at all.
17    Q. Okay.
18    A. Especially single level.
19    Q. Why is that? You said especially single
20 level.
21    A. Well, because a single level is a
22 relatively minor surgery unless, you know, the
23 underlying problem -- I mean, minor surgery unless
24 the underlying problem why you had the surgery is a
25 major problem.

Page 63

1    Q. Sure. Understood.
2    The last sentence that she notes there
3 is: It is uncertain at this time how much his
4 symptoms will improve. Is that something that she or
5 you put as part of every note when you do these sorts
6 of calls?
7    A. No.
8    Q. Do you --
9    A. I mean, as mentioned, you know, with the
10 degree of spinal cord compression and signal change,
11 I mean, you hope that people are going to get
12 completely better, but it's not realistic that they
13 do.
14    Q. Okay. Turn to the next page, please.
15 This is a note from October 8th, 2014 by Dr. Kern.
16 First, do you recall specifically whether or not you
17 reviewed this note in your course of treatment for
18 Mr. Armbruster?
19    A. I would suspect so because she normally
20 sees the post-ops. I'm in the office at the same
21 time seeing new patients, and she discusses with me
22 all of the post-ops if they're having any issues and
23 if there's anything that I need to do along with her
24 care of a patient.
25    Q. And do you typically have that

Page 64

1 conversation before the patient leaves --
2    A. Yes.
3    Q. -- the office?
4    A. Yes.
5    Q. Okay. In her note of this follow-up
6 visit she reports that Mr. Armbruster continues to
7 have weakness in hands?
8    A. Correct.
9    Q. Do you see that?
10    A. Yes.
11    Q. Based on your long work with Dr. Kern,
12 do you know whether that would refer to his
13 self-reporting, her objective examination of
14 Mr. Armbruster, or both?
15    MR. DUGAN: Objection, foundation.
16    THE WITNESS: Objective examination.
17    MR. BOOSE: Join.
18    (Clarification by the reporter.)
19    THE WITNESS: Objective examination. And the
20 spasticity as mentioned is not something that the
21 patient can create. It's because of the spinal arc
22 to the spinal cord. So that's a very subjective --
23 or excuse me, objective finding.
24    (Clarification by the reporter.)
25    MS. GRADY: He said join to Tim's objection.

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 65

1  Right, Max?
2      MR. BOOSE: That's correct.  Thank you.
3  BY MS. GRADY:
4      Q.  Okay.  So is what you're saying that the
5  reference to spasticity means that this paragraph
6  must be referencing objective --
7      A.  That's correct.
8      Q.  -- evaluation?
9      A.  Yes.
10     Q.  The last sentence of this note:
11 Explained to patient due to the duration of spinal
12 cord compression it is unknown how much improvement
13 he will have in his symptoms.  Do you agree with that
14 statement?
15     A.  Yes.  And particularly if you look at
16 the treatment plan, Baclofen is specifically designed
17 to decrease spasticity in people that have spinal
18 cord injury.  And Elavil is the best medicine to
19 allow nerves to heal as best as possible.  I only put
20 people on those medications if I expect that they're
21 going to have a long course of recovery.
22     Q.  One thing I didn't ask you was:  When
23 Mr. Armbruster was discharged, he was given a
24 cervical collar to use?
25     A.  A soft collar.  Right.  That's just to

Page 66

1  remind him that he does have a graft in place and it
2  will take time for that to fuse.
3      Q.  Okay.  And how long -- in
4  Mr. Armbruster's case this is from September 26 to
5  October 8th, is that a typical --
6      A.  Two weeks.  Yeah, you normally wear it
7  for two weeks.
8      Q.  What's Robaxin?
9      A.  Robaxin is a mild muscle relaxer.
10 That's mainly not for the spinal cord, but for the --
11 separating the muscles in the approach to the
12 surgery, some people have some neck spasms from that.
13     Q.  That's a typical prescription that you
14 give to patients who have experienced the surgery for
15 approximately two weeks?
16     A.  Correct.
17     Q.  I want to ask you a question.  You
18 mentioned the prescription Elavil.
19     A.  Yes.
20     Q.  Is that a prescription that's also used
21 to treat neuropathy in patients?
22     A.  Yes.  I mean, it's designed to help
23 nerves heal.  And, you know, there are the newer ones
24 which is gabapentin, but Elavil in my opinion, having
25 used it for 30 years and given to thousands of

Page 67

1  patients is by far and away the best one out there
2  even though it's been out 55 years.
3      Q.  Why is that?
4      A.  It just works better in my experience
5  with all the new ones.  Originally it was used as an
6  antidepressant, but it's not used for that now but
7  it's still the best medicine for neuropathy.  So when
8  I see people with neuropathy -- I mean, most people
9  get gabapentin, which is kind of useless mostly.  But
10 Elavil is the best one.
11     Q.  Can you tell me what neuropathy means?
12     A.  Neuropathy is damage to nerves.
13     Q.  And can you tell me how, if at all,
14 there's a relationship between neuropathy and spinal
15 cord compression?
16     A.  Well, the spinal cord is a nerve.  So, I
17 mean, it helps any nerve heal, whether it's the
18 spinal cord, whether it's the peripheral nerve,
19 whether it's related to diabetes.  It just works
20 great because essentially nerves function on the
21 basis of neurotransmitters.  And Elavil works with
22 norepinephrine, which is one of the major
23 transmitters of the spinal cord.
24     Q.  Spinal cord compression can cause
25 neuropathy.  Is that a correct statement or am I

Page 68

1  missing the medicine?
2      A.  No.  I mean, spinal cord compression
3  damages the spinal cord, which is a very big nerve.
4      Q.  Okay.
5      A.  So it is neuropathy.
6      Q.  So by definition --
7      A.  Neuropathy, myelopathy, yes, they're
8  both nerves.
9      Q.  Okay.  And then sorry, you know this
10 stuff and I don't.  But so would the weakness that a
11 patient is experiencing, that would be a symptom of
12 the neuropathy, correct?
13     A.  Myelopathy.
14     Q.  It's myelopathy because it's the spinal
15 cord that's the nerve that's damaged?
16     A.  Correct.  Correct.
17     Q.  Okay.  Okay.  The work status that's
18 reflected on this note is that patient should not
19 work with power equipment or do any heavy labor
20 at this time.  Let me first ask you:  Is that an
21 instruction that you give to all patients who have
22 experienced the surgery that Mr. Armbruster had?
23     A.  Correct.  Two weeks out, yes.  Again,
24 it's 8 to 12 weeks.  You don't want them going out
25 using a jackhammer at two weeks because it may

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 69

1 vibrate the graft loose.
2    Q.  Okay.
3    A.  So that's to everybody that has that
4 type of surgery.
5    Q.  And is the return visit of one month
6 typical for patients who have had this surgery?
7    A.  That's correct.
8    Q.  If you would turn to the next page,
9 P239.  This is notes from a telephone encounter by
10 Dr. Kern on October 16th, 2014.  And first, do you
11 know whether or not you reviewed this note in the
12 course of your treatment with Mr. Armbruster?
13    A.  I don't know for sure.
14    Q.  Dr. Kern notes that she spoke with the
15 patient's mother over the telephone and that
16 Mr. Armbruster's mother reported that the symptoms of
17 unsteady gait are returning?
18    A.  Uh-huh.
19    Q.  Is that something that would
20 typically -- I mean, is that one of the risks of a
21 patient who's had spinal cord compression for a
22 lengthy period of time?
23    MR. DUGAN:  Form, foundation, hearsay.
24    MR. BOOSE:  Join --
25    THE WITNESS:  The answer is most people when

Page 70

1 you do surgery that has a compressed nerve or
2 compressed spinal cord, they have a bimodal healing
3 curve.  So they have kind of a honeymoon period, they
4 feel great.  And then their symptoms come back and
5 then they slowly resolve.
6    MR. BOOSE:  For the record, were my
7 objections taken down?
8    MS. GRADY:  Why don't you give them again.  I
9 think maybe not.
10    MR. BOOSE:  I have joined and included an
11 objection as to incomplete hypothetical.
12 BY MS. GRADY:
13    Q.  Okay.  So then this record continues on
14 to the next page, P240.  There's a note that the
15 patient is to be seen in the St. Louis office Monday.
16 Do you know whether that was in response to these
17 complaints or for some other reason?
18    A.  No.  I think it was in response to the
19 complaints because normally we see a patient two
20 weeks and then a month out.  And usually they're fine
21 and that's the end of it with few exceptions.
22    Q.  So how did the report of the increase in
23 unsteady gait --
24    A.  Well, I mean, the thing you're most
25 concerned about is the fact that there's something

Page 71

1 wrong with the graft.  I mean, that's the only -- you
2 know, the only real reason that can cause problems.
3 And that's why we -- you know, somebody reports that,
4 we take an X-ray and make sure the graft is where it
5 should be.  And then obviously, you know, we know
6 that it's not the graft that's the problem.  So
7 it's the healing or the nonhealing of the spinal
8 cord.
9    Q.  And is there any treatment that you can
10 do for that, the nonhealing of the spinal cord?
11    A.  That's what he got, the Baclofen and the
12 Elavil.  That's the best you can do.
13    Q.  Okay.  Dr. Kern notes that there is a
14 need to get AP and lateral C spine at SMHC prior to
15 office visit.  Do you see that on page 240?
16    A.  Correct.
17    Q.  What is SMHC first?
18    A.  St. Mary's Medical Center.
19    Q.  And what is an AP and lateral C spine?
20    A.  That's just an X-ray taken from front to
21 back and side to side of the neck.
22    Q.  And what does it show you?
23    A.  The graft mainly.  It shows that the
24 graft is in place, and that's really the only purpose
25 of the X-ray.

Page 72

1    Q.  Under this order for a cervical spine,
2 you are the person authorizing it.  Do you see that?
3    A.  That's correct.
4    Q.  Does that give you any information about
5 whether or not you would have reviewed this
6 particular note?
7    A.  I'm sure that Joanne mentioned it to me.
8 You know, because like I said, you know, she takes
9 all the calls and we talk about all the calls, and
10 I'm sure that I was aware of it and said that's what
11 we need to.
12    Q.  Okay.  And if you would flip a few pages
13 forward to page P267.  This is, I believe, imaging
14 results, the radiologist results for the imaging
15 studies for the X-rays that we just discussed.
16    And I don't have those images themselves
17 but can you tell me what, if anything, at least the
18 report that is contained on P267 indicated to you in
19 terms of Mr. Armbruster's post-operative status?
20    A.  The graft was in the expected location.
21    Q.  And what, if anything, did that tell you
22 about the reason for his --
23    A.  That it's --
24    Q.  -- difficult -- unsteady gait?
25    A.  Essentially the healing or nonhealing of

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 21 of 45   Page ID #2941

ARMBRUSTER vs.                                                    GREGORY BAILEY, M.D. PH.D
WEXFORD HEALTH SOURCES, INC, et al.                                              May 3, 2018

Page 73

1 the spinal cord.
2     Q.  Okay.  And if now you would turn to page
3 P245.  This is another note by Dr. Kern for the
4 follow-up visit on October 20th.  And would she have
5 talked to you about this?
6     A.  Yes.
7     Q.  Before Mr. Armbruster left?
8     A.  Yes.
9     Q.  Can you tell me what the treatment plan
10 is there?
11     A.  Piroxicam is an antiinflammatory
12 arthritis.  When you put the spacer in there, the
13 spacer is not the same as disc, it's close.  And some
14 people, you know, feel some pain across the joints
15 called the facet joints, and it's -- this is an
16 antiarthritis medicine.  He did have arthritis in his
17 neck.  And that's what the Piroxicam is.  And the
18 Baclofen is, again, for the spasticity.  And we're
19 going to send him to physical therapy to see if that
20 will help improve his hands and his walking.
21     Q.  Okay.  And according to this note,
22 Mr. Armbruster reports persistent neck and shoulder
23 pain?
24     A.  Yeah, that's what we're talking about.
25 That's because of the -- it's frequently due to when

Page 74

1 you stick the graft in there and change the pressure
2 laced upon the facet joints, some people uncommonly
3 complain of some neck and shoulder pain.
4     Q.  The next sentence says that his gait is
5 intermittently unsteady.  First, do you know from
6 this note whether that means that Mr. Armbruster
7 reported his -- that his gait was intermittently
8 unsteady and/or that Dr. Kern observed an unsteady
9 gait?
10     MR. DUGAN:  Foundation.
11     THE WITNESS:  I can't answer that
12 specifically.
13     MS. GRADY:  Okay.
14     MR. BOOSE:  Join.
15 BY MS. GRADY:
16     Q.  And weakness in hands varies from day to
17 day.  Do you see that?
18     A.  Yes.
19     Q.  Both of these things, intermittent
20 unsteadiness of his gait and varying weakness in
21 hands, for a patient who has not made a full recovery
22 due to spinal cord damage, can there be a fluctuation
23 of the symptoms?
24     A.  Oh, definitely.
25     Q.  And is that true even prior to surgery?

Page 75

1     A.  Yes.
2     Q.  Okay.  And lastly, if you would, look at
3 the very last page, P212.  This is a report of some
4 imaging that was done -- well, strike that.
5         You ordered some imaging to be done on
6 March 16, 2015, right?
7     A.  Correct.
8     Q.  And would you have reviewed this
9 radiologist's report or would you have looked at the
10 images themselves?
11     A.  I looked at the images myself.
12     Q.  Those I actually do have.  If you would
13 turn to Exhibit 4, and I'm not going to ask you about
14 all of these, but can you just flip through, see what
15 the images are, and tell me whether any of these
16 images give you any indication as to whether or not
17 Mr. Armbruster's spinal cord remained damaged?
18     A.  All right.  So the image that's most
19 consistent of that are -- let's see -- 4/7, that's
20 not it.  That's not it.  It's image 7/15.  It's the
21 sagittal view.
22     Q.  Where is the marker that you're saying
23 is 7/15?
24     A.  7/15, it's in the upper right-hand
25 corner, sagittal T2 spar.

Page 76

1     Q.  Okay.
2     A.  It's toward the back.
3     Q.  Oh, I see.
4     A.  It's about seven-eighths of the films
5 towards the back.
6     Q.  Okay.  So it's sagittal T2.  And then
7 what are the last three letters?
8     A.  Image 7/15.
9     MR. DUGAN:  7 slash 15.
10     THE WITNESS:  Yeah.
11     MS. GRADY:  Oh, got it.
12 BY MS. GRADY:
13     Q.  No, I'm not seeing it.  Sorry.  Oh,
14 thanks.  Okay.  My apologies.
15         So first if you would please circle what
16 the area --
17     A.  Sure.
18     Q.  -- that you're identifying is?
19     A.  Uh-huh.  Okay.
20     Q.  And then can you describe what, if
21 anything, that tells you about Mr. Armbruster's
22 persistent myelopathy?
23     A.  Sure.  At that level, C5-6, again you
24 see a signal change in the spinal cord.  It's not
25 quite as apparent as the original MRI, but it's

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.
Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 22 of 45   Page ID
#2942
GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 77

1 definitely present. And that, you know, indicates
2 that there is persist signal change damage to the
3 spinal cord, which may or may not improve.
4     Q.  At this point -- at the point these
5 images were taken, this is now approximately six
6 months after the surgery, correct?
7     A.  Correct.
8     Q.  So can you tell me in a typical patient,
9 if they are to make a full recovery without any
10 continued myelopathy, when would you expect that full
11 recovery to be?
12     A.  Well, the spinal cord can heal up to two
13 years. Okay? And usually at that level, what you
14 have is what you've got. There's usually no
15 improvement after two years.
16     Q.  What symptoms would you expect a patient
17 who displayed this sort of signal change documented
18 on or depicted on image 7/15?
19     A.  Anything related to dysfunction of the
20 spinal cord, burning, weakness, tingling. Not so
21 much aching, but yeah, not dissimilar than prior to
22 the surgery.
23         I mean, the pressure and the signal
24 change of the spinal cord is indicative of the fact
25 that the cord has not healed completely if it's ever

Page 78

1 going to.
2     Q.  And what, if any, impact in your
3 experience as a neurosurgeon working with patients,
4 some of whom have made full recoveries without any
5 myelopathy, some of whom have made recoveries but
6 still have myelopathy, what, if any, impact does this
7 have on a patient's ability to perform manual labor
8 as a profession?
9     MR. DUGAN:  Form, incomplete improper
10 hypothetical.
11     MR. BOOSE:  Object to the form, foundation,
12 incomplete hypothetical.
13     THE WITNESS:  Everybody's different. But
14 certainly in my experience I've operated on about
15 8,000 people for cervical discs, myelopathy. And
16 their ability to be able to function normally is
17 extremely variable, but with myelopathy and signal
18 cord change, it's not very often that they have a
19 complete recovery and can perform normally.
20 BY MS. GRADY:
21     Q.  And does this myelopathy also cause
22 intermittent or -- strike that.
23         Does it cause pain?
24     A.  Yeah, it can cause neuropathic pain. I
25 mean, there's different kinds of pain. But yes, if

Page 79

1 you have injury to the spinal cord, just like if you
2 have injury to a nerve, you get neuropathic pain,
3 which is due to the damage to the spinal cord, i.e.,
4 myelopathy, neuropathy.
5     Q.  So you would -- so a patient who has
6 myelopathy may also experience neuropathy in other --
7 or nerve pain elsewhere in the body, correct?
8     A.  Well, all the nerves that are affected
9 because of the fact that -- remember, all nerves
10 below this level are coming out of the spinal cord.
11 And so all the signal, you know, has to pass from the
12 spinal cord to those nerves and back through the
13 spinal cord to the brain. And so because of that,
14 yes, you can get neuropathic pain from injury to the
15 spinal cord.
16     Q.  The last thing I'd like to -- well, can
17 you tell me whether there are any other images in
18 Exhibit 4 that demonstrate to you Mr. Armbruster's --
19 or that clearly depict Mr. Armbruster's myelopathy?
20     A.  Just from looking at the sagittal, I
21 mean, it looks better. And you can't really go by
22 imaging, per se. I mean, just like I see people all
23 the time that have terrible images and are doing fine
24 and people that have good images and are doing
25 terrible.

Page 80

1     Q.  So what do you go by?
2     A.  So I go by the patient. You know, I
3 mean, more than anything I go by the patient and what
4 they're telling me. You know, most patients want to
5 get better and they will do things to try and get
6 better.
7         I'm just looking at the cross sections
8 are not -- it's hard -- I mean, it looks like there's
9 a lot of abnormality at multiple levels. So I'm not
10 too enamored with the axial views because it really
11 doesn't show it well enough. I think that the
12 sagittal view is the best view to definitively show
13 that it's at C5-6.
14         The other views, the actual views are
15 not -- they're not good enough to be able to show
16 C5-6 compared to the other views.
17     Q.  Okay.
18     A.  So this one.
19     Q.  Does X-ray allow you to rule in or rule
20 out spinal cord compression?
21     A.  The plain X-ray?
22     Q.  Correct.
23     A.  No.
24     Q.  Do blood tests give you any information
25 about whether or not someone has spinal cord

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 81

1  compression?
2      A.  No.
3      Q.  And what about blood pressure readings,
4  do blood pressure readings allow you to rule in or
5  rule out spinal cord compression?
6      A.  Occasionally if it's -- in other words,
7  the spinal cord is responsible for what's called the
8  sympathetic system, which regulates your blood
9  pressure.  If you have bad enough damage to your
10  spinal cord, you'll have a low blood pressure.  But
11  otherwise, no.
12          Like people that have a complete
13  transsection of their spinal cord, they may have a
14  low blood pressure even though they have other
15  injuries and you expect their blood pressure to be
16  elevated.  But in general, no.
17      Q.  Okay.  I think your Exhibit 5 dropped on
18  the floor.  Do you see your signature anywhere on
19  Exhibit 5?
20      A.  Yes.
21      Q.  And for the record, this is a document
22  that's been Bates stamped P274.  Can you take a
23  moment and read this letter?  And I'm going to just
24  ask you some general questions about it.
25      A.  Sure.  Correct.

Page 82

1      Q.  So my first question which I think you
2  anticipated is:  Do you agree with the statements
3  that you have set out in this letter?
4      A.  Yes.
5      Q.  Do you agree with them to a reasonable
6  degree of medical certainty?
7      A.  Yes.
8      Q.  I want to ask you about some of the
9  terms that you use in this letter?
10      A.  Yes.
11      Q.  Myelomalacia?
12      A.  Myelomalacia means a signal change in
13  the spinal cord.  The direct translation means
14  softening of the spinal cord.
15      Q.  Okay.  What about encephalomalacia?
16      A.  Encephalomalacia, that's related to the
17  brain.  The same thing, softening or damage to the
18  brain.
19      Q.  Tetraparesis?
20      A.  Tetraparesis means weakness of all four
21  extremities.  If you have an injury to the cervical
22  spine, it will affect all four extremities.
23      MS. GRADY:  Okay.  I don't have anything else
24  at this time.
25      MR. DUGAN:  Doctor, my name is Tim Dugan.  I

Page 83

1  represent the medical defendants in this case.
2          EXAMINATION
3  BY MR. DUGAN:
4      Q.  While you have your letter there in
5  front of you, I want to ask a couple of questions
6  about that.
7      A.  Sure.
8      Q.  You mentioned encephalomalacia.
9      A.  I don't know why that got in there.  It
10  should be myelomalacia.  I'm sorry.
11      Q.  Okay.
12      A.  That's not -- that's not the brain.
13  It's the spinal cord.
14      Q.  The brain is above the level of
15  compression that --
16      A.  Yes, that's correct --
17      Q.  -- Mr. Armbruster has?
18      (Clarification by the reporter.)
19      THE WITNESS:  So it says encephalomalacia, it
20  should say myelomalacia.  Okay.
21  BY MR. DUGAN:
22      Q.  And, Doctor, you mention myelomalacia
23  and indicated that's a softening of the spinal cord?
24      A.  That's a direct translation, yeah.  But
25  it really means signal change or, you know, abnormal

Page 84

1  imaging of the spinal cord.  It doesn't define, you
2  know, what caused it, just what it looks like.
3      Q.  Got it.  So anywhere in the records that
4  we've seen already today where it says signal change,
5  that's myelomalacia?
6      A.  Eventually.  I mean, some signal change
7  get better and you don't have it anymore.
8      Q.  Okay.
9      A.  But the longer, you know, that you do
10  imaging following an injury and it's still there,
11  then that term indicates kind of like chronic signal
12  change or myelomalacia.
13      Q.  Okay.  Did you see myelomalacia on the
14  September MRI study, the first one that you looked
15  at?
16      A.  Since I didn't have one to compare it
17  to, you really can't.
18      Q.  Okay.
19      A.  I mean, it's more a:  This is what it
20  was then, this is what it is now, and therefore it's
21  this.
22      Q.  Okay.  And then, Doctor, a couple other
23  questions and then I'll get to my outline and I won't
24  be long.  I promise.
25          In the fall of '14 you were employed by

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 85

1  SSM?
2      A.  Correct.
3      Q.  You saw Mr. Armbruster at Gateway?
4      A.  Correct.
5      Q.  Gateway is not an SSM hospital, is it?
6      A.  No.  The reason why they -- they like
7  getting referrals, I'd been there for, let's see,
8  25 years, and the doctors wanted me to come over
9  there.  And SSM said, you know, it's fine if you go
10  over there, you're bringing patients to us.  Why not?
11      Q.  And you took your history and did your
12  physical exam at Gateway?
13      A.  Correct.
14      Q.  Did you generate any paperwork at
15  Gateway?
16      A.  It was only through SSM.
17      Q.  Okay.
18      A.  Because even though I was at Gateway,
19  the office space was rented by SSM for me to be there
20  and had nothing to do with Gateway Hospital per se
21  except me being there.
22      Q.  Okay.  So you had your Dictaphone, did
23  your dictation, and then send it to back to
24  St. Mary's just so I'm understanding the process?
25      A.  Correct.  That's correct, yes.

Page 86

1      Q.  Got it.  Now, you indicated on the
2  initial films in September of 2014 that there was
3  edema present in the spinal cord?
4      A.  Correct.
5      Q.  And that in most patients when the
6  pressure builds up over time, the spinal cord
7  compensates, for lack of a better term, and there's
8  typically less or no edema; is that accurate?
9      A.  No.
10      Q.  Okay.  Where was I wrong?
11      A.  Okay.  The edema is in general related
12  to pressure on the spinal cord.  And so if you have
13  pressure on the spinal cord, the edema will persist.
14      Q.  Okay.
15      A.  Okay.  And so it really is not -- I
16  mean, the only time that the edema will go away is if
17  the cause of the pressure also goes away.  And that's
18  healing of the spinal cord, but sometimes the spinal
19  cord doesn't heal completely.
20      Q.  Can you tell by the magnitude of edema
21  how long the insult has been present?
22      A.  No.
23      Q.  You indicated before that in
24  Mr. Armbruster's case you believed that the pressure
25  on his spinal cord was of an acute nature, did you

Page 87

1  not?
2      A.  Correct.
3      Q.  And can you define acute for us in terms
4  of time frame?
5      A.  Acute means how the problem occurred.
6  And that was to me -- I mean, part of it is the
7  patient indicating, you know, what went on.  I mean,
8  did -- you know, I mean, some people, you know, the
9  progression of symptoms is very slow over months or
10  years.  And other people, they have the symptom, the
11  symptoms worsens, and -- but the signal -- or the
12  problem presented as an acute nature.  That's what I
13  mean by that.
14      Q.  So it was acute onset rather than acute
15  relative to the time of your examination?
16      A.  Correct.
17      Q.  Okay.  Can you tell within a reasonable
18  degree of medical certainty when this herniation of
19  the disc occurred?
20      A.  No.
21      Q.  So it could have been six months
22  earlier, it could have been a week earlier?
23      A.  The only way I can tell is, you know,
24  the description of symptoms relative to what I see on
25  the imaging.

Page 88

1      Q.  Okay.  And the description of symptoms
2  in this case came from -- solely from Mr. Armbruster?
3      A.  That's correct.
4      Q.  Did you during the course of your
5  treatment of Mr. Armbruster see any medical records
6  from the facility where he was incarcerated?
7      A.  No.
8      Q.  Have you ever seen any medical records
9  from the facility where he was incarcerated?
10      A.  No.
11      Q.  And, Doctor, in this case when
12  Mr. Armbruster was at both Gateway and St. Mary's
13  later that day, he was seen by a whole different
14  cadre of people, nurse, techs, all kinds of different
15  people, right?
16      A.  Correct.
17      Q.  And it was your decision as the doctor
18  to proceed with surgery?
19      A.  Correct.
20      Q.  You were the diagnostician?
21      A.  Yes.
22      Q.  And while you may defer somewhat to the
23  input from the other folks, it is ultimately your
24  decision who's going to get surgery and who's not?
25      A.  That's correct.

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

---

Page 89

1 　　Q.  And that's because your knowledge,
2 skill, education, and training are more advanced than
3 those of the other folks?
4 　　A.  Correct.
5 　　(Cell phone interruption.)
6 　　MS. GRADY: Do you need to get that, Doctor?
7 　　THE WITNESS: No.
8 BY MR. DUGAN:
9 　　Q.  Other than the films that were taken at
10 Gateway and the medical records that were generated
11 at St. Mary's, have you seen any other medical
12 records from Mr. Armbruster from either before the
13 surgery or after?
14 　　A.  The only one was, as you mentioned,
15 Gateway.  And no.
16 　　Q.  Okay.  When you were taking your history
17 from Mr. Armbruster, he indicated that his problems
18 had been persisting for a number of months.  Did he
19 relay to you anything about a change in his symptoms
20 over that period of time other than they were there?
21 　　A.  Not that I can recall.
22 　　Q.  He didn't tell you that they were
23 progressive or that they waxed and waned or anything
24 of that nature?
25 　　A.  I don't recall that, no.

---

Page 90

1 　　Q.  Had he said something of that nature,
2 would you have put it in your note?
3 　　A.  Possibly.
4 　　Q.  Fair enough.  So Mr. Armbruster got to
5 St. Mary's I think about 5:40 on the evening of the
6 26th, give or take?
7 　　A.  I think so.
8 　　Q.  Surgery started at about 8:15?
9 　　A.  (No audible response.)
10 　　Q.  Is that a yes, Doctor?  She's taking it
11 down.  Sorry.
12 　　A.  Sorry.  I think so.  I don't recall
13 specifically the --
14 　　Q.  Got it.
15 　　A.  -- hour.
16 　　Q.  And you indicated it's typically a 30-
17 to 45-minute procedure for a one-level job like this?
18 　　A.  Correct.
19 　　Q.  This was not some 12-hour marathon
20 surgery?
21 　　A.  No.
22 　　Q.  And from the operative suite he went to
23 the PACU for a while, the recovery room?
24 　　A.  Correct.
25 　　Q.  Then he went back to his room?

---

Page 91

1 　　A.  Correct.
2 　　Q.  Okay.  Doctor, numbness and tingling
3 were some of the complaints that Mr. Armbruster made
4 to you; were they not?
5 　　A.  Correct.
6 　　Q.  Those are not symptoms that are unique
7 to a spinal cord compression, are they?
8 　　A.  No, they are not.
9 　　Q.  In fact, they can be caused by diabetic
10 neuropathy?
11 　　A.  Correct.
12 　　Q.  Some sort of peripheral nerve problem?
13 　　A.  Yes.
14 　　Q.  Some kind of degenerative neurological
15 disease?
16 　　A.  Correct.
17 　　Q.  What about drug use?  Could past drug
18 use result in neurological problems?
19 　　A.  It can, yes.
20 　　Q.  I'm going to get out some notes here.
21 That's not the one I want, my apologies.
22 　　Doctor, I'm going to hand you the St.
23 Mary's chart.  This has a couple of pages that we're
24 going to -- Counsel, you can have a copy if you want
25 it.

---

Page 92

1 　　MS. GRADY: Okay.  Great.
2 BY MR. DUGAN:
3 　　Q.  Can you turn to page 42, please?
4 　　A.  Okay.
5 　　Q.  There's a note on the bottom of the page
6 from 9:27 at 10.  It looks like date of service was
7 9:30 a.m.  Do you see that?
8 　　A.  This one right here?
9 　　Q.  I'm sorry, using the code where it says
10 Armbruster, St. Mary's, MR, the very bottom?
11 　　A.  Yes.
12 　　Q.  Page 42?
13 　　A.  Yeah, I've got that 42 right here.
14 　　Q.  So the bottom there's a progress note
15 from Keanna Johnson.  Ms. Johnson is nurse, Doctor?
16 　　A.  Correct.
17 　　Q.  And her note indicates patient alert and
18 oriented times four?
19 　　A.  Uh-huh, yes.
20 　　Q.  In room ambulating?
21 　　A.  Yes.
22 　　Q.  That means he's walking?
23 　　A.  Yep.
24 　　Q.  This is about 12 hours after surgery,
25 right?

---

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 93

1    A.  Correct.
2    Q.  And waiting on transportation to
3  discharge home?
4    A.  Correct.
5    Q.  Complains of pain to the front of his
6  neck with relief from his pain medications?
7    A.  Yes.
8    Q.  And that's pretty common shortly after
9  surgery?
10    A.  Correct.
11    Q.  No further complaints of pain or
12  discomfort?
13    A.  Yes.
14    Q.  Tolerating a regular diet?
15    A.  Yes.
16    Q.  Voiding without difficulties?
17    A.  Yes.
18    Q.  If someone has severe neurological
19  problems, can that create bladder and bowel issues?
20    A.  It can, yes.
21    Q.  Denies having any numbness?
22    A.  Correct.
23    Q.  Does complain of some tingling in his
24  hands?
25    A.  Correct.

Page 94

1    Q.  But he does believe that that has gotten
2  better since surgery?
3    A.  Correct.
4    Q.  Okay.  And it looks like he was
5  discharged from the hospital about 45 minutes after
6  this note?  If you look at page 20, the cover sheet,
7  it's got the discharge time on it?
8    A.  Yes.
9    Q.  So he had the surgery on the evening of
10  the 26th.  He was discharged home 10:15 on the
11  morning of the 27th, right?
12    A.  Correct.
13    Q.  So this was not a prolonged
14  hospitalization?
15    A.  No.
16    Q.  He walked out of the hospital under his
17  own power?
18    A.  I don't see that specifically.  But I
19  assume so, yes.
20    Q.  Okay.  And, Doctor, can you turn to --
21  let me give you a different set of records here.
22  This is a different set of the St. Mary's records.
23  I'm not sure why we have multiple, but we do.
24    A.  Probably there's the hospital and then
25  there's --

Page 95

1    Q.  Your office?
2    A.  Yeah, SSM Neuroscience.
3    Q.  Got it.
4    A.  They're two separate entities.
5    Q.  Can you turn to page 245, Doctor?
6  Whoops, that's not the one I want.  254, I'm sorry.
7    A.  Okay.
8    Q.  All right.  And you've got a note in the
9  chart there from Nurse Practitioner Kern, right?
10    A.  Correct.
11    Q.  This is 11/12, so about six weeks after
12  surgery?
13    A.  Correct.
14    Q.  And at the end of the follow-up visit
15  section it says:  The patient has done well?
16    A.  Yes.
17    Q.  Symptoms have improved?
18    A.  Yes.
19    Q.  The wound looks fine?
20    A.  Correct.
21    Q.  And then at the bottom it's the same
22  date but a different section.  It says:  The patient
23  has significantly improved?
24    A.  Correct.
25    Q.  And the spasticity is controlled with

Page 96

1  Baclofen.  We talked about that earlier, right?
2    A.  Yes.
3    Q.  He's off his pain meds?
4    A.  Yes.
5    Q.  And the incision is healed?
6    A.  Correct.
7    Q.  Doctor, were you aware that
8  Mr. Armbruster presented to Gateway again in the
9  emergency room January of 2015 --
10    A.  No.
11    Q.  -- about three months after your
12  surgery?
13    Doctor, can you turn to page 40?
14    A.  Okay.
15    Q.  And this is a nurse's documentation from
16  Gateway.  And this is where you have an office,
17  right?
18    A.  Correct.
19    Q.  Dated 1/4/2015?
20    A.  Yes.
21    Q.  In the triage assessment about a third
22  of the way down the page where it says general, it
23  says:  The patient is in no apparent distress?
24    A.  Yes.
25    Q.  Halfway down the page on the left side,

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 97

1  PMHX, that's pertinent medical history?
2      A.  Right.
3      Q.  Listed there among others is spinal cord
4  compression?
5      A.  Correct.
6      Q.  With the date of your surgery?
7      A.  Yes.
8      Q.  And then the next page, 41, at the very
9  bottom, the nurse's discharge assessment.  It says:
10  Patient awake, alert, and oriented times three?
11      A.  Correct.
12      Q.  No cognitive and/or functional deficits
13  noted?
14      A.  Yes.
15      Q.  Patient verbalized understanding of
16  disposition instructions?
17      A.  Yes.
18      Q.  Got some instructions and some
19  prescriptions at that point?
20      A.  Correct.
21      Q.  And then two pages later, 43, this is
22  the physician documentation from the same visit, is
23  it not, Doctor?
24      A.  Correct.
25      Q.  About a third of the way down the page:

Page 98

1  Pertinent medical history.  The spinal cord
2  compression and surgical date are listed there?
3      A.  Correct.
4      Q.  Under the ROS, review of symptoms, neck
5  is negative for injury, pain, or swelling?
6      A.  Yes.
7      Q.  The back is negative for injury and
8  pain?
9      A.  Correct.
10      Q.  MS slash extremity, that's
11  musculoskeletal slash extremity, it says:  Negative
12  for injury and deformity?
13      A.  Correct.
14      Q.  Two lines down it says neuro, negative
15  for headaches, weakness, numbness, tingling, and
16  seizure?
17      A.  Correct.
18      Q.  And then down a little farther it says:
19  Constitutional, this is a well-developed,
20  well-nourished patient who is awake, alert, and in no
21  acute distress?
22      A.  Correct.
23      Q.  And then going to the next page, 44,
24  about a third of the way down, musculoskeletal slash
25  extremity.  Pulse is equal, no cyanosis?

Page 99

1      A.  Correct.
2      Q.  Neurovascular intact, full --
3      A.  Correct.
4      Q.  -- normal range of motion?
5      A.  Correct.
6      Q.  And then neuro, it says:  Awake and
7  alert.  GCS15, that's the Glasgow Coma Scale?
8      A.  Correct.
9      Q.  What does the GCS15 correlate to?
10      A.  It correlates to mental functioning, not
11  spinal cord mainly to the brain, yes.
12      Q.  Okay.  Oriented to person, place, time,
13  and situation?
14      A.  Correct.
15      Q.  Cranial nerves 2 through 12 virtually
16  intact?
17      A.  Yes.
18      Q.  Motor strength five out of five in all
19  extremities?
20      A.  Yes.
21      Q.  Sensory grossly intact?
22      A.  Yes.
23      Q.  Cerebellar exam normal, normal gait?
24      A.  Correct.
25      Q.  This is the full neurological exam that

Page 100

1  you referred to earlier, is it not?
2      A.  Correct.
3      Q.  And there's nothing abnormal on here, is
4  there?
5      A.  Nothing listed, correct.
6      Q.  Okay.  Thank you.
7          Doctor, as we sit here today, were you
8  aware that he had also presented to Gateway in May of
9  2011 with symptoms that were very similar to the ones
10  that he complained of at the prison, the numbness and
11  the tingling in the arms?
12      A.  No.
13      Q.  Had you known that, would that have made
14  any difference in your care?
15      A.  No difference in my care, no.
16      Q.  Okay.  How long have you been out here
17  in Idaho?
18      A.  Since fall of 2016.  I commuted from
19  St. Louis until we moved out there.
20      MS. GRADY:  Oh, my gosh.
21  BY MR. DUGAN:
22      Q.  Oh, sorry.
23      A.  Not every day.
24      Q.  That's a long trip.  I just did it.
25          Doctor, the spinal cord, that's a pretty

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 28 of 45   Page ID #2948

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 101

1  sensitive tissue, is it not?
2      A.  Very, yes.  It's the most -- the brain
3  and the spinal cord are the two most unforgiving
4  parts of the body.
5      Q.  And the signal changes that we've been
6  talking about throughout the course of the deposition
7  here, those are the result of tissue death or
8  necrosis to some degree in the spine, are they not?
9      A.  Necrosis -- yeah, I mean, sometimes
10 there is irreversible damage to neurons.
11     Q.  And that's --
12     A.  Axons, yes.
13     Q.  And that's because the tissue is being
14 squeezed and it's not getting blood?
15     A.  Correct.
16     Q.  Doctor, how quickly after a compression
17 can signal changes appear within the spine?
18     A.  Quite rapidly within 24 hours, even
19 earlier than that.  It kind of depends upon the type
20 of compression and individual variation.
21     Q.  So you indicated earlier that
22 Mr. Armbruster had severe compression?
23     A.  Correct.
24     Q.  So the signal changes that appeared on
25 the films that you took in September of '14 could

Page 102

1  conceivably have been there as short as 24 hours?
2      A.  That's correct.
3      Q.  In terms of the disc herniation, that is
4  a process that can take place over months or years?
5      A.  Yes.
6      Q.  But that can also happen very acutely
7  with a quick turn of the neck or something like a
8  sneeze, could it not?
9      A.  Sometimes, yes.
10     Q.  And there's no way to tell by physically
11 looking at the herniation, as you did while you were
12 performing surgery, how long it's been there?
13     A.  That's correct.
14     Q.  You ordered a second MRI in March of
15 2015?
16     A.  Correct.
17     Q.  Did you recommend any treatment or
18 therapy after that?
19     A.  I don't think so after that.  I know he
20 received therapy prior to that, yes.
21     Q.  Okay.  Why not -- why didn't you
22 recommend any treatment or therapy at that point?
23     A.  Most of the treatment therapy is -- I
24 mean, the brain and the spinal cord work on supply
25 and demand.  The more you demand from it, the more it

Page 103

1  supplies.  And so therapy really doesn't, you know,
2  do a lot for improving the spinal cord.  It's
3  mainly -- and I tell people, you know, be out and be
4  moving.  You know, you should be moving as long as
5  you're awake.  And do things.  And that's the best
6  way to healing.
7      Q.  Okay.  In some of your notes relative to
8  the March 2015 MRI, you indicated that insurance was
9  only going to pay for a noncontrast film.  What
10 benefit would have been derived or what additional
11 information could you have gotten from a contrast
12 film?
13     A.  A contrast film is sometimes better at
14 looking at finite abnormalities of the spinal cord.
15 Because the contrast picks up on, you know, some
16 fluid changes in the spinal cord itself that is not
17 shown on a noncontrast view.
18     Q.  The March 2015 MRI film also indicates
19 that some fragments of the C5 disc remained in there,
20 does it not?
21     A.  Right.  But there's no compression of
22 the spinal cord.  I mean -- well, it's not so much
23 fragments, it talks about spurring.  In other words,
24 the spurs, when you take out the disc, you try and
25 grind off the bottom of each of the vertebral bodies,

Page 104

1  but sometimes you don't get them flat.
2          And so it's really more than anything
3  is -- you know, is there any pressure on the spinal
4  cord or not?  And there's not.  There were some spurs
5  from the vertebral bodies left.
6      Q.  Got it.  So the last time you saw
7  Mr. Armbruster was sometime in March of 2015?
8      A.  As far as I recall, yes.
9      Q.  That was about three years ago?
10     A.  Correct.
11     Q.  And you would have expected him to have
12 reached maximum medical improvement by about the
13 two-year post-op point?
14     A.  Correct.
15     Q.  Do you have any idea how he is doing
16 today?
17     A.  No.
18     Q.  Do you have any idea if he has any
19 residual problems?
20     A.  I don't know.
21     Q.  The letter that you wrote that Ms. Grady
22 has marked as Exhibit 5, why was that written?
23     A.  I'm not sure.  I think he may have
24 requested it from me.  I'm not sure why.  I don't
25 recall the specific reasoning why.

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

Page 105

1    Q.  It was something he asked for?
2    A.  I think so but I don't recall
3 specifically.
4    Q.  And this makes some references to the
5 patient's history while he was incarcerated at
6 Southwest Illinois.  And again, your basis for those
7 statements is purely what he told you?
8    A.  Correct.
9    Q.  You still as of March of '15 had not
10 seen any of his medical records from inside the
11 prison?
12    A.  No.
13    Q.  Did you ever talk to any of the prison
14 staff about him?
15    A.  No.
16    MR. DUGAN:  Let me check my notes.  I think
17 I'm about done there, Doctor.  Hang on.
18    MS. GRADY:  Max, while Tim is checking his
19 notes, do you have questions?
20    MR. BOOSE:  No, thank you.
21    MS. GRADY:  I have four, but I'll let him
22 check his notes first unless you want me to go while
23 you're checking.
24 BY MR. DUGAN:
25    Q.  Very quickly.  Doctor, you indicated

Page 106

1 earlier that you have patients who have terrible
2 looking films who function normally?
3    A.  Correct.
4    Q.  And you indicated that you have patients
5 who have great looking films with significant
6 impairments?
7    A.  That's correct.
8    Q.  It's a very individualized and
9 personalized interplay between their subjective
10 feelings, complaints, and what their films show?
11    A.  Correct.
12    MR. DUGAN:  That's all I've got.  Thank you,
13 sir.
14    THE WITNESS:  Okay.
15    MS. GRADY:  Now I have five.  Sorry.
16    FURTHER EXAMINATION
17 BY MS. GRADY:
18    Q.  In a typical case, spinal cord
19 compression -- strike that.
20    In a typical case, signal change
21 increases over time; is that correct?
22    MR. DUGAN:  Object to form, incomplete
23 hypothetical.
24    THE WITNESS:  It can, but not --
25    MR. BOOSE:  Join.

Page 107

1    THE WITNESS: -- but not always.
2 BY MS. GRADY:
3    Q.  Okay.  You talked about weakness being
4 an important indicator of potential spinal cord
5 compression.  A patient who reports having difficulty
6 grasping objects, is that a symptom of -- that
7 indicates to you a patient is experiencing weakness?
8    A.  Yes.
9    Q.  A patient who expresses that they are
10 having trouble holding a pen to write, is that a
11 symptom or an expression of a symptom that indicates
12 to you that that patient is experiencing weakness?
13    A.  Yes.
14    Q.  A patient who reports having difficulty
15 with tasks like putting on his clothes or taking a
16 shower, are those things that when taken in the
17 context of the other difficulties, writing, and
18 difficulty gripping objects, are those things that
19 indicate potential weakness?
20    A.  It can be, yes.
21    Q.  Mr. Dugan asked you a question about how
22 some patients with good films actually have a lot of
23 problems and some patients with bad films are
24 actually doing fine.
25    Would you agree that because of that it

Page 108

1 is important to respond to the patient's complaints?
2    MR. DUGAN:  Form.
3    THE WITNESS:  As much as possible, yes.
4    MR. BOOSE:  Objection, form.
5 BY MS. GRADY:
6    Q.  One of the things you were asked
7 about was tingling and the many, many causes
8 that could cause tingling.  In performing a
9 differential diagnosis for a patient who is
10 reporting tingling, should spinal cord compression
11 be on that list?
12    A.  Yes.
13    Q.  And for all of the causes that you
14 discussed that could indicate tingling, would a blood
15 panel allow you to make a final determination about
16 what was causing the tingling?
17    A.  No.
18    Q.  Would an X-ray of the knees give you --
19 allow you to make a final determination about what
20 was causing tingling?
21    A.  No.
22    Q.  Would measuring someone's blood pressure
23 over a period of time allow you to make a
24 determination about what was causing the tingling?
25    A.  No.

Case 3:16-cv-00544-MJR-MAB Document 146-9 Filed 07/31/18 Page 30 of 45 Page ID #2950

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

**Page 109**

1     **Q.** You wouldn't have written a letter in
2 Exhibit 5 if you didn't agree with the statements in
3 it, correct?
4     A. That's correct.
5     **Q.** If Mr. Armbruster was reporting the
6 **types of symptoms that he reported to you that led**
7 **to the emergency surgery and he was prescribed**
8 **Elavil or gabapentin, would that have helped his**
9 **symptoms?**
10     A. Maybe a little bit, probably not much.
11     **MS. GRADY:** Okay. That's all I have.
12     **MR. DUGAN:** Nothing further. Max?
13     **MR. BOOSE:** Nothing. Thank you.
14     **MS. GRADY:** Would you like to reserve
15 signature on the transcript or would you like to
16 waive your signature?
17     **THE WITNESS:** I'll waive signature as long as
18 you send me a copy.
19     **MS. GRADY:** Okay.
20     **THE WITNESS:** Fine.
21     **MR. DUGAN:** While we're on the record --
22 Doctor, I'm finished with you if you have things to
23 attend to. I just want to mark these.
24     **MS. GRADY:** I kept track of them. This is
25 Exhibit 6.

**Page 110**

1     (Deposition Exhibit No. 6 was marked for
2 identification.)
3     **MS. GRADY:** So for the record, Exhibit 6 is
4 the documents marked Armbruster St. Mary's MR 1
5 through 153. I'll put those back over here.
6     Exhibit 7, for the record, is P219
7 through P273.
8     (Deposition Exhibit No. 7 was marked for
9 identification.)
10     **MS. GRADY:** I can't find Exhibit 8. I mean,
11 I have my copy of Exhibit 8 which I've marked.
12     **MR. DUGAN:** I'm sure I've got another one.
13 Which one was it?
14     **MS. GRADY:** It's P1 through whatever.
15     **MR. DUGAN:** Here. You can have that one.
16     **MS. GRADY:** Great. So for the record,
17 Exhibit 8 is P1 through P45.
18     (Deposition Exhibit No. 8 was marked for
19 identification.)
20     **MS. GRADY:** Okay. I think we can go off.
21     **MR. DUGAN:** Yeah.
22     **THE REPORTER:** I need to get your orders on
23 the record.
24     **MS. GRADY:** We will order a copy. We'll
25 order e-trans with exhibits attached electrically.

**Page 111**

1     Mr. DUGAN: Same, please.
2     **MR. BOOSE:** Cheap as possible, which I
3 believe is e-tran. Do you have the contact
4 information for that?
5     (The deposition concluded at 5:20 p.m.)

**Page 112**

1             REPORTER'S CERTIFICATE
2
3   STATE OF IDAHO        )
                            ) ss.
4   COUNTY OF BONNEVILLE    )
5
6
7     I, Lanice M. Lewis, Court Reporter and Notary
Public in and for the State of Idaho, do hereby
8 certify:
    That prior to being examined Gregory Bailey,
9 M.D. Ph.D, the witness named in the foregoing
deposition, was by me duly sworn to testify to the
10 truth, the whole truth, and nothing but the truth;
    That said deposition was taken down by me in
11 shorthand at the time and place therein named and
thereafter reduced to typewriting under my direction,
12 and that the foregoing transcript contains a full,
true, and verbatim record of said deposition.
13     I further certify that I have no interest in the
event of the action.
14     WITNESS my hand and seal this 15th day of May
2018.
15
16
17
18
19
20                    Lanice M. Lewis
21                   Notary Public in and for
                    the State of Idaho.
22
23
24   My Commission Expires: 11-10-18
25

ARMBRUSTER vs.
WEXFORD HEALTH SERVICES, INC, et al.

GREGORY BAILEY, M.D. Ph.D
May 3, 2018

## A

**ability (3)**
25:12;78:7,16
**able (5)**
23:5;28:8;37:14;
78:16;80:15
**abnormal (2)**
83:25;100:3
**abnormalities (1)**
103:14
**abnormality (3)**
52:3,3;80:9
**above (3)**
35:17;36:14;83:14
**absolutely (3)**
26:20,23;28:11
**absorb (1)**
25:12
**absorber (2)**
19:13,17
**access (1)**
7:3
**according (1)**
73:21
**accurate (1)**
86:8
**aching (2)**
34:13;77:21
**across (1)**
73:14
**acting (1)**
21:5
**active (1)**
37:11
**activity (1)**
6:5
**acts (2)**
19:13,17
**actual (5)**
11:3;13:4;18:17,23;
80:14
**actually (17)**
7:22;8:9;9:7;13:8;
16:7;21:5;23:7;36:22;
37:7;53:1,15;59:4,21;
62:13;75:12;107:22,24
**acute (10)**
21:3;30:8,14;86:25;
87:3,5,12,14,14;98:21
**acutely (3)**
29:13;30:21;102:6
**adapt (1)**
29:13
**adapting (1)**
29:11
**additional (1)**
103:10
**adequate (1)**
23:2
**adjacent (1)**
48:9
**admission (2)**
33:14;58:6
**admitted (1)**
39:23
**advanced (2)**
5:22;89:2
**affect (3)**
25:2,2,24;82:22
**affected (3)**
21:19;36:5;79:8
**afterwards (1)**
58:18
**again (12)**
17:9;36:2;40:3;
47:20;49:11;54:14;
68:23;70:8;73:18;
76:23;96:8;105:6
**against (2)**
37:2,20
**age (2)**
19:18;55:1
**ago (1)**
104:9
**agree (5)**
65:13;82:2,5;107:25;
109:2
**alert (4)**
92:17;97:10;98:20;
99:7
**alignment (1)**
48:2
**allow (7)**
21:6;65:19;80:19;
81:4;108:15,19,23
**almost (3)**
46:12;55:22;58:13
**along (2)**
8:24;63:23
**Although (1)**
30:12
**always (4)**
10:17;34:2,9;107:1
**ambulate (1)**
24:8
**ambulating (3)**
60:21;61:4;92:20
**ambulation (3)**
62:11,12,13
**among (1)**
97:3
**amount (4)**
25:16,22;52:20;
54:10
**and/or (2)**
74:8;97:12
**anesthesia (1)**
56:9
**anesthesiologist (1)**
56:8
**anesthetist (1)**
56:8
**angle (1)**
56:24

**annoying (1)**
45:2
**annulus (1)**
19:15
**anterior (7)**
15:9;41:17;44:6,15;
48:4;53:19,22
**anteriorly (2)**
30:2,3
**antiarthritis (1)**
73:16
**anticipated (1)**
82:2
**antidepressant (1)**
67:6
**antiinflammatory (1)**
73:11
**anymore (1)**
84:7
**AP (3)**
47:10;71:14,19
**apologies (2)**
76:14;91:21
**apparent (1)**
15:20;76:25;96:23
**appear (1)**
101:17
**appearance (2)**
4:17;17:10
**appeared (1)**
101:24
**applied (1)**
49:21
**approach (4)**
44:8,19,20;66:11
**approximately (3)**
32:10;66:15;77:5
**arc (2)**
36:5;64:21
**area (5)**
7:3,4;13:19;34:6;
76:16
**areas (1)**
37:16
**Arendell (2)**
11:7;31:22
**arm (7)**
21:13;22:5;39:23,25;
40:2,4,9
**Armbruster (44)**
5:5;9:1,4,5,23;10:5;
11:6;32:8;33:1;34:17;
35:9;44:5;48:15;49:8;
51:20;53:10;58:5;60:4,
10,20;63:18;64:6,14;
65:23;68:22;69:12;
73:7,22;74:6;83:17;
85:3;88:2,5,12;89:12,
17;90:4;91:3;92:10;
96:8;101:22;104:7;
109:5;110:4
**Armbruster's (15)**
5:6;11:25;23:12;

28:7;36:23;43:4;58:15;
66:4;69:16;72:19;
75:17;76:21;79:18,19;
86:24
**arms (5)**
21:17,20;27:24;37:7;
100:11
**arrived (1)**
32:3
**arrow (1)**
14:12
**arthritis (2)**
73:12,16
**assessment (2)**
96:21;97:9
**assisted (1)**
55:21
**assume (1)**
94:19
**attached (1)**
110:25
**attack (1)**
40:1
**attend (1)**
109:23
**attention (2)**
9:6;10:11
**audible (1)**
90:9
**authorizing (1)**
72:2
**automatically (1)**
27:15
**awake (4)**
97:10;98:20;99:6;
103:5
**aware (3)**
72:10;96:7;100:8
**away (5)**
35:23;42:22;67:1;
86:16,17
**axial (5)**
14:21,22;15:6,7;
80:10
**Axons (1)**
101:12

## B

**back (32)**
5:5,19;9:6;11:15;
18:19;21:7;24:13,16,
17;25:8,25;26:13;27:7;
30:2,23;36:12,16,19,
20;38:18;44:16,17,19;
70:4;71:21;76:2,5;
79:12;85:23;90:25;
98:7;110:5
**background (1)**
5:8
**backlit (1)**
10:21
**backwards (1)**

18:13
**Baclofen (4)**
65:16;71:11;73:18;
96:1
**bad (11)**
20:6,6,7,7,7,8,11,17;
40:4;81:9;107:23
**BAILEY (3)**
4:5,25;5:3
**B-a-i-l-e-y (1)**
5:2
**ball (2)**
56:17;57:5
**barely (1)**
37:4
**base (1)**
7:2
**based (10)**
19:3;31:1;34:23;
35:10;38:15;39:3;
47:14;50:12,14;64:11
**basis (5)**
7:12;8:2;49:12;
67:21;105:6
**basketball (1)**
39:21
**Bates (5)**
8:14,16,16,23;81:22
**become (2)**
42:16,21
**becomes (1)**
42:11
**behind (1)**
14:9
**below (7)**
21:18;24:24;25:3,7;
35:19;36:2;79:10
**benefit (2)**
59:19;103:10
**best (15)**
5:12;14:25;18:12;
22:11;42:13;49:13;
50:4;65:18,19;67:1,7,
10;71:12;80:12;103:5
**better (15)**
22:12;23:6,18,22;
49:16;61:21;63:12;
67:4;79:21;80:5,6;
84:7;86:7;94:2;103:13
**biceps (2)**
35:16,18
**big (1)**
68:3
**bimodal (1)**
70:2
**bind (1)**
44:1
**biology (1)**
5:10
**bit (2)**
51:11;109:10
**biter (1)**
55:19

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC
208.529.5496 FAX

208.529.5491

(1) ability - biter

Case 3:16-cv-00544-MJR-MAB Document 146-9 Filed 07/31/18 Page 32 of 45 Page ID #2952

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

**bites (1)**
55:17
**bladder (1)**
93:19
**blade (1)**
53:21
**blood (10)**
80:24;81:3,4,8,10,14,
15;101:14;108:14,22
**blue (1)**
27:19
**bodies (5)**
45:12;48:9;49:3;
103:25;104:5
**body (6)**
24:15;26:7;29:1;
34:5;79:7;101:4
**bone (3)**
45:23,25;55:17
**bones (4)**
19:12;24:20;45:16;
54:1
**bony (4)**
30:17,17,20;51:10,
11;54:3
**BOOSE (21)**
4:14,14;13:24;14:2;
16:20,22;31:13;39:16;
41:2;64:17;65:2;69:24;
70:6,10;74:14;78:11;
105:20;106:25;108:4;
109:13;111:2
**both (7)**
9:10;21:16;25:24;
64:14;68:8;74:19;
88:12
**bottom (10)**
8:17;46:3;50:18;
55:18;92:5,10,14;
95:21;97:9;103:25
**bowel (1)**
93:19
**brain (22)**
11:10;13:3;25:21;
26:2,6,10,11,13,13,24;
32:9;34:3,4,7;79:13;
82:17,18;83:12,14;
99:11;101:2;102:24
**brainstem (1)**
13:3
**bread (1)**
15:8
**break (1)**
19:7
**bringing (1)**
85:10
**brother (1)**
11:9
**brought (2)**
9:5;11:3
**bruises (1)**
17:24
**building (1)**

5:22
**builds (1)**
86:6
**burning (2)**
34:13;77:20

**C**

**C10322065 (1)**
12:25
**C1032W2065 (1)**
14:1
**C110322065 (1)**
12:21
**C5 (1)**
103:19
**C5-6 (8)**
19:5;28:14;35:15;
45:10;52:4;76:23;
80:13,16
**C5-C6 (1)**
45:9
**C886W1776 (1)**
15:2
**cadre (1)**
88:14
**calcification (1)**
54:10
**calcified (5)**
54:12,18,21,24;55:6
**call (5)**
7:25;11:1;58:10;
59:9,16
**called (8)**
6:6;12:13;14:21;
15:6;19:14;25:9;73:15;
81:7
**calls (3)**
63:6;72:9,9
**came (6)**
5:19;7:21;9:9;11:7;
27:9;88:2
**can (119)**
4:23;5:1,7;7:10;
8:22;9:3;11:1,20,20,
22;12:23;13:2,5,10,10,
18;14:4,8,12,22;15:3,
21;16:13;17:4,7,9;
18:6,7,8,16,23;19:1,3,
8,22,25;20:3,8,15;21:6;
24:14;25:5,8;27:12,20;
28:17;29:16,24;30:1,
18,20;31:8,15,20;
32:22;33:3,3,4;34:23;
35:9;36:21;41:19;42:4,
9;43:9;44:6,19,20;
45:9;46:2;47:14;48:23;
50:5;51:9;53:23;54:12;
56:20;57:17;60:24;
64:21;67:11,13,24;
71:2,9,12;72:17;73:9;
74:22;75:14;76:20;
77:8,12;78:19,24;

79:14,16;81:22;86:20;
87:3,17,23;89:21;91:9,
19,24;92:3;93:19,20;
94:20;95:5;96:13;
101:17;102:4,6;
106:24;107:20;110:15,
20
**canal (1)**
19:5,24;29:7;54:12
**capabilities (1)**
25:11
**capacity (1)**
11:18
**cardiac (2)**
39:24;40:1
**Care (5)**
6:1,1;63:24;100:14,
15
**carries (1)**
52:15
**cartilaginous (1)**
19:10
**case (11)**
5:7;13:15;17:19;
28:7;66:4;83:1;86:24;
88:2,11;106:18,20
**categories (2)**
42:16;49:19
**category (1)**
50:3
**cath (2)**
39:24;40:1
**cause (12)**
13:16;19:25;27:20;
29:17;55:6;67:24;71:2;
78:21,23,24;86:17;
108:8
**caused (5)**
18:4;20:17;29:19;
84:2;91:9
**causes (3)**
20:3;108:7,13
**causing (6)**
19:2;22:24;24:5;
108:16,20,24
**Cell (2)**
44:10;89:5
**Center (6)**
8:11;9:21,22;15:13,
17;71:18
**centimeter (1)**
25:19
**central (1)**
44:20
**Cerebellar (1)**
99:23
**certainly (2)**
12:3;78:14
**certainty (3)**
28:9;82:6;87:18
**cervical (12)**
13:1,4;30:16;41:18;
44:6,9;45:4;47:10;

65:24;72:1;78:15;
82:21
**chance (2)**
42:13;49:13
**change (44)**
13:8,12,14;14:6,11,
24;15:5,16,24;16:2,4,
25;17:4,11,23;18:1,4;
23:21;24:1;28:19;
30:14,20;36:6;42:5,6;
43:6,8,11,19;61:1;
63:10;74:1;76:24;77:2,
17,24;78:18;82:12;
83:25;84:4,6,12;89:19;
106:20
**changes (5)**
13:16;101:5,17,24;
103:16
**charge (1)**
59:21
**chart (2)**
91:23;95:9
**Cheap (1)**
111:2
**check (2)**
105:16,22
**checking (2)**
105:18,23
**cheese (2)**
19:16;54:17
**cheese-like (1)**
55:8
**chemistry (1)**
5:11
**chronic (2)**
30:9;84:11
**chronological (1)**
8:13
**circle (4)**
13:19;15:2;17:7;
76:15
**circulate (1)**
8:22
**circulating (1)**
56:9
**circumstances (1)**
59:15
**citizen (1)**
5:17
**citizens (1)**
5:18
**City (4)**
33:15,19,21;60:15
**Clarification (4)**
39:17;64:18,24;
83:18
**clarify (2)**
29:23;31:15
**clarifying (1)**
29:21
**classes (1)**
5:16
**classic (1)**

39:20
**clear (3)**
13:22;16:6;20:16
**clearly (1)**
79:19
**close (1)**
73:13
**closed (1)**
25:14
**closure (1)**
57:13
**clothes (1)**
107:15
**coagulated (1)**
53:20
**code (1)**
92:9
**cognitive (1)**
97:12
**collapse (1)**
45:16
**collar (2)**
65:24,25
**color (5)**
14:9,10,13;15:19;
17:17
**coloration (1)**
17:15
**Coma (1)**
99:7
**coming (1)**
79:10
**common (4)**
61:2,3,6;93:8
**commonly (1)**
59:12
**commuted (1)**
100:18
**compare (2)**
16:1;84:16
**compared (2)**
15:18;80:16
**compensate (2)**
43:19,23
**compensates (1)**
86:7
**complain (2)**
74:3;93:23
**complained (1)**
100:10
**complaining (1)**
39:7
**complains (2)**
26:16;93:5
**complaint (9)**
27:9,14,14;38:8,13,
16,17;39:13;40:23
**complaints (8)**
24:8;32:2;70:17,19;
91:3;93:11;106:10;
108:1
**complete (4)**
38:6,9;78:19;81:12

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC
208.529.5496 FAX

208.529.5491

(2) bites - complete

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

**completed (1)**
6:4
**completely (5)**
49:16;51:13;63:12;
77:25;86:19
**compressed (7)**
24:4;28:22;39:3;
43:23,24;70:1,2
**compresses (1)**
55:17
**compressing (4)**
13:7;19:6;29:10;
56:22
**compression (54)**
9:14,18;15:5;17:11;
18:4,17,24;19:3,18;
20:11,12;21:8,9,18;
27:23;28:1,5,13,18,20;
29:17;30:8,19;35:18,
20,24;36:3,6;41:22,24;
50:7;51:21;52:6;55:2;
63:10;65:12;67:15,24;
68:2;69:21;80:20;81:1,
5;83:15;91:7;97:4;
98:2;101:16,20,22;
103:21;106:19;107:5;
108:10
**compressions (1)**
61:1
**compressive (1)**
23:23
**computer (1)**
10:20
**conceivably (1)**
102:1
**concerned (1)**
70:25
**concerning (1)**
47:22
**concluded (1)**
111:5
**conclusion (1)**
12:10
**condition (1)**
28:8
**conducted (1)**
38:6
**conservative (2)**
23:17;62:5
**consider (3)**
23:13;26:18;38:6
**considered (1)**
23:14
**consisted (1)**
35:11
**consistency (3)**
15:23;18:1;55:3
**consistent (5)**
15:18;21:25;34:24;
38:17;75:19
**Constitutional (1)**
98:19
**consult (1)**

10:4
**contact (1)**
111:3
**contain (1)**
31:21
**contained (3)**
31:2,10;72:18
**context (1)**
107:17
**continue (1)**
53:21
**continued (1)**
77:10
**continues (3)**
41:18;64:6;70:13
**contrast (3)**
103:11,13,15
**controlled (1)**
95:25
**controls (1)**
34:4
**convenient (1)**
60:18
**conversation (1)**
64:1
**copy (4)**
91:24;109:18;
110:11,24
**cord (157)**
9:14,17;13:4,8,9,16,
17;14:7,8,11;15:1,4,7,
11,14,15,17,22,24;
17:11,12,15,16,19,20;
18:2,4,10,10,14,17,23;
19:2,6;23:8,9,9,21,25;
24:19,22,24;25:1,2,5,
13,17,18,22,25;26:4,
18;27:2,23;28:14,22,
23,25;29:5,6,10,13;
30:5,13;35:21;36:6;
39:4;41:24;42:1,5,7,8;
43:1,12,13,15,18,18,
22;44:3,17;51:20;52:2,
4,6;54:20;55:1,7;
56:22;60:25;61:1;
63:10;64:22;65:12,18;
66:10;67:15,16,18,23,
24;68:2,3,15;69:21;
70:2;71:8,10;73:1;
74:22;75:17;76:24;
77:3,12,20,24,25;
78:18;79:1,3,10,12,13,
15;80:20,25;81:5,7,10,
13;82:13,14;83:13,23;
84:1;86:3,6,12,13,18,
19,25;91:7;97:3;98:1;
99:11;100:25;101:3;
102:24;103:2,14,16,22;
104:4;106:18;107:4;
108:10
**corner (1)**
75:25
**Corrections (1)**

4:15
**correctly (2)**
15:25;31:24
**correlate (1)**
99:9
**correlates (1)**
99:10
**corresponds (1)**
14:23
**Counsel (1)**
91:24
**count (1)**
13:5
**couple (4)**
19:7;83:5;84:22;
91:23
**course (19)**
22:22;23:6;27:22;
29:11;32:4;34:5,8;
36:19;38:11;47:19;
54:19;58:4;60:4,10;
63:17;65:21;69:12;
88:4;101:6
**courses (1)**
5:23
**cover (1)**
94:6
**coverage (1)**
6:2
**cranial (4)**
25:20;38:11,14;
99:15
**create (2)**
64:21;93:19
**created (4)**
33:8;57:19;59:1;
60:5
**critical (1)**
27:13
**cross (1)**
80:7
**CT (1)**
22:25
**currently (1)**
6:12
**curve (1)**
70:3
**cut (1)**
15:8
**cyanosis (1)**
98:25

## D

**damage (15)**
41:25;42:2,3,7,16;
43:12,17,21;67:12;
74:22;77:2;79:3;81:9;
82:17;101:10
**damaged (4)**
24:4;42:5;68:15;
75:17
**damages (2)**

44:3;68:3
**date (7)**
33:13;48:23;53:5;
92:6;95:22;97:6;98:2
**Dated (1)**
96:19
**day (19)**
9:13,16;10:8,8;21:5;
33:12,15;40:10;46:20;
48:12;50:13;58:12,14,
19;61:23;74:16,17;
88:13;100:23
**days (2)**
23:4;49:8
**dealing (1)**
34:7
**death (1)**
101:7
**decide (1)**
28:2
**decision (5)**
22:14;23:6;28:12;
88:17,24
**decisions (1)**
22:20
**decompression (2)**
41:18;44:6
**decrease (1)**
65:17
**defendants (4)**
4:12,15,19;83:1
**defer (1)**
88:22
**deficits (1)**
97:12
**define (2)**
84:1;87:3
**definitely (3)**
60:7;74:24;77:1
**definition (1)**
68:6
**definitively (3)**
28:4;55:24;80:12
**deformity (1)**
98:12
**degenerated (3)**
51:12;54:2,18
**degeneration (1)**
20:6
**degenerative (2)**
28:1;91:14
**degree (15)**
20:24;22:15;23:20;
27:16;28:9;41:22,23;
42:11,25;49:14,22;
63:10;82:6;87:18;
101:8
**delayed (1)**
42:21
**delivery (2)**
26:5,8
**deltoid (1)**
35:17

**demand (2)**
102:25,25
**demonstrate (1)**
79:18
**Denies (1)**
93:21
**Department (1)**
4:14
**depending (1)**
49:14
**depends (8)**
10:23;20:24;23:16;
27:16;28:24;40:11;
44:23;101:19
**depict (1)**
79:19
**depicted (1)**
77:18
**deposition (8)**
4:1,3;8:22;101:6;
110:1,8,18;111:5
**derived (1)**
103:10
**describe (4)**
17:9;36:24;43:4;
76:20
**described (3)**
37:17;38:24;49:20
**description (4)**
13:24;53:19;87:24;
88:1
**designed (3)**
45:11;65:16;66:22
**detail (3)**
11:22;33:23;53:14
**details (1)**
45:8
**determination (4)**
22:8;108:15,19,24
**determine (1)**
48:19
**determined (3)**
36:21;37:5;50:14
**device (3)**
21:6;55:13;56:24
**diabetes (1)**
67:19
**diabetic (1)**
91:9
**diagnosis (7)**
12:11;26:19;51:1,5,
6;54:6;108:9
**diagnostician (1)**
88:20
**diameter (1)**
25:19
**Dictaphone (1)**
85:22
**dictate (5)**
34:9;52:12;53:5,6,9
**dictated (9)**
33:9,12,14;37:23;
38:24;50:21;52:11,17;

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC       208.529.5491
208.529.5496 FAX

(3) completed - dictated

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 34 of 45   Page ID #2954

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

53:2
**dictation (2)**
47:5;85:23
**dictations (1)**
52:21
**diet (1)**
93:14
**difference (3)**
38:1;100:14,15
**different (17)**
10:12;16:3;17:16;
19:17;20:14;21:11;
27:3;39:10;49:19;
54:23;78:13,25;88:13,
14;94:21,22;95:22
**differential (2)**
26:19;108:9
**difficult (1)**
72:24
**difficulties (3)**
61:18;93:16;107:17
**difficulty (6)**
34:14;60:21;61:4;
107:5,14,18
**direct (2)**
82:13;83:24
**directly (1)**
45:5
**disagree (2)**
31:17,19
**disc (62)**
13:7;15:9,13;18:13;
19:4,9,10,14,16,20,21,
23,25;20:3,5,16,19,20,
25;21:6,7,11,12,21,25;
22:8,15;24:23;28:14;
29:18,19,23,25;30:17,
22;35:15;36:12,15;
40:6;44:18,20;45:12,
13,14,20;51:12,13;
54:9,10,14,16,20;55:3,
6,9,11;56:22;73:13;
87:19;102:3;103:19,24
**discectomy (1)**
45:8
**discharge (5)**
48:19;58:22;93:3;
94:7;97:9
**discharged (6)**
48:15;50:13;58:19;
65:23;94:5,10
**discoloration (2)**
15:17,23
**discomfort (1)**
93:12
**discovered (1)**
42:13
**discs (4)**
19:18;45:4;54:22;
78:15
**discuss (1)**
32:23
**discussed (3)**

30:7;72:15;108:14
**discusses (1)**
63:21
**discussing (3)**
5:6;13:19;34:3
**disease (1)**
91:15
**disk (2)**
11:1,3
**dislodged (1)**
61:24
**displaced (1)**
25:9
**display (1)**
18:17
**displayed (2)**
17:4;77:17
**displays (1)**
16:2
**disposition (1)**
97:16
**dissector (1)**
56:17
**dissimilar (1)**
77:21
**distress (2)**
96:23;98:21
**Doctor (27)**
4:23;6:11;11:6;16:6;
27:8;44:11;82:25;
83:22;84:22;88:11,17;
89:6;90:10;91:2,22;
92:15;94:20;95:5;96:7,
13;97:23;100:7,25;
101:16;105:17,25;
109:22
**doctors (2)**
7:2;85:8
**document (2)**
58:24;81:21
**documentation (2)**
96:15;97:22
**documented (1)**
77:17
**documenting (1)**
59:2
**documents (1)**
110:4
**dominant (1)**
34:1
**done (9)**
9:13;47:7;48:12;
50:14;53:1;75:4,5;
95:15;105:17
**down (22)**
13:3;19:7;21:4,13;
22:5;25:16,24;28:22;
35:24;39:22;45:16;
53:18;56:10;61:24;
70:7;90:11;96:22,25;
97:25;98:14,18,24
**Dr (14)**
5:3;31:22;50:23,23;

55:21;57:19;60:20;
63:15;64:11;69:10,14;
71:13;73:3;74:8
**draw (1)**
10:11
**drill (1)**
54:9,9
**dropped (1)**
81:17
**drug (2)**
91:17,17
**drunk (1)**
61:23
**dry (1)**
19:19
**due (4)**
65:11;73:25;74:22;
79:3
**Dugan (33)**
4:11,11;12:19;16:11,
17;31:11;39:14;40:25;
51:22;64:15;69:23;
74:10;76:9;78:9;82:25,
25;83:3,21;89:8;92:2;
100:21;105:16,24;
106:12,22;107:21;
108:2;109:12,21;
110:12,15,21;111:1
**duplicates (1)**
47:4
**durable (3)**
24:25;25:4;29:1
**duration (1)**
65:11
**during (7)**
6:13;7:19;32:4;
56:12,25;58:5;88:4
**dysfunction (1)**
77:19

**E**

**earlier (9)**
31:4;53:2;87:22,22;
96:1;100:1;101:19,21;
106:1
**East (1)**
57:25
**edema (16)**
13:16;14:5,15;17:18,
20;30:13;43:1,5,8,12;
86:3,8,11,13,16,20
**education (1)**
89:2
**educational (1)**
5:8
**either (11)**
23:3;27:25;30:1,11,
17;44:15;48:4;53:7;
54:5;58:5;89:12
**Elavil (7)**
65:18;66:18,24;
67:10,21;71:12;109:8

electrically (1)
110:25
**element (2)**
19:11;23:23
**elevated (1)**
81:16
**else (4)**
23:5;40:14;56:5;
82:23
**elsewhere (2)**
6:24;79:7
**emergency (8)**
9:8;11:7,19;12:1;
32:3;40:3;96:9;109:7
**emergent (3)**
41:17,20;49:12
**employed (3)**
6:19;7:23;84:25
**enamored (1)**
80:10
**encephalomalacia (4)**
82:15,16;83:8,19
**encounter (3)**
59:2,3;69:9
**encountered (1)**
32:15
**end (2)**
70:21;95:14
**ends (2)**
24:19,22
**enough (5)**
13:14;80:11,15;81:9;
90:4
**enter (1)**
17:20
**entire (1)**
56:25
**entities (2)**
27:3;95:4
**entry (2)**
47:11;51:5
**equal (1)**
98:25
**equipment (1)**
68:19
**esophagus (3)**
30:4;61:15,20
**Especially (2)**
62:18,19
**essentially (5)**
6:23;7:17;29:14;
67:20;72:25
**estimate (1)**
62:5
**ether (1)**
45:22
**e-tran (1)**
111:3
**e-trans (1)**
110:25
**evaluation (1)**
65:8
**even (13)**

10:18;23:6;31:4;
37:3,15;47:5;49:25;
57:2;67:2;74:25;81:14;
85:18;101:18
**evening (3)**
53:7;90:5;94:9
**eventual (1)**
12:10
**Eventually (1)**
84:6
**everybody (1)**
50:4;69:3
**everybody's (2)**
54:22;78:13
**everyone (1)**
59:19
**exacerbate (1)**
38:2
**exact (1)**
45:24
**exam (10)**
32:25;35:2,6,8;
38:20,23;40:17;85:12;
99:23,25
**EXAMINATION (13)**
4:21;38:5,7,10,12,
15;39:19;64:13,16,19;
83:2;87:15;106:16
**examine (1)**
32:22
**examined (3)**
4:7;40:7,8
**examining (1)**
38:10
**example (2)**
7:14;39:20
**exams (1)**
39:12
**except (2)**
61:23;85:21
**exception (1)**
25:20
**exceptions (2)**
32:17;70:21
**excuse (2)**
5:25;64:23
**exerted (3)**
18:11;43:16;45:18
**Exhibit (34)**
4:3;8:10;9:20;10:12;
11:21;13:22;23:13;
28:16;30:7,23,24;31:2,
17,21;33:3,4,5;46:3;
57:18;75:13;79:18;
81:17,19;104:22;
109:2,25;110:1,3,6,8,
10,11,17,18
**exhibits (1)**
110:25
**existing (1)**
50:7
**exit (1)**
56:23

Min-U-Script®
office@ttreporting.com
ttreporting.com
T&T Reporting, LLC    208.529.5491
208.529.5496 FAX
(4) dictation - exit

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 35 of 45   Page ID
#2955

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

exiting (2)
22:4;25:21
exits (1)
35:20
expand (1)
43:18
expect (7)
21:24;35:17,22;
65:20;77:10,16;81:15
expectation (1)
50:12
expected (2)
72:20;104:11
experience (7)
22:6;24:6;60:25;
67:4;78:3,14;79:6
experienced (2)
66:14;68:22
experiencing (5)
24:7;37:16;68:11;
107:7,12
explain (8)
13:11;19:9;25:5;
43:9;45:9;53:23;54:13;
56:20
Explained (1)
65:11
expresses (1)
107:9
expression (1)
107:11
extension (1)
26:10
extensive (1)
41:9
extremely (1)
78:17
extremities (7)
9:11;35:13;36:2,23;
82:21,22;99:19
extremity (4)
36:8;98:10,11,25
extruded (4)
19:4;28:14;29:23;
49:4
extrudes (1)
19:24
extrusion (2)
20:1,4

**F**

facet (2)
73:15;74:2
facilities (1)
11:2
facility (2)
88:6,9
fact (9)
23:25;24:10;49:2;
50:12;59:20;70:25;
77:24;79:9;91:9
factors (5)

45:3;49:18,24,25;
50:6
fair (3)
18:3;38:19;90:4
fairly (1)
29:3
fall (2)
84:25;100:18
falling (2)
20:12,13
familiar (1)
11:8
far (4)
42:22;49:4;67:1;
104:8
farther (1)
98:18
faster (1)
62:7
feel (2)
70:4;73:14
feeling (1)
34:13
feelings (1)
106:10
feet (1)
36:13
few (4)
32:17;44:18;70:21;
72:12
fibrosa (1)
19:15
fibrous (2)
54:16,21
field (1)
56:11
figure (1)
38:14
filed (1)
52:19
film (5)
47:20;103:9,12,13,
18
films (10)
11:4;76:4;86:2;89:9;
101:25;106:2,5,10;
107:22,23
final (3)
28:16;108:15,19
find (3)
14:23;40:14;110:10
finding (1)
64:23
findings (3)
31:16,18;32:23
fine (10)
40:1;44:12,13;59:18;
70:20;79:23;85:9;
95:19;107:24;109:20
finger (3)
17:24;43:14;44:1
fingers (1)
35:22

finished (1)
109:22
finite (1)
103:14
first (22)
5:17;11:6,24;13:18;
19:8;21:2;30:24;32:3,
20,22;35:12;41:19;
59:4;63:16;68:20;
69:10;71:17;74:5;
76:15;82:1;84:14;
105:22
five (4)
20:5;21:4,4;24:21;
28:22;29:9;34:11;37:1;
99:18,18;106:15
fix (1)
42:12
flat (2)
54:3;104:1
flip (2)
72:12;75:14
floating (1)
25:8
floor (2)
58:21;81:18
flow (1)
25:24
flowing (2)
25:16;26:12
fluctuation (1)
74:22
fluid (3)
17:18;25:8;103:16
focused (5)
38:15,19,23;39:12;
40:17
folks (2)
88:23;89:3
following (3)
47:2;49:9;84:10
follows (2)
4:2,8
follow-up (3)
64:5;73:4;95:14
follow-ups (1)
58:6
foot (1)
24:12
footplate (1)
55:16
foramen (2)
29:6;56:23
foramina (3)
56:18,19,20
force (3)
20:11,12;45:18
form (11)
31:11;39:14;40:25;
51:7,22;69:23;78:9,11;
106:22;108:2,4
forth (1)
47:3

forward (1)
72:13
foundation (7)
31:11;39:14;40:25;
64:15;69:23;74:10;
78:11
four (5)
37:2;82:20,22;92:18;
105:21
fragments (3)
57:6;103:19,23
frame (1)
87:4
free (1)
56:18
frequently (1)
73:25
front (9)
29:5;30:2;44:15,21;
53:25;61:14;71:20;
83:5;93:5
full (8)
37:15,18;74:21;77:9,
10;78:4;99:2,25
full-time (2)
6:4,6
function (6)
25:2;35:14,25;67:20;
78:16;106:2
functional (1)
97:12
functioning (1)
99:10
further (6)
13:3;35:23,24;93:11;
106:16;109:12
fuse (4)
62:3,6,7;66:2
fusion (1)
45:9

**G**

gabapentin (3)
66:24;67:9;109:8
gait (8)
69:17;70:23;72:24;
74:4,7,9,20;99:23
Gateway (20)
9:20,21;10:3;30:24;
34:21;35:4,9;53:11;
85:3,5,12,15,18,20;
88:12;89:10,15;96:8,
16;100:8
Gazi (1)
5:13
GC (2)
60:13,14
GCS15 (2)
99:7,9
general (6)
39:8,11;81:16,24;
86:11;96:22

generate (1)
85:14
generated (1)
89:10
genes (1)
20:6
George (1)
5:15
Gerry (7)
5:5;9:1,4,5,22;11:6,
25
gets (2)
50:5;59:19
given (2)
65:23;66:25
gives (2)
27:5;32:1
giving (4)
5:23;13:8;44:23;
56:9
glance (1)
32:18
Glasgow (1)
99:7
goes (2)
40:3;86:17
good (5)
50:5;59:20;79:24;
80:15;107:22
gosh (2)
61:25;100:20
graduated (1)
5:10
GRADY (46)
4:9,9,16,20,22;
12:22;14:3;16:12,18,
21;17:1;31:12,14;
40:15;41:5;51:24;
64:25;65:3;70:8,12;
74:13,15;76:11,12;
78:20;82:23;89:6;92:1;
100:20;104:21;105:18,
21;106:15,17;107:2;
108:5;109:11,14,19,24;
110:3,10,14,16,20,24
graft (19)
45:9,21;47:2;48:7;
49:3,10;50:15;61:12,
13;62:2;66:1;69:1;
71:1,4,6,23,24;72:20;
74:1
grafts (3)
45:23;61:24;62:11
grandkids (1)
6:10
Granite (4)
33:15,19,21;60:15
grasping (1)
107:6
gravity (3)
37:2,4,20
gray
15:19,22

Min-U-Script®
office@ttreporting.com
ttreporting.com
T&T Reporting, LLC
208.529.5491
208.529.5496 FAX
(5) exiting - gray

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 36 of 45   Page ID #2956

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

grayish (1)
14:9
Great (10)
4:20;6:11;11:22;
14:17;50:1;67:20;70:4;
92:1;106:5;110:16
GREGORY (2)
4:5,25
grind (1)
103:25
gripping (1)
107:18
grossly (1)
99:21
group (2)
21:15,16
growing (1)
29:9
guess (1)
50:23
guesstimate (1)
22:23

**H**

half (2)
24:10;56:15
halfway (2)
53:18;96:25
hand (4)
33:25;34:13;55:14;
91:22
handedness (1)
34:9
hands (8)
21:21;36:20;37:15;
64:7;73:20;74:16,21;
93:24
hang (2)
21:4;105:17
happen (3)
20:15;27:18;102:6
happened (2)
10:8;59:11
happening (1)
15:1
happens (3)
18:2;28:25;54:19
happy (1)
8:21
hard (1)
80:8
hardly (1)
49:17
hardware (1)
61:20
hate (1)
45:24
head (4)
19:23;20:13,13;21:5
headache (3)
26:24;27:9,14
headaches (2)

27:22;98:15
heal (6)
61:21;65:19;66:23;
67:17;77:12;86:19
healed (2)
77:25;96:5
healing (5)
70:2;71:7;72:25;
86:18;103:6
Health (3)
6:1,1;8:11
hearsay (1)
69:23
heart (1)
39:25
heavy (1)
68:19
heavy-duty (1)
62:8
help (3)
37:20;66:22;73:20
helped (1)
109:8
helps (1)
67:17
hemostasis (2)
57:12,14
herniated (1)
30:17
herniation (4)
44:20;87:18;102:3,
11
herniations (3)
21:1;36:15;44:18
high (1)
54:8
higher (1)
16:3
hip (1)
45:25
history (6)
33:13;85:11;89:16;
97:1;98:1;105:5
hit (3)
17:24;43:13;44:1
hitting (1)
20:13
hold (2)
55:14;61:13
holding (1)
107:10
holds (1)
54:1
home (5)
40:10;45:5;62:15;
93:3;94:10
honeymoon (1)
70:3
hope (2)
50:4;63:11
Hospital (12)
7:23;39:23,24;51:8;
52:22;58:13,16;85:5,

20;94:5,16,24
hospitalization (1)
94:14
hospitals (1)
6:3
hour (3)
45:6;56:15;90:15
hours (3)
92:24;101:18;102:1
huge (1)
25:22
hundreds (2)
52:22,24
hurts (3)
40:2,4;44:1
husband (1)
60:2
hyperflexion (1)
36:4
hyperreflexia (1)
36:3
hypothetical (5)
41:1;70:11;78:10,12;
106:23

**I**

Idaho (2)
60:1;100:17
idea (2)
104:15,18
identical (1)
51:1
identification (4)
4:4;110:2,9,19
identifying (1)
76:18
ie (1)
79:3
Illinois (6)
6:14,15,17,20;9:7;
105:6
image (27)
11:22;12:13;13:1,4,
25;15:4,10,13,21;16:1,
2;17:5,17,25;18:20,24;
19:3;22:24,25;23:1;
27:8;28:17;30:6;75:18,
20;76:8;77:18
images (31)
11:2,24;12:6,9;
14:19;15:21;17:16;
18:15,17;29:16;30:7,
25;31:5,16;32:9,13,14,
17,21,24;33:1;34:24;
72:16;75:10,11,15,16;
77:5;79:17,23,24
imaging (41)
10:1,11,16,17,21;
22:22,23;23:12;26:22;
27:1,6,13,15;28:4,10;
32:13;34:21,25;39:3,7;
40:9,24;41:13;46:4,14,

17,22;48:11,18,23;
49:5;50:11,11,15;
72:13,14;75:4,5;79:22;
84:1,10;87:25
immediate (2)
28:15;29:11
immediately (1)
29:15
impact (3)
54:5;78:2,6
impairments (1)
106:6
impeded (1)
43:16
importance (1)
41:13
important (8)
22:22;42:23,25;
44:14;48:10,17;107:4;
108:1
improper (2)
40:25;78:9
improve (3)
63:4;73:20;77:3
improved (2)
95:17,23
improvement (3)
65:12;77:15;104:12
improving (1)
103:2
inaccurate (1)
23:5
incarcerated (3)
88:6,9;105:5
inch (2)
55:15;57:4
inches (1)
57:3
incised (1)
53:20
incision (2)
57:3;96:5
included (1)
70:10
incomplete (5)
41:1;70:11;78:9,12;
106:22
incorrect (1)
31:10
increase (2)
43:2;70:22
increases (1)
106:21
indentation (2)
15:12;17:14
indicate (4)
14:15;47:25;107:19;
108:14
indicated (10)
72:18;83:23;86:1,23;
89:17;90:16;101:21;
103:8;105:25;106:4
indicates (10)

15:4;17:10,18;57:10;
77:1;84:11;92:17;
103:18;107:7,11
indicating (2)
51:12;87:7
indication (2)
56:2;75:16
indicative (1)
12:3;15:1;77:24
indicator (2)
28:20;107:4
individual (2)
33:24;101:20
individualized (1)
106:8
infinite (1)
27:21
inflammatory (1)
18:7
information (15)
5:7;25:16,22;26:12;
27:4,5;28:2;51:15,18;
55:1,4;72:4;80:24;
103:11;111:4
initial (2)
29:17;86:2
injuries (1)
81:15
injury (14)
19:25;26:17;49:14;
51:16,19;65:18;79:1,2,
14;82:21;84:10;98:5,7,
12
inner (5)
19:11,11,16,18;
54:16
innervated (1)
36:14
input (1)
88:23
inside (1)
105:10
instance (3)
4:6;48:1;61:19
instead (2)
15:11;45:23
instruction (1)
68:21
instructions (2)
97:16,18
instruments (1)
56:8
insult (1)
86:21
insurance (1)
103:8
intact (3)
99:2,16,21
interested (2)
47:22;48:2
intermittent (2)
74:19;78:22
intermittently (2)

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC

208.529.5491
208.529.5496 FAX

(6) grayish - intermittently

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 37 of 45   Page ID #2957

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

74:5,7
**interplay (1)**
106:9
**interruption (2)**
44:10;89:5
**intervention (1)**
6:8
**into (7)**
15:8,14;18:13;19:5,
24;21:7;49:19;53:14;
54:11;56:11;57:3;
61:19;62:1
**intrinsic (2)**
35:14,25
**intrinsics (1)**
35:22
**inversion (1)**
21:4
**irreversible (5)**
42:1,11,17,21;
101:10
**issue (2)**
41:14;58:9
**issues (7)**
30:16;34:12;36:11;
62:14,16;63:22;93:19

### J

**jackhammer (1)**
68:25
**Jaclyn (2)**
4:16,18
**January (1)**
96:9
**Jeffrey (1)**
11:7
**jerk (1)**
36:5
**Joanne (3)**
7:16;59:1;72:7
**job (1)**
90:17
**Johnson (4)**
57:20,20;92:15,15
**join (9)**
6:1;31:13;39:16;
41:2;64:17,25;69:24;
74:14;106:25
**joined (1)**
70:10
**joint (1)**
45:19
**joints (3)**
73:14,15;74:2

### K

**Katie (1)**
4:13
**Keanna (1)**
92:15
**kept (1)**

109:24
**Kern (19)**
7:16;8:3;46:8,9;
50:23,23,23;55:21;
57:19;59:2;60:20;
63:15;64:11;69:10,14;
71:13;73:3;74:8;95:9
**Kerrison (4)**
55:10,11,13;56:16
**ketone (1)**
45:22
**kill (1)**
40:4
**kind (17)**
14:8;17:17;19:11,15;
23:2,15;27:16;28:24;
40:11;48:25;54:1;
56:10;67:9;70:3;84:11;
91:14;101:19
**kinds (2)**
78:25;88:14
**KINKADE (2)**
4:18,18
**knees (1)**
108:18
**knife (1)**
53:21
**knowledge (1)**
89:1
**known (2)**
49:25;100:13

### L

**L1 (2)**
24:19;25:7
**lab (1)**
5:22
**labor (5)**
61:9;62:1,9;68:19;
78:7
**laced (1)**
74:2
**lack (1)**
86:7
**large (1)**
7:1
**last (10)**
5:1;34:11;47:10,13;
63:2;65:10;75:3;76:7;
79:16;104:6
**lastly (1)**
75:2
**later (2)**
88:13;97:21
**lateral (3)**
47:10;71:14,19
**laterally (3)**
21:9;57:7,7
**latest (1)**
53:8
**lay (2)**
19:9;26:5

**least (1)**
72:17
**leave (1)**
32:23
**leaves (1)**
64:1
**led (2)**
12:10;109:6
**left (6)**
15:19;39:23,25;73:7;
96:25;104:5
**leg (4)**
24:11,12;36:13,14
**legs (7)**
21:17,19;24:7;26:3;
27:24;34:13;36:10
**length (2)**
50:6;51:19
**lengthy (1)**
69:22
**less (5)**
37:1,19;57:4;61:20;
86:8
**letter (6)**
81:23;82:3,9;83:4;
104:21;109:1
**letters (1)**
76:7
**level (22)**
13:5;21:18,22;22:1;
24:24;25:3;35:17,19;
36:3;43:5;45:10;47:1;
49:2;51:11;52:4;62:18,
20,21;76:23;77:13;
79:10;83:14
**levels (2)**
61:22;80:9
**lifting (1)**
20:7
**ligament (2)**
53:20,25
**lines (1)**
98:14
**list (1)**
108:11
**listed (5)**
47:1,6;97:3;98:2;
100:5
**little (6)**
27:7;51:11;55:16,19;
98:18;109:10
**loaf (1)**
15:8
**located (1)**
49:3
**location (4)**
9:21;17:14;49:11;
72:20
**locums (1)**
6:7
**long (12)**
49:22;56:13;64:11;
65:21;66:3;84:24;

86:21;100:16,24;
102:12;103:4;109:17
**longer (4)**
19:22;41:24;42:10;
84:9
**longitudinal (1)**
53:20
**look (23)**
8:9;9:19;10:17,18,
19,20,21;11:23;12:8;
14:19,21,22;17:16;
31:16;32:16,21,24;
38:13;47:21;48:17;
65:15;75:2;94:6
**looked (12)**
9:13;10:15,16;15:12;
23:12;31:5,5;47:20;
48:11;75:9,11;84:14
**looking (14)**
13:25;14:24;15:9;
26:15;30:23;40:12,13;
48:24;79:20;80:7;
102:11;103:14;106:2,5
**looks (14)**
14:8;15:15,20;16:9;
47:3,4,6;52:17;79:21;
80:8;84:2;92:6;94:4;
95:19
**loose (1)**
69:1
**loosen (1)**
61:19
**lost (1)**
52:23
**lot (6)**
25:23;26:1;62:7;
80:9;103:2;107:22
**lots (5)**
20:14,25;36:11;
49:24,24
**Louis (5)**
5:21;33:20;35:6;
70:15;100:19
**low (2)**
81:10,14
**lower (5)**
9:11;13:3;16:3;
24:13,16,17;25:8,15;
36:2,8,12,13,15,19,20
**luck (2)**
20:6,11
**lumbar (2)**
24:21,22

### M

**magnification (2)**
57:1,5
**magnitude (1)**
86:20
**magnum (1)**
29:6
**mainly (4)**

66:10;71:23;99:11;
103:3
**maintained (1)**
6:17
**major (6)**
21:16;24:2;44:22;
45:1;62:25;67:22
**majorly (1)**
9:10
**makes (2)**
35:15;105:4
**malignant (1)**
11:10
**manifest (1)**
42:3,20
**manipulate (1)**
37:14
**manual (1)**
61:9;62:1,9;78:7
**many (6)**
21:1;27:2,3,19;
108:7,7
**marathon (1)**
90:19
**March (6)**
75:6;102:14;103:8,
18;104:7;105:9
**mark (1)**
109:23
**marked (9)**
4:4;30:25;46:3;
104:22;110:1,4,8,11,18
**markedly (1)**
53:22
**marker (1)**
75:22
**Mary's (26)**
6:12,14,15,22;7:10,
18,21,23;8:11;9:15;
10:7;11:1;33:17;52:22;
53:11;57:23;60:19;
71:18;85:24;88:12;
89:11;90:5;91:23;
92:10;94:22;110:4
**Maryville (1)**
59:22
**material (17)**
13:7;15:9,13;18:1,
12;19:15,21,23;21:6;
30:1;54:11,20,21;55:8,
11,18;56:22
**matter (1)**
34:5,8
**Max (4)**
4:14;65:1;105:18;
109:12
**maximum (2)**
59:19;104:12
**May (20)**
13:24;19:18;29:2;
31:4,4;32:18;49:8;
52:19;54:23,24;56:1;
57:2;68:25;77:3,3,

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC     208.529.5491
208.529.5496 FAX

(7) interplay - May

Case 3:16-cv-00544-MJR-MAB Document 146-9 Filed 07/31/18 Page 38 of 45 Page ID #2958

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.
GREGORY BAILEY, M.D. PH.D
May 3, 2018

79:6;81:13;88:22;
100:8;104:23
**maybe (2)**
70:9;109:10
**MD (1)**
4:5
**mean (75)**
6:18;7:24;16:1;18:6;
20:9,9,25;22:21;23:15,
16;24:16;25:6,7;26:10,
23;27:17,19,20,22,23,
24;28:21;29:18,25;
30:14;32:17;36:9,10,
24;37:25;38:9;40:11;
41:3,3,23;42:4,9,12,23;
43:25;45:2;47:25;
49:10,23,25;52:1;59:5;
62:7,23;63:9,11;66:22;
67:8,17;68:2;69:20;
70:24;71:1;77:23;
78:25;79:21,22;80:3,8;
84:6,19;86:16;87:6,7,8,
13;101:9;102:24;
103:22;110:10
**meaning (1)**
54:18
**means (27)**
8:13;13:14;15:10;
24:3;29:24;30:1,2;
36:4,10;37:1;43:12;
51:10;52:2,3;53:23;
54:2,3;57:7;65:5;
67:11;74:6;82:12,13,
20;83:25;87:5;92:22
**measure (2)**
36:22;37:21
**measures (1)**
23:18
**measuring (1)**
108:22
**mechanically (1)**
24:14
**mechanism (2)**
19:2;51:16
**medical (19)**
4:11;5:11,14;9:21,
22;28:8,9;71:18;82:6;
83:1;87:18;88:5,8;
89:10,11;97:1;98:1;
104:12;105:10
**medications (2)**
65:20;93:6
**medicine (4)**
65:18;67:7;68:1;
73:16
**meds (1)**
96:3
**mental (1)**
99:10
**mention (2)**
30:15;83:22
**mentioned (8)**
28:23;30:12;63:9;

64:20;66:18;72:7;83:8;
89:14
**metabolic (1)**
27:25
**method (1)**
22:9
**microscope (2)**
56:25;57:5
**might (3)**
16:7;42:16;53:1
**migrate (1)**
21:7
**migrated (1)**
57:7
**mild (2)**
27:9;66:9
**milled (1)**
45:24
**millimeters (4)**
25:19;28:23;29:7;
55:15
**minimal (1)**
37:2
**minor (2)**
62:22,23
**minutes (3)**
21:4;56:15;94:5
**misshapen (1)**
18:10
**missing (1)**
68:1
**moment (3)**
18:16,20;81:23
**Monday (1)**
70:15
**month (3)**
6:25;69:5;70:20
**months (9)**
11:16;34:12;49:9;
77:6;87:9,21;89:18;
96:11;102:4
**more (23)**
10:25;12:23;15:18,
20;24:3;25:11,11;
29:22;41:25;42:10,16,
21;43:17;44:1,3;61:18,
22;80:3;84:19;89:2;
102:25,25;104:2
**morning (2)**
53:8;94:11
**most (19)**
5:22;21:12;22:21;
24:23;30:12,15;32:19;
42:22,25;62:15;67:8;
69:25;70:24;75:18;
80:4;86:5;101:2,3;
102:23
**mostly (1)**
67:9
**mother (2)**
69:15,16
**motion (6)**
37:11,12,15,19,21;

99:4
**motor (4)**
25:25;26:2,12;99:18
**move (2)**
37:7,24
**moved (2)**
59:25;100:19
**movement (3)**
37:4,6,10
**movements (1)**
38:2
**moving (2)**
103:4,4
**MRI (8)**
9:12;23:3,6;76:25;
84:14;102:14;103:8,18
**MRIs (2)**
10:12;23:4
**much (9)**
25:14;27:3;38:3;
63:3;65:12;77:21;
103:22;108:3;109:10
**multiple (5)**
16:11;18:8;47:6;
80:9;94:23
**muscle (2)**
35:21;66:9
**muscles (1)**
66:11
**musculoskeletal (2)**
98:11,24
**must (2)**
22:8;65:6
**myelogram (3)**
23:4,7,8
**Myelomalacia (8)**
82:11,12;83:10,20,
22;84:5,12,13
**myelopathy (15)**
52:1,2;68:7,13,14;
76:22;77:10;78:5,6,15,
17,21;79:4,6,19
**myo (1)**
52:2
**myopathy (1)**
52:3
**myriads (1)**
49:23
**myself (2)**
40:5;75:11

**N**

**name (5)**
4:24;5:1;9:1;31:24;
82:25
**narrative (2)**
47:16,17
**narrowing (1)**
24:23
**narrows (1)**
45:16
**nature (6)**

17:13;21:21;86:25;
87:12;89:24;90:1
**near (2)**
25:14;38:3
**nebulous (2)**
27:23;38:13
**necessarily (1)**
22:21
**neck (15)**
21:12,15;24:13,18,
20;37:24;40:6;66:12;
71:21;73:17,22;74:3;
93:6;98:4;102:7
**necrosis (2)**
101:8,9
**need (8)**
21:1;37:20;44:11;
63:23;71:14;72:11;
89:6;110:22
**needed (1)**
56:11
**needs (1)**
29:11
**negative (4)**
98:5,7,11,14
**neglected (1)**
30:15
**nerve (13)**
21:17;22:4;35:20;
45:17;67:16,17,18;
68:3,15;70:1;79:2,7;
91:12
**nerves (18)**
24:25;25:3,4,7,21;
36:14;38:11,14;56:23;
65:19;66:23;67:12,20;
68:8;79:8,9,12;99:15
**nervous (2)**
25:10
**neuro (2)**
98:14;99:6
**neurological (12)**
38:7,10,20,23;39:12,
19;40:17;41:14;91:14,
18;93:18;99:25
**neurologist (6)**
7:7;40:16,19,20,22;
41:4
**neurologists (2)**
22:18,19
**Neurology (3)**
41:8,9,13
**neurons (3)**
24:2,4;101:10
**neuropathic (3)**
78:24;79:2,14
**neuropathy (13)**
66:21;67:7,8,11,12,
14,25;68:5,7,12;79:4,6;
91:10
**Neuroscience (1)**
95:2
**neurosurgeon (14)**

5:13;6:22;7:4,8,9,10,
24;22:7,14;24:6;41:6;
59:24;60:25;78:3
**neurosurgeons (1)**
22:19
**neurosurgery (8)**
5:23;6:6,7;7:18;8:6;
38:23;57:23,25
**neurosurgical (4)**
5:20;6:2,5;7:3
**neurotransmitters (1)**
67:21
**Neurovascular (1)**
99:2
**new (2)**
63:21;67:5
**newer (1)**
66:23
**next (23)**
16:23,23;31:21;
34:10;35:20;40:10;
41:16;45:7;46:2;50:17;
52:9;53:7;54:8;57:17;
58:23;60:13;61:8;
63:14;69:8;70:14;74:4;
97:8;98:23
**noncontrast (2)**
103:9,17
**nonemergent (1)**
41:21
**nonhealing (3)**
71:7,10;72:25
**non-Swiss (1)**
5:18
**nor (1)**
17:15
**norepinephrine (1)**
67:22
**normal (9)**
15:22;18:9;29:3;
35:18;37:1;51:13;99:4,
23,23
**normally (22)**
10:6;11:3;17:12,19;
21:2;28:24;32:16;36:4;
37:24,25;38:11;45:19;
46:24;54:15;55:6;
58:20;63:19;66:6;
70:19;78:16,19;106:2
**Nos (1)**
4:3
**note (38)**
8:23;33:18,22;34:15;
35:10;38:25;41:16,16;
45:7;50:18,19,24;
52:14;53:18;55:10;
58:3;59:1;60:3,9;61:8;
63:5,15,17;64:5;65:10;
68:18;69:11;70:14;
72:6;73:3,21;74:6;
90:2;92:5,14,17;94:6;
95:8
**noted (5)**

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC
208.529.5496 FAX

208.529.5491

(8) maybe - noted

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 39 of 45   Page ID
#2959

ARMBRUSTER vs.                                                      GREGORY BAILEY, M.D. PH.D
WEXFORD HEALTH SOURCES, INC, et al.                                            May 3, 2018

33:25;34:11;38:4;
51:2;97:13
**notes (11)**
52:21,22;60:12,20;
63:2;69:9,14;71:13;
91:20;103:7;105:16,
19,22
**noticing (1)**
16:24
**number (12)**
8:14,15,16,16,17;
10:12;12:19;16:13,14;
27:21;46:4;89:18
**numbers (1)**
8:24
**numbness (9)**
22:3;26:17;27:14;
39:13;40:24;91:2;
93:21;98:15;100:10
**numerically (1)**
37:5
**numerous (1)**
5:16
**nurse (19)**
7:15,16;8:3;46:6,7,8,
8;50:22;56:7,9;57:20,
20,22;59:15,20,21;
88:14;92:15;95:9
**nurses (1)**
7:14
**nurse's (2)**
96:15;97:9
**nutrition (1)**
49:23

## O

**Object (4)**
31:11;51:22;78:11;
106:22
**Objection (4)**
64:15,25;70:11;
108:4
**objections (1)**
70:7
**objective (8)**
27:4,5;28:2;64:13,
16,19,23;65:6
**objects (2)**
107:6,18
**observed (2)**
36:7;74:8
**obtain (1)**
40:24
**obtained (2)**
32:9;48:13
**obviously (10)**
7:25;17:22;34:3;
37:19;38:16;43:15,25;
45:12;60:5;71:5
**occasion (1)**
11:16
**occasionally (3)**

7:21;23:3;81:6
**occur (2)**
29:2,13
**occurred (3)**
30:21;87:5,19
**October (5)**
52:18;63:15;66:5;
69:10;73:4
**off (9)**
15:18,19;21:9;44:18;
55:17;57:7;96:3;
103:25;110:20
**office (14)**
6:15,16;9:10;10:9;
29:4;38:12;60:13;
63:20;64:3;70:15;
71:15;85:19;95:1;
96:16
**often (1)**
78:18
**old (1)**
23:3
**once (2)**
6:25;20:20
**one (48)**
5:17;12:23;14:8,18;
15:2,12,15,20,21;
18:16,20;19:25;21:13;
28:16;29:22;35:24;
37:4;38:24;40:7;41:4;
42:15;47:1,6,9,12,13;
50:6;52:23;53:15;
61:23;62:10;65:22;
67:1,10,22;69:5,20;
80:18;84:14,16;89:14;
91:21;92:8;95:6;108:6;
110:12,13,15
**one-level (1)**
90:17
**ones (3)**
66:23;67:5;100:9
**one's (1)**
20:18
**one-twelfth (1)**
55:15
**only (22)**
6:22;7:6,23;21:15;
23:1,8,17,22;25:18;
26:8;27:19;44:20;47:6;
65:19;71:1,2,24;85:16;
86:16;87:23;89:14;
103:9
**onset (2)**
30:8;87:14
**oozing (1)**
57:15
**opening (1)**
45:17
**operate (2)**
6:23;42:23
**operated (2)**
9:15;11:9;40:9;45:4;
78:14

**operating (3)**
6:16;56:6;60:25
**operation (4)**
55:21,23;56:12,13
**operative (4)**
52:10,13;53:2;90:22
**opinion (2)**
28:8;66:24
**opposed (1)**
41:20
**opposite (1)**
34:4
**order (5)**
8:13;48:18;72:1;
110:24,25
**ordered (5)**
9:12;46:15,22;75:5;
102:14
**orders (4)**
46:4,9;56:10;110:22
**organized (2)**
8:13,14
**oriented (3)**
92:18;97:10;99:12
**original (1)**
76:25
**Originally (2)**
10:24;67:5
**orthopedic (1)**
58:2
**others (2)**
42:19;97:3
**otherwise (1)**
81:11
**out (39)**
5:18;12:9,13,15;
19:5,19,24;21:9;26:11,
21;27:18;28:5;35:13;
38:14;42:24;45:25;
49:4;54:9;55:23;56:18,
23;57:7;59:25;67:1,2;
68:23,24;70:20;79:10;
80:20;81:5;82:3;91:20;
94:16;99:18;100:16,
19;103:3,24
**outer (3)**
19:14,19;54:15
**outline (1)**
84:23
**outlying (1)**
11:2
**over (22)**
5:23;6:14,20,25;9:7,
15;30:18,21;42:1;43:2;
57:11;60:17;69:15;
85:8,10;86:6;87:9;
89:20;102:4;106:21;
108:23;110:5
**overlies (1)**
53:25
**overview (1)**
53:16
**Overweight (4)**

20:10,10,14,18
**own (1)**
94:17

## P

**P1 (2)**
110:14,17
**P101 (1)**
57:18
**P212 (1)**
75:3
**P219 (2)**
58:24;110:6
**P239 (1)**
69:9
**P240 (1)**
70:14
**P245 (1)**
73:3
**P267 (2)**
72:13,18
**P269 (1)**
33:6
**P270 (2)**
46:4;47:11
**P271 (1)**
50:18
**P272 (1)**
52:10
**P273 (2)**
52:15;110:7
**P274 (1)**
81:22
**P45 (1)**
110:17
**P6 (1)**
30:25
**PACU (1)**
90:23
**page (29)**
12:17;30:24;31:20;
33:5;46:3;47:11;50:18;
52:9,15;57:17;58:23;
63:14;69:8;70:14;
71:15;72:13;73:2;75:3;
92:3,5,12;94:6;95:5;
96:13,22,25;97:8,25;
98:23
**pages (5)**
31:21;52:14;72:12;
91:23;97:21
**pain (26)**
21:13,15;22:3;23:17;
38:1,2;39:22,25;42:24,
24;45:17;73:14,23;
74:3;78:23,24,25;79:2,
7,14;93:5,6,11;96:3;
98:5,8
**panel (1)**
108:15
**paperwork (1)**
85:14

**paragraph (1)**
65:5
**part (12)**
25:9;26:18;35:20;
36:14;41:6,12,16;
53:25;54:15;60:9;63:5;
87:6
**partially (1)**
49:16
**particular (6)**
5:7;8:23;12:6;22:4;
38:1;72:6
**particularly (2)**
21:20;65:15
**partner (1)**
5:21
**partners (2)**
7:20,25
**parts (1)**
101:4
**part-time (1)**
6:7
**pass (1)**
79:11
**passed (1)**
56:18
**passes (1)**
56:7
**passing (1)**
56:11
**passive (1)**
37:12
**past (1)**
91:17
**patient (66)**
5:4;8:25;10:4;22:15;
26:15,16;27:4,8;29:4;
32:2,16,19,22,24;
33:23;34:11,12;35:3;
37:7;38:9;39:2,6,21,
21;41:17,20;42:3,20;
46:22;48:19,25;59:8,9,
10,16;60:12;61:23;
63:24;64:1,21;65:11;
68:11,18;69:21;70:15,
19;74:21;77:8,16;79:5;
79:24;87:7;92:17;
95:15,22;96:23;97:10,
15;98:20;107:5,7,9,12,
14;108:9
**patients (23)**
6:20;7:1;8:1;10:7;
24:7;46:9,10;62:11,13;
63:21;66:14,21;67:1;
68:21;69:6;78:3;80:4;
85:10;86:5;106:1,4;
107:22,23
**patient's (5)**
37:22;69:15;78:7;
105:5;108:1
**PAX (1)**
11:2
**pay (1)**

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 40 of 45   Page ID #2960

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

103:9
**peak (1)**
45:9
**PEEK (2)**
45:21;49:3
**pen (1)**
107:10
**people (52)**
8:12;10:6;20:25;
21:1,8,10,12,15,16;
22:2,12;23:16,16,20;
24:10,23;26:1;29:2,14;
30:16;36:11;37:24;
42:23;45:24;49:15,16,
16,19;50:1,1;59:17;
60:17;61:13,18;63:11;
65:17,20;66:12;67:8,8;
69:25;73:14;74:2;
78:15;79:22,24;81:12;
87:8,10;88:14,15;
103:3
**per (2)**
79:22;85:20
**percent (5)**
23:18;24:1,3;36:15;
55:25
**perform (7)**
35:5;39:11,18;42:17;
57:12;78:7,19
**performed (12)**
32:13;33:16,19,20;
35:2,9;39:7;45:8;
46:17;49:1,12;58:16
**performing (3)**
49:15;102:12;108:8
**period (7)**
6:13,21;50:3;69:22;
70:3;89:20;108:23
**peripheral (3)**
25:10;67:18;91:12
**persist (2)**
77:2;86:13
**persistent (2)**
73:22;76:22
**persisting (1)**
89:18
**person (5)**
22:10;27:17;34:9;
72:2;99:12
**personalized (1)**
106:9
**personally (1)**
11:13
**person's (1)**
37:15
**pertinent (2)**
97:1;98:1
**PhD (2)**
4:5;59:21
**phone (5)**
8:12;44:10;59:5,7;
89:5
**phrase (2)**

13:11;34:10
**phrases (1)**
19:8
**physical (9)**
33:13,18,19,20;35:2,
6,8;73:19;85:12
**physically (1)**
102:10
**physician (1)**
97:22
**picks (1)**
103:15
**pieces (1)**
45:25
**Piroxicam (2)**
73:11,17
**place (4)**
66:1;71:24;99:12;
102:4
**placed (1)**
45:21
**placement (1)**
48:7
**places (1)**
26:6
**plain (1)**
80:21
**Plaintiff (3)**
4:7,10,13
**plan (2)**
65:16;73:9
**plastic (1)**
45:22
**plate (3)**
61:13,14,17
**plates (1)**
61:21
**play (1)**
61:25
**playing (1)**
39:21
**please (9)**
4:23;13:25;17:7;
18:20;33:4;63:14;
76:15;92:3;111:1
**pm (2)**
4:1;111:5
**PMHX (1)**
97:1
**Pocatello (1)**
6:7
**point (14)**
12:9,17,17;14:4;
19:21;32:4;34:20;58:4;
60:5;77:4,4;97:19;
102:22;104:13
**polyether (1)**
45:22
**portion (8)**
15:10;19:14,16,18,
20;34:14;36:18;54:16
**portions (1)**
54:15

**possible (4)**
60:18;65:19;108:3;
111:2
**possibly (2)**
50:5;90:3
**posterior (4)**
44:16;48:4;49:4;
54:11
**posteriorly (5)**
19:5;29:24;30:1,4;
54:9
**post-op (1)**
104:13
**postoperative (5)**
50:19,24;51:1,4,6
**post-operative (1)**
72:19
**post-ops (2)**
63:20,22
**potential (2)**
107:4,19
**power (2)**
68:19;94:17
**practice (8)**
5:24;6:17;8:6;35:11;
38:22;46:21;53:4;
59:12
**practitioner (13)**
7:16,17;8:3;39:8;
46:6,7,8,9;50:22;59:15,
20,22;95:9
**practitioners (1)**
39:11
**precursors (1)**
20:5
**preoperative (1)**
50:25
**prepared (1)**
31:22
**prescribed (1)**
109:7
**prescription (3)**
66:13,18,20
**prescriptions (1)**
97:19
**present (11)**
10:3;21:11;23:16,17;
24:11;29:2,15;56:5;
77:1;86:3,21
**presented (4)**
12:1;87:12;96:8;
100:8
**pressing (5)**
15:14;18:13;22:4;
30:4,5
**pressure (8)**
13:15,17;17:21,22;
18:11;19:19,22;23:9,
21;25:1,12,23;43:14,
16;49:21,22;54:19;
55:7;74:1;77:23;81:3,
4,9,10,14,15;86:6,12,
13,17,24;104:3;108:22

**pretty (5)**
53:16;55:22,24;93:8;
100:25
**previous (1)**
17:16
**printed (1)**
10:14
**prior (10)**
11:16;15:21;16:24;
33:14,16;49:15;71:14;
74:25;77:21;102:20
**prison (3)**
100:10;105:11,13
**private (2)**
5:24;6:17
**probably (6)**
29:9;35:19;38:3;
58:7;94:24;109:10
**problem (15)**
22:24;23:3;27:20;
36:18;40:13;42:12;
44:16;61:22;62:23,24,
25;71:6;87:5,12;91:12
**problems (7)**
52:21;71:2;89:17;
91:18;93:19;104:19;
107:23
**procedure (5)**
33:16;53:19;56:25;
57:11;90:17
**proceed (1)**
88:18
**proceeded (1)**
4:1
**process (4)**
18:7;32:8;85:24;
102:4
**produced (1)**
4:6
**profession (1)**
78:8
**professionally (1)**
11:17
**profound (1)**
27:17
**program (1)**
59:22
**progress (2)**
30:18;92:14
**progression (1)**
87:9
**progressive (1)**
89:23
**prolonged (1)**
94:13
**promise (1)**
84:24
**proper (3)**
48:20;49:11;54:6
**properly (1)**
24:9
**protrude (1)**
30:1

**protruded (2)**
20:20,21
**protruding (1)**
48:4
**protrusion (19)**
13:7;14:10;19:4;
20:5,17,19,23,25;
21:11,12,21,25;22:8,
15;24:23;29:19,20;
35:15;45:13
**provide (3)**
6:2;7:2;30:19
**provided (2)**
10:23;53:15
**proximal (6)**
24:12;36:8,9,10,13,
18
**psychiatric (2)**
40:5,8
**Pulse (1)**
98:25
**punch (5)**
55:10,12,13,19;
56:17
**purely (1)**
105:7
**purpose (1)**
71:24
**push (1)**
27:7
**pushed (2)**
30:3;54:11
**put (16)**
14:12;17:22;33:3;
40:5;45:15;49:19;
61:12,17,20,21;62:12;
63:5;65:19;73:12;90:2;
110:5
**putting (2)**
19:19;107:15

**Q**

**qualified (3)**
22:7,14,19
**quick (1)**
102:7
**quickly (2)**
101:16;105:25
**quite (6)**
21:14;24:25;29:1;
32:12;76:25;101:18

**R**

**radiating (1)**
39:22
**radiologist (3)**
6:8;47:21;72:14
**radiologist's (3)**
31:16;47:17;75:9
**raise (1)**
37:3

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC
208.529.5491
208.529.5496 FAX

(10) peak - raise

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

ran (2)
5:18;7:18
range (4)
37:15,18,21;99:4
rapidly (1)
101:18
rather (2)
37:12;87:14
reached (1)
104:12
read (2)
12:23;81:23
reading (1)
31:1
readings (2)
81:3,4
real (1)
71:2
realistic (1)
63:12
really (17)
6:23;23:2;29:1;
42:24;47:7;48:5,5;
52:14;62:8;71:24;
79:21;80:10;83:25;
84:17;86:15;103:1;
104:2
reason (9)
27:18;33:25;38:3;
43:21;49:11;70:17;
71:2;72:22;85:6
reasonable (3)
28:9;82:5;87:17
reasoning (1)
104:25
reasons (5)
19:17;20:14;26:1,24,
25
recall (15)
8:25;9:9,12;12:4,5;
32:25;55:20;58:1;
63:16;89:21,25;90:12;
104:8,25;105:2
receipt (1)
39:2
received (3)
46:23;48:25;102:20
receiving (2)
44:24,25
recently (1)
10:25
receptor (1)
26:9
recommend (2)
102:17,22
record (17)
4:24;8:12;13:22;
17:2;18:21;32:4;57:9,
18,19;70:6,13;81:21;
109:21;110:3,6,16,23
records (14)
8:11,23;9:20;30:24;
31:1;56:2;84:3;88:5,8;

89:10,12;94:21,22;
105:10
recoveries (2)
78:4,5
recovery (10)
42:14;49:13;58:20;
59:19;65:21;74:21;
77:9,11;78:19;90:23
red (1)
16:13
re-dictate (1)
52:22
redo (1)
52:24
reducing (1)
20:18
refer (1)
64:12
reference (2)
60:14;65:5
referenced (1)
10:10
references (1)
105:4
referencing (1)
65:6
referral (1)
7:2
referrals (3)
11:17,19;85:7
referred (1)
100:1
referring (1)
52:5
refers (1)
8:16
reflect (1)
33:18
reflected (1)
68:18
reflex (2)
36:4,5
regenerative (1)
25:11
region (2)
24:21,22
Regional (2)
9:20,21
regular (4)
7:12;8:2;23:1;93:14
regulates (1)
81:8
related (7)
43:9,11;48:8;67:19;
77:19;82:16;86:11
relating (1)
10:13
relationship (1)
67:14
relative (4)
48:9;87:15,24;103:7
relatively (1)
62:22

relaxer (1)
66:9
relay (1)
89:19
relays (1)
59:6
relief (1)
93:6
remained (2)
75:17;103:19
remember (1)
79:9
remind (1)
66:1
remnant (1)
45:14
remove (4)
21:7;23:23;45:13;
55:11
removed (2)
45:13;57:10
rented (1)
85:19
report (13)
10:18;30:25;31:8,22;
33:8;47:21;48:7;52:10;
53:2;70:22;72:18;75:3,
9
reported (3)
69:16;74:7;109:6
reporter (5)
39:17;64:18,24;
83:18;110:22
reporting (2)
108:10;109:5
reports (9)
34:17,24;52:13;
60:21;64:6;71:3;73:22;
107:5,14
represent (1)
83:1
request (1)
37:11
requested (1)
104:24
required (4)
28:15;51:8;54:6;
62:5
requires (1)
22:16
reserve (1)
109:14
residency (1)
5:20
residual (1)
104:19
resist (1)
37:9
resolve (1)
70:5
respond (1)
108:1
response (7)

39:12;40:20,21,23;
70:16,18;90:9
responsible (1)
81:7
rest (1)
26:14
resting (1)
19:23
restricted (1)
61:8
restriction (1)
62:1
result (3)
27:15;91:18;101:7
results (3)
48:18;72:14,14
retired (1)
6:5
retractors (1)
57:10
return (1)
69:5
returning (1)
69:17
reversible (1)
42:10
review (5)
11:21,22;31:8;34:23;
98:4
reviewed (8)
47:18;49:6;58:4;
60:9;63:17;69:11;72:5;
75:8
right (43)
8:19,20;11:14;12:3,
18;13:23,25;14:9,25;
15:18;16:10,14;22:2;
26:7;27:10;29:5;33:25;
37:8;40:13;41:10,11;
46:20;48:3;52:7;56:24;
59:10;61:14,15;65:1,
25;75:6,18;88:15;92:8,
13,25;94:11;95:8,9;
96:1,17;97:2;103:21
right-hand (1)
75:24
right-handed (1)
33:24
ring (1)
54:16
risk (1)
45:3
risks (1)
69:20
Robaxin (2)
66:8,9
ROCHE (2)
4:13,13
room (16)
9:8;10:20;11:7,19;
12:1;25:15;29:8;32:3,
18;40:3;56:6;58:20;
90:23,25;92:20;96:9

root (1)
22:4
ROS (1)
98:4
rotate (1)
57:24
rotated (1)
7:12
rounded (2)
15:12;17:13
rounds (1)
53:8
rule (6)
26:21;28:4;80:19,19;
81:4,5
ruptured (5)
30:22;36:12;40:6

---

## S

sagittal (8)
13:1;18:12,20;75:21,
25;76:6;79:20;80:12
same (15)
9:13,16;18:1;27:1;
33:12,15;44:2;48:12;
50:13;63:20;73:13;
82:17;95:21;97:22;
111:1
Sarah (1)
4:9
saw (20)
6:20;7:1;9:4,10,16,
22,24;10:9;11:6,25;
18:12;28:10;29:4;32:8,
12;33:1;34:25;40:7;
85:3;104:6
saying (3)
31:24;65:4;75:22
Scale (1)
99:7
scan (1)
8:21
scans (1)
22:25
scheduled (3)
41:17,19;44:5
school (2)
5:11,14
sclerosis (1)
18:8
sclerotic (2)
53:22;54:2
screen (1)
10:20
screws (1)
61:19
scrub (1)
56:7
se (2)
79:22;85:20
second (8)
21:15;31:20;33:5;

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC
208.529.5496 FAX

208.529.5491

(11) ran - second

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 42 of 45   Page ID
#2962

ARMBRUSTER vs.                                           GREGORY BAILEY, M.D. PH.D
WEXFORD HEALTH SOURCES, INC, et al.                                    May 3, 2018

35:6;47:9;56:3;58:21;
102:14
**section (2)**
95:15,22
**sections (1)**
80:7
**seeing (7)**
10:7;10:12:4,5;23:7;
63:21;76:13
**sees (2)**
15:12;63:20
**seizure (1)**
98:16
**self-reporting (1)**
64:13
**send (3)**
73:19;85:23;109:18
**sensation (1)**
34:13
**sense (2)**
26:5;35:15
**sensitive (1)**
101:1
**sensory (3)**
25:25;26:12;99:21
**sent (1)**
9:15
**sentence (4)**
54:8;63:2;65:10;
74:4
**separate (1)**
95:4
**separating (1)**
66:11
**September (14)**
6:11;9:6;11:15;12:1;
23:11;28:10;32:10;
44:5;46:18;49:6;66:4;
84:14;86:2;101:25
**serial (1)**
13:24
**series (1)**
46:14
**service (2)**
7:18;92:6
**set (4)**
11:24;82:3;94:21,22
**seven (2)**
6:3;24:20
**seven-eighths (1)**
76:4
**several (2)**
7:20;31:21
**severe (7)**
9:14;39:22;51:25;
52:3;61:1;93:18;
101:22
**severity (3)**
28:17,20;55:5
**shape (1)**
18:9
**sheet (2)**
11:3;94:6

**sheets (2)**
10:24,25
**shock (2)**
19:13,17
**short (1)**
102:1
**shortly (3)**
46:18;53:5;93:8
**short-term (2)**
62:12,13
**shoulder (2)**
73:22;74:3
**show (6)**
22:25;71:22;80:11,
12,15;106:10
**shower (1)**
107:16
**showing (1)**
23:2
**shown (1)**
103:17
**shows (3)**
16:4;23:8;71:23
**side (12)**
14:20;21:9;26:16;
33:4;34:4,4,6;44:18;
57:8;71:21,21;96:25
**signal (44)**
13:8,12,14;14:5,11,
23;15:5,16,24;16:2,4,
25;17:4,11;18:4;23:21;
24:1;28:19;30:13,19;
36:6;42:5,6;43:6,8,11,
19;63:10;76:24;77:2,
17,23;78:17;79:11;
82:12;83:25;84:4,6,11;
87:11;101:5,17,24;
106:20
**signals (1)**
26:6
**signature (4)**
81:18;109:15,16,17
**significant (15)**
9:17,17;14:19;16:24;
24:11;30:13,19;36:25,
25;43:5,6,7,22;54:10;
106:5
**significantly (3)**
25:2,24;95:23
**signifies (1)**
14:5
**signs (1)**
38:17
**similar (1)**
100:9
**single (3)**
62:18,19,21
**sit (2)**
60:8;100:7
**site (1)**
58:11
**sits (1)**
19:12

**sitting (1)**
32:18
**situation (1)**
99:13
**six (4)**
34:12;77:5;87:21;
95:11
**size (3)**
21:22;28:21;45:24
**skill (1)**
89:2
**slash (4)**
76:9;98:10,11,24
**slices (1)**
15:8
**slow (1)**
87:9
**slowly (4)**
29:2,10,10;70:5
**small (2)**
55:13;56:24
**SMHC (2)**
71:14,17
**smoking (1)**
20:7
**sneeze (1)**
102:8
**soft (8)**
19:11,16;22:25;
54:17,20,23;55:7;
65:25
**softening (3)**
82:14,17;83:23
**solely (1)**
88:2
**solidly (2)**
62:2,6
**somebody (2)**
21:2;71:3
**somehow (1)**
47:5
**someone (3)**
59:8;80:25;93:18
**someone's (1)**
108:22
**sometime (1)**
104:7
**Sometimes (8)**
32:21;37:24;47:21;
86:18;101:9;102:9;
103:13;104:1
**somewhat (4)**
25:9;54:2,12;88:22
**son (1)**
6:8
**son-in-law (1)**
6:8
**soon (1)**
42:13
**sorry (14)**
7:9;12:18;16:20;
46:15;57:20;68:9;
76:13;83:10;90:11,12;

92:9;95:6;100:22;
106:15
**sort (6)**
18:5;32:1;40:16;
47:24;77:17;91:12
**sorts (3)**
18:6;39:11;63:5
**Southwest (1)**
105:6
**space (8)**
5:18;18:13;21:7;
25:14;43:24;45:11;
48:3;85:19
**spacer (3)**
48:3;73:12,13
**spar (1)**
75:25
**spasms (1)**
66:12
**spasticity (5)**
64:20;65:5,17;73:18;
95:25
**speaking (2)**
59:5,7
**specific (1)**
104:25
**specifically (11)**
9:9;33:2,25;38:8;
57:22;63:16;65:16;
74:12;90:13;94:18;
105:3
**speech (1)**
34:6
**speed (1)**
54:8
**spell (2)**
4:23;5:1
**spend (1)**
6:9
**spinal (156)**
9:14,17;13:4,7,9,15,
16;14:7,8,11;15:1,4,7,
11,14,15,17,22,24;
17:11,12,15,15,18,20;
18:2,4,10,10,14,17,23;
19:2,5,6,24;23:7,9,9,
21,25;24:19,22,24;
25:1,1,5,13,16,18,22,
25;26:4,17;27:2,23;
28:14,22,23,25;29:5,6,
10,13;30:5;35:21;36:6;
39:3;41:24,25;42:5,7,
8;43:1,12,15,17,18,22;
44:3,17;51:20;52:2,4,
6;54:12,20;55:1,7;
56:22;60:25;63:10;
64:21,22;65:11,17;
66:10;67:14,16,18,23,
24;68:2,3,14;69:21;
70:2;71:7,10;73:1;
74:22;75:17;76:24;
77:3,12,20,24;79:1,3,
10,12,13,15;80:20,25;

81:5,7,10,13;82:13,14;
83:13,23;84:1;86:3,6,
12,13,18,18,25;91:7;
97:3;98:1;99:11;
100:25;101:3;102:24;
103:2,14,16,22;104:3;
106:18;107:4;108:10
**spine (28)**
10:13;11:25;13:2,2;
16:3;19:13;20:6,12;
24:15;25:15;27:13;
30:16;32:10;34:21;
37:22;44:9;45:11;
47:10;53:25;57:3;
61:15,16;71:14,19;
72:1;82:22;101:8,17
**spoke (1)**
69:14
**spondylosis (5)**
48:1;51:9,10;53:22;
54:3
**spongy (2)**
34:14;55:8
**spot (1)**
42:6
**spur (1)**
30:20
**spurring (4)**
51:10,11;54:4;
103:23
**spurs (4)**
30:17,18;103:24;
104:4
**squeeze (1)**
55:16
**squeezed (1)**
101:14
**SSM (10)**
5:25;6:18,19;7:23;
85:1,5,9,16,19;95:2
**St (32)**
5:15,21;6:12,14,15,
22;7:10,18,21,23;8:11;
9:15;10:7;11:1;33:16,
20;35:6;52:22;53:11;
57:23;60:19;70:15;
71:18;85:24;88:12;
89:11;90:5;91:22;
92:10;94:22;100:19;
110:4
**staff (3)**
7:10,11;105:14
**stairs (1)**
61:24
**stamped (1)**
81:22
**stands (1)**
45:21
**start (3)**
8:10;19:19;35:13
**started (4)**
5:6;7:22;39:22;90:8
**starts (1)**

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 43 of 45   Page ID #2963

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

29:6
**state (1)**
4:23
**statement (2)**
65:14;67:25
**statements (1)**
82:2;105:7;109:2
**States (1)**
5:20
**status (2)**
68:17;72:19
**staying (1)**
18:15
**sterile (1)**
56:11
**stick (1)**
74:1
**still (8)**
37:14,18;40:2;49:8;
67:7;78:6;84:10;105:9
**Stopping (1)**
57:15
**strength (1)**
99:18
**strictly (1)**
22:23
**strike (8)**
9:4;39:8;40:21;
46:16;47:15;75:4;
78:22;106:19
**structure (1)**
13:15
**studies (16)**
10:11,16,17;23:12;
28:10;40:24;46:15,17,
22;48:12,18,23;49:5;
50:12,14;72:15
**study (6)**
26:22;27:1,6;34:21;
40:9;84:14
**studying (1)**
32:13
**stuff (1)**
68:10
**subjective (3)**
27:4;64:22;106:9
**successful (1)**
50:15
**suffer (2)**
62:12,13
**suffered (1)**
49:8
**suffering (1)**
51:20
**sufficient (1)**
53:16
**suite (1)**
90:22
**supervised (1)**
7:11
**supervision (1)**
46:10
**supplies (1)**

103:1
**supply (1)**
102:24
**Sure (45)**
4:18;5:9;12:12;
13:21;14:7,14;15:6;
19:4;25:6;31:12;32:12;
35:12;36:24;37:18,23;
43:11;44:8;45:10;
46:25;47:2;48:3;50:2;
52:19,23;53:24;55:22,
24;56:21,21;57:6;
59:17,18;63:1;69:13;
71:4;72:7,10;76:17,23;
81:25;83:7;94:23;
104:23,24;110:12
**surgeon (1)**
47:23
**surgery (53)**
6:21;7:24;21:1;
28:15;29:11;33:14;
41:20,21;42:17,21;
44:4,22;45:1,5,6,8;
46:19,23,25;48:25;
49:9,12,15;53:5,7;
58:15;61:23;62:22,23,
24;66:12,14;68:22;
69:4,6;70:1;74:25;
77:6,22;88:18,24;
89:13;90:8,20;92:24;
93:9;94:2,9;95:12;
96:12;97:6;102:12;
109:7
**surgical (3)**
22:16;33:16;98:2
**surgically (1)**
22:9
**suspect (3)**
22:10;41:14;63:19
**swell (2)**
43:15;44:2
**swelling (5)**
43:13,20,23;61:18;
98:5
**swells (2)**
17:24;43:14
**Swiss (1)**
5:17
**Switzerland (1)**
5:12
**sworn (1)**
4:7
**sympathetic (1)**
81:8
**symptom (7)**
21:24;42:25;68:11;
87:10;107:6,11,11
**symptoms (23)**
21:3;22:2;29:15;
38:16;42:20;49:7;63:4;
65:13;69:16;70:4;
74:23;77:16;87:9,11,
24;88:1;89:19;91:6;

95:17;98:4;100:9;
109:6,9
**system (6)**
6:2;25:10;26:5,8,9;
81:8

---

## T

**T2 (4)**
12:13;13:1;75:25;
76:6
**table (1)**
21:4
**talk (5)**
5:4;54:14;56:16;
72:9;105:13
**talked (4)**
26:4;73:5;96:1;
107:3
**talking (3)**
52:6;73:24;101:6
**talks (1)**
103:23
**tasks (1)**
107:15
**teaching (1)**
5:22
**techs (1)**
88:14
**telephone (3)**
59:3;69:9,15
**telephonic (1)**
4:1
**telling (1)**
80:4
**tells (1)**
76:21
**ten (2)**
25:18;28:23
**term (5)**
29:22;36:9;51:25;
84:11;86:7
**terms (9)**
19:9;24:15;26:5;
42:19;43:9;72:19;82:9;
87:3;102:3
**terrible (5)**
21:13;45:17;79:23,
25;106:1
**testified (2)**
4:7;16:2
**testimony (1)**
31:4
**tests (1)**
80:24
**Tetraparesis (2)**
82:19,20
**thanks (1)**
76:14
**therapy (6)**
73:19;102:18,20,22,
23;103:1
**therefore (2)**

43:17;84:20
**third (4)**
21:16;96:21;97:25;
98:24
**thoracic (1)**
24:21
**though (7)**
31:8;47:5;55:5;57:2;
67:2;81:14;85:18
**thousands (1)**
66:25
**three (12)**
21:11;29:7,9;37:1,2,
20;45:4;61:22;76:7;
96:11;97:10;104:9
**throughout (1)**
101:6
**Tim (3)**
4:11;82:25;105:18
**timeline (1)**
32:1
**times (3)**
21:5;92:18;97:10
**Tim's (1)**
64:25
**tingling (18)**
21:23,23;22:3;26:17;
39:13;40:23;77:20;
91:2;93:23;98:15;
100:11;108:7,8,10,14,
16,20,24
**tissue (5)**
19:11;23:1;101:1,7,
13
**tissues (1)**
57:16
**title (1)**
8:4
**today (5)**
5:4;60:8;84:4;100:7;
104:16
**together (4)**
45:16;46:12;54:1;
55:17
**told (2)**
49:6;105:7
**Tolerating (1)**
93:14
**took (4)**
7:25;39:23;85:11;
101:25
**top (4)**
13:2;15:10;24:22;
55:18
**tough (3)**
19:15;54:16,20
**toward (4)**
30:2,2;56:23;76:2
**towards (1)**
76:5
**town (2)**
55:23;58:14
**track (1)**

109:24
**traction (3)**
21:6,14;23:19
**trained (3)**
39:11,15,18
**training (4)**
41:6,9,12;89:2
**transcript (1)**
109:15
**transferred (1)**
53:11
**translation (2)**
82:13;83:24
**transmitters (1)**
67:23
**transportation (1)**
93:2
**transsection (1)**
81:13
**traumatized (1)**
29:14
**travel (2)**
10:4;60:19
**traveling (1)**
25:21
**treat (2)**
20:23;66:21
**treated (2)**
5:5;22:9
**treating (1)**
8:25
**treatment (19)**
20:22;22:16;23:14;
32:5;46:9;47:19;54:6;
58:5;60:4,10;63:17;
65:16;69:12;71:9;73:9;
88:5;102:17,22,23
**treatments (1)**
22:12
**treats (1)**
46:9
**tremendous (2)**
25:15;52:20
**triage (1)**
96:21
**triceps (3)**
35:14,21;36:25
**tries (1)**
43:15
**trip (1)**
100:24
**trouble (1)**
107:10
**true (1)**
74:25
**try (6)**
23:17;36:4;50:4;
60:17;80:5;103:24
**trying (1)**
23:19
**tube (1)**
19:12
**tumor (5)**

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC     208.529.5491
208.529.5496 FAX

(13) state - tumor

Case 3:16-cv-00544-MJR-MAB   Document 146-9   Filed 07/31/18   Page 44 of 45   Page ID #2964

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

11:10;26:25;27:25;
29:5,8
**turn (18)**
31:20;33:3,4,5;46:2;
50:17;52:9;57:17;
58:23;63:14;69:8;73:2;
75:13;92:3;94:20;95:5;
96:13;102:7
**turning (1)**
18:19
**two (21)**
23:19;37:3;43:9;
44:8;45:16;52:14;
54:15;55:14;56:23;
66:6,7,15;68:23,25;
70:19;77:12,15;95:4;
97:21;98:14;101:3
**two-and-a-half (1)**
57:3
**two-year (1)**
104:13
**type (3)**
44:4;69:4;101:19
**types (1)**
109:6
**typical (12)**
35:10;38:22;46:14,
21;48:25;53:4;66:5,13;
69:6;77:8;106:18,20
**typically (6)**
56:5,14;63:25;69:20;
86:8;90:16

**U**

**ultimately (1)**
88:23
**unable (1)**
24:8
**uncertain (1)**
63:3
**uncommon (1)**
61:2
**uncommonly (1)**
74:2
**under (4)**
46:10;72:1;94:16;
98:4
**undergraduate (1)**
5:9
**underlying (2)**
62:23,24
**Understood (1)**
63:1
**unforgiving (1)**
101:3
**unfortunately (1)**
48:22
**unique (1)**
91:6
**unit (5)**
40:5;57:23,25;58:1,2
**United (1)**

5:20
**units (1)**
57:24
**University (5)**
5:10,15,16,21;59:22
**unknown (1)**
65:12
**unless (9)**
21:2;27:1;38:12;
42:7;55:23;61:21;
62:22,23;105:22
**unlikely (1)**
36:18
**unsteadiness (1)**
74:20
**unsteady (6)**
69:17;70:23;72:24;
74:5,8,8
**up (12)**
9:9;11:1;17:24;
25:16,25;32:18;43:14;
44:1;61:19;77:12;86:6;
103:15
**upon (6)**
20:24;38:15;44:23;
49:14;74:2;101:19
**upper (4)**
9:10;35:13;36:10;
75:24
**upside (1)**
21:4
**urologist (1)**
6:9
**use (10)**
21:3;45:23;56:16;
57:4,5;61:13;65:24;
82:9;91:17,18
**used (8)**
13:11;19:8;54:9;
55:10;66:20,25;67:5,6
**useless (1)**
67:9
**using (3)**
56:24;68:25;92:9
**usual (1)**
55:8
**usually (11)**
21:8;30:14,18;53:6;
54:17;55:14;58:9,13;
70:20;77:13,14
**Utah (1)**
5:10

**V**

**variable (1)**
78:17
**variation (1)**
101:20
**varies (1)**
74:16
**varying (1)**
74:20

**verbalized (1)**
97:15
**vertebral (5)**
45:12;48:9;49:3;
103:25;104:5
**vibrate (1)**
69:1
**view (15)**
14:18,20,20,21,23,
25;15:7,7;16:23;18:12,
20;75:21;80:12,12;
103:17
**views (5)**
14:22;80:10,14,14,
16
**virtually (1)**
99:15
**visit (6)**
64:6;69:5;71:15;
73:4;95:14;97:22
**voice (1)**
24:8
**Voiding (1)**
93:16

**W**

**W2065 (1)**
12:25
**wait (2)**
41:24;42:10
**waited (1)**
42:17
**waiting (1)**
93:2
**waive (2)**
109:16,17
**walk (2)**
26:1;35:9
**walked (2)**
29:7;94:16
**walking (3)**
34:14;73:20;92:22
**waned (1)**
89:23
**wants (1)**
59:17
**ward (1)**
40:8
**water (1)**
17:23
**waxed (1)**
89:23
**way (18)**
10:22;11:17;22:13;
23:16;26:23;27:2;30:3,
11;39:10;44:2,17;
60:19;87:23;96:22;
97:25;98:24;102:10;
103:6
**ways (2)**
21:12;44:8
**weak (4)**

9:10;21:19,20;40:9
**weaker (3)**
35:23,24,25
**weakness (46)**
9:17;21:16;22:5;
23:20;24:2,5,7,11,12;
27:17,24;29:8,12;
35:14;36:1,8,12,17,19,
23,24,25;37:1,2,16,25;
38:2;39:8,13;40:23;
42:12,15,22,25;49:7;
64:7;68:10;74:16,20;
77:20;82:20;98:15;
107:3,7,12,19
**wear (1)**
66:6
**week (4)**
23:19;29:4;60:13;
87:22
**weeks (11)**
49:9;61:9;62:4;66:6,
7,15;68:23,24,25;
70:20;95:11
**weight (5)**
19:22;20:7,8,17,18
**weighted (1)**
13:1
**well-developed (1)**
98:19
**well-nourished (1)**
98:20
**well-trained (2)**
40:20,22
**Wexford (1)**
4:19
**what's (11)**
12:12;14:21;15:1,6;
22:21;25:9;26:13,25;
38:14;66:8;81:7
**whenever (1)**
52:24
**whereas (1)**
23:8
**wherever (1)**
52:24
**white (1)**
15:23
**whitish (5)**
14:10,12;15:16,16;
17:17
**whole (2)**
40:6;88:13
**Whoops (1)**
95:6
**who's (5)**
56:9,10;69:21;88:24,
24
**Whose (1)**
47:16
**within (9)**
13:8;16;14:7,10;
15:24;45:6;87:17;
101:17,18

9:10;21:19,20;40:9
**without (2)**
27:5;32:23;77:9;
78:4;93:16
**witness (23)**
4:6;12:21;14:1;
16:19,23;39:15,18;
41:3;51:23;64:16,19;
69:25;74:11;76:10;
78:13;83:19;89:7;
106:14,24;107:1;
108:3;109:17,20
**words (6)**
17:21;28:25;29:25;
53:24;81:6;103:23
**work (6)**
11:17;59:23;64:11;
68:17,19;102:24
**worked (3)**
5:12;46:12;57:22
**working (4)**
6:12,20;24:2;78:3
**works (5)**
21:14;45:25;67:4,19,
21
**world (2)**
5:23,24
**world's (2)**
5:12,22
**worse (2)**
54:19;55:6
**worsens (1)**
87:11
**wound (1)**
95:19
**write (2)**
33:23;107:10
**writing (2)**
56:10;107:17
**written (3)**
34:10;104:22;109:1
**wrong (2)**
71:1;86:10
**wrote (3)**
50:22,23;104:21

**X**

**X-ray (8)**
46:24;47:2;71:4,20,
25;80:19,21;108:18
**X-rays (2)**
10:25;23:1;72:15

**Y**

**Yasargil (1)**
5:13
**years (16)**
7:17,19;11:16;29:9;
30:18,21;46:13;49:9;
66:25;67:2;77:13,15;
85:8;87:10;102:4;
104:9

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC       208.529.5491
208.529.5496 FAX

(14) turn - years

ARMBRUSTER vs.
WEXFORD HEALTH SOURCES, INC, et al.

GREGORY BAILEY, M.D. PH.D
May 3, 2018

**Yep (3)**
14:16;18:22;92:23

## Z

**Zurich (1)**
5:12

## 1

**1 (7)**
4:3;9:20;30:23,24;
33:3;61:17;110:4
**1/4/2015 (1)**
96:19
**10 (1)**
92:6
**10:15 (1)**
94:10
**10:30 (1)**
60:13
**100 (1)**
55:25
**11/12 (1)**
95:11
**12 (8)**
24:20;25:20;38:10;
61:9;62:4;68:24;92:24;
99:15
**12:40 (1)**
32:11
**12-hour (1)**
90:19
**14 (2)**
84:25;101:25
**15 (3)**
53:21;76:9;105:9
**153 (1)**
110:5
**16 (1)**
75:6
**16th (1)**
69:10
**1776s (1)**
16:11
**19 (1)**
5:25
**1989 (1)**
6:20

## 2

**2 (6)**
8:10;13:5;33:4;
57:25;61:18;99:15
**20 (1)**
94:6
**2010 (1)**
5:25
**2011 (1)**
100:9
**2014 (13)**
5:5;6:12;9:6;11:15;

12:2;23:11;28:10;44:5;
49:6;52:18;63:15;
69:10;86:2
**2015 (6)**
75:6;96:9;102:15;
103:8,18;104:7
**2016 (2)**
6:5;100:18
**20th (1)**
73:4
**24 (2)**
101:18;102:1
**240 (1)**
71:15
**245 (1)**
95:5
**25 (3)**
7:17;46:13;85:8
**254 (1)**
95:6
**26 (1)**
66:4
**26th (7)**
12:1;23:11;28:10;
32:10;44:5;90:6;94:10
**2-7 (3)**
18:21;28:17;30:6
**27th (3)**
46:18;49:6;94:11

## 3

**3 (8)**
10:12;11:21;13:5;
23:13;28:16;30:7;31:2,
17
**3:15 (1)**
4:1
**30 (1)**
66:25
**30- (1)**
90:16

## 4

**4 (4)**
13:5;16:15;75:13;
79:18
**4/7 (1)**
75:19
**40 (1)**
96:13
**40-year-old (1)**
33:24
**41 (1)**
97:8
**4-15 (2)**
17:2;18:15
**4-16 (3)**
16:16,20;18:16
**42 (3)**
92:3,12,13
**43 (1)**

97:21
**44 (1)**
98:23
**45 (2)**
56:15;94:5
**45-minute (1)**
90:17

## 5

**5 (6)**
4:3;13:5;81:17,19;
104:22;109:2
**5:20 (1)**
111:5
**5:40 (1)**
90:5
**500 (1)**
5:23
**55 (1)**
67:2
**5-6 (1)**
13:6
**5th (1)**
52:18

## 6

**6 (3)**
109:25;110:1,3

## 7

**7 (3)**
76:9;110:6,8
**7/15 (5)**
75:20,23,24;76:8;
77:18
**70 (1)**
23:18;24:1,3

## 8

**8 (8)**
16:9;61:9;62:4;
68:24;110:10,11,17,18
**8,000 (1)**
78:15
**8/29 (1)**
47:12
**8:15 (1)**
90:8
**886 (1)**
16:8
**888 (2)**
16:7,10
**8th (2)**
63:15;66:5

## 9

**9/26 (1)**
47:1

**9/27 (1)**
47:9
**9:27 (1)**
92:6
**9:30 (1)**
92:7
**933 (1)**
26:25
**934 (1)**
26:24
**97 (1)**
36:15

Min-U-Script®

office@ttreporting.com
ttreporting.com

T&T Reporting, LLC
208.529.5496 FAX

208.529.5491

(15) Yep - 97