**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# Exhibit 12

**NURSE SICK CALL**

from **JANUARY 13**

WEEK 3

December 2013    January 2014

Sick

| MONDAY, JAN. 13    13/352 | TUESDAY, JAN. 14    14/351 | WEDNESDAY, JAN. 15    15/350 |
|---|---|---|
| 7 | 7 | 7 |
| :15 | :15 | 15 |
| :30 | :30 | 30 |
| :45 | :45 ~Reshlick Larendon~ | 45 |
| 8 | 8 | 8  Two to Generalin |
| :15 | :15 | :15 |
| :30 | :30  Cream took me out | 30 |
| :45 | :45 | 45 |
| 9 | 9 | 9 Ambruster SC 2006 |
| :15 | :15  Talk to Dr about | 15 RENEW med . |
| :30 | :30  Carterville | 30 |
| :45 | :45 | 45 |
| 10 | 10 | 10 |
| :15 | :15 | 15  See Dr. Re Medicines |
| :30 | :30 | 30 |
| :45 | :45 | 45 |
| 11 | 11 | 11  . INFECTION ON |
| :15 | :15 | 15  FINGER . |
| :30 | :30 | 30 |
| :45 | :45 | 45 |
| 12 | 12 | 12  Refill meds |
| :15 | :15 | 5 |
| :30 | :30 | 30 |
| :45 | :45 | 45 |
| 1 | 1 | 1  AM BACK |
| :15 | :15 | 15 |
| :30 | :30 | 30 |
| :45 | :45 | 45  REFILL Acyclovir |
| 2 | 2 | 2 |
| :15 | :15 | 15 |
| :30 | :30 | 30 |
| :45 | :45 | 45  Get finger Never |
| 3 | 3 | 3  out |
| :15 | :15 | 15 |
| :30 | :30 | 30 |
| :45 | :45 | 45  Jail hurts |
| 4 | 4 | 4 |
| :15 | :15 | 15 |
| :30 | :30 | 30 |
| :45 | :45 | 45 |
| 5 | 5 | 5 |
| :15 | :15 | 15 |
| :30 | :30 | 30 |
| :45 | :45 | 45 |
| 6 | 6 | 6 |
| :15 | :15 | 15 |
| :30 | 30 | 3 |
| 45 | 45 | 4 |
| 7 | 7 | 7 |
| 15 | 15 | |
| 30 | 30 | |
| :45 | :45 | 45 |
| 8 | 8 | 8 |
| :15 | :15 | 15 |
| :30 | :30 | 30 |
| 45 | :45 | 45 |

from **MARCH 31**                                    *Sun*                    WEEK 14

March 2014 | April 2014

| MONDAY, MAR. 31 90/275 | TUESDAY, APR. 1 91/274 | WEDNESDAY, APR. 2 92/273 |
|---|---|---|
| 7 ▮ | 7 | 7 ▮ |
| :15 ✓ BP | :15 *Harper,* | :15 *Eye Drops* |
| :30 | :30 | :30 |
| :45 ▮ | :45 | :45 |
| 8 | 8 ▮ | 8 ▮ |
| :15 BP ✓ | :15 *Eye drops* | :15 |
| :30 | :30 | :30 *B/P* |
| :45 | :45 | :45 |
| 9 ▮ | 9 ▮ | 9 *Armbruster SO2006* ⭕ |
| :15 *Refill Pain meds* | :15 *B/P* | :15 *Refill Pain meds* ⭕ |
| :30 *Armbruster SO2006* | :30 | :30 |
| :45 *Refill Pain meds Rescheduled* | :45 ▮ | :45 |
| 10 ▮ | 10 *Rash to face* | 10 |
| :15 | :15 | :15 |
| :30 *Eye drop* ✓ | :30 ▮ | :30 |
| :45 | 45 *Backache, Headache, body pain* | 45 ▮ |
| 11 ▮ | 11 | 11 *Constipation* |
| :15 | :15 ▮ | :15 |
| :30 *B/P* | :30 FACE RASH | :30 ▮ |
| :45 ▮ | :45 | :45 |
| 12 | 12 | 12 *C/o symptoms of* |
| :15 | :15 | :15 *B/P problems* |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 1 ▮ | 1 | 1 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 2 ▮ | 2 | 2 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 3 | 3 | 3 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 4 | 4 | 4 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 5 | 5 | 5 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 6 | 6 | 6 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 7 | 7 | 7 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 8 | 8 | 8 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |

Armbruster v. Wexford, et al. (16-544) IDOC Document No.: 001290

| May 2014 | | | | | | | June 2014 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|  |  |  |  | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 | 29 | 30 |  |  |  |  |  |

## to APRIL 27

### THURSDAY, APR. 24    114/251

- 7
- :15  B/P✓  '93
- :30
- :45
- 8  [redacted]  B/P✓
- :15
- :30
- :45
- 9  [redacted]  BP✓    MD Line
- :15
- :30
- :45
- 10  [redacted]  Need ↓ bunk due to  Bad fear & Fell
- :15
- :30
- :45
- 11  [redacted]  STD ✓ + Tx
- :15
- :30
- :45  Armbuster # 503006  see M.D.
- 12  [redacted]  STD ?
- :15
- :30
- :45
- 1   Kris
- :15
- :30
- :45
- 2  CALL OVER,  B/P ✓
- :15  [redacted]
- :30
- :45
- 3  [redacted]  B/P  MD line
- :15
- :30
- :45
- 4
- :15
- :30
- :45
- 5
- :15
- :30
- :45
- 6
- :15
- :30
- :45
- 7
- :15
- :30
- :45
- 8
- :15
- :30
- 45

### FRIDAY, APR. 25    115/250

- 7  B/P✓
- :15
- :30
- :45
- 8  [redacted]
- :15
- :30  [redacted]
- :45  B/O
- 9  [redacted]  see M.D. for eye
- :15
- :30
- :45
- 10  review med
- :15  [redacted]
- :30  "
- :45  Give ✓ ... bed
- 11  "
- :15  [redacted]
- :30
- :45  Rush & Sore in nose
- 12  [redacted]
- :15
- :30  Sore toes from shoes
- :45
- 1  [redacted]
- :15  Can hardly R7 am numb
- :30  Sharp chest pain
- :45  "
- 2  MD  Chest Cold
- :15
- :30
- :45
- 3  [redacted]
- :15
- :30
- :45
- 4  leg pain still
- :15
- :30
- :45
- 5
- :15
- :30
- :45
- 6
- :15
- :30
- :45
- 7
- :15
- :30
- :45
- 8
- :15
- :30
- 45

### SATURDAY, APR. 26    116/249

- 7  B/P✓
- :15
- :30
- :45
- 8  [redacted]
- :15
- :30
- :45
- 9  B/P
- :15
- :30  [redacted]
- :45  B/P✓
- 10  [redacted]
- :15
- :30  Request To see MD
- :45
- 11
- :15
- :30  Kris
- :45
- 12  [redacted]
- :15
- :30  eye
- :45
- 1
- :15
- :30
- :45
- 2
- :15
- :30
- :45
- 3
- :15
- :30
- :45
- 4
- :15
- :30
- :45
- 5
- :15
- :30

### SUNDAY, APR. 27    117/248

- [redacted]  B/P✓
- [redacted]  B/P✓
- [redacted]  eye
- [redacted]  see M.D.

AT·A·GLAN-

Sick

from **MAY 12**

WEEK 20

April 2014    May 2014

**MONDAY, MAY 12**   132/233

**TUESDAY, MAY 13**   133/232

**WEDNESDAY, MAY 14**   134/231

B/P ✓

B/P

B/P

eye drop

B/P

Wants Low Galley

✓ See M.D.

Armbruster SO2006
S/R pinched nerve

HW Results

// Kris

Headach

Inhaler & others dont work

CALL OVER

June 2014   July 2014

to **MAY 18**

| THURSDAY, MAY 15   135/230 | FRIDAY, MAY 16   136/229 | SATURDAY, MAY 17   137/228 |
|---|---|---|
| 7 | 7 | 7   Armed Forces Day |
| :15   Yates | 15   B/P | :15   B/P |
| :30 | 30 | :30   B/P |
| :45   B/P | 45 | 4 |
| 8 | 8   F/U Rushing fr | 8   Armbruster SO 2006 |
| :15   B/P | :15   b/p | 1   B/P |
| :30 | 30 | 4 |
| :45 | :45   O/P | 4 |
| 9   B/P | 9 | 9   meds not working. Need |
| :15 | 5   Armbruster SO 2006 | :15   different med |
| :30   Yates | 0   B/P | 3 |
| :45   ON AND OFF PAIN | :45 | 45 |
| 10   THE GROINING AREA | 10 | 10   Yates - on my leg |
| :15 | :15   F/U on wound of | 5   they are swelling |
| :30   Armbruster Kerry SO2006 | :30   upper leg | 3 |
| :45   B/P | :45 | 45 |
| 11 | 11 | 11   need to speak c Dr |
| :15 | :15 | :15 |
| :30 | 30   throat problem | :30 |
| :45   KRW | 45 | 45   Bambe do fed dead |
| 12   1240PM | 12 | 12   3 months |
| :15   ATHLETE'S FOOT | :15   need to see Dr | :15 |
| :30 | :30 | :30 |
| :45 | :45 | 4   know what a another |
| 1 | 1   athletes foot | 1 |
| :15   RX RAN OUT | :15 | 1 |
| :30 | :30 | 30   pain in lung when |
| :45 | :45 | 45   4 mo. of blood in stool |
| 2 | 2   RX RAN OUT | 2 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45   KRW | :45 |
| 3 | 3 | 3 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 4 | 4 | 4 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 5 | 5 | 5 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 6 | 6 | SUNDAY, MAY 18   138/227 |
| :15 | :15 | B/P |
| :30 | :30 | B/P |
| :45 | :45 | Armbruster SO 2006 |
| 7 | 7 | B/P   464 |
| 15 | 15 | Arnold R. # S13553 |
| 30 | 3 | Spider bite |
| 45 | 45 | |
| 8 | 8 | |
| :15 | :15 | |
| :30 | :30 | |
| :45 | :45 | |

AT-A-GLANCE

Armbruster v. Wexford, et al. (16-544) IDOC Document No.:   001293

from **MAY 19**

WEEK 21

April 2014 / May 2014

| MONDAY, MAY 19 | TUESDAY, MAY 20 | WEDNESDAY, MAY 21 |
|---|---|---|
| 139/226 | 140/225 | 141/224 |

**MONDAY, MAY 19**

- 7 ... b/p
- :15
- :30
- :45
- 8  b/p ✓  b/p✓
- :15
- :30
- :45  b/p✓
- 9  Armbruster · SO 2006 · b/p
- :15
- :30
- :45
- 10  N66038 b/p
- :15
- :30
- :45
- 11
- 15
- 30
- :45
- 12  Call Over
- 15
- 30
- 45  ® Swelling to eye
- 1
- 15
- 30  Spider Bite   ERROR h/o
- :45
- 2
- :15
- :30
- :45
- 3
- :15
- 30
- :45
- 4
- 15
- :30
- :45
- 5
- 15
- :30
- :45
- 6
- 15
- 30
- 45
- 7
- :15
- :30
- :45
- 8
- :15
- :30
- 45

**TUESDAY, MAY 20**

- 7   b/p
- :15
- 30  Armbruster, SO 2006 · · b/p
- 45
- 8
- :15
- 30  Back Pain
- 45
- 9
- :15
- 30  STD test
- 45
- 10
- 15  dry itchy skin
- 3
- 45
- 11   Kim
- :15
- :30
- :45
- 12  back pain Dupixel
- :15
- :30
- 4
- 1  shoulder pain
- :1
- :30
- 45
- 2  ↑ temp
- 15
- 30  Albuterol TX
- .45
- 3   Kim
- :15
- :30
- :45
- 4  triam cream to back
- :15
- 30
- 45
- 5
- 15
- 30
- 45
- 6
- 15
- :30
- 45
- 7
- :15
- :30
- :45
- 8
- :15
- :30
- 45

**WEDNESDAY, MAY 21**

- 7   b/p
- 15  Armbruster, SO 200 c b/p
- 3b
- 45
- 8  Peggy's ..., leg pain / leg xray results
- 15
- 30
- 45
- 9   itching
- :15
- 30
- 45
- 10  wants to see Dr Shah
- 15
- 30
- 45
- 11
- 15
- 30  Albuterol TX
- 45
- 12  Stress tests   57 z
- 15
- 3
- 45
- 1
- 1  triam to back
- 30
- 45
- 2
- 15
- 30  c/o D dupr
- 45
- 3   EAR BLEEDING
- 15
- 30
- 45
- 4  Swollen feet   Kim
- 15
- 30
- 45  Rothrfury.
- 5   Whymy coughing & puss in my ...
- 15
- :30
- 45
- 6  Big Toe infection
- :15
- 30
- 45
- 7
- 15
- 30
- 45

Armbruster v. Wexford, et al. (16-544) IDOC Document No.:    001294

from **MAY 26**

WEEK 22

April 2014
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

May 2014
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

| MONDAY, MAY 26    146/219 | TUESDAY, MAY 27    147/218 | WEDNESDAY, MAY 28    148/217 |
|---|---|---|
| 7 — Memorial Day ▓▓▓ | 7 ▓▓▓ | 7 ▓▓▓ |
| :15  B/p ✓ | :15 | :15 |
| :30 | :30  triam to back | :30  triam to back |
| :45 | :45 | :45 |
| 8 ▓▓▓ Lt off | 8 ▓▓▓ | 8 ▓▓▓ |
| :15 | :15 | :15 |
| :30 | :30  eye drops | :30  eye drops |
| :45 ▓▓▓ | :45 | :45 |
| 9  triam to back | 9  Kris | 9  (Armbruster, G. #S02006 Can't walk very good) |
| :15 | :15 | :15 |
| :30 ▓▓▓ | :30 | :30 |
| :45 | :45 ▓▓▓ MD line | :45 |
| 10 | 10  B/P | 10  breaking out c̄ blisters |
| :15 | :15 | :15 |
| :30  Kris | :30 | :30 |
| :45 ▓▓▓ | :45 | :45 |
| 11  B/P  CALL OVER | 11  med renewal | 11 ... to hernia back hip surg. work w/ frailty |
| :15 | :15 | :15 |
| :30 | :30  ▓▓▓ out break | :30 |
| :45 ▓▓▓ Lt shoulder pain | :45 | :45 |
| 12 | 12 ▓▓▓ | 12 ▓▓▓ |
| :15 | :15  out break | :15 |
| :30 | :30 | :30  bladder spasms |
| :45 | :45 | :45 ▓▓▓ |
| 1 | 1 ▓▓▓  Neck pain | 1  B/P |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 ▓▓▓ | :45 |
| 2 | 2  B/P | 2 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 3 | 3 | 3 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 4 | 4 | 4 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 5 | 5 | 5 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 6 | 6 | 6 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 7 | 7 | 7 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 8 | 8 | 8 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| | :45 | :45 |

| July 2014 | August 2014 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 | 1 2 |
| 6 7 8 9 10 11 12 | 3 4 5 6 7 8 9 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 |
| 27 28 29 30 31 | 24/31 25 26 27 28 29 30 |

to **JUNE 22**

### THURSDAY, JUN. 19   170/195

- 7
- 1130A / :30 Cream to Back
- :45
- 8  Eye Drops
- :15
- :30
- :45
- 9
- :15
- :30 Renew prescription
- :45
- 10
- :15 Talk to DoD
- :30
- :45
- 11  See M.D. Re: foot
- :15
- :30
- :45 knots on wrist
- 12
- :15
- :30 Renew Zantac + Allopurinol
- :45
- 1
- :15 I need inhaler  MD Line (Asthma Clinic)
- :30
- :45
- 2  Medication Refill
- :15
- :30
- :45 Kris
- 3
- 4
- 5
- 6
- 7
- 8

### FRIDAY, JUN. 20   171/194

- 7
- 1130A / :30 Cream to Back
- :45
- 8  Eye Drops  16-00
- :15
- :30
- :45
- 9
- :15  4C-11
- :30  (11587)
- :45 Key foot
- 10
- :15 Armbruster 502006  (circled in red)
- :30 [illegible]
- :45
- 11
- :15
- :30 Bath Bed
- :45
- 12
- :15 Arthritis knee
- :30
- :45
- 1  Back : Aneurysm
- :15
- :30
- :45 Back / left
- 2
- :15
- :30  shoulder numbing
- :45 Upper [illegible]
- 3
- :15
- :30
- :45
- 4  Kris
- 5
- 6
- 7
- 8

### SATURDAY, JUN. 21   172/193

Summer begins

- 7
- 1130A / Cream to Back
- :45
- 8  Eye Drops  1E-05
- :15
- :30
- :45
- 9  10--
- :15  4C-11
- :30
- :45
- 10  Rash
- :15
- :30
- :45 bottom bunk
- 11
- :15
- :30  Kris
- 12
- :15
- :30
- :45
- 1
- 2
- 3
- 4
- 5  Sunday →   4C Snack

### SUNDAY, JUN. 22   173/192

- Cream to Back  1E-05
- Eye drops
- up '4C-11'
- Kris
- Talk to the doc

| October 2014 | November 2014 |
|---|---|
| S M T W T F S | S M T W T F S |

## to SEPTEMBER 7

| THURSDAY, SEP. 4  247/118 | FRIDAY, SEP. 5  248/117 | SATURDAY, SEP. 6  249/116 |
|---|---|---|
| 7 ████ | 7. ████ | 7 ████ |
| :15  OP | :15 Weight Empori | :18 ████ |
| :30 ████ | :30 ████ | :30 ████ |
| :45 Hydrocortisone to | :45 ████ | :45 Hydrocortisone to |
| 8 BACK | 8 ████ | 8 back |
| :15 | :15 | :15 |
| :30 ████ | :30 ████ | :30 ████ |
| :45 Toilet Pass | :45 ████ | :45 ████ |
| 9 Armbruster 502006- Need New Meds | 9 Return the Wheel Crutch | 9 Neb Tx |
| :15 | :15 | :15 |
| :30 | :30 | :30 Her Recall. |
| :45 | :45 ████ | :45 |
| 10 ████ | 0 Hydrocortisone to BACK | 10 ████ |
| :15 Needs further support | :15 | :15 ████ |
| :30 | :30 | :30 ████ |
| :45 Troy | :45 ████ | :45 moved to 9/8 |
| 11 | 11 Infection in my leg! | 11 ████ |
| :15 | :15 | :15 |
| :30 ████ | :30 ████ | :30 ████ |
| :45 Neb Tx | :45 Bak sore nose | :45 Too big to clip |
| 12 | 12 Troy | 12 ████ |
| :15 | :15 | :15 |
| :30 | :30 ████ | :30 Rele |
| :45 | :45 | :45 ████ |
| 1 | 1 Neb Tx | 1 Infection leg. |
| :15 | :15 | :15 ████ |
| :30 | :30 | :30 Sore Throat |
| :45 | :45 | :45 ████ |
| 2 | 2 | 2 Neb Tx |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 Troy |
| 3 | 3. | 3 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 4 | 4 | 4 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |
| :45 | :45 | :45 |
| 5 | 5 | 5 |
| :15 | :15 | :15 |
| :30 | :30 | :30 |

| | | SUNDAY, SEP. 7  250/115 |
|---|---|---|

| 6 | 6 | ████ |
| :15 | :15 | Back RECHECK - EARS. Eyes |
| :30 | :30 | Infected Leg |
| :45 | :45 | ████ |
| 7 | 7 | Hydrocortisone to back |
| :15 | :15 | Sore Throat |
| :30 | :30 | ████ |
| :45 | :45 | ████ |
| 8 | 8 | Neb Tx |
| :15 | :15 | |
| :30 | :30 | Rash- |
| 45 | :45 | AT-A-GLANCE |

Armbruster v. Wexford, et al. (16-544) IDOC Document No.:     001297