# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# Exhibit 15

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# SSM Medical Group

SSM MEDICAL GROUP
1055 Bowles
Suite 200
Fenton MO 63026
636-496-3900

Gregory J Bailey, MD
SSM HealthCare

3/26/2015

Gerry Armbruster
5 East St Gate Apt A
Pontoon Beach IL 62040

To Whom It May Concern,

Gerry Armbruster is under my care. Gerry Armbruster is a 41-year-old individual, who was initially seen back on 09/26 as the patient was sent over from ER at Gateway Regional Hospital. The patient was apparently in prison and has had symptoms for 5 months with weakness of both upper and lower extremities, nothing was done while he was in prison and was discharged and came into the emergency room having severe spinal cord compression down to 4 mm with cord change. The patient underwent immediate surgery the same day. The patient had significant myelomalacia of the spinal cord, likely from the long-term compression while the patient was in prison with no treatment being initiated. The patient underwent as mentioned immediate surgery and has been seen in followup. This was surgery was on 09/26/2014. The patient was seen multiple times, placed on Elavil and still having symptoms in his arms, symptoms into his legs, painful intercourse. The patient was placed on Elavil, which can help some people as well. There are 10% of people with severe spinal cord compression continue to deteriorate irrespective what is done. The patient had a repeat MRI which showed a good decompression, still signal change in the spinal cord and certainly with this amount of the spinal cord compression and encephalomalacia the risks of the continued deterioration of the spinal cord including tetraparesis and paralysis is high; therefore, patient really can not function in a normal workplace and most likely reason is lack of appropriate treatment while patient was in prison for 5 months causing continued damage to the spinal cord, making it more irreversible nature.

Sincerely,

Gregory J Bailey, MD

Gerry Armbruster 12/4/1973