**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# <u>Exhibit 16</u>



# Transcript of Ron Vitale

**Date:** May 31, 2018
**Case:** Armbruster -v- Wexford Health Sources, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

**Page 1**

```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ILLINOIS
2                    EAST ST. LOUIS DIVISION

3

4   GERRY ARMBRUSTER,       )
                            )
5          Plaintiff,       )
                            )
6          vs.              )  No. 16C0544
                            )
7   WEXFORD HEALTH          )  Hon. Michael J. Reagan, J.
    SOURCES, et. al.,       )  Hon Stephen C. Williams, M.J.
8                           )
          Defendants.       )
9

10

11

12

13            DEPOSITION OF RON VITALE

14         TAKEN ON BEHALF OF THE PLAINTIFF

15               MAY 31, 2018

16

17

18

19

20

21

22

23

24
```

**Page 2**

```
1                  I N D E X

2

3   EXAMINATION QUESTIONS

4   By Ms. Roche                     PAGE   5
    By Ms. Kinkade                   PAGE 203
5   By Ms. Schwarzlose               PAGE 225
    By Ms. Roche                     PAGE 232
6

7

8

9

10  DEPOSITION EXHIBITS

11  Exhibit No. 1                    PAGE  92
    Exhibit No. 2                    PAGE 112
12  Exhibit No. 3                    PAGE 141
    Exhibit No. 4                    PAGE 151
13  Exhibit No. 5                    PAGE 167

14

15

16

17

18

19

20

21

22

23

24
```

**Page 3**

```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ILLINOIS
2                    EAST ST. LOUIS DIVISION

3

4   GERRY ARMBRUSTER,       )
                            )
5          Plaintiff,       )
                            )
6          vs.              )  No. 16C0544
                            )
7   WEXFORD HEALTH          )  Hon. Michael J. Reagan, J.
    SOURCES, et. al.,       )  Hon Stephen C. Williams, M.J.
8                           )
          Defendants.       )
9

10

11       DEPOSITION OF RON VITALE, produced, sworn and

12  examined on May 31, 2018, between the hours of 9:00 a.m.

13  and 2:15 p.m. of that day, at the Office of the Illinois

14  Attorney General, 201 West Pointe Drive, Suite 7,

15  Swansea, IL, 62226, before Georgia Beth Long, a

16  Certified Shorthand Reporter (IL), in a certain cause

17  now pending in the United States District Court for the

18  Southern District of Illinois, East St. Louis Division,

19  between Gerry Armbruster, Plaintiff, vs. Wexford Health

20  Sources, et. al., Defendants; on behalf of the

21  Plaintiff.

22

23

24
```

**Page 4**

```
1                  A P P E A R A N C E S

2

3       For the Plaintiff:

4            Katherine A. Roche
             Loevy & Loevy
5            311 North Aberdeen Street
             3rd Floor
6            Chicago, IL 60607
             312.243.5900

7

8       For the Defendant Ron Vitale:

9            Rachel D. Schwarzlose
             Attorney General's Office - Springfield
10           500 South Second Street
             Springfield, IL 62701
11           618.236.8741

12

13      For the Defendant Wexford Health Sources:

14           Jaclyn A. Kinkade
             Cassiday Schade, LLP
15           100 North Broadway Street
             Suite 1580
16           St. Louis, MO 63102

17

18

19

20

21

22  Court Reporter:
    Georgia Beth Long, CSR/CCR
23  Illinois CSR #084-004742

24
```

Transcript of Ron Vitale
Conducted on May 31, 2018

5

1    IT IS HEREBY STIPULATED AND AGREED by and between
2    counsel for the Plaintiff and counsel for the Defendants
3    that this deposition may be taken in shorthand by
4    Georgia Beth Long, CCR/CSR, a Certified Shorthand
5    Reporter, and afterwards transcribed into typewriting;
6    and the signature of the witness is expressly waived.
7         *   *   *   *   *
8         RON VITALE,
9    of lawful age, produced, sworn and examined on behalf of
10   the Plaintiff, deposes and says:
11   (Starting time of the deposition: 9:02 a.m.)
12        DIRECT EXAMINATION
13   BY MS. ROCHE:
14   Q.  Can you please and spell your name for the
15   record.
16   A.  Ronald Vitale, V-I-T-A-L-E.
17   Q.  My name is Katie.  I'm an attorney for the
18   plaintiff in this case, Gerry Armbruster.  Have you ever
19   had your deposition taken before?
20   A.  No.
21   Q.  Okay.  So I just want to go over some ground
22   rules, just to help everything go as quickly as possible
23   so we can all get on our way.
24        An oath was just administered to you.  Do you

6

1    understand that that oath is the same as if you were in
2    a courtroom and a judge administered you that oath?
3    A.  I do.
4    Q.  Okay.  So I will just ask that your answers be
5    verbal or out loud.  No head nods or m-hms, uh-huh,
6    stuff like that; just normal everyday verbal tics that
7    humans do.  The purpose of that is because there is a
8    court reporter here --
9    A.  Sure.
10   Q.  -- taking down everything we say.  All of us are
11   guilty of it, so if you forget, there will be --
12   A.  Somebody will remind me.
13   Q.  -- three of us in the room who are used to
14   reminding you.  Another thing is that it's important
15   that we don't talk over each other.  Again, that's so
16   that the court reporter can get everything down as
17   clearly as possible.  So I'll just ask that you let me
18   finish the questions before you start to answer them.
19   A.  Okay.
20   Q.  And likewise, I will let you finish your answers
21   before I start the next question.  If I do happen to
22   start my next question and you are not done answering,
23   please feel free to speak up.
24   A.  Okay.

7

1    Q.  And say, I'm not done; or, wait, I had something
2    else to say.  I will be happy to let you finish.
3         Sort of in the same breath, if you don't
4    understand a question that I ask, please feel free to
5    speak up.  You have the right to understand the
6    questions that are asked of you.
7         So it could be just that it's confusing, or you
8    just aren't sure what I mean, I'm happy to rephrase.  Or
9    even if it's just a bad question, which Jaclyn's been
10   here for a few of them.  I always throw a few in, and
11   sometimes I catch myself.  And I'm like, just forget
12   that; that's a terrible question.
13   A.  Okay.
14   Q.  But if I don't catch myself, ask me to rephrase
15   or explain.  And again, in the same breath, if you do
16   answer the question, I will assume that you understood
17   the question that I asked.
18   A.  Okay.
19   Q.  There's -- one of the biggest differences between
20   how depositions go and how trial testimony goes is that
21   the lawyers here -- likely your attorney -- will make
22   objections.
23        But here in this setting, the purpose of a
24   deposition is to get answers to basically all questions,

8

1    except for questions that are privileged.
2         And then the judge will determine later if a
3    question and an answer should be omitted, or isn't
4    admissible.  So when the attorneys here make objections,
5    you do still have to answer.  So that's the one big
6    difference --
7    A.  Okay.
8    Q.  -- to trial testimony works.  And the one caveat
9    to that as well if your attorney instructs you not to
10   answer a question.
11   A.  Okay.
12   Q.  And we can take a break at any time.  Just let me
13   know.  The only I will ask is that if there's a pending
14   question, I'll ask that you answer the question before
15   we go on a break.
16   A.  Okay.
17   Q.  Okay.  Does all that make sense to you?
18   A.  Yep.
19   Q.  Okay.  Is there any reason you wouldn't be able
20   to give full, truthful answers here at this time?
21   A.  Not really.
22   Q.  Okay.  And I don't mean to pry, this is a
23   question that we have to ask of everyone.  Sometimes
24   people, I think, get a little offended understandably.

Transcript of Ron Vitale
Conducted on May 31, 2018

---

9

1       Do you have any medical conditions, or are you on
2  any medications that would prevent you from providing
3  accurate and truthful testimony?
4       **A. No.**
5       Q. Anything that would affect your memory at all?
6       **A. Not really.**
7       Q. Okay. When you say not really?
8       **A. No.**
9       Q. Okay. What documents have you reviewed in
10 preparation for your deposition today?
11      **A. I looked over -- just a couple of the ADs and**
12 **IDs. And I also looked over the inmate handbook.**
13      MS. SCHWARZLOSE: Mr. Vitale, remember, she's
14 trying to think of everything.
15      MR. VITALE: Oh, everything. Okay.
16      **A. I also looked over this CMS job description. I**
17 **think that's about it.**
18      Q. Okay.
19      **A. Also, the information -- yes, that I filled out,**
20 **prior to coming to this. And I have three documents of**
21 **that that I filled out prior to.**
22      Q. What is that document?
23      **A. These are --**
24      Q. Oh, I see.

---

10

1       MS. SCHWARZLOSE: Discovery responses.
2       MR. VITALE: Discovery responses, these are.
3       Q. MS. ROCHE: Okay. And are those your --
4       **A. Yes.**
5       Q. I see objections to the interrogatories. Are the
6  interrogatories there?
7       **A. I'm not -- yes. Right there.**
8       MS. SCHWARZLOSE: She means, like, what other
9  documents.
10      MR. VITALE: Oh. I got this this morning.
11      MS. SCHWARZLOSE: It's his responses to
12 interrogatories.
13      MS. ROCHE: We'll figure it out. Thank you. I
14 appreciate it.
15      MR. VITALE: She can help me.
16      MS. ROCHE: Actually, that's one of the rules.
17 The attorney is not allowed to help you.
18      MR. VITALE: You didn't tell me that earlier.
19      MS. ROCHE: Yeah.
20      Q. Okay. So this is just the objections and then
21 the --
22      **A. Yes.**
23      Q. -- responses?
24      **A. Yes. And this is the one that I did just**

---

11

1  recently.
2       Q. Okay. The request to admit. Okay. Perfect.
3       **A. Yep.**
4       Q. All right. So other than the ADs and IDs, the
5  inmate handbook, the CMS job description, and the
6  discovery responses, which are these documents right
7  here --
8       **A. M-hm.**
9       Q. -- did you review any other documents in
10 preparation for your deposition today?
11      **A. No.**
12      Q. Okay. And who was present when you reviewed
13 these documents?
14      **A. She was present with me, this morning.**
15      Q. And then I do want to remind you --
16      **A. Sorry.**
17      Q. No. You're fine. I'm actually cutting you off.
18 I want to remind -- I don't think I said this out loud.
19      Any questions that I ask, you can assume that I'm
20 not asking for the substance of the conversation that
21 you had with your attorneys. I understand that that's
22 privileged and I'm not asking for those.
23      **A. Ask me the question again.**
24      Q. I just asked who was present when you when you

---

12

1  were reviewing these documents this morning?
2       **A. I don't think anybody, except my attorney.**
3       Q. Okay. Did you review the complaint at any point?
4       **A. I think so. I think so. It was a couple years**
5  **ago or something. I think it was a couple years ago,**
6  **something came through.**
7       Q. Do you remember if that complaint was the
8  original complaint that was filed?
9       **A. I would not know.**
10      Q. Let me ask you this. Was the complaint that you
11 reviewed, was it handwritten or was it typed?
12      **A. It was typed up.**
13      Q. Okay. And who did you speak with about your
14 deposition here today?
15      **A. My attorney.**
16      Q. Anyone else?
17      **A. Nope.**
18      Q. Okay. And when did you speak with your attorney?
19      **A. A few minutes ago.**
20      Q. Okay. And --
21      MS. SCHWARZLOSE: I'm going to object. Just to
22 be clear, you meant today.
23      MR. VITALE: Today.
24      Q. MS. ROCHE: Oh, no. At any point sorry. At any

Transcript of Ron Vitale
Conducted on May 31, 2018

---

13

1  point.

2     A. Ever?  Yeah.  I spoke with -- there was two other
3  attorneys I spoke with.  Max Boos, I think that's how
4  you pronounce his last name.  I spoke to him a couple
5  times over the last year or so.  And I also spoke with
6  Ryan Willis, and I think that was yesterday.

7     Q. Okay.  And who is Ryan Willis?

8     A. He's an attorney here.  I think he's on one of
9  these documents here.  He is -- Ryan is the assistant
10  attorney general.

11     Q. Okay.

12     MS. SCHWARZLOSE:  This is a communication from
13  your attorney.

14     MS. ROCHE:  Oh.  Yes.  That's privileged.

15     MR. VITALE:  Okay.

16     MS. SCHWARZLOSE:  She just can't see it.

17     MR. VITALE:  Sorry.

18     Q. MS. ROCHE:  Okay.  So other than the attorneys
19  here with you today, Rachel, Max Boos and Ryan
20  Wallace --

21     A. Willis.  I think it's Willis.  W-I-L-L-I-S.

22     Q. Have you spoken with anybody else about your
23  deposition here today?

24     A. No.

---

14

1     Q. Do you understand that you have been named as a
2  defendant by Mr. Armbruster in this case?

3     A. Yes.  M-hm.

4     Q. Can you estimate how many times you've ever been
5  named as a defendant in a case?

6     A. In this case?

7     Q. In any case.

8     A. I don't believe I've ever -- I'm sorry.  I take
9  that back.  I think I was mentioned once before.

10     Q. When you say mentioned, were you a defendant?

11     A. I was a defendant once before.  Yes.

12     Q. Okay.  And do you know which case that was?

13     A. No.  It was probably, I would say six, seven,
14  eight years ago.

15     Q. And was that in connection with your work through
16  the IDOC?

17     A. Yes.

18     Q. Okay.  And was that -- I'm assuming were you sued
19  by a prisoner?

20     A. Pardon?

21     Q. Were you sued by a prisoner?

22     A. Yes.

23     Q. And do you remember what he or she was suing you
24  for?

---

15

1     A. Not really.  No.

2     Q. Did you ever review the complaint in that case?

3     A. I probably did, but I don't remember.

4     Q. Okay.  Do you know if it had anything to do with
5  medical care?

6     A. I don't think so.  No.

7     Q. What makes you think you --

8     A. You know, I don't know.  I don't know if there
9  was medical care I don't believe there was.

10     Q. Okay.  Do you have -- so as you're sitting here
11  today, you're saying you have no idea whatsoever what
12  the substance --

13     A. Yes.

14     Q. -- of the allegations were?

15     A. Yes.

16     Q. Okay.  Do you know who else was named as a
17  defendant in this case?

18     A. I think Warden Parker was a defendant in that.
19  And I don't remember who else.  There was several other
20  people involved in it.

21     Q. Okay.  Do you remember the name of the prisoner
22  who sued you?

23     A. No, I do not.

24     Q. Is there anything else you can tell me about that

---

16

1  lawsuit that would help me to identify what that lawsuit
2  was?

3     MS. SCHWARZLOSE:  Objection as to form.  He's
4  already said he doesn't know.

5     MS. ROCHE:  I'm going to object to speaking
6  objections.

7     A. MR. VITALE:  No.  I don't know.

8     MS. ROCHE:  Okay.  So I know discovery closes
9  tomorrow.  But we will just reserve our right to explore
10  this further.  Because I think in his discovery request,
11  he said that -- well, we'll just revisit it another
12  time.

13     Q. You said you think it was six or seven or eight
14  years ago?

15     A. Something like that.

16     Q. Okay.  Do you know what the outcome of that
17  lawsuit was?

18     A. I never went to -- did a deposition on it.  I
19  never went to trial on it.  I was never called for it.
20  I don't know what all happened with that.

21     Q. Okay.  To your knowledge, was that case
22  dismissed, or is it potentially still pending?

23     A. I don't know.  I don't think it's pending, and I
24  don't know if it was dismissed or what all happened with

---

Transcript of Ron Vitale
Conducted on May 31, 2018

5 (17 to 20)

17

1  it. All I know is I never went to any depositions, and
2  I don't believe Warden Parker did either. But I can't
3  speak for him.
4    Q. So other than being alerted to the fact that you
5  were being sued by another prisoner six or eight years
6  ago, was -- did you have any other involvement, or did
7  you take any other action, or were give any other
8  information, other than you're being sued by a prisoner?
9    A. Pretty much that was it. I mean, there's a
10 department in the corrections that takes all the
11 lawsuits that come in and they disperse them to where
12 they go.
13   Q. Okay. And would that department also retain that
14 lawsuit?
15   A. I do not know.
16   Q. No. What department is that?
17   A. Records.
18   Q. Okay. So other than in this lawsuit with Mr.
19 Armbruster and the lawsuit that we were just discussing
20 from six or eight years ago, have you ever been named as
21 a defendant?
22   A. No.
23   Q. Okay. What is your understanding of what this
24 lawsuit is about?

18

1    A. From what I've read?
2    Q. From what you've read, or just -- not the
3  substance of the conversations with your attorney, but
4  just your general knowledge of what this case is about.
5    A. My understanding is he had a bad back. And he
6  did not get the kind of care he assumed he should have
7  gotten at the time.
8    Q. Okay. Anything else?
9    A. That's pretty much it.
10   Q. Okay. So you said you've never sat for a
11 deposition before, correct?
12   A. Correct.
13   Q. Are you currently still employed by the IDOC?
14   A. Yes, I am.
15   Q. Okay. And are you still at Southwestern?
16   A. I am.
17   Q. Okay. When did you start working with the IDOC?
18   A. 2006. And my career has been spent at
19 Southwestern.
20   Q. Okay. And what was your job title when you first
21 started?
22   A. Assistant warden of programs.
23   Q. So you've been the assistant warden of programs
24 the entire time?

19

1    A. I'm the warden now.
2    Q. You're now the warden. Okay. And when did you
3  become the warden? Congratulations. I'm assuming
4  that's, like, a promotion, right?
5    A. Yeah. Well, I don't know about that. But it's
6  -- I think probably about three or four months ago.
7    Q. Three or four months ago. Okay. And did you
8  apply to become the warden?
9    A. Yes.
10   Q. Do you know why that job -- why there was a job
11 opening?
12   A. The woman who was the warden was promoted.
13   Q. Who was the warden before?
14   A. Anita Bazile was the warden that I replaced.
15   Q. Okay.
16   A. Since I've been there. And there's probably been
17 three of four -- and Anita is now the chief of programs.
18   Q. Is that position still at Southwestern, or is
19 that a larger --
20   A. It's statewide.
21   Q. -- IDOC --
22   A. It's a statewide position.
23   Q. Okay. And you said chief of?
24   A. Programs.

20

1    Q. Programs. Okay. So when you became -- when you
2  were first hired by the IDOC in 2006 --
3    A. M-hm.
4    Q. -- well, actually strike that. What is your
5  current schedule?
6    A. My current schedule?
7    Q. M-hm.
8    A. What do you mean by that?
9    Q. Do you work Monday through Friday, 9:00 to 5:00?
10   A. Well, I'm on-call. I mean, I don't have a -- my
11 typical schedule is Monday through Friday 8:00 to 4:00.
12 When you're duty warden, there's other schedules you
13 have to keep. Plus I'm on-call 24/7.
14   Q. Okay. And when you were the assistant warden of
15 programs, did you have a set schedule?
16   A. It was the same thing, 8:00 to 4:00. When you're
17 duty warden, you pick up the duty warden
18 responsibilities, which is on-call. And you have to
19 make a weekend inspection and stuff like that. If
20 something happens, you would be the guy that got the
21 call.
22   Q. Okay. So when you were assistant warden --
23 assistant warden of programs, you would work 8:00 to
24 4:00 Monday through Friday?

Transcript of Ron Vitale
Conducted on May 31, 2018

---

**Page 21**

1      A. M-hm.
2      Q. And then you would be on-call also 24/7?
3      **A. Pretty much.**
4      Q. And then you would do weekend inspections?
5      **A. Correct. Well, it depends on how many wardens**
6   **you have there. There's a duty warden every week. And**
7   **if there's three wardens there, they rotate that every**
8   **week.**
9         **If there's nobody there but you, you get every**
10  **week. If there's two, then it's every other week. So**
11  **it just depends on if people are on vacation or sick or**
12  **there's a vacant position.**
13     Q. And you're actually jumping ahead --
14     **A. Sorry.**
15     Q. No. Totally fine. It was just another question
16  that I had later. What is the duty warden?
17     **A. Duty warden would be, something happens, you**
18  **would be the first point of contact. Problems with a**
19  **visitor on the weekend, physical plant issues, fights,**
20  **anything that could go wrong.**
21     Q. So does duty warden mean you're the warden that's
22  physically present?
23     **A. No.**
24     Q. Okay. So --

**Page 22**

1      **A. You're available.**
2      Q. Okay. So bear with me for this scenario. I
3   could be totally wrong about how this works.
4      **A. All right.**
5      Q. So let's say it's a Tuesday afternoon, and the
6   warden and the assistant warden of programs is at
7   Southwestern.
8      **A. Right.**
9      Q. Could the duty warden potentially be the third
10  warden who could be just on-call and he has to be
11  available to deal with those situations?
12     **A. Well, he'd --**
13        MS. SCHWARZLOSE: Objection to form.
14        MS. ROCHE: Go ahead.
15        MS. SCHWARZLOSE: You can still answer.
16     **A. MR. VITALE: If you were and I were on duty, if**
17  **you're the warden and I'm the assistant warden, then I'm**
18  **the duty warden. The overall operations of the day**
19  **comes through the duty warden.**
20     Q. Okay. And it's rotated on a weekly basis, did
21  you say?
22     **A. At Southwestern, it's weekly, yes. I don't know.**
23     Q. Okay. So it's just by chance whoever is the duty
24  warden that week or day, whatever it is.

**Page 23**

1      **A. And you know, there's minor issues and major**
2   **issues. If there's an escape, if there's an assault, if**
3   **there's a death; there's a lot of different things that**
4   **could occur that all the wardens may come in, not just**
5   **the duty warden.**
6      Q. Okay.
7      **A. So if it's a minor fight in one of the housing**
8   **units, you might be notified. And then there's a report**
9   **that goes off with it. That sort of stuff.**
10     Q. Okay. And so in terms of being assigned as the
11  duty warden, though, there's on one at any given time?
12     **A. Correct.**
13     Q. So it's usually for a set period of time?
14     **A. Correct.**
15     Q. Okay. And are there any other job duties or
16  responsibilities that are assigned to the duty warden?
17  And I'm not talking about, you know, all of the
18  underlying duties and job responsibilities that that
19  warden may have, just to his personal position.
20        But is the purpose of assigning someone as duty
21  warden just to handle those things like you talked
22  about, any incidents or issues on the grounds, or
23  fights, stuff like that?
24        MS. SCHWARZLOSE: I'll object as to form.

**Page 24**

1         MR. VITALE: Can I answer that then?
2         MS. SCHWARZLOSE: Yes, sir.
3      **A. MR. VITALE: Yeah. The duty warden runs the**
4   **facility for that period of time. Anything that goes on**
5   **runs through him.**
6         **If it's a major incident, or if it's something**
7   **that would require it going up through to Springfield**
8   **for some reason, then the warden's involved in it. You**
9   **kind of -- it differs from situation to situation.**
10     Q. Okay.
11     **A. And obviously, you know, there's bigger**
12  **situations than other situations, you know. A simple**
13  **fight, an inmate fight would be a little bit different**
14  **than if there was an assault of an officer or an assault**
15  **on an employee. So it really depends.**
16     Q. Okay.
17     **A. And these calls come in at 2:00, 3:00, 4:00 in**
18  **the morning as well.**
19     Q. Okay. And so then would your responsibilities as
20  duty warden be to go into the facility?
21     **A. I have on occasion. It depends. If there's a**
22  **death or something like that, if it's something major.**
23     Q. Okay. So at Southwestern, you have been there
24  since 2006. You've been the assistant warden of

Transcript of Ron Vitale
Conducted on May 31, 2018

25

1 programs and the warden. And your schedule has
2 basically been the same the whole way through --
3 **A. Pretty much.**
4 Q. -- 8:00 to 4:00, and on-call. Prior to 2006,
5 where were working?
6 **A. I worked for a company called Gateway Foundation.**
7 **They are out of Chicago.**
8 Q. And what was Gateway Foundation?
9 **A. It was a drug and alcohol treatment program.**
10 Q. What was your role there?
11 **A. I was a regional director. I set up prison-based**
12 **treatment programs throughout the United States.**
13 Q. And when did you start working at Gateway
14 Foundation?
15 **A. I don't really recall. It was right out of**
16 **college.**
17 Q. Right out of college?
18 **A. M-hm. I was there for 30-some years.**
19 Q. 30-some years, okay. So like '76ish?
20 **A. Something like that.**
21 Q. Something like that like?
22 **A. I don't want to --**
23 Q. Late 70s?
24 **A. Late 70s, yeah.**

26

1 Q. And so I'm assuming that you weren't regional
2 director the whole 30 years.
3 **A. No. I kind of moved my way up towards the end.**
4 Q. Yeah. So what was your title when you first
5 started?
6 **A. I think I was a counselor when I first started.**
7 Q. Do you know how long you were a counselor?
8 **A. No.**
9 Q. Do you know an estimate? Five years? Ten years?
10 **A. Not really. A few.**
11 Q. A few years?
12 **A. Yeah. A few years.**
13 Q. So probably less than five?
14 **A. Less than five probably. We're going to be here**
15 **for a while if you're going to go all through that.**
16 Q. I don't think we'll be here too long. So after
17 you were a counselor, what were you?
18 **A. I was a supervisor, and then I ran a facility for**
19 **them. And then I was a regional person.**
20 Q. Then after regional, you were the regional
21 director?
22 **A. M-hm.**
23 Q. Okay.
24 **A. I was over the correctional facilities they had.**

27

1 Q. Okay. And then you left Gateway Foundation --
2 **A. Yes.**
3 Q. -- in 2006?
4 **A. Yes.**
5 Q. What was your reason for leaving?
6 MS. SCHWARZLOSE: Objection as to relevance and
7 form.
8 **A. MR. VITALE: Does that mean I have to say the**
9 **answer?**
10 Q. Yeah. You have to answer all of them.
11 **A. I just didn't like the direction they were going.**
12 Q. What about it didn't you like?
13 **A. Pardon?**
14 Q. What was it about the direction you didn't like?
15 **A. They were a for-profit agency. Matter of fact,**
16 **there's a Gateway right next door to this building.**
17 Q. So what about it being a for-profit --
18 **A. It was actually a non-for-profit. But it was a**
19 **-- pretty much a for-profit non-for-profit company.**
20 Q. So if I'm understanding correctly, you basically
21 didn't like the motivations of why they were making
22 certain decisions?
23 **A. Pretty much. Yeah.**
24 Q. Okay. And were they decisions that were --

28

1 **A. Financially driven.**
2 Q. Okay. Gotcha. Have you ever been fired from a
3 job?
4 **A. I don't think so.**
5 Q. Okay.
6 **A. That would be no.**
7 Q. Have you ever been disciplined at a job?
8 MS. SCHWARZLOSE: Objection. Outside the scope.
9 **A. MR. VITALE: I don't think so. I mean some minor**
10 **stuff, I'm sure, probably.**
11 Q. Do you remember any of the minor things?
12 **A. Not really.**
13 Q. Were any of those -- I'm sorry, were you
14 finished?
15 **A. No. You go ahead.**
16 Q. Were any of those disciplines -- were you ever
17 disciplined at Southwestern?
18 **A. No.**
19 Q. Okay. Have you ever been demoted from a position
20 at a job?
21 **A. No. I think I've taken a voluntary step back on**
22 **some of that stuff.**
23 Q. Okay. Have you ever had a negative job
24 performance review?

Transcript of Ron Vitale
Conducted on May 31, 2018

---

**29**

1    A.  I don't think so.

2    Q.  When you say you don't think so, is it --

3    A.  I would say no.

4    Q.  Yeah.

5    A.  Okay.

6    Q.  Have you ever been disciplined in any other way

7  at any other job?

8    A.  No.

9    Q.  Okay.  So prior to your work at Gateway

10  Foundation, did you have any other jobs?  Did you work

11  through college?

12    A.  I worked a Jewel food store.

13    Q.  Was that in college?

14    A.  No.  That was probably in high school, I think.

15    Q.  Okay.  So probably early 70s?

16    A.  Yeah.  Something like that.

17    Q.  Okay.  What were you there?

18    A.  A stock guy.

19    Q.  Stock guy.  All right.  How about prior to Jewel?

20  Anything?

21    A.  Do what?

22    Q.  I'm just kidding.

23    A.  You're really digging.

24    Q.  I know.  Okay.  So let's move on to the -- your

---

**30**

1  education history.  So you went to college.

2    A.  Correct.

3    Q.  Where did you go to college?

4    A.  Northeastern Illinois.

5    Q.  What did you study there?

6    A.  It was -- I have a Bachelor's in science.

7    Q.  So you have a --

8    A.  A BA.

9    Q.  Okay.  So you have a Bachelor in Science.  Was

10  there any -- was it Biology or Chemistry?

11    A.  I think it was management.  I think -- I'm not

12  really exactly sure.

13    Q.  Okay.  So do you think you have a BS in --

14    A.  BS.  Yeah.  It's been a while since I've looked

15  at that.

16    Q.  Totally fine.  I'm sorry.  I've already forgotten

17  what you said.  It was in -- did you say management?

18    A.  Management.  Yeah.

19    Q.  Okay.  And do you remember when you graduated?

20    A.  No.

21    Q.  Okay.  Did you go --

22    A.  I think it was probably in the 70s, late 70s.

23    Q.  70s.

24    A.  Something like that.  Yeah.  I'm certified, too.

---

**31**

1  I'm certified substance abuse counselor.

2    Q.  Was that separate from the Northeastern Illinois

3  studies?

4    A.  Yeah.  It's a state certification.

5    Q.  Okay.  And was that -- did you get that

6  certification immediately after college?

7    A.  I got it probably when I went to work for

8  Gateway, or shortly thereafter.  And I've maintained

9  that since then.

10    Q.  What do you have to do to maintain that?

11    A.  There's continuing education hours you have to

12  take.  And it's an every two-year renewal.

13    Q.  Okay.  So did you go to Northeastern Illinois

14  immediately after high school?

15    A.  No.  I went to Oakton Community College for a

16  while, got married, had a couple kids, and just kind of

17  took a few classes as I went along and graduated.

18    Q.  Can you spell Oakton for me?

19    A.  O-A-K-T-O-N.

20    Q.  Okay.

21    A.  I think they're in Skokie now.  I'm not sure

22  they're even still around, to tell you the truth.

23    Q.  Where was the location of the college at the time

24  you went to it?

---

**32**

1    A.  Northeastern?  In Chicago.

2    Q.  No.  The Oakton Community College; where was

3  that?

4    A.  I think Skokie.  I think.

5    Q.  It was in Skokie at the time?

6    A.  Skokie or Niles.  I'm not sure.

7    Q.  Okay.  So you took just some classes at Oakton

8  Community College?

9    A.  Yeah.  I was a working guy, raising a family,

10  trying to go to school.

11    Q.  Of course.  Yeah.  And then eventually, you got

12  married, had kids, and then you later went back?

13    A.  No.  I kept going.

14    Q.  Okay.

15    A.  I never stopped.

16    Q.  So you were taking classes at Oakton, and then

17  eventually transitioned to Northeastern.  So where did

18  you work during that time?

19    A.  Gateway.

20    Q.  Okay.  So you started at Gateway prior to

21  graduating college?

22    A.  Yeah.  I think it was maybe so.  Right around the

23  same time.  It all kind of -- I want to say that was in

24  the late -- early 70s.  I think I graduated in probably

---

Transcript of Ron Vitale
Conducted on May 31, 2018

33

1  mid-70s. And I'm guessing on this stuff. I'm not
2  exactly sure.
3     Q. Okay.
4     A. But I think I went to Gateway. Went to work with
5  Gateway maybe mid-70s.
6     Q. Okay.
7     A. I think. But I'm not sure.
8     Q. So other than Oakton Community College,
9  Northeastern Illinois, and -- actually, just other than
10 those two things, did you attend any other schools, or
11 do you have any other schooling?
12    A. No schools. I mean, continuing education stuff.
13 But, yeah.
14    Q. And then -- I think I'm not totally clear on --
15 so what did you have to do to get certified in the
16 substance abuse -- as a substance abuse counselor?
17    A. There's a whole -- there's a -- you have to have
18 so many hours of training, so many hours of supervised
19 skills, and then there's a written test and an oral test
20 that you have to take in order to get certified.
21    Q. Okay. So are they courses that you -- so it's
22 not like a class that you attend --
23    A. No.
24    Q. -- or anything.

34

1     A. No.
2     Q. It's just a certification that you have knowledge
3  of?
4     A. Correct.
5     Q. And then you take --
6     A. Proficiency test. Yeah.
7     Q. Okay.
8     A. Shows you're proficient on what you say you do.
9     Q. Okay. So anything other schooling or education
10 at all?
11    A. No.
12    Q. Okay. So the highest level of education would
13 have been Northeastern Illinois?
14    A. Correct.
15    Q. Okay. Did you send in an application to be an
16 assistant warden of programs at Southwestern?
17    A. Yeah. I did.
18    Q. And did you apply specifically to become the
19 assistant warden of programs, or did you just generally
20 apply to work --
21    A. The assistant warden of programs.
22    Q. Okay. Were you interviewed for the position?
23    A. I was.
24    Q. Do you know who interviewed you?

35

1     A. Director Walker, I think was the guy who did the
2  interview for me. I believe he has passed away.
3     Q. Okay. Did you have to take any kind of exam
4  before becoming assistant warden of programs?
5     A. No.
6     Q. Okay. Was there any particular education that
7  was required to become assistant warden of programs?
8     A. I don't believe there was anything specific that
9  we -- honestly, I don't think so.
10    Q. Okay. Can you please tell me all of the training
11 that you received when you first became assistant warden
12 of programs?
13    A. I'm sure there was training in order to be a duty
14 warden. There's so many hours of training that goes for
15 that.
16    Q. Let's start with just assistant warden of
17 programs. Sorry. I'm not sure if I was clear about
18 that. So let's just start with what training you
19 received when you first became assistant warden of
20 programs, just for that position.
21    A. I don't know. That's a good question. I'm not
22 quite sure. I'm sure I have records of that. I don't
23 have any of that with me. And I mean, I can go through
24 -- there's a lot of training that we go through. I'm

36

1  not exactly sure what I went through 12 years ago to be
2  an assistant warden of programs.
3        I do know the duty warden piece is a big piece of
4  it. Aside from the programs responsibilities, the
5  biggest issue really is getting prepared to be a duty
6  warden. And I think over the years, the training for
7  the duty warden thing has kind of changed a little bit.
8  But you have to take a test and pass a test before you
9  can be a duty warden.
10    Q. Okay. So I want to go back just to the assistant
11 warden of programs part.
12    A. Okay.
13    Q. Did you receive any formal training to become the
14 assistant warden of programs?
15    A. No. Not really. I mean, I worked in corrections
16 for years on and off there. I knew -- maybe not
17 specific to Southwestern but, you know, more of the
18 program kind of stuff. Southwestern is a fully
19 dedicated drug treatment program there.
20    Q. M-hm.
21    A. And the inmates are involved in 15 hours of drug
22 treatment per week. We have an agency out of -- I think
23 they're out of New Jersey now -- that's over -- does the
24 treatment program.

Transcript of Ron Vitale
Conducted on May 31, 2018

---

**37**

1      And that was exactly what I had done when I was
2  with Gateway, is set up those types of programs.  So
3  when I came in, I had a lot of experience prior to even
4  getting, what the programming was, and this kind of
5  thing.
6      And I mentioned too that when you're in a prison,
7  there's a lot of things that go on in a prison.  And
8  everything touches everything else.  So when you begin
9  to develop stuff in the prison, you have to take a
10 really a mindful look at what's going on in there and
11 who does what, when it's done.
12     Schedules are a big issue.  You have a lot of
13 people moving around, so there's a lot to it.  And my
14 job prior to that, with Gateway, I was able to -- I
15 developed a lot of those programs before I even got
16 there.
17 Q.  Okay.  So it sounds like the job --
18 A.  Yeah.  It was a good fit.
19 Q.  Okay.  But --
20 A.  Plus, my kids were gone.  And I did a lot of
21 traveling.  And I didn't want to do all of that
22 traveling.
23 Q.  That makes sense.  So it sounds like there wasn't
24 any formal training.  You said as much.  So what was the

**38**

1  -- was there informal training?
2  A.  Oh, yeah.  I mean, there's a lot of formal
3  training that goes on, too.  I was the ADA coordinator,
4  for example, for years there.  And there's training that
5  goes along with that.
6      I mean, there's training for all kinds of stuff.
7  There's PREA training.  The list goes on.  If I knew you
8  were going to ask me this, I could've brought -- I have
9  a whole -- they keep a training document of everybody.
10 Q.  So do you know if you have those records at your
11 house?
12 A.  I do not.
13 Q.  Do you know --
14 A.  The institution has them.
15 Q.  Okay.  We'll follow up with getting those.  So
16 the ADA coordinator training and those types of
17 trainings that you were talking about; the PREA training
18 and whatnot.
19 A.  M-hm.
20 Q.  Were those trainings that you did sort of right
21 when you first started, or were those the type of
22 trainings that go on throughout the time at
23 Southwestern?
24 A.  I would say both.

**39**

1  Q.  Okay.
2  A.  There's some initial training, particularly with
3  the PREA training.  And PREA is just an ongoing issue.
4  Q.  M-hm.
5  A.  We were just certified by PREA recently.  So that
6  would be an ongoing one.  The ADA coordinator is -- I
7  think it's a one-time shot.  Then there might be some
8  updates as things go on in forms, or.
9  Q.  Okay.  So focusing on just when you first
10 started.  You show up on the very first day; is it sort
11 of -- or not sort of -- is it a situation where you go
12 in and hit the ground running?
13 A.  Pretty much.
14 Q.  Okay.  And then maybe just over the course of the
15 12 years that you've been there, there are trainings --
16 A.  M-hm.
17 Q.  -- that will occur throughout the time?
18 A.  Correct.
19 Q.  Okay.  So who you -- would it be fair to say that
20 you don't really receive any training when you first
21 become assistant warden of programs?
22 A.  I'm sorry.  I would say --
23 Q.  Hold on one second.  I wasn't done the question.
24 Check your phone.

**40**

1  A.  Let me turn this off.  I'm sorry.
2  Q.  So would it be fair to say you don't receive any
3  formal training when you first start as assistant warden
4  of programs; and that the informal training that you
5  received was sort of an on-the-fly, observe as you go?
6      MS. SCHWARZLOSE:  Objection as to form.
7      MS. KINKADE:  Join.
8  A.  MR. VITALE:  I would say no.  There's formal
9  training.  Once you're a warden -- and I don't ware what
10 warden you're hired as.  There's the duty warden
11 training that happens for everybody.  And that's
12 mandatory training.
13 Q.  And what is that?
14 A.  That covers exactly what I spoke about earlier.
15 When you are duty warden, what happens, situations, who
16 you notify, what forms needs to be filled, who does
17 what.  Those kinds over things are covered.
18     Then once you move on from that, then you get
19 into -- there's an operations warden, and then there's a
20 programs warden, and then there's a warden.
21     So my responsibilities have always been programs,
22 which includes healthcare, education, the substance
23 abuse treatment, any ancillary kinds of services that
24 would go on in the institution.  Volunteer services,

Transcript of Ron Vitale
Conducted on May 31, 2018

11 (41 to 44)

41

1 those kinds of things would all fall under program
2 warden.
3      Then you have an operations warden, who is more
4 of the security, physical plant, those kinds of things
5 are his. Then you have a warden, who all that stuff
6 runs up through.
7      So once you get into those different types, hence
8 where training would come into specifically for that
9 position.
10 Q. Okay. So when --
11 A. So I wouldn't do, for example, the operations
12 warden is, you know, schedules, security issues, things
13 like that. That would fall to him and not to me.
14      As you go on throughout the years, you pretty
15 much get an idea of what's -- what you need to know to
16 get stuff done.
17 Q. Okay. And I'm sorry, I'm a little dense on this.
18 A. You're fine.
19 Q. I'm trying to understand when you first started
20 as an assistant warden of programs, you received formal
21 training on how to be a duty warden.
22 A. Correct.
23 Q. And then all of the specific nuances to the
24 different types of warden, those were the things that

42

1 were more so learned on the go.
2 A. Or trained. Or through some training. Yes.
3 Q. Okay. So let's -- what exactly -- strike all
4 that. Walk me through the training that you went
5 through to be a duty warden.
6 A. That's a good question. I don't really remember
7 exactly. That's 12 years ago. I would say, you know,
8 obviously there's reportable kinds of incidents that
9 occur.
10 Q. Would that be training on how to respond to
11 those?
12 A. Yeah. What those are, how to respond to it, what
13 the procedure would be for those kinds of things. And
14 those could be anything that you can imagine that could
15 go wrong would fall into that category.
16      Then there's different departments within
17 corrects. There's a finance department, there's a
18 securities specialist. There's different departments,
19 and then you understand what the departments you need to
20 work with on different situation those kinds of things.
21 Q. So you were trained on this specific --
22 A. M-hm. Well, I wouldn't say trained on it. I was
23 introduced to it.
24 Q. Okay. What do you mean by introduced to it?

43

1 A. She's the finance person; she takes care of the
2 budget. If you need purchasing done, it would go
3 through her. If you do purchase something, you have to
4 have three bids on it. So there's different things you
5 would have to do.
6      Now I might not know exactly how it was, but I
7 know who would be able to do that. So those are the
8 types of stuff. And then you have, you know --
9 Q. Okay.
10 A. -- HR people involved. And I mean, when you run
11 a prison, it's a little city.
12 Q. M-hm.
13 A. So there's a lot of different things that go on.
14 Physical plant stuff.
15 Q. Okay. So training on how to respond to
16 reportable instances. And I think you also said earlier
17 about how to -- or that you were responsible for dealing
18 with, you know, inmate fights or deaths and things of
19 that nature. What training did you receive on how to
20 address --
21 A. There's ADs and IDs on all that stuff.
22 Q. Okay. So were you just given the ADs and IDs --
23 and for the record, when you say AD and ID, do you mean
24 administrative directive and institutional --

44

1 A. Institutional directive. Yes.
2 Q. Okay. Were you given copies of the ADs and IDs?
3 A. We probably have about 3,000 ADs or IDs. I have
4 excess to those ADs and IDs.
5 Q. So at the time you started?
6 A. No. I do not read every AD and ID.
7 Q. Okay. So what was the training involved with the
8 ADs and IDs? Or was the training that they were
9 alerting you to the fact that there were ADs and IDs?
10 A. I'm not sure what your question is.
11 Q. So you said when I asked as to what kind of
12 training you received in response, or -- strike that.
13      So my question originally was what kind of
14 training did you receive in terms of responding to any
15 injuries or any deaths, things of that nature. And your
16 response, if I remember correctly, was that there's ADs
17 and IDs on that --
18 A. M-hm. Well --
19 Q. -- subject. So the training that you received,
20 is it that you were just alerted to the fact that there
21 ADs and IDs that would inform you on how to deal with
22 situations like that?
23 A. Let me start over. Let me start over again, and
24 I'll explain a little bit better. Typically in these

45

1 trainings for these wardens, there will be several
2 wardens that will go through the training.
3    Q. M-hm.
4    A. And typically, I'm not sure how many weeks of
5 training it is, or was then, but it's about a month now,
6 or six weeks, but not ongoing training. But you'd be
7 sent to a certain amount of training times.
8       And different people would come in and talk about
9 budgets and budget analysts, and people would come in
10 and make reference to ADs and IDs, or things I would
11 need to do if I wanted to purchase something, or if I
12 wanted to do that.
13      And when I went to do something like that, I
14 would then go back and look at the AD and ID to refer to
15 it. No, they did not sit there and read ADs and IDs to
16 people. No.
17   Q. Okay. And back in 2006, when you first started,
18 how long was your training --
19   A. It was probably --
20   Q. -- timeframe?
21   A. Probably couple months.
22   Q. A couple months?
23   A. Yeah.
24   Q. So it used to be about two months, and now it's a

46

1 month?
2    A. I think it's about -- no. I think it's about six
3 weeks. Well, you had to take a test. So some guys go
4 through it a little quicker than others. I'd say a
5 couple months probably.
6       We just hired a new guy, and he came on board I
7 think mid-May. And he'll probably be about a couple
8 months before he can pull any kind of duty or anything
9 like that.
10   Q. What do you mean by pull duty?
11   A. Be a duty warden.
12   Q. Okay. So it's about the -- so is the training
13 period determined by how long until that person is
14 comfortable or that the facility would be comfortable
15 having a person serve as a duty warden on his own?
16   A. No. Yes and no. There's an actual test that you
17 have to take and pass a test.
18   Q. Okay. Let me ask you this. Was that -- is the
19 test that you had to take --
20   A. No. It was not the same test back then as it is
21 today.
22   Q. I'm going to remind you --
23   A. Sorry.
24   Q. I know, it's human nature. We talk over each

47

1 other. And as soon as it --
2    A. I'm sorry.
3    Q. -- becomes obvious, oh, let's save time. But
4 it's important for the record.
5    A. I'm sorry.
6    Q. You don't need to apologize. It's totally fine.
7 Now I forget what we're talking about. What was my
8 question? Do you mind reading back my question?
9      (WHEREUPON THE REPORTER READ BACK THE REQUESTED
10 INFORMATION)
11   Q. MS. ROCHE: So is the test that you had to take
12 in 2006 to become assistant warden of programs the same
13 that you have to take now to become assistant warden of
14 programs?
15   A. It would be no. But there was no test to be an
16 assistant warden. There was a test to be a duty warden.
17   Q. Okay.
18   A. So everybody, whether you're an operations warden
19 or a programs warden, took the same test. And back when
20 I did it in 2006, it was an oral test. And the word is
21 today, it's a written test.
22      And occasionally, they'll hire somebody right in
23 as a warden, not as an assistant warden. Some people
24 come right in.

48

1    Q. Can you repeat that?
2    A. Some people get hired as a warden.
3    Q. M-hm.
4    A. You don't have to start out an assistant warden,
5 and then go to a warden.
6    Q. They do have to, or they don't have to?
7    A. They do not.
8    Q. Do they still have to take the duty warden test?
9    A. Oh, yeah.
10   Q. Okay. Can you explain a little bit -- actually,
11 strike that. Can you explain to me what the oral exam
12 was that you took?
13   A. No.
14   Q. Do you remember what kinds of questions were
15 asked of you?
16   A. Not really. No.
17   Q. Did they have to do with, you know, the budgets
18 and the financial types of things --
19   A. Yes.
20   Q. -- that you were talking about?
21   A. Yes.
22   Q. Were any of the questions about the IDs and ADs?
23   A. I don't remember.
24   Q. Okay. Did they ask you anything about medical

Transcript of Ron Vitale
Conducted on May 31, 2018

49

1  care at Southwestern?
2      MS. SCHWARZLOSE:  Object to form.  He's already
3  stated --
4      MS. ROCHE:  I'm going to object --
5      MS. SCHWARZLOSE:  -- he doesn't remember.
6      MS. ROCHE:  -- to speaking objections.
7  **A.  MR. VITALE:  I don't recall.**
8      Q.  Did any of the questions in the oral exam you
9  have to take have to do with how to respond to an inmate
10  death?
11     MS. SCHWARZLOSE:  Objection as to form.
12  **A.  MR. VITALE:  I don't recall.**
13     Q.  Okay.  Can you think of any other topics that
14  were covered in the oral exam at all that you had to
15  take in 2006?
16  **A.  Not really.**
17     Q.  When you say not really, what do you mean?
18  **A.  No.**
19     Q.  Okay.  Who provided the duty warden training?
20  **A.  Oh, boy.  I don't know.  Well -- I don't know.**
21     Q.  Was it one person or more than one person?
22  **A.  I'm sure it was more than one person.  I do**
23  **remember going to a training and there was maybe a dozen**
24  **wardens in the training.  And, again --**

50

1      Q.  Were they being training or were they --
2  **A.  They were all being trained.**
3      Q.  Okay.
4      Q.  And somebody came in from procurement, somebody
5  came from finance, somebody came in from -- and
6  everybody did a spiel on what their department does, and
7  that kind of thing.  And who that was, I don't really
8  remember, personally, who came in and said that.
9      Q.  Okay.
10  **A.  There's a lot of movement.  There's a lot of**
11  **people moving in and out of those positions.**
12     Q.  Okay.  Did you receive any training -- well
13  actually, let me ask you this.  Who was the medical
14  provider at Southwestern in 2006?
15  **A.  I think it was Wexford.  I'm not -- I'm pretty**
16  **sure it was Wexford.**
17     Q.  Did you receive any training on Wexford policies
18  and practices at that time?
19  **A.  No.  No.**
20     Q.  What about at any point in time between --
21  **A.  Never.**
22     Q.  -- 2006 and present?
23  **A.  Of Wexford's procedures?**
24     Q.  Sorry.  I'm going to ask you --

51

1  **A.  I'm sorry.**
2      Q.  That's okay.  So at any point in time between
3  2006 and the present, have you received any training on
4  Wexford's policy and practices?
5  **A.  No.**
6      MS. SCHWARZLOSE:  Objection as to form.
7      Q.  MS. ROCHE:  At any point in time between 2006 and
8  the present, have you received any training regarding
9  the provision of medical care to prisoners at
10  Southwestern?
11  **A.  No.**
12     Q.  Have you received any continued training from the
13  IDOC?
14  **A.  Yes.  From IDOC.**
15     Q.  Okay.  From who?
16  **A.  Ask me that question again.**
17     Q.  So who at the IDOC provides these continued
18  trainings?
19  **A.  We have a training officer.**
20     Q.  Who is that training officer?
21  **A.  Lieutenant Dashner.**
22     Q.  Do you have a first name?
23  **A.  Daniel.**
24     Q.  And what kind of training does he give?

52

1  **A.  There's an annual training that everybody goes**
2  **through.  There's CPR training that's done.  There's all**
3  **kinds of stuff.  New people come in there and are**
4  **trained.  Our new employees that come through there.**
5      Q.  So let's talk about just the annual training,
6  unless the annual training, he also brings in the new
7  people.
8  **A.  No.  The new people would be a separate track.**
9      Q.  Okay.  So let's just talk about the annual
10  trainings that you would do.
11  **A.  Okay.**
12     Q.  So would it be once a year, he would do it with
13  the whole --
14  **A.  Institution.**
15     Q.  -- facility?
16  **A.  Yeah.**
17     Q.  Okay.  When would those trainings take place?
18  **A.  Matter of fact, they're going on now.**
19     Q.  Okay.  How long are the trainings?  How long do
20  the trainings last for?
21  **A.  I guess four or five months.  Keep in mind, you**
22  **have three different shifts in there, and there's some**
23  **relief you have to factor in there.  So you don't incur**
24  **too much overtime and all that.  So it takes a while to**

Transcript of Ron Vitale
Conducted on May 31, 2018

53

1  get everybody trained.
2  Q.  Let me ask you this.  I think I'm missing what
3  you're saying.  So everyone, the whole institution,
4  doesn't go through this training for four to five months
5  once a year; is that correct?
6  A.  The trainings last for four or five months.
7  There's so many hours of training they get within that
8  four to five months.
9  Q.  Okay.
10  A.  So we don't shut the institution down for four or
11  five months.
12  Q.  Of course.  So how long does the training last
13  for an individual during that annual training?
14  A.  I don't know.
15  Q.  Is it more than a day?
16  A.  Yeah.  I think it's -- I'm going to guess, I'm
17  not sure.  I think it's three days they get.  I think.
18  Or four.
19  Q.  You said they get CPR training.  What other kinds
20  of training does an individual get at the annual
21  training?
22  A.  I don't know exactly.  There's stuff on -- I
23  don't know.
24  Q.  Tell me everything you can remember.  It doesn't

54

1  -- you know, actually, strike that.  What are all of the
2  trainings that you remember doing at these individual
3  annual trainings?
4  MS. SCHWARZLOSE:  Objection as to form.
5  A.  MR. VITALE:  I'm not sure.  I can guess, if you
6  want me to guess.  I'm not exactly sure what it is.
7  Q.  If it's an educated guess, if you have reason to
8  believe, oh, I remember getting a training on --
9  A.  PREA.  There's a certain section on PREA.
10  There's a certain section on qualifying with a weapon,
11  which is a day of training.  That's about all I can
12  actually remember.
13  Q.  Okay.  And just to be clear, too, all of the
14  questions that I'm asking you, I'm asking to the best of
15  your ability to answer --
16  A.  Right.
17  Q.  -- and to the best of your knowledge.  So, yes.
18  Just so you know.
19  A.  Okay.
20  Q.  So prior to your new position as warden --
21  A.  M-hm.
22  Q.  -- just during the time period when you were
23  assistant warden of programs, did you provide any
24  training to anyone else at the IDOC or Wexford?

55

1  A.  Did I personally?
2  Q.  M-hm.
3  A.  I would probably -- did I personally do it?
4  Probably -- no.  I would say no.  I mean, we've had
5  people come in that did trainings for us that I
6  coordinated with them.  But it might have been a part of
7  that training.  I don't think I put it on myself.
8  Q.  Okay.  So you haven't actually trained anyone
9  else --
10  A.  Right.
11  Q.  -- at the IDOC or Wexford on any policies or
12  procedures or anything?
13  A.  No.
14  Q.  Okay.  Is there any other training that you've
15  received while at Southwestern that we have not covered
16  or discussed already today?
17  A.  I'm sure there is.  I just don't remember.  I'm
18  sure of that.  Probably.
19  Q.  Okay.  Do you want to take a minute just to see
20  if anything else --
21  A.  Not really.
22  Q.  -- can jog your memory?
23  A.  I mean, if I knew you were going to ask me all
24  these questions, I would have brought the training

56

1  manual that I referred to there.  And I could have told
2  you exactly from 2006 to present how much training I've
3  had.
4  Q.  Okay.  And so you mentioned a training manual.
5  A.  Not training manual.  The training officer keeps
6  a training log on everybody that goes through that
7  training, through any kind of training.
8  Q.  So the Daniel Dashner, he's the one who
9  holds everybody's --
10  A.  Correct.
11  Q.  -- training materials?
12  A.  He is the training officer.  And he just
13  coordinates all the training.
14  Q.  Okay.
15  A.  So if I wanted to go to some specific training
16  about something, I would call him and say, I want to go
17  to this training.  And then he would arrange that I get
18  registered.  And he would tell me when.
19  Then, when I would finish, he would get the
20  verification from Springfield that I attended the
21  training, and what dates they were, and so on and so
22  forth.
23  Q.  Okay.  Have you ever asked to attend a certain
24  training?

Transcript of Ron Vitale
Conducted on May 31, 2018

57

1    **A. I'm sure I have.**
2    Q. Which trainings have you requested to partake in?
3    **A. The only one I can honestly say is PREA. We went**
4    **through this training -- PREA certification, two years**
5    **ago, I think it was. And I did not know a lot about**
6    **PREA, and I went to several trainings having to do with**
7    **the PREA stuff. And we're certified as a PREA -- I**
8    **guess there's federal funding that's tied into that PREA**
9    **certification.**
10   Q. So it's not you personally, but the facility is
11   PREA?
12   **A. The facility is certified. Yes.**
13   Q. Any other training that you've attended or took
14   part of that we haven't discussed today?
15   **A. I don't think so.**
16   Q. Okay. But if there was, you think it would be
17   included in the training --
18   **A. I would think.**
19   Q. -- materials?
20   **A. Yes.**
21   Q. Do you have an independent recollection of Gerry
22   Armbruster?
23   **A. No.**
24   Q. Do you know what I mean by independent

58

1    recollection?
2    **A. No.**
3    Q. So by independent recollection, do you have
4    personal knowledge, based on your own memory, sitting
5    here today, without the aid of any documents to inform
6    you?
7    **A. No. What I did do though is I did search my**
8    **e-mail. And I searched it under Armbruster and also his**
9    **number.**
10   Q. Okay.
11   **A. And nothing came back. And it was an archived**
12   **search.**
13   Q. Okay. So sitting here today, your testimony is
14   that you have no independent recollection of who Gerry
15   Armbruster is?
16   **A. No. I do not.**
17   Q. Do you have any recollection of a person who you
18   think might have been Gerry Armbruster, based on the
19   complaint and the documents you've read?
20   **A. I personally, no. Today, with my attorney, it**
21   **showed me his -- had shown me his picture. That's his**
22   **picture. Up to that point, I thought the guy was black,**
23   **actually.**
24   Q. Okay. How many prisoners are there at

59

1    Southwestern?
2    **A. Capacity is -- 716 is capacity. I think this**
3    **morning's count was 712.**
4    Q. Is it usually right around capacity?
5    **A. M-hm.**
6    Q. Okay.
7    **A. We admit and discharge probably 30, 40 guys a**
8    **month. So it's pretty --**
9    Q. So you'll receive and give up that many?
10   **A. Yeah.**
11   Q. Okay. Do you have any independent recollection
12   of whether or not Gerry Armbruster reported complaints
13   to you about numbness, tingling, and weakness?
14   **A. No.**
15   Q. Okay. Do you have any independent recollection
16   of anything Mr. Armbruster ever said to you while at
17   Southwestern?
18   **A. No.**
19   Q. Do you have any independent recollection of
20   bringing Mr. Armbruster's daughter cake when she came to
21   visit him?
22   **A. Who?**
23   Q. Mr. Armbruster's daughter. Do you have an
24   independent --

60

1    **A. No.**
2    Q. -- recollection of bringing her cake?
3    **A. Bringing her cake?**
4    Q. M-hm.
5    **A. No.**
6    Q. Okay. Do you have independent recollection of
7    any interactions with Mr. Armbruster?
8    **A. No.**
9    Q. Do you have any independent recollection of Mr.
10   Armbruster's appearance while he was at Southwestern?
11   **A. No.**
12   Q. Okay. Do you have any independent recollection
13   of Mr. Armbruster's appearance changing in any way while
14   he was at Southwestern?
15   **A. No.**
16   Q. Do you have any independent recollection of
17   whether or not you saw Mr. Armbruster having difficulty
18   walking?
19   **A. No.**
20   Q. You don't have any basis to believe that Mr.
21   Armbruster would lie about his symptoms and medical
22   complaints, correct?
23       MS. SCHWARZLOSE: Objection as to form.
24       MS. KINKADE: Join.

Transcript of Ron Vitale
Conducted on May 31, 2018

61

1    MS. ROCHE:  You can answer.

2    MS. KINKADE:  And foundation.

3    MR. VITALE:  Say that again.

4    Q.  MS. ROCHE:  You don't have any reason to believe

5    that Mr. Armbruster would lie about his complaints,

6    correct?

7    MS. KINKADE:  Same objections.

8    A.  MR. VITALE:  I don't know how to answer that

9    question.  I don't recall ever speaking to him, to be

10   honest.

11   Q.  Okay.  So you have no basis to --

12   A.  No.

13   Q.  Okay.

14   MS. KINKADE:  Object to the last question as to

15   form.  And misstates his testimony.

16   MS. SCHWARZLOSE:  I would join in that objection.

17   Q.  MS. ROCHE:  Okay.  So is it your testimony,

18   because you've never spoken to Mr. Armbruster, or to

19   your knowledge, you don't have any knowledge of speaking

20   with him, that you have no recollection of him

21   whatsoever, that you have no basis to believe that he

22   would lie about his symptoms and complaints?

23   MS. KINKADE:  Same objection.

24   MS. SCHWARZLOSE:  Same objection.

62

1    A.  MR. VITALE:  I would have no -- I mean --

2    Q.  Okay.  So you would have no basis to know either

3    way?

4    A.  No.

5    Q.  And that's correct?

6    A.  Correct.  Yes.

7    Q.  When you first -- let's go back to 2014.  The

8    time in question is May 2014 --

9    A.  Yeah.

10   Q.  -- to September 2014.

11   A.  Yes.

12   Q.  What was your day-to-day schedule like?  Walk me

13   through your day.

14   A.  Well, it's -- there's no -- I would say there's

15   no actual everyday schedule.  I mean, it fluctuates from

16   day to day, depending on what's going on.

17   Typically, I do rounds probably three times,

18   maybe three or four times a week.  And again, that

19   depends on what's going on.

20   By rounds, I mean I would -- there's books you

21   need to sign when you make rounds in the institution.

22   There's a book in segregation, there's a book in

23   medical, there's a book in the four housing units.  So

24   as you make your rounds, you sign off on these books as

63

1    you come through there.

2    And there's three different shifts that sign off

3    on those books, so it's a full day book.  Typically, I

4    would go -- typically, every day, I would go through seg

5    and medical, typically.  And --

6    Q.  Every day, you said?

7    A.  Yeah.  That I worked.  And it's -- well, if

8    you're at Southwestern, you get an idea, it's a pretty

9    small institution.  It's not -- to make rounds in there,

10   you can make rounds in probably 30 minutes or an hour.

11   As compared to somewhere like Menard.  Menard takes

12   about a day to make their rounds through there.

13   And so the thing I mentioned also, Southwestern

14   is dorm living.  It's not cells.  So there's 28 men to a

15   dorm, there's 188 guys to a housing unit.  And we have

16   one small -- we have a work camp that's 100 inmates.

17   And then the orientation, I think, is about 80 some

18   guys.

19   So the other three -- there's a couple hundred

20   guys in there.  So when I make rounds, it's just -- it

21   just depends on, you know, how many people stop me, how

22   many people I chitchat with.  If I'm in a hurry, I'll

23   move through there pretty quickly.  It just depends.

24   Q.  Okay.  So --

64

1    A.  Typically, that would be it.  Then I would make

2    rounds, generally have a meeting or two during the day.

3    Q.  Can I stop you there if you don't mind --

4    A.  Sure.

5    Q.  -- to back up?

6    A.  Sure.

7    Q.  So can we start with when you first arrive?  What

8    time do you first arrive?

9    A.  I usually get there about 7:30.

10   Q.  Okay.  Then you would first do?

11   A.  Cup of coffee.  Get the e-mail on.

12   Q.  Okay.  So from, like, 7:30 to 8:00, you check

13   your e-mail, sort of --

14   A.  Get going.

15   Q.  -- wake up.  And then around 8 o'clock, is that

16   when you would start your rounds?

17   A.  No.  Typically there's always a meeting first

18   thing in the morning at 8:00.

19   Q.  Okay.

20   A.  Then it would be after that.

21   Q.  What was the 8 o'clock meeting?

22   A.  It's different types of meeting.  Some of it

23   would just be warden's meetings.  Some of it would be

24   different department meetings, there's an audit meeting.

Transcript of Ron Vitale
Conducted on May 31, 2018

65

1  There's a bunch of different meetings that go on.  So
2  typically around that 8:00, 8:30 kind of stuff.  And
3  then lunch starts, inmates start running for lunch
4  around 10:30.
5      Q.  Let me --
6      A.  Go ahead.
7      Q.  If you don't mind me interrupting you again just
8  to try to streamline this.
9      A.  Okay.
10     Q.  So that 8 o'clock meeting, would that usually
11 happen every day, or was that just --
12     A.  Two or three times a week, maybe.
13     Q.  Two or three times a week?
14     A.  It could happen every day, depending on what's
15 going on.  But typically, two or three times a week.
16     Q.  How long would those meetings last?
17     A.  Half hour, 45 minutes.
18     Q.  Okay.  And then after that 8 o'clock meeting --
19 well, so either after the 8 o'clock meeting --
20     A.  Well, I know you're trying to put this out.  I'll
21 try to -- and the only reason I say this is, I try to
22 stagger my inspections.  I try not to do it the same
23 time every day.
24     Q.  That's helpful.

66

1      A.  And the reason you don't want to do that is
2  everybody knows that I'll be walking through that
3  housing unit at 9 o'clock every day.  So I try and get
4  it in there at 8:00, I try to get there at 10:00, I try
5  to get there at 2:00.  So I try to stagger it so that --
6  well, I'll even go on a little further past that.
7      In the morning at Southwestern, every inmate in
8  every housing unit goes to morning meeting.  And this
9  GEO company, who does their substance abuse, does their
10 morning meeting.  And the morning meeting, it's kind of
11 a motivation meeting for the inmates.
12     Q.  And what time is that at?
13     A.  7:30.  From 7:30 to about 8:00, they have this
14 morning meeting.  And then at 8 o'clock --
15     Q.  Was that true in 2014 as well?
16     A.  It's been true since Southwestern -- since I've
17 been at Southwestern.
18     Q.  Okay.
19     A.  It's probably changed -- some of it's changed,
20 but not much.  But then at 8 o'clock, a third of the
21 inmates go to drug treatment, a third of the inmates are
22 off, and a third of inmates are either working or in
23 school.
24     At lunch break -- after lunch is finished and

67

1  count clears, a third of the guys go to drug treatment,
2  a third of the guys are off, and a third of the guys go
3  to work or school.
4      At 6 o'clock, after dinner, a third of the guys
5  go to treatment, a third of the guys go to group, a
6  third of them are at work or school, and a third of them
7  are off.
8      Q.  Okay.
9      A.  So the problem we have at Southwestern is you
10 don't have enough meeting spaces to do something for
11 everybody at one time.  So by breaking it up into
12 thirds, you're able to run that.
13     So I'm saying that to make this point.  When I go
14 to these housing units at 8 o'clock, the only third of
15 the people that are there are the people that are off
16 that morning.
17     Q.  Okay.
18     A.  So if I come in the afternoon, it's the afternoon
19 guys that are there.  Or if I come in in the evening,
20 it's the evening guys that are there.  So there's always
21 a different group of guys there.
22     Q.  Okay.
23     A.  That's kind of why I stagger my walkthroughs as
24 well.

68

1      Q.  Okay.
2      A.  And then I do a weekend walkthrough as well, if
3  I'm a duty warden.
4      Q.  Okay.  Let's stick with just the week for now as
5  assistant warden of programs.
6      A.  Okay.
7      Q.  So you show up around 7:30 or 8:00, e-mail, drink
8  coffee.  On some days, there's an 8 o'clock meeting that
9  lasts about 30 to 40 minutes?
10     A.  M-hm.
11     Q.  Then you would go do your rounds some days?
12     A.  M-hm.
13     Q.  Other days, you would not immediately do your
14 rounds because you like to stagger them out.
15     A.  Correct.
16     Q.  What would you first find yourself doing after
17 that morning meeting, or 8 o'clock, if you decided not
18 to do your rounds immediately.  What would you be doing?
19     A.  There's 1,000 things.
20     Q.  Let me ask it this way.  Is there a specific
21 thing that you would do day to day, or --
22     A.  No.
23     Q.  -- would it just depend on the needs of the
24 facility?

Transcript of Ron Vitale
Conducted on May 31, 2018

69

1    A.  It's the needs of the facility.  We have a dog
2  program there that we have partnered with a group out of
3  St. Louis called Support Dogs.
4    Q.  That's awesome.
5    A.  It's pretty cool.  And we have about -- anywhere
6  from 14 to 20 dogs there.  And we keep the dogs for
7  about two years.  And we train the dogs who are then
8  assigned to people who have disabilities, with
9  everything with the exception of sight.  And they're
10  there every Thursday.  And I usually hang out with them
11  guys.  I like the dog stuff.
12    And we place dogs with people who have
13  disabilities.  And we've placed probably a couple
14  hundred dogs over the few years.  So there's things like
15  that that go on.  There's always something going on
16  there.
17    Q.  Okay.  So is there, like, a calendar or something
18  that you would check to determine, like, what's going
19  on; and then that would determine where you would decide
20  to go?
21    A.  Yeah.  Yeah.  Pretty much.
22    Q.  Okay.  So it sounds like the first hour to hour
23  and a half of your day is sort of a set day-to-day
24  schedule.  Is there any of part of your day that's a set

70

1  day-to-day schedule that you can pretty much guarantee
2  to find you somewhere on any given day?
3    A.  Not really.  The morning is pretty much -- I try
4  to just get through e-mail and whatever needs to be
5  done.  And then I'm out and about.
6    Q.  Okay.  You mentioned the dog program.  Are there
7  any other programs or specific things at Southwestern
8  that you go and interact with?
9    A.  Yeah.  There's a bunch of stuff.  I mean, we have
10  a deal with the Lutherans where they do a storybook,
11  it's called.  It pretty slick.
12    They come in and they have inmates read books to
13  their children.  And they record the reading of the
14  book.  And then they mail the book and the recording to
15  the kid.  We have all kinds of programs.  I mean,
16  that's -- Inside Outside Dads is another one.  There's
17  tons of stuff that goes on there.
18    Our prison is pretty -- if you've done a lot of
19  these depositions with other institutions, we're not
20  like any other institution.
21    Q.  M-hm.
22    A.  There's a lot of movement there, there's a lot of
23  programs going on.  And the inmates are actually able to
24  put together their own schedules, so to speak.

71

1    So say, for example, the guy wanted to go to the
2  Inside Outside Dad program, which is, like, a 12-week
3  program, he would -- you adjust his substance abuse
4  treatment around that program, so that he would go to
5  substance abuse in the morning, Inside Outside Dad in
6  the afternoon, and in the evening, he might work in the
7  kitchen.
8    So the inmates are involved with more of their
9  prioritizing what they need to do and how they need to
10  do it.  All our guys are going home pretty soon, so we
11  try to put some responsibilities of things on them.
12    Q.  Okay.  Can you explain to me the layout of
13  Southwestern a little bit?  When you do your rounds, for
14  example, is your office in the administrative building?
15    A.  It's an old high school.  It's an old Catholic
16  high school.  And when you come into the institution,
17  right when you walk in is where the administration
18  building is.  And that's where my office -- well, back
19  then, I think my office was in work camp, I think.
20    But when you come in, there's an administrative
21  building.  And then as you come through the
22  administrative building, there's a chow and a gym in
23  there, and segregation is in there.  We have a small
24  segregation unit, which is only eight cells.

72

1    Then you go into a -- like a courtyard.  And
2  inside the courtyard is four big housing units right in
3  front of you.
4    Q.  What are the names of the housing units?
5    A.  Real simple: 1, 2, 3, and 4.
6    Q.  Okay.
7    A.  And right in between where the administrative
8  building is and where the housing unit is, medical sits
9  there.  So it's all, like, in a core section there.
10    Q.  Where did you say medical was?
11    A.  Right in -- right when you come out of the
12  administrative building, it's -- administration is here,
13  housing units are here, and the medical is right there.
14    Q.  So just for the record, so the admin building,
15  you walk out, and you can see all four buildings right
16  next -- all the housing units right next to each other?
17    A.  Correct.
18    Q.  And then medical is right on the end?
19    A.  Right in between them.
20    Q.  Right in between which housing unit?
21    A.  In between the admin building and the housing
22  units.
23    Q.  Okay.  So do you have to do walk around medical
24  to get to the housing units?

Transcript of Ron Vitale
Conducted on May 31, 2018

73

1    A.  Past it.
2    Q.  Do you have to walk through it?
3    A.  Past it.  The outside.
4    Q.  Okay.
5    A.  Yeah.  You can't go from admin through medical to
6    get to a housing unit.  You can't do that.  You have to
7    go outside.
8    Q.  You have to go outside.  Okay.
9    A.  And then you have a work camp over here, which is
10   100 guys in a work camp.
11   Q.  Okay.
12   A.  Then over here, you have all the drug treatment
13   stuff that's here.  And warehouses are back there.
14   Q.  And when you say "right here," you mean sort of
15   behind where the housing units are?
16   A.  Housing units here, and the drug stuff is here.
17   Q.  No.  So sort of next to housing units?
18   A.  Yeah.
19   Q.  Okay.
20   A.  It's a little bit of a walk.  But you can make
21   rounds, and I mean, if you're in a hurry, we've done it
22   in 30 minutes.  Typically it takes about an hour when
23   you walk through.
24   Q.  And you said you do rounds three to four times a

74

1    week, or every day?
2    A.  The only ones I would say I try to do every day
3    and I probably don't do them every day is medical and
4    seg.
5    Q.  And that was in 2014?
6    A.  Yeah.  Forever, I've tried to do that.
7    Q.  Okay.
8    A.  But you know, something happens; you might not
9    make it.  Like, I'm here today.  I won't be --
10   Q.  Of course.  So when you say "rounds," what do you
11   mean?  Do you physically just walk around and observe to
12   make sure everything is okay?
13   A.  In seg, medical, and the housing units is a book
14   that I have to sign.  And then when they do audits, they
15   audit the books to make sure I'm doing rounds.
16   Q.  So do you physically walk to all these books and
17   sign your name?
18   A.  M-hm.  M-hm.  Yeah.
19   Q.  Do you do anything at these locations where all
20   these books are?
21   A.  Yeah.  Typically.
22   Q.  What do you do?
23   A.  Inmates will come up, I don't do a call line.
24   Q.  What's a call line?

75

1    A.  Call line would be if someone wants to talk to
2    the warden, they put in a request to see him.  I would
3    rather go by to the housing units.  It's easier.
4    So I'll go to the housing unit and stand there
5    for 10 or 15 minutes.  There will be five, six guys:
6    "Warden, you know" -- blah blah this, or blah blah,
7    that.
8    Q.  Okay.  So when you do the rounds, you're not
9    actually checking in on the status of anything specific?
10   A.  Correct.
11   Q.  Okay.  You're just going to those different
12   locations?
13   A.  The only thing I'm doing is signing the book for
14   sure.
15   Q.  Okay.
16   A.  For sure, the book needs to be signed.
17   Q.  Okay.
18   A.  Because they do those annual audits, they start
19   counting to make sure everybody -- I think we have to do
20   two or three rounds a week.  I think it's two rounds a
21   week.  I don't remember, to tell you the truth.
22   Q.  Did anyone ever tell you what the purpose of the
23   rounds with were?
24   A.  Oh, sure.  Well, make sure everybody is doing

76

1    what they're supposed to be doing.  And I mean, I
2    walked in one housing unit a guy was sleeping.  One of
3    the officers was sleeping.
4    Q.  Oh, Jeez.
5    A.  I mean, minor stuff like that.
6    Q.  So your job then -- you would sort of nudge them
7    and be like --
8    A.  No.  We would write them up on that and refer
9    them.
10   Q.  Okay.
11   A.  And I mean, you got to -- yeah, you would do
12   that.  I mean sometimes, you wouldn't.  It's just
13   certain situations.
14   Q.  Okay.
15   A.  And then, you know, the inmates will stop me.
16   I'll get them calling my name as soon as I hit that
17   housing units.
18   Q.  How many inmates per round would you say you
19   speak with?
20   A.  As many as I let see me.
21   Q.  As many as you let see you?
22   A.  M-hm.
23   Q.  How many do you usually allow to speak with you
24   per day?

Transcript of Ron Vitale
Conducted on May 31, 2018

77

1    A. It depends. If I'm on the move, I might not see
2  any. And then on a weekend or something like that, I've
3  got time to kill, I'll stick around and just may see
4  six, seven, eight, ten guys.
5    Q. And when you say "you see," you mean you stop and
6  speak with them?
7    A. M-hm.
8    Q. Okay. So during the week, if prisoners call out
9  to you --
10   A. The inmates.
11   Q. I'm sorry?
12   A. Offender or inmates. They're not --
13   Q. Okay. Term of choice, I guess. So let's
14 pretend -- not pretend. Between -- strike that. That's
15 what I meant about bad questions. I usually catch
16 myself.
17     So Mondays through Fridays, back in 2014, when
18 you would do rounds, approximately how many inmates
19 would you speak with in one particular housing unit?
20   A. Two or three.
21   Q. And then would you speak to two or three in each
22 of the housing units --
23   A. Yeah. Usually.
24   Q. -- that you would go to?

78

1    A. Usually. There could be none. I mean, it really
2  depends on what time of the day you go through there,
3  too. Because if they're on count, if they're doing a
4  count, nobody's moving and everybody's in their dorms.
5      Sometimes I may go through a dorm, sometimes I
6  might not go through a dorm. Sometimes I'll come
7  through the back door. There's just different things;
8  it's different just about every time you do it. But on
9  the average, two or three people stop me.
10   Q. For each housing unit?
11   A. In each housing unit, yeah.
12   Q. Okay. What about in medical or in seg? Would
13 you talk to people -- inmates there?
14   A. Well, seg's a little different because we only
15 have eight seg beds in segregation, and we get parole
16 violators that come in from the community. And they're
17 locked up in seg until they're transported to Menard.
18   Q. Okay.
19   A. So seg is typically one of the places, I'll walk
20 by the cells and see if anybody has anything to say, if
21 they need anything or something. Because usually those
22 guys back there don't have anything when they're back
23 there. So they might need a toothbrush or something.
24   Q. And if an inmate told you that he needed or

79

1  wanted something, what would you do?
2    A. Typically, I would direct them back to the
3  department they're requesting.
4    Q. What do you mean when you say you would direct
5  them to?
6    A. Let's say the guy needs a phone call. I would
7  have him talk to somebody from clinical services who
8  would arrange for them to make a phone call.
9    Q. So would you personally called clinical services?
10   A. No.
11   Q. So how would you get him in touch with someone in
12 clinical services?
13   A. There's an officer there. I would have the
14 officer call there and have him come back. And clinical
15 services comes back there every day, too, so.
16   Q. So how often would you do that?
17   A. Couple times. I don't know. Couple times a week
18 probably.
19   Q. Okay. And --
20   A. I mean, it's -- someone might need a bar of soap,
21 toothpaste. I mean, some of the stuff is pretty simple.
22 They keep it right there in segregation.
23   Q. So they're requesting sort of --
24   A. Yeah. The officer wouldn't give it to them --

80

1    Q. -- what's the word, toiletry type things?
2    A. Yeah. The officer wouldn't give it to them, or
3  the officer wouldn't let them take a shower or
4  something. You know, some them are a quick fix stuff.
5    Q. A lot of hygiene issues?
6    A. M-hm.
7    Q. Okay.
8    A. And then I always -- you know, if there's a fight
9  or something like that, both of those guys would be
10 locked up in there. I'll say something to them about
11 it.
12   Q. You would speak with them about the fight that
13 they had?
14   A. M-hm.
15   Q. What would you speak with them -- what would you
16 talk to them about?
17   A. Wanting to know what happened. Because they'll
18 be shipped out of Southwestern if there's a fight.
19   Q. Okay.
20   A. And if there was a fight, they would lose
21 whatever contracts they earned.
22   Q. What are contracts?
23   A. Time. Time cuts. So they could lose six, eight,
24 nine months of time cuts by getting moved out of

Transcript of Ron Vitale
Conducted on May 31, 2018

81

1  Southwestern.
2     Q.  Oh.  When you say time cuts, you mean, like
3  credits --
4     A.  Lost credit.
5     Q.  -- time off their sentence?
6     A.  M-hm.
7     Q.  Gotcha.  Okay.
8     A.  That usually gets their attention a little bit
9  then.
10    Q.  Okay.  When you were describing the facility for
11 me, you said that there was an admin building and then
12 you had to walk outside?
13    A.  M-hm.
14    Q.  What is the courtyard like?  Can you describe the
15 courtyard to me?
16    A.  Again, it's an old high school.  The housing
17 units, you can walk through, so --
18    Q.  Sorry.  Let me be more specific.  The outside
19 portion of the courtyard, was it grass?
20    A.  Hm-m.  Blacktop.
21    Q.  Blacktop.  Okay.
22    A.  And then there's a core officer there that sits
23 in the core and runs lines.
24    Q.  Okay.  What do you mean by "runs lines"?

82

1     A.  If there's a school line going, he would run the
2  school line.  He'd call for the school people to go;
3  school would go, and drug treatment people.  So there's
4  no free movement.  It's all coordinated movement.
5     Q.  Okay.  So when you say call lines, you mean he
6  would call for a specific group of people to come in --
7     A.  Correct.
8     Q.  -- and then they would move.
9     A.  They would move.
10    Q.  Okay.  Gotcha.  Is there anything else about your
11 day-to-day schedule that you do that we have not
12 discussed today?
13    A.  I'm sure there is that I'm -- I mean, there's
14 always something going on there.
15    Q.  I mean, other than, like, very specific
16 incidents, specific --
17    A.  No.  It's pretty general.
18    Q.  -- tasks --
19    A.  Pretty general.
20    Q.  -- we've discussed all the general tasks --
21    A.  Yes.
22    Q.  -- that you do day to day?
23    A.  Yes.
24    Q.  Okay.  Just a reminder, it's helpful to not to

83

1  speak over me.  Just to make the court reporter doesn't
2  get upset --
3     A.  I'm sorry.
4     Q.  -- with us as well.  Okay.  So we just talked
5  about tasks that you do.  But as assistant warden of
6  programs at Southwestern, what are your day-to-day job
7  duties and responsibilities?  And let's focus
8  specifically on the time period of 2014.
9     A.  Well, there's -- I have program meetings monthly.
10 I have a suggestion committee meeting monthly.  I have
11 a --
12    Q.  Can you repeat that last one?
13    A.  It's an employee suggestion committee.
14    Q.  That's what it's called?
15    A.  Yeah.
16    Q.  Okay.
17    A.  You know, if somebody has an idea they want to do
18 something.  Or, like the latest, we've been getting food
19 trucks to come in and bring lunch.  And it came through
20 that committee.  Because you can't leave the prison once
21 you get there.
22       So there's that, and there's an audit meeting
23 that I have.  There's a -- I don't have a list of all
24 the meetings.  But I would probably say a week, I'm

84

1  going to three or four meetings for something.
2     Q.  Three to four meetings --
3     A.  Per week.
4     Q.  -- per week generally?
5     A.  Yeah.  In addition to the ones we spoke about
6  earlier, those early morning ones.
7     Q.  Okay.  And the program meeting and the employee
8  suggestion and the audit meeting --
9     A.  Monthly.
10    Q.  They're monthly.  Okay.  Are there any other
11 meetings that you have to attend?
12    A.  I'm sure there is.  I don't remember.
13    Q.  Okay.  Is there any sort of list or documentation
14 anywhere that would inform you as to --
15    A.  Well, I take it --
16    Q.  -- all of the meetings that you have to go to?
17    A.  There's a quarterly QI meeting we do, which is
18 for all of the program stuff that goes on there.
19 There's a quarterly medical QI meeting that happens.
20       Then there's monthly meetings that I go to
21 Springfield for.  There's a program service meeting
22 monthly out there in Springfield.
23    Q.  What do you discuss at the Springfield meeting?
24    A.  Pardon?

Transcript of Ron Vitale
Conducted on May 31, 2018

85

1    Q.  What do you discuss at the monthly Springfield
2  meeting?
3    **A.  Just program stuff, what's coming up, what's**
4  **going on; something somebody's doing or something.**
5    Q.  Is that just specific to Southwestern, or is it
6  all the --
7    **A.  All the programs wardens come.**
8    Q.  Okay.
9    **A.  And I think now they're doing it -- it's by phone**
10  **now.**
11    Q.  Any other meetings, monthly or quarterly?
12    **A.  Not that I can recall.  I'm sure there's some.  I**
13  **just can't remember.**
14    Q.  Are there any other day-to-day job duties or
15  responsibilities that you have as assistant warden of
16  programs?
17    **A.  I don't think so.**
18    Q.  Okay.
19    **A.  No.  I would say no.**
20    Q.  Have your duties and responsibilities changed in
21  any way since you first began working as an assistant
22  warden of programs?  And we'll just talk about the time
23  period of when you were assistant warden of programs.
24    **A.  I would -- you know, I would say no, not really.**

86

1  **I mean, if certain issues came up that might -- would**
2  **require some more -- like the PREA stuff, for example.**
3  **That was a pretty big deal for about a year.  We had to**
4  **bring a lot of standards up to comply with the PREA**
5  **compliance stuff.**
6  **    And we've been getting a lot of what they call**
7  **seriously mentally ill inmates in there.  We've done a**
8  **lot of training with that.  Corrections seems to be the**
9  **dumping point for anybody who can't function well in the**
10  **community, since all the state hospitals are closed.**
11  **They send them to us.**
12    Q.  Oh, Jeez.
13    **A.  So we've done a lot of trainings with that.**
14  **There's different hot spots that come up that might**
15  **change the direction.**
16  **    And at Southwestern, we have about 200 meth**
17  **clients.  And they're cognitive skills are a little bit**
18  **more impaired than -- so there's different kinds of**
19  **stuff like that that might change with different**
20  **programming or different information or different stuff.**
21    Q.  Okay.  Are there any other changes that have
22  occurred at Southwestern, such as PREA, the seriously
23  mentally ill trainings, and the meth clients that you
24  spoke of; are there any other new additions or areas

87

1  that you had to take on as part of your job duties and
2  responsibilities?
3    **A.  I don't -- no.  I would say no.**
4    Q.  When you say -- when you just spoke about the
5  PREA, and the seriously mentally ill, and the meth
6  clients, would it be fair to say that those were
7  additional trainings that you had to do so that you
8  recall knowledgeable about those areas?
9    **A.  Yeah.  M-hm.  Yeah.  I would say yes.  Well, and**
10  **I think we've had these people there the whole time**
11  **anyway.**
12    Q.  M-hm.
13    **A.  We just didn't quite have a label on some of**
14  **them.**
15    Q.  Okay.
16    **A.  But, you know, they've been there.**
17    Q.  So did your duties and responsibilities, in terms
18  of those sub-groups of people, change, or was it just
19  that you did more trainings and became more
20  knowledgeable about that?
21    **A.  No.  I would say no, it didn't change.  I think**
22  **we just identified, you know, the guy that's a little**
23  **slow over here, he's not a little slow; he might have**
24  **some issues there that needs to be dealt with.**

88

1    Q.  Okay.
2    **A.  And there's been some lawsuits that've come down**
3  **through corrections that hs forced us to be more**
4  **involved with the mentally ill population.**
5    Q.  Okay.  That's great.  Is one of your
6  responsibilities as assistant warden of programs to
7  serve as duty warden?
8    **A.  Yep.  It's terrible, too.**
9    Q.  How often do you serve as duty warden?
10    **A.  Now?  Or --**
11    Q.  Back in 2014.
12    **A.  I don't remember how many wardens there were back**
13  **then.  It really depends on how many wardens you have.**
14    Q.  Would you say it -- let's start here.  Do you
15  remember back in 2014 how long you would have served as
16  duty warden?
17    **A.  I don't remember exactly.  I think there was a**
18  **time for about a year, and it might have been within**
19  **that 2012, 2014 that I was an acting warden at the time.**
20  **    We had a gap in there, and that might be a year**
21  **off either way.  I'm not sure.  It might have been '15**
22  **or '14, somewhere around there, where I was the only guy**
23  **there for about a year.**
24    Q.  The only warden at all?

Transcript of Ron Vitale
Conducted on May 31, 2018

23 (89 to 92)

89

1   A. Right.
2   Q. Do you have any documentation that would specify
3 exactly --
4   A. M-hm. Yeah.
5   Q. -- when that time period was?
6   A. Yeah. I'm sure there's some time stuff.
7   Q. Do you physically have those documents, or do you
8 think --
9   A. The institution would have them. I don't have
10 them.
11   Q. Do you know what department of the institution
12 would have them?
13   A. Time keeping would have that, I would guess. I
14 think it was -- I don't remember when that was. But I
15 was the only one there for about a year. Maybe nine
16 months to a year. And I was on duty every weekend.
17   Q. Every weekend?
18   A. M-hm. My wife did not like that at all.
19   Q. Yeah. I can imagine. But you wouldn't only be
20 duty warden on the weekends, right? You would sometimes
21 be duty warden during the week, correct?
22   A. Once you have duty, you have it for the full
23 week.
24   Q. Okay.

90

1   A. It's a Monday through Sunday.
2   Q. Monday through Sunday. Okay. So in 2014, when
3 you were assigned to be duty warden, it was Monday
4 through Sunday?
5   A. Correct.
6   Q. Okay. That's helpful. I somehow did not pick
7 that up throughout all these conversations.
8      Okay. So back in 2014, assuming that you -- that
9 was not the time period that you were the only warden,
10 would you say that you were a duty warden once or twice
11 a month?
12   A. Yeah. I would say yes.
13   Q. Okay. And as duty warden are you responsible
14 for the execution of the policies and procedures and
15 management of Southwestern?
16   A. Yes.
17   Q. As assistant warden of programs, is one of your
18 responsibilities to plan -- and just to be clear, I'm
19 talking about the time period of 2014.
20      As assistant warden of programs, is one of your
21 responsibilities to plan, organize, and direct the
22 entire program services operation?
23   A. I would say yes, but with a small caveat to it.
24 Meaning there's certain directives that come down that

91

1 says we're going to do this, or we're going to do that,
2 or we're going to have this program come in, or have
3 this program come in. So yes and no.
4      I think most of the stuff would be a yes. And
5 then there's stuff that would come from Springfield,
6 that we have a new mentoring program, or a new parole
7 program coming down, something like that.
8   Q. Okay. So disregarding for a moment any
9 directives that come from Springfield. As assistant
10 warden of programs, is one of your responsibilities to
11 plan, organize, and direct the entire program services
12 operation?
13   A. Yes. But that would also run through the warden.
14 So we have a plan for the year for programs and services
15 that goes through the warden. And the warden signs off
16 on it.
17   Q. Okay. So I'm going to hand you this. This is
18 document Armbruster versus Wexford, et. al., 16544 IDOC
19 document 001300 through 1303. It's a CMS position
20 description for assistant warden of programs. The
21 effective date is 11/2010.
22      And the second -- the document, 1302, says the
23 effective date is 8/2012. And it says that there were
24 no revisions necessary from the 2010 version.

92

1   A. Okay.
2   Q. And let's go ahead, and we can put all of this to
3 the side so we don't get things confused. If you could
4 go ahead and -- hold on one second. Actually, I'll hold
5 off on that for now.
6      As assistant warden of programs, is one of your
7 responsibilities -- let's go ahead and mark that Exhibit
8 1 for now.
9      Is one of your responsibilities to interpret and
10 carry out the policies of the department of corrections
11 and Southwestern?
12   A. Yes.
13   Q. And as assistant warden of programs, is it your
14 responsibility to ensure that the IDOC's policies
15 pertaining to medical care are followed at Southwestern?
16   A. Yes.
17   Q. As assistant warden of programs, is one of your
18 responsibilities to supervise staff?
19   A. What do you mean by that?
20   Q. What is your understanding of what it means to
21 supervise staff?
22   A. What staff are you talking about?
23   Q. Are you responsible for supervising only specific
24 staff?

Transcript of Ron Vitale
Conducted on May 31, 2018

---

93

1    A. Yes.
2    Q. Which specific staff are you responsible for?
3    A. There's different departments that fall under the
4  programs warden. So I would not supervise dietary, for
5  example.
6    Q. Okay. I'm going to go ahead and hand you Exhibit
7  1. If you guys want one --
8    A. Here would be -- right there would be the --
9    Q. So if you could look at the first paragraph, the
10 one that is not numbered.
11   A. M-hm.
12   Q. If you could go ahead and look at the last line,
13 in the last two words of that line.
14   A. Supervise staff. Okay.
15   Q. Does that refresh your recollection as to whether
16 or not it is one of your job duties?
17   A. Well --
18     MS. SCHWARZLOSE: Objection as to the form of the
19 question.
20     MS. ROCHE: I'm sorry. I wasn't done with my
21 question yet.
22   Q. Does that refresh your recollection as to whether
23 or not it is one of your job duties and responsibilities
24 to supervise staff?

---

94

1      MS. SCHWARZLOSE: And objection to form of the
2  question.
3      MS. KINKADE: Join.
4    A. MR. VITALE: I would say yeah, I do supervise
5  staff. I don't supervise all the staff there at
6  Southwestern.
7    Q. Okay. What is your understanding of what staff
8  you are to supervise?
9    A. Well, clinical services, records, medical,
10 chaplaincy, LTS stuff, education, the substance abuse
11 treatment. We have a TASC contract there. TASC would
12 fall into it.
13     Stuff I wouldn't do is, like, the business office
14 has a programs warden. I did not supervise them.
15 Dietary, I did not supervise dietary. And the security
16 staff, I did not supervise; or the maintenance staff, I
17 didn't supervise directly.
18   Q. Okay. And does the staff that you -- is it your
19 understanding that you are required to -- strike that.
20     As assistant warden of programs, is one of your
21 responsibilities to supervise medical staff?
22   A. Yes.
23   Q. Okay.
24   A. Well, I'll -- I don't supervise Wexford staff.

---

95

1    Q. Can you elaborate a little bit?
2    A. In medical at Southwestern, we have a -- Wexford
3  provides the medical services for the inmates. We have
4  a healthcare administrator, who is a state employee,
5  whose office is in there with Wexford and works with the
6  Wexford staff of schedules and stuff that happens there;
7  if there's any issues that are going on there, she
8  generally does that. And then I supervise her.
9    Q. So your understanding is that you are only the
10 supervisor of the healthcare administrator?
11   A. Correct. The nurses and all that stuff report to
12 Wexford. And then there's a Wexford person that comes
13 in. She's a regional person that comes in. If there's
14 ever any issues or questions or problems, I would talk
15 with her about.
16     And then there's a nursing supervisor there by
17 Wexford that's there that I'll meet with if there's some
18 issues. And then there's a medical director there that's
19 a Wexford employee. And then there's records back there
20 and things like that that Wexford also does.
21   Q. Okay. As assistant warden of programs, are you
22 responsible for planning, organizing, and assuming
23 direct responsibility over the functions of medical
24 services at Southwestern?

---

96

1    A. No.
2    Q. Okay. I'll direct you to Exhibit 1.
3    A. Well --
4    Q. Can you go ahead and read what number one says?
5    A. Plan, organize, assume direct responsibility over
6  functioning of the clinical services, records keeper,
7  medical services, chaplains, leisure time, education,
8  supervisor program services. Yeah.
9      There's ADs and IDs that govern what they do
10 there that, yeah, I would be involved with, making sure
11 that they do the ADs and IDs and over that stuff.
12     But the 9:00 to 5:00, somebody's sick or taking a
13 day off, or something like that, I'm not involved with
14 that.
15   Q. But according to the position description, it is
16 your direct responsibility.
17   A. M-hm. Right. And I delegate that
18 responsibility. That would be delegated to the -- the
19 healthcare administrator would be over that stuff.
20   Q. Okay. But you --
21   A. Sure.
22   Q. In your position as assistant warden of
23 programs --
24   A. Sure.

---

Transcript of Ron Vitale
Conducted on May 31, 2018

25 (97 to 100)

97

1    Q. -- has direct responsibility over the medical
2 services that are provided --
3    **A. Yes.**
4    Q. -- at Southwestern?
5    **A. Yes.**
6       MS. SCHWARZLOSE: I'm going to object as to form
7 again.
8    Q. MS. ROCHE: Just a reminder; it's helpful to let
9 me finish my question?
10   **A. I'm sorry.**
11   Q. That's okay. I think you answered this earlier,
12 but just so that I'm clear, as assistant warden of
13 programs, is the healthcare unit under your supervision?
14   **A. Yes.**
15   Q. As assistant warden of programs, is one of your
16 responsibilities to serve as a full line supervisor?
17   **A. As what?**
18   Q. Full line supervisor?
19   **A. What does that mean?**
20   Q. That was my next question. I was hoping you
21 would explain it to me. If you could look at Exhibit 1
22 and read the first clause of number 2?
23   **A. Of number 2. Okay.**
24   Q. Numbered right here.

98

1    **A. Full line supervisor.**
2    Q. Yeah. Just for the record, it says serves as --
3    **A. Serves as full line supervisor.**
4    Q. -- full line supervisor.
5    **A. Assigns and reviews work, provides guidance and**
6    **training to assist staff, counsels staff regarding work**
7    **performance, assignments.**
8       **Well, yeah, I would do that. Staff to meet**
9    **daily, I don't know if that's all exactly like that.**
10   **Staff would meet day to day operational needs, establish**
11   **goals, annual goals, objectives, approves time off,**
12   **adjusts first level grievances, efficiently recommends**
13   **and imposes discipline, up to and including discharge,**
14   **prepares signs, performance evaluations, and recommends**
15   **staff needs, reviews activity reports.**
16   Q. Just for the record, you were not reading that
17 verbatim.
18   **A. No.**
19   Q. Okay. So do you know what a full line supervisor
20 is?
21   **A. No.**
22   Q. Okay. If you wanted to know what a full line
23 supervisor is, who would you ask?
24   **A. Well, I think the question would be if I really**

99

1    **wanted to know what a full line supervisor was.**
2    Q. So if you really wanted to know what a full line
3 supervisor was, who would you ask?
4    **A. I would probably ask the healthcare administrator**
5    **person back there.**
6    Q. Oh. So you think a full line supervisor --
7    **A. I'm not really sure where it is.**
8    Q. -- is related to healthcare?
9    **A. I'm not sure where it is.**
10   Q. Where what is? What do you mean?
11   **A. A health or your full line supervisors. I've**
12   **never heard of that before until you just mentioned it.**
13   Q. Do you have reason to believe that it's
14 associated with the healthcare department?
15   **A. No.**
16   Q. Okay. So if you wanted to figure out --
17   **A. I would ask --**
18   Q. -- what it even has to do with, who would you
19 ask?
20   **A. If it's related to this, I would go the HR person**
21   **and find out.**
22   Q. HR. Okay.
23   **A. Yeah. See, because we do not do this with**
24   **Wexford. I mean, we're not involved with their**

100

1    **performance reviews. We're not involved with their**
2    **increases in salary or any of that stuff. That's all at**
3    **Wexford.**
4    Q. So to be clear though, this position description
5 isn't limited in any way to dealing with only
6 healthcare --
7    **A. No.**
8    Q. -- issues, correct?
9    **A. Right.**
10   Q. So you have no reason to think that the full line
11 supervisor is a position that has anything --
12   **A. No.**
13   Q. -- to do with the healthcare, correct?
14   **A. Correct.**
15   Q. Okay. But you just don't know either way; is
16 that correct?
17   **A. Correct.**
18   Q. As assistant warden of programs, is one of your
19 responsibilities to prepare and sign performance
20 evaluations?
21   **A. Yes.**
22   Q. Okay. Does that include medical staff
23 performance evaluations?
24   **A. No.**

101

1    Q.  As assistant warden of programs, is one of your
2  responsibilities to carry out institutional rules,
3  regulations, policies, and procedures at Southwestern,
4  and ensure that they are followed?
5    **A.  Yes.**
6    Q.  As assistant warden of programs, is it your
7  responsibility to ensure that the IDOC's policies
8  pertaining to medical care are followed at Southwestern?
9    **A.  Yes.**
10    Q.  As assistant warden of programs, are you
11  responsible for conducting interviews and counseling
12  inmates and conferring with their relatives?
13    **A.  I would probably say yes.**
14    Q.  I will direct you to Exhibit 1.  If you look at
15  number 4, does that refresh your recollection as to
16  whether or not one of your responsibilities is to
17  conduct interviews, counsel inmates, and confer with
18  their relatives?
19        MS. SCHWARZLOSE:  I'm going to object again to
20  form.
21        MS. KINKADE:  Join.
22    **A.  MR. VITALE:  It says that.  Yes.**
23    Q.  Okay.
24    **A.  We have a clinical services department that deals**

102

1  **with most of the family stuff.  If there's a death or**
2  **someone's relative dies, or if they need to do phone**
3  **calls, or they need some counseling if a parent dies or**
4  **if a child dies, clinical services normally does that.**
5    Q.  Okay.  Do you -- in your practice, have you
6  conferred with the relatives of inmates?
7    **A.  No.  Well, yes.  A couple times, yeah.  When**
8  **somebody's died.  I've had a couple of deaths when I was**
9  **on duty, and I've contacted the family.**
10    Q.  Okay.  Is there any circumstance other than a
11  death in which you've conferred with the relatives of an
12  inmate?
13    **A.  Probably.  I don't remember exactly what.  I**
14  **mean, we get -- there's -- if I'm in on a weekend, I'll**
15  **walk through the visiting room.  There could be, you**
16  **know, 50 visitors; they'll stop me and say something to**
17  **me or something.**
18        **Occasionally, I'll get a phone call from some**
19  **relative that had something going on with an inmate.  Or**
20  **I'll get calls from people that want to get an inmate**
21  **transferred to Southwestern because he has a drug**
22  **problem or something like that.  So yeah.  There's**
23  **occasions.**
24    Q.  Okay.  So you will confer with inmates'

103

1  relatives?
2    **A.  Well, let me just take a step back.  Say somebody**
3  **has an issue.  I would go to clinical services and tell**
4  **them that Putney's mother called, and this happened.**
5  **And they would take care of it.**
6    Q.  Okay.  So you are involved in sort of ensuring
7  that the wellbeing of the different inmates are okay;
8  and sometimes that includes conferring with relatives --
9    **A.  Yes.**
10    Q.  -- is that fair to say?
11    **A.  I would say yeah.**
12    Q.  Okay.  As assistant warden of programs, are you
13  responsible for making daily routine inspection tours of
14  Southwestern, including inspection of inmate living
15  quarters?
16    **A.  Yeah.  Yes.**
17    Q.  And do you make these inspection tours every day?
18    **A.  No.**
19    Q.  How often do you make them?
20    **A.  I think, you know -- I think two or three times a**
21  **week.**
22    Q.  Are those the daily rounds that we talked about?
23    **A.  M-hm.  Yeah.**
24    Q.  Okay.

104

1    **A.  Inspections would be rounds.**
2    Q.  The inspections are the same something as rounds?
3    **A.  Yes.**
4    Q.  Okay.  As assistant warden of programs, are one
5  of your responsibilities to serve on and chair the
6  quality improvement committee?
7    **A.  The quality improvement -- I don't know what that**
8  **-- that might be called something else.  Quality**
9  **improvement committee?**
10    Q.  Yes.
11    **A.  I don't recall that committee.  Now there's a**
12  **bunch of committees that could take that into account.**
13    Q.  Okay.  But so --
14    **A.  We have a quality assurance committee.**
15    Q.  What is your understanding of what the quality
16  assurance committee is?
17    **A.  We have a couple of quality assurance committees**
18  **go on.  We have one that's with the substance abuse**
19  **people.  That meets quarterly.  And then there's a**
20  **quality assurance committee that meets with Wexford**
21  **quarterly.  And I think that's where that would fall**
22  **into.**
23    Q.  Do you attend those quarterly meetings with
24  Wexford?

Transcript of Ron Vitale
Conducted on May 31, 2018

27 (105 to 108)

105

1    A.  As much as possible.  I wouldn't say I attend
2  every one of them, but as much I can.
3    Q.  So generally, one of your responsibilities --
4    A.  M-hm.  Yes.
5    Q.  -- is to attend one of these meetings?
6    A.  Yes.
7    Q.  Okay.  What do you discuss at these quarterly
8  meetings?
9    A.  Those are those meetings, I'm not quite sure what
10  anybody is talking about through those meetings.  It's
11  all the --
12    Q.  Why is that?
13    A.  It's -- the information is put together by -- the
14  healthcare administrator puts together the packet.  The
15  physician for Wexford approves the packet, and in there
16  are the number of call lines they've had, clinics
17  they've had there, x-ray results, how many people were
18  admitted, what problems people had, or what someone was
19  diagnosed with, or something.  So it's all medical kinds
20  of stuff.
21        The dentist makes a report, mental health makes
22  reports.  So I don't really have a lot of input to what
23  direction they're going to take, or what's going on with
24  the guy.

106

1    Q.  So at these quarterly meetings, are they
2  discussing specific patients that have issues, and what
3  the correct treatment would be?  Or is it that
4  reflecting on past treatment?  Like, what is the
5  circumstances of reviewing these records?
6    A.  Occasionally, they'll report, I think, on certain
7  patients.  I mean, like, I think at the last one I went
8  to, we had a guy back there who had liver cancer, and he
9  was terminal, and he was in the infirmary.
10        And they were trying to get the guy released
11  early to go home, or something like that.  There will be
12  quality assurance things that they would do that they
13  might check to make sure that the physician signs off
14  within however many days they need to sign off on
15  certain forms, or things like that.  So if there's some
16  audit issues, they would come through there.
17    Q.  Do you know why they said the patient with liver
18  cancer -- why they wanted him to go home?
19    A.  So he could die at home.
20    Q.  Anything else that is discussed at these
21  quarterly meetings with Wexford?
22    A.  I'm sure there's other stuff that I'm -- yeah.
23  There's other stuff.  I'm sure --
24    Q.  What else?

107

1    A.  -- there's different issues.  I don't recall
2  anything specific, but the only things that come to mind
3  is if it's something out of the norm.  And our infirmary
4  is only five beds.  Our infirmary is five beds, and we
5  have two isolation beds in there.  So we don't a large
6  infirmary population there.  So it's not uncommon for us
7  to have nobody in that facility.
8        The only reason I say that is there's a pretty
9  large exclusionary criteria for people coming to
10  Southwestern, that would exclude people from even being
11  placed there.  So we try to keep people that can
12  function fairly high.
13        We do accommodate people with certain
14  disabilities, or certain disabilities that we would
15  refer to another institution.  So there's certain -- if
16  there's a mental health issue, as long as the person is
17  stabilized on that mental health, if they come in there.
18        So there's -- the reason for that is there's a
19  lot of stuff doing on in Southwestern; lot of movement,
20  lot of things going on.  People who don't have the
21  cognitive skills to keep up with don't do real well
22  there.
23    Q.  At the infirmary?
24    A.  Anywhere in the institution.  And the infirmary

108

1  is only four beds, and very seldom do we -- like this
2  Davis, this last inmate that we had there with the liver
3  cancer.  He was the first guy or second guy since I've
4  been there that actually died in the infirmary.  So we
5  don't get it very often?
6    Q.  Okay.
7    A.  And with him, we were trying to get him out of
8  there a little sooner.  It didn't work.
9    Q.  Do you know why he wasn't able to get out sooner?
10    A.  He needed, like, a 30-day cut on his sentence,
11  and we couldn't get it done.
12    Q.  Gotcha.  So at these quarterly meetings with
13  Wexford, we discussed -- or you said that things that
14  you discuss include sometimes specific patients, and
15  treatment that they're receiving, or specific issues,
16  like trying to get someone to go home early.
17    A.  Well --
18    Q.  Did you discuss any audit issues that have come
19  up?  What else are general topics of --
20    A.  There is a --
21    Q.  -- what you would touch on at these quarterly
22  meetings with Wexford?
23    A.  There's an agenda that they come up with.  And
24  there's -- I don't know, about seven or eight different

Transcript of Ron Vitale
Conducted on May 31, 2018

28 (109 to 112)

109

1  areas that they cover in there.  And exactly what they
2  are, I'm not quite sure.  You know, there's, like, a
3  report from a -- they have a pharmacist that comes in
4  and does an audit on the pharmaceutical things
5  quarterly, and he makes a report.
6      Q.  And so the pharmacist audit, would that be then
7  something that would be addressed at every one of these
8  quarterly meetings?
9      A.  I'm pretty sure.  Yes.
10     Q.  Okay.  So at these quarterly meetings with
11 Wexford, you would be discussing, amongst the other
12 things that we mentioned earlier, any of the results of
13 the audits that had happened since the last quarterly
14 meeting; is that fair?
15     A.  Correct.
16     Q.  Okay.
17     A.  Correct.  And then there's different audits.
18 There's a pharmaceutical audit, there's an institutional
19 AD audit that they might be auditing.  They have so many
20 -- they have to sign within certain times.  There's
21 different things like that; that's all reported.
22     But then there's also -- the dentist makes a
23 report, mental health makes a report, trying to think
24 who else makes a report.  And then they have some

110

1  studies that they'll be doing.  They might have a study
2  on hypertension, or they might have a study on whatever.
3  And they might make a report.
4      Q.  Okay.
5      A.  So there's different things that go on.
6      Q.  Anything else that they would discuss?
7      A.  No.  Not that I can remember.
8      Q.  Okay.  Do you ever speak or offer up --
9      A.  Not really.
10     Q.  -- any information or anything?
11     A.  Occasionally, if it has to do with, like, the
12 Davis guy, for example.  I had something to say about
13 that.  We tried to get to Springfield and get some time
14 cut, but it didn't happen.
15     And then we have the agency there called TASC,
16 which is -- deals with transitional issues.  And they
17 have been signing up people for medical cards before
18 they're released.  So you know, we were involved -- we
19 were able to get the guy a medical card, and get the guy
20 transportation from east St. Louis to Chicago.  And so
21 there were different things like that that we were able
22 to do.
23     Q.  Okay.  Is there anything else that you would
24 participate or add to the conversation at these meetings

111

1  with Wexford?
2      A.  Not really.
3      Q.  Okay.  If you could look again at Exhibit 1.
4  Looking at number 5, it's on page 1301.  So you were
5  right.
6      A.  I was right.
7      Q.  Right up here, number 5?
8      A.  Okay.
9      Q.  If you could go ahead and read number 5.
10     A.  Serves and chairs the adjustment committee,
11 employer review board, drug and alcohol testing of
12 inmate committee, inmate benefit fund, quality
13 improvement committee, serves as an employee, second
14 level grievance officer, serves as the ADA coordinator,
15 ensures staff are properly trained and developed in
16 these areas, addresses corporate speaking to lay-in
17 professional groups, regarding various institutional
18 programs.
19     Q.  Okay.  So is one of your responsibilities as
20 assistant warden of programs to serve on and chair the
21 quality improvement committee?
22     A.  Yeah.  That's the one that's -- I'm assuming
23 that's the committee that we've been talking about.  I
24 know we have two of them there.  We have that.

112

1      Q.  So based on your reading of the position
2  description, is it your understanding that you one of
3  your responsibilities as assistant warden of programs is
4  to serve and chair a committee that is specifically
5  called the quality improvement committee?
6      A.  Well, there's -- I am the chair for the substance
7  abuse quality improvement.  I'm not the --
8      Q.  But that would quality assurance, you said?
9      A.  Quality assurance, quality improvement.  I'm not
10 the chair of the Wexford QI, or quality improvement
11 committee.
12     Q.  Okay.
13     A.  That would be -- the healthcare administrator is
14 the person that chairs that.
15     Q.  Okay.  I'm going to hand you -- and we can mark
16 this as Exhibit 2.  It is document Armbruster versus
17 Wexford, et. al., 16544 IDOC document number 000182
18 through 189.and it is the section, programs and
19 services, subsection medical and healthcare; subject,
20 Quality Improvement Program.
21     If you could go ahead and just review this
22 document.  And take your time.  Just let me know
23 whenever you are done.
24     MS. SCHWARZLOSE:  Sorry.  This is mine?  I drew

Transcript of Ron Vitale
Conducted on May 31, 2018

113

1  on it.
2      MS. ROCHE:  Yeah.  You're okay.
3      **MR. VITALE:  I'm good.**
4      Q.  Done reviewing?  Okay.  So pursuant to IDOC
5  policy, as assistant warden of programs, are you
6  required to serve on the quality improvement committee?
7      **A.  Yes.**
8      Q.  Okay.  And after reviewing the document, is it
9  your understanding that the Quality Improvement Program
10 is separate and different from the quality assurance
11 program?
12     **A.  Yes.**
13     Q.  Okay.  What is your understanding of what the --
14 actually one second.  And does the quality improvement
15 committee oversee the quality improvement of medical
16 services at Southwestern?
17     **A.  Yes.**
18     Q.  Okay.  If you could look back over at Exhibit 1,
19 right here, number 6.  It says --
20     MS. SCHWARZLOSE:  I'm going to object to form.
21     MS. ROCHE:  I'm not done with my question yet.
22 I'm looking for the document.
23     Q.  So number 6 says, performs other duties as
24 required or assigned, which are reasonably within the

114

1  scope of the duties enumerated above.  Did I read that
2  correctly?
3      **A.  Here?**
4      Q.  Exhibit 1.  Yes.  Number 6.  It says, performs
5  other duties as required or assigned, which are
6  reasonably within the scope of the duties as enumerated
7  above.
8      **A.  Sure.**
9      Q.  Did I read that correctly?
10     **A.  Sure.**
11     Q.  What other required or assigned duties are you
12 responsible for, pursuant to number 6?
13     **A.  Well, the warden has appointments of different**
14 **committees and different things that need to be done at**
15 **the institution.  And there's a book, about that big,**
16 **that he sends out --**
17     Q.  And just for the record, was that --
18     **A.  About 4 inches.**
19     Q.  About 4 inches?
20     **A.  Yeah.**
21     Q.  Okay.
22     **A.  And he assigns people to it and moves people**
23 **around to different recruiting things, screening issues.**
24 **There's a bunch of different warden's appointments that**

115

1  would fall into that.
2      **Of those, probably as the programs warden, I**
3  **would probably say I was assigned to five or six or**
4  **seven other things that would fall into that as other**
5  **duties.**
6      Q.  Can you list those for me?
7      **A.  List them for you?  The ADA coordinator was one.**
8  **I think I was the media coordinator, in case there was a**
9  **hostage situation.  I think I was on the books that come**
10 **in that are reviewed; what books you would allow in, or**
11 **papers, that sort of thing.  I think it's called -- I**
12 **don't even remember what committee it is.**
13     Q.  That's okay.  I know what you mean.
14     **A.  So there's several of those things that I'm**
15 **assigned to.**
16     Q.  So other than the ADA coordinator, the media
17 coordinator, the book review --
18     **A.  Yeah.**
19     Q.  -- committee, what other committees have you been
20 assigned to?
21     **A.  I don't remember it any more.  I'm sure there's**
22 **several more.  I don't really recall them.**
23     Q.  Okay.  Is there documentation anywhere --
24     **A.  Yeah.**

116

1      Q.  -- that would list those?
2      **A.  Sure.**
3      Q.  And where would that documentation be?
4      **A.  The warden's office.  We have all the warden's**
5  **bulletins -- or the assignments.  I would probably say**
6  **that I'm on more than just five or six.  I'm probably on**
7  **about a dozen of them.**
8      Q.  Okay.
9      **A.  I might not be the chairperson to it, but I'm**
10 **assigned to a committee.**
11     Q.  Okay.  And as assistant warden of programs, is
12 the warden your immediate supervisor?
13     **A.  Correct.**
14     Q.  Is the warden the only position above yours at
15 Southwestern?
16     **A.  Yes.**
17     Q.  Okay.  So Wexford's designee was deposed
18 yesterday and testified that the assistant warden of
19 programs is the responsible authority for ensuring that
20 there are adequate systems to provide access to medical
21 care.  Do you agree that as assistant warden of
22 programs, you have that responsibility?
23     **A.  Say that again?**
24     MS. KINKADE:  Object.

117

1    MR. VITALE: Go ahead.
2    MS. KINKADE: Objection. Form. Foundation.
3    MS. SCHWARZLOSE: Join in the objection.
4    Q. MS. ROCHE: Okay. So I'll repeat. So Wexford's
5  designee testified yesterday that the assistant warden
6  of programs is the responsible authority for ensuring
7  that there are adequate systems to provide access to
8  medical care. Do you agree that you, as assistant
9  warden of programs, have that responsibility?
10    MS. KINKADE: Same objections.
11    MS. SCHWARZLOSE: Same objections.
12    Q. MS. ROCHE: Go ahead.
13    **A. Now I can say something? I'm not sure what**
14  **systems means.**
15    Q. What is your understanding of what an adequate --
16  what systems mean.
17    **A. I don't know. Does that mean, like, care in a**
18  **hospital, or being referred out to somebody to do, you**
19  **know, something? I'm not sure. If that's the case, I**
20  **don't do any of that.**
21    Q. So what are the things that you don't do?
22    **A. It would be like if someone gets sick and needs**
23  **to be sent to a hospital, if somebody needs to have lab**
24  **work done; anything that needed to be ordered by a**

118

1  physician, I would have nothing to do with that.
2    **Now, you know, if there was an issue in the**
3  **physical plant, if there was problems with, you know,**
4  **whatever, I would be involved with stuff there at the**
5  **institution.**
6    **But in terms of care for the inmate, you know, I**
7  **wouldn't have much to do with that other, than the**
8  **heat's broke or whatever.**
9    Q. So you would -- I'm sorry. I keep losing my
10  voice. So you would dispute that testimony by Wexford
11  designee?
12    MS. KINKADE: Objection. Form. Foundation.
13  Misstates his testimony.
14    MS. SCHWARZLOSE: Join in the objection.
15    Q. MS. ROCHE: You can answer.
16    **A. I can answer now? I would say it's kind of a yes**
17  **and no. I'm not sure what that "systems" means, or what**
18  **systems is when she refers to the systems that I'm**
19  **responsible for. I'm not sure what that means.**
20    **So if that means there at Southwestern, the bed**
21  **breaks and they need somebody to fix the bed, yeah. I**
22  **would be involved, or something like that. Or if there**
23  **was a problem with an inmate, or somebody did something,**
24  **yeah. I would be involved with that. If it has to do**

119

1  **with Putney needs to have a cast put on, and we need to**
2  **take him to the emergency room, that would not be me.**
3    **So, yes. If it's physical issues there at the**
4  **thing, yeah, I would be responsible for stuff of that**
5  **nature. But anything having to do with any kind of**
6  **medical stuff or anything, I don't have anything to do**
7  **with. I'm not a doctor.**
8    Q. Okay. So if we remove the specific word
9  "systems," and if the testimony is that the assistant
10  warden of programs is the responsible authority for
11  ensuring prisoners have access to medical care, do you
12  agree that the assistant warden of programs has that
13  responsibility?
14    **A. There's an AD that has that covered. Yes.**
15  **There's -- yes.**
16    Q. When you say there's an AD that has that covered,
17  what do you mean?
18    **A. Well, there's -- I mean, there's physicals that**
19  **are done at RNC within so many days from the time the**
20  **person's incarcerated. There's updated physicals that**
21  **occur at the institution within so many years of how old**
22  **the guy has to be.**
23    **There's certain things that are ADs and IDs that**
24  **apply to the institution that I would make sure would**

120

1  happen. Now would I order that? No.
2    Q. Would you order what?
3    **A. Would I order somebody go out to the emergency**
4  **room to get -- or call an ambulance to take somebody to**
5  **the emergency room. I would not do that.**
6    Q. So would you not do that because you would choose
7  not to do that, or would you not do that because it's
8  your understanding that you don't have that
9  responsibility?
10    MS. SCHWARZLOSE: Object as to form.
11    MS. KINKADE: Join.
12    **A. MR. VITALE: I would say both.**
13    Q. Okay. So you would dispute the testimony that it
14  is the assistant warden of programs' responsibility for
15  ensuring adequate systems to provide access to medical
16  care?
17    MS. KINKADE: Objection.
18    MS. SCHWARZLOSE: Objection.
19    MS. KINKADE: Form. Foundation. Misstates his
20  testimony; both the testimony of Dr. Maddox and the
21  testimony here today.
22    MS. SCHWARZLOSE: Join.
23    Q. MS. ROCHE: You can go ahead and answer.
24    **A. I'll getting a little confused here. I'm**

Transcript of Ron Vitale
Conducted on May 31, 2018

121

1  responsible for whatever the ADs and IDs require us to
2  do there. Yes. Now does that mean I do them? That's
3  another --
4      Q. That's another what?
5      A. I wouldn't call -- I would not be the guy to call
6  the ambulance to pick someone up at the institution.
7      Q. So short of actually making the call, is it your
8  understanding that you have a responsibility to make
9  sure that there's access to that type of medical care,
10 should it be necessary?
11     A. I'm not sure what you mean on that.
12     Q. What's your understanding of what access to
13 medical care is?
14     A. I think we provide access to care there. Now,
15 there are certain things that they may not be able to
16 provide there that we send people out for. I mean,
17 would I be the one to refer somebody out for an eye
18 exam? No. I don't think so.
19     Q. So my question is a little bit different. My
20 question is specifically, what is your understanding of
21 what it means when I say access to medical care?
22     A. My understanding of access would be, like, we
23 would refer the guy for A, B, or C.
24     Q. Okay.

122

1      A. If --
2      Q. So your understanding is that if medical care was
3  not -- if Southwestern wasn't capable of providing a
4  certain medical care at the facility, that --
5      A. Wexford would go ahead and provide whatever
6  services they need outside of the institution.
7      Q. When you say Wexford would provide you mean they
8  would --
9      A. Yeah.
10     Q. -- coordinate --
11     A. Coordinate. Correct.
12     Q. -- to provide?
13     A. Correct. And then we would transport the guy to
14 get the service.
15     Q. Okay. And so it's your understanding that it
16 would not be your responsibility --
17     A. Right.
18     Q. -- to provide that access to medical care, but
19 that would be Wexford's?
20     A. Right.
21        MS. KINKADE: Objection. Objection. Misstates
22 the testimony. Form. Foundation.
23        MS. SCHWARZLOSE: Join in the objection.
24     Q. MS. ROCHE: Go ahead.

123

1      A. I'm done.
2      Q. Sorry. Unfortunately, that's not an option. So?
3        MS. SCHWARZLOSE: Do you need a break, Mr.
4  Vitale?
5        MR. VITALE: No. I'm good. Let's go.
6      Q. So the testimony yesterday --
7      A. Well, we have -- I mean, there's sick calls,
8  there's emergency calls. I mean, there's -- inmates
9  have access to that thing 24 hours a -- we have staff
10 there seven days a week, 24 hours a day, and they have
11 access to it.
12        Now there's a procedure to get into. If there's
13 an emergency, where the inmate can claim that there's an
14 emergency going on, and they can refer them over right
15 there. Or there's a box, where you would drop a thing
16 in there, requesting a call line. And they would go
17 ahead and put it on a call line.
18        So there's access to what goes on there. I mean,
19 it's just -- there's different levels of access to it.
20     Q. And so is it your understanding that it's
21 Wexford's responsibility for ensuring that access to
22 medical care, or is it your understanding that it's your
23 responsibility as assistant warden of programs?
24        MS. KINKADE: Objection. Form. Foundation.

124

1  Compound.
2        MS. SCHWARZLOSE: Join in the objection.
3      A. MR. VITALE: It's a yes and no answer. I don't
4  think there's a yes or no answer to it. We have to help
5  provide the boxes to put the sick call list into.
6  Somebody collects that and brings it back. Somebody
7  does -- so it's a joint effort in some of this stuff.
8        Does that mean that I personally go back and do
9  an evaluation on a guy that has a broken arm? I don't
10 think so. Does it mean that I make sure that the guy
11 can get to them if he comes to me and says, hey, I got a
12 broken arm? I would send him to Wexford. I wouldn't do
13 it.
14     Q. Okay. So it's your testimony that it's a joint
15 effort to make sure there's access to medical care
16 provided at Southwestern?
17     A. Yes.
18        MS. KINKADE: Objection. Form.
19        MS. SCHWARZLOSE: Join in the objection.
20     A. MR. VITALE: Yeah.
21     Q. And that joint effort is between the assistant
22 warden of programs and Wexford?
23     A. Well, yeah.
24     Q. Okay. And you reviewed Exhibit 2, correct?

125

1    A. Exhibit?
2    Q. Exhibit 2, which is the -- this one, in this
3  hand. The Quality Improvement Program institutional
4  directive.
5    A. M-hm.
6       MS. SCHWARZLOSE:  You have to say yes or no.
7    Q. MS. ROCHE:  Verbal answers, please.  Yes or no.
8    A. Yes.  I'm sorry.
9    Q. That's okay.  And what is your understanding of
10 what the quality improvement committee does?
11   A. What do you mean by that?
12   Q. Do you have any understanding -- do you know what
13 the quality improvement committee is?
14   A. They're reporting on what the agenda requires.
15 They're making reports on it.
16   Q. What agenda?
17   A. There's an outline in here that was presented
18 during those -- the data collection of all these chronic
19 illness -- utilization reviews, report on -- there's a
20 bunch of --
21   Q. What page are you looking at?
22   A. I'm looking at 0403125, page 7, B, J, and K.  And
23 mental health issues, these are all things that are
24 reported to these committee.

126

1    Q. Okay.  So Bates number 188 at the bottom?
2    A. Yeah.
3    Q. Okay.
4    A. Yeah.  There's a whole -- I mean, if you would
5  have -- there's a whole manual that they report.  And
6  they distribute the manual around there.  And the
7  healthcare administrator person is the person that
8  chairs that.
9    Q. Okay.
10   A. And typically, Wexford's regional person attends
11 it.  And then there's a medical nurse from Springfield
12 attends that.  And then the medical director from
13 Wexford attends it.  And I think also the dentist is
14 there.  There's several people there.
15   Q. Okay.  And can you please describe your total
16 participation in the Quality Improvement Program.
17   A. What do you mean by that?
18   Q. What is your total participation --
19   A. I attend.
20   Q. -- on this committee?
21   A. I attend.
22   Q. Okay.
23   A. Or I try to attend.  I might not make every
24 meeting there is.  Then there's an annual meeting that

127

1  comes once a year, which our medical director of
2  corrections attends.
3    Q. The who?
4    A. The medical director for the department of
5  corrections attends.
6    Q. Okay.  And what is your total participation in
7  that end-of-year meeting with the medical director?
8    A. The only thing I would probably say I'm involved
9  with it, but if there's any security issues, if there's
10 any physical plant issues, if there's any issues that --
11 staff issues, inmate issues, things like that, I would
12 get involved in.
13   Q. What kind of staff and inmate issues may there
14 be?
15   A. Inmate could cuss out the dentist, or refuse
16 services, or --
17   Q. Review services?
18   A. Oh, yeah.
19   Q. What do you mean by review services?
20   A. Refuse services.
21   Q. Refuse services.  Okay.
22   A. And then there's an officer sign-in there, who
23 helps get people where they need to go.
24   Q. Okay.  So are there any other ways in which you

128

1  are involved in the quality improvement meeting at the
2  end of the year?  Just that particular meeting.
3    A. The end of the year is more of a summary of all
4  the last three meetings rolled up together.  So the
5  amount of information that's brought in there is a lot
6  more in that meeting.
7    Q. Okay.  And just so that I'm clear, the meeting
8  that we were talking about earlier, the quality
9  assurance committee meeting, is your understanding that
10 those are the same thing as the these meetings, or are
11 they different?
12   A. They're same thing, is my understanding.
13   Q. They're the same thing is your understanding.
14 Okay.
15   A. And I don't want to get you confused.  But
16 there's a couple of different quality assurance, quality
17 improvement meetings, so.
18   Q. So this one that's described in Exhibit 2 is
19 specific to medical and healthcare?
20   A. Correct.  Correct.
21   Q. Okay.
22   A. Correct.
23   Q. So would your understanding be that the quality
24 improvement committee that you were discussing, how

Transcript of Ron Vitale
Conducted on May 31, 2018

129

1 there were multiple, you discussed one with Wexford;
2 that this would be pertaining to that committee.
3    **A.  No.  The one that I'm referring to with Wexford**
4 **is this committee here.**
5    Q.  Okay.
6    **A.  Yes.**
7    Q.  This committee here, the one on Exhibit 2?
8    **A.  Yes.  Yes.**
9    Q.  Okay.  So is there anything else that we haven't
10 covered yet as far as your involvement and participation
11 in the Quality Improvement Program?
12    **A.  I don't believe so.**
13    Q.  Okay.  Have you ever identified a problem to be
14 addressed through the Quality Improvement Program?
15    **A.  I don't think so.  The only one I can remember**
16 **that I had really much to do with is that inmate Davis**
17 **that passed away.  I had made attempts to contact family**
18 **and stuff like that.  But that's the only one I can**
19 **really recall.**
20    Q.  Okay.  And why haven't you ever brought up a
21 problem to be addressed at the quality improvement
22 committee meetings?
23    **A.  I don't know.  I don't recall what I would have**
24 **to bring up.**

130

1    Q.  Okay.  And you said it's your understanding that
2 these -- how often does the quality improvement
3 committee meet?
4    **A.  Quarterly, I believe.**
5    Q.  And were you ever given the opportunity during
6 those quality improvement meetings to raise issues
7 regarding particular prisoners who requested and/or
8 required medical care?
9    **A.  No.**
10    Q.  Did you ever raise issues regarding any
11 particular prisoners who requested and/or required
12 medical care?
13    **A.  No.  I mean, I would say I was involved in --**
14 **with this Davis guy, for example.  There were several**
15 **different people involved in it.  Clinical services was**
16 **trying to get the guy's sentence reduced, and clinical**
17 **services was trying to get him a place for him to stay**
18 **in Chicago.  So there was stuff like that we were**
19 **involved with.**
20    Q.  So other than the Davis gentleman who had liver
21 cancer, that was the only --
22    **A.  That I can recall, yes.**
23    Q.  -- particular prisoner that you've ever raised
24 any issue about.

131

1    **A.  Yes.**
2    Q.  Okay.  And you said that you remember
3 specifically.  Do you have recollections of having
4 raised other issues regarding particular prisoners, but
5 you don't remember the specifics; or you think that's
6 the only one?
7    **A.  I would -- I don't recall.  I may have over the**
8 **years had some input to something.  But I don't really**
9 **recall.**
10    Q.  Okay.  So at these quality improvement committee
11 meetings, did someone take minutes of those meetings?
12    **A.  Yes.**
13    Q.  Who takes minutes of the meetings?  In 2014,
14 specifically.
15    **A.  You know, I'm not -- I think it's -- I think the**
16 **healthcare administrator is the one that signs off on**
17 **the minutes.  But who actually takes and types the**
18 **minutes, I'm not sure.**
19    Q.  Okay.  And do you know where those minutes are
20 kept?
21    **A.  In healthcare.**
22    Q.  And you mean at the healthcare --
23    **A.  At the facility.**
24    Q.  At Southwestern specifically?

132

1    **A.  Yes.**
2    Q.  In the healthcare department, you think?
3    **A.  Yep.  Yes.**
4    Q.  Who was the healthcare administrator in 2014?
5    **A.  I think it was Nona -- and I don't remember**
6 **Nona's last name.**
7    Q.  Was it Hohnsbehn?
8    **A.  Yeah.  That's it.  I think because -- I think**
9 **Griffin's been there for the last year or so, I think.**
10    Q.  Okay.  So it's your understanding that Nona
11 Hohnsbehn would have kept minutes of the meetings?
12    **A.  M-hm.**
13    Q.  And then they would have been kept at the
14 healthcare unit at Southwestern.
15    **A.  I believe so.**
16    Q.  Okay.  Is the Quality Improvement Program the
17 process by which healthcare delivery is monitored and
18 evaluated to assess the quality and appropriateness of
19 inmate medical care?
20    **A.  Yes.**
21    Q.  Pursuant to IDOC policy, does the Quality
22 Improvement Program provide for the systemic ongoing
23 objective monitoring and evaluation of the quality and
24 appropriateness of offender medical care?

Transcript of Ron Vitale
Conducted on May 31, 2018

133

1    A. Yes.
2    Q. Pursuant to IDOC policy, is the purpose of the
3  Quality Improvement Program to assure high quality
4  offender medical care is maintained?
5    A. Yes.
6    Q. Pursuant to IDOC policy, is the purpose of the
7  Quality Improvement Program to assure compliance with
8  recognized standards of care?
9    A. Yes.
10   Q. Pursuant to IDOC policy, is the purpose of the
11 Quality Improvement Program to assure ongoing systemic
12 evaluation of offender care practices, professional or
13 clinical performance, and offender medical care
14 services?
15   A. Yes.
16   Q. Pursuant to IDOC policy, does the Quality
17 Improvement Committee annually develop or update a
18 quality improve plan based on identified problems and
19 open channels of communications -- communication to
20 resolve those problems?
21   A. Yes.
22   Q. Pursuant to IDOC policy, are the problems to be
23 resolved by the Quality Improvement Committee defined as
24 aspects of healthcare services about which a question,

134

1  concern, or deficiency has been identified?
2    A. Say that again.
3    Q. Pursuant to IDOC policy, are the problems --
4  specifically problems -- to be resolved by the Quality
5  Improvement Committee defined as aspects of healthcare
6  services about which a question, concern, or deficiency
7  has been identified?
8    A. Yes.
9    Q. And pursuant to IDOC policy, is the Quality
10 Improvement Committee required to meet at least once a
11 month?
12   A. I'm not sure if it's quarterly or monthly.  I'm
13 not sure.
14   Q. Okay.  If you could look at Exhibit 2, and go to
15 Bates page -- Bates numbers are these things at the
16 bottom -- to 184.
17   A. Okay. 184.
18   Q. So at the bottom, 184, this.
19   A. I gotcha.
20   Q. If you could look at letter C.
21   A. Not less than monthly.
22   Q. Okay.  So is it your understanding that pursuant
23 to IDOC policy, that the Quality Improvement Committee
24 is required to meet at least once a month?

135

1    A. Yes.
2    Q. Is there a quality improvement manual?
3    A. I think so.
4    Q. Have you ever seen it?
5    A. Probably.
6    Q. Do you know where it's kept?
7    A. I would say in medical.
8    Q. And were you provided with a copy of the quality
9  improvement manual?
10   A. I'm sure at that meeting, I was.
11   Q. Okay.  Have you kept one for yourself?
12   A. Oh, no.  We turn them in at the end of the
13 meeting.
14   Q. Of the quality improvement manual?
15   A. M-hm.
16   Q. Okay.  I forget if I asked you this.  The
17 agenda -- I think we called it an agenda; correct me if
18 I'm wrong.  But you mentioned that you would show up to
19 these meetings, and there would be, like, an agenda
20 handed out basically?
21   A. M-hm.
22   Q. Is it your understanding that those agendas are
23 also kept at the healthcare unit at Southwestern?
24   A. Yes.

136

1    Q. Okay.  Pursuant to IDOC policy, is implementation
2  of actions designed to correct problems with healthcare
3  services at Southwestern instituted through the Quality
4  Improvement Committee?
5    A. Yes.
6    Q. Are the activities of the Quality Improvement
7  Committee documented?
8    A. Yes.
9    Q. How so?
10   A. Well, there's studies that they do if there's
11 issues.  And you know, I'm not real sure on what issues
12 there are.
13      But if there's an issue that they find and they
14 say they might want to review charts and report back to
15 the next thing, they'll go ahead and do that.  I forgot
16 with the medical terminology of that stuff is.
17      But, yeah.  There's issues that are tabled to the
18 next meeting or the next whatever, then they would
19 report back on whatever their findings were.
20   Q. So the documentation of the charts and the
21 studies and whatnot, is that kept by --
22   A. Yes.
23   Q. -- the quality improvement --
24   A. Yes.

Transcript of Ron Vitale
Conducted on May 31, 2018

137

1    Q. -- committee?  And where are they kept?
2    A. Medical.
3    Q. Kept at medical at Southwestern?
4    A. Yes.
5    Q. When you say "kept at medical," do you mean --
6 is, like, the records --
7    A. There's a record department.
8    Q. -- department the same place that you are
9 referring to?
10    A. Yes.
11    Q. Okay.  So for all of the documents that you
12 think --
13    A. Well, everybody --
14    Q. -- by medical --
15    A. The dentist is in there, the infirmary is in
16 there, the isolation beds are in there, the medical
17 charts are in there.  There's three or four exam rooms
18 that are in there.  So it's all a self-contained area.
19    Q. Okay.  And your understanding of all the
20 documents that you're saying would be kept at medical
21 would be kept in the records department --
22    A. Yes.
23    Q. -- of medical?
24    A. But I'm not positive on it.

138

1    Q. But somewhere in medical?
2    A. Somewhere.
3    Q. Okay.  Then you also discussed the agendas; that
4 was a way that the activities of the Quality Improvement
5 --
6    A. No.
7    Q. -- were documented.  And then someone would also
8 take minutes?
9    A. M-hm.  I'm not sure agenda is the right word for
10 it.  But there's an outline of -- who reports on what
11 and when and where, and that stuff.
12    Q. And that's set out at the beginning of the
13 meeting though?
14    A. Correct.
15    Q. Okay.  And then also the minutes that are taken,
16 so that at the end, you have a --
17    A. M-hm.  Yes.
18    Q. -- documentation of everything you went over?
19    A. Yes.
20    Q. Okay.  Any other ways that the activities of the
21 Quality Improvement Committee are documented?
22    A. Not that I know of.
23    Q. Okay.  Pursuant to IDOC policy, are problems with
24 healthcare services at Southwestern documented in a

139

1 Quality Improvement Committee meeting minutes?
2    A. Yes.
3    Q. Are the monitoring activities, assessment, plan,
4 or corrective actions and follow up also documented in
5 the minutes?
6    A. I'm not sure.  But I think so.
7    Q. Okay.  If you could look at Exhibit 2 at page
8 184.
9    A. Yes.
10    Q. So are the monitoring activities, assessment --
11    A. Yeah.
12    Q. -- plan, or corrective action --
13    A. And the minutes.
14    Q. -- also documented in the minutes?
15       (CROSSTALK INTERRUPTED BY COURT REPORTER)
16    Q. Are you provided with a copy of the minutes from
17 the Quality Improvement Committee meetings?
18    A. Yes.
19    Q. Do you keep them yourself?
20    A. Do I keep it?  No.
21    Q. Where are they kept?
22    A. I'm not sure, but I think in medical.
23    Q. Okay.  Are the Quality Improvement Committee
24 minutes available for your review at any point?

140

1    A. I would say yes.  If I wanted them, I'm sure I
2 could get them.
3    Q. Okay.  According to IDOC policy, are you
4 responsible for communicating relevant information about
5 improvement activities to necessary medical staff
6 members and departments?
7    A. I'm not sure what that means.
8    Q. Okay.
9    A. Where's that at?
10    Q. If you look at Exhibit 2, page 185, and under
11 guidelines, scope of activities.
12    A. M-hm.
13    Q. Letter I.  Under section 1.
14    A. Okay.  Yes, I guess.  Yes.  I mean, that might
15 be, like, special diets or something like that.  Or it
16 could be whatever.  I'm not sure.
17    Q. Okay.  So according to IDOC policy, are you
18 responsible --
19    A. Yes.
20    Q. -- for communicating relevant information about
21 improvement activities to necessary medical staff
22 members and departments?
23    A. Yes.
24    A. Yes.

Transcript of Ron Vitale
Conducted on May 31, 2018

36 (141 to 144)

141

1    MS. KINKADE:  Is this a good time to take a
2  break?
3    MS. ROCHE:  Yeah.  This is a great place,
4  actually.
5    (WHEREUPON, A BRIEF RECESS WAS TAKEN)
6    MS. ROCHE:  So I'm going to hand you some
7  interrogatories.  We can mark this as Exhibit 3 in a
8  while or later.  Whatever works.
9    Q. Can you confirm that these are in fact the
10 interrogatory responses that you provided in this case?
11   **A. Yeah, I think so.  Yes.  Yeah.**
12   Q. Okay.  And that's your name at the end?
13   **A. That would be me.  Yes.**
14   Q. Okay.  So number -- your response to number 11,
15 on page 5 --
16   **A. M-hm.**
17   Q. -- says in part -- so the record's clear, when I
18 say "in part," that means I'm not reading the entirety
19 of his response.
20   It says in part that the defendant had to follow
21 all IDOC and SWICC -- which means Southwestern --
22 policies and procedures during the course of his
23 employment, to the extent they pertain to his actions.
24 Is that true?

142

1    **A. Yes.**
2    Q. Okay.  And your response to number 13 says in
3  part, defendant -- I'll let you get there.  Response to
4  number on page 6.
5    **A. 6.  Okay.**
6    Q. And your response says, in part, defendant could
7  not direct or require any specific treatment and is not
8  qualified to evaluate the adequacy of medical treatment.
9  Did I read that correctly?
10   **A. Yes.**
11   Q. Okay.  Isn't it true that the Quality Improvement
12 Committee you serve on monitors and evaluates the
13 healthcare delivery at Southwestern to assess the
14 quality and appropriateness of the medical care?
15   **A. Yeah.  And I --**
16   MS. SCHWARZLOSE:  Object to form.
17   **A. MR. VITALE:  Yeah.  I don't remember how this is**
18 **-- what connotation this was in.  But I think this was**
19 **more of like, I actually did something, which was in**
20 **reference to this stuff.**
21   **So this does come through the quality improvement**
22 **stuff, yes.  I've never provided any medical care at**
23 **Southwestern is what I think I was referring to.**
24   Q. Okay.  So it is true though that the Quality

143

1  Improvement --
2    **A. Yes.**
3    Q. -- Committee monitors and evaluates --
4    **A. Yes.**
5    Q. I'm sorry.  I have to --
6    **A. I'm sorry.**
7    Q. -- read it for the record.  That's okay.  That
8  the Quality Improvement Committee that you serve on
9  monitors and evaluates the healthcare delivery at
10 Southwestern to assess the quality and appropriateness
11 of medical care; that's correct?
12   **A. Yes.**
13   Q. Isn't it true that the Quality Improvement
14 Committee is supposed to meet at least once a month to
15 address the deficiencies regarding the provision of
16 healthcare --
17   **A. Yes.**
18   Q. -- at Southwestern?
19   **A. Yes.**
20   Q. Okay.  And according to your response to
21 interrogatory number 11, you are required to follow
22 these administrative and institutional directives --
23   **A. Yes.**
24   Q. -- correct?  Correct?

144

1    **A. Yes.**
2    Q. Okay.  So one of your responsibilities as the
3  assistant warden of programs is to evaluate the adequacy
4  of medical care, correct?
5    **A. Yes.**
6    Q. Did anything prevent you from taking steps to
7  provide Mr. Armbruster with access to care?
8    **A. Say that again?**
9    Q. Did anything prevent you from taking steps to
10 provide Mr. Armbruster with access to care?
11   **A. I can't recall him ever requesting that I**
12 **intervene on his part.**
13   Q. So my question is little bit different.
14   **A. Okay.**
15   Q. Did anything prevent you from taking steps to
16 provide him with access to care?
17   MS. SCHWARZLOSE:  Object to form.
18   MS. KINKADE:  Join.
19   **A. MR. VITALE:  I don't know what you mean.  I mean,**
20 **I never noticed or knew or was requested to do that.  I**
21 **can't recall referring him for medical care or whatever.**
22 **I don't recall that.**
23   Q. Okay.
24   **A. I don't recall seeing him, or -- if somebody's**

Transcript of Ron Vitale
Conducted on May 31, 2018

145

1 bleeding, I mean, I would intervene if I saw something.
2 But I don't recall seeing anything that would require me
3 to refer him to medical care.
4    Q. Okay. Would it surprise you to know that the
5 Wexford defendants contend that prison administrators
6 and security staff member share in the duties and
7 responsibilities for ensuring that prisoners receive
8 adequate medical treatment, including the responsibility
9 to notify medical personnel of prisoner medical issues?
10    A. Sure.
11    MS. KINKADE: Objection. Form. Foundation. And
12 misstates his testimony. And I'm not even clear whose
13 testimony they're referring to.
14    MS. SCHWARZLOSE: Join in the objection.
15    A. MR. VITALE: I would say -- can I respond to that
16 now?
17    Q. Yeah.
18    A. Yeah. I mean -- sure. If there was a fight and
19 there was an injury, where somebody was injured, or
20 something that staff seen it, sure.
21       If there's a fight, after the fight's over with,
22 everybody goes to medical to be examined. I mean, yeah.
23 They would do something like that. I would do that.
24    Q. So it doesn't surprise you to know that --

146

1    A. No.
2    Q. -- the Wexford defendants contend that you and
3 the Wexford staff members share in the responsibilities
4 to ensure that prisoners receive adequate medical
5 treatment?
6    MS. KINKADE: Same objection.
7    MS. SCHWARZLOSE: Join.
8    A. MR. VITALE: Yes, they would.
9    Q. Yes, they would -- that would surprise you --
10    A. Well, no.
11    Q. -- or no, it doesn't surprise you?
12    A. I'm saying in the two questions you asked me,
13 they are kind of a little tied together.
14    Q. Okay.
15    A. Did I know if somebody -- I mean, I would not
16 know unless somebody told me. I did not observe any.
17 If I observed something, if somebody was hurt or
18 injured, yeah, I would intervene and refer them.
19       But I never call this Armbruster with being
20 requested, or I viewed that he was in pain or agony or
21 anything like that. I don't recall that.
22       But in general, yes. They should refer people if
23 there's a fight or something happening. If some guy has
24 a seizure or something, you know, you visibly see

147

1 something going on. Yeah.
2    Q. Okay. And number 9, your response to
3 interrogatory number 9. I believe that's on page 4. It
4 states in part, defendant does not recall any specific
5 interactions with plaintiff.
6    A. That's correct.
7    Q. Do you recall any interactions with Mr.
8 Armbruster generally?
9    A. No.
10    Q. Okay.
11    A. I would say no. Have I ever seen the guy?
12 Maybe. I'm not sure. I might have spoken to the guy.
13 If I spoke to him, I don't recall speaking to him.
14       And again, I'll refer back to when we were making
15 rounds. I mean, I get stopped often, where people ask
16 me for all kinds of stuff.
17       And typically, what I typically do is wherever
18 the question is coming from, I direct the person back to
19 the department where the question could be answered at.
20    Q. And when you say you direct the person to the
21 department the question could be answered at, do you
22 mean you tell them, you should ask the dietary
23 department, for example, if someone had a question
24 about, I need this specific diet.

148

1    A. Well, it's not quite that easy. It's -- they
2 would fill out a form to request to speak to somebody in
3 records, or to speak to somebody in clinical services.
4 And they would call them down there and they would tell
5 them whatever. And I would direct them to go see Sally
6 in clinical services. She can help you with that.
7    Q. Okay. Sorry. So my question I think my might be
8 a little bit different.
9    A. Okay.
10    Q. I appreciate you explaining the process --
11    A. That's fine.
12    Q. -- that the inmate would go through to get in
13 touch with that department.
14    A. Right.
15    Q. But when you say -- so your testimony was that
16 you would be stopped numerous times during these rounds.
17    A. Right.
18    Q. And if someone presented to you and had a
19 complaint or a problem, you testified that you would
20 direct them to the department --
21    A. Correct.
22    Q. -- that could answer their questions?
23    A. Correct.
24    Q. When you say direct them, do you mean you would

Transcript of Ron Vitale
Conducted on May 31, 2018

149

1  tell them, you should talk to this department?
2      **A. Yes.**
3      Q. And that inmate would go through that process --
4      **A. Yes.**
5      Q. -- themselves to get in touch with them?
6      **A. Yes.**
7      Q. Okay. Are you aware that Mr. Armbruster
8  presented to the emergency room in September 2014,
9  complaining of the same symptoms that he was suffering
10  while at Southwestern from May to September 2014, and
11  was diagnosed with severe spinal cord compression,
12  requiring emergency surgery?
13      MS. KINKADE: Objection. Form. Foundation.
14  Assumes facts not in evidence. Misstates the facts in
15  this case.
16      MS. SCHWARZLOSE: Join in the objection.
17      **A. MR. VITALE: Did I know of it? I think I read**
18  **that somewhere.**
19      Q. So sitting here today, you're aware of that? I
20  don't --
21      **A. Yeah. I think I read that someplace. I'm not**
22  **sure where I read it at.**
23      Q. Okay. And if I represent to you that Mr.
24  Armbruster was in fact diagnosed with spinal cord

150

1  compression when he was released from Southwestern in
2  September of 2014 and immediately received emergency
3  surgery, would you have any reason to disbelieve me?
4      MS. KINKADE: Objection. Form.
5      MS. SCHWARZLOSE: Join.
6      **A. MR. VITALE: I wouldn't not believe you or would**
7  **believe you. I mean, I wouldn't really care if the guy**
8  **had the surgery or didn't had the surgery.**
9      Q. Well, I'm not asking if you would care if he did
10  or didn't. Do you have any reason to disbelieve me when
11  I represent to you --
12      **A. No.**
13      Q. -- that he had that this surgery and -- strike
14  that. Let me start over.
15      So regardless of whether or not you care that he
16  got the surgery, if I represent to you that Mr.
17  Armbruster was in fact diagnosed with severe spinal cord
18  compression when he was released from Southwestern in
19  2014 and received emergency surgery, would you have any
20  reason to disbelieve me?
21      **A. No.**
22      MS. KINKADE: Hold on.
23      MR. VITALE: I'm sorry.
24      MS. KINKADE: I need to object. I believe that

151

1  this question makes Ms. Roche a witness in the case and
2  puts her credibility at issue.
3      So to the extent that that occurs, I would
4  objection to the form. And that this is an improper
5  question.
6      MS. SCHWARZLOSE: I join in the objection.
7      Q. MS. ROCHE: Okay. Do you agree that a condition
8  requiring emergency surgery is a serious medical
9  condition?
10      **A. Yes.**
11      MS. KINKADE: Objection. Form. Foundation.
12      MS. SCHWARZLOSE: Join.
13      Q. MS. ROCHE: All right. You said yes?
14      MS. KINKADE: Same objection.
15      Q. MS. ROCHE: I'm going to hand you Exhibit 4. I
16  think we're at Exhibit 4, right?
17      **A. Yes. There was 3, and --**
18      Q. Can you confirm that you've seen these before;
19  that these are the requests to admit that you produced
20  to the plaintiff in this case?
21      **A. Yeah. Yes.**
22      Q. Okay. And is it your name at the end of this
23  document?
24      **A. Yes.**

152

1      Q. Okay. Your response to request to admit number
2  1, you admit that if an inmate is diagnosed with a
3  spinal cord suppression, and medical staff determines
4  that treatment is necessary, that may be considered a
5  serious medical condition.
6      But that you otherwise lack foundation to
7  determine whether a diagnosis of spinal cord expression
8  would require medical attention; is that correct?
9      **A. Yes.**
10      Q. Yes?
11      **A. Yes.**
12      Q. Okay. But you acknowledge that Mr. Armbruster
13  was diagnosed with severe spinal cord compression and
14  received emergency surgery, circumstances which you
15  testified constitute a serious medical condition,
16  correct?
17      MS. SCHWARZLOSE: Objection.
18      MS. KINKADE: Objection. Form. Foundation.
19  Misstates the testimony.
20      MS. SCHWARZLOSE: Join.
21      Q. MS. ROCHE: You can answer.
22      **A. I'm not sure what the question is. I mean --**
23      Q. So you testified that circumstances -- strike
24  that.

Transcript of Ron Vitale
Conducted on May 31, 2018

39 (153 to 156)

153

1        So you agree that Mr. Armbruster, diagnosed with
2  severe spinal cord expression and receiving emergency
3  surgery were circumstances that constituted a serious
4  medical condition, correct?
5        MS. KINKADE:  Same objections.
6        MS. SCHWARZLOSE:  Join.
7   **A.  MR. VITALE:  Well, I'll say this.  I'm not sure**
8  **if he had the disease, if he had the surgery, if he**
9  **didn't have the surgery, or what.  I mean, what I've**
10 **read is what was submitted to me.  Whether this happened**
11 **or not, I'm not quite sure.  If he did have that, then**
12 **yeah, he should probably have some surgery or whatever.**
13  Q.  And that's a serious medical condition?
14       MS. KINKADE:  Same objection.
15       MS. SCHWARZLOSE:  Join.
16  **A.  MR. VITALE:  I don't know if it's serious, but,**
17 **yeah.  He should get something done.  I don't know what**
18 **serious means.  I'm sure there's different --**
19  Q.  But you testified that a condition requiring
20  emergency surgery is a serious medical condition.
21  **A.  Sure.  Yes.**
22  Q.  And Mr. Armbruster received emergency surgery for
23  his spinal cord compression.  So wouldn't it follow that
24  that is a serious medical condition?

154

1        MS. SCHWARZLOSE:  Objection.
2        MS. KINKADE:  Objection.  Form.  Foundation.
3        MS. SCHWARZLOSE:  Join.
4   Q.  MS. ROCHE:  You can answer.
5   **A.  I -- yes.**
6   Q.  Do you have any reason to dispute that spinal
7  cord compression is a serious medical condition?
8        MS. KINKADE:  Same objection.
9        MS. SCHWARZLOSE:  Join.
10  **A.  MR. VITALE:  I don't even know what spinal cord**
11 **-- what that is, to be real honest.  I would assume it**
12 **-- it sounds debilitating, I guess.  I'm not sure.**
13  Q.  So you wouldn't have any reason either way --
14  **A.  No.**
15  Q.  -- to dispute it?
16  **A.  No.**
17       MS. KINKADE:  Same objections.
18  Q.  MS. ROCHE:  When you say no --
19  **A.  I have no --**
20  Q.  -- you agree?
21  **A.  I agree with you.  Yes.**
22       MS. KINKADE:  Same objections.
23       MS. SCHWARZLOSE:  Join in the objections.
24  Q.  MS. ROCHE:  Okay.  Numbers 3 and 4 -- responses

155

1  to number 3 and 4, I should say -- state in part that
2  you cannot admit or deny that Mr. Armbruster had spinal
3  cord compression on May 14, 2014, as you're not
4  qualified to diagnose spinal cord compression.  Did I
5  read that correctly?
6   **A.  Yes.**
7   Q.  But you don't disagree that Mr. Armbruster was
8  suffering the same symptoms and reported the same
9  symptoms when he reported to the emergency room in
10  September as he was suffering from May to September of
11  2014; is that correct?
12       MS. KINKADE:  Objection.
13       MS. SCHWARZLOSE:  Objection.
14       MS. SCHWARZLOSE:  Lack of foundation.  Lack of
15  personal knowledge.
16       MS. KINKADE:  Assumes facts not in evidence.
17  Misstates the evidence.
18       MS. ROCHE:  You can answer.
19       MS. KINKADE:  And I join on the other objections
20  as well.
21  **A.  MR. VITALE:  What's the question again?  I'm**
22 **sorry.**
23  Q.  Okay.  So --
24  **A.  I'm not -- yeah.  Ask me the question again.  I'm**

156

1  **not --**
2   Q.  You don't have any basis to dispute that Mr.
3  Armbruster --
4   **A.  No.**
5   Q.  -- was suffering the same symptoms in September
6  of 2014, when he presented to the emergency room --
7   **A.  I would --**
8   Q.  -- as to what he was suffering from May to
9  September, 2014, correct?
10       MS. KINKADE:  Same objections.
11       MS. SCHWARZLOSE:  Join.
12  **A.  MR. VITALE:  I wouldn't know whether he was**
13 **having it before he went to the emergency room, or he**
14 **was having it after he went to the emergency room.  I**
15 **would not know that.**
16       **But if he were to have whatever he had at the**
17 **time he was at the emergency room, he probably should**
18 **have had whatever surgery he had done, I would assume.**
19  Q.  What would you assume?  I'm sorry.
20  **A.  I mean, if you're telling me that he had spinal**
21 **-- whatever it was, and he went to the emergency room,**
22 **and they diagnosed him with it, and they performed the**
23 **operation to correct the problem; well, okay.**
24  Q.  Okay what?

Transcript of Ron Vitale
Conducted on May 31, 2018

157

1    A.  I guess you probably should have done it then.
2    Q.  Who should have done --
3        MS. SCHWARZLOSE:  Objection.
4        MS. ROCHE:  I'm sorry.  You can't object to --
5        MS. SCHWARZLOSE:  Objection to form of the
6    question.
7        MR. ROCHE:  -- an answer --
8        MS. SCHWARZLOSE:  You're following up questions
9    by saying -- commenting --
10       MS. ROCHE:  I'm asking him to elaborate.
11       MS. SCHWARZLOSE:  That's not what you did.
12       MS. ROCHE:  I'm asking him to elaborate.  Can you
13   read back what I said?  If you don't mind reading his
14   answer and then what I said back.
15       (WHEREUPON THE REPORTER READ BACK THE REQUESTED
16   INFORMATION)
17   Q.  MR. ROCHE:  So you were explaining -- my
18   understanding is that you were explaining if he had been
19   diagnosed with a spinal cord compression and had this
20   emergency surgery, that he should have done that.  And
21   my question, I believe, was, who should have done what.
22       MS. KINKADE:  Object to the extent that it does
23   not conform with his testimony.
24       MS. SCHWARZLOSE:  Join.

158

1    Q.  MS. ROCHE:  If there's any corrections that you
2    need to make to what I just said, feel free.
3    A.  What I'm gathering that you're telling me is that
4    once he was released from Southwestern, he went to a
5    hospital, complaining of back injuries.  And he was
6    diagnosed with this spinal, and he had surgery.
7    Q.  Okay.
8    A.  And I'm not sure what you want me to answer to
9    that.  If that happened, that's -- okay.  That happened.
10       MS. ROCHE:  I'm sorry, counsel.  I'm going to
11   request that you stop shaking your head and making hand
12   gestures.  It is inappropriate to do --
13       MR. VITALE:  I'm sorry.
14       MS. ROCHE:  -- while the witness is answering.
15       MR. VITALE:  I didn't see her do that.
16   Q.  MS. ROCHE:  That's fine.  So -- okay.  I
17   appreciate that you agree that there's no basis for you
18   to disbelieve me that that happened.
19   A.  Right.
20   Q.  So my question is, do you have any basis to
21   disagree that the symptoms that he presented to the
22   emergency room with in September of 2014 were the same
23   symptoms that he was suffering from May to September of
24   2014 while he was at Southwestern?

159

1        MS. SCHWARZLOSE:  Objection.  Lack of foundation.
2    Lack of personal knowledge.  Misstates his testimony.
3        MS. KINKADE:  I'll join.  And add that it
4    misstates the evidence, and has been asked and answered
5    repeatedly.
6    A.  MR. VITALE:  You know, I don't know how to answer
7    that question.  I don't know.
8    Q.  You don't know?
9    A.  I don't know if he -- you're telling me that he
10   was suffering this from May to September.  I don't know
11   if he was.  I have no knowledge that he had that problem
12   when he was at Southwestern.
13   Q.  Okay.  So you have no basis to dispute that?
14   A.  Correct.
15   Q.  Okay.
16       MS. SCHWARZLOSE:  Objection.  Again, misstating
17   his testimony.
18       MS. KINKADE:  Same objections.
19   Q.  MS. ROCHE:  Okay.  So wouldn't it follow that if
20   the same -- if he had the same symptoms in September
21   2014 when he presented to the emergency room as he did
22   throughout his time at Southwestern, from May to
23   September, wouldn't it follow that the symptoms he
24   suffered while at Southwestern were caused by a spinal

160

1    cord compression?
2        MS. KINKADE:  Objection.  Form.  Foundation.  He
3    has no firsthand knowledge of any of this.  The only
4    thing he's agreed to is that he finds what you're
5    telling him credible.
6        There's absolutely no foundation for this
7    question.  He cannot opine on this.  At this point,
8    we're wasting time and costs in this litigation, asking
9    a warden to opine on causality in a medical malpractice
10   case.  And if it goes further, I'm going to have to call
11   the court and intervene.  This is inappropriate.
12       MS. ROCHE:  I mean, this line of questioning is
13   going to go on, because --
14       MS. SCHWARZLOSE:  Same --
15       MS. ROCHE:  -- I mean, it's not just a medical
16   malpractice case.  It's a deliberate indifference case.
17   It's a civil rights case.
18       And so this is directly and centrally relevant to
19   the claims at issue in this case.  So if you want to
20   call the Court, we can.  But --
21       MS. SCHWARZLOSE:  Okay.
22       MS. ROCHE:  -- this is the line of questioning
23   that's going to continue.
24       MS. SCHWARZLOSE:  I'm going to join in the

Transcript of Ron Vitale
Conducted on May 31, 2018

161

1  objection. Mr. Vitale has testified repeatedly that he
2  has no personal knowledge of any of what you're asking
3  him.
4          MS. ROCHE:  Okay.
5      Q.  So --
6          MS. SCHWARZLOSE:  So wait, Ms. Roche.  Are we
7  calling the Court?  I mean, that's what --
8          MS. ROCHE:  I mean, I was just alerting you to
9  the fact that I was going to continue my line of
10  questioning.
11         MS. SCHWARZLOSE:  So I'm going to be continuing
12  my objections.
13         MS. ROCHE:  That's fine.  That's how depositions
14  work.  I ask questions, and you guys make objections.
15  And then later on, if it becomes an issue, the Court
16  rules on them.
17         MS. SCHWARZLOSE:  I'm not going to have Mr.
18  Vitale have to continue to explain to you that he has no
19  knowledge of Mr. Armbruster from May to September of
20  2014.  And so if your questions are going to continue to
21  ask him about that same question, I think that's futile.
22         MS. ROCHE:  So, this is how depositions work
23  though, because people ask questions.  Even if you know
24  the answer could potentially be that someone doesn't

162

1  know, you still ask the questions and get those answers
2  on the record.  That's the point of depositions, so you
3  can figure out what witnesses know and don't know.
4         It's a perfectly appropriate answer for him to
5  not know something.  But I have every right, and I'm
6  indeed entitled to seven hours of asking questions that
7  could lead to evidence that is relevant and admissible
8  in this case.
9         So these questions that I'm asking, which are
10  directly relevant to the claims that my client is
11  bringing against your client, are completely
12  appropriate.
13         MS. SCHWARZLOSE:  I disagree.
14         MS. KINKADE:  And the difference here is you're
15  asking him to assume material facts in this case based
16  on your credibility and representation, which is
17  inappropriate, and asking him to give you medical
18  causation in this case, which is inappropriate.
19         So if this questioning is going to go on, I'm
20  going to contact the Court.  So you're representing this
21  is going to go on.
22         MS. ROCHE:  Yes.
23         MS. KINKADE:  Okay.  So I'm getting the Court's
24  number right now.

163

1          MS. SCHWARZLOSE:  There's a specific number for
2  problems that go on during a deposition.  I can go look
3  it up.  It's in case management procedures.
4          MS. KINKADE:  Would you grab that?  Thank you.
5          MS. ROCHE:  I will just state for the record I
6  don't think the Court is going to appreciate being
7  bothered with this type of issue.  It is extremely
8  appropriate to ask this type -- this line of
9  questioning, and so --
10         MS. SCHWARZLOSE:  Are you still talking?  I
11  thought we had gone off the record so I can go ahead and
12  get the phone number.
13         MS. ROCHE:  We're on the record still.
14         MS. SCHWARZLOSE:  Okay.  So --
15         MS. ROCHE:  I'm making a record.  I think the
16  Court is not going to appreciate this line of
17  questioning -- or us contacting him to raise these
18  issues about this line of questioning.  And that I think
19  it's a perfectly appropriate line of questioning; in
20  that the reason that depositions work this way is that
21  you object to questions so that any issues can be
22  addressed later.
23         MS. KINKADE:  Are you done?
24         MS. ROCHE:  Yes.

164

1          MS. KINKADE:  Let's go off the record so she can
2  get the number and the Court can figure out what they
3  find appropriate.
4          (WHEREUPON, A BRIEF RECESS WAS TAKEN)
5          THE COURT:  We are on the record.  There was a
6  discussion off the record.  The parties told the Court a
7  number of things that had been asked and answered about
8  the witness's testimony about facts that were either
9  being assumed or proposed that were true, and those
10  opinions were about that.
11         The Court's not ruling on the admissibility of
12  any of these things.  It's clear that, as to some of the
13  questions, there's probably a lack of foundation.
14         In any event, the plaintiff has indicated that
15  she is -- or counsel is granting -- counsel for both
16  defendants are granted a continuing objection on the
17  basis of improper foundation, improper hypothetical,
18  speculation, or any other form objection as it relates
19  to this line of questioning.
20         So we can just go forward as the opinions and the
21  answers, and if it's -- then you can get rulings on the
22  admissibility later.  All right.  Anything else?
23         MS. SCHWARZLOSE:  No.  Thank you, your Honor.
24  Anyone else have anything?

Transcript of Ron Vitale
Conducted on May 31, 2018

42 (165 to 168)

165

1    MS. KINKADE:  No.  Thank you, your Honor.
2    MS. ROCHE:  Thank you, your Honor.
3    MS. SCHWARZLOSE:  Appreciate it.  Hope you feel
4  better.
5    (WHEREUPON, A BRIEF RECESS WAS TAKEN)
6    MS. ROCHE:  Back on the record.
7    Q.  I'm going to hand you two pieces of paper.  They
8  are marked P00084 and 85.  I apologize, I do not have
9  extra copies for everyone because I was not expecting to
10  do this.
11    If you could go ahead and read for me -- first of
12  all, where it says who the dictator is of this note?
13    MS. KINKADE:  Can I please see it before we start
14  questioning?
15    MR. VITALE:  Sure.
16    MS. SCHWARZLOSE:  I think this goes beyond the
17  objections we were just discussing.  Because you're now
18  attempting to show him medical records.  So I'm going to
19  have an additional objection that he has no personal
20  knowledge of any of the plaintiff's medical care.
21    MS. KINKADE:  Join and add foundation.
22    Q.  MS. ROCHE:  Okay.  So if you could read for me
23  who it says is the -- after you've had a chance to
24  review it -- who the dictator was.

166

1    A.  Jeffry Bailey.  He's an MD, Ph.D.
2    Q.  What is the name?
3    A.  Oh, I'm sorry.  Gregory.  I'm sorry.  Gregory
4  Bailey.
5    Q.  Okay.  And if you could go ahead and read the --
6  from this highlighted portion, up to the highlighted
7  portion up here.
8    MS. SCHWARZLOSE:  I would ask again that we have
9  a continuing objection.  This is Dr. Bailey's notes, not
10  Mr. Vitale's.
11    MS. KINKADE:  Join.
12    A.  MR. VITALE:  Gerry is a 40-year-old individual
13  who, for the last several months, had noticed weakness
14  in both of his arms and legs.  The patient was
15  incarcerated during this period of time and sought
16  medical attention.
17    He was told by the physician that the patient had
18  multiple sclerosis, but no image was performed -- no
19  imaging was performed.
20    The patient was recently discharged from
21  incarceration and went to the emergency room and had an
22  MRI performed; which shows a large disc of the C5/6 with
23  marks compressions on the cord, signal changes.  The
24  patient was transferred immediately over to St. Mary's

167

1  Hospital for emergency surgery.
2    Q.  Thank you.  And then actually you can go ahead
3  and take this.  This will be Exhibit 5, now, I believe.
4  Okay.  Is it possible that Mr. Armbruster had spinal
5  cord compression as of May 14, 2014?
6    MS. SCHWARZLOSE:  Objection.  Speculation.
7  Improper hypothetical.  Lack of personal knowledge.
8  Foundation.
9    MS. KINKADE:  Join.  And I'm joining into the
10  continuing objections the judge ordered that we are
11  entitled to.
12    MS. SCHWARZLOSE:  I agree.
13    Q.  MS. ROCHE:  You still have to answer.
14    A.  I would not know.
15    Q.  And why would you not know?
16    A.  I had no knowledge back in -- whatever date that
17  was that you gave, May of 2014 to present, or -- that he
18  had this issue with himself.
19    Q.  Okay.  Do you have any reason to dispute that
20  Gerry Armbruster was suffering from spinal cord
21  compression in May of 2014?
22    MS. SCHWARZLOSE:  Same objection.  As well as the
23  continuing objection.
24    A.  MR. VITALE:  I have no -- ask me the question one

168

1  more time.
2    Q.  Do you have reason to dispute that Gerry
3  Armbruster was suffering from a spinal cord compression
4  in May of 2014?
5    A.  I have no knowledge either way.
6    Q.  Okay.
7    A.  I would not know.
8    Q.  Okay.  And if you can pull up -- I think it's
9  Exhibit 4.  I think if that's the request to admit.  And
10  your response to number 5, I believe, is on page --
11    A.  2.
12    Q.  -- 2.  Yes.  And you admit that you did not speak
13  with medical staff regarding Mr. Armbruster's medical
14  issues or treatment between May 2014 and September 2014.
15  Did I read that correctly?
16    A.  Yes.
17    Q.  Okay.  And why not?
18    A.  I'm not sure what the question is.
19    Q.  Why did you not speak with medical staff
20  regarding Mr. Armbruster's medical issues or treatment
21  between May 2014 and September 2014?
22    A.  Well, if I didn't know there was anything wrong
23  with him at that point, I don't know why I would speak
24  with the medical staff about what was wrong with him.

Transcript of Ron Vitale
Conducted on May 31, 2018

---

169

1    Q.  Okay.  If you could look at your response to
2  number 7.  That is on -- the question starts on page 2,
3  and the answer is on page 3.  You state that you cannot
4  admit or deny either way.
5       And before that, I'll go ahead and read number 7.
6  It says, admit that Gerry Armbruster told you on more --
7  on one or more occasions between May 1st, 2014 and
8  September 25, 2014 that he was not receiving medical
9  treatment that addressed his symptoms.
10      And in response to that, you state that you
11  cannot admit or deny either way because -- and again,
12  your answer is, in part -- quote, you have been
13  approached by a number of inmates through the course of
14  you employment regarding medical treatment; is that
15  correct?
16    A.  Yes.
17    Q.  Okay.  And you testified earlier that you could
18  have anywhere between -- strike that.  Approximately how
19  many times have you been approached by an inmate about
20  receiving inadequate medical care?
21    A.  I wouldn't even guess.  I don't know.  I mean, it
22  happens fairly often.
23    Q.  Would you say over the course of your time at
24  Southwestern, it's more than 500 times?

---

170

1       MS. SCHWARZLOSE:  Objection.  He's indicated he
2  does not know.
3    Q.  MS. ROCHE:  You can answer.
4    A.  MR. VITALE:  I'm not sure.  To be honest, I'm not
5  sure.  You're talking 12 years.  I'm not really sure how
6  often that happens.
7    Q.  Do you think it would be more or less than 500
8  times?
9    A.  I would think less.
10   Q.  Less than 500 times?
11   A.  M-hm.
12   Q.  Would it be -- and again, I'm just asking about
13  being approached by an inmate about receiving inadequate
14  medical care.  Would it more or less than 200 times?
15      MS. SCHWARZLOSE:  Objection.  Same objection.
16  Personal knowledge.
17   A.  MR. VITALE:  Yeah.  I'm not sure.  There's an --
18  I mean, if an inmate has issues with medical care,
19  there's a procedure that he could take with that.  It
20  doesn't have to come to me.
21      There's a grievance procedure that they can
22  follow.  And during the grievance procedure, it's
23  reviewed by the warden at the time.  And they determine
24  if there's other issues that the person may or may not

---

171

1  take.  I'm not sure how often people come to me about
2  that.
3    Q.  Okay.  So your testimony is that you don't
4  know --
5    A.  No.
6    Q.  -- whether it's more or less than 200 times that
7  you've been approached by an inmate about receiving
8  inadequate medical care?
9    A.  I'm not sure how many times it's happened over
10  the last 12 years.  It could be less than 200.  It could
11  more than 500.  I'm not really quite sure.
12   Q.  So really have no idea?
13   A.  I have no idea.
14   Q.  Is it safe to say it's probably on the higher
15  side, given that you don't -- you can't put a number to
16  it?  Because if it would have been only, say, 10 people,
17  you would be able to say, it's only been a handful.
18      MS. SCHWARZLOSE:  Object as to form of the
19  question.
20      MS. KINKADE:  Join.
21   A.  MR. VITALE:  You know, I tell you what.  Over
22  that 12-year period of time, I'm not quite sure.  You
23  can ask me that questions five time over, I'm not sure
24  how often.  It has happened.  How many times, I don't

---

172

1  know.
2    Q.  Well, let me ask you this.  Do you know if it's
3  been closer to 10 times, or closer to 1,000 times?
4       MS. SCHWARZLOSE:  Objection as to the form of the
5  question.
6       MS. KINKADE:  Join.
7    A.  MR. VITALE:  I'm not sure.  I don't know.
8    Q.  You have no idea?
9    A.  Not a clue.
10   Q.  Okay.  What kinds of medical complaints have
11  inmates made to you about their medical care?
12   A.  I don't really recall exactly.  I mean, I think
13  the last one -- there's the question with guys having a
14  lower bunk and a higher bunk.  That would be a question
15  that would come up.
16      Probably, that was the last one that I -- because
17  the medical department has to approve a low bunk for
18  people.  And I don't even respond to that.
19      Somebody asks me about a low bunk, I say it's got
20  to go through the medical department.  The doctor has to
21  approve that.
22   Q.  Okay.  What else?
23   A.  I don't know.  I don't know.  I mean, I'm not --
24  I would say -- I don't recall exactly what people ask me

---

Transcript of Ron Vitale
Conducted on May 31, 2018

173

1  about. I do recall that I get questions asked. I don't
2  recall specifically what they were.
3      Q. Do you recall any kind of medical issue at all?
4      A. Not with the exception of the lower and upper
5  bunk, is the one I probably get the most of. Typically,
6  people come and they'll complain about things.
7      I really don't even get into a lot of it. I just
8  refer them on to the medical department with it.
9      Q. So is it safe to say you have no recollection at
10 all of any medical complaints that have ever been made
11 to you --
12     A. No.
13     Q. -- while at Southwestern?
14     A. I wouldn't say that's safe. No. I would say no.
15 I'm sure if you asked me if somebody -- and juggled my
16 mind about something, I probably would remember it.
17     To sit here and say who I saw 10 years ago on
18 Thursday, the 1st of August, and he said he had this; I
19 can't remember that.
20     Q. Of course. I'm not looking for that specific of
21 detail, unless you have it readily available to you;
22 which I think you testified you don't.
23     A. No.
24     Q. Just generally speaking, you know, any kind of --

174

1  and you know, I can even sort of broaden it more for
2  you. I don't even need to know -- I don't need you to
3  remember even the nature of what they wanted you to do.
4      Just generally speaking, do you have any
5  recollection at all of an inmate coming to you about any
6  complaint or problem with their medical treatment?
7      A. Sure.
8      Q. What would those medical issues be?
9      MS. SCHWARZLOSE: Objection. Asked and answered,
10 multiple times. And form of the question.
11     MS. KINKADE: Join.
12     A. MR. VITALE: I don't know. And I don't know what
13 you're trying to get at. I'm not quite sure. I do get
14 people that ask me questions about medical stuff.
15     Nine times out of ten, I don't go through the
16 whole conversation with them. Most of the time, I just
17 tell them, look, you really need to drop a slip, go see
18 the medical department, and they would make their
19 rulings on that type of stuff. And I get that. Exactly
20 what they were talking about, I'm not quite sure.
21     The only one that I get on a regular basis is the
22 lower and the upper bunk, is the one I get more than
23 not.
24     Q. Okay. So is it fair to say that given how many

175

1  inmates approach you on a day-to-day basis, that you
2  don't necessarily listen to all the specific -- or have
3  a conversation about all the specifics of what their
4  complaint or problem is?
5      MS. SCHWARZLOSE: Objection as to form. Lack of
6  foundation.
7      MS. KINKADE: Join. And misstates his testimony.
8      Q. MS. ROCHE: You can go ahead.
9      A. If people ask me things I don't know about, I
10 don't go on in a long conversation. I'll refer them to
11 somebody that can help them with that.
12     Q. Okay. You testified that in response to these
13 complaints, you would tell them to drop a slip. Do you
14 mean a sick call slip?
15     A. Everybody that talks to me is not about medical.
16     Q. I'm talking about the people who are talking to
17 you about --
18     A. Medical?
19     Q. -- medical issues.
20     A. Most of the time, yes.
21     Q. Okay. Most of the time?
22     A. Yes. I refer them to medical.
23     Q. Okay. What do you do on the other times that
24 isn't -- strike that. So you testified that most of the

176

1  item, if an inmate --
2      A. Let's start over again.
3      Q. Yeah.
4      A. Let's start over again.
5      Q. So you testified that most of the time, when an
6  inmate approaches you about an medical issue or problem,
7  that you would refer them to -- you would recommend that
8  drop a sick call slip. What else would you do in
9  response to someone who -- an inmate that approaches you
10 with a medical issue or problem?
11     MS. SCHWARZLOSE: Object as to form.
12     MS. KINKADE: Join.
13     A. MR. VITALE: It could be, I could tell you, if
14 it's an emergency, they can claim an emergency and go to
15 medical.
16     Depending on what the medical thing — I mean, it
17 could be a dental kind of issue, it could be a medical
18 issue. There's several different ways of approaching
19 this thing.
20     Q. So you would refer them to either dental, or --
21     A. Sure.
22     Q. -- emergency. Okay.
23     A. Yes.
24     Q. Okay. Anything else that you would do in

Transcript of Ron Vitale
Conducted on May 31, 2018

177

1 response to an inmate who would approach you with
2 complaints about medical care?
3 **A. No. The only other thing I would mention, they**
4 **have an option of filing a grievance. If they don't**
5 **feel they were treated accordingly, they could file a**
6 **grievance.**
7 Q. Okay. Is it possible that Mr. Armbruster
8 approached you and told you that he wasn't receiving
9 medical treatment for his symptoms?
10 MS. SCHWARZLOSE: Objection as to form of the
11 question.
12 MS. KINKADE: Join.
13 **A. MS. VITALE: I don't recall if Armbruster**
14 **approached me or didn't approach me. I don't recall**
15 **that.**
16 Q. Okay. So my question is little different. Is it
17 possible that Mr. Armbruster approached you and told you
18 that he wasn't receiving medical treatment for his
19 symptoms?
20 MS. SCHWARZLOSE: Objection. Asked and answered.
21 MS. KINKADE: Join. And form.
22 **A. MR. VITALE: I don't recall if he approached me**
23 **or he did not approach me. I don't even know who the**
24 **guy is, to be real honest about this thing.**

178

1 **If he walked through that door right now, I**
2 **wouldn't know who he was. Is it possible that he was**
3 **complaining about medical? Sure. Do I recall it? I**
4 **don't recall.**
5 Q. Okay. If you could look at your response to
6 number 7, the same one that we've been talking about.
7 You also state that you would refer that individual to
8 medical staff, either by suggesting to utilize the sick
9 call procedure, or direct correspondence to a nurse or a
10 doctor. Did I read that correctly?
11 **A. Yes.**
12 Q. Okay. By direct correspondence to a nurse or a
13 doctor, is that what you were talking about when you
14 said you would tell them they could report as
15 emergency --
16 **A. Yes.**
17 Q. -- or go to dental, whatever?
18 **A. Yes.**
19 Q. Okay. In response to number 9, you deny
20 observing Mr. Armbruster experiencing difficulty
21 ambulating between May of September of 2014, correct?
22 **A. Yes.**
23 Q. Okay. So in response to number 7, you stated
24 that you could not admit or deny whether Mr. Armbruster

179

1 ever approached you and told you that he was not
2 receiving medical treatment, because you just don't
3 remember either way. So how can you deny ever observing
4 him when he had difficulty walking?
5 MS. SCHWARZLOSE: Objection as to form of the
6 question.
7 MS. KINKADE: Join. Argumentative.
8 **A. MR. VITALE: I'm not sure what you want me to say**
9 **in this thing.**
10 Q. So, I can explain --
11 **A. Yeah. Would you, please.**
12 Q. My question is basically -- so you were asked,
13 did Mr. Armbruster ever complain to you about not
14 receiving medical care. Your response was, I can't deny
15 or admit that, because I just don't remember. I don't
16 know.
17 **A. Right.**
18 Q. When asked if you ever saw Mr. Armbruster have
19 difficulty walking, you outright denied it, that you
20 ever -- but if you couldn't recognize him either way,
21 and if you don't remember whether or not -- either way,
22 whether or not he ever complained he had symptoms, how
23 can you know for sure you never saw him with difficulty
24 walking?

180

1 MS. SCHWARZLOSE: Objection. Form.
2 Argumentative.
3 MS. KINKADE: Same objections.
4 **A. MR. VITALE: I mean, I don't know how to answer**
5 **this because -- I mean, it's not like -- there's 716**
6 **inmates there. And when lines move, people move, there**
7 **could be 100 people in a line.**
8 **I wouldn't know who was who, or if somebody was**
9 **having problems. If somebody fell down, it would be a**
10 **little bit of a different story. If somebody was having**
11 **-- I wouldn't even notice that.**
12 **And I'm very seldom out in that area when there's**
13 **line movement. The only time I'm around the inmates is**
14 **when I make rounds. I would not know if he did or he**
15 **didn't.**
16 Q. So it would be -- you couldn't admit or deny.
17 **A. No. I would not know.**
18 Q. When you say no, do you mean correct; that you
19 wouldn't be able to admit or deny?
20 MS. SCHWARZLOSE: Objection as to form.
21 **A. MR. VITALE: I would tell you I would not know if**
22 **he was having problems walking, or was not having**
23 **problems walking. I've never noticed that he was or was**
24 **not.**

Transcript of Ron Vitale
Conducted on May 31, 2018

---

**181**

1    Q. Okay. So you cannot admit or deny whether or not
2  you ever observed Mr. Armbruster walking with
3  difficulty?
4       MS. KINKADE: Objection. Form. Argumentative.
5  Asked and answered. Misstates his testimony.
6       MS. SCHWARZLOSE: Join.
7    Q. MS. ROCHE: Go ahead.
8    A. What was the question again?
9    Q. So you're saying you wouldn't know either way.
10   A. No. Right.
11   Q. So you couldn't admit or deny whether you ever
12  observed Mr. Armbruster walking with difficulty.
13      MS. KINKADE: Same objections.
14      MS. SCHWARZLOSE: Join.
15   A. MR. VITALE: I would say I really don't know. I
16  really don't know what you're looking for me to say at
17  this point.
18      I've never noticed that he was -- I don't even
19  know who he was. So for me to say I noticed him doing
20  that, would say that I knew who the guy was. I don't
21  even know who the guy is.
22   Q. So it's possible that you once --
23   A. Anything's possible.
24   Q. -- observed him walking with difficulty --

---

**182**

1       MS. SCHWARZLOSE: Objection.
2    Q. -- correct?
3       MS. SCHWARZLOSE: Objection to form of the
4  question.
5       MS. KINKADE: Same objections.
6    A. MR. VITALE: Let me restate my situation. If
7  Armbruster walked through that door right now, I could
8  not tell you who he was, if he walked in and identified
9  himself.
10      So for you to ask me did I see Armbruster walking
11  down that hallway with difficulty walking, I don't know
12  who he is.
13   Q. So it's possible that you saw him --
14   A. Anything is possible.
15   Q. -- you just didn't know it was Gerry Armbruster.
16   A. Well --
17      MS. SCHWARZLOSE: Objection to form.
18   A. MR. VITALE: Yeah. You're putting words in my
19  mouth. I don't recall.
20   Q. I'm not trying to put words in your mouth.
21   A. You are. I don't --
22   Q. I'm trying to --
23   A. I don't recall him having problems walking or not
24  having problems walking.

---

**183**

1    Q. Okay. So you stand on your answer in your
2  responses --
3    A. Yes.
4    Q. -- to the request to admit, that you deny ever
5  seeing him.
6    A. I don't recall seeing him or not seeing him. I
7  don't know -- you're looking a yes or no answer from me,
8  and I don't have one.
9    Q. Well, so part of responding to these requests to
10  admit, you have to admit or deny. You can't give, you
11  know, a wishy-washy answer. So I'm just wondering if
12  you stand by what your response is here, admit or deny.
13      Because it seems that you state -- and I mean,
14  it's a fair answer. It's fair. You can't admit or
15  deny, and then you stated your reason why.
16      And my question is, how can you be so sure that
17  you can deny ever observing the plaintiff in this case
18  walking -- having difficulty walking, when you answered
19  that you couldn't admit or deny either way whether or
20  not he complained to you? Because you don't remember
21  who he is.
22      MS. SCHWARZLOSE: Objection. Objection as to
23  asked and answered. Form. Misstating his testimony.
24      MS. KINKADE: Also misstates Rule 36 in response

---

**184**

1  to request for admission. An answering party may, if
2  they're --
3       MS. ROCHE: I will object to the speaking --
4       MS. ROCHE: -- or information --
5       MS. ROCHE: I will object to the speaking
6  objection.
7       MS. KINKADE: You cannot interrupt me. Make your
8  objections when I'm done. I'll repeat: the answering
9  party under Rule 36 may --
10      MS. ROCHE: Do you mind leaving the room for the
11  speaking objection?
12      MR. VITALE: Sure.
13      MS. ROCHE: Thank you.
14      MS. KINKADE: You don't have to. It's up to you.
15      MR. VITALE: I'll stay.
16      MS. KINKADE: The answering party may assert lack
17  of knowledge or information as a reason for failing to
18  admit or deny, only if the party states that it has made
19  reasonable inquiry, and that the information it knows or
20  can readily obtain is insufficient to enable it to admit
21  or deny. So to the extent that the question --
22      MS. ROCHE: This is --
23      MS. KINKADE: -- does not fall within the Rule
24  36 --

---

Transcript of Ron Vitale
Conducted on May 31, 2018

---

185

1      MS. ROCHE:  -- totally inappropriate, Jaclyn,
2  that you're still talking and saying this speaking --
3  you're now instructing the witness on something.
4      MS. KINKADE:  I have waited for you to finish,
5  and I have not interrupted.  You please show the same
6  courtesy.
7      MS. ROCHE:  But I cannot extend you the same
8  courtesy when you are instructing the witness, which is
9  so improper.
10     MS. KINKADE:  Are you done?  To the extent the
11 question does not fall within the rules of evidence, I
12 object.
13     MS. SCHWARZLOSE:  I join in the objection.
14     MS. ROCHE:  Okay.
15 Q.  Do you remember the question?
16 A.  Not really.
17 Q.  Okay.  So my question is, you state that you
18 cannot admit or deny whether or not he ever made a
19 complaint to you, because you don't remember him.
20     But you can deny outright ever seeing him having
21 difficulty walking, even though you just don't remember
22 him and don't know him.  So how can you explain that?
23     MS. SCHWARZLOSE:  Same objections.
24     MS. KINKADE:  Same objections.

---

186

1  A.  MR. VITALE:  I don't know who this guy is.  I
2  don't know if he had a problem or didn't have a problem.
3  I don't remember if he asked me to go on a medical call
4  or didn't ask me to go on a medical call.  I don't
5  remember that.
6      If you're asking me have I ever noticed him
7  walking down the street, having difficulty walking, I
8  don't know that.  I don't even know who he was, so I
9  couldn't really even answer that question.
10 Q.  Okay.  Can you tell me how many times you've
11 encountered someone at Southwestern who was having
12 difficulty walking?
13     MS. SCHWARZLOSE:  Objection.  Hypothetical.  Lack
14 of foundation.
15 Q.  MS. ROCHE:  You can go ahead.
16 A.  I don't know.
17 Q.  Can you give me an estimate?
18     MS. SCHWARZLOSE:  Objection.  Already said he
19 doesn't know.
20 A.  MR. VITALE:  I really couldn't.  I mean, you're
21 looking for answers, I'm not quite sure.  It's happened.
22 How many times it's happened, I don't know.
23 Q.  So in the last -- since 2006, can you estimate
24 that it's happened more or less --

---

187

1  A.  Since July --
2  Q.  -- than 100 times?
3  A.  July the 6th?
4  Q.  No.  2006.
5  A.  2006.  To now?
6  Q.  Yes.  In the course of being at Southwestern, can
7  you give an estimate of -- has it been more or less than
8  100 times that you've observed someone at Southwestern
9  -- an inmate at Southwestern having difficulty walking?
10     MS. SCHWARZLOSE:  Objection to form.
11     MS. KINKADE:  Join.
12 A.  MR. VITALE:  I don't know.
13 Q.  You don't know if it's more or less than 100?
14 A.  It's a guess.  I mean, if you're wanting me to
15 guess, it's a guess.  I don't remember.  I don't know
16 how often it happens.  It happens occasionally.  What
17 does occasionally mean?  I'm not sure.  Is it five times
18 in 12 years?  I couldn't answer that.
19 Q.  So what does occasionally mean to you?  What is
20 your understanding --
21 A.  Last week.
22 Q.  -- of occasionally?
23 A.  Last week.
24 Q.  Okay.  So on a weekly basis, maybe once a week,

---

188

1  you might see someone who has difficulty walking?
2  A.  No.  That's not what I mean.
3  Q.  Okay.
4  A.  Not at all.
5  Q.  Explain.
6      MS. SCHWARZLOSE:  Objection to form and the
7  hypothetical nature of the question.
8      MS. KINKADE:  Join.
9  A.  MR. VITALE:  I don't know.
10     MS. ROCHE:  I'm sorry.  What is the basis of your
11 objection for me asking him to explain his answer?
12     MS. SCHWARZLOSE:  He's answered the question
13 already --
14     MS. ROCHE:  But I've asked him --
15     MS. SCHWARZLOSE:  -- to the best of his ability.
16     MS. ROCHE:  -- to explain his answer.
17     MS. SCHWARZLOSE:  He said he doesn't know.
18     MS. ROCHE:  He said he doesn't know after you
19 objected.
20     MR. VITALE:  No.  I --
21     MS. SCHWARZLOSE:  But he's answering your
22 question.  He doesn't know.  What more explanation do
23 you need?
24     MS. ROCHE:  I asked what the basis for your

---

Transcript of Ron Vitale
Conducted on May 31, 2018

189

1 objection was.
2      MS. SCHWARZLOSE:  My objection was to the form of
3 your question.
4      MS. ROCHE:  That I asked him to explain his
5 answer?
6      MS. SCHWARZLOSE:  Yes.
7      MS. ROCHE:  Okay.
8      MS. SCHWARZLOSE:  He already said he doesn't
9 know.  How much more do you want him to explain that he
10 doesn't know something?
11   Q.  MS. ROCHE:  So your testimony was that -- well,
12 when I asked you what occasionally meant to you, you
13 said "last week" --
14   A.  No.  I didn't mean --
15   Q.  -- correct?  Please, let me finish my question.
16 And then when I said, okay, so occasionally means once a
17 week.  You said, no, that's incorrect.  So can you
18 please explain to me what you meant when you said "last
19 week"?
20   A.  Let me first -- your question is how many times
21 since 2006 to present did I have people come and
22 complain about how often they were walking --
23   Q.  We can break that --
24   A.  -- problems walking.

190

1   Q.  -- down differently.  Let's say in a six-month
2 period, approximately how many times will you encounter
3 someone who is having difficulty walking?
4   A.  I wouldn't know.
5      MS. SCHWARZLOSE:  Objection as to form.
6 Speculation.  Lack of foundation.
7      MS. KINKADE:  Join.
8   A.  MR. VITALE:  I wouldn't know.
9   Q.  Would it be more or less than 100?
10   A.  I wouldn't know.
11   Q.  Would it be more or less than five people?
12   A.  I wouldn't know.
13      MS. SCHWARZLOSE:  I'm going to continue to object
14 to this line of questioning.  He's already answered
15 multiple times that he doesn't know.
16      MS. KINKADE:  Join.
17   Q.  MS. ROCHE:  Go ahead.
18   A.  What am I answering now?
19   Q.  Do you know -- okay.  Can you estimate whether or
20 not it's less than 10 or more than 500 times in a
21 six-month period?
22      MS. SCHWARZLOSE:  Objection as to form.
23      MS. KINKADE:  Join.
24   A.  MR. VITALE:  I really wouldn't -- I don't know.

191

1   I mean, you can ask me 16 different times, how many
2   reasons, I don't know.  I don't know.  I mean, I don't
3   keep a book.  I don't have a sheet where I check off who
4   asked me what.  I don't know.
5   Q.  Of course.  And I'm not asking you for --
6   A.  You are.
7   Q.  -- the exact amount of times.
8   A.  You're asking me.  You are asking me for an exact
9   amount.
10   Q.  I'm asking you for an estimate; an average even.
11      MS. SCHWARZLOSE:  Objection as to form.
12 Argumentative.  He's already answered multiple times he
13 doesn't know.
14      MS. KINKADE:  Join.
15   Q.  MS. ROCHE:  So your testimony today is that you
16 have no idea if, in a six-month period, while you've
17 been working at Southwestern, if you've seen five people
18 having difficulty walking, or 500,000 people having
19 difficulty walking?
20      MS. SCHWARZLOSE:  Objection as to the nature of
21 question.  Argumentative.
22      MS. KINKADE:  Join.
23   A.  MR. VITALE:  I don't know.
24   Q.  Okay.  Thank you.

192

1      MS. KINKADE:  I need to take a break.  We started
2 at 9:00.  It's now 1:30.  I have to take a break at this
3 point.  30-minute break.
4      MS. ROCHE:  So I really think I probably have 10
5 minutes left.  Truthfully.  These are all going to be,
6 like, fly-through.
7      MS. KINKADE:  If you have 10 minutes.  If not --
8      MS. SCHWARZLOSE:  10 minutes.
9      MS. KINKADE:  I have to take a 30-minute break.
10      MS. ROCHE:  Okay.  It might even be less than 10
11 minutes, actually.
12   Q.  Mr. Armbruster's understanding of what your
13 position is at Southwestern -- or part of it, not the
14 entirety of it -- is that you were a warden for the work
15 camp; is that correct?
16   A.  No.
17      MS. SCHWARZLOSE:  Objection --
18      MR. VITALE:  Sorry.
19      MS. SCHWARZLOSE:  -- as to Mr. Armbruster's
20 understanding.  Asking for speculation.
21   Q.  MS. ROCHE:  To be clear, I'm asking for
22 clarification.  If there's a clarification you can make,
23 please feel free.
24   A.  There's no warden over work camp.

193

1  Q. Okay.
2  **A. Work camp is just a housing unit.**
3  Q. Okay. If Mr. Armbruster testified that he would
4  see and interact with you when he was going to and from
5  work, healthcare, work camp, the housing unit, and the
6  administrative building, would you have any basis to
7  dispute that?
8  MS. SCHWARZLOSE: Objection. Lack of personal
9  knowledge as to Mr. Armbruster's testimony.
10  MS. KINKADE: Join. And form.
11  **A. MR. VITALE: It's impossible for him to say that.**
12  Q. So you would have a basis to dispute that?
13  **A. Pardon?**
14  Q. So you dispute that?
15  **A. Absolutely.**
16  Q. Okay. And what is the basis for your dispute?
17  **A. I'm -- half the time, I'm not in the back there**
18  **to even see all that line movement. And I'm not around**
19  **inmate workers. The only inmate workers that -- would**
20  **be a porter that works in the area where I'm at. So if**
21  **I were to see him four or five times a day? No.**
22  Q. Okay. Any other basis?
23  **A. Pardon?**
24  Q. Any other basis?

194

1  **A. I mean, I don't have any inmate workers that work**
2  **with me. My involvement with the -- unless -- the only**
3  **involvement that I really have with the inmates there**
4  **are the dog handlers. I would see those guys a little**
5  **bit more frequently; maybe once a week than the regular**
6  **inmates. And most inmates, unless I have something**
7  **specifically to do with them, I don't hang out with**
8  **inmates.**
9  Q. Okay. Do you count -- when you encounter inmates
10  when they approach you while you're making your rounds,
11  would you count that as an interaction with those
12  inmates?
13  **A. I would.**
14  MS. SCHWARZLOSE: Objection. Form.
15  Q. MS. ROCHE: If Mr. Armbruster testified that when
16  he saw you in the mornings, he asked you for help, would
17  you have any basis to dispute that?
18  MS. SCHWARZLOSE: Objection. Lack of personal
19  knowledge as to Mr. Armbruster testimony.
20  MS. KINKADE: Join. And form.
21  Q. MS. ROCHE: Go ahead.
22  **A. I wouldn't -- you know, I don't know. I don't**
23  **recall speaking to him, period; much less whether it was**
24  **in the morning or in the evening or in the afternoon. I**

195

1  **wouldn't know.**
2  Q. Okay. So you would dispute that to the extent
3  that you just don't remember; is that correct?
4  **A. I don't recall.**
5  MS. SCHWARZLOSE: Objection to form.
6  Q. MS. ROCHE: If Mr. Armbruster testified when he
7  saw you in the mornings, he asked you for help and to
8  talk to the healthcare unit on his behalf, would you
9  have any basis to dispute that?
10  MS. SCHWARZLOSE: Objection to form. Lack of
11  personal knowledge as to Mr. Armbruster's testimony.
12  MS. KINKADE: Join.
13  **A. MR. VITALE: I would not advocate for somebody at**
14  **that level. I mean, I wouldn't do that. I would refer**
15  **them there. That's -- I wouldn't do that.**
16  Q. And when you say refer them, you're talking about
17  for them to drop a sick call slip?
18  **A. Yes.**
19  Q. Okay. And why wouldn't you?
20  **A. There's 700 people there. I've got 1,000 things**
21  **going on, and there's a procedure for this.**
22  **It's not like -- I mean, if he doesn't agree with**
23  **that stuff, there's a grievance process he can go**
24  **through. I mean, there's --**

196

1  Q. Okay. Were you done?
2  **A. Yes.**
3  Q. Okay. If Mr. Armbruster testified that he saw
4  and talked with you about his symptoms, including his
5  difficulty walking, would you have any basis to dispute
6  that?
7  MS. SCHWARZLOSE: Objection as to form. Lack of
8  personal knowledge of Mr. Armbruster's testimony.
9  MS. KINKADE: Join.
10  **A. MR. VITALE: Can we just -- I don't really -- I**
11  **don't know if he did talk to me about it, didn't talk to**
12  **me about it, did I do anything about it.**
13  **I typically -- what I typically do -- and I think**
14  **I've said this three or four times already. If there's**
15  **an issue with medical, I tell them there's several**
16  **different things you can do.**
17  **You can go on a sick call, you can drop an**
18  **emergency. If it's that painful, you can go right there**
19  **and declare an emergency and walk right in.**
20  Q. Okay. And so just so I'm clear, in the
21  beginning, you said you just don't recall either way,
22  correct?
23  **A. Pretty much. Yeah.**
24  Q. Okay. If Mr. Armbruster testified that he spoke

Transcript of Ron Vitale
Conducted on May 31, 2018

50 (197 to 200)

---

197

1 with you about the fact that he wasn't receiving medical
2 care for his symptoms, would you have any basis to
3 dispute that?
4     MS. SCHWARZLOSE: Objection as to form. Lack of
5 personal knowledge as to Mr. Armbruster's testimony.
6     MS. KINKADE: Join. Incomplete hypothetical.
7     Q. MS. ROCHE: You can go ahead.
8     A. I don't know.
9     Q. Why don't you know?
10    A. I don't recall -- and I'll say this again. I
11 don't even know who this guy is. I mean, it would be a
12 differently story if I knew the guy, or if I had some
13 history to it.
14        I don't know the guy is. I don't know who
15 Armbruster is. Until I saw the ID picture on him, I
16 didn't know who he was. And even then, I don't know who
17 the guy is.
18    Q. Okay. You don't remember either way?
19    A. No.
20    Q. When you say no, do you mean correct?
21    A. Correct. And I personally don't get involved
22 with inmates. I don't do it. I'm not there. I'm not
23 their counselor. I'm not there to advocate for people.
24 I'm not there for that stuff. I'm a warden in a prison.

---

198

1     Q. Okay. If Mr. Armbruster testified that you
2 brought his daughter cake from a celebration that was
3 occurring at the facility when she came to visit him,
4 would you have any basis to dispute that?
5     MS. SCHWARZLOSE: Objection as to form. Lack of
6 personal knowledge.
7     MS. KINKADE: Join.
8     A. MR. VITALE: Typically, what happens is DCFS
9 would bring some kids in there to visit their parents.
10 And they visit in the chapel, which is right where I
11 would walk by.
12        And I occasionally will stop in there, especially
13 when it's little kids, and make them feel a little
14 comfortable coming in and out of there.
15        Did I give her a piece of cake? I don't recall
16 giving her a piece a cake. Could I have maybe? Yeah.
17    Q. Would it be fair to say you don't know if it
18 was --
19    MS. ROCHE: I'm sorry, what? You laughed. I
20 thought you maybe had something to say.
21    MS. SCHWARZLOSE: I'm just ready to object. Go
22 ahead.
23    Q. MS. ROCHE: Is it fair to say that you may not
24 have known it was Mr. Armbruster's daughter; but on

---

199

1 occasion, you would go in and bring cake to little kids
2 that were there visiting their parents?
3     MS. SCHWARZLOSE: Objection as to the form of the
4 question.
5     A. MR. VITALE: Yes. I would do that. Yes.
6     Q. Okay.
7     A. Cookies or something from dietary, or something.
8 Those kids are there for three, four hours.
9     Q. Of course. Yes. If Mr. Armbruster testified he
10 asked you on multiple occasions if he had -- or if you
11 had spoken with members of the healthcare unit on his
12 behalf yet, would you have any basis to dispute that?
13    MS. SCHWARZLOSE: Objection to form. Lack of
14 personal knowledge.
15    MS. KINKADE: Join.
16    A. MR. VITALE: I do not advocate for people.
17 There's a procedure and a protocol people follow. If he
18 follows it, fine. I'm not going to advocate. I don't
19 believe I've ever said that to him. I don't advocate
20 for inmates on stuff like that.
21    Q. Okay. The procedure that you're talking about is
22 the sick call procedure --
23    A. Correct.
24    Q. -- and the grievance procedure?

---

200

1     A. Correct.
2     Q. Okay. If Mr. Armbruster testified that he
3 reported to you that his symptoms were continuing to get
4 worse, would you have any basis to dispute that?
5     MS. SCHWARZLOSE: Objection as to form. Lack of
6 personal knowledge.
7     MS. KINKADE: Join.
8     A. MR. VITALE: I'm not sure to say no or yes, or I
9 don't recall, if he did ask me, didn't ask me. I'm not
10 really sure.
11    Q. Just so I'm clear, so your testimony is that you
12 just don't recall?
13    A. I don't recall.
14    Q. Okay. If Mr. Armbruster testified that when he
15 had difficulty walking, his right leg would drag and his
16 back would be hunched over, would you have any basis to
17 dispute that?
18    MS. SCHWARZLOSE: Objection as to form. Lack of
19 personal knowledge.
20    MS. KINKADE: Join.
21    A. MR. VITALE: I don't recall.
22    Q. Okay. So would you have any basis to dispute
23 that, if that's how he -- if that's the symptoms that he
24 reported?

---

Transcript of Ron Vitale
Conducted on May 31, 2018

51 (201 to 204)

201

1    MS. SCHWARZLOSE: Objection. Asked and answered.
2    MS. KINKADE: Join. Same objections as before.
3    A. MR. VITALE: I don't -- I don't remember seeing
4  him like that.
5    Q. Do you remember ever seeing him ever?
6    A. No.
7    Q. Okay. Do you have any knowledge of how Mr.
8  Armbruster walks?
9    A. No. I don't even know how tall Mr. Armbruster
10 is, or what he weighs, what color hair he had. I don't
11 know any of that.
12   Q. Okay. Do you know if he walks fast or slow?
13   A. Don't know.
14   MS. SCHWARZLOSE: Objection.
15   A. MR. VITALE: I don't know if he can run or walk,
16 or how he gets around. I don't know how he gets around.
17 I'm not sure.
18   Q. Okay. So would you have any basis to dispute how
19 he reports how he walks?
20   MS. SCHWARZLOSE: Objection as to form of the
21 question.
22   MS. KINKADE: Join.
23   A. MR. VITALE: If he reports that he drags his leg,
24 I guess he does. I would not know that.

202

1    Q. Okay. If Mr. Armbruster testified that he
2  sometimes encountered you in a parking lot, would you
3  have any basis to dispute that?
4    MS. SCHWARZLOSE: Objection to form. Lack of
5  personal knowledge as to his testimony.
6    MS. KINKADE: Join.
7    A. MR. VITALE: There's not -- I don't believe that.
8  There's no inmates in the parking lot.
9    Q. Do any of the inmates call the blacktop in the
10 courtyard the parking lot? Do you know?
11   A. No.
12   Q. No, you don't know? Or no --
13   A. I don't know what they call it.
14   Q. Okay.
15   A. I've not heard anybody call it that.
16   Q. Okay. If Mr. Armbruster testified that he
17 sometimes encountered you in a work camp hallway,
18 would you have any basis to dispute that?
19   MS. SCHWARZLOSE: Objection to form. Lack of
20 personal knowledge. And foundation.
21   MS. KINKADE: Join.
22   A. MR. VITALE: He could have. I don't know. I
23 don't recall that.
24   MS. ROCHE: Okay. I don't have any other

203

1  questions.
2    CROSS EXAMINATION
3  BY MS. KINKADE:
4    Q. This is going to be a way different topic from
5  what you were just asked about. But, hi. I'm Jaclyn
6  Kinkade. We met many hours ago now. I represent the
7  Wexford defendant in this case. You said you were a
8  certified drug treatment counselor?
9    A. M-hm.
10   Q. What is drug-seeking behavior?
11   A. It would be one posing that there was some
12 problems with them and trying to get some pain
13 medication or something like that.
14   Q. What is typical behavior that somebody presents
15 with when they're trying to seek to get pain medication,
16 based on your experience?
17   A. It would be that they would complain about
18 problems, or having some pain or aches, or that sort of
19 stuff.
20   Q. Okay. Is that a concern in the department of
21 corrections?
22   A. It is that.
23   Q. Explain that to me.
24   A. Well, there's formulary drugs that the physicians

204

1  who prescribe for certain things, and there's certain
2  things they don't. And a lot of the drug-seeking types
3  of drugs, they don't usually give out that often.
4    Q. Okay. And is hydrocodone one of those?
5    A. You know, I don't know if that's on the formulary
6  list or not. I don't know.
7    Q. That's okay.
8    A. I don't think so. They shouldn't give that out
9  if it was, but.
10   Q. Is that your opinion, based on your certification
11 as a drug treatment counselor?
12   A. M-hm. Yeah. It's an opiate drug. Yes.
13   Q. Would that be specifically of concern if a person
14 had a history of cocaine use?
15   A. Yes.
16   MS. ROCHE: Objection. Form.
17   A. MR. VITALE: It could.
18   Q. Do you know the long-term physical effects of
19 prolonged cocaine use?
20   MS. ROCHE: Objection. Form. Relevance.
21   A. MR. VITALE: No. Not really. I'm not a research
22 guy.
23   Q. Okay. Based on your experience as a counselor,
24 have you seen any long-term effects, physical effects --

205

1    A. Oh, sure.
2    Q. -- with the prolonged use of cocaine?
3    A. Sure. Yes.
4        MS. ROCHE: Real quick. Same objection. I'll
5    have a standing objection to any testimony being
6    elicited from this witness as he's not been disclosed as
7    an expert of any kind. Go ahead.
8    Q. MS. KINKADE: Based on that experience, what have
9    you seen?
10   A. Particularly at the prison level, I mean, you're
11   talking about people that would be mid- to long-term
12   kind of addicts coming through there.
13       And I don't know about him, but I mean, you know,
14   they're typically involved with some legal issues,
15   financial issues, lost jobs, are pretty well along the
16   way in the progression of the disease.
17       So it's not uncommon for guys that are at
18   Southwestern to do some drug seeking kind of stuff like
19   that. And the physicians are pretty up on that with
20   pain medication. They don't really prescribe much.
21   It's more of a Motrin or that kind of stuff.
22   Q. Have you seen just physical effects on a person
23   from long-term cocaine use?
24       MS. ROCHE: Objection. Form. Relevance.

206

1    A. MR. VITALE: No, I have not. It's been more that
2    the methamphetamines would be a much more devastating
3    effect than the cocaine effect.
4    Q. And I think you testified earlier that there has
5    been an increase of meth use?
6    A. M-hm.
7    Q. Amongst the offenders?
8        MS. ROCHE: Objection. Form relevance.
9    A. MR. VITALE: Yeah. I don't know what his primary
10   drug is. We have about 200 guys there that are primary
11   methamphetamine users.
12   Q. Going to switch topics.
13   A. Good deal.
14   Q. You talked about -- we talked about access to
15   medical care. And I think you mentioned an offender can
16   declare themselves a medical emergency?
17   A. M-hm. Yes.
18   Q. What does that mean?
19   A. If he's in the housing unit and he has abdomen
20   pains, or something like that, he can claim an
21   emergency. And the officer will call medical, and they
22   would just send him right over to medical.
23   Q. When you say he can claim an emergency, do you
24   mean anything more than simply saying, Officer, I have a

207

1    medical emergency?
2    A. Yeah. That would get it started. That would get
3    it started.
4    Q. Okay.
5    A. Then there's a fee that the inmate pays when they
6    go over there. It's a $5.00 co-pay. So some of the
7    inmates are little more careful, because they don't have
8    the extra five bucks to pay.
9    Q. Are the officers -- to your knowledge, the IDOC
10   officers trained on the process for access to
11   healthcare?
12   A. Yes.
13   Q. And does that include that the IDOC officers are
14   trained on what an offender declaring a medical
15   emergency is, and what they should do in response?
16   A. Yes.
17   Q. Is it the officer's job to decide what is an
18   emergency?
19       MS. ROCHE: Objection. Form. Go ahead.
20   A. MR. VITALE: There's a zone sergeant, and there's
21   a zone lieutenant. And if somebody were to claim
22   something like that, then one of the zone sergeants or
23   zone lieutenants would get involved with it.
24   Q. Would they make the decision if it's a medical

208

1    emergency, or would they take --
2    A. They take them over there. And then they would
3    determine it once they got into medical.
4    Q. And you said they would determine once they got
5    to medical. Are you talking about the medical staff --
6    A. Correct.
7    Q. -- in the healthcare unit?
8    A. Yes.
9    Q. Okay. Are the offenders told about how they can
10   declare themselves a medical emergency?
11   A. Yeah. It's in the employee -- the inmate
12   handbook.
13   Q. And does every offender get a copy of the
14   offender manual handbook?
15   A. Yep. Right when they get there. And I can even
16   take it another step. There's a whole -- there's a
17   30-day orientation period that all the inmates go
18   through. And that's part of it; medical, it's part of
19   how they access all that stuff is part of it.
20   Q. You talked about how there are some people at
21   Southwestern who have disabilities; is that right?
22   A. M-hm.
23   Q. If just -- this is a hypothetical. If you saw an
24   offender multiple times a day who showed that they had

Transcript of Ron Vitale
Conducted on May 31, 2018

53 (209 to 212)

---

209

1 some -- their walking was impaired in some way, and that
2 wasn't typically something that had already been
3 diagnosed --
4   A. M-hm.
5   Q. -- what would you do in that circumstance?
6     MS. ROCHE: Objection. Form. Incomplete and
7 improper hypothetical.
8   A. MR. VITALE: I would probably, you know, ask them
9 what's going on with them. And then I would suggest --
10 give him the rundown of what he could do with medical.
11 If he wanted to get into medical, if that's an issue,
12 and how to do that.
13   Q. And just tell me, you know -- your memory is
14 different than my memory.
15   A. Sure.
16   Q. If an offender would have approached you multiple
17 times a day, saying that they had an issue with their
18 ability to walk, and that this was something that was
19 not previously diagnosed, and it wasn't being addressed;
20 do you think you would recall that person?
21   A. Probably. Yes.
22   Q. Why is that?
23   A. Well, I mean, if it was somebody who repeatedly
24 came to me, or you know, there's certain inmates work in

---

210

1 certain places around there that I might see some a
2 little bit more often. Yeah. I would remember
3 something like that. But when you have all this line
4 movement stuff, you're not -- I'm not sure who's who.
5   Q. Okay. Would it catch your attention if you saw a
6 person walking repeatedly throughout the course of a
7 couple months, and they walked like the Hunchback of
8 Notre Dame?
9   A. I would say yeah.
10     MS. ROCHE: Objection. Form.
11   Q. MS. KINKADE: That person would stand out in your
12 memory?
13   A. I would think so. Yes.
14   Q. You talked about lower bunks and upper bunks.
15   A. M-hm.
16   Q. So it sounds like the lower and upper bunks are
17 assigned to the offender?
18   A. Yes. There's a placement officer that places
19 people in a dorm, whatever bed's available.
20   Q. If a person had the inability to climb into a top
21 bunk, what documentation would they need to fill out to
22 get that switched?
23   A. The physician would fill out an order for a lower
24 bunk.

---

211

1   Q. Okay.
2   A. I couldn't give them a lower bunk. It would have
3 to go through the medical department to do that.
4   Q. Okay. So would the offender have to fill out
5 medical documentation in order to get to the doctor and
6 make that request?
7   A. Yes. Well, it would be -- it could happen a
8 couple different ways. Initially, they're all seen by
9 the medical staff when they first come in.
10     So if they had a lower bunk at someplace else,
11 that information would come with them, and they could be
12 assigned right when they get off the bus to a lower
13 bunk.
14     Or if something comes on as they're there, they
15 could go get themselves put on sick call, or declare an
16 emergency or whatever.
17   Q. Okay. Are there any -- like at other facilities,
18 I've heard of a transfer request, to transfer to
19 different cells. Is there paperwork like that that they
20 can request; upper, lower, or no?
21   A. They can request to transfer out of Southwestern.
22 If they're in Southwestern, there's not -- we only have
23 one housing unit that's handicap accessible where
24 there's no stairs.

---

212

1     So if somebody has some difficulties in walking,
2 or difficulties -- they need a walker or a wheelchair or
3 something like that, they would wind up on that housing
4 unit.
5   Q. How would an offender, if something presented
6 while they're at Southwestern, and they claim that they
7 have an inability to walk, what paperwork would they
8 fill out to be transferred into that housing unit?
9     MS. ROCHE: Objection. Form. Incomplete
10 hypothetical.
11   A. MR. VITALE: That would go through the medical
12 department. They would go see the physician or the
13 nursing staff. And then they would make the
14 determination of whether the guy would go to that
15 housing unit.
16   Q. Would the ADA coordinator be involved with that
17 at all?
18   A. Yeah. The ADA coordinator would be involved in
19 that. We're not an ADA facility. So if somebody is
20 wheelchair bound, we would most likely transfer them out
21 of Southwestern.
22   Q. Okay.
23   A. But, you know, some of these disabilities guys
24 can get along without.

---

Transcript of Ron Vitale
Conducted on May 31, 2018

54 (213 to 216)

213

1    Q.  Okay.  Are the offenders in Southwestern, are
2  they assigned case workers like at other facilities?
3    A.  Pardon?
4    Q.  Are they assigned case workers?
5    A.  Yeah.  They're signed to -- they get a clinical
6  service counselor, which would be a DOC counselor
7  assigned to each inmate.  And then each inmate has a
8  substance abuse counselor that's signed to them.
9    Q.  Okay.  What was the first one that you mentioned?
10   A.  Clinical services.
11   Q.  Would that person be able to be help assist,
12 either with ADA issues --
13   A.  Sure.
14   Q.  -- or upper lower bunk issues, something like
15 that?
16   A.  Sure.  Actually the DOC counselor would be a
17 person that would be able to be advocate for him.
18   Q.  Okay.  You said at Southwestern, there's a lot of
19 movement?
20   A.  M-hm.
21   Q.  How big is the campus?
22   A.  Capacity -- how large geographically?
23   Q.  Yes.
24   A.  I would say maybe 10 acres.  It's not very big.

214

1  I mean, we have 716 inmates.
2    Q.  Okay.
3    A.  And it's in the city.  We're actually in the City
4  of East St. Louis.  We're actually not far from here.
5    Q.  Approximately in a given day, how far would an
6  offender be traveling around the campus?
7    A.  Well, everything is right by that core area in
8  there.  I mean, groups are there, school is there,
9  dietary is within a couple hundred yards.
10   Q.  Okay.
11   A.  Maybe 300 yards would be about the maximum.  So
12 it's all pretty close.  And then if an inmate has a job,
13 depending on where their job is, it might be a little
14 further walk.
15   Q.  So what did you mean by there's a lot of
16 movement?
17   A.  Movement as in, in the morning, I explained
18 earlier, a third of the guys all go to drug treatment.
19   Q.  Okay.
20   A.  So 200 guys are walking to drug treatment.  Then
21 people are walking to jobs, people are walking to
22 school.  People are walking to get a haircut.  People
23 are walking to go see a counselor, or go to medical or
24 dental.  So there's a lot of movement right in that

215

1  core.  Then you have an officer that's in that core
2  movement that moves everybody.
3    Q.  Do you oversee any aspect of the offender jobs?
4    A.  Me?  No.
5    Q.  Are you aware of a job that's referred to as
6  carrying toxic trays?
7    A.  That would be safety san.
8    Q.  Okay.
9    A.  Part of their job.
10   Q.  Are you aware of the duties of that position?
11   A.  Those guys clean up the place.  If there's
12 something -- they kind of wax floors, sweep floors, buff
13 floors, that kind of stuff.  I think there's two shifts
14 of those guys; morning and afternoon shift.
15   Q.  Is that considered manual labor?
16   A.  I guess.  I don't know what you would consider
17 manual labor.  I mean, they buff floors, wax floors,
18 mop, sweet, stuff like that.
19   Q.  And when you say wax floors, do you have a wax
20 machine?
21   A.  We haven't had wax in about four years.  We've
22 been broke.  We don't own any wax.  But we buff the
23 floors to try to get a little buff to them.
24   Q.  Okay.  And so that's by hand?

216

1    A.  Yeah.
2    Q.  If somebody isn't physically able to continue to
3  do their job, what steps can an offender take to be
4  relieved of that job?
5    A.  They can be reassigned to a job if they're unable
6  to do it.  That's where medical would get involved.  If
7  they went to medical, medical would reassign them to a
8  job that's light duty kind of stuff.
9    Q.  Would there be any paperwork they would have to
10 fill out for that?
11   A.  I don't know about paperwork.  I'm sure there is.
12 I know we have a placement officer.  So if a guy can't
13 do a job, whoever he works for can refer him to medical.
14 Medical can fill out a form, saying that he needs light
15 duty, or something like that.
16      That would go to the placement officer.  And then
17 the placement officer would move him out of that job and
18 put him in another job.
19   Q.  Do you know if it's a violation of -- what are
20 the names of the rules that the offenders have to
21 follow?  Is there a name for it?
22   A.  For the rules?
23   Q.  Yeah.  Just for the rules that they have to obey.
24   A.  There's no name for it.

Transcript of Ron Vitale

Conducted on May 31, 2018

217

1    Q.  Okay.  Is it a violation of any of the offender
2  rules if they don't do their job?
3    **A.  Yeah.  I mean, they can get fired from their job**
4  **if they don't do it right, if they're unable to do it.**
5    **And then each job, there's a staff -- there's a**
6  **staff person.  Like, for example, safety san, there's a**
7  **safety san guy that oversees safety san.  So he might**
8  **have a crew of five of six guys working for him.**
9    **Then, you know, you probably got 40 or 50 guys**
10  **working in the kitchen.  And then they cook, they clean,**
11  **they bus tables and things like that.**
12    Q.  And when you say safety san, is that safety
13  sanitation?
14    **A.  M-hm.**
15    Q.  Is that a yes?
16    MS. SCHWARZLOSE:  You have to say yes.
17    **A.  MR. VITALE:  Yes.  I'm sorry.**
18    Q.  Does everybody at Southwestern work?
19    **A.  Most everybody does.  There's a few that don't.**
20  **We're one of the few institutions where everybody there**
21  **has a job, because our jobs are half a day jobs.  So**
22  **they're not there for eight hours.  They're only there**
23  **for four hours, so you need two inmates to do one job.**
24    Q.  Okay.  So there are jobs for people if they do

218

1  have disabilities?
2    **A.  Oh, yeah.  Yeah.**
3    Q.  And you mentioned this dog program.  Did you say
4  that's only for offenders who have disabilities?
5    **A.  No.  That's for anybody.**
6    Q.  Anybody.  Okay.
7    **A.  There's an interview process people have to go**
8  **through to get in to that job.**
9    Q.  You also testified that all the guys at
10  Southwestern are going home soon.  What did you mean by
11  that?
12    **A.  Everybody has less than six years on a sentence,**
13  **which would be three.  They would do less than three.**
14    Q.  Okay.  What does that mean?  They have less than
15  six and they do less than three?
16    **A.  They get a day-for-day.  Most everybody gets a**
17  **day-for-day.  So if they had a six-year sentence, they**
18  **would do three.**
19    Q.  Are most people there doing the full three, or do
20  you know?
21    **A.  Our average stay is about 18 months.**
22    Q.  Okay.  And as -- in your role assistant warden of
23  programs --
24    **A.  M-hm.**

219

1    Q.  -- in 2014, even though offenders weren't staying
2  there very long, were offenders still being provided
3  medical care?
4    **A.  Oh, yes.**
5    Q.  Were they still being transferred, to your
6  knowledge, to outside treatment when appropriate?
7    **A.  Yes.**
8    MS. ROCHE:  Objection.  Form.
9    Q.  MS. KINKADE:  To your knowledge, there wasn't any
10  practice or policy where an offender would not be
11  transferred to specialty treatment because they're
12  getting out soon?
13    MS. ROCHE:  Objection.  Form.
14    **A.  MR. VITALE:  No.**
15    Q.  Okay.  And do you have any idea in a given month
16  how many people were transferred out for special --
17    **A.  Services?  It didn't happen that often.  Maybe --**
18  **I would say two or three a week, maybe.**
19    **The advantage -- you know, we're in St. Louis.**
20  **You've got some of the bigger hospitals around there**
21  **that can accommodate some of the stuff that people might**
22  **need medical services on.**
23    **A lot of it is dental extractions, and things**
24  **like that.  I shouldn't say a lot it.  Some of that.**

220

1  **But I'd say two or three maybe a week.**
2    Q.  Two or three offenders would leave for specialty
3  services a week?
4    **A.  Yeah.  And that might be a little on the high**
5  **side.  It might be one to three.  I'm not sure.**
6    Q.  Okay.  So you were explaining if an offender said
7  that they had some medical condition, you would refer
8  them to healthcare?
9    **A.  M-hm.**
10    Q.  Is that a yes?
11    **A.  Yes.**
12    Q.  Is that to the healthcare unit administrator, who
13  you oversee, or to the medical providers, or both?
14    **A.  It's -- it could either.**
15    Q.  What's the role of the healthcare unit
16  administrator?
17    **A.  She is kind of -- she oversees any grievances**
18  **that are filed.  She would be the one that would respond**
19  **to the grievances.  She would work with the Wexford**
20  **supervisor back there with staff issues and things like**
21  **that.**
22    **There's some reports that she needs to do.  But**
23  **she didn't have much to do with the overall day-to-day**
24  **kind of stuff that Wexford does there.**

Transcript of Ron Vitale
Conducted on May 31, 2018

56 (221 to 224)

221

1    Q. Okay. Do you know if she would review any
2  patient records, charts?
3        MS. ROCHE: Objection. Form. Foundation.
4    A. MR. VITALE: I'm sure she does.
5    Q. What was that?
6    A. I'm sure she does.
7    Q. Why are you sure she does?
8    A. There's grievances that come through. I mean, I
9  think -- and don't hold me to this -- but we had
10 probably around -- up until the first of this year, our
11 grievances were around 50, 60 grievances a month.
12   Q. Okay.
13   A. And that's everything, from medical grievances
14 to, you know, they lost their TV when they were
15 transported down here. So it could be anything.
16       Since the first of year, they changed some times
17 on good earned conduct time, and it's probably dropped
18 down to probably about 40.
19   Q. In the quality assurance improvement meetings
20 that you participated in, at first you said they were
21 quarterly, and then you said that they were monthly.
22   A. They are monthly. Yeah.
23   Q. They are?
24   A. Yeah. They are monthly. I didn't realize that

222

1  until we read that.
2    Q. Okay. And although you didn't -- it sounds like,
3  correct me if I'm wrong -- you didn't contribute a lot
4  to those meetings.
5    A. Correct.
6    Q. Why is that?
7    A. Yes. Well, most of it had to do with medical
8  kinds of stuff. And to be real honest, I wasn't quite
9  sure what they were talking about.
10   Q. Based on your observation in those meetings, were
11 the medical providers at Southwestern meeting monthly to
12 work on how they can better serve the needs of the
13 prisoners at Southwestern?
14   A. Yes.
15       MS. ROCHE: Objection. Form.
16   Q. MS. KINKADE: Did you observe -- and I'm not
17 asking you specifics. I wouldn't ask you to remember
18 what happened in a meeting in 2014.
19       But did you generally observe follow-up plans to
20 ensure that medical care was appropriate for the
21 individuals at Southwestern?
22   A. The only --
23       MS. ROCHE: Objection. Form. Go ahead.
24   A. MR. VITALE: The only thing I can honestly say is

223

1  that they -- and I forget what they call them. There's
2  some medical terminology to it.
3        If there's some trending thing that people see,
4  that they do these studies. And they may do a study on
5  10 guys and see if this happened to those 10 guys. And
6  they would do three or four studies at a time. And
7  that's the only thing I really remember hearing them
8  talk about.
9    Q. Okay.
10   A. I don't remember. It's called something. But I
11 don't remember what it's called.
12   Q. Okay. And I don't know if this has been asked.
13 Do you have any medical background?
14   A. No.
15   Q. Okay. You're not licensed as a physician or
16 board certified, or --
17   A. No.
18   Q. -- never went to medical school, none of that?
19   A. No. No.
20   Q. Just so the record is clear, do you have any idea
21 what Mr. Armbruster's physical condition was in May
22 through September, 2014?
23       MS. ROCHE: Objection. Form, to the extent that
24 you're asking questions that you've vehemently opposed

224

1  me asking.
2    A. No, I don't.
3    Q. Do you have any knowledge as to Dr. Shah, or any
4  of the nurse's care of Mr. Armbruster to May September
5  2014?
6        MS. ROCHE: Same objection.
7    A. MR. VITALE: No.
8    Q. Have you attempted to give an opinion on that
9  care at all today?
10   A. No.
11       MS. ROCHE: Same objection.
12   A. MR. VITALE: No.
13       MS. KINKADE: Okay. That's all I have.
14       MS. SCHWARZLOSE: And Jaclyn and Katie asked a
15 lot of my questions --
16       MS. ROCHE: If I could interrupt. My question
17 was going to be if you thought you were going to be
18 anything more than brief, I just might have to
19 reschedule my flight. Do you have --
20       MS. SCHWARZLOSE: I anticipate it being brief.
21 If I start going long, please cut me off. I think Ms.
22 Kinkade asked a lot of my question.
23       MS. ROCHE: Do you think, like, 10 or 15 minutes?
24 Just --

225

1     MS. SCHWARZLOSE:  Yeah.
2     MS. ROCHE:  All right.
3            CROSS EXAMINATION
4  BY MS. SCHWARZLOSE:
5     Q.  I just want to confirm, I know Ms. Kinkade asked
6  you, and I think that Ms. Roche asked you about any
7  medical training.  I just want make sure you never -- do
8  you ever provide medical treatment to inmates?
9     A.  No.
10     MS. ROCHE:  Objection.  Form.
11     A.  MR. VITALE:  No.
12     Q.  Who is responsible for providing that medical
13  treatment?
14     A.  Medical would be.
15     Q.  Medical?
16     A.  Yes.
17     Q.  Meaning the medical professionals that work at
18  Southwestern?
19     A.  Correct.  We have a minimum of two nurses on each
20  shift.  So there's three shifts of nurses there.
21     Q.  Do you explain, when people do complain to you
22  about medical complaints -- you kind of explained it to
23  us.  Do you explain to those inmates when you talk to
24  them what they can do to resolve their medical issues?

226

1     MS. ROCHE:  Objection.  Form.
2     A.  MR. VITALE:  I do.  I mean, it's pretty standard.
3  They know.  Those guys know.  They need to go through --
4  there's a procedure to drop a slip, or they can declare
5  -- they have two choices.  They can declare an
6  emergency, a medical emergency.  Or if they want to get
7  an sick call, they put it through.  Emergency medical
8  costs five bucks.
9     Q.  Do you remind them about that?
10     A.  No.  Not really.
11     Q.  So do you just tell them basically to go to an
12  emergency, or put in for sick call?
13     A.  Pretty much.
14     Q.  And you testified you don't remember Mr.
15  Armbruster.  So you don't remember ever seeing him walk
16  around?
17     A.  Correct.  Yes.
18     Q.  You don't remember any specific conversations
19  that you had with him?
20     A.  No.
21     Q.  But if someone had complained to you about
22  medical repeatedly, how would you have acted in that
23  circumstance?
24     MS. ROCHE:  Objection.  Form.

227

1     A.  MR. VITALE:  Well, yeah.  I would think if they
2  repeatedly said something to me, I would encourage them
3  to follow the grievance process.  There's a grievance
4  process.  The medical -- our nurse in there reviews all
5  of the grievances.
6     Q.  When you say our nurse, do you mean the
7  healthcare unit?
8     A.  The healthcare administrator, yeah, would be the
9  one that reviews all the grievances.  They first come to
10  the warden's office, and the warden would send it to
11  her, she would review it.  And if there's any credence
12  on it, she would follow through on it.
13     Q.  So if anyone's coming to you with that repeated
14  problem, that's when you would remind them --
15     A.  Yeah.
16     Q.  -- that they could file a grievance?
17     A.  Yes.
18     Q.  In that situation, you're not personally going to
19  start providing medical care to a person?
20     A.  No.
21     Q.  Sorry.  I don't want to repeat other questions.
22  You said if someone did have a medical disability that
23  required them to need some sort of ADA accommodations,
24  that can be accommodated to a limited extent at

228

1  Southwestern?
2     A.  Correct.
3     Q.  So if one someone was having such difficulties
4  moving around, walking, they can put in for medical and
5  ask to be moved to the ADA accommodated dorm?
6     A.  Yeah.  I think Big Muddy is the ADA institution
7  down here.  So they could transfer to there.
8     Q.  If they weren't able to function in the dorm that
9  doesn't have stairs, that would be another option?
10     A.  M-hm.  Yeah.
11     Q.  Is that something that's happened before?
12     A.  I'm sure it has.  I don't recall --
13     Q.  Specifically?
14     A.  -- specifically when it happened.  Southwestern's
15  a pretty easy camp to be at.  So most guys don't really
16  want to transfer out of there.
17     Q.  And people were -- I think Ms. Kinkade asked you
18  specifically about if people were having difficulty due
19  to any kind of medical condition doing their job, that
20  be brought to the attention of medical as well?
21     A.  Sure.  They can do -- they can either go to
22  medical for it, or they could talk to their supervisor
23  over their job, and they can direct them over there.
24  I mean, there's a couple different ways to go

Transcript of Ron Vitale
Conducted on May 31, 2018

58 (229 to 232)

229

1  about doing it.  Particularly, you know, if someone is
2  having difficulty with walking and that sort of stuff,
3  there's light duty jobs that they have there that people
4  can get into.
5      Q.  So jobs that they may be able to sit and work
6  at --
7      A.  M-hm.  Yeah.
8      Q.  -- as opposed to doing something in the
9  hallway --
10     A.  Yeah.
11     Q.  -- mopping, buffing?
12     A.  Or in the kitchen.  Yeah.
13     Q.  Okay.  So is the sanitation -- I think you called
14  it safety and san.
15     A.  Yes.
16     Q.  Safety and sanitation?
17     A.  Yes.
18     Q.  Is that a job that people have to be able to move
19  around?
20     A.  M-hm.
21     Q.  Walk around and carry objects?
22     A.  Yeah.
23     Q.  And so if someone wasn't able to do that, they
24  could put in for a different job?

230

1      A.  Correct.
2      Q.  You don't know if Mr. Armbruster ever asked for a
3  different job, to your knowledge?
4          MS. ROCHE:  Objection.  Form.
5      A.  MR. VITALE:  I have never spoke to him about a
6  different job.
7      Q.  And you testified you had attended the QI
8  meetings as more of a representative of the institution
9  when you were assistant warden of programs.
10     A.  I had to go to their meetings.
11     Q.  So was there anything that you felt that you were
12  not heard on, if you had an issue that you wanted to
13  bring up?
14         MS. ROCHE:  Objection.  Form.
15     A.  MR. VITALE:  I never really had any issues in
16  there.  It was -- I mean, it was six or seven people in
17  there.  Everybody was nurses, doctors, and I -- I didn't
18  really know.
19     Q.  Did you trust your medical staff then to take
20  care of the medical concerns --
21     A.  Yes.
22     Q.  -- of the inmates?
23     A.  Yeah.
24         MS. ROCHE:  Objection.  Form.

231

1      A.  MR. VITALE:  The healthcare administrator is
2  really good.  Nona is really good down there.
3      Q.  So she would be the liaison between the --
4      A.  M-hm.
5      Q.  -- IDOC and Wexford?
6      A.  Yes.
7      Q.  In your request to admit, sir, you denied ever
8  seeing Mr. Armbruster having difficulty ambulating.  Is
9  that because you didn't ever remember seeing him
10  ambulating with problems?
11         MS. ROCHE:  Objection.  Form, to the extent that
12  you are asking questions that you've vehemently objected
13  to me asking.  Go ahead.
14     A.  MR. VITALE:  I don't even know who Armbruster is.
15  So I wouldn't -- for me to sit here and say that I saw
16  him struggling to walk up and down a flight of stairs; I
17  have not seen that.
18     Q.  If that did happen -- I think Ms. Kinkade touched
19  on it a little bit.  Would you have addressed that with
20  the inmate?
21     A.  Sure.  I mean, yeah.  I mean, if somebody fell
22  down a flight of a stairs, sure I would say something.
23     Q.  And if they appeared to be having trouble walking
24  over a period of time, is that something you would have

232

1  noticed?
2      A.  I could have.
3      Q.  And if you did notice it, what would you have
4  done about it?
5      A.  I would probably direct them to go to medical, is
6  what I would do.  If somebody works, the -- whoever they
7  work for, whether it's a safety san or dietary whatever,
8  those guys are with those guys every day.
9          And if there was some issues or problems, those
10  would be the guys that would refer them on.  I see
11  people, and I don't work with any of the inmates, so.
12     Q.  And if somebody does bring up that problem, you
13  would refer them to the correct place for help?
14     A.  Yeah.  I would refer them to medical.
15         MS. SCHWARZLOSE:  I have nothing further.
16         MS. ROCHE:  A few questions.
17             REDIRECT EXAMINATION
18  BY MS. ROCHE:
19     Q.  Do you know either way whether or not Mr.
20  Armbruster was exhibiting drug-seeking behavior?
21     A.  No.
22     Q.  And you said that you approximated one to three
23  prisoners are sent out for treatment per week at
24  Southwestern; is that correct?

Transcript of Ron Vitale
Conducted on May 31, 2018

233

1    A.  Yeah.  It could be on the high side or low side.
2  It depends.  We might have somebody that does chemo and
3  goes out every day.  Somebody could go to an eye doctor
4  or whatever.
5      There's several different reasons.  Sometimes we
6  have more than not.  And it's a security deal, too.  You
7  have to send a couple officers with them, so if you have
8  two or three guys going out of general, and it's going
9  to be overtime and stuff like that.  So, yeah.
10   Q.  Okay.  So you said earlier dental exams or dental
11  procedures, correct?
12   A.  Well, there's stuff that our dentist can't do.  I
13  mean, there's certain extractions she can't do.  So they
14  refer those out.
15   Q.  Okay.  So those instances, you said the eye
16  doctor and chemo patients.  What else are people sent
17  out for treatment for?  Medical treatment.
18      MS. SCHWARZLOSE:  Objection to form.  Lack of
19  personal knowledge.
20      MS. KINKADE:  Join.
21   A.  MR. VITALE:  You know, I don't -- I would be
22  guessing at this point.  The only thing I know is we
23  send out -- not a lot, but there's some people that go
24  out for extractions that our dentist cannot do.

234

1      We've got Siteman Center over in St. Louis, where
2  there's -- it's a big cancer place.  Guys will -- we
3  might have one -- or a guy every so often that goes out
4  for five or six weeks in a row.
5   Q.  For what?  I'm sorry.
6   A.  Chemo treatments.
7   Q.  Okay.
8   A.  And then there's the eye -- the eye specialist.
9  We have an ophthalmologist there, I forget how many
10  hours a month.  But it's like, five or six hours a
11  month.  Those types of thing would be referred out.
12      And then if there's any kind of surgeries done or
13  things like that, those are referred out.
14   Q.  What kind of surgeries?
15   A.  I wouldn't know.
16      MS. SCHWARZLOSE:  Objection to form.
17   A.  MR. VITALE:  I wouldn't -- yeah.  I don't know.
18   Q.  Okay.
19   A.  I would not know.
20   Q.  So to your knowledge, patients are sent out for
21  chemo or eye doctor appointments or dental exams and
22  procedures.
23   A.  Not exams.  We have a full-time dentist.
24   Q.  Just the dental procedures.  Sorry.

235

1    A.  We have a full-time dentist there.
2   Q.  Gotcha.  So the chemo patients, the eye doctor
3  appointments, for dental procedures that the in-house
4  Southwestern dentist --
5   A.  Couldn't do.
6   Q.  -- couldn't do.
7   A.  And if there's some minor surgery.
8   Q.  And for surgeries.
9   A.  Some surgeries and things like that.  Now our --
10  I think Shah -- I don't remember if Shah was a surgeon
11  or not.  But it might be some minor stuff that they
12  could do there.
13   Q.  Okay.  And to your knowledge, is there anything
14  else that people were sent out for, for medical
15  treatment?
16      MS. SCHWARZLOSE:  Objection as to form.  He's
17  already said he doesn't know.
18   A.  MR. VITALE:  I'm not sure.  I'm sure there is,
19  but I wouldn't know what all of that is.
20   Q.  Okay.  And would that information be documented
21  anywhere, if you wanted to find out what people were
22  being sent out for?  Medically speaking.
23   A.  I'm sure there is.  I'm sure somewhere in
24  medical.

236

1   Q.  Have you ever seen any kind of documentation like
2  that in your work with the Quality Improvement
3  Committee?
4   A.  Well, from a security standpoint, you know when
5  somebody leaves the prison.
6   Q.  Okay.
7   A.  So there's a form that's filled out that people
8  sign off on for the guy to leave.  So they track where
9  everybody is all the time.  There's -- it would say, you
10  know, where the guy's going.  It wouldn't say what he
11  was going there for.
12   Q.  Okay.
13   A.  And then, you know, something happens at night or
14  something like that, we take people right to the
15  emergency room.
16   Q.  Okay.  You testified that you thought you would
17  remember if you saw someone who had difficulty walking
18  over a period of time; is that correct?
19   A.  Well, I'll -- if I say a saw a person on a
20  regular basis, if I saw that the person was struggling
21  with his ability to walk, I would probably say
22  something.
23      But let me just say this.  You make it sound like
24  I see these inmates every day.  I don't see these

Transcript of Ron Vitale
Conducted on May 31, 2018

237

1  inmates every day.
2      Q. So how do you think you would recognize if
3  someone had difficulty walking over time if your
4  testimony is that --
5      A. Well --
6      Q. -- you don't see the inmates every day, and that
7  you see so many all the time.
8      A. Right. The guy that shines shoes. The inmate
9  that shines shoes; I see him every day.
10     Q. M-hm.
11     A. There's an inmate that mops the floor in front of
12  our -- I see him every day. So if I noticed that he was
13  having difficulties, I would probably say something.
14     Q. So if it's specific inmates that you can identify
15  every day, as you see every day --
16     A. If I see --
17     Q. -- it's a part of your --
18     A. Well, not --
19     Q. -- daily routine?
20     A. -- every day. But I see on a regular basis.
21     Q. Okay. So if it's an inmate that already stands
22  out to you, you would notice if that inmate started to
23  have difficulty walking over time; is that correct?
24         MS. KINKADE: Objection. Form. Misstates his

238

1  testimony.
2         MS. SCHWARZLOSE: Join.
3      A. MR. VITALE: Probably.
4         MS. ROCHE: Okay. I don't think I have any
5  further questions.
6         MR. VITALE: Can I ask questions now?
7         MS. SCHWARZLOSE: You get to decide if you want
8  to review your deposition or waive your signature.
9         MR. VITALE: I don't want to review it.
10        MS. SCHWARZLOSE: Okay. So waive it?
11        MR. VITALE: Yeah.
12        COURT REPORTER: While we're still on the record,
13  can I get your transcript orders.
14        MS. SCHWARZLOSE: E-tran.
15        MS. KINKADE: Same.
16        MS. ROCHE: I don't need one at this time.
17     (WHEREIN, the deposition was concluded at 2:16 p.m.)
18
19
20
21
22
23
24

239

1              CERTIFICATE OF REPORTER
2
3      I, Georgia Beth Long, a Certified Shorthand Reporter
4  (IL), do hereby certify that the witness whose testimony
5  appears in the foregoing deposition was duly sworn by me
6  pursuant to 5 ILCS 255/2 (from Ch. 101, par.2); that the
7  testimony of said witness was taken by me to the best of
8  my ability and thereafter reduced to typewriting under
9  my direction; that I am neither counsel for, related to,
10  nor employed by any of the parties to the action in
11  which this deposition was taken, and further that I am
12  not a relative or employee of any attorney or counsel
13  employed by the parties thereto, nor financially or
14  otherwise interested in the outcome of the action.
15
16
17
18         Certified Shorthand Reporter
19         within and for the State of Illinois
20
21
22
23
24

Transcript of Ron Vitale
Conducted on May 31, 2018

61

**A**

abdomen
206:19
aberdeen
4:7
ability
54:15, 188:15,
209:18, 236:21,
239:8
able
8:19, 37:14,
43:7, 67:12,
70:23, 108:9,
110:19, 110:21,
121:15, 171:17,
180:19, 213:11,
213:17, 216:2,
228:8, 229:5,
229:18, 229:23
above
114:1, 114:7,
116:14
absolutely
160:6, 193:15
abuse
31:1, 33:16,
40:23, 66:9,
71:3, 71:5,
94:10, 104:18,
112:7, 213:8
access
116:20, 117:7,
119:11, 120:15,
121:9, 121:12,
121:14, 121:21,
121:22, 122:18,
123:9, 123:11,
123:18, 123:19,
123:21, 124:15,
144:7, 144:10,
144:16, 206:14,
207:10, 208:19
accessible
211:23
accommodate
107:13, 219:21
accommodated
227:24, 228:5

accommodations
227:23
according
96:15, 140:3,
140:17, 143:20
accordingly
177:5
account
104:12
accurate
9:3
aches
203:18
acknowledge
152:12
acres
213:24
acted
226:22
acting
88:19
action
17:7, 139:12,
239:10, 239:14
actions
136:2, 139:4,
141:23
activities
136:6, 138:4,
138:20, 139:3,
139:10, 140:5,
140:11, 140:21
activity
98:15
actual
46:16, 62:15
actually
10:16, 11:17,
20:4, 21:13,
27:18, 33:9,
48:10, 50:13,
54:1, 54:12,
55:8, 58:23,
70:23, 75:9,
92:4, 108:4,
113:14, 121:7,
131:17, 141:4,
142:19, 167:2,

192:11, 213:16,
214:3, 214:4
ad
43:23, 44:6,
45:14, 109:19,
119:14, 119:16
ada
38:3, 38:16,
39:6, 111:14,
115:7, 115:16,
212:16, 212:18,
212:19, 213:12,
227:23, 228:5,
228:6
add
110:24, 159:3,
165:21
addicts
205:12
addition
84:5
additional
87:7, 165:19
additions
86:24
address
43:20, 143:15
addressed
109:7, 129:14,
129:21, 163:22,
169:9, 209:19,
231:19
addresses
111:16
adequacy
142:8, 144:3
adequate
116:20, 117:7,
117:15, 120:15,
145:8, 146:4
adjust
71:3
adjustment
111:10
adjusts
98:12
admin
72:14, 72:21,

73:5, 81:11
administered
5:24, 6:2
administration
71:17, 72:12
administrative
43:24, 71:14,
71:20, 71:22,
72:7, 72:12,
143:22, 193:6
administrator
95:4, 95:10,
96:19, 99:4,
105:14, 112:13,
126:7, 131:16,
132:4, 220:12,
220:16, 227:8,
231:1
administrators
145:5
admissibility
164:11, 164:22
admissible
8:4, 162:7
admission
184:1
admit
11:2, 59:7,
151:19, 152:1,
152:2, 155:2,
168:9, 168:12,
169:4, 169:6,
169:11, 178:24,
179:15, 180:16,
180:19, 181:1,
181:11, 183:4,
183:10, 183:12,
183:14, 183:19,
184:18, 184:20,
185:18, 231:7
admitted
105:18
ads
9:11, 11:4,
43:21, 43:22,
44:2, 44:3,
44:4, 44:8,
44:9, 44:16,

Transcript of Ron Vitale
Conducted on May 31, 2018

44:21, 45:10,
45:15, 48:22,
96:9, 96:11,
119:23, 121:1
**advantage**
219:19
**advocate**
195:13, 197:23,
199:16, 199:18,
199:19, 213:17
**affect**
9:5
**after**
26:16, 26:20,
31:6, 31:14,
64:20, 65:18,
65:19, 66:24,
67:4, 68:16,
113:8, 145:21,
156:14, 165:23,
188:18
**afternoon**
22:5, 67:18,
71:6, 194:24,
215:14
**afterwards**
5:5
**again**
6:15, 7:15,
11:23, 44:23,
49:24, 51:16,
61:3, 62:18,
65:7, 81:16,
97:7, 101:19,
111:3, 116:23,
134:2, 144:8,
147:14, 155:21,
155:24, 159:16,
166:8, 169:11,
170:12, 176:2,
176:4, 181:8,
197:10
**against**
162:11
**age**
5:9
**agency**
27:15, 36:22,

110:15
**agenda**
108:23, 125:14,
125:16, 135:17,
135:19, 138:9
**agendas**
135:22, 138:3
**ago**
12:5, 12:19,
14:14, 16:14,
17:6, 17:20,
19:6, 19:7,
36:1, 42:7,
57:5, 173:17,
203:6
**agony**
146:20
**agree**
116:21, 117:8,
119:12, 151:7,
153:1, 154:20,
154:21, 158:17,
167:12, 195:22
**agreed**
5:1, 160:4
**ahead**
21:13, 22:14,
28:15, 65:6,
92:2, 92:4,
92:7, 93:6,
93:12, 96:4,
111:9, 112:21,
117:1, 117:12,
120:23, 122:5,
122:24, 123:17,
136:15, 163:11,
165:11, 166:5,
167:2, 169:5,
175:8, 181:7,
186:15, 190:17,
194:21, 197:7,
198:22, 205:7,
207:19, 222:23,
231:13
**aid**
58:5
**al**
1:12, 3:12,

3:26, 91:18,
112:17
**alcohol**
25:9, 111:11
**alerted**
17:4, 44:20
**alerting**
44:9, 161:8
**all**
5:23, 6:10,
7:24, 8:17, 9:5,
11:4, 16:20,
16:24, 17:1,
17:10, 22:4,
23:4, 23:17,
26:15, 27:10,
29:19, 32:23,
34:10, 35:10,
37:21, 38:6,
41:1, 41:5,
41:23, 42:3,
43:21, 49:14,
50:2, 52:2,
52:24, 54:1,
54:11, 54:13,
55:23, 56:13,
70:15, 71:10,
72:9, 72:15,
72:16, 73:12,
74:16, 74:19,
82:4, 82:20,
83:23, 84:16,
84:18, 85:6,
85:7, 86:10,
88:24, 89:18,
90:7, 92:2,
94:5, 95:11,
98:9, 100:2,
105:11, 105:19,
109:21, 116:4,
125:18, 125:23,
128:3, 137:11,
137:18, 137:19,
141:21, 147:16,
151:13, 164:22,
165:12, 173:3,
173:10, 174:5,
175:2, 175:3,

188:4, 192:5,
193:18, 208:17,
208:19, 210:3,
211:8, 212:17,
214:12, 214:18,
218:9, 224:9,
224:13, 225:2,
227:4, 227:9,
235:19, 236:9,
237:7
**allegations**
15:14
**allow**
76:23, 115:10
**allowed**
10:17
**along**
31:17, 38:5,
205:15, 212:24
**already**
16:4, 30:16,
49:2, 55:16,
186:18, 188:13,
189:8, 190:14,
191:12, 196:14,
209:2, 235:17,
237:21
**also**
9:12, 9:16,
9:19, 13:5,
17:13, 21:2,
43:16, 52:6,
58:8, 63:13,
91:13, 95:20,
109:22, 126:13,
135:23, 138:3,
138:7, 138:15,
139:4, 139:14,
178:7, 183:24,
218:9
**although**
222:2
**always**
7:10, 40:21,
64:17, 67:20,
69:15, 80:8,
82:14
**ambulance**
120:4, 121:6

Transcript of Ron Vitale
Conducted on May 31, 2018

63

**ambulating**
178:21, 231:8,
231:10
**amongst**
109:11, 206:7
**amount**
45:7, 128:5,
191:7, 191:9
**analysts**
45:9
**ancillary**
40:23
**anita**
19:14, 19:17
**annual**
52:1, 52:5,
52:6, 52:9,
53:13, 53:20,
54:3, 75:18,
98:11, 126:24
**annually**
133:17
**another**
6:14, 16:11,
17:5, 21:15,
70:16, 107:15,
121:3, 121:4,
208:16, 216:18,
228:9
**answer**
6:18, 7:16,
8:3, 8:5, 8:10,
8:14, 22:15,
24:1, 27:9,
27:10, 54:15,
61:1, 61:8,
118:15, 118:16,
120:23, 124:3,
124:4, 148:22,
152:21, 154:4,
155:18, 157:7,
157:14, 158:8,
159:6, 161:24,
162:4, 167:13,
169:3, 169:12,
170:3, 180:4,
183:1, 183:7,
183:11, 183:14,

186:9, 187:18,
188:11, 188:16,
189:5
**answered**
97:11, 147:19,
147:21, 159:4,
164:7, 174:9,
177:20, 181:5,
183:18, 183:23,
188:12, 190:14,
191:12, 201:1
**answering**
6:22, 158:14,
184:1, 184:8,
184:16, 188:21,
190:18
**answers**
6:4, 6:20,
7:24, 8:20,
125:7, 162:1,
164:21, 186:21
**anticipate**
224:20
**anybody**
12:2, 13:22,
78:20, 86:9,
105:10, 202:15,
218:5, 218:6
**anyone**
12:16, 54:24,
55:8, 75:22,
164:24
**anyone's**
227:13
**anything**
9:5, 15:4,
15:24, 18:8,
21:20, 24:4,
29:20, 33:24,
34:9, 35:8,
42:14, 46:8,
48:24, 55:12,
55:20, 59:16,
74:19, 75:9,
78:20, 78:21,
78:22, 82:10,
100:11, 106:20,
107:2, 110:6,

110:10, 110:23,
117:24, 119:5,
119:6, 129:9,
144:6, 144:9,
144:15, 145:2,
146:21, 164:22,
164:24, 168:22,
176:24, 182:14,
196:12, 206:24,
221:15, 224:18,
230:11, 235:13
**anything's**
181:23
**anyway**
87:11
**anywhere**
69:5, 84:14,
107:24, 115:23,
169:18, 235:21
**apologize**
47:6, 165:8
**appearance**
60:10, 60:13
**appeared**
231:23
**appears**
239:5
**application**
34:15
**apply**
19:8, 34:18,
34:20, 119:24
**appointments**
114:13, 114:24,
234:21, 235:3
**appreciate**
10:14, 148:10,
158:17, 163:6,
163:16, 165:3
**approach**
175:1, 177:1,
177:14, 177:23,
194:10
**approached**
169:13, 169:19,
170:13, 171:7,
177:8, 177:14,
177:17, 177:22,

179:1, 209:16
**approaches**
176:6, 176:9
**approaching**
176:18
**appropriate**
162:4, 162:12,
163:8, 163:19,
164:3, 219:6,
222:20
**appropriateness**
132:18, 132:24,
142:14, 143:10
**approve**
172:17, 172:21
**approves**
98:11, 105:15
**approximated**
232:22
**approximately**
77:18, 169:18,
190:2, 214:5
**archived**
58:11
**area**
137:18, 180:12,
193:20, 214:7
**areas**
86:24, 87:8,
109:1, 111:16
**aren't**
7:8
**argumentative**
179:7, 180:2,
181:4, 191:12,
191:21
**arm**
124:9, 124:12
**armbruster**
1:5, 3:5, 3:25,
5:18, 14:2,
17:19, 57:22,
58:8, 58:15,
58:18, 59:12,
59:16, 60:7,
60:17, 60:21,
61:5, 61:18,
91:18, 112:16,

Transcript of Ron Vitale
Conducted on May 31, 2018

64

144:7, 144:10,
146:19, 147:8,
149:7, 149:24,
150:17, 152:12,
153:1, 153:22,
155:2, 155:7,
156:3, 161:19,
167:4, 167:20,
168:3, 169:6,
177:7, 177:13,
177:17, 178:20,
178:24, 179:13,
179:18, 181:2,
181:12, 182:7,
182:10, 182:15,
193:3, 194:15,
194:19, 195:6,
196:3, 196:24,
197:15, 198:1,
199:9, 200:2,
200:14, 201:8,
201:9, 202:1,
202:16, 224:4,
226:15, 230:2,
231:8, 231:14,
232:20
**armbruster's**
59:20, 59:23,
60:10, 60:13,
168:13, 168:20,
192:12, 192:19,
193:9, 195:11,
196:8, 197:5,
198:24, 223:21
**arms**
166:14
**around**
31:22, 32:22,
37:13, 59:4,
64:15, 65:2,
65:4, 68:7,
71:4, 72:23,
74:11, 77:3,
88:22, 114:23,
126:6, 180:13,
193:18, 201:16,
210:1, 214:6,
219:20, 221:10,

221:11, 226:16,
228:4, 229:19,
229:21
**arrange**
56:17, 79:8
**arrive**
64:7, 64:8
**aside**
36:4
**ask**
6:4, 6:17, 7:4,
7:14, 8:13,
8:14, 8:23,
11:19, 11:23,
12:10, 38:8,
46:18, 48:24,
50:13, 50:24,
51:16, 53:2,
55:23, 68:20,
98:23, 99:3,
99:4, 99:17,
99:19, 147:15,
147:22, 155:24,
161:14, 161:21,
161:23, 162:1,
163:8, 166:8,
167:24, 171:23,
172:2, 172:24,
174:14, 175:9,
182:10, 186:4,
191:1, 200:9,
209:8, 222:17,
228:5, 238:6
**asked**
7:6, 7:17,
11:24, 44:11,
48:15, 56:23,
135:16, 146:12,
159:4, 164:7,
173:1, 173:15,
174:9, 177:20,
179:12, 179:18,
181:5, 183:23,
186:3, 188:14,
188:24, 189:4,
189:12, 191:4,
194:16, 195:7,
199:10, 201:1,

203:5, 223:12,
224:14, 224:22,
225:5, 225:6,
228:17, 230:2
**asking**
11:20, 11:22,
54:14, 150:9,
157:10, 157:12,
160:8, 161:2,
162:6, 162:9,
162:15, 162:17,
170:12, 186:6,
188:11, 191:5,
191:8, 191:10,
192:20, 192:21,
222:17, 223:24,
224:1, 231:12,
231:13
**asks**
172:19
**aspect**
215:3
**aspects**
133:24, 134:5
**assault**
23:2, 24:14
**assert**
184:16
**assess**
132:18, 142:13,
143:10
**assessment**
139:3, 139:10
**assigned**
23:10, 23:16,
69:8, 90:3,
113:24, 114:5,
114:11, 115:3,
115:15, 115:20,
116:10, 210:17,
211:12, 213:2,
213:4, 213:7
**assigning**
23:20
**assignments**
98:7, 116:5
**assigns**
98:5, 114:22

**assist**
98:6, 213:11
**assistant**
13:9, 18:22,
18:23, 20:14,
20:22, 20:23,
22:6, 22:17,
24:24, 34:16,
34:19, 34:21,
35:4, 35:7,
35:11, 35:16,
35:19, 36:2,
36:10, 36:14,
39:21, 40:3,
41:20, 47:12,
47:13, 47:16,
47:23, 48:4,
54:23, 68:5,
83:5, 85:15,
85:21, 85:23,
88:6, 90:17,
90:20, 91:9,
91:20, 92:6,
92:13, 92:17,
94:20, 95:21,
96:22, 97:12,
97:15, 100:18,
101:1, 101:6,
101:10, 103:12,
104:4, 111:20,
112:3, 113:5,
116:11, 116:18,
116:21, 117:5,
117:8, 119:9,
119:12, 120:14,
123:23, 124:21,
144:3, 218:22,
230:9
**associated**
99:14
**assume**
7:16, 11:19,
96:5, 154:11,
156:18, 156:19,
162:15
**assumed**
18:6, 164:9
**assumes**
149:14, 155:16

Transcript of Ron Vitale
Conducted on May 31, 2018                                               65

**assuming**
14:18, 19:3,
26:1, 90:8,
95:22, 111:22
**assurance**
104:14, 104:16,
104:17, 104:20,
106:12, 112:8,
112:9, 113:10,
128:9, 128:16,
221:19
**assure**
133:3, 133:7,
133:11
**attempted**
224:8
**attempting**
165:18
**attempts**
129:17
**attend**
33:10, 33:22,
56:23, 84:11,
104:23, 105:1,
105:5, 126:19,
126:21, 126:23
**attended**
56:20, 57:13,
230:7
**attends**
126:10, 126:12,
126:13, 127:2,
127:5
**attention**
81:8, 152:8,
166:16, 210:5,
228:20
**attorney**
3:20, 4:14,
5:17, 7:21, 8:9,
10:17, 12:2,
12:15, 12:18,
13:8, 13:10,
13:13, 18:3,
58:20, 239:12
**attorneys**
8:4, 11:21,
13:3, 13:18

**audit**
64:24, 74:15,
83:22, 84:8,
106:16, 108:18,
109:4, 109:6,
109:18, 109:19
**auditing**
109:19
**audits**
74:14, 75:18,
109:13, 109:17
**august**
173:18
**authority**
116:19, 117:6,
119:10
**available**
22:1, 22:11,
139:24, 173:21,
210:19
**average**
78:9, 191:10,
218:21
**aware**
149:7, 149:19,
215:5, 215:10
**away**
35:2, 129:17
**awesome**
69:4

**B**

**ba**
30:8
**bachelor**
30:9
**bachelor's**
30:6
**back**
14:9, 18:5,
28:21, 32:12,
36:10, 45:14,
45:17, 46:20,
47:8, 47:9,
47:19, 58:11,
62:7, 64:5,
71:18, 73:13,
77:17, 78:7,

78:22, 79:2,
79:14, 79:15,
88:11, 88:12,
88:15, 90:8,
95:19, 99:5,
103:2, 106:8,
113:18, 124:6,
124:8, 136:14,
136:19, 147:14,
147:18, 157:13,
157:14, 157:15,
158:5, 165:6,
167:16, 193:17,
200:16, 220:20
**background**
223:13
**bad**
7:9, 18:5,
77:15
**bailey**
166:1, 166:4
**bailey's**
166:9
**bar**
79:20
**based**
58:4, 58:18,
112:1, 133:18,
162:15, 203:16,
204:10, 204:23,
205:8, 222:10
**basically**
7:24, 25:2,
27:20, 135:20,
179:12, 226:11
**basis**
22:20, 60:20,
61:11, 61:21,
62:2, 156:2,
158:17, 158:20,
159:13, 164:17,
174:21, 175:1,
187:24, 188:10,
188:24, 193:6,
193:12, 193:16,
193:22, 193:24,
194:17, 195:9,
196:5, 197:2,

198:4, 199:12,
200:4, 200:16,
200:22, 201:18,
202:3, 202:18,
236:20, 237:20
**bates**
126:1, 134:15
**bazile**
19:14
**bear**
22:2
**became**
20:1, 35:11,
35:19, 87:19
**because**
6:7, 16:10,
61:18, 68:14,
75:18, 78:3,
78:14, 78:21,
80:17, 83:20,
99:23, 102:21,
120:6, 120:7,
132:8, 160:13,
161:23, 165:9,
165:17, 169:11,
171:16, 172:16,
179:2, 179:15,
180:5, 183:13,
183:20, 185:19,
207:7, 217:21,
219:11, 231:9
**become**
19:3, 19:8,
34:18, 35:7,
36:13, 39:21,
47:12, 47:13
**becomes**
47:3, 161:15
**becoming**
35:4
**bed**
118:20, 118:21
**bed's**
210:19
**beds**
78:15, 107:4,
107:5, 108:1,
137:16

Transcript of Ron Vitale
Conducted on May 31, 2018                                           66

**been**
7:9, 14:1,
14:4, 17:20,
18:18, 18:23,
19:16, 24:23,
24:24, 25:2,
28:2, 28:7,
28:19, 29:6,
30:14, 34:13,
39:15, 40:21,
55:6, 58:18,
66:16, 66:17,
83:18, 86:6,
87:16, 88:2,
88:18, 88:21,
108:4, 110:17,
111:23, 115:19,
132:9, 132:13,
134:1, 134:7,
157:18, 159:4,
164:7, 169:12,
169:19, 171:7,
171:16, 171:17,
172:3, 173:10,
178:6, 187:7,
191:17, 205:6,
206:1, 206:5,
209:2, 215:22,
223:12
**before**
3:21, 5:19,
6:18, 6:21,
8:14, 14:9,
14:11, 18:11,
19:13, 35:4,
36:8, 37:15,
46:8, 99:12,
110:17, 151:18,
156:13, 165:13,
169:5, 201:2,
228:11
**began**
85:21
**begin**
37:8
**beginning**
138:12, 196:21
**behalf**
1:22, 3:26,

5:9, 195:8,
199:12
**behavior**
203:10, 203:14,
232:20
**behind**
73:15
**being**
17:4, 17:5,
17:8, 23:10,
27:17, 50:1,
50:2, 107:10,
117:18, 146:19,
163:6, 164:9,
170:13, 187:6,
205:5, 209:19,
219:2, 219:5,
224:20, 235:22
**believe**
14:8, 15:9,
17:2, 35:2,
35:8, 54:8,
60:20, 61:4,
61:21, 99:13,
129:12, 130:4,
132:15, 147:3,
150:6, 150:7,
150:24, 157:21,
167:3, 168:10,
199:19, 202:7
**benefit**
111:12
**best**
54:14, 54:17,
188:15, 239:7
**beth**
3:21, 4:31,
5:4, 239:3
**better**
44:24, 165:4,
222:12
**between**
3:18, 3:25,
5:1, 7:19,
50:20, 51:2,
51:7, 72:7,
72:19, 72:20,
72:21, 77:14,

124:21, 168:14,
168:21, 169:7,
169:18, 178:21,
231:3
**beyond**
165:16
**bids**
43:4
**big**
8:5, 36:3,
37:12, 72:2,
86:3, 114:15,
213:21, 213:24,
228:6, 234:2
**bigger**
24:11, 219:20
**biggest**
7:19, 36:5
**biology**
30:10
**bit**
24:13, 36:7,
44:24, 48:10,
71:13, 73:20,
81:8, 86:17,
95:1, 121:19,
144:13, 148:8,
180:10, 194:5,
210:2, 231:19
**black**
58:22
**blacktop**
81:20, 81:21,
202:9
**blah**
75:6
**bleeding**
145:1
**board**
46:6, 111:11,
223:16
**book**
62:22, 62:23,
63:3, 70:14,
74:13, 75:13,
75:16, 114:15,
115:17, 191:3
**books**
62:20, 62:24,

63:3, 70:12,
74:15, 74:16,
74:20, 115:9,
115:10
**boos**
13:3, 13:19
**both**
38:24, 80:9,
120:12, 120:20,
164:15, 166:14,
220:13
**bothered**
163:7
**bottom**
126:1, 134:16,
134:18
**bound**
212:20
**box**
123:15
**boxes**
124:5
**boy**
49:20
**break**
8:12, 8:15,
66:24, 123:3,
141:2, 189:23,
192:1, 192:2,
192:3, 192:9
**breaking**
67:11
**breaks**
118:21
**breath**
7:3, 7:15
**brief**
141:5, 164:4,
165:5, 224:18,
224:20
**bring**
83:19, 86:4,
129:24, 198:9,
199:1, 230:13,
232:12
**bringing**
59:20, 60:2,
60:3, 162:11

Transcript of Ron Vitale
Conducted on May 31, 2018                                      67

**brings**
52:6, 124:6
**broaden**
174:1
**broadway**
4:22
**broke**
118:8, 215:22
**broken**
124:9, 124:12
**brought**
38:8, 55:24,
128:5, 129:20,
198:2, 228:20
**bs**
30:13, 30:14
**bucks**
207:8, 226:8
**budget**
43:2, 45:9
**budgets**
45:9, 48:17
**buff**
215:12, 215:17,
215:22, 215:23
**buffing**
229:11
**building**
27:16, 71:14,
71:18, 71:21,
71:22, 72:8,
72:12, 72:14,
72:21, 81:11,
193:6
**buildings**
72:15
**bulletins**
116:5
**bunch**
65:1, 70:9,
104:12, 114:24,
125:20
**bunk**
172:14, 172:17,
172:19, 173:5,
174:22, 210:21,
210:24, 211:2,
211:10, 211:13,

213:14
**bunks**
210:14, 210:16
**bus**
211:12, 217:11
**business**
94:13

**C**

**c5**
166:22
**cake**
59:20, 60:2,
60:3, 198:2,
198:15, 198:16,
199:1
**calendar**
69:17
**call**
20:21, 56:16,
74:23, 74:24,
75:1, 77:8,
79:6, 79:8,
79:14, 82:2,
82:5, 82:6,
86:6, 102:18,
105:16, 120:4,
121:5, 121:7,
123:16, 123:17,
124:5, 146:19,
148:4, 160:10,
160:20, 175:14,
176:8, 178:9,
186:3, 186:4,
195:17, 196:17,
199:22, 202:9,
202:13, 202:15,
206:21, 211:15,
223:1, 226:7,
226:12
**called**
16:19, 25:6,
69:3, 70:11,
79:9, 83:14,
103:4, 104:8,
110:15, 112:5,
115:11, 135:17,
223:10, 223:11,

229:13
**calling**
76:16, 161:7
**calls**
24:17, 102:3,
102:20, 123:7,
123:8
**came**
12:6, 37:3,
46:6, 50:4,
50:5, 50:8,
58:11, 59:20,
83:19, 86:1,
198:3, 209:24
**camp**
63:16, 71:19,
73:9, 73:10,
192:15, 192:24,
193:2, 193:5,
202:17, 228:15
**campus**
213:21, 214:6
**can't**
13:16, 17:2,
73:5, 73:6,
83:20, 85:13,
86:9, 144:11,
144:21, 157:4,
171:15, 173:19,
179:14, 183:10,
183:14, 216:12,
233:12, 233:13
**cancer**
106:8, 106:18,
108:3, 130:21,
234:2
**cannot**
155:2, 160:7,
169:3, 169:11,
181:1, 184:7,
185:7, 185:18,
233:24
**capable**
122:3
**capacity**
59:2, 59:4,
213:22
**card**
110:19

**cards**
110:17
**care**
15:5, 15:9,
18:6, 43:1,
49:1, 51:9,
92:15, 101:8,
103:5, 116:21,
117:8, 117:17,
118:6, 119:11,
120:16, 121:9,
121:13, 121:14,
121:21, 122:2,
122:4, 122:18,
123:22, 124:15,
130:8, 130:12,
132:19, 132:24,
133:4, 133:8,
133:12, 133:13,
142:14, 142:22,
143:11, 144:4,
144:7, 144:10,
144:16, 144:21,
145:3, 150:7,
150:9, 150:15,
165:20, 169:20,
170:14, 170:18,
171:8, 172:11,
177:2, 179:14,
197:2, 206:15,
219:3, 222:20,
224:4, 224:9,
227:19, 230:20
**career**
18:18
**careful**
207:7
**carry**
92:10, 101:2,
229:21
**carrying**
215:6
**case**
5:18, 14:2,
14:5, 14:6,
14:7, 14:12,
15:2, 15:17,
16:21, 18:4,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                      68

115:8, 117:19,
141:10, 149:15,
151:1, 151:20,
160:10, 160:16,
160:17, 160:19,
162:8, 162:15,
162:18, 163:3,
183:17, 203:7,
213:2, 213:4
**cassiday**
4:21
**cast**
119:1
**catch**
7:11, 7:14,
77:15, 210:5
**category**
42:15
**catholic**
71:15
**causality**
160:9
**causation**
162:18
**cause**
3:22
**caused**
159:24
**caveat**
8:8, 90:23
**ccr**
4:31, 5:4
**celebration**
198:2
**cells**
63:14, 71:24,
78:20, 211:19
**center**
234:1
**centrally**
160:18
**certain**
3:22, 27:22,
45:7, 54:9,
54:10, 56:23,
76:13, 86:1,
90:24, 106:6,
106:15, 107:13,

107:14, 107:15,
109:20, 119:23,
121:15, 122:4,
204:1, 209:24,
210:1, 233:13
**certificate**
239:1
**certification**
31:4, 31:6,
34:2, 57:4,
57:9, 204:10
**certified**
3:22, 5:4,
30:24, 31:1,
33:15, 33:20,
39:5, 57:7,
57:12, 203:8,
223:16, 239:3,
239:18
**certify**
239:4
**ch**
239:6
**chair**
104:5, 111:20,
112:4, 112:6,
112:10
**chairperson**
116:9
**chairs**
111:10, 112:14,
126:8
**chance**
22:23, 165:23
**change**
86:15, 86:19,
87:18, 87:21
**changed**
36:7, 66:19,
85:20, 221:16
**changes**
86:21, 166:23
**changing**
60:13
**channels**
133:19
**chapel**
198:10

**chaplaincy**
94:10
**chaplains**
96:7
**charts**
136:14, 136:20,
137:17, 221:2
**check**
39:24, 64:12,
69:18, 106:13,
191:3
**checking**
75:9
**chemistry**
30:10
**chemo**
233:2, 233:16,
234:6, 234:21,
235:2
**chicago**
4:9, 25:7,
32:1, 110:20,
130:18
**chief**
19:17, 19:23
**child**
102:4
**children**
70:13
**chitchat**
63:22
**choice**
77:13
**choices**
226:5
**choose**
120:6
**chow**
71:22
**chronic**
125:18
**circumstance**
102:10, 209:5,
226:23
**circumstances**
106:5, 152:14,
152:23, 153:3
**city**
43:11, 214:3

**civil**
160:17
**claim**
123:13, 176:14,
206:20, 206:23,
207:21, 212:6
**claims**
160:19, 162:10
**clarification**
192:22
**class**
33:22
**classes**
31:17, 32:7,
32:16
**clause**
97:22
**clean**
215:11, 217:10
**clear**
12:22, 33:14,
35:17, 54:13,
90:18, 97:12,
100:4, 128:7,
141:17, 145:12,
164:12, 192:21,
196:20, 200:11,
223:20
**clearly**
6:17
**clears**
67:1
**client**
162:10, 162:11
**clients**
86:17, 86:23,
87:6
**climb**
210:20
**clinical**
79:7, 79:9,
79:12, 79:14,
94:9, 96:6,
101:24, 102:4,
103:3, 130:15,
130:16, 133:13,
148:3, 148:6,
213:5, 213:10

Transcript of Ron Vitale
Conducted on May 31, 2018
69

clinics
105:16
close
214:12
closed
86:10
closer
172:3
closes
16:8
clue
172:9
cms
9:16, 11:5,
91:19
co-pay
207:6
cocaine
204:14, 204:19,
205:2, 205:23,
206:3
coffee
64:11, 68:8
cognitive
86:17, 107:21
collection
125:18
collects
124:6
college
25:16, 25:17,
29:11, 29:13,
30:1, 30:3,
31:6, 31:15,
31:23, 32:2,
32:8, 32:21,
33:8
color
201:10
come
17:11, 23:4,
24:17, 41:8,
45:8, 45:9,
47:24, 52:3,
52:4, 55:5,
63:1, 67:18,
67:19, 70:12,
71:16, 71:20,

71:21, 72:11,
74:23, 78:6,
78:16, 79:14,
82:6, 83:19,
85:7, 86:14,
88:2, 90:24,
91:2, 91:3,
91:5, 91:9,
106:16, 107:2,
107:17, 108:18,
108:23, 115:9,
142:21, 170:20,
171:1, 172:15,
173:6, 189:21,
211:9, 211:11,
221:8, 227:9
comes
22:19, 79:15,
95:12, 95:13,
109:3, 124:11,
127:1, 211:14
comfortable
46:14, 198:14
coming
9:20, 85:3,
91:7, 107:9,
147:18, 174:5,
198:14, 205:12,
227:13
commenting
157:9
committee
83:10, 83:13,
83:20, 104:6,
104:9, 104:11,
104:14, 104:16,
104:20, 111:10,
111:12, 111:13,
111:21, 111:23,
112:4, 112:5,
112:11, 113:6,
113:15, 115:12,
115:19, 116:10,
125:10, 125:13,
125:24, 126:20,
128:9, 128:24,
129:2, 129:4,
129:7, 129:22,

130:3, 131:10,
133:17, 133:23,
134:5, 134:10,
134:23, 136:4,
136:7, 137:1,
138:21, 139:1,
139:17, 139:23,
142:12, 143:3,
143:8, 143:14,
236:3
committees
104:12, 104:17,
114:14, 115:19
communicating
140:4, 140:20
communication
13:12, 133:19
communications
133:19
community
31:15, 32:2,
32:8, 33:8,
78:16, 86:10
company
25:6, 27:19,
66:9
compared
63:11
complain
173:6, 179:13,
189:22, 203:17,
225:21
complained
179:22, 183:20,
226:21
complaining
149:9, 158:5,
178:3
complaint
12:3, 12:7,
12:8, 12:10,
15:2, 58:19,
148:19, 174:6,
175:4, 185:19
complaints
59:12, 60:22,
61:5, 61:22,
172:10, 173:10,

175:13, 177:2,
225:22
completely
162:11
compliance
86:5, 133:7
comply
86:4
compound
124:1
compression
149:11, 150:1,
150:18, 152:13,
153:23, 154:7,
155:3, 155:4,
157:19, 160:1,
167:5, 167:21,
168:3
compressions
166:23
concern
134:1, 134:6,
203:20, 204:13
concerns
230:20
concluded
238:17
condition
151:7, 151:9,
152:5, 152:15,
153:4, 153:13,
153:19, 153:20,
153:24, 154:7,
220:7, 223:21,
228:19
conditions
9:1
conduct
101:17, 221:17
conducting
101:11
confer
101:17, 102:24
conferred
102:6, 102:11
conferring
101:12, 103:8
confirm
141:9, 151:18,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                70

225:5
**conform**
157:23
**confused**
92:3, 120:24,
128:15
**confusing**
7:7
**congratulations**
19:3
**connection**
14:15
**connotation**
142:18
**consider**
215:16
**considered**
152:4, 215:15
**constitute**
152:15
**constituted**
153:3
**contact**
21:18, 129:17,
162:20
**contacted**
102:9
**contacting**
163:17
**contend**
145:5, 146:2
**continue**
160:23, 161:9,
161:18, 161:20,
190:13, 216:2
**continued**
51:12, 51:17
**continuing**
31:11, 33:12,
161:11, 164:16,
166:9, 167:10,
167:23, 200:3
**contract**
94:11
**contracts**
80:21, 80:22
**contribute**
222:3

**conversation**
11:20, 110:24,
174:16, 175:3,
175:10
**conversations**
18:3, 90:7,
226:18
**cook**
217:10
**cookies**
199:7
**cool**
69:5
**coordinate**
122:10, 122:11
**coordinated**
55:6, 82:4
**coordinates**
56:13
**coordinator**
38:3, 38:16,
39:6, 111:14,
115:7, 115:8,
115:16, 115:17,
212:16, 212:18
**copies**
44:2, 165:9
**copy**
135:8, 139:16,
208:13
**cord**
149:11, 149:24,
150:17, 152:3,
152:7, 152:13,
153:2, 153:23,
154:7, 154:10,
155:3, 155:4,
157:19, 160:1,
166:23, 167:5,
167:20, 168:3
**core**
72:9, 81:22,
81:23, 214:7,
215:1
**corporate**
111:16
**correct**
18:11, 18:12,

21:5, 23:12,
23:14, 30:2,
34:4, 34:14,
39:18, 41:22,
53:5, 56:10,
60:22, 61:6,
62:5, 62:6,
68:15, 72:17,
75:10, 82:7,
89:21, 90:5,
95:11, 100:8,
100:13, 100:14,
100:16, 100:17,
106:3, 109:15,
109:17, 116:13,
122:11, 122:13,
124:24, 128:20,
128:22, 135:17,
136:2, 138:14,
143:11, 143:24,
144:4, 147:6,
148:21, 148:23,
152:8, 152:16,
153:4, 155:11,
156:9, 156:23,
159:14, 169:15,
178:21, 180:18,
182:2, 189:15,
192:15, 195:3,
196:22, 197:20,
197:21, 199:23,
200:1, 208:6,
222:3, 222:5,
225:19, 226:17,
228:2, 230:1,
232:13, 232:24,
233:11, 236:18,
237:23
**correctional**
26:24
**corrections**
17:10, 36:15,
86:8, 88:3,
92:10, 127:2,
127:5, 158:1,
203:21
**corrective**
139:4, 139:12

**correctly**
27:20, 44:16,
114:2, 114:9,
142:9, 155:5,
168:15, 178:10
**corrects**
42:17
**correspondence**
178:9, 178:12
**costs**
160:8, 226:8
**could**
7:7, 21:20,
22:3, 22:9,
22:10, 23:4,
42:14, 56:1,
65:14, 78:1,
80:23, 92:3,
93:9, 93:12,
97:21, 102:15,
104:12, 106:19,
111:3, 111:9,
112:21, 113:18,
127:15, 134:14,
134:20, 139:7,
140:2, 140:16,
142:6, 147:19,
147:21, 148:22,
161:24, 162:7,
165:11, 165:22,
166:5, 169:1,
169:17, 170:19,
171:10, 176:13,
176:17, 177:5,
178:5, 178:14,
178:24, 180:7,
182:7, 198:16,
202:22, 204:17,
209:10, 211:7,
211:11, 211:15,
220:14, 221:15,
224:16, 227:16,
228:7, 228:22,
229:24, 232:2,
233:1, 233:3,
235:12
**could've**
38:8

Transcript of Ron Vitale
Conducted on May 31, 2018

71

| | | | |
|---|---|---|---|
| **couldn't** 108:11, 179:20, 180:16, 181:11, 183:19, 186:9, 186:20, 187:18, 211:2, 235:5, 235:6 **counsel** 5:2, 101:17, 158:10, 164:15, 239:9, 239:12 **counseling** 101:11, 102:3 **counselor** 26:6, 26:7, 26:17, 31:1, 33:16, 197:23, 203:8, 204:11, 204:23, 213:6, 213:8, 213:16, 214:23 **counsels** 98:6 **count** 59:3, 67:1, 78:3, 78:4, 194:9, 194:11 **counting** 75:19 **couple** 9:11, 12:4, 12:5, 13:4, 31:16, 45:21, 45:22, 46:5, 46:7, 63:19, 69:13, 79:17, 102:7, 102:8, 104:17, 128:16, 210:7, 211:8, 214:9, 228:24, 233:7 **course** 32:11, 39:14, 53:12, 74:10, 141:22, 169:13, 169:23, 173:20, 187:6, 191:5, 199:9, 210:6 | **courses** 33:21 **court** 1:1, 3:1, 3:23, 4:30, 6:8, 6:16, 83:1, 139:15, 160:11, 160:20, 161:7, 161:15, 162:20, 163:6, 163:16, 164:2, 164:5, 164:6, 238:12 **court's** 162:23, 164:11 **courtesy** 185:6, 185:8 **courtroom** 6:2 **courtyard** 72:1, 72:2, 81:14, 81:15, 81:19, 202:10 **cover** 109:1 **covered** 40:17, 49:14, 55:15, 119:14, 119:16, 129:10 **covers** 40:14 **cpr** 52:2, 53:19 **credence** 227:11 **credibility** 151:2, 162:16 **credible** 160:5 **credit** 81:4 **credits** 81:3 **crew** 217:8 **criteria** 107:9 **cross** 203:2, 225:3 | **crosstalk** 139:15 **csr** 4:31, 4:32, 5:4 **cup** 64:11 **current** 20:5, 20:6 **currently** 18:13 **cuss** 127:15 **cut** 108:10, 110:14, 224:21 **cuts** 80:23, 80:24, 81:2 **cutting** 11:17 --- **D** --- **dad** 71:2, 71:5 **dads** 70:16 **daily** 98:9, 103:13, 103:22, 237:19 **dame** 210:8 **daniel** 51:23, 56:8 **dashner** 51:21, 56:8 **data** 125:18 **date** 91:21, 91:23, 167:16 **dates** 56:21 **daughter** 59:20, 59:23, 198:2, 198:24 **davis** 108:2, 110:12, 129:16, 130:14, | **130:20** **day** 3:19, 22:18, 22:24, 39:10, 53:15, 54:11, 62:13, 62:16, 63:3, 63:4, 63:6, 63:12, 64:2, 65:11, 65:14, 65:23, 66:3, 68:21, 69:23, 69:24, 70:2, 74:1, 74:2, 74:3, 76:24, 78:2, 79:15, 82:22, 96:13, 98:10, 103:17, 108:10, 123:10, 193:21, 208:17, 208:24, 209:17, 214:5, 217:21, 232:8, 233:3, 236:24, 237:1, 237:6, 237:9, 237:12, 237:15, 237:20 **day-for-day** 218:16, 218:17 **day-to-day** 62:12, 69:23, 70:1, 82:11, 83:6, 85:14, 175:1, 220:23 **days** 53:17, 68:8, 68:11, 68:13, 106:14, 119:19, 123:10 **dcfs** 198:8 **deal** 22:11, 44:21, 70:10, 86:3, 206:13, 233:6 **dealing** 43:17, 100:5 **deals** 101:24, 110:16 |

Transcript of Ron Vitale
Conducted on May 31, 2018                                                72

dealt
87:24
death
23:3, 24:22,
49:10, 102:1,
102:11
deaths
43:18, 44:15,
102:8
debilitating
154:12
decide
69:19, 207:17,
238:7
decided
68:17
decision
207:24
decisions
27:22, 27:24
declare
196:19, 206:16,
208:10, 211:15,
226:4, 226:5
declaring
207:14
dedicated
36:19
defendant
4:12, 4:19,
14:2, 14:5,
14:10, 14:11,
15:17, 15:18,
17:21, 141:20,
142:3, 142:6,
147:4, 203:7
defendants
1:14, 3:14,
3:26, 5:2,
145:5, 146:2,
164:16
deficiencies
143:15
deficiency
134:1, 134:6
defined
133:23, 134:5
delegate
96:17

delegated
96:18
deliberate
160:16
delivery
132:17, 142:13,
143:9
demoted
28:19
denied
179:19, 231:7
dense
41:17
dental
176:17, 176:20,
178:17, 214:24,
219:23, 233:10,
234:21, 234:24,
235:3
dentist
105:21, 109:22,
126:13, 127:15,
137:15, 233:12,
233:24, 234:23,
235:1, 235:4
deny
155:2, 169:4,
169:11, 178:19,
178:24, 179:3,
179:14, 180:16,
180:19, 181:1,
181:11, 183:4,
183:10, 183:12,
183:15, 183:17,
183:19, 184:18,
184:21, 185:18,
185:20
department
17:10, 17:13,
17:16, 42:17,
50:6, 64:24,
79:3, 89:11,
92:10, 99:14,
101:24, 127:4,
132:2, 137:7,
137:8, 137:21,
147:19, 147:21,
147:23, 148:13,

148:20, 149:1,
172:17, 172:20,
173:8, 174:18,
203:20, 211:3,
212:12
departments
42:16, 42:18,
42:19, 93:3,
140:6, 140:22
depend
68:23
depending
62:16, 65:14,
176:16, 214:13
depends
21:5, 21:11,
24:15, 24:21,
62:19, 63:21,
63:23, 77:1,
78:2, 88:13,
233:2
deposed
116:17
deposes
5:10
deposition
1:20, 2:12,
3:17, 5:3, 5:11,
5:19, 7:24,
9:10, 11:10,
12:14, 13:23,
16:18, 18:11,
163:2, 238:8,
238:17, 239:5,
239:11
depositions
7:20, 17:1,
70:19, 161:13,
161:22, 162:2,
163:20
describe
81:14, 126:15
described
128:18
describing
81:10
description
9:16, 11:5,

91:20, 96:15,
100:4, 112:2
designed
136:2
designee
116:17, 117:5,
118:11
detail
173:21
determination
212:14
determine
8:2, 69:18,
69:19, 152:7,
170:23, 208:3,
208:4
determined
46:13
determines
152:3
devastating
206:2
develop
37:9, 133:17
developed
37:15, 111:15
diagnose
155:4
diagnosed
105:19, 149:11,
149:24, 150:17,
152:2, 152:13,
153:1, 156:22,
157:19, 158:6,
209:3, 209:19
diagnosis
152:7
dictator
165:12, 165:24
didn't
10:18, 27:11,
27:12, 27:14,
27:21, 37:21,
87:13, 87:21,
94:17, 108:8,
110:14, 150:8,
150:10, 153:9,
158:15, 168:22,

177:14, 180:15,
182:15, 186:2,
186:4, 189:14,
196:11, 197:16,
200:9, 219:17,
220:23, 221:24,
222:2, 222:3,
230:17, 231:9
**die**
106:19
**died**
102:8, 108:4
**dies**
102:2, 102:3,
102:4
**diet**
147:24
**dietary**
93:4, 94:15,
147:22, 199:7,
214:9, 232:7
**diets**
140:15
**difference**
8:6, 162:14
**differences**
7:19
**different**
23:3, 24:13,
41:7, 41:24,
42:16, 42:18,
42:20, 43:4,
43:13, 45:8,
52:22, 63:2,
64:22, 64:24,
65:1, 67:21,
75:11, 78:7,
78:8, 78:14,
86:14, 86:18,
86:19, 86:20,
93:3, 103:7,
107:1, 108:24,
109:17, 109:21,
110:5, 110:21,
113:10, 114:13,
114:14, 114:23,
114:24, 121:19,
123:19, 128:11,

128:16, 130:15,
144:13, 148:8,
153:18, 176:18,
177:16, 180:10,
191:1, 196:16,
203:4, 209:14,
211:8, 211:19,
228:24, 229:24,
230:3, 230:6,
233:5
**differently**
190:1, 197:12
**differs**
24:9
**difficulties**
212:1, 212:2,
228:3, 237:13
**difficulty**
60:17, 178:20,
179:4, 179:19,
179:23, 181:3,
181:12, 181:24,
182:11, 183:18,
185:21, 186:7,
186:12, 187:9,
188:1, 190:3,
191:18, 191:19,
196:5, 200:15,
228:18, 229:2,
231:8, 236:17,
237:3, 237:23
**digging**
29:23
**dinner**
67:4
**direct**
5:12, 79:2,
79:4, 90:21,
91:11, 95:23,
96:2, 96:5,
96:16, 97:1,
101:14, 142:7,
147:18, 147:20,
148:5, 148:20,
148:24, 178:9,
178:12, 228:23,
232:5
**direction**
27:11, 27:14,

86:15, 105:23,
239:9
**directive**
43:24, 44:1,
125:4
**directives**
90:24, 91:9,
143:22
**directly**
94:17, 160:18,
162:10
**director**
25:11, 26:2,
26:21, 35:1,
95:18, 126:12,
127:1, 127:4,
127:7
**disabilities**
69:8, 69:13,
107:14, 208:21,
212:23, 218:1,
218:4
**disability**
227:22
**disagree**
155:7, 158:21,
162:13
**disbelieve**
150:3, 150:10,
150:20, 158:18
**disc**
166:22
**discharge**
59:7, 98:13
**discharged**
166:20
**discipline**
98:13
**disciplined**
28:7, 28:17,
29:6
**disciplines**
28:16
**disclosed**
205:6
**discovery**
10:1, 10:2,
11:6, 16:8,

16:10
**discuss**
84:23, 85:1,
105:7, 108:14,
108:18, 110:6
**discussed**
55:16, 57:14,
82:12, 82:20,
106:20, 108:13,
129:1, 138:3
**discussing**
17:19, 106:2,
109:11, 128:24,
165:17
**discussion**
164:6
**disease**
153:8, 205:16
**dismissed**
16:22, 16:24
**disperse**
17:11
**dispute**
118:10, 120:13,
154:6, 154:15,
156:2, 159:13,
167:19, 168:2,
193:7, 193:12,
193:14, 193:16,
194:17, 195:2,
195:9, 196:5,
197:3, 198:4,
199:12, 200:4,
200:17, 200:22,
201:18, 202:3,
202:18
**disregarding**
91:8
**distribute**
126:6
**district**
1:1, 1:2, 3:1,
3:2, 3:23, 3:24
**division**
1:3, 3:3, 3:24
**doc**
213:6, 213:16
**doctor**
119:7, 172:20,

Transcript of Ron Vitale
Conducted on May 31, 2018

74

178:10, 178:13,
211:5, 233:3,
233:16, 234:21,
235:2
**doctors**
230:17
**document**
9:22, 38:9,
91:18, 91:19,
91:22, 112:16,
112:17, 112:22,
113:8, 113:22,
151:23
**documentation**
84:13, 89:2,
115:23, 116:3,
136:20, 138:18,
210:21, 211:5,
236:1
**documented**
136:7, 138:7,
138:21, 138:24,
139:4, 139:14,
235:20
**documents**
9:9, 9:20,
10:9, 11:6,
11:9, 11:13,
12:1, 13:9,
58:5, 58:19,
89:7, 137:11,
137:20
**does**
8:17, 21:21,
27:8, 36:23,
37:11, 40:16,
50:6, 51:24,
53:12, 53:20,
66:9, 93:15,
93:22, 94:18,
95:8, 95:20,
97:19, 100:22,
101:15, 102:4,
109:4, 113:14,
117:17, 121:2,
124:7, 124:8,
124:10, 125:10,
130:2, 132:21,

133:16, 142:21,
147:4, 157:22,
170:2, 184:23,
185:11, 187:17,
187:19, 201:24,
206:18, 207:13,
208:13, 217:18,
217:19, 218:14,
220:24, 221:4,
221:6, 221:7,
232:12, 233:2
**doesn't**
16:4, 49:5,
53:4, 53:24,
83:1, 145:24,
146:11, 161:24,
170:20, 186:19,
188:17, 188:18,
188:22, 189:8,
189:10, 190:15,
191:13, 195:22,
228:9, 235:17
**dog**
69:1, 69:11,
70:6, 194:4,
218:3
**dogs**
69:3, 69:6,
69:7, 69:12,
69:14
**doing**
54:2, 68:16,
68:18, 74:15,
75:13, 75:24,
76:1, 78:3,
85:4, 85:9,
107:19, 110:1,
181:19, 218:19,
228:19, 229:1,
229:8
**done**
6:22, 7:1,
37:1, 37:11,
39:23, 41:16,
43:2, 52:2,
70:5, 70:18,
73:21, 86:7,
86:13, 93:20,

108:11, 112:23,
113:4, 113:21,
114:14, 117:24,
119:19, 123:1,
153:17, 156:18,
157:1, 157:2,
157:20, 157:21,
163:23, 184:8,
185:10, 196:1,
232:4, 234:12
**door**
27:16, 78:7,
178:1, 182:7
**dorm**
63:14, 63:15,
78:5, 78:6,
210:19, 228:5,
228:8
**dorms**
78:4
**down**
6:10, 6:16,
53:10, 88:2,
90:24, 91:7,
148:4, 180:9,
182:11, 186:7,
190:1, 221:15,
221:18, 228:7,
231:2, 231:16,
231:22
**dozen**
49:23, 116:7
**dr**
120:20, 166:9,
224:3
**drag**
200:15
**drags**
201:23
**drew**
112:24
**drink**
68:7
**drive**
3:20
**driven**
28:1
**drop**
123:15, 174:17,

175:13, 176:8,
195:17, 196:17,
226:4
**dropped**
221:17
**drug**
25:9, 36:19,
36:21, 66:21,
67:1, 73:12,
73:16, 82:3,
102:21, 111:11,
203:8, 204:11,
204:12, 205:18,
206:10, 214:18,
214:20
**drug-seeking**
203:10, 204:2,
232:20
**drugs**
203:24, 204:3
**due**
228:18
**duly**
239:5
**dumping**
86:9
**during**
32:18, 53:13,
54:22, 64:2,
77:8, 89:21,
125:18, 130:5,
141:22, 148:16,
163:2, 166:15,
170:22
**duties**
23:15, 23:18,
83:7, 85:14,
85:20, 87:1,
87:17, 93:16,
93:23, 113:23,
114:1, 114:5,
114:6, 114:11,
115:5, 145:6,
215:10
**duty**
20:12, 20:17,
21:6, 21:16,
21:17, 21:21,

Transcript of Ron Vitale
Conducted on May 31, 2018

75

22:9, 22:16,
22:18, 22:19,
22:23, 23:5,
23:11, 23:16,
23:20, 24:3,
24:20, 35:13,
36:3, 36:5,
36:7, 36:9,
40:10, 40:15,
41:21, 42:5,
46:8, 46:10,
46:11, 46:15,
47:16, 48:8,
49:19, 68:3,
88:7, 88:9,
88:16, 89:16,
89:20, 89:21,
89:22, 90:3,
90:10, 90:13,
102:9, 216:8,
216:15, 229:3

**E**

**e-mail**
58:8, 64:11,
64:13, 68:7,
70:4
**e-tran**
238:14
**each**
6:15, 46:24,
72:16, 77:21,
78:10, 78:11,
213:7, 217:5,
225:19
**earlier**
10:18, 40:14,
43:16, 84:6,
97:11, 109:12,
128:8, 169:17,
206:4, 214:18,
233:10
**early**
29:15, 32:24,
84:6, 106:11,
108:16
**earned**
80:21, 221:17

**easier**
75:3
**east**
1:3, 3:3, 3:24,
110:20, 214:4
**easy**
148:1, 228:15
**educated**
54:7
**education**
30:1, 31:11,
33:12, 34:9,
34:12, 35:6,
40:22, 94:10,
96:7
**effect**
206:3
**effective**
91:21, 91:23
**effects**
204:18, 204:24,
205:22
**efficiently**
98:12
**effort**
124:7, 124:15,
124:21
**eight**
14:14, 16:13,
17:5, 17:20,
71:24, 77:4,
78:15, 80:23,
108:24, 217:22
**either**
17:2, 62:2,
65:19, 66:22,
88:21, 100:15,
154:13, 164:8,
168:5, 169:4,
169:11, 176:20,
178:8, 179:3,
179:20, 179:21,
181:9, 183:19,
196:21, 197:18,
213:12, 220:14,
228:21, 232:19
**elaborate**
95:1, 157:10,

157:12
**elicited**
205:6
**else**
7:2, 12:16,
13:22, 15:16,
15:19, 15:24,
18:8, 37:8,
54:24, 55:9,
55:20, 82:10,
104:8, 106:20,
106:24, 108:19,
109:24, 110:6,
110:23, 129:9,
164:22, 164:24,
172:22, 176:8,
176:24, 211:10,
233:16, 235:14
**emergency**
119:2, 120:3,
120:5, 123:8,
123:13, 123:14,
149:8, 149:12,
150:2, 150:19,
151:8, 152:14,
153:2, 153:20,
153:22, 155:9,
156:6, 156:13,
156:14, 156:17,
156:21, 157:20,
158:22, 159:21,
166:21, 167:1,
176:14, 176:22,
178:15, 196:18,
196:19, 206:16,
206:21, 206:23,
207:1, 207:15,
207:18, 208:1,
208:10, 211:16,
226:6, 226:7,
226:12, 236:15
**employed**
18:13, 239:10,
239:13
**employee**
24:15, 83:13,
84:7, 95:4,
95:19, 111:13,

208:11, 239:12
**employees**
52:4
**employer**
111:11
**employment**
141:23, 169:14
**enable**
184:20
**encounter**
190:2, 194:9
**encountered**
186:11, 202:2,
202:17
**encourage**
227:2
**end**
26:3, 72:18,
128:2, 128:3,
135:12, 138:16,
141:12, 151:22
**end-of-year**
127:7
**enough**
67:10
**ensure**
92:14, 101:4,
101:7, 146:4,
222:20
**ensures**
111:15
**ensuring**
103:6, 116:19,
117:6, 119:11,
120:15, 123:21,
145:7
**entire**
18:24, 90:22,
91:11
**entirety**
141:18, 192:14
**entitled**
162:6, 167:11
**enumerated**
114:1, 114:6
**escape**
23:2
**especially**
198:12

Transcript of Ron Vitale
Conducted on May 31, 2018                                                76

establish
98:10
estimate
14:4, 26:9,
186:17, 186:23,
187:7, 190:19,
191:10
et
1:12, 3:12,
3:26, 91:18,
112:17
evaluate
142:8, 144:3
evaluated
132:18
evaluates
142:12, 143:3,
143:9
evaluation
124:9, 132:23,
133:12
evaluations
98:14, 100:20,
100:23
even
7:9, 31:22,
37:3, 37:15,
66:6, 99:18,
107:10, 115:12,
145:12, 154:10,
161:23, 169:21,
172:18, 173:7,
174:1, 174:2,
174:3, 177:23,
180:11, 181:18,
181:21, 185:21,
186:8, 186:9,
191:10, 192:10,
193:18, 197:11,
197:16, 201:9,
208:15, 219:1,
231:14
evening
67:19, 67:20,
71:6, 194:24
event
164:14
eventually
32:11, 32:17

ever
5:18, 13:2,
14:4, 14:8,
15:2, 17:20,
28:2, 28:7,
28:16, 28:19,
28:23, 29:6,
56:23, 59:16,
61:9, 75:22,
95:14, 110:8,
129:13, 129:20,
130:5, 130:10,
130:23, 135:4,
144:11, 147:11,
173:10, 179:1,
179:3, 179:13,
179:18, 179:20,
179:22, 181:2,
181:11, 183:4,
183:17, 185:18,
185:20, 186:6,
199:19, 201:5,
225:8, 226:15,
230:2, 231:7,
231:9, 236:1
every
21:6, 21:7,
21:9, 21:10,
31:12, 44:6,
63:4, 63:6,
65:11, 65:14,
65:23, 66:3,
66:7, 66:8,
69:10, 74:1,
74:2, 74:3,
78:8, 79:15,
89:16, 89:17,
103:17, 105:2,
109:7, 126:23,
162:5, 208:13,
232:8, 233:3,
234:3, 236:24,
237:1, 237:6,
237:9, 237:12,
237:15, 237:20
everybody
38:9, 40:11,
47:18, 50:6,

52:1, 53:1,
56:6, 66:2,
67:11, 75:19,
75:24, 137:13,
145:22, 175:15,
215:2, 217:18,
217:19, 217:20,
218:12, 218:16,
230:17, 236:9
everybody's
56:9, 78:4
everyday
6:6, 62:15
everyone
8:23, 53:3,
165:9
everything
5:22, 6:10,
6:16, 9:14,
9:15, 37:8,
53:24, 69:9,
74:12, 138:18,
214:7, 221:13
evidence
149:14, 155:16,
155:17, 159:4,
162:7, 185:11
exact
191:7, 191:8
exactly
30:12, 33:2,
36:1, 37:1,
40:14, 42:3,
42:7, 43:6,
53:22, 54:6,
56:2, 88:17,
89:3, 98:9,
102:13, 109:1,
172:12, 172:24,
174:19
exam
35:3, 48:11,
49:8, 49:14,
121:18, 137:17
examination
2:3, 5:12,
203:2, 225:3,
232:17

examined
3:18, 5:9,
145:22
example
38:4, 41:11,
71:1, 71:14,
86:2, 93:5,
110:12, 130:14,
147:23, 217:6
exams
233:10, 234:21,
234:23
except
8:1, 12:2
exception
69:9, 173:4
excess
44:4
exclude
107:10
exclusionary
107:9
execution
90:14
exhibit
2:13, 2:14,
2:15, 2:16,
2:17, 92:7,
93:6, 96:2,
97:21, 101:14,
111:3, 112:16,
113:18, 114:4,
124:24, 125:1,
125:2, 128:18,
129:7, 134:14,
139:7, 140:10,
141:7, 151:15,
151:16, 167:3,
168:9
exhibiting
232:20
exhibits
2:12
expecting
165:9
experience
37:3, 203:16,
204:23, 205:8

Transcript of Ron Vitale
Conducted on May 31, 2018

77

experiencing
178:20
expert
205:7
explain
7:15, 44:24,
48:10, 48:11,
71:12, 97:21,
161:18, 179:10,
185:22, 188:5,
188:11, 188:16,
189:4, 189:9,
189:18, 203:23,
225:21, 225:23
explained
214:17, 225:22
explaining
148:10, 157:17,
157:18, 220:6
explanation
188:22
explore
16:9
expression
152:7, 153:2
expressly
5:6
extend
185:7
extent
141:23, 151:3,
157:22, 184:21,
185:10, 195:2,
223:23, 227:24,
231:11
extra
165:9, 207:8
extractions
219:23, 233:13,
233:24
extremely
163:7
eye
121:17, 233:3,
233:15, 234:8,
234:21, 235:2

**F**

facilities
26:24, 211:17,

213:2
facility
24:4, 24:20,
26:18, 46:14,
52:15, 57:10,
57:12, 68:24,
69:1, 81:10,
107:7, 122:4,
131:23, 198:3,
212:19
fact
17:4, 27:15,
44:9, 44:20,
52:18, 141:9,
149:24, 150:17,
161:9, 197:1
factor
52:23
facts
149:14, 155:16,
162:15, 164:8
failing
184:17
fair
39:19, 40:2,
87:6, 103:10,
109:14, 174:24,
183:14, 198:17,
198:23
fairly
107:12, 169:22
fall
41:1, 41:13,
42:15, 93:3,
94:12, 104:21,
115:1, 115:4,
184:23, 185:11
family
32:9, 102:1,
102:9, 129:17
far
129:10, 214:4,
214:5
fast
201:12
federal
57:8
fee
207:5

feel
6:23, 7:4,
158:2, 165:3,
177:5, 192:23,
198:13
fell
180:9, 231:21
felt
230:11
few
7:10, 12:19,
26:10, 26:11,
26:12, 31:17,
69:14, 217:19,
217:20, 232:16
fight
23:7, 24:13,
80:8, 80:12,
80:18, 80:20,
145:18, 145:21,
146:23
fight's
145:21
fights
21:19, 23:23,
43:18
figure
10:13, 99:16,
162:3, 164:2
file
177:5, 227:16
filed
12:8, 220:18
filing
177:4
fill
148:2, 210:21,
210:23, 211:4,
212:8, 216:10,
216:14
filled
9:19, 9:21,
40:16, 236:7
finance
42:17, 43:1,
50:5
financial
48:18, 205:15

financially
28:1, 239:13
find
68:16, 70:2,
99:21, 136:13,
164:3, 235:21
findings
136:19
finds
160:4
fine
11:17, 21:15,
30:16, 41:18,
47:6, 148:11,
158:16, 161:13,
199:18
finish
6:18, 6:20,
7:2, 56:19,
97:9, 185:4,
189:15
finished
28:14, 66:24
fired
28:2, 217:3
first
18:20, 20:2,
21:18, 26:4,
26:6, 35:11,
35:19, 38:21,
39:9, 39:20,
40:3, 41:19,
45:17, 51:22,
62:7, 64:7,
64:8, 64:10,
64:17, 68:16,
69:22, 85:21,
93:9, 97:22,
98:12, 108:3,
165:11, 189:20,
211:9, 213:9,
221:10, 221:16,
221:20, 227:9
firsthand
160:3
fist
39:10
fit
37:18

Transcript of Ron Vitale
Conducted on May 31, 2018                                              78

**five**
26:9, 26:13, 26:14, 52:21, 53:4, 53:6, 53:8, 53:11, 75:5, 107:4, 115:3, 116:6, 171:23, 187:17, 190:11, 191:17, 193:21, 207:8, 217:8, 226:8, 234:4, 234:10
**fix**
80:4, 118:21
**flight**
224:19, 231:16, 231:22
**floor**
4:8, 237:11
**floors**
215:12, 215:13, 215:17, 215:19, 215:23
**fluctuates**
62:15
**fly-through**
192:6
**focus**
83:7
**focusing**
39:9
**follow**
38:15, 139:4, 141:20, 143:21, 153:23, 159:19, 159:23, 170:22, 199:17, 216:21, 227:3, 227:12
**follow-up**
222:19
**followed**
92:15, 101:4, 101:8
**following**
157:8
**follows**
199:18
**food**
29:12, 83:18

**for-profit**
27:15, 27:17, 27:19
**forced**
88:3
**foregoing**
239:5
**forever**
74:6
**forget**
6:11, 7:11, 47:7, 135:16, 223:1, 234:9
**forgot**
136:15
**forgotten**
30:16
**form**
16:3, 22:13, 23:24, 27:7, 40:6, 49:2, 49:11, 51:6, 54:4, 60:23, 61:15, 93:18, 94:1, 97:6, 101:20, 113:20, 117:2, 118:12, 120:10, 120:19, 122:22, 123:24, 124:18, 142:16, 144:17, 145:11, 148:2, 149:13, 150:4, 151:4, 151:11, 152:18, 154:2, 157:5, 160:2, 164:18, 171:18, 172:4, 174:10, 175:5, 176:11, 177:10, 177:21, 179:5, 180:1, 180:20, 181:4, 182:3, 182:17, 183:23, 187:10, 188:6, 189:2, 190:5, 190:22, 191:11, 193:10, 194:14, 194:20, 195:5,

195:10, 196:7, 197:4, 198:5, 199:3, 199:13, 200:5, 200:18, 201:20, 202:4, 202:19, 204:16, 204:20, 205:24, 206:8, 207:19, 209:6, 210:10, 212:9, 216:14, 219:8, 219:13, 221:3, 222:15, 222:23, 223:23, 225:10, 226:1, 226:24, 230:4, 230:14, 230:24, 231:11, 233:18, 234:16, 235:16, 236:7, 237:24
**formal**
36:13, 37:24, 38:2, 40:3, 40:8, 41:20
**forms**
39:8, 40:16, 106:15
**formulary**
203:24, 204:5
**forth**
56:22
**forward**
164:20
**foundation**
25:6, 25:8, 25:14, 27:1, 29:10, 61:2, 117:2, 118:12, 120:19, 122:22, 123:24, 145:11, 149:13, 151:11, 152:6, 152:18, 154:2, 155:14, 159:1, 160:2, 160:6, 164:13, 164:17, 165:21, 167:8, 175:6, 186:14, 190:6, 202:20, 221:3

**four**
19:6, 19:7, 19:17, 52:21, 53:4, 53:6, 53:8, 53:10, 53:18, 62:18, 62:23, 72:2, 72:15, 73:24, 84:1, 84:2, 108:1, 137:17, 193:21, 196:14, 199:8, 215:21, 217:23, 223:6
**free**
6:23, 7:4, 82:4, 158:2, 192:23
**frequently**
194:5
**friday**
20:9, 20:11, 20:24
**fridays**
77:17
**from**
9:2, 13:12, 17:20, 18:1, 18:2, 24:9, 28:2, 28:19, 31:2, 36:4, 40:18, 50:4, 50:5, 51:12, 51:14, 51:15, 56:2, 56:20, 62:15, 64:12, 66:13, 69:6, 73:5, 78:16, 79:7, 91:5, 91:9, 91:24, 102:18, 102:20, 107:10, 109:3, 110:20, 113:10, 119:19, 126:11, 126:12, 139:16, 144:6, 144:9, 144:15, 147:18, 149:10, 150:1, 150:18, 155:10,

Transcript of Ron Vitale
Conducted on May 31, 2018

79

156:8, 158:4,
158:23, 159:10,
159:22, 161:19,
166:6, 166:20,
167:20, 168:3,
183:7, 193:4,
198:2, 199:7,
203:4, 205:6,
205:23, 214:4,
217:3, 221:13,
236:4, 239:6
**front**
72:3, 237:11
**full**
8:20, 63:3,
89:22, 97:16,
97:18, 98:1,
98:3, 98:4,
98:19, 98:22,
99:1, 99:2,
99:6, 99:11,
100:10, 218:19
**full-time**
234:23, 235:1
**fully**
36:18
**function**
86:9, 107:12,
228:8
**functioning**
96:6
**functions**
95:23
**fund**
111:12
**funding**
57:8
**further**
16:10, 66:6,
160:10, 214:14,
232:15, 238:5,
239:11
**futile**
161:21

**G**

**gap**
88:20

**gateway**
25:6, 25:8,
25:13, 27:1,
27:16, 29:9,
31:8, 32:19,
32:20, 33:4,
33:5, 37:2,
37:14
**gathering**
158:3
**gave**
167:17
**general**
3:20, 13:10,
18:4, 82:17,
82:19, 82:20,
108:19, 146:22,
233:8
**general's**
4:14
**generally**
34:19, 64:2,
84:4, 95:8,
105:3, 147:8,
173:24, 174:4,
222:19
**gentleman**
130:20
**geo**
66:9
**geographically**
213:22
**georgia**
3:21, 4:31,
5:4, 239:3
**gerry**
1:5, 3:5, 3:25,
5:18, 57:21,
58:14, 58:18,
59:12, 166:12,
167:20, 168:2,
169:6, 182:15
**gestures**
158:12
**get**
5:23, 6:16,
7:24, 8:24,
18:6, 21:9,

31:5, 33:15,
33:20, 40:18,
41:7, 41:15,
41:16, 48:2,
53:1, 53:7,
53:17, 53:19,
53:20, 56:17,
56:19, 63:8,
64:9, 64:11,
64:14, 66:3,
66:4, 66:5,
70:4, 72:24,
73:6, 76:16,
78:15, 79:11,
83:2, 83:21,
92:3, 102:14,
102:18, 102:20,
106:10, 108:5,
108:7, 108:9,
108:11, 108:16,
110:13, 110:19,
120:4, 122:14,
123:12, 124:11,
127:12, 127:23,
128:15, 130:16,
130:17, 140:2,
142:3, 147:15,
148:12, 149:5,
153:17, 162:1,
163:12, 164:2,
164:21, 173:1,
173:5, 173:7,
174:13, 174:19,
174:21, 174:22,
197:21, 200:3,
203:12, 203:15,
207:2, 207:23,
208:13, 208:15,
209:11, 210:22,
211:5, 211:12,
211:15, 212:24,
213:5, 214:22,
215:23, 216:6,
217:3, 218:8,
218:16, 226:6,
229:4, 238:7,
238:13
**gets**
81:8, 117:22,

201:16, 218:16
**getting**
36:5, 37:4,
38:15, 54:8,
80:24, 83:18,
86:6, 120:24,
162:23, 219:12
**give**
8:20, 17:7,
51:24, 59:9,
79:24, 80:2,
162:17, 183:10,
186:17, 187:7,
198:15, 204:3,
204:8, 209:10,
211:2, 224:8
**given**
23:11, 43:22,
44:2, 70:2,
130:5, 171:15,
174:24, 214:5,
219:15
**giving**
198:16
**goals**
98:11
**goes**
7:20, 23:9,
24:4, 35:14,
38:3, 38:5,
38:7, 52:1,
56:6, 66:8,
70:17, 84:18,
91:15, 123:18,
145:22, 160:10,
165:16, 233:3,
234:3
**going**
12:21, 16:5,
24:7, 26:14,
26:15, 27:11,
32:13, 37:10,
38:8, 46:22,
49:4, 49:23,
50:24, 52:18,
53:16, 55:23,
62:16, 62:19,
64:14, 65:15,

Transcript of Ron Vitale
Conducted on May 31, 2018

80

69:15, 69:18,
70:23, 71:10,
75:11, 82:1,
82:14, 84:1,
85:4, 91:1,
91:2, 91:17,
93:6, 95:7,
97:6, 101:19,
102:19, 105:23,
107:20, 112:15,
113:20, 123:14,
141:6, 147:1,
151:15, 158:10,
160:10, 160:13,
160:23, 160:24,
161:9, 161:11,
161:17, 161:20,
162:19, 162:20,
162:21, 163:6,
163:16, 165:7,
165:18, 190:13,
192:5, 193:4,
195:21, 199:18,
203:4, 206:12,
209:9, 218:10,
224:17, 224:21,
227:18, 233:8,
236:10, 236:11

**gone**
37:20, 163:11

**good**
35:21, 37:18,
42:6, 113:3,
123:5, 141:1,
206:13, 221:17,
231:2

**got**
10:10, 20:20,
31:7, 31:16,
32:11, 37:15,
76:11, 77:3,
124:11, 150:16,
172:19, 195:20,
208:3, 208:4,
217:9, 219:20,
234:1

**gotcha**
28:2, 81:7,

82:10, 108:12,
134:19, 235:2

**gotten**
18:7

**govern**
96:9

**grab**
163:4

**graduated**
30:19, 31:17,
32:24

**graduating**
32:21

**granted**
164:16

**granting**
164:15

**grass**
81:19

**great**
88:5, 141:3

**gregory**
166:3

**grievance**
111:14, 170:21,
170:22, 177:4,
177:6, 195:23,
199:24, 227:3,
227:16

**grievances**
98:12, 220:17,
220:19, 221:8,
221:11, 221:13,
227:5, 227:9

**griffin's**
132:9

**ground**
5:21, 39:12

**grounds**
23:22

**group**
67:5, 67:21,
69:2, 82:6

**groups**
111:17, 214:8

**guarantee**
70:1

**guess**
52:21, 53:16,

54:5, 54:6,
54:7, 57:8,
77:13, 89:13,
140:14, 154:12,
157:1, 169:21,
187:14, 187:15,
201:24, 215:16

**guessing**
33:1, 233:22

**guidance**
98:5

**guidelines**
140:11

**guilty**
6:11

**guy**
20:20, 29:18,
29:19, 32:9,
35:1, 46:6,
58:22, 71:1,
76:2, 79:6,
87:22, 88:22,
105:24, 106:8,
106:10, 108:3,
110:12, 110:19,
119:22, 121:5,
121:23, 122:13,
124:9, 124:10,
130:14, 146:23,
147:11, 147:12,
150:7, 177:24,
181:20, 181:21,
186:1, 197:11,
197:12, 197:14,
197:17, 204:22,
212:14, 216:12,
217:7, 234:3,
236:8, 237:8

**guy's**
130:16, 236:10

**guys**
46:3, 59:7,
63:15, 63:18,
63:20, 67:1,
67:2, 67:4,
67:5, 67:19,
67:20, 67:21,
69:11, 71:10,

73:10, 75:5,
77:4, 78:22,
80:9, 93:7,
161:14, 172:13,
194:4, 205:17,
206:10, 212:23,
214:18, 214:20,
215:11, 215:14,
217:8, 217:9,
218:9, 223:5,
226:3, 228:15,
232:8, 232:10,
233:8, 234:2

**gym**
71:22

---
H

---

**had**
5:19, 7:1,
11:21, 15:4,
18:5, 21:16,
26:24, 28:23,
31:16, 32:12,
37:1, 37:3,
46:3, 46:19,
47:11, 49:14,
55:4, 56:3,
58:21, 80:13,
81:12, 86:3,
87:1, 87:7,
87:10, 88:20,
102:8, 102:19,
105:16, 105:17,
105:18, 106:8,
108:2, 109:13,
110:12, 129:16,
129:17, 130:20,
131:8, 141:20,
147:23, 148:18,
150:8, 150:13,
153:8, 155:2,
156:16, 156:18,
156:20, 157:18,
157:19, 158:6,
159:11, 159:20,
163:11, 164:7,
165:23, 166:13,
166:17, 166:21,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                    81

167:4, 167:16, 167:18, 173:18, 179:4, 179:22, 186:2, 197:12, 198:20, 199:10, 199:11, 200:15, 201:10, 204:14, 208:24, 209:2, 209:17, 210:20, 211:10, 215:21, 218:17, 220:7, 221:9, 222:7, 226:19, 226:21, 230:7, 230:10, 230:12, 230:15, 236:17, 237:3

**hair**
201:10

**haircut**
214:22

**half**
65:17, 69:23, 193:17, 217:21

**hallway**
182:11, 202:17, 229:9

**hand**
91:17, 93:6, 112:15, 125:3, 141:6, 151:15, 158:11, 165:7, 215:24

**handbook**
9:12, 11:5, 208:12, 208:14

**handed**
135:20

**handful**
171:17

**handicap**
211:23

**handle**
23:21

**handlers**
194:4

**handwritten**
12:11

**hang**
69:10, 194:7

**happen**
6:21, 65:11, 65:14, 110:14, 120:1, 211:7, 219:17, 231:18

**happened**
16:20, 16:24, 80:17, 103:4, 109:13, 153:10, 158:9, 158:18, 171:9, 171:24, 186:21, 186:22, 186:24, 222:18, 223:5, 228:11, 228:14

**happening**
146:23

**happens**
20:20, 21:17, 40:11, 40:15, 74:8, 84:19, 95:6, 169:22, 170:6, 187:16, 198:8, 236:13

**happy**
7:2, 7:8

**has**
18:18, 22:10, 25:1, 35:2, 36:7, 38:14, 78:20, 83:17, 94:14, 97:1, 99:18, 100:11, 102:21, 103:3, 110:11, 114:13, 118:24, 119:12, 119:14, 119:16, 119:22, 124:9, 134:1, 134:7, 146:23, 159:4, 160:3, 161:1, 161:2, 161:18, 164:14, 165:19, 170:18, 171:24, 172:17, 172:20, 184:18, 187:7, 188:1, 206:4, 206:19, 212:1,

213:7, 214:12, 217:21, 218:12, 223:12, 228:12

**haven't**
55:8, 57:14, 129:9, 129:20, 215:21

**having**
46:15, 57:6, 60:17, 119:5, 131:3, 156:13, 156:14, 172:13, 180:9, 180:10, 180:22, 182:23, 182:24, 183:18, 185:20, 186:7, 186:11, 187:9, 190:3, 191:18, 203:18, 228:3, 228:18, 229:2, 231:8, 231:23, 237:13

**he'd**
22:12, 82:2

**he'll**
46:7

**he's**
13:8, 16:3, 49:2, 56:8, 87:23, 160:4, 166:1, 170:1, 188:12, 188:21, 190:14, 191:12, 205:6, 206:19, 235:16

**head**
6:5, 158:11

**health**
1:11, 3:11, 3:25, 4:19, 99:11, 105:21, 107:16, 107:17, 109:23, 125:23

**healthcare**
40:22, 95:4, 95:10, 96:19, 97:13, 99:4, 99:8, 99:14,

100:6, 100:13, 105:14, 112:13, 112:19, 126:7, 128:19, 131:16, 131:21, 131:22, 132:2, 132:4, 132:14, 132:17, 133:24, 134:5, 135:23, 136:2, 138:24, 142:13, 143:9, 143:16, 193:5, 195:8, 199:11, 207:11, 208:7, 220:8, 220:12, 220:15, 227:7, 227:8, 231:1

**heard**
99:12, 202:15, 211:18, 230:12

**hearing**
223:7

**heat's**
118:8

**help**
5:22, 10:15, 10:17, 16:1, 124:4, 148:6, 175:11, 194:16, 195:7, 213:11, 232:13

**helpful**
65:24, 82:24, 90:6, 97:8

**helps**
127:23

**hence**
41:7

**her**
43:3, 60:2, 60:3, 95:8, 95:15, 151:2, 158:15, 198:15, 198:16, 227:11

**here**
6:8, 7:10, 7:21, 7:23, 8:4, 8:20, 11:7,

Transcript of Ron Vitale
Conducted on May 31, 2018     82

12:14, 13:8,
13:9, 13:19,
13:23, 15:10,
26:14, 26:16,
58:5, 58:13,
72:12, 72:13,
73:9, 73:12,
73:13, 73:14,
73:16, 74:9,
87:23, 88:14,
93:8, 97:24,
111:7, 113:19,
114:3, 120:21,
120:24, 125:17,
129:4, 129:7,
149:19, 162:14,
166:7, 173:17,
183:12, 214:4,
221:15, 228:7,
231:15
**hereby**
5:1, 239:4
**hey**
124:11
**hi**
203:5
**high**
29:14, 31:14,
71:15, 71:16,
81:16, 107:12,
133:3, 220:4,
233:1
**higher**
171:14, 172:14
**highest**
34:12
**highlighted**
166:6
**him**
13:4, 17:3,
24:5, 41:13,
56:16, 59:21,
61:9, 61:20,
75:2, 79:7,
79:11, 79:14,
106:18, 108:7,
119:2, 124:12,
130:17, 144:11,

144:16, 144:21,
144:24, 145:3,
147:13, 156:22,
157:10, 157:12,
160:5, 161:3,
161:21, 162:4,
162:15, 162:17,
163:17, 165:18,
168:23, 168:24,
179:4, 179:20,
179:23, 181:19,
181:24, 182:13,
182:23, 183:5,
183:6, 185:19,
185:20, 185:22,
186:6, 188:11,
188:14, 189:4,
189:9, 193:11,
193:21, 194:23,
197:15, 198:3,
199:19, 201:4,
201:5, 205:13,
206:22, 209:10,
213:17, 216:13,
216:17, 216:18,
217:8, 226:15,
226:19, 230:5,
231:9, 231:16,
237:9, 237:12
**himself**
167:18, 182:9
**hire**
47:22
**hired**
20:2, 40:10,
46:6, 48:2
**his**
10:11, 13:4,
16:10, 23:19,
41:5, 46:15,
58:8, 58:21,
60:21, 61:5,
61:15, 61:22,
71:3, 108:10,
118:13, 120:19,
141:19, 141:22,
141:23, 144:12,
145:12, 153:23,

157:13, 157:23,
159:2, 159:17,
159:22, 166:14,
169:9, 175:7,
177:9, 177:18,
181:5, 183:23,
188:11, 188:15,
188:16, 189:4,
195:8, 196:4,
197:2, 198:2,
199:11, 200:3,
200:15, 201:23,
202:5, 206:9,
236:21, 237:24
**history**
30:1, 197:13,
204:14
**hit**
39:12, 76:16
**hm-m**
81:20
**hohnsbehn**
132:7, 132:11
**hold**
39:23, 92:4,
150:22, 221:9
**holds**
56:9
**home**
71:10, 106:11,
106:18, 106:19,
108:16, 218:10
**hon**
1:11, 1:12,
3:11, 3:12
**honest**
61:10, 154:11,
170:4, 177:24,
222:8
**honestly**
35:9, 57:3,
222:24
**honor**
164:23, 165:1,
165:2
**hope**
165:3
**hoping**
97:20

**hospital**
117:18, 117:23,
158:5, 167:1
**hospitals**
86:10, 219:20
**hostage**
115:9
**hot**
86:14
**hour**
63:10, 65:17,
69:22, 73:22
**hours**
3:18, 31:11,
33:18, 35:14,
36:21, 53:7,
123:9, 123:10,
162:6, 199:8,
203:6, 217:22,
217:23, 234:10
**house**
38:11
**housing**
23:7, 62:23,
63:15, 66:3,
66:8, 67:14,
72:2, 72:4,
72:8, 72:13,
72:16, 72:20,
72:21, 72:24,
73:6, 73:15,
73:16, 73:17,
74:13, 75:3,
75:4, 76:2,
76:17, 77:19,
77:22, 78:10,
78:11, 81:16,
193:2, 193:5,
206:19, 211:23,
212:3, 212:8,
212:15
**how**
7:20, 13:3,
14:4, 21:5,
22:3, 26:7,
29:19, 41:21,
42:10, 42:12,
43:6, 43:15,

43:17, 43:19,
44:21, 45:4,
45:18, 46:13,
49:9, 52:19,
53:12, 56:2,
58:24, 61:8,
63:21, 65:16,
71:9, 76:18,
76:23, 77:18,
79:11, 79:16,
88:9, 88:12,
88:13, 88:15,
103:19, 105:17,
119:21, 128:24,
130:2, 136:9,
142:17, 159:6,
161:13, 161:22,
169:18, 170:5,
171:1, 171:9,
171:24, 174:24,
179:3, 179:22,
180:4, 183:16,
185:22, 186:10,
186:22, 187:16,
189:9, 189:20,
189:22, 190:2,
191:1, 200:23,
201:7, 201:9,
201:16, 201:18,
201:19, 208:9,
208:19, 208:20,
209:12, 212:5,
213:21, 213:22,
214:5, 219:16,
222:12, 226:22,
234:9, 237:2
**however**
106:14
**hr**
43:10, 99:20,
99:22
**hs**
88:3
**human**
46:24
**humans**
6:7
**hunchback**
210:7

**hunched**
200:16
**hundred**
63:19, 69:14,
214:9
**hurry**
63:22, 73:21
**hurt**
146:17
**hydrocodone**
204:4
**hygiene**
80:5
**hypertension**
110:2
**hypothetical**
164:17, 167:7,
186:13, 188:7,
197:6, 208:23,
209:7, 212:10

---
### I
---

**i'll**
6:17, 8:14,
23:24, 44:24,
63:22, 65:20,
66:2, 66:6,
75:4, 76:16,
77:3, 78:6,
78:19, 80:10,
92:4, 94:24,
95:17, 96:2,
102:14, 102:18,
102:20, 117:4,
120:24, 142:3,
147:14, 153:7,
159:3, 169:5,
175:10, 184:8,
184:15, 197:10,
205:4, 236:19
**i've**
14:8, 18:1,
19:16, 28:21,
30:14, 30:16,
31:8, 56:2,
66:16, 74:6,
76:1, 77:2,
99:11, 102:8,

102:9, 108:3,
142:22, 153:9,
180:23, 181:18,
188:14, 195:20,
196:14, 199:19,
202:15, 211:18
**id**
43:23, 44:6,
45:14, 197:15
**idea**
15:11, 41:15,
63:8, 83:17,
171:12, 171:13,
172:8, 191:16,
219:15, 223:20
**identified**
87:22, 129:13,
133:18, 134:1,
134:7, 182:8
**identify**
16:1, 237:14
**idoc**
14:16, 18:13,
18:17, 19:21,
20:2, 51:13,
51:14, 51:17,
54:24, 55:11,
91:18, 112:17,
113:4, 132:21,
133:2, 133:6,
133:10, 133:16,
133:22, 134:3,
134:9, 134:23,
136:1, 138:23,
140:3, 140:17,
141:21, 207:9,
207:13, 231:5
**idoc's**
92:14, 101:7
**ids**
9:12, 11:4,
43:21, 43:22,
44:2, 44:3,
44:4, 44:8,
44:9, 44:17,
44:21, 45:10,
45:15, 48:22,
96:9, 96:11,

119:23, 121:1
**il**
3:21, 3:22,
4:9, 4:16, 239:4
**ilcs**
239:6
**ill**
86:7, 86:23,
87:5, 88:4
**illinois**
1:2, 3:2, 3:19,
3:24, 4:32,
30:4, 31:2,
31:13, 33:9,
34:13, 239:19
**illness**
125:19
**image**
166:18
**imagine**
42:14, 89:19
**imaging**
166:19
**immediate**
116:12
**immediately**
31:6, 31:14,
68:13, 68:18,
150:2, 166:24
**impaired**
86:18, 209:1
**implementation**
136:1
**important**
6:14, 47:4
**imposes**
98:13
**impossible**
193:11
**improper**
151:4, 164:17,
167:7, 185:9,
209:7
**improve**
133:18
**improvement**
104:6, 104:7,
104:9, 111:13,

Transcript of Ron Vitale
Conducted on May 31, 2018

84

111:21, 112:5,
112:7, 112:9,
112:10, 112:20,
113:6, 113:9,
113:14, 113:15,
125:3, 125:10,
125:13, 126:16,
128:1, 128:17,
128:24, 129:11,
129:14, 129:21,
130:2, 130:6,
131:10, 132:16,
132:22, 133:3,
133:7, 133:11,
133:17, 133:23,
134:5, 134:10,
134:23, 135:2,
135:9, 135:14,
136:4, 136:6,
136:23, 138:4,
138:21, 139:1,
139:17, 139:23,
140:5, 140:21,
142:11, 142:21,
143:1, 143:8,
143:13, 221:19,
236:2
**in-house**
235:3
**inability**
210:20, 212:7
**inadequate**
169:20, 170:13,
171:8
**inappropriate**
158:12, 160:11,
162:17, 162:18,
185:1
**incarcerated**
119:20, 166:15
**incarceration**
166:21
**inches**
114:18, 114:19
**incident**
24:6
**incidents**
23:22, 42:8,

82:16
**include**
100:22, 108:14,
207:13
**included**
57:17
**includes**
40:22, 103:8
**including**
98:13, 103:14,
145:8, 196:4
**incomplete**
197:6, 209:6,
212:9
**incorrect**
189:17
**increase**
206:5
**increases**
100:2
**incur**
52:23
**indeed**
162:6
**independent**
57:21, 57:24,
58:3, 58:14,
59:11, 59:15,
59:19, 59:24,
60:6, 60:9,
60:12, 60:16
**indicated**
164:14, 170:1
**indifference**
160:16
**individual**
53:13, 53:20,
54:2, 166:12,
178:7
**individuals**
222:21
**infirmary**
106:9, 107:3,
107:4, 107:6,
107:23, 107:24,
108:4, 137:15
**inform**
44:21, 58:5,

84:14
**informal**
38:1, 40:4
**information**
9:19, 17:8,
47:10, 86:20,
105:13, 110:10,
128:5, 140:4,
140:20, 157:16,
184:4, 184:17,
184:19, 211:11,
235:20
**initial**
39:2
**initially**
211:8
**injured**
145:19, 146:18
**injuries**
44:15, 158:5
**injury**
145:19
**inmate**
9:12, 11:5,
24:13, 43:18,
49:9, 66:7,
78:24, 102:12,
102:19, 102:20,
103:14, 108:2,
111:12, 118:6,
118:23, 123:13,
127:11, 127:13,
127:15, 129:16,
132:19, 148:12,
149:3, 152:2,
169:19, 170:13,
170:18, 171:7,
174:5, 176:1,
176:6, 176:9,
177:1, 187:9,
193:19, 194:1,
207:5, 208:11,
213:7, 214:12,
231:20, 237:8,
237:11, 237:21,
237:22
**inmates**
36:21, 63:16,

65:3, 66:11,
66:21, 66:22,
70:12, 70:23,
71:8, 74:23,
76:15, 76:18,
77:10, 77:12,
77:18, 78:13,
86:7, 95:3,
101:12, 101:17,
102:6, 102:24,
103:7, 123:8,
169:13, 172:11,
175:1, 180:6,
180:13, 194:3,
194:6, 194:8,
194:9, 194:12,
197:22, 199:20,
202:8, 202:9,
207:7, 208:17,
209:24, 214:1,
217:23, 225:8,
225:23, 230:22,
232:11, 236:24,
237:1, 237:6,
237:14
**input**
105:22, 131:8
**inquiry**
184:19
**inside**
70:16, 71:2,
71:5, 72:2
**inspection**
20:19, 103:13,
103:14, 103:17
**inspections**
21:4, 65:22,
104:1, 104:2
**instances**
43:16, 233:15
**instituted**
136:3
**institution**
38:14, 40:24,
52:14, 53:3,
53:10, 62:21,
63:9, 70:20,
71:16, 89:9,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                                 85

89:11, 107:15,
107:24, 114:15,
118:5, 119:21,
119:24, 121:6,
122:6, 228:6,
230:8
**institutional**
43:24, 44:1,
101:2, 109:18,
111:17, 125:3,
143:22
**institutions**
70:19, 217:20
**instructing**
185:3, 185:8
**instructs**
8:9
**insufficient**
184:20
**interact**
70:8, 193:4
**interaction**
194:11
**interactions**
60:7, 147:5,
147:7
**interested**
239:14
**interpret**
92:9
**interrogatories**
10:5, 10:6,
10:12, 141:7
**interrogatory**
141:10, 143:21,
147:3
**interrupt**
184:7, 224:16
**interrupted**
139:15, 185:5
**interrupting**
65:7
**intervene**
144:12, 145:1,
146:18, 160:11
**interview**
35:2, 218:7
**interviewed**
34:22, 34:24

**interviews**
101:11, 101:17
**into**
5:5, 24:20,
40:19, 41:7,
41:8, 42:15,
57:8, 67:11,
71:16, 72:1,
94:12, 104:12,
104:22, 115:1,
115:4, 123:12,
124:5, 167:9,
173:7, 208:3,
209:11, 210:20,
212:8, 229:4
**introduced**
42:23, 42:24
**involved**
15:20, 24:8,
36:21, 43:10,
44:7, 71:8,
88:4, 96:10,
96:13, 99:24,
100:1, 103:6,
110:18, 118:4,
118:22, 118:24,
127:8, 127:12,
128:1, 130:13,
130:15, 130:19,
197:21, 205:14,
207:23, 212:16,
212:18, 216:6
**involvement**
17:6, 129:10,
194:2, 194:3
**ish**
25:19
**isn't**
8:3, 100:5,
142:11, 143:13,
175:24, 216:2
**isolation**
107:5, 137:16
**issue**
36:5, 37:12,
39:3, 103:3,
107:16, 118:2,
130:24, 136:13,

151:2, 160:19,
161:15, 163:7,
167:18, 173:3,
176:6, 176:10,
176:17, 176:18,
196:15, 209:11,
209:17, 230:12
**issues**
21:19, 23:1,
23:2, 23:22,
41:12, 80:5,
86:1, 87:24,
95:7, 95:14,
95:18, 100:8,
106:2, 106:16,
107:1, 108:15,
108:18, 110:16,
114:23, 119:3,
125:23, 127:9,
127:10, 127:11,
127:13, 130:6,
130:10, 131:4,
136:11, 136:17,
145:9, 163:18,
163:21, 168:14,
168:20, 170:18,
170:24, 174:8,
175:19, 205:14,
205:15, 213:12,
213:14, 220:20,
225:24, 230:15,
232:9
**item**
176:1

**J**

**jaclyn**
4:20, 185:1,
203:5, 224:14
**jaclyn's**
7:9
**jeez**
76:4, 86:12
**jeffry**
166:1
**jersey**
36:23
**jewel**
29:12, 29:19

**job**
9:16, 11:5,
18:20, 19:10,
23:15, 23:18,
28:3, 28:7,
28:20, 28:23,
29:7, 37:14,
37:17, 76:6,
83:6, 85:14,
87:1, 93:16,
93:23, 207:17,
214:12, 214:13,
215:5, 215:9,
216:3, 216:4,
216:5, 216:8,
216:13, 216:17,
216:18, 217:2,
217:3, 217:5,
217:21, 217:23,
218:8, 228:19,
228:23, 229:18,
229:24, 230:3,
230:6
**jobs**
29:10, 205:15,
214:21, 215:3,
217:21, 217:24,
229:3, 229:5
**jog**
55:22
**join**
40:7, 60:24,
61:16, 94:3,
101:21, 117:3,
118:14, 120:11,
120:22, 122:23,
124:2, 124:19,
144:18, 145:14,
146:7, 149:16,
150:5, 151:6,
151:12, 152:20,
153:6, 153:15,
154:3, 154:9,
154:23, 155:19,
156:11, 157:24,
159:3, 160:24,
165:21, 166:11,
167:9, 171:20,

Transcript of Ron Vitale
Conducted on May 31, 2018

86

172:6, 174:11,
175:7, 176:12,
177:12, 177:21,
179:7, 181:6,
181:14, 185:13,
187:11, 188:8,
190:7, 190:16,
190:23, 191:14,
191:22, 193:10,
194:20, 195:12,
196:9, 197:6,
198:7, 199:15,
200:7, 200:20,
201:2, 201:22,
202:6, 202:21,
233:20, 238:2

**joining**
167:9

**joint**
124:7, 124:14,
124:21

**judge**
6:2, 8:2,
167:10

**juggled**
173:15

**july**
187:1, 187:3

**jumping**
21:13

**K**

**katherine**
4:5

**katie**
5:17, 224:14

**keep**
20:13, 38:9,
52:21, 69:6,
79:22, 107:11,
107:21, 118:9,
139:19, 139:20,
191:3

**keeper**
96:6

**keeping**
89:13

**keeps**
56:5

**kept**
32:13, 131:20,
132:11, 132:13,
135:6, 135:11,
135:23, 136:21,
137:1, 137:3,
137:5, 137:20,
137:21, 139:21

**kid**
70:15

**kidding**
29:22

**kids**
31:16, 32:12,
37:20, 198:9,
198:13, 199:1,
199:8

**kill**
77:3

**kind**
18:6, 24:9,
26:3, 31:16,
32:23, 35:3,
36:7, 36:18,
37:4, 44:11,
44:13, 46:8,
50:7, 51:24,
56:7, 65:2,
66:10, 67:23,
118:16, 119:5,
127:13, 146:13,
173:3, 173:24,
176:17, 205:7,
205:12, 205:18,
205:21, 215:12,
215:13, 216:8,
220:17, 220:24,
225:22, 228:19,
234:12, 234:14,
236:1

**kinds**
38:6, 40:17,
40:23, 41:1,
41:4, 42:8,
42:13, 42:20,
48:14, 52:3,
53:19, 70:15,
86:18, 105:19,

147:16, 172:10,
222:8

**kitchen**
71:7, 217:10,
229:12

**knew**
36:16, 38:7,
55:23, 144:20,
181:20, 197:12

**knowledge**
16:21, 18:4,
34:2, 54:17,
58:4, 61:19,
155:15, 159:2,
159:11, 160:3,
161:2, 161:19,
165:20, 167:7,
167:16, 168:5,
170:16, 184:17,
193:9, 194:19,
195:11, 196:8,
197:5, 198:6,
199:14, 200:6,
200:19, 201:7,
202:5, 202:20,
207:9, 219:6,
219:9, 224:3,
230:3, 233:19,
234:20, 235:13

**knowledgeable**
87:8, 87:20

**known**
198:24

**knows**
66:2, 184:19

**L**

**lab**
117:23

**label**
87:13

**labor**
215:15, 215:17

**lack**
152:6, 155:14,
159:1, 159:2,
164:13, 167:7,
175:5, 184:16,

186:13, 190:6,
193:8, 194:18,
195:10, 196:7,
197:4, 198:5,
199:13, 200:5,
200:18, 202:4,
202:19, 233:18

**large**
107:5, 107:9,
166:22, 213:22

**larger**
19:19

**last**
13:4, 13:5,
52:20, 53:6,
53:12, 61:14,
65:16, 83:12,
93:12, 93:13,
106:7, 108:2,
109:13, 128:4,
132:6, 132:9,
166:13, 171:10,
172:13, 172:16,
186:23, 187:21,
187:23, 189:13,
189:18

**lasts**
68:9

**late**
25:23, 25:24,
30:22, 32:24

**later**
8:2, 21:16,
32:12, 141:8,
161:15, 163:22,
164:22

**latest**
83:18

**laughed**
198:19

**lawful**
5:9

**lawsuit**
16:1, 16:17,
17:14, 17:18,
17:19, 17:24

**lawsuits**
17:11, 88:2

Transcript of Ron Vitale
Conducted on May 31, 2018

87

lawyers
7:21
lay-in
111:16
layout
71:12
lead
162:7
learned
42:1
least
134:10, 134:24,
143:14
leave
83:20, 220:2,
236:8
leaves
236:5
leaving
27:5, 184:10
left
27:1, 192:5
leg
200:15, 201:23
legal
205:14
legs
166:14
leisure
96:7
less
26:13, 26:14,
134:21, 170:7,
170:9, 170:10,
170:14, 171:6,
171:10, 186:24,
187:7, 187:13,
190:9, 190:11,
190:20, 192:10,
194:23, 218:12,
218:13, 218:14,
218:15
let
6:17, 6:20,
7:2, 8:12,
12:10, 40:1,
44:23, 46:18,
50:13, 53:2,

65:5, 68:20,
76:20, 76:21,
80:3, 81:18,
97:8, 103:2,
112:22, 142:3,
150:14, 172:2,
182:6, 189:15,
189:20, 236:23
let's
22:5, 29:24,
35:16, 35:18,
42:3, 47:3,
52:5, 52:9,
62:7, 68:4,
77:13, 79:6,
83:7, 88:14,
92:2, 92:7,
123:5, 164:1,
176:2, 176:4,
190:1
letter
134:20, 140:13
level
34:12, 98:12,
111:14, 195:14,
205:10
levels
123:19
liaison
231:3
licensed
223:15
lie
60:21, 61:5,
61:22
lieutenant
51:21, 207:21
lieutenants
207:23
light
216:8, 216:14,
229:3
likely
7:21, 212:20
likewise
6:20
limited
100:5, 227:24

line
74:23, 74:24,
75:1, 82:1,
82:2, 93:12,
93:13, 97:16,
97:18, 98:1,
98:3, 98:4,
98:19, 98:22,
99:1, 99:2,
99:6, 99:11,
100:10, 123:16,
123:17, 160:12,
160:22, 161:9,
163:8, 163:16,
163:18, 163:19,
164:19, 180:7,
180:13, 190:14,
193:18, 210:3
lines
81:23, 81:24,
82:5, 105:16,
180:6
list
38:7, 83:23,
84:13, 115:6,
115:7, 116:1,
124:5, 204:6
listen
175:2
litigation
160:8
little
8:24, 24:13,
36:7, 41:17,
43:11, 44:24,
46:4, 48:10,
66:6, 71:13,
73:20, 78:14,
81:8, 86:17,
87:22, 87:23,
95:1, 108:8,
120:24, 121:19,
144:13, 146:13,
148:8, 177:16,
180:10, 194:4,
198:13, 199:1,
207:7, 210:2,
214:13, 215:23,

220:4, 231:19
liver
106:8, 106:17,
108:2, 130:20
living
63:14, 103:14
llp
4:21
location
31:23
locations
74:19, 75:12
locked
78:17, 80:10
loevy
4:6
log
56:6
long
3:21, 4:31,
5:4, 26:7,
26:16, 45:18,
46:13, 52:19,
53:12, 65:16,
88:15, 107:16,
175:10, 219:2,
224:21, 239:3
long-term
204:18, 204:24,
205:11, 205:23
look
37:10, 45:14,
93:9, 93:12,
97:21, 101:14,
111:3, 113:18,
134:14, 134:20,
139:7, 140:10,
163:2, 169:1,
174:17, 178:5
looked
9:11, 9:12,
9:16, 30:14
looking
111:4, 113:22,
125:21, 125:22,
173:20, 181:16,
183:7, 186:21
lose
80:20, 80:23

Transcript of Ron Vitale
Conducted on May 31, 2018

88

losing
118:9
lost
81:4, 205:15,
221:14
lot
23:3, 35:24,
37:3, 37:7,
37:12, 37:13,
37:15, 37:20,
38:2, 43:13,
50:10, 57:5,
70:18, 70:22,
80:5, 86:4,
86:6, 86:8,
86:13, 105:22,
107:19, 107:20,
128:5, 173:7,
202:2, 202:8,
202:10, 204:2,
213:18, 214:15,
214:24, 219:23,
219:24, 222:3,
224:15, 224:22,
233:23
loud
6:5, 11:18
louis
1:3, 3:3, 3:24,
4:24, 69:3,
110:20, 214:4,
219:19, 234:1
low
172:17, 172:19,
233:1
lower
172:14, 173:4,
174:22, 210:14,
210:16, 210:23,
211:2, 211:10,
211:12, 211:20,
213:14
lts
94:10
lunch
65:3, 66:24,
83:19
lutherans
70:10

**M**

m-hm
11:8, 14:3,
20:3, 20:7,
21:1, 25:18,
26:22, 36:20,
38:19, 39:4,
39:16, 42:22,
43:12, 44:18,
45:3, 48:3,
54:21, 55:2,
59:5, 60:4,
68:10, 68:12,
70:21, 74:18,
76:22, 77:7,
80:6, 80:14,
81:6, 81:13,
87:9, 87:12,
89:4, 89:18,
93:11, 96:17,
103:23, 105:4,
125:5, 132:12,
135:15, 135:21,
138:9, 138:17,
140:12, 141:16,
170:11, 203:9,
204:12, 206:6,
206:17, 208:22,
209:4, 210:15,
213:20, 217:14,
218:24, 220:9,
228:10, 229:7,
229:20, 231:4,
237:10
m-hms
6:5
machine
215:20
maddox
120:20
made
129:17, 172:11,
173:10, 184:18,
185:18
mail
70:14
maintain
31:10

maintained
31:8, 133:4
maintenance
94:16
major
23:1, 24:6,
24:22
make
7:21, 8:4,
8:17, 20:19,
45:10, 62:21,
62:24, 63:9,
63:10, 63:12,
63:20, 64:1,
67:13, 73:20,
74:9, 74:12,
74:15, 75:19,
75:24, 79:8,
83:1, 103:17,
103:19, 106:13,
110:3, 119:24,
121:8, 124:10,
124:15, 126:23,
158:2, 161:14,
174:18, 180:14,
184:7, 192:22,
198:13, 207:24,
211:6, 212:13,
225:7, 236:23
makes
15:7, 37:23,
105:21, 109:5,
109:22, 109:23,
109:24, 151:1
making
27:21, 96:10,
103:13, 121:7,
125:15, 147:14,
158:11, 163:15,
194:10
malpractice
160:9, 160:16
management
30:11, 30:17,
30:18, 90:15,
163:3
mandatory
40:12

manual
56:1, 56:4,
56:5, 126:5,
126:6, 135:2,
135:9, 135:14,
208:14, 215:15,
215:17
many
14:4, 21:5,
33:18, 35:14,
45:4, 53:7,
58:24, 59:9,
63:21, 63:22,
76:18, 76:20,
76:21, 76:23,
77:18, 88:12,
88:13, 105:17,
106:14, 109:19,
119:19, 119:21,
169:19, 171:9,
171:24, 174:24,
186:10, 186:22,
189:20, 190:2,
191:1, 203:6,
219:16, 234:9,
237:7
mark
92:7, 112:15,
141:7
marked
165:8
marks
166:23
married
31:16, 32:12
mary's
166:24
material
162:15
materials
56:11, 57:19
matter
27:15, 52:18
max
13:3, 13:19
maximum
214:11
may
1:24, 3:18,

5:3, 23:4,
23:19, 62:8,
77:3, 78:5,
121:15, 127:13,
131:7, 149:10,
152:4, 155:3,
155:10, 156:8,
158:23, 159:10,
159:22, 161:19,
167:5, 167:17,
167:21, 168:4,
168:14, 168:21,
169:7, 170:24,
178:21, 184:1,
184:9, 184:16,
198:23, 223:4,
223:21, 224:4,
229:5
**maybe**
32:22, 33:5,
36:16, 39:14,
49:23, 62:18,
65:12, 89:15,
147:12, 187:24,
194:5, 198:16,
198:20, 213:24,
214:11, 219:17,
219:18, 220:1
**md**
166:1
**meaning**
90:24, 225:17
**means**
10:8, 92:20,
117:14, 118:17,
118:19, 118:20,
121:21, 140:7,
141:18, 141:21,
153:18, 189:16
**meant**
12:22, 77:15,
189:12, 189:18
**media**
115:8, 115:16
**medically**
235:22
**medication**
203:13, 203:15,

205:20
**medications**
9:2
**meet**
95:17, 98:8,
98:10, 130:3,
134:10, 134:24,
143:14
**meeting**
64:2, 64:17,
64:21, 64:22,
64:24, 65:10,
65:18, 65:19,
66:8, 66:10,
66:11, 66:14,
67:10, 68:8,
68:17, 83:10,
83:22, 84:7,
84:8, 84:17,
84:19, 84:21,
84:23, 85:2,
109:14, 126:24,
127:7, 128:1,
128:2, 128:6,
128:7, 128:9,
135:10, 135:13,
136:18, 138:13,
139:1, 222:11,
222:18
**meetings**
64:23, 64:24,
65:1, 65:16,
83:9, 83:24,
84:1, 84:2,
84:11, 84:16,
84:20, 85:11,
104:23, 105:5,
105:8, 105:9,
105:10, 106:1,
106:21, 108:12,
108:22, 109:8,
109:10, 110:24,
128:4, 128:10,
128:17, 129:22,
130:6, 131:11,
131:13, 132:11,
135:19, 139:17,
221:19, 222:4,

222:10, 230:8,
230:10
**meets**
104:19, 104:20
**member**
145:6
**members**
140:6, 140:22,
146:3, 199:11
**memory**
9:5, 55:22,
58:4, 209:13,
209:14, 210:12
**men**
63:14
**menard**
63:11, 78:17
**mental**
105:21, 107:16,
107:17, 109:23,
125:23
**mentally**
86:7, 86:23,
87:5, 88:4
**mention**
177:3
**mentioned**
14:9, 14:10,
37:6, 56:4,
63:13, 70:6,
99:12, 109:12,
135:18, 206:15,
213:9, 218:3
**mentoring**
91:6
**met**
203:6
**meth**
86:16, 86:23,
87:5, 206:5
**methamphetamine**
206:11
**methamphetamines**
206:2
**michael**
1:11, 3:11
**mid**
205:11

**mid-may**
46:7
**mid-s**
33:1, 33:5
**might**
23:8, 39:7,
43:6, 55:6,
58:18, 71:6,
74:8, 77:1,
78:6, 78:23,
79:20, 86:1,
86:14, 86:19,
87:23, 88:18,
88:20, 88:21,
104:8, 106:13,
109:19, 110:1,
110:2, 110:3,
116:9, 126:23,
136:14, 140:14,
147:12, 148:7,
188:1, 192:10,
210:1, 214:13,
217:7, 219:21,
220:4, 220:5,
224:18, 233:2,
234:3, 235:11
**mind**
47:8, 52:21,
64:3, 65:7,
107:2, 157:13,
173:16, 184:10
**mindful**
37:10
**mine**
112:24
**minimum**
225:19
**minor**
23:1, 23:7,
28:9, 28:11,
76:5, 235:7,
235:11
**minute**
55:19, 192:3,
192:9
**minutes**
12:19, 63:10,
65:17, 68:9,

Transcript of Ron Vitale
Conducted on May 31, 2018

90

73:22, 75:5,
131:11, 131:13,
131:17, 131:18,
131:19, 132:11,
138:8, 138:15,
139:1, 139:5,
139:13, 139:14,
139:16, 139:24,
192:5, 192:7,
192:8, 192:11,
224:23
**missing**
53:2
**misstates**
61:15, 118:13,
120:19, 122:21,
145:12, 149:14,
152:19, 155:17,
159:2, 159:4,
175:7, 181:5,
183:24, 237:24
**misstating**
159:16, 183:23
**mo**
4:24
**moment**
91:8
**monday**
20:9, 20:11,
20:24, 90:1,
90:2, 90:3
**mondays**
77:17
**monitored**
132:17
**monitoring**
132:23, 139:3,
139:10
**monitors**
142:12, 143:3,
143:9
**month**
45:5, 46:1,
59:8, 90:11,
134:11, 134:24,
143:14, 219:15,
221:11, 234:10,
234:11

**monthly**
83:9, 83:10,
84:9, 84:10,
84:20, 84:22,
85:1, 85:11,
134:12, 134:21,
221:21, 221:22,
221:24, 222:11
**months**
19:6, 19:7,
45:21, 45:22,
45:24, 46:5,
46:8, 52:21,
53:4, 53:6,
53:8, 53:11,
80:24, 89:16,
166:13, 210:7,
218:21
**mop**
215:18
**mopping**
229:11
**mops**
237:11
**more**
36:17, 41:3,
42:1, 49:21,
49:22, 53:15,
71:8, 81:18,
86:2, 86:18,
87:19, 88:3,
115:21, 115:22,
116:6, 128:3,
128:6, 142:19,
168:1, 169:6,
169:7, 169:24,
170:7, 170:14,
171:6, 171:11,
174:1, 174:22,
186:24, 187:7,
187:13, 188:22,
189:9, 190:9,
190:11, 190:20,
194:5, 205:21,
206:1, 206:2,
206:24, 207:7,
210:2, 224:18,
230:8, 233:6

**morning**
10:10, 11:14,
12:1, 24:18,
64:18, 66:7,
66:8, 66:10,
66:14, 67:16,
68:17, 70:3,
71:5, 84:6,
194:24, 214:17,
215:14
**morning's**
59:3
**mornings**
194:16, 195:7
**most**
91:4, 102:1,
173:5, 174:16,
175:20, 175:21,
175:24, 176:5,
194:6, 212:20,
217:19, 218:16,
218:19, 222:7,
228:15
**mother**
103:4
**motivation**
66:11
**motivations**
27:21
**motrin**
205:21
**mouth**
182:19, 182:20
**move**
29:24, 40:18,
63:23, 77:1,
82:8, 82:9,
180:6, 216:17,
229:18
**moved**
26:3, 80:24,
228:5
**movement**
50:10, 70:22,
82:4, 107:19,
180:13, 193:18,
210:4, 213:19,
214:16, 214:17,

214:24, 215:2
**moves**
114:22, 215:2
**moving**
37:13, 50:11,
78:4, 228:4
**mri**
166:22
**much**
17:9, 18:9,
21:3, 25:3,
27:19, 27:23,
37:24, 39:13,
41:15, 52:24,
56:2, 66:20,
69:21, 70:1,
70:3, 105:1,
105:2, 118:7,
129:16, 189:9,
194:23, 196:23,
205:20, 206:2,
220:23, 226:13
**muddy**
228:6
**multiple**
129:1, 166:18,
174:10, 190:15,
191:12, 199:10,
208:24, 209:16
**myself**
7:11, 7:14,
55:7, 77:16

**N**

**name**
5:14, 5:17,
13:4, 15:21,
51:22, 74:17,
76:16, 132:6,
141:12, 151:22,
166:2, 216:21,
216:24
**named**
14:1, 14:5,
15:16, 17:20
**names**
72:4, 216:20
**nature**
43:19, 44:15,

Transcript of Ron Vitale
Conducted on May 31, 2018

91

46:24, 119:5,
174:3, 188:7,
191:20
**necessarily**
175:2
**necessary**
91:24, 121:10,
140:5, 140:21,
152:4
**need**
41:15, 42:19,
43:2, 45:11,
47:6, 62:21,
71:9, 78:21,
78:23, 79:20,
102:2, 102:3,
106:14, 114:14,
118:21, 119:1,
122:6, 123:3,
127:23, 147:24,
150:24, 158:2,
174:2, 174:17,
188:23, 192:1,
210:21, 212:2,
217:23, 219:22,
226:3, 227:23,
238:16
**needed**
78:24, 108:10,
117:24
**needs**
40:16, 68:23,
69:1, 70:4,
75:16, 79:6,
87:24, 98:10,
98:15, 117:22,
117:23, 119:1,
216:14, 220:22,
222:12
**negative**
28:23
**neither**
239:9
**never**
16:18, 16:19,
17:1, 18:10,
32:15, 50:21,
61:18, 99:12,

142:22, 144:20,
146:19, 179:23,
180:23, 181:18,
223:18, 225:7,
230:5, 230:15
**new**
36:23, 46:6,
52:3, 52:4,
52:6, 52:8,
54:20, 86:24,
91:6
**next**
6:21, 6:22,
27:16, 72:16,
73:17, 97:20,
136:15, 136:18
**night**
236:13
**niles**
32:6
**nine**
80:24, 89:15,
174:15
**nobody**
21:9, 107:7
**nobody's**
78:4
**nods**
6:5
**non-for-profit**
27:18, 27:19
**nona**
132:5, 132:10,
231:2
**nona's**
132:6
**none**
78:1, 223:18
**nope**
12:17
**nor**
239:10, 239:13
**norm**
107:3
**normal**
6:6
**normally**
102:4

**north**
4:7, 4:22
**northeastern**
30:4, 31:2,
31:13, 32:1,
32:17, 33:9,
34:13
**note**
165:12
**notes**
166:9
**nothing**
58:11, 118:1,
232:15
**notice**
180:11, 232:3,
237:22
**noticed**
144:20, 166:13,
180:23, 181:18,
181:19, 186:6,
232:1, 237:12
**notified**
23:8
**notify**
40:16, 145:9
**notre**
210:8
**now**
3:23, 19:1,
19:2, 19:17,
31:21, 36:23,
43:6, 45:5,
45:24, 47:7,
47:13, 52:18,
68:4, 85:9,
85:10, 88:10,
92:5, 92:8,
104:11, 117:13,
118:2, 118:16,
120:1, 121:2,
121:14, 123:12,
145:16, 162:24,
165:17, 167:3,
178:1, 182:7,
185:3, 187:5,
190:18, 192:2,
203:6, 235:9,

238:6
**nuances**
41:23
**nudge**
76:6
**number**
58:9, 96:4,
97:22, 97:23,
101:15, 105:16,
111:4, 111:7,
111:9, 112:17,
113:19, 113:23,
114:4, 114:12,
126:1, 141:14,
142:2, 142:4,
143:21, 147:2,
147:3, 152:1,
155:1, 162:24,
163:1, 163:12,
164:2, 164:7,
168:10, 169:2,
169:5, 169:13,
171:15, 178:6,
178:19, 178:23
**numbered**
93:10, 97:24
**numbers**
134:15, 154:24
**numbness**
59:13
**numerous**
148:16
**nurse**
126:11, 178:9,
178:12, 227:4,
227:6
**nurse's**
224:4
**nurses**
95:11, 225:19,
225:20, 230:17
**nursing**
95:16, 212:13

──────── O ────────

**o'clock**
64:15, 64:21,
65:10, 65:18,

Transcript of Ron Vitale
Conducted on May 31, 2018

92

65:19, 66:3,
66:14, 66:20,
67:4, 67:14,
68:8, 68:17
**o-a-k-t-o-n**
31:19
**oakton**
31:15, 31:18,
32:2, 32:7,
32:16, 33:8
**oath**
5:24, 6:1, 6:2
**obey**
216:23
**object**
12:21, 16:5,
23:24, 49:2,
49:4, 61:14,
97:6, 101:19,
113:20, 116:24,
120:10, 142:16,
144:17, 150:24,
157:4, 157:22,
163:21, 171:18,
176:11, 184:3,
184:5, 185:12,
190:13, 198:21
**objected**
188:19, 231:12
**objections**
7:22, 8:4,
10:5, 10:20,
16:6, 49:6,
61:7, 117:10,
117:11, 153:5,
154:17, 154:22,
154:23, 155:19,
156:10, 159:18,
161:12, 161:14,
165:17, 167:10,
180:3, 181:13,
182:5, 184:8,
185:23, 185:24,
201:2
**objective**
132:23
**objectives**
98:11

**objects**
229:21
**observation**
222:10
**observe**
40:5, 74:11,
146:16, 222:16,
222:19
**observed**
146:17, 181:2,
181:12, 181:24,
187:8
**observing**
178:20, 179:3,
183:17
**obtain**
184:20
**obvious**
47:3
**obviously**
24:11, 42:8
**occasion**
24:21, 199:1
**occasionally**
47:22, 102:18,
106:6, 110:11,
187:16, 187:17,
187:19, 187:22,
189:12, 189:16,
198:12
**occasions**
102:23, 169:7,
199:10
**occur**
23:4, 39:17,
42:9, 119:21
**occurred**
86:22
**occurring**
198:3
**occurs**
151:3
**off**
11:17, 23:9,
36:16, 40:1,
62:24, 63:2,
66:22, 67:2,
67:7, 67:15,

81:5, 88:21,
91:15, 92:5,
96:13, 98:11,
106:13, 106:14,
131:16, 163:11,
164:1, 164:6,
191:3, 211:12,
224:21, 236:8
**offended**
8:24
**offender**
77:12, 132:24,
133:4, 133:12,
133:13, 206:15,
207:14, 208:13,
208:14, 208:24,
209:16, 210:17,
211:4, 212:5,
214:6, 215:3,
216:3, 217:1,
219:10, 220:6
**offenders**
206:7, 208:9,
213:1, 216:20,
218:4, 219:1,
219:2, 220:2
**offer**
110:8
**office**
3:19, 4:14,
71:14, 71:18,
71:19, 94:13,
95:5, 116:4,
227:10
**officer**
24:14, 51:19,
51:20, 56:5,
56:12, 79:13,
79:14, 79:24,
80:2, 80:3,
81:22, 111:14,
127:22, 206:21,
206:24, 210:18,
215:1, 216:12,
216:16, 216:17
**officer's**
207:17
**officers**
76:3, 207:9,

207:10, 207:13,
233:7
**often**
79:16, 88:9,
103:19, 108:5,
130:2, 147:15,
169:22, 170:6,
171:1, 171:24,
187:16, 189:22,
204:3, 210:2,
219:17, 234:3
**oh**
9:15, 9:24,
10:10, 12:24,
13:14, 38:2,
47:3, 48:9,
49:20, 54:8,
75:24, 76:4,
81:2, 86:12,
99:6, 127:18,
135:12, 166:3,
205:1, 218:2,
219:4
**old**
71:15, 81:16,
119:21
**omitted**
8:3
**on-call**
20:10, 20:13,
20:18, 21:2,
22:10, 25:4
**on-the-fly**
40:5
**once**
14:9, 14:11,
40:9, 40:18,
41:7, 52:12,
53:5, 83:20,
89:22, 90:10,
127:1, 134:10,
134:24, 143:14,
158:4, 181:22,
187:24, 189:16,
194:5, 208:3,
208:4
**one**
7:19, 8:5, 8:8,

Transcript of Ron Vitale
Conducted on May 31, 2018 93

| | | | |
|---|---|---|---|
| 10:16, 10:24, 13:8, 23:7, 23:11, 39:6, 39:23, 49:21, 49:22, 56:8, 57:3, 63:16, 67:11, 70:16, 76:2, 77:19, 78:19, 83:12, 88:5, 89:15, 90:17, 90:20, 91:10, 92:4, 92:6, 92:9, 92:17, 93:7, 93:10, 93:16, 93:23, 94:20, 96:4, 97:15, 100:18, 101:1, 101:16, 104:4, 104:18, 105:2, 105:3, 105:5, 106:7, 109:7, 111:19, 111:22, 112:2, 113:14, 115:7, 121:17, 125:2, 128:18, 129:1, 129:3, 129:7, 129:15, 129:18, 131:6, 131:16, 135:11, 144:2, 167:24, 169:7, 172:13, 172:16, 173:5, 174:21, 174:22, 178:6, 183:8, 203:11, 204:4, 207:22, 211:23, 213:9, 217:20, 217:23, 220:5, 220:18, 227:9, 228:3, 232:22, 234:3, 238:16 **one-time** 39:7 **ones** 74:2, 84:5, 84:6 **ongoing** 39:3, 39:6, | 45:6, 132:22, 133:11 **only** 8:13, 57:3, 65:21, 67:14, 71:24, 74:2, 75:13, 78:14, 88:22, 88:24, 89:15, 89:19, 90:9, 92:23, 95:9, 100:5, 107:2, 107:4, 107:8, 108:1, 116:14, 127:8, 129:15, 129:18, 130:21, 131:6, 160:3, 171:16, 171:17, 174:21, 177:3, 180:13, 184:18, 193:19, 194:2, 211:22, 217:22, 218:4, 222:22, 222:24, 223:7, 233:22 **open** 133:19 **opening** 19:11 **operation** 90:22, 91:12, 156:23 **operational** 98:10 **operations** 22:18, 40:19, 41:3, 41:11, 47:18 **ophthalmologist** 234:9 **opiate** 204:12 **opine** 160:7, 160:9 **opinion** 204:10, 224:8 **opinions** 164:10, 164:20 **opportunity** 130:5 | **opposed** 223:24, 229:8 **option** 123:2, 177:4, 228:9 **oral** 33:19, 47:20, 48:11, 49:8, 49:14 **order** 33:20, 35:13, 120:1, 120:2, 120:3, 210:23, 211:5 **ordered** 117:24, 167:10 **orders** 238:13 **organize** 90:21, 91:11, 96:5 **organizing** 95:22 **orientation** 63:17, 208:17 **original** 12:8 **originally** 44:13 **other** 6:15, 10:8, 11:4, 11:9, 13:2, 13:18, 15:19, 17:4, 17:6, 17:7, 17:8, 17:18, 20:12, 21:10, 23:15, 24:12, 29:6, 29:7, 29:10, 33:8, 33:9, 33:10, 33:11, 34:9, 47:1, 49:13, 53:19, 55:14, 57:13, 63:19, 68:13, 70:7, 70:19, 70:20, 72:16, 82:15, | 84:10, 85:11, 85:14, 86:21, 86:24, 102:10, 106:22, 106:23, 109:11, 113:23, 114:5, 114:11, 115:4, 115:16, 115:19, 118:7, 127:24, 130:20, 131:4, 138:20, 155:19, 164:18, 170:24, 175:23, 177:3, 193:22, 193:24, 202:24, 211:17, 213:2, 227:21 **others** 46:4 **otherwise** 152:6, 239:14 **our** 5:23, 16:9, 52:4, 70:18, 71:10, 107:3, 107:4, 127:1, 217:21, 218:21, 221:10, 227:4, 227:6, 233:12, 233:24, 235:9, 237:12 **out** 6:5, 9:19, 9:21, 10:13, 11:18, 25:7, 25:15, 25:17, 36:22, 36:23, 48:4, 50:11, 65:20, 68:14, 69:2, 69:10, 70:5, 72:11, 72:15, 77:8, 80:18, 80:24, 84:22, 92:10, 99:16, 99:21, 101:2, 107:3, 108:7, 108:9, 114:16, 117:18, 120:3, 121:16, |

121:17, 127:15,
135:20, 138:12,
148:2, 162:3,
164:2, 174:15,
180:12, 194:7,
198:14, 204:3,
204:8, 210:11,
210:21, 210:23,
211:4, 211:21,
212:8, 212:20,
216:10, 216:14,
216:17, 219:12,
219:16, 228:16,
232:23, 233:3,
233:8, 233:14,
233:17, 233:23,
233:24, 234:3,
234:11, 234:13,
234:20, 235:14,
235:21, 235:22,
236:7, 237:22
**outcome**
16:16, 239:14
**outline**
125:17, 138:10
**outright**
179:19, 185:20
**outside**
28:8, 70:16,
71:2, 71:5,
73:3, 73:7,
73:8, 81:12,
81:18, 122:6,
219:6
**over**
5:21, 6:15,
9:11, 9:12,
9:16, 13:5,
26:24, 36:6,
36:23, 39:14,
40:17, 44:23,
46:24, 69:14,
73:9, 73:12,
83:1, 87:23,
95:23, 96:5,
96:11, 96:19,
97:1, 113:18,
123:14, 131:7,

138:18, 145:21,
150:14, 166:24,
169:23, 171:9,
171:21, 171:23,
176:2, 176:4,
192:24, 200:16,
206:22, 207:6,
208:2, 228:23,
231:24, 234:1,
236:18, 237:3,
237:23
**overall**
22:18, 220:23
**oversee**
113:15, 215:3,
220:13
**oversees**
217:7, 220:17
**overtime**
52:24, 233:9
**own**
46:15, 58:4,
70:24, 215:22

**P**
**packet**
105:14, 105:15
**page**
2:4, 2:5, 2:6,
2:7, 2:13, 2:14,
2:15, 2:16,
2:17, 111:4,
125:21, 125:22,
134:15, 139:7,
140:10, 141:15,
142:4, 147:3,
168:10, 169:2,
169:3
**pain**
146:20, 203:12,
203:15, 203:18,
205:20
**painful**
196:18
**pains**
206:20
**paper**
165:7

**papers**
115:11
**paperwork**
211:19, 212:7,
216:9, 216:11
**par)**
239:6
**paragraph**
93:9
**pardon**
14:20, 27:13,
84:24, 193:13,
193:23, 213:3
**parent**
102:3
**parents**
198:9, 199:2
**parker**
15:18, 17:2
**parking**
202:2, 202:8,
202:10
**parole**
78:15, 91:6
**part**
36:11, 55:6,
57:14, 69:24,
87:1, 141:17,
141:18, 141:20,
142:3, 142:6,
144:12, 147:4,
155:1, 169:12,
183:9, 192:13,
208:18, 208:19,
215:9, 237:17
**partake**
57:2
**participate**
110:24
**participated**
221:20
**participation**
126:16, 126:18,
127:6, 129:10
**particular**
35:6, 77:19,
128:2, 130:7,
130:11, 130:23,

131:4
**particularly**
39:2, 205:10,
229:1
**parties**
164:6, 239:10,
239:13
**partnered**
69:2
**party**
184:1, 184:9,
184:16, 184:18
**pass**
36:8, 46:17
**passed**
35:2, 129:17
**past**
66:6, 73:1,
73:3, 106:4
**patient**
106:17, 166:14,
166:17, 166:20,
166:24, 221:2
**patients**
106:2, 106:7,
108:14, 233:16,
234:20, 235:2
**pay**
207:8
**pays**
207:5
**pending**
3:23, 8:13,
16:22, 16:23
**people**
8:24, 15:20,
21:11, 37:13,
43:10, 45:8,
45:9, 45:16,
47:23, 48:2,
50:11, 52:3,
52:7, 52:8,
55:5, 63:21,
63:22, 67:15,
69:8, 69:12,
78:9, 78:13,
82:2, 82:3,
82:6, 87:10,

Transcript of Ron Vitale
Conducted on May 31, 2018

95

87:18, 102:20,
104:19, 105:17,
105:18, 107:9,
107:10, 107:11,
107:13, 107:20,
110:17, 114:22,
121:16, 126:14,
127:23, 130:15,
146:22, 147:15,
161:23, 171:1,
171:16, 172:18,
172:24, 173:6,
174:14, 175:9,
175:16, 180:6,
180:7, 189:21,
190:11, 191:17,
191:18, 195:20,
197:23, 199:16,
199:17, 205:11,
208:20, 210:19,
214:21, 214:22,
217:24, 218:7,
218:19, 219:16,
219:21, 223:3,
225:21, 228:17,
228:18, 229:3,
229:18, 230:16,
232:11, 233:16,
233:23, 235:14,
235:21, 236:7,
236:14
**per**
36:22, 76:18,
76:24, 84:3,
84:4, 232:23
**perfect**
11:2
**perfectly**
162:4, 163:19
**performance**
28:24, 98:7,
98:14, 100:1,
100:19, 100:23,
133:13
**performed**
156:22, 166:18,
166:19, 166:22
**performs**
113:23, 114:4

**period**
23:13, 24:4,
46:13, 54:22,
83:8, 85:23,
89:5, 90:9,
90:19, 166:15,
171:22, 190:2,
190:21, 191:16,
194:23, 208:17,
231:24, 236:18
**person**
26:19, 43:1,
46:13, 46:15,
49:21, 49:22,
58:17, 95:12,
95:13, 99:5,
99:20, 107:16,
112:14, 126:7,
126:10, 147:18,
147:20, 170:24,
204:13, 205:22,
209:20, 210:6,
210:11, 210:20,
213:11, 213:17,
217:6, 227:19,
236:19, 236:20
**person's**
119:20
**personal**
23:19, 58:4,
155:15, 159:2,
161:2, 165:19,
167:7, 170:16,
193:8, 194:18,
195:11, 196:8,
197:5, 198:6,
199:14, 200:6,
200:19, 202:5,
202:20, 233:19
**personally**
50:8, 55:1,
55:3, 57:10,
58:20, 79:9,
124:8, 197:21,
227:18
**personnel**
145:9
**pertain**
141:23

**pertaining**
92:15, 101:8,
129:2
**ph**
166:1
**pharmaceutical**
109:4, 109:18
**pharmacist**
109:3, 109:6
**phone**
39:24, 79:6,
79:8, 85:9,
102:2, 102:18,
163:12
**physical**
21:19, 41:4,
43:14, 118:3,
119:3, 127:10,
204:18, 204:24,
205:22, 223:21
**physically**
21:22, 74:11,
74:16, 89:7,
216:2
**physicals**
119:18, 119:20
**physician**
105:15, 106:13,
118:1, 166:17,
210:23, 212:12,
223:15
**physicians**
203:24, 205:19
**pick**
20:17, 90:6,
121:6
**picture**
58:21, 58:22,
197:15
**piece**
36:3, 198:15,
198:16
**pieces**
165:7
**place**
52:17, 69:12,
130:17, 137:8,
141:3, 215:11,

232:13, 234:2
**placed**
69:13, 107:11
**placement**
210:18, 216:12,
216:16, 216:17
**places**
78:19, 210:1,
210:18
**plaintiff**
1:7, 1:22, 3:7,
3:25, 3:27, 4:3,
5:2, 5:10, 5:18,
147:5, 151:20,
164:14, 183:17
**plaintiff's**
165:20
**plan**
90:18, 90:21,
91:11, 91:14,
96:5, 133:18,
139:3, 139:12
**planning**
95:22
**plans**
222:19
**plant**
21:19, 41:4,
43:14, 118:3,
127:10
**please**
5:14, 6:23,
7:4, 35:10,
125:7, 126:15,
165:13, 179:11,
185:5, 189:15,
189:18, 192:23,
224:21
**plus**
20:13, 37:20
**point**
12:3, 12:24,
13:1, 21:18,
50:20, 51:2,
51:7, 58:22,
67:13, 86:9,
139:24, 160:7,
162:2, 168:23,

Transcript of Ron Vitale
Conducted on May 31, 2018                                              96

181:17, 192:3,
233:22
**pointe**
3:20
**policies**
50:17, 55:11,
90:14, 92:10,
92:14, 101:3,
101:7, 141:22
**policy**
51:4, 113:5,
132:21, 133:2,
133:6, 133:10,
133:16, 133:22,
134:3, 134:9,
134:23, 136:1,
138:23, 140:3,
140:17, 219:10
**population**
88:4, 107:6
**porter**
193:20
**portion**
81:19, 166:6,
166:7
**posing**
203:11
**position**
19:18, 19:22,
21:12, 23:19,
28:19, 34:22,
35:20, 41:9,
54:20, 91:19,
96:15, 96:22,
100:4, 100:11,
112:1, 116:14,
192:13, 215:10
**positions**
50:11
**positive**
137:24
**possible**
5:22, 6:17,
105:1, 167:4,
177:7, 177:17,
178:2, 181:22,
181:23, 182:13,
182:14

**potentially**
16:22, 22:9,
161:24
**practice**
102:5, 219:10
**practices**
50:18, 51:4,
133:12
**prea**
38:7, 38:17,
39:3, 39:5,
54:9, 57:3,
57:4, 57:6,
57:7, 57:8,
57:11, 86:2,
86:4, 86:22,
87:5
**preparation**
9:10, 11:10
**prepare**
100:19
**prepared**
36:5
**prepares**
98:14
**prescribe**
204:1, 205:20
**present**
11:12, 11:14,
11:24, 21:22,
50:22, 51:3,
51:8, 56:2,
167:17, 189:21
**presented**
125:17, 148:18,
149:8, 156:6,
158:21, 159:21,
212:5
**presents**
203:14
**pretend**
77:14
**pretty**
17:9, 18:9,
21:3, 25:3,
27:19, 27:23,
39:13, 41:14,
50:15, 59:8,

63:8, 63:23,
69:5, 69:21,
70:1, 70:3,
70:11, 70:18,
71:10, 79:21,
82:17, 82:19,
86:3, 107:8,
109:9, 196:23,
205:15, 205:19,
214:12, 226:2,
226:13, 228:15
**prevent**
9:2, 144:6,
144:9, 144:15
**previously**
209:19
**primary**
206:9, 206:10
**prior**
9:20, 9:21,
25:4, 29:9,
29:19, 32:20,
37:3, 37:14,
54:20
**prioritizing**
71:9
**prison**
37:6, 37:7,
37:9, 43:11,
70:18, 83:20,
145:5, 197:24,
205:10, 236:5
**prison-based**
25:11
**prisoner**
14:19, 14:21,
15:21, 17:5,
17:8, 130:23,
145:9
**prisoners**
51:9, 58:24,
77:8, 119:11,
130:7, 130:11,
131:4, 145:7,
146:4, 222:13,
232:23
**privileged**
8:1, 11:22,

13:14
**probably**
14:13, 15:3,
19:6, 19:16,
26:13, 26:14,
28:10, 29:14,
29:15, 30:22,
31:7, 32:24,
44:3, 45:19,
45:21, 46:5,
46:7, 55:3,
55:4, 55:18,
59:7, 62:17,
63:10, 66:19,
69:13, 74:3,
79:18, 83:24,
99:4, 101:13,
102:13, 115:2,
115:3, 116:5,
116:6, 127:8,
135:5, 153:12,
156:17, 157:1,
164:13, 171:14,
172:16, 173:5,
173:16, 192:4,
209:8, 209:21,
217:9, 221:10,
221:17, 221:18,
232:5, 236:21,
237:13, 238:3
**problem**
67:9, 102:22,
118:23, 129:13,
129:21, 148:19,
156:23, 159:11,
174:6, 175:4,
176:6, 176:10,
186:2, 227:14,
232:12
**problems**
21:18, 95:14,
105:18, 118:3,
133:18, 133:20,
133:22, 134:3,
134:4, 136:2,
138:23, 163:2,
180:9, 180:22,
180:23, 182:23,

182:24, 189:24,
203:12, 203:18,
231:10, 232:9
**procedure**
42:13, 123:12,
170:19, 170:21,
170:22, 178:9,
195:21, 199:17,
199:21, 199:22,
199:24, 226:4
**procedures**
50:23, 55:12,
90:14, 101:3,
141:22, 163:3,
233:11, 234:22,
234:24, 235:3
**process**
132:17, 148:10,
149:3, 195:23,
207:10, 218:7,
227:3, 227:4
**procurement**
50:4
**produced**
3:17, 5:9,
151:19
**professional**
111:17, 133:12
**professionals**
225:17
**proficiency**
34:6
**proficient**
34:8
**program**
25:9, 36:18,
36:19, 36:24,
41:1, 69:2,
70:6, 71:2,
71:3, 71:4,
83:9, 84:7,
84:18, 84:21,
85:3, 90:22,
91:2, 91:3,
91:6, 91:7,
91:11, 96:8,
112:20, 113:9,
113:11, 125:3,

126:16, 129:11,
129:14, 132:16,
132:22, 133:3,
133:7, 133:11,
218:3
**programming**
37:4, 86:20
**programs**
18:22, 18:23,
19:17, 19:24,
20:1, 20:15,
20:23, 22:6,
25:1, 25:12,
34:16, 34:19,
34:21, 35:4,
35:7, 35:12,
35:17, 35:20,
36:2, 36:4,
36:11, 36:14,
37:2, 37:15,
39:21, 40:4,
40:20, 40:21,
41:20, 47:12,
47:14, 47:19,
54:23, 68:5,
70:7, 70:15,
70:23, 83:6,
85:7, 85:16,
85:22, 85:23,
88:6, 90:17,
90:20, 91:10,
91:14, 91:20,
92:6, 92:13,
92:17, 93:4,
94:14, 94:20,
95:21, 96:23,
97:13, 97:15,
100:18, 101:1,
101:6, 101:10,
103:12, 104:4,
111:18, 111:20,
112:3, 112:18,
113:5, 115:2,
116:11, 116:19,
116:22, 117:6,
117:9, 119:10,
119:12, 120:14,
123:23, 124:22,

144:3, 218:23,
230:9
**progression**
205:16
**prolonged**
204:19, 205:2
**promoted**
19:12
**promotion**
19:4
**pronounce**
13:4
**properly**
111:15
**proposed**
164:9
**protocol**
199:17
**provide**
54:23, 116:20,
117:7, 120:15,
121:14, 121:16,
122:5, 122:7,
122:12, 122:18,
124:5, 132:22,
144:7, 144:10,
144:16, 225:8
**provided**
49:19, 97:2,
124:16, 135:8,
139:16, 141:10,
142:22, 219:2
**provider**
50:14
**providers**
220:13, 222:11
**provides**
51:17, 95:3,
98:5
**providing**
9:2, 122:3,
225:12, 227:19
**provision**
51:9, 143:15
**pry**
8:22
**pull**
46:8, 46:10,

168:8
**purchase**
43:3, 45:11
**purchasing**
43:2
**purpose**
6:7, 7:23,
23:20, 75:22,
133:2, 133:6,
133:10
**pursuant**
113:4, 114:12,
132:21, 133:2,
133:6, 133:10,
133:16, 133:22,
134:3, 134:9,
134:22, 136:1,
138:23, 239:6
**put**
55:7, 65:20,
70:24, 71:11,
75:2, 92:2,
105:13, 119:1,
123:17, 124:5,
171:15, 182:20,
211:15, 216:18,
226:7, 226:12,
228:4, 229:24
**putney**
119:1
**putney's**
103:4
**puts**
105:14, 151:2
**putting**
182:18

———— Q ————

**qi**
84:17, 84:19,
112:10, 230:7
**qualified**
142:8, 155:4
**qualifying**
54:10
**quality**
104:6, 104:7,
104:8, 104:14,

Transcript of Ron Vitale
Conducted on May 31, 2018

98

104:15, 104:17,
104:20, 106:12,
111:12, 111:21,
112:5, 112:7,
112:8, 112:9,
112:10, 112:20,
113:6, 113:9,
113:10, 113:14,
113:15, 125:3,
125:10, 125:13,
126:16, 128:1,
128:8, 128:16,
128:23, 129:11,
129:14, 129:21,
130:2, 130:6,
131:10, 132:16,
132:18, 132:21,
132:23, 133:3,
133:7, 133:11,
133:16, 133:18,
133:23, 134:4,
134:9, 134:23,
135:2, 135:8,
135:14, 136:3,
136:6, 136:23,
138:4, 138:21,
139:1, 139:17,
139:23, 142:11,
142:14, 142:21,
142:24, 143:8,
143:10, 143:13,
221:19, 236:2
**quarterly**
84:17, 84:19,
85:11, 104:19,
104:21, 104:23,
105:7, 106:1,
106:21, 108:12,
108:21, 109:5,
109:8, 109:10,
109:13, 130:4,
134:12, 221:21
**quarters**
103:15
**question**
6:21, 6:22,
7:4, 7:9, 7:12,
7:16, 7:17, 8:3,

8:10, 8:14,
8:23, 11:23,
21:15, 35:21,
39:23, 42:6,
44:10, 44:13,
47:8, 51:16,
61:9, 61:14,
62:8, 93:19,
93:21, 94:2,
97:9, 97:20,
98:24, 113:21,
121:19, 121:20,
133:24, 134:6,
144:13, 147:18,
147:19, 147:21,
147:23, 148:7,
151:1, 151:5,
152:22, 155:21,
155:24, 157:6,
157:21, 158:20,
159:7, 160:7,
161:21, 167:24,
168:18, 169:2,
171:19, 172:5,
172:13, 172:14,
174:10, 177:11,
177:16, 179:6,
179:12, 181:8,
182:4, 183:16,
184:21, 185:11,
185:15, 185:17,
186:9, 188:7,
188:12, 188:22,
189:3, 189:15,
189:20, 191:21,
199:4, 201:21,
224:16, 224:22
**questioning**
160:12, 160:22,
161:10, 162:19,
163:9, 163:17,
163:18, 163:19,
164:19, 165:14,
190:14
**questions**
2:3, 6:18, 7:6,
7:24, 8:1,
11:19, 48:14,

48:22, 49:8,
54:14, 55:24,
77:15, 95:14,
146:12, 148:22,
157:8, 161:14,
161:20, 161:23,
162:1, 162:6,
162:9, 163:21,
164:13, 171:23,
173:1, 174:14,
203:1, 223:24,
224:15, 227:21,
231:12, 232:16,
238:5, 238:6
**quick**
80:4, 205:4
**quicker**
46:4
**quickly**
5:22, 63:23
**quite**
35:22, 87:13,
105:9, 109:2,
148:1, 153:11,
171:11, 171:22,
174:13, 174:20,
186:21, 222:8
**quote**
169:12

## R

**rachel**
4:13, 13:19
**raise**
130:6, 130:10,
163:17
**raised**
130:23, 131:4
**raising**
32:9
**ran**
26:18
**rather**
75:3
**read**
18:1, 18:2,
44:6, 45:15,
47:9, 58:19,

70:12, 96:4,
97:22, 111:9,
114:1, 114:9,
142:9, 143:7,
149:17, 149:21,
149:22, 153:10,
155:5, 157:13,
157:15, 165:11,
165:22, 166:5,
168:15, 169:5,
178:10, 222:1
**readily**
173:21, 184:20
**reading**
47:8, 70:13,
98:16, 112:1,
141:18, 157:13
**ready**
198:21
**reagan**
1:11, 3:11
**real**
72:5, 107:21,
136:11, 154:11,
177:24, 205:4,
222:8
**realize**
221:24
**really**
8:21, 9:6, 9:7,
15:1, 24:15,
25:15, 26:10,
28:12, 29:23,
30:12, 36:5,
36:15, 37:10,
39:20, 42:6,
48:16, 49:16,
49:17, 50:7,
55:21, 70:3,
78:1, 85:24,
88:13, 98:24,
99:2, 99:7,
105:22, 110:9,
111:2, 115:22,
129:16, 129:19,
131:8, 150:7,
170:5, 171:11,
171:12, 172:12,

Transcript of Ron Vitale
Conducted on May 31, 2018                                             99

173:7, 174:17,
181:15, 181:16,
185:16, 186:9,
186:20, 190:24,
192:4, 194:3,
196:10, 200:10,
204:21, 205:20,
223:7, 226:10,
228:15, 230:15,
230:18, 231:2
**reason**
8:19, 24:8,
27:5, 54:7,
61:4, 65:21,
66:1, 99:13,
100:10, 107:8,
107:18, 150:3,
150:10, 150:20,
154:6, 154:13,
163:20, 167:19,
168:2, 183:15,
184:17
**reasonable**
184:19
**reasonably**
113:24, 114:6
**reasons**
191:2, 233:5
**reassign**
216:7
**reassigned**
216:5
**recall**
25:15, 49:7,
49:12, 61:9,
85:12, 87:8,
104:11, 107:1,
115:22, 129:19,
129:23, 130:22,
131:7, 131:9,
144:11, 144:21,
144:22, 144:24,
145:2, 146:21,
147:4, 147:7,
147:13, 172:12,
172:24, 173:1,
173:2, 173:3,
177:13, 177:14,

177:22, 178:3,
178:4, 182:19,
182:23, 183:6,
194:23, 195:4,
196:21, 197:10,
198:15, 200:9,
200:12, 200:13,
200:21, 202:23,
209:20, 228:12
**receive**
36:13, 39:20,
40:2, 43:19,
44:14, 50:12,
50:17, 59:9,
145:7, 146:4
**received**
35:11, 35:19,
40:5, 41:20,
44:12, 44:19,
51:3, 51:8,
51:12, 55:15,
150:2, 150:19,
152:14, 153:22
**receiving**
108:15, 153:2,
169:8, 169:20,
170:13, 171:7,
177:8, 177:18,
179:2, 179:14,
197:1
**recently**
11:1, 39:5,
166:20
**recess**
141:5, 164:4,
165:5
**recognize**
179:20, 237:2
**recognized**
133:8
**recollection**
57:21, 58:1,
58:3, 58:14,
58:17, 59:11,
59:15, 59:19,
60:2, 60:6,
60:9, 60:12,
60:16, 61:20,

93:15, 93:22,
101:15, 173:9,
174:5
**recollections**
131:3
**recommend**
176:7
**recommends**
98:12, 98:14
**record**
5:15, 43:23,
47:4, 70:13,
72:14, 98:2,
98:16, 114:17,
137:7, 143:7,
162:2, 163:5,
163:11, 163:13,
163:15, 164:1,
164:5, 164:6,
165:6, 223:20,
238:12
**record's**
141:17
**recording**
70:14
**records**
17:17, 35:22,
38:10, 94:9,
95:19, 96:6,
106:5, 137:6,
137:21, 148:3,
165:18, 221:2
**recruiting**
114:23
**redirect**
232:17
**reduced**
130:16, 239:8
**refer**
45:14, 76:8,
107:15, 121:17,
121:23, 123:14,
145:3, 146:18,
146:22, 147:14,
173:8, 175:10,
175:22, 176:7,
176:20, 178:7,
195:14, 195:16,

216:13, 220:7,
232:10, 232:13,
232:14, 233:14
**reference**
45:10, 142:20
**referred**
56:1, 117:18,
215:5, 234:11,
234:13
**referring**
129:3, 137:9,
142:23, 144:21,
145:13
**refers**
118:18
**reflecting**
106:4
**refresh**
93:15, 93:22,
101:15
**refuse**
127:15, 127:20,
127:21
**regarding**
51:8, 98:6,
111:17, 130:7,
130:10, 131:4,
143:15, 168:13,
168:20, 169:14
**regardless**
150:15
**regional**
25:11, 26:1,
26:19, 26:20,
95:13, 126:10
**registered**
56:18
**regular**
174:21, 194:5,
236:20, 237:20
**regulations**
101:3
**related**
99:8, 99:20,
239:9
**relates**
164:18
**relative**
102:2, 102:19,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                100

239:12
**relatives**
101:12, 101:18,
102:6, 102:11,
103:1, 103:8
**released**
106:10, 110:18,
150:1, 150:18,
158:4
**relevance**
27:6, 204:20,
205:24, 206:8
**relevant**
140:4, 140:20,
160:18, 162:7,
162:10
**relief**
52:23
**relieved**
216:4
**remember**
9:13, 12:7,
14:23, 15:3,
15:19, 15:21,
28:11, 30:19,
42:6, 44:16,
48:14, 48:23,
49:5, 49:23,
50:8, 53:24,
54:2, 54:8,
54:12, 55:17,
75:21, 84:12,
85:13, 88:12,
88:15, 88:17,
89:14, 102:13,
110:7, 115:12,
115:21, 129:15,
131:2, 131:5,
132:5, 142:17,
173:16, 173:19,
174:3, 179:3,
179:15, 179:21,
183:20, 185:15,
185:19, 185:21,
186:3, 186:5,
187:15, 195:3,
197:18, 201:3,
201:5, 210:2,

222:17, 223:7,
223:10, 223:11,
226:14, 226:15,
226:18, 231:9,
235:10, 236:17
**remind**
6:12, 11:15,
11:18, 46:22,
226:9, 227:14
**reminder**
82:24, 97:8
**reminding**
6:14
**remove**
119:8
**renewal**
31:12
**repeat**
48:1, 83:12,
117:4, 184:8,
227:21
**repeated**
227:13
**repeatedly**
159:5, 161:1,
209:23, 210:6,
226:22, 227:2
**rephrase**
7:8, 7:14
**replaced**
19:14
**report**
23:8, 95:11,
105:21, 106:6,
109:3, 109:5,
109:23, 109:24,
110:3, 125:19,
126:5, 136:14,
136:19, 178:14
**reportable**
42:8, 43:16
**reported**
59:12, 109:21,
125:24, 155:8,
155:9, 200:3,
200:24
**reporter**
3:22, 4:30,

5:5, 6:8, 6:16,
47:9, 83:1,
139:15, 157:15,
238:12, 239:1,
239:3, 239:18
**reporting**
125:14
**reports**
98:15, 105:22,
125:15, 138:10,
201:19, 201:23,
220:22
**represent**
149:23, 150:11,
150:16, 203:6
**representation**
162:16
**representative**
230:8
**representing**
162:20
**request**
11:2, 16:10,
75:2, 148:2,
152:1, 158:11,
168:9, 183:4,
184:1, 211:6,
211:18, 211:20,
211:21, 231:7
**requested**
47:9, 57:2,
130:7, 130:11,
144:20, 146:20,
157:15
**requesting**
79:3, 79:23,
123:16, 144:11
**requests**
151:19, 183:9
**require**
24:7, 86:2,
121:1, 142:7,
145:2, 152:8
**required**
35:7, 94:19,
113:6, 113:24,
114:5, 114:11,
130:8, 130:11,

134:10, 134:24,
143:21, 227:23
**requires**
125:14
**requiring**
149:12, 151:8,
153:19
**reschedule**
224:19
**research**
204:21
**reserve**
16:9
**resolve**
133:20, 225:24
**resolved**
133:23, 134:4
**respond**
42:10, 42:12,
43:15, 49:9,
145:15, 172:18,
220:18
**responding**
44:14, 183:9
**response**
44:12, 44:16,
141:14, 141:19,
142:2, 142:3,
142:6, 143:20,
147:2, 152:1,
168:10, 169:1,
169:10, 175:12,
176:9, 177:1,
178:5, 178:19,
178:23, 179:14,
183:12, 183:24,
207:15
**responses**
10:1, 10:2,
10:11, 10:23,
11:6, 141:10,
154:24, 183:2
**responsibile**
90:13, 119:4
**responsibilities**
20:18, 23:16,
23:18, 24:19,
36:4, 40:21,

Transcript of Ron Vitale
Conducted on May 31, 2018                                        101

71:11, 83:7,
85:15, 85:20,
87:2, 87:17,
88:6, 90:18,
90:21, 91:10,
92:7, 92:9,
92:18, 93:23,
94:21, 97:16,
100:19, 101:2,
101:16, 104:5,
105:3, 111:19,
112:3, 144:2,
145:7, 146:3
**responsibility**
92:14, 95:23,
96:5, 96:16,
96:18, 97:1,
101:7, 116:22,
117:9, 119:13,
120:9, 120:14,
121:8, 122:16,
123:21, 123:23,
145:8
**responsible**
43:17, 92:23,
93:2, 95:22,
101:11, 103:13,
114:12, 116:19,
117:6, 118:19,
119:10, 121:1,
140:4, 140:18,
225:12
**restate**
182:6
**results**
105:17, 109:12
**retain**
17:13
**review**
11:9, 12:3,
15:2, 28:24,
111:11, 112:21,
115:17, 127:17,
127:19, 136:14,
139:24, 165:24,
221:1, 227:11,
238:8, 238:9
**reviewed**
9:9, 11:12,

12:11, 115:10,
124:24, 170:23
**reviewing**
12:1, 106:5,
113:4, 113:8
**reviews**
98:5, 98:15,
100:1, 125:19,
227:4, 227:9
**revisions**
91:24
**revisit**
16:11
**right**
7:5, 10:7,
11:4, 11:6,
16:9, 19:4,
22:4, 22:8,
25:15, 25:17,
27:16, 29:19,
32:22, 38:20,
47:22, 47:24,
54:16, 55:10,
59:4, 71:17,
72:2, 72:7,
72:11, 72:13,
72:15, 72:16,
72:18, 72:19,
72:20, 73:14,
79:22, 89:1,
89:20, 93:8,
96:17, 97:24,
100:9, 111:5,
111:6, 111:7,
113:19, 122:17,
122:20, 123:14,
138:9, 148:14,
148:17, 151:13,
151:16, 158:19,
162:5, 162:24,
164:22, 178:1,
179:17, 181:10,
182:7, 196:18,
196:19, 198:10,
200:15, 206:22,
208:15, 208:21,
211:12, 214:7,
214:24, 217:4,

225:2, 236:14,
237:8
**rights**
160:17
**rnc**
119:19
**role**
25:10, 218:22,
220:15
**rolled**
128:4
**ron**
1:20, 3:17,
4:12, 5:8
**ronald**
5:16
**room**
6:13, 102:15,
119:2, 120:4,
120:5, 149:8,
155:9, 156:6,
156:13, 156:14,
156:17, 156:21,
158:22, 159:21,
166:21, 184:10,
236:15
**rooms**
137:17
**rotate**
21:7
**rotated**
22:20
**round**
76:18
**rounds**
62:17, 62:20,
62:21, 62:24,
63:9, 63:10,
63:12, 63:20,
64:2, 64:16,
68:11, 68:14,
68:18, 71:13,
73:21, 73:24,
74:10, 74:15,
75:8, 75:20,
75:23, 77:18,
103:22, 104:1,
104:2, 147:15,

148:16, 180:14,
194:10
**routine**
103:13, 237:19
**row**
234:4
**rule**
183:24, 184:9,
184:23
**rules**
5:22, 10:16,
101:2, 161:16,
185:11, 216:20,
216:22, 216:23,
217:2
**ruling**
164:11
**rulings**
164:21, 174:19
**run**
43:10, 67:12,
82:1, 91:13,
201:15
**rundown**
209:10
**running**
39:12, 65:3
**runs**
24:3, 24:5,
41:6, 81:23,
81:24
**ryan**
13:6, 13:7,
13:9, 13:19

**S**

**safe**
171:14, 173:9,
173:14
**safety**
215:7, 217:6,
217:7, 217:12,
229:14, 229:16,
232:7
**said**
11:18, 16:4,
16:11, 16:13,
18:10, 19:23,

Transcript of Ron Vitale
Conducted on May 31, 2018

102

30:17, 37:24,
43:16, 44:11,
50:8, 53:19,
59:16, 63:6,
73:24, 81:11,
106:17, 108:13,
112:8, 130:1,
131:2, 151:13,
157:13, 157:14,
158:2, 173:18,
178:14, 186:18,
188:17, 188:18,
189:8, 189:13,
189:16, 189:17,
189:18, 196:14,
196:21, 199:19,
203:7, 208:4,
213:18, 220:6,
221:20, 221:21,
227:2, 227:22,
232:22, 233:10,
233:15, 235:17,
239:7
**salary**
100:2
**sally**
148:5
**same**
6:1, 7:3, 7:15,
20:16, 25:2,
32:23, 46:20,
47:12, 47:19,
61:7, 61:23,
61:24, 65:22,
104:2, 117:10,
117:11, 128:10,
128:12, 128:13,
137:8, 146:6,
149:9, 151:14,
153:5, 153:14,
154:8, 154:17,
154:22, 155:8,
156:5, 156:10,
158:22, 159:18,
159:20, 160:14,
161:21, 167:22,
170:15, 178:6,
180:3, 181:13,

182:5, 185:5,
185:7, 185:23,
185:24, 201:2,
205:4, 224:6,
224:11, 238:15
**san**
215:7, 217:6,
217:7, 217:12,
229:14, 232:7
**sanitation**
217:13, 229:13,
229:16
**sat**
18:10
**save**
47:3
**saw**
60:17, 145:1,
173:17, 179:18,
179:23, 182:13,
194:16, 195:7,
196:3, 197:15,
208:23, 210:5,
231:15, 236:17,
236:19, 236:20
**saying**
15:11, 53:3,
67:13, 137:20,
146:12, 157:9,
181:9, 185:2,
206:24, 209:17,
216:14
**says**
5:10, 91:1,
91:22, 91:23,
96:4, 98:2,
101:22, 113:19,
113:23, 114:4,
124:11, 141:17,
141:20, 142:2,
142:6, 165:12,
165:23, 169:6
**scenario**
22:2
**schade**
4:21
**schedule**
20:5, 20:6,

20:11, 20:15,
25:1, 62:12,
62:15, 69:24,
70:1, 82:11
**schedules**
20:12, 37:12,
41:12, 70:24,
95:6
**school**
29:14, 31:14,
32:10, 66:23,
67:3, 67:6,
71:15, 71:16,
81:16, 82:1,
82:2, 82:3,
214:8, 214:22,
223:18
**schooling**
33:11, 34:9
**schools**
33:10, 33:12
**science**
30:6, 30:9
**sclerosis**
166:18
**scope**
28:8, 114:1,
114:6, 140:11
**screening**
114:23
**search**
58:7, 58:12
**searched**
58:8
**second**
4:15, 39:23,
91:22, 92:4,
108:3, 111:13,
113:14
**section**
54:9, 54:10,
72:9, 112:18,
140:13
**securities**
42:18
**security**
41:4, 41:12,
94:15, 127:9,

145:6, 233:6,
236:4
**see**
9:24, 10:5,
13:16, 55:19,
72:15, 75:2,
76:20, 76:21,
77:1, 77:3,
77:5, 78:20,
99:23, 146:24,
148:5, 158:15,
165:13, 174:17,
182:10, 188:1,
193:4, 193:18,
193:21, 194:4,
210:1, 212:12,
214:23, 223:3,
223:5, 232:10,
236:24, 237:6,
237:7, 237:9,
237:12, 237:15,
237:16, 237:20
**seeing**
144:24, 145:2,
183:5, 183:6,
185:20, 201:3,
201:5, 226:15,
231:8, 231:9
**seek**
203:15
**seeking**
205:18
**seems**
86:8, 183:13
**seen**
135:4, 145:20,
147:11, 151:18,
191:17, 204:24,
205:9, 205:22,
211:8, 231:17,
236:1
**seg**
63:4, 74:4,
74:13, 78:12,
78:15, 78:17,
78:19
**seg's**
78:14

Transcript of Ron Vitale
Conducted on May 31, 2018                                                     103

**segregation**
62:22, 71:23,
71:24, 78:15,
79:22
**seizure**
146:24
**seldom**
108:1, 180:12
**self-contained**
137:18
**send**
34:15, 86:11,
121:16, 124:12,
206:22, 227:10,
233:7, 233:23
**sends**
114:16
**sense**
8:17, 37:23
**sent**
45:7, 117:23,
232:23, 233:16,
234:20, 235:14,
235:22
**sentence**
81:5, 108:10,
130:16, 218:12,
218:17
**separate**
31:2, 52:8,
113:10
**september**
62:10, 149:8,
149:10, 150:2,
155:10, 156:5,
156:9, 158:22,
158:23, 159:10,
159:20, 159:23,
161:19, 168:14,
168:21, 169:8,
178:21, 223:22,
224:4
**sergeant**
207:20
**sergeants**
207:22
**serious**
151:8, 152:5,

152:15, 153:3,
153:13, 153:16,
153:18, 153:20,
153:24, 154:7
**seriously**
86:7, 86:22,
87:5
**serve**
46:15, 88:7,
88:9, 97:16,
104:5, 111:20,
112:4, 113:6,
142:12, 143:8,
222:12
**served**
88:15
**serves**
98:2, 98:3,
111:10, 111:13,
111:14
**service**
84:21, 122:14,
213:6
**services**
40:23, 40:24,
79:7, 79:9,
79:12, 79:15,
90:22, 91:11,
91:14, 94:9,
95:3, 95:24,
96:6, 96:7,
96:8, 97:2,
101:24, 102:4,
103:3, 112:19,
113:16, 122:6,
127:16, 127:17,
127:19, 127:20,
127:21, 130:15,
130:17, 133:14,
133:24, 134:6,
136:3, 138:24,
148:3, 148:6,
213:10, 219:17,
219:22, 220:3
**set**
20:15, 23:13,
25:11, 37:2,
69:23, 69:24,

138:12
**setting**
7:23
**seven**
14:13, 16:13,
77:4, 108:24,
115:4, 123:10,
162:6, 230:16
**several**
15:19, 45:1,
57:6, 115:14,
115:22, 126:14,
130:14, 166:13,
176:18, 196:15,
233:5
**severe**
149:11, 150:17,
152:13, 153:2
**shah**
224:3, 235:10
**shaking**
158:11
**share**
145:6, 146:3
**she**
10:8, 10:15,
11:14, 13:16,
14:23, 43:1,
59:20, 95:7,
118:18, 148:6,
164:1, 164:15,
198:3, 220:17,
220:18, 220:19,
220:22, 220:23,
221:1, 221:4,
221:6, 221:7,
227:11, 227:12,
231:3, 233:13
**she's**
9:13, 43:1,
95:13
**sheet**
191:3
**shift**
215:14, 225:20
**shifts**
52:22, 63:2,
215:13, 225:20

**shines**
237:8, 237:9
**shipped**
80:18
**shoes**
237:8, 237:9
**short**
121:7
**shorthand**
3:22, 5:3, 5:4,
239:3, 239:18
**shortly**
31:8
**shot**
39:7
**should**
8:3, 18:6,
121:10, 146:22,
147:22, 149:1,
153:12, 153:17,
155:1, 156:17,
157:1, 157:2,
157:20, 157:21,
207:15
**shouldn't**
204:8, 219:24
**show**
39:10, 68:7,
135:18, 165:18,
185:5
**showed**
58:21, 208:24
**shower**
80:3
**shown**
58:21
**shows**
34:8, 166:22
**shut**
53:10
**sick**
21:11, 96:12,
117:22, 123:7,
124:5, 175:14,
176:8, 178:8,
195:17, 196:17,
199:22, 211:15,
226:7, 226:12

Transcript of Ron Vitale
Conducted on May 31, 2018

104

side
92:3, 171:15,
220:5, 233:1
sight
69:9
sign
62:21, 62:24,
63:2, 74:14,
74:17, 100:19,
106:14, 109:20,
236:8
sign-in
127:22
signal
166:23
signature
5:6, 238:8
signature-wrfaq
239:16
signed
75:16, 213:5,
213:8
signing
75:13, 110:17
signs
91:15, 98:14,
106:13, 131:16
simple
24:12, 72:5,
79:21
simply
206:24
since
19:16, 24:24,
30:14, 31:9,
66:16, 85:21,
86:10, 108:3,
109:13, 186:23,
187:1, 189:21,
221:16
sir
24:2, 231:7
sit
45:15, 173:17,
229:5, 231:15
siteman
234:1
sits
72:8, 81:22

sitting
15:10, 58:4,
58:13, 149:19
situation
24:9, 39:11,
42:20, 115:9,
182:6, 227:18
situations
22:11, 24:12,
40:15, 44:22,
76:13
six
14:13, 16:13,
17:5, 17:20,
45:6, 46:2,
75:5, 77:4,
80:23, 115:3,
116:6, 217:8,
218:12, 218:15,
230:16, 234:4,
234:10
six-month
190:1, 190:21,
191:16
six-year
218:17
skills
33:19, 86:17,
107:21
skokie
31:21, 32:4,
32:5, 32:6
sleeping
76:2, 76:3
slick
70:11
slip
174:17, 175:13,
175:14, 176:8,
195:17, 226:4
slow
87:23, 201:12
small
63:9, 63:16,
71:23, 90:23
soap
79:20
some
5:21, 24:8,

25:18, 25:19,
28:9, 28:22,
32:7, 39:2,
39:7, 42:2,
46:3, 47:23,
48:2, 52:22,
56:15, 63:17,
64:22, 64:23,
66:19, 68:8,
68:11, 71:11,
79:21, 80:4,
85:12, 86:2,
87:13, 87:24,
88:2, 89:6,
95:17, 102:3,
102:18, 106:15,
109:24, 110:13,
124:7, 131:8,
141:6, 146:23,
153:12, 164:12,
197:12, 198:9,
203:11, 203:12,
203:18, 205:14,
205:18, 207:6,
208:20, 209:1,
210:1, 212:1,
212:23, 219:20,
219:21, 219:24,
220:7, 220:22,
221:16, 223:2,
223:3, 227:23,
232:9, 233:23,
235:7, 235:9,
235:11
somebody
6:12, 47:22,
50:4, 50:5,
79:7, 83:17,
103:2, 117:18,
117:23, 118:21,
118:23, 120:3,
120:4, 121:17,
124:6, 145:19,
146:15, 146:16,
146:17, 148:2,
148:3, 172:19,
173:15, 175:11,
180:8, 180:9,

180:10, 195:13,
203:14, 207:21,
209:23, 212:1,
212:19, 216:2,
231:21, 232:6,
232:12, 233:2,
233:3, 236:5
somebody's
85:4, 96:12,
102:8, 144:24
somehow
90:6
someone
23:20, 75:1,
79:11, 79:20,
105:18, 108:16,
117:22, 121:6,
131:11, 138:7,
147:23, 148:18,
161:24, 176:9,
186:11, 187:8,
188:1, 190:3,
226:21, 227:22,
228:3, 229:1,
229:23, 236:17,
237:3
someone's
102:2
someplace
149:21, 211:10
something
7:1, 12:5,
12:6, 16:15,
20:20, 21:17,
24:6, 24:22,
25:20, 25:21,
29:16, 30:24,
43:3, 45:11,
45:13, 56:16,
67:10, 69:15,
69:17, 74:8,
77:2, 78:21,
78:23, 79:1,
80:4, 80:9,
80:10, 82:14,
83:18, 84:1,
85:4, 91:7,
96:13, 102:16,

Transcript of Ron Vitale
Conducted on May 31, 2018                                            105

102:17, 102:19,
102:22, 104:2,
104:8, 105:19,
106:11, 107:3,
109:7, 110:12,
117:13, 117:19,
118:22, 118:23,
131:8, 140:15,
142:19, 145:1,
145:20, 145:23,
146:17, 146:23,
146:24, 147:1,
153:17, 162:5,
173:16, 185:3,
189:10, 194:6,
198:20, 199:7,
203:13, 206:20,
207:22, 209:2,
209:18, 210:3,
211:14, 212:3,
212:5, 213:14,
215:12, 216:15,
223:10, 227:2,
228:11, 229:8,
231:22, 231:24,
236:13, 236:14,
236:22, 237:13
**sometimes**
7:11, 8:23,
76:12, 78:5,
78:6, 89:20,
103:8, 108:14,
202:2, 202:17,
233:5
**somewhere**
63:11, 70:2,
88:22, 138:1,
138:2, 149:18,
235:23
**soon**
47:1, 71:10,
76:16, 218:10,
219:12
**sooner**
108:8, 108:9
**sorry**
11:16, 12:24,
13:17, 14:8,

21:14, 28:13,
30:16, 35:17,
39:22, 40:1,
41:17, 46:23,
47:2, 47:5,
50:24, 51:1,
77:11, 81:18,
83:3, 93:20,
97:10, 112:24,
118:9, 123:2,
125:8, 143:5,
143:6, 148:7,
150:23, 155:22,
156:19, 157:4,
158:10, 158:13,
166:3, 188:10,
192:18, 198:19,
217:17, 227:21,
234:5, 234:24
**sort**
7:3, 23:9,
38:20, 39:10,
39:11, 40:5,
64:13, 69:23,
73:14, 73:17,
76:6, 79:23,
84:13, 103:6,
115:11, 174:1,
203:18, 227:23,
229:2
**sought**
166:15
**sound**
236:23
**sounds**
37:17, 37:23,
69:22, 154:12,
210:16, 222:2
**sources**
1:12, 3:12,
3:26, 4:19
**south**
4:15
**southern**
1:2, 3:2, 3:24
**southwestern**
18:15, 18:19,
19:18, 22:7,

22:22, 24:23,
28:17, 34:16,
36:17, 36:18,
38:23, 49:1,
50:14, 51:10,
55:15, 59:1,
59:17, 60:10,
60:14, 63:8,
63:13, 66:7,
66:16, 66:17,
67:9, 70:7,
71:13, 80:18,
81:1, 83:6,
85:5, 86:16,
86:22, 90:15,
92:11, 92:15,
94:6, 95:2,
95:24, 97:4,
101:3, 101:8,
102:21, 103:14,
107:10, 107:19,
113:16, 116:15,
118:20, 122:3,
124:16, 131:24,
132:14, 135:23,
136:3, 137:3,
138:24, 141:21,
142:13, 142:23,
143:10, 143:18,
149:10, 150:1,
150:18, 158:4,
158:24, 159:12,
159:22, 159:24,
169:24, 173:13,
186:11, 187:6,
187:8, 187:9,
191:17, 192:13,
205:18, 208:21,
211:21, 211:22,
212:6, 212:21,
213:1, 213:18,
217:18, 218:10,
222:11, 222:13,
222:21, 225:18,
228:1, 232:24,
235:4
**southwestern's**
228:14

**spaces**
67:10
**speak**
6:23, 7:5,
12:13, 12:18,
17:3, 70:24,
76:19, 76:23,
77:6, 77:19,
77:21, 80:12,
80:15, 83:1,
110:8, 148:2,
148:3, 168:12,
168:19, 168:23
**speaking**
16:5, 49:6,
61:9, 61:19,
111:16, 147:13,
173:24, 174:4,
184:3, 184:5,
184:11, 185:2,
194:23, 235:22
**special**
140:15, 219:16
**specialist**
42:18, 234:8
**specialty**
219:11, 220:2
**specific**
35:8, 36:17,
41:23, 42:21,
56:15, 68:20,
70:7, 75:9,
81:18, 82:6,
82:15, 82:16,
85:5, 92:23,
93:2, 106:2,
107:2, 108:14,
108:15, 119:8,
128:19, 142:7,
147:4, 147:24,
163:1, 173:20,
175:2, 226:18,
237:14
**specifically**
34:18, 41:8,
83:8, 112:4,
121:20, 131:3,
131:14, 131:24,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                              106

**134:**4, **173:**2,
**194:**7, **204:**13,
**228:**13, **228:**14,
**228:**18
**specifics**
**131:**5, **175:**3,
**222:**17
**specify**
**89:**2
**speculation**
**164:**18, **167:**6,
**190:**6, **192:**20
**spell**
**5:**14, **31:**18
**spent**
**18:**18
**spiel**
**50:**6
**spinal**
**149:**11, **149:**24,
**150:**17, **152:**3,
**152:**7, **152:**13,
**153:**2, **153:**23,
**154:**6, **154:**10,
**155:**2, **155:**4,
**156:**20, **157:**19,
**158:**6, **159:**24,
**167:**4, **167:**20,
**168:**3
**spoke**
**13:**2, **13:**3,
**13:**4, **13:**5,
**40:**14, **84:**5,
**86:**24, **87:**4,
**147:**13, **196:**24,
**230:**5
**spoken**
**13:**22, **61:**18,
**147:**12, **199:**11
**spots**
**86:**14
**springfield**
**4:**14, **4:**16,
**24:**7, **56:**20,
**84:**21, **84:**22,
**84:**23, **85:**1,
**91:**5, **91:**9,
**110:**13, **126:**11

**st**
**1:**3, **3:**3, **3:**24,
**4:**24, **69:**3,
**110:**20, **166:**24,
**214:**4, **219:**19,
**234:**1
**stabilized**
**107:**17
**staff**
**92:**18, **92:**21,
**92:**22, **92:**24,
**93:**2, **93:**14,
**93:**24, **94:**5,
**94:**7, **94:**16,
**94:**18, **94:**21,
**94:**24, **95:**6,
**98:**6, **98:**8,
**98:**10, **98:**15,
**100:**22, **111:**15,
**123:**9, **127:**11,
**127:**13, **140:**5,
**140:**21, **145:**6,
**145:**20, **146:**3,
**152:**3, **168:**13,
**168:**19, **168:**24,
**178:**8, **208:**5,
**211:**9, **212:**13,
**217:**5, **217:**6,
**220:**20, **230:**19
**stagger**
**65:**22, **66:**5,
**67:**23, **68:**14
**stairs**
**211:**24, **228:**9,
**231:**16, **231:**22
**stand**
**75:**4, **183:**1,
**183:**12, **210:**11
**standard**
**226:**2
**standards**
**86:**4, **133:**8
**standing**
**205:**5
**standpoint**
**236:**4
**stands**
**237:**21

**start**
**6:**18, **6:**21,
**6:**22, **18:**17,
**25:**13, **35:**16,
**35:**18, **40:**3,
**44:**23, **48:**4,
**64:**7, **64:**16,
**65:**3, **75:**18,
**88:**14, **150:**14,
**165:**13, **176:**2,
**176:**4, **224:**21,
**227:**19
**started**
**18:**21, **26:**5,
**26:**6, **32:**20,
**38:**21, **39:**10,
**41:**19, **44:**5,
**45:**17, **192:**1,
**207:**2, **207:**3,
**237:**22
**starting**
**5:**11
**starts**
**65:**3, **169:**2
**state**
**31:**4, **86:**10,
**95:**4, **155:**1,
**163:**5, **169:**3,
**169:**10, **178:**7,
**183:**13, **185:**17,
**239:**19
**stated**
**49:**3, **178:**23,
**183:**15
**states**
**1:**1, **3:**1, **3:**23,
**25:**12, **147:**4,
**184:**18
**statewide**
**19:**20, **19:**22
**status**
**75:**9
**stay**
**130:**17, **184:**15,
**218:**21
**staying**
**219:**1
**step**
**28:**21, **103:**2,

**208:**16
**stephen**
**1:**12, **3:**12
**steps**
**144:**6, **144:**9,
**144:**15, **216:**3
**stick**
**68:**4, **77:**3
**still**
**8:**5, **16:**22,
**18:**13, **18:**15,
**19:**18, **22:**15,
**31:**22, **48:**8,
**162:**1, **163:**10,
**163:**13, **167:**13,
**185:**2, **219:**2,
**219:**5, **238:**12
**stipulated**
**5:**1
**stock**
**29:**18, **29:**19
**stop**
**63:**21, **64:**3,
**76:**15, **77:**5,
**78:**9, **102:**16,
**158:**11, **198:**12
**stopped**
**32:**15, **147:**15,
**148:**16
**store**
**29:**12
**story**
**180:**10, **197:**12
**storybook**
**70:**10
**streamline**
**65:**8
**street**
**4:**7, **4:**15,
**4:**22, **186:**7
**strike**
**20:**4, **42:**3,
**44:**12, **48:**11,
**54:**1, **77:**14,
**94:**19, **150:**13,
**152:**23, **169:**18,
**175:**24
**struggling**
**231:**16, **236:**20

Transcript of Ron Vitale
Conducted on May 31, 2018

107

**studies**
31:3, 110:1,
136:10, 136:21,
223:4, 223:6
**study**
30:5, 110:1,
110:2, 223:4
**stuff**
6:6, 20:19,
23:9, 23:23,
28:10, 28:22,
33:1, 33:12,
36:18, 37:9,
38:6, 41:5,
41:16, 43:8,
43:14, 43:21,
52:3, 53:22,
57:7, 65:2,
69:11, 70:9,
70:17, 73:13,
73:16, 76:5,
79:21, 80:4,
84:18, 85:3,
86:2, 86:5,
86:19, 86:20,
89:6, 91:4,
91:5, 94:10,
94:13, 95:6,
95:11, 96:11,
96:19, 100:2,
102:1, 105:20,
106:22, 106:23,
107:19, 118:4,
119:4, 119:6,
124:7, 129:18,
130:18, 136:16,
138:11, 142:20,
142:22, 147:16,
174:14, 174:19,
195:23, 197:24,
199:20, 203:19,
205:18, 205:21,
208:19, 210:4,
215:13, 215:18,
216:8, 219:21,
220:24, 222:8,
229:2, 233:9,
233:12, 235:11

**sub-groups**
87:18
**subject**
44:19, 112:19
**submitted**
153:10
**subsection**
112:19
**substance**
11:20, 15:12,
18:3, 31:1,
33:16, 40:22,
66:9, 71:3,
71:5, 94:10,
104:18, 112:6,
213:8
**such**
86:22, 228:3
**sued**
14:18, 14:21,
15:22, 17:5,
17:8
**suffered**
159:24
**suffering**
149:9, 155:8,
155:10, 156:5,
156:8, 158:23,
159:10, 167:20,
168:3
**suggest**
209:9
**suggesting**
178:8
**suggestion**
83:10, 83:13,
84:8
**suing**
14:23
**suite**
3:20, 4:23
**summary**
128:3
**sunday**
90:1, 90:2,
90:4
**supervise**
92:18, 92:21,

93:4, 93:14,
93:24, 94:4,
94:5, 94:8,
94:14, 94:15,
94:16, 94:17,
94:21, 94:24,
95:8
**supervised**
33:18
**supervising**
92:23
**supervision**
97:13
**supervisor**
26:18, 95:10,
95:16, 96:8,
97:16, 97:18,
98:1, 98:3,
98:4, 98:19,
98:23, 99:1,
99:3, 99:6,
100:11, 116:12,
220:20, 228:22
**supervisors**
99:11
**support**
69:3
**supposed**
76:1, 143:14
**suppression**
152:3
**surgeon**
235:10
**surgeries**
234:12, 234:14,
235:8, 235:9
**surgery**
149:12, 150:3,
150:8, 150:13,
150:16, 150:19,
151:8, 152:14,
153:3, 153:8,
153:9, 153:12,
153:20, 153:22,
156:18, 157:20,
158:6, 167:1,
235:7
**surprise**
145:4, 145:24,

146:9, 146:11
**swansea**
3:21
**sweep**
215:12
**sweet**
215:18
**swicc**
141:21
**switch**
206:12
**switched**
210:22
**sworn**
3:17, 5:9,
239:5
**symptoms**
60:21, 61:22,
149:9, 155:8,
155:9, 156:5,
158:21, 158:23,
159:20, 159:23,
169:9, 177:9,
177:19, 179:22,
196:4, 197:2,
200:3, 200:23
**systemic**
132:22, 133:11
**systems**
116:20, 117:7,
117:14, 117:16,
118:17, 118:18,
119:9, 120:15

**T**

**tabled**
136:17
**tables**
217:11
**take**
8:12, 14:8,
17:7, 31:12,
33:20, 34:5,
35:3, 36:8,
37:9, 46:3,
46:17, 46:19,
47:11, 47:13,
48:8, 49:9,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                              108

49:15, 52:17,
55:19, 80:3,
84:15, 87:1,
103:2, 103:5,
104:12, 105:23,
112:22, 119:2,
120:4, 131:11,
138:8, 141:1,
167:3, 170:19,
171:1, 192:1,
192:2, 192:9,
208:1, 208:2,
208:16, 216:3,
230:19, 236:14
**taken**
1:22, 5:3,
5:19, 28:21,
138:15, 141:5,
164:4, 165:5,
239:7, 239:11
**takes**
17:10, 43:1,
52:24, 63:11,
73:22, 131:13,
131:17
**taking**
6:10, 32:16,
96:12, 144:6,
144:9, 144:15
**talk**
6:15, 45:8,
46:24, 52:5,
52:9, 75:1,
78:13, 79:7,
80:16, 85:22,
95:14, 149:1,
195:8, 196:11,
223:8, 225:23,
228:22
**talked**
23:21, 83:4,
103:22, 196:4,
206:14, 208:20,
210:14
**talking**
23:17, 38:17,
47:7, 48:20,
90:19, 92:22,

105:10, 111:23,
128:8, 163:10,
170:5, 174:20,
175:16, 178:6,
178:13, 185:2,
195:16, 199:21,
205:11, 208:5,
222:9
**talks**
175:15
**tall**
201:9
**tasc**
94:11, 110:15
**tasks**
82:18, 82:20,
83:5
**tell**
10:18, 15:24,
31:22, 35:10,
53:24, 56:18,
75:21, 75:22,
103:3, 147:22,
148:4, 149:1,
171:21, 174:17,
175:13, 176:13,
178:14, 180:21,
182:8, 186:10,
196:15, 209:13,
226:11
**telling**
156:20, 158:3,
159:9, 160:5
**ten**
26:9, 77:4,
174:15
**term**
77:13
**terminal**
106:9
**terminology**
136:16, 223:2
**terms**
23:10, 44:14,
87:17, 118:6
**terrible**
7:12, 88:8
**test**
33:19, 34:6,

36:8, 46:3,
46:16, 46:17,
46:19, 46:20,
47:11, 47:15,
47:16, 47:19,
47:20, 47:21,
48:8
**testified**
116:18, 117:5,
148:19, 152:15,
152:23, 153:19,
161:1, 169:17,
173:22, 175:12,
175:24, 176:5,
193:3, 194:15,
195:6, 196:3,
196:24, 198:1,
199:9, 200:2,
200:14, 202:1,
202:16, 206:4,
218:9, 226:14,
230:7, 236:16
**testimony**
7:20, 8:8, 9:3,
58:13, 61:15,
61:17, 118:10,
118:13, 119:9,
120:13, 120:20,
120:21, 122:22,
123:6, 124:14,
145:12, 145:13,
148:15, 152:19,
157:23, 159:2,
159:17, 164:8,
171:3, 175:7,
181:5, 183:23,
189:11, 191:15,
193:9, 194:19,
195:11, 196:8,
197:5, 200:11,
202:5, 205:5,
237:4, 238:1,
239:4, 239:7
**testing**
111:11
**than**
11:4, 13:18,
17:4, 17:8,

17:18, 24:12,
24:14, 26:13,
26:14, 33:8,
33:9, 46:4,
49:21, 49:22,
53:15, 82:15,
86:18, 102:10,
115:16, 116:6,
118:7, 130:20,
134:21, 169:24,
170:7, 170:10,
170:14, 171:6,
171:10, 171:11,
174:22, 187:2,
187:7, 187:13,
190:9, 190:11,
190:20, 192:10,
194:5, 206:3,
206:24, 209:14,
218:12, 218:13,
218:14, 218:15,
224:18, 233:6
**thank**
10:13, 163:4,
164:23, 165:1,
165:2, 167:2,
184:13, 191:24
**that's**
6:15, 7:12,
8:5, 9:17,
10:16, 11:21,
13:3, 13:14,
18:9, 19:4,
21:21, 35:21,
36:23, 40:11,
42:6, 42:7,
51:2, 52:2,
54:11, 57:8,
58:21, 62:5,
63:16, 65:24,
67:23, 69:4,
69:24, 70:16,
71:18, 73:13,
77:14, 83:14,
87:22, 88:5,
90:6, 95:17,
95:18, 97:11,
98:9, 100:2,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                 109

104:18, 104:21,
109:21, 111:22,
111:23, 115:13,
117:19, 121:2,
121:4, 123:2,
125:9, 128:5,
128:18, 129:18,
131:5, 132:8,
138:12, 141:12,
143:7, 143:11,
147:3, 147:6,
148:11, 153:13,
157:11, 158:9,
158:16, 160:23,
161:7, 161:13,
161:21, 162:2,
168:9, 173:14,
188:2, 189:17,
195:15, 200:23,
204:5, 204:7,
208:18, 209:11,
211:23, 213:8,
215:1, 215:5,
215:24, 216:6,
216:8, 218:4,
218:5, 221:13,
223:7, 224:13,
227:14, 228:11,
236:7
**that've**
88:2
**their**
50:6, 63:12,
66:9, 70:13,
70:24, 71:8,
78:4, 81:5,
81:8, 99:24,
100:1, 101:12,
101:18, 136:19,
148:22, 172:11,
174:6, 174:18,
175:3, 197:23,
198:9, 199:2,
209:1, 209:17,
214:13, 215:9,
216:3, 217:2,
217:3, 221:14,
225:24, 228:19,

228:22, 228:23,
230:10
**them**
6:18, 7:10,
17:11, 26:19,
27:10, 38:14,
55:6, 67:6,
68:14, 69:10,
71:11, 72:19,
74:3, 76:6,
76:8, 76:9,
76:16, 77:6,
79:2, 79:5,
79:8, 79:24,
80:2, 80:3,
80:4, 80:10,
80:12, 80:15,
80:16, 86:11,
87:14, 89:9,
89:10, 89:12,
94:14, 103:4,
103:19, 105:2,
111:24, 115:7,
115:22, 116:7,
121:2, 123:14,
124:11, 135:12,
139:19, 140:1,
140:2, 146:18,
147:22, 148:4,
148:5, 148:20,
148:24, 149:1,
149:5, 161:16,
173:8, 174:16,
174:17, 175:10,
175:11, 175:13,
175:22, 176:7,
176:20, 178:14,
194:7, 195:15,
195:16, 195:17,
196:15, 198:13,
203:12, 208:2,
209:8, 209:9,
211:2, 211:11,
212:20, 213:8,
215:23, 216:7,
220:8, 223:1,
223:7, 225:24,
226:9, 226:11,

227:2, 227:14,
227:23, 228:23,
232:5, 232:10,
232:13, 232:14,
233:7
**themselves**
149:5, 206:16,
208:10, 211:15
**thereafter**
31:8, 239:8
**thereto**
239:13
**these**
9:23, 10:2,
11:6, 11:13,
12:1, 13:9,
24:17, 44:24,
45:1, 51:17,
54:2, 55:24,
62:24, 67:14,
70:19, 74:16,
74:19, 74:20,
87:10, 90:7,
103:17, 105:5,
105:7, 106:1,
106:5, 106:20,
108:12, 108:21,
109:7, 109:10,
110:24, 111:16,
125:18, 125:23,
125:24, 128:10,
130:2, 131:10,
134:15, 135:19,
141:9, 143:22,
148:16, 151:18,
151:19, 162:9,
163:17, 164:12,
175:12, 183:9,
192:5, 212:23,
223:4, 236:24
**they'll**
47:22, 80:17,
102:16, 106:6,
110:1, 136:15,
173:6
**they're**
31:21, 31:22,
36:23, 52:18,

69:9, 76:1,
77:12, 78:3,
78:16, 78:17,
78:22, 79:3,
79:23, 84:10,
85:9, 86:17,
105:23, 108:15,
110:18, 125:14,
125:15, 128:12,
128:13, 145:13,
184:2, 203:15,
205:14, 211:8,
211:14, 211:22,
212:6, 213:5,
216:5, 217:4,
217:22, 219:11
**they've**
87:16, 105:16,
105:17
**thing**
6:14, 20:16,
36:7, 37:5,
50:7, 63:13,
64:18, 68:21,
75:13, 115:11,
119:4, 123:9,
123:15, 127:8,
128:10, 128:12,
128:13, 136:15,
160:4, 176:16,
176:19, 177:3,
177:24, 179:9,
222:24, 223:3,
223:7, 233:22,
234:11
**things**
23:3, 23:21,
28:11, 33:10,
37:7, 39:8,
40:17, 41:1,
41:4, 41:12,
41:24, 42:13,
42:20, 43:4,
43:13, 43:18,
44:15, 45:10,
48:18, 68:19,
69:14, 70:7,
71:11, 78:7,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                    110

80:1, 92:3,
95:20, 106:12,
106:15, 107:2,
107:20, 108:13,
109:4, 109:12,
109:21, 110:5,
110:21, 114:14,
114:23, 115:4,
115:14, 117:21,
119:23, 121:15,
125:23, 127:11,
134:15, 164:7,
164:12, 173:6,
175:9, 195:20,
196:16, 204:1,
204:2, 217:11,
219:23, 220:20,
234:13, 235:9

**third**
22:9, 66:20,
66:21, 66:22,
67:1, 67:2,
67:4, 67:5,
67:6, 67:14,
214:18

**thirds**
67:12

**those**
10:3, 11:22,
22:11, 23:21,
28:13, 28:16,
33:10, 37:2,
37:15, 38:10,
38:15, 38:16,
38:20, 38:21,
40:17, 41:1,
41:4, 41:7,
41:24, 42:11,
42:12, 42:13,
42:14, 42:20,
43:7, 44:4,
50:11, 52:17,
63:3, 65:16,
75:11, 75:18,
78:21, 80:9,
84:6, 87:6,
87:8, 87:18,
89:7, 103:22,

104:23, 105:9,
105:10, 115:2,
115:6, 115:14,
116:1, 125:18,
128:10, 130:6,
131:11, 131:19,
133:20, 135:22,
162:1, 164:9,
174:8, 194:4,
194:11, 199:8,
204:4, 215:11,
215:14, 222:4,
222:10, 223:5,
225:23, 226:3,
232:8, 232:9,
233:14, 233:15,
234:11, 234:13

**though**
23:11, 58:7,
100:4, 138:13,
142:24, 161:23,
185:21, 219:1

**thought**
58:22, 163:11,
198:20, 224:17,
236:16

**three**
6:13, 9:20,
19:6, 19:7,
19:17, 21:7,
43:4, 52:22,
53:17, 62:17,
62:18, 63:2,
63:19, 65:12,
65:13, 65:15,
73:24, 75:20,
77:20, 77:21,
78:9, 84:1,
84:2, 103:20,
128:4, 137:17,
196:14, 199:8,
218:13, 218:15,
218:18, 218:19,
219:18, 220:1,
220:2, 220:5,
223:6, 225:20,
232:22, 233:8

**through**
12:6, 14:15,

20:9, 20:11,
20:24, 22:19,
24:5, 24:7,
25:2, 26:15,
29:11, 35:23,
35:24, 36:1,
41:6, 42:2,
42:4, 42:5,
43:3, 45:2,
46:4, 52:2,
52:4, 53:4,
56:6, 56:7,
57:4, 62:13,
63:1, 63:4,
63:12, 63:23,
66:2, 70:4,
71:21, 73:2,
73:5, 73:23,
77:17, 78:2,
78:5, 78:6,
78:7, 81:17,
83:19, 88:3,
90:1, 90:2,
90:4, 91:13,
91:15, 91:19,
102:15, 105:10,
106:16, 112:18,
129:14, 136:3,
142:21, 148:12,
149:3, 169:13,
172:20, 174:15,
178:1, 182:7,
195:24, 205:12,
208:18, 211:3,
212:11, 218:8,
221:8, 223:22,
226:3, 226:7,
227:12

**throughout**
25:12, 38:22,
39:17, 41:14,
90:7, 159:22,
210:6

**throw**
7:10

**thursday**
69:10, 173:18

**tics**
6:6

**tied**
57:8, 146:13

**time**
5:11, 8:12,
8:20, 16:12,
18:7, 18:24,
23:11, 23:13,
24:4, 31:23,
32:5, 32:18,
32:23, 38:22,
39:17, 44:5,
47:3, 50:18,
50:20, 51:2,
51:7, 54:22,
62:8, 64:8,
65:23, 66:12,
67:11, 77:3,
78:2, 78:8,
80:23, 80:24,
81:2, 81:5,
83:8, 85:22,
87:10, 88:18,
88:19, 89:5,
89:6, 89:13,
90:9, 90:19,
96:7, 98:11,
110:13, 112:22,
119:19, 141:1,
156:17, 159:22,
160:8, 166:15,
168:1, 169:23,
170:23, 171:22,
171:23, 174:16,
175:20, 175:21,
176:5, 180:13,
193:17, 221:17,
223:6, 231:24,
236:9, 236:18,
237:3, 237:7,
237:23, 238:16

**timeframe**
45:20

**times**
13:5, 14:4,
45:7, 62:17,
62:18, 65:12,
65:13, 65:15,
73:24, 79:17,

Transcript of Ron Vitale
Conducted on May 31, 2018                                111

102:7, 103:20,
109:20, 148:16,
169:19, 169:24,
170:8, 170:10,
170:14, 171:6,
171:9, 171:24,
172:3, 174:10,
174:15, 175:23,
186:10, 186:22,
187:2, 187:8,
187:17, 189:20,
190:2, 190:15,
190:20, 191:1,
191:7, 191:12,
193:21, 196:14,
208:24, 209:17,
221:16
**tingling**
59:13
**title**
18:20, 26:4
**today**
9:10, 11:10,
12:14, 12:22,
12:23, 13:19,
13:23, 15:11,
46:21, 47:21,
55:16, 57:14,
58:5, 58:13,
58:20, 74:9,
82:12, 120:21,
149:19, 191:15,
224:9
**together**
70:24, 105:13,
105:14, 128:4,
146:13
**toiletry**
80:1
**told**
56:1, 78:24,
146:16, 164:6,
166:17, 169:6,
177:8, 177:17,
179:1, 208:9
**tomorrow**
16:9
**tons**
70:17

**too**
26:16, 30:24,
37:6, 38:3,
52:24, 54:13,
78:3, 79:15,
88:8, 233:6
**took**
31:17, 32:7,
47:19, 48:12,
57:13
**toothbrush**
78:23
**toothpaste**
79:21
**top**
210:20
**topic**
203:4
**topics**
49:13, 108:19,
206:12
**total**
126:15, 126:18,
127:6
**totally**
21:15, 22:3,
30:16, 33:14,
47:6, 185:1
**touch**
79:11, 108:21,
148:13, 149:5
**touched**
231:18
**touches**
37:8
**tours**
103:13, 103:17
**towards**
26:3
**toxic**
215:6
**track**
52:8, 236:8
**train**
69:7
**trained**
42:2, 42:21,
42:22, 50:2,

52:4, 53:1,
55:8, 111:15,
207:10, 207:14
**training**
33:18, 35:10,
35:13, 35:14,
35:18, 35:24,
36:6, 36:13,
37:24, 38:1,
38:3, 38:4,
38:6, 38:7,
38:9, 38:16,
38:17, 39:2,
39:3, 39:20,
40:3, 40:4,
40:9, 40:11,
40:12, 41:8,
41:21, 42:2,
42:4, 42:10,
43:15, 43:19,
44:7, 44:8,
44:12, 44:14,
44:19, 45:2,
45:5, 45:6,
45:7, 45:18,
46:12, 49:19,
49:23, 49:24,
50:1, 50:12,
50:17, 51:3,
51:8, 51:12,
51:19, 51:20,
51:24, 52:1,
52:2, 52:5,
52:6, 53:4,
53:7, 53:12,
53:13, 53:19,
53:20, 53:21,
54:8, 54:11,
54:24, 55:7,
55:14, 55:24,
56:2, 56:4,
56:5, 56:6,
56:7, 56:11,
56:12, 56:13,
56:15, 56:17,
56:21, 56:24,
57:4, 57:13,
57:17, 86:8,

98:6, 225:7
**trainings**
38:17, 38:20,
38:22, 39:15,
45:1, 51:18,
52:10, 52:17,
52:19, 52:20,
53:6, 54:2,
54:3, 55:5,
57:2, 57:6,
86:13, 86:23,
87:7, 87:19
**transcribed**
5:5
**transcript**
238:13
**transfer**
211:18, 211:21,
212:20, 228:7,
228:16
**transferred**
102:21, 166:24,
212:8, 219:5,
219:11, 219:16
**transitional**
110:16
**transitioned**
32:17
**transport**
122:13
**transportation**
110:20
**transported**
78:17, 221:15
**traveling**
37:21, 37:22,
214:6
**trays**
215:6
**treated**
177:5
**treatment**
25:9, 25:12,
36:19, 36:22,
36:24, 40:23,
66:21, 67:1,
67:5, 71:4,
73:12, 82:3,

Transcript of Ron Vitale
Conducted on May 31, 2018                                                  112

94:11, 106:3,
106:4, 108:15,
142:7, 142:8,
145:8, 146:5,
152:4, 168:14,
168:20, 169:9,
169:14, 174:6,
177:9, 177:18,
179:2, 203:8,
204:11, 214:18,
214:20, 219:6,
219:11, 225:8,
225:13, 232:23,
233:17, 235:15
**treatments**
234:6
**trending**
223:3
**trial**
7:20, 8:8,
16:19
**tried**
74:6, 110:13
**trouble**
231:23
**trucks**
83:19
**true**
66:15, 66:16,
141:24, 142:11,
142:24, 143:13,
164:9
**trust**
230:19
**truth**
31:22, 75:21
**truthful**
8:20, 9:3
**truthfully**
192:5
**try**
65:8, 65:21,
65:22, 66:3,
66:4, 66:5,
70:3, 71:11,
74:2, 107:11,
126:23, 215:23
**trying**
9:14, 32:10,

41:19, 65:20,
106:10, 108:7,
108:16, 109:23,
130:16, 130:17,
174:13, 182:20,
182:22, 203:12,
203:15
**tuesday**
22:5
**turn**
40:1, 135:12
**tv**
221:14
**twice**
90:10
**two**
13:2, 21:10,
33:10, 45:24,
57:4, 64:2,
65:12, 65:13,
65:15, 69:7,
75:20, 77:20,
77:21, 78:9,
93:13, 103:20,
107:5, 111:24,
146:12, 165:7,
215:13, 217:23,
219:18, 220:1,
220:2, 225:19,
226:5, 233:8
**two-year**
31:12
**type**
38:21, 80:1,
121:9, 163:7,
163:8, 174:19
**typed**
12:11, 12:12
**types**
37:2, 38:16,
41:7, 41:24,
43:8, 48:18,
64:22, 131:17,
204:2, 234:11
**typewriting**
5:5, 239:8
**typical**
20:11, 203:14

**typically**
44:24, 45:4,
62:17, 63:3,
63:4, 63:5,
64:1, 64:17,
65:2, 65:15,
73:22, 74:21,
78:19, 79:2,
126:10, 147:17,
173:5, 196:13,
198:8, 205:14,
209:2

---

**U**

**uh-huh**
6:5
**unable**
216:5, 217:4
**uncommon**
107:6, 205:17
**under**
41:1, 58:8,
93:3, 97:13,
140:10, 140:13,
184:9, 239:8
**underlying**
23:18
**understand**
6:1, 7:4, 7:5,
11:21, 14:1,
41:19, 42:19
**understandably**
8:24
**understanding**
17:23, 18:5,
27:20, 92:20,
94:7, 94:19,
95:9, 104:15,
112:2, 113:9,
113:13, 117:15,
120:8, 121:8,
121:12, 121:20,
121:22, 122:2,
122:15, 123:20,
123:22, 125:9,
125:12, 128:9,
128:12, 128:13,
128:23, 130:1,

132:10, 134:22,
135:22, 137:19,
157:18, 187:20,
192:12, 192:20
**understood**
7:16
**unfortunately**
123:2
**unit**
63:15, 66:3,
66:8, 71:24,
72:8, 72:20,
73:6, 75:4,
76:2, 77:19,
78:10, 78:11,
97:13, 132:14,
135:23, 193:2,
193:5, 195:8,
199:11, 206:19,
208:7, 211:23,
212:4, 212:8,
212:15, 220:12,
220:15, 227:7
**united**
1:1, 3:1, 3:23,
25:12
**units**
23:8, 62:23,
67:14, 72:2,
72:4, 72:13,
72:16, 72:22,
72:24, 73:15,
73:16, 73:17,
74:13, 75:3,
76:17, 77:22,
81:17
**unless**
52:6, 146:16,
173:21, 194:2,
194:6
**until**
46:13, 78:17,
99:12, 197:15,
221:10, 222:1
**update**
133:17
**updated**
119:20

Transcript of Ron Vitale
Conducted on May 31, 2018                                      113

**updates**
39:8
**upper**
173:4, 174:22,
210:14, 210:16,
211:20, 213:14
**upset**
83:2
**use**
204:14, 204:19,
205:2, 205:23,
206:5
**used**
6:13, 45:24
**users**
206:11
**usually**
23:13, 59:4,
64:9, 65:10,
69:10, 76:23,
77:15, 77:23,
78:1, 78:21,
81:8, 204:3
**utilization**
125:19
**utilize**
178:8

---
**V**
---
**v-i-t-a-l-e**
5:16
**vacant**
21:12
**vacation**
21:11
**various**
111:17
**vehemently**
223:24, 231:12
**verbal**
6:5, 6:6, 125:7
**verbatim**
98:17
**verification**
56:20
**version**
91:24
**versus**
91:18, 112:16

**very**
39:10, 82:15,
108:1, 108:5,
180:12, 213:24,
219:2
**viewed**
146:20
**violation**
216:19, 217:1
**violators**
78:16
**visibly**
146:24
**visit**
59:21, 198:3,
198:9, 198:10
**visiting**
102:15, 199:2
**visitor**
21:19
**visitors**
102:16
**vitale's**
166:10
**voice**
118:10
**voluntary**
28:21
**volunteer**
40:24
**vs**
1:9, 3:9, 3:25

---
**W**
---
**w-i-l-l-i-s**
13:21
**wait**
7:1, 161:6
**waited**
185:4
**waive**
238:8, 238:10
**waived**
5:6
**wake**
64:15
**walk**
42:4, 62:12,

71:17, 72:15,
72:23, 73:2,
73:20, 73:23,
74:11, 74:16,
78:19, 81:12,
81:17, 102:15,
196:19, 198:11,
201:15, 209:18,
212:7, 214:14,
226:15, 229:21,
231:16, 236:21
**walked**
76:2, 178:1,
182:7, 182:8,
210:7
**walker**
35:1, 212:2
**walking**
60:18, 66:2,
179:4, 179:19,
179:24, 180:22,
180:23, 181:2,
181:12, 181:24,
182:10, 182:11,
182:23, 182:24,
183:18, 185:21,
186:7, 186:12,
187:9, 188:1,
189:22, 189:24,
190:3, 191:18,
191:19, 196:5,
200:15, 209:1,
210:6, 212:1,
214:20, 214:21,
214:22, 214:23,
228:4, 229:2,
231:23, 236:17,
237:3, 237:23
**walks**
201:8, 201:12,
201:19
**walkthrough**
68:2
**walkthroughs**
67:23
**wallace**
13:20
**want**
5:21, 11:15,

11:18, 25:22,
32:23, 36:10,
37:21, 54:6,
55:19, 56:16,
66:1, 83:17,
93:7, 102:20,
128:15, 136:14,
158:8, 160:19,
179:8, 189:9,
225:5, 225:7,
226:6, 227:21,
228:16, 238:7,
238:9
**wanted**
45:11, 45:12,
56:15, 71:1,
79:1, 98:22,
99:1, 99:2,
99:16, 106:18,
140:1, 174:3,
209:11, 230:12,
235:21
**wanting**
80:17, 187:14
**wants**
75:1
**warden's**
24:8, 64:23,
114:24, 116:4,
227:10
**wardens**
21:5, 21:7,
23:4, 45:1,
45:2, 49:24,
85:7, 88:12,
88:13
**ware**
40:9
**warehouses**
73:13
**wasn't**
37:23, 39:23,
93:20, 108:9,
122:3, 177:8,
177:18, 197:1,
209:2, 209:19,
219:9, 222:8,
229:23

Transcript of Ron Vitale
Conducted on May 31, 2018

114

wasting
160:8
wax
215:12, 215:17,
215:19, 215:21,
215:22
way
5:23, 25:2,
26:3, 29:6,
60:13, 62:3,
68:20, 85:21,
88:21, 100:5,
100:15, 138:4,
154:13, 163:20,
168:5, 169:4,
169:11, 179:3,
179:20, 179:21,
181:9, 183:19,
196:21, 197:18,
203:4, 205:16,
209:1, 232:19
ways
127:24, 138:20,
176:18, 211:8,
228:24
we'll
10:13, 16:11,
26:16, 38:15,
85:22
we're
26:14, 47:7,
57:7, 70:19,
91:1, 91:2,
99:24, 100:1,
151:16, 160:8,
163:13, 212:19,
214:3, 214:4,
217:20, 219:19,
238:12
we've
55:4, 69:13,
73:21, 82:20,
83:18, 86:6,
86:7, 86:13,
87:10, 111:23,
178:6, 215:21,
234:1
weakness
59:13, 166:13

weapon
54:10
week
21:6, 21:8,
21:10, 22:24,
36:22, 62:18,
65:12, 65:13,
65:15, 68:4,
71:2, 74:1,
75:20, 75:21,
77:8, 79:17,
83:24, 84:3,
84:4, 89:21,
89:23, 103:21,
123:10, 187:21,
187:23, 187:24,
189:13, 189:17,
189:19, 194:5,
219:18, 220:1,
220:3, 232:23
weekend
20:19, 21:4,
21:19, 68:2,
77:2, 89:16,
89:17, 102:14
weekends
89:20
weekly
22:20, 22:22,
187:24
weeks
45:4, 45:6,
46:3, 234:4
weighs
201:10
well
8:9, 16:11,
19:5, 20:4,
20:10, 21:5,
22:12, 24:18,
42:22, 44:18,
46:3, 49:20,
50:12, 62:14,
63:7, 65:19,
65:20, 66:6,
66:15, 67:24,
68:2, 71:18,
75:24, 78:14,

83:4, 83:9,
84:15, 86:9,
87:9, 93:17,
94:9, 94:24,
96:3, 98:8,
98:24, 102:7,
103:2, 107:21,
108:17, 112:6,
114:13, 119:18,
123:7, 124:23,
136:10, 137:13,
146:10, 148:1,
150:9, 153:7,
155:20, 156:23,
167:22, 168:22,
172:2, 182:16,
183:9, 189:11,
203:24, 205:15,
209:23, 211:7,
214:7, 222:7,
227:1, 228:20,
233:12, 236:4,
236:19, 237:5,
237:18
wellbeing
103:7
went
16:18, 16:19,
17:1, 30:1,
31:7, 31:15,
31:17, 31:24,
32:12, 33:4,
36:1, 42:4,
45:13, 57:3,
57:6, 106:7,
138:18, 156:13,
156:14, 156:21,
158:4, 166:21,
216:7, 223:18
weren't
26:1, 219:1,
228:8
west
3:20
wexford
1:11, 3:11,
3:25, 4:19,
50:15, 50:16,

50:17, 54:24,
55:11, 91:18,
94:24, 95:2,
95:5, 95:6,
95:12, 95:17,
95:19, 95:20,
99:24, 100:3,
104:20, 104:24,
105:15, 106:21,
108:13, 108:22,
109:11, 111:1,
112:10, 112:17,
118:10, 122:5,
122:7, 124:12,
124:22, 126:13,
129:1, 129:3,
145:5, 146:2,
146:3, 203:7,
220:19, 220:24,
231:5
wexford's
50:23, 51:4,
116:17, 117:4,
122:19, 123:21,
126:10
what's
37:10, 41:15,
62:16, 62:19,
65:14, 69:18,
74:24, 80:1,
85:3, 105:23,
121:12, 155:21,
209:9, 220:15
whatever
22:24, 70:4,
80:21, 110:2,
118:4, 118:8,
121:1, 122:5,
136:18, 136:19,
140:16, 141:8,
144:21, 148:5,
153:12, 156:16,
156:18, 156:21,
167:16, 178:17,
210:19, 211:16,
232:7, 233:4
whatnot
38:18, 136:21

Transcript of Ron Vitale
Conducted on May 31, 2018

115

**whatsoever**
15:11, 61:21
**wheelchair**
212:2, 212:20
**whenever**
112:23
**where**
17:11, 25:5,
30:3, 31:23,
32:2, 32:17,
39:11, 41:8,
69:19, 70:10,
71:17, 71:18,
72:7, 72:8,
72:10, 73:15,
74:19, 88:22,
99:7, 99:9,
99:10, 104:21,
116:3, 123:13,
123:15, 127:23,
131:19, 135:6,
137:1, 138:11,
139:21, 145:19,
147:15, 147:19,
149:22, 165:12,
191:3, 193:20,
198:10, 211:23,
214:13, 216:6,
217:20, 219:10,
234:1, 236:8,
236:10
**where's**
140:9
**wherein**
238:17
**whereupon**
47:9, 141:5,
157:15, 164:4,
165:5
**wherever**
147:17
**whether**
47:18, 59:12,
60:17, 93:15,
93:22, 101:16,
150:15, 152:7,
153:10, 156:12,
171:6, 178:24,

179:21, 179:22,
181:1, 181:11,
183:19, 185:18,
190:19, 194:23,
212:14, 232:7,
232:19
**which**
7:9, 11:6,
14:12, 20:18,
40:22, 54:11,
57:2, 71:2,
71:24, 72:20,
73:9, 84:17,
93:2, 102:11,
110:16, 113:24,
114:5, 125:2,
127:1, 127:24,
132:17, 133:24,
134:6, 141:21,
142:19, 152:14,
162:9, 162:16,
162:18, 166:22,
173:22, 185:8,
198:10, 213:6,
218:13, 239:11
**while**
26:15, 30:14,
31:16, 52:24,
55:15, 59:16,
60:10, 60:13,
141:8, 149:10,
158:14, 158:24,
159:24, 173:13,
191:16, 194:10,
212:6, 238:12
**who**
6:13, 11:12,
11:24, 12:13,
13:7, 15:16,
15:19, 15:22,
19:12, 19:13,
22:10, 34:24,
35:1, 37:11,
39:19, 40:15,
40:16, 41:3,
41:5, 43:7,
49:19, 50:7,
50:8, 50:13,

51:15, 51:17,
51:20, 56:8,
58:14, 58:17,
59:22, 66:9,
69:7, 69:8,
69:12, 79:7,
86:9, 95:4,
98:23, 99:3,
99:18, 106:8,
107:20, 109:24,
127:3, 127:22,
130:7, 130:11,
130:20, 131:13,
131:17, 132:4,
138:10, 157:2,
157:21, 165:12,
165:23, 165:24,
166:13, 173:17,
175:16, 176:9,
177:1, 177:23,
178:2, 180:8,
181:19, 181:20,
181:21, 182:8,
182:12, 183:21,
186:1, 186:8,
186:11, 188:1,
190:3, 191:3,
197:11, 197:14,
197:16, 204:1,
208:21, 208:24,
209:23, 210:4,
218:4, 220:12,
225:12, 231:14,
236:17
**who's**
210:4
**whoever**
22:23, 216:13,
232:6
**whole**
25:2, 26:2,
33:17, 38:9,
52:13, 53:3,
87:10, 126:4,
126:5, 174:16,
208:16
**whose**
95:5, 145:12,

239:4
**why**
19:10, 27:21,
67:23, 105:12,
106:17, 106:18,
108:9, 129:20,
167:15, 168:17,
168:19, 168:23,
183:15, 195:19,
197:9, 209:22,
221:7, 222:6
**wife**
89:18
**will**
6:4, 6:11,
6:12, 6:20, 7:2,
7:16, 7:21, 8:2,
8:13, 16:9,
39:17, 45:1,
45:2, 74:23,
75:5, 76:15,
101:14, 102:24,
106:11, 163:5,
167:3, 184:3,
184:5, 190:2,
198:12, 206:21,
234:2
**williams**
1:12, 3:12
**willis**
13:6, 13:7,
13:21
**wind**
212:3
**wishy-washy**
183:11
**within**
42:16, 53:7,
88:18, 106:14,
109:20, 113:24,
114:6, 119:19,
119:21, 184:23,
185:11, 214:9,
239:19
**without**
58:5, 212:24
**witness**
5:6, 151:1,

Transcript of Ron Vitale
Conducted on May 31, 2018

**158:14**, 185:3, 185:8, 205:6, 239:4, 239:7
**witness's**
164:8
**witnesses**
162:3
**woman**
19:12
**won't**
74:9
**wondering**
183:11
**word**
47:20, 80:1, 119:8, 138:9
**words**
93:13, 182:18, 182:20
**work**
14:15, 20:9, 20:23, 29:9, 29:10, 31:7, 32:18, 33:4, 34:20, 42:20, 63:16, 67:3, 67:6, 71:6, 71:19, 73:9, 73:10, 98:5, 98:6, 108:8, 117:24, 161:14, 161:22, 163:20, 192:14, 192:24, 193:2, 193:5, 194:1, 202:17, 209:24, 217:18, 220:19, 222:12, 225:17, 229:5, 232:7, 232:11, 236:2
**worked**
25:6, 29:12, 36:15, 63:7
**workers**
193:19, 194:1, 213:2, 213:4
**working**
18:17, 25:5,

**25:13**, 32:9, 66:22, 85:21, 191:17, 217:8, 217:10
**works**
8:8, 22:3, 95:5, 141:8, 193:20, 216:13, 232:6
**worse**
200:4
**wouldn't**
8:19, 41:11, 42:22, 76:12, 79:24, 80:2, 80:3, 89:19, 94:13, 105:1, 118:7, 121:5, 124:12, 150:6, 150:7, 153:23, 154:13, 156:12, 159:19, 159:23, 169:21, 173:14, 178:2, 180:8, 180:11, 180:19, 181:9, 190:4, 190:8, 190:10, 190:12, 190:24, 194:22, 195:1, 195:14, 195:15, 195:19, 222:17, 231:15, 234:15, 234:17, 235:19, 236:10
**write**
76:8
**written**
33:19, 47:21
**wrong**
21:20, 22:3, 42:15, 135:18, 168:22, 168:24, 222:3

| X |
| --- |

**x-ray**
105:17

| Y |
| --- |

**yards**
214:9, 214:11

**year**
13:5, 52:12, 53:5, 86:3, 88:18, 88:20, 88:23, 89:15, 89:16, 91:14, 127:1, 128:2, 128:3, 132:9, 171:22, 221:10, 221:16
**year-old**
166:12
**years**
12:4, 12:5, 14:14, 16:14, 17:5, 17:20, 25:18, 25:19, 26:2, 26:9, 26:11, 26:12, 36:1, 36:6, 36:16, 38:4, 39:15, 41:14, 42:7, 57:4, 69:7, 69:14, 119:21, 131:8, 170:5, 171:10, 173:17, 187:18, 215:21, 218:12
**yep**
8:18, 11:3, 88:8, 132:3, 208:15
**yesterday**
13:6, 116:18, 117:5, 123:6
**yet**
93:21, 113:21, 129:10, 199:12
**you'd**
45:6
**you'll**
59:9
**you're**
11:17, 15:10, 15:11, 17:8, 19:2, 20:12, 20:16, 21:13, 21:21, 22:1,

**22:17**, 26:15, 29:23, 34:8, 37:6, 40:9, 40:10, 41:18, 47:18, 53:3, 63:8, 65:20, 67:12, 73:21, 75:8, 75:11, 113:2, 137:20, 149:19, 155:3, 156:20, 157:8, 158:3, 159:9, 160:4, 161:2, 162:14, 162:20, 165:17, 170:5, 174:13, 181:9, 181:16, 182:18, 183:7, 185:2, 185:3, 186:6, 186:20, 187:14, 191:8, 194:10, 195:16, 199:21, 205:10, 210:4, 223:15, 223:24, 227:18
**you've**
14:4, 18:2, 18:10, 18:23, 24:24, 39:15, 55:14, 57:13, 58:19, 61:18, 70:18, 102:11, 130:23, 151:18, 165:23, 171:7, 186:10, 187:8, 191:16, 191:17, 219:20, 223:24, 231:12
**yours**
116:14
**yourself**
68:16, 135:11, 139:19

| Z |
| --- |

**zone**
207:20, 207:21, 207:22, 207:23

Transcript of Ron Vitale
Conducted on May 31, 2018                                117

| | | | |
|---|---|---|---|
| **$** | 75:5, 171:16, | **167** | 88:15, 88:19, |
| **$5.00** | 172:3, 173:17, | 2:17 | 90:2, 90:8, |
| 207:6 | 190:20, 192:4, | **18** | 90:19, 131:13, |
| | 192:7, 192:8, | 218:21 | 132:4, 149:8, |
| **.** | 192:10, 213:24, | **184** | 149:10, 150:2, |
| **.2** | 223:5, 224:23 | 134:16, 134:17, | 150:19, 155:3, |
| 239:6 | **100** | 134:18, 139:8 | 155:11, 156:6, |
| **.5900** | 4:22, 63:16, | **185** | 156:9, 158:22, |
| 4:10 | 73:10, 180:7, | 140:10 | 158:24, 159:21, |
| **.8741** | 187:2, 187:8, | **188** | 161:20, 167:5, |
| 4:17 | 187:13, 190:9 | 63:15, 126:1 | 167:17, 167:21, |
| **0** | **101** | **189** | 168:4, 168:14, |
| **00** | 239:6 | 112:18 | 168:21, 169:7, |
| 3:18, 20:9, | **11** | **1st** | 169:8, 178:21, |
| 20:11, 20:16, | 91:21, 141:14, | 169:7, 173:18 | 219:1, 222:18, |
| 20:23, 20:24, | 143:21 | **2** | 223:22, 224:5 |
| 24:17, 25:4, | **112** | **2** | **2018** |
| 64:12, 64:18, | 2:14 | 3:19, 24:17, | 1:24, 3:18 |
| 65:2, 66:4, | **12** | 66:5, 238:17 | **203** |
| 66:5, 66:13, | 36:1, 39:15, | **20** | 2:5 |
| 68:7, 96:12, | 42:7, 71:2, | 69:6, 155:3, | **225** |
| 192:2 | 170:5, 171:10, | 167:5 | 2:6 |
| **000182** | 171:22, 187:18 | **200** | **232** |
| 112:17 | **13** | 86:16, 170:14, | 2:7 |
| **00084** | 142:2 | 171:6, 171:10, | **24** |
| 165:8 | **1301** | 206:10, 214:20 | 20:13, 21:2, |
| **001300** | 111:4 | **2006** | 123:9, 123:10 |
| 91:19 | **1302** | 18:18, 20:2, | **25** |
| **004742** | 91:22 | 24:24, 25:4, | 169:8 |
| 4:32 | **1303** | 27:3, 45:17, | **255** |
| **02** | 91:19 | 47:12, 47:20, | 239:6 |
| 5:11 | **14** | 49:15, 50:14, | **26** |
| **0403125** | 69:6, 88:22, | 50:22, 51:3, | 25:4 |
| 125:22 | 155:3, 167:5 | 51:7, 56:2, | **28** |
| **0544** | **141** | 186:23, 187:4, | 63:14 |
| 1:9, 3:9 | 2:15 | 187:5, 189:21 | **3** |
| **084** | **15** | **201** | **3** |
| 4:32 | 3:19, 36:21, | 3:20 | 24:17 |
| **1** | 75:5, 88:21, | **2010** | **3,000** |
| **1** | 224:23 | 91:21, 91:24 | 44:3 |
| 192:2 | **151** | **2012** | **30** |
| **1,000** | 2:16 | 88:19, 91:23 | 25:18, 25:19, |
| 68:19, 172:3, | **1580** | **2014** | 26:2, 59:7, |
| 195:20 | 4:23 | 62:7, 62:8, | 63:10, 64:9, |
| **10** | **16** | 62:10, 66:15, | 64:12, 65:2, |
| 65:4, 66:4, | 1:9, 3:9, | 74:5, 77:17, | 65:4, 66:13, |
| | 191:1, 238:17 | 83:8, 88:11, | 68:7, 68:9, |
| | **16544** | | |
| | 91:18, 112:17 | | |

Transcript of Ron Vitale
Conducted on May 31, 2018                                         118

```
73:22, 108:10,        62226
192:2, 192:3,         3:21
192:9, 208:17         62701
300                   4:16
214:11                63102
31                    4:24
1:24, 3:18            6th
311                   187:3
4:7                   ─────────7─────────
312.243               7
4:10                  64:9, 64:12,
36                    66:13, 68:7
183:24, 184:9,        70
184:24                25:23, 25:24,
3rd                   29:15, 30:22,
4:8                   30:23, 32:24,
─────────4─────────   33:1, 33:5
4                     700
20:11, 20:16,         195:20
20:24, 24:17,         712
25:4                  59:3
40                    716
59:7, 68:9,           59:2, 180:5,
166:12, 217:9,        214:1
221:18                76
45                    25:19
65:17                 ─────────8─────────
─────────5─────────   8
5                     20:11, 20:16,
20:9, 96:12           20:23, 25:4,
50                    64:12, 64:18,
102:16, 217:9,        65:2, 66:4,
221:11                66:13, 68:7
500                   80
4:15, 169:24,         63:17
170:7, 170:10,        85
171:11, 190:20        165:8
500,000               ─────────9─────────
191:18                9
─────────6─────────   3:18, 5:11,
60                    20:9, 96:12,
221:11                192:2
60607                 92
4:9                   2:13
618.236
4:17
```