**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# Exhibit 17

**CMS** ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES

## POSITION DESCRIPTION

| 1. POSITION TITLE | WORKING TITLE (IF ANY) | BILINGUAL CODE | POSITION TITLE OPTION | 2. POSITION NUMBER |
|---|---|---|---|---|
| Existing Position | | | | |
| New / Revised Position Sr. Public Service Admin. | Assistant Warden Of Programs | | 7 | 40070-29-59-200-00-01 |

| 3. AGENCY | 4. BUREAU / DIVISION | 5. EXMT CODE | 6. WORK COUNT | 7 A/I AUTH | 8. AUDIT | 9. OFFICE USE |
|---|---|---|---|---|---|---|
| Existing Position | | | | | | |
| New / Revised Position Corrections | Southwestern Illinois Correctional Center | 3 | 082 | N | R | |

| 10. SECTION | 11. UNIT | 12. TRANSACTION CODE | 13. EFFECTIVE DATE |
|---|---|---|---|
| Existing Position | | | 11/01/2010 |
| New / Revised Position Programs | Administration | ☐ MA021 ESTABLISH<br>☐ MC022 EXEMPT CODE CHANGE<br>☐ MC024 POSITION NO. CHANGE<br>☒ MC026 CLARIFY<br>☐ MC027 ADDITIONAL IDENTICAL CHANGE<br>☐ MC028 WORK COUNTY CHANGE<br>☐ MD021 ABOLISH<br>☐ MC149 DOWNLOAD REALLOCATION<br>☐ MC150 LATERAL REALLOCATION<br>☐ MC158 UPWARD REALLOCATION | |

| 14. WORK LOCATION | 15. BARGAINING / TERM CODE | RUTAN EXEMP |
|---|---|---|
| Existing Position | | |
| New / Revised Position St. Clair County | E X - 000 | Y |

| % OF TIME | 16. COMPLETE, CURRENT AND ACCURATE STATEMENT OF POSITION ESSENTIAL FUNCTIONS |
|---|---|
| | Under administrative direction of the Warden (Sr. Public Service Adm.), plans, organizes and directs the entire Program Services Operation for the rehabilitation and resocialization of inmates at the Southwestern Illinois Correctional Center; formulates operating procedures and rehabilitation programs for areas of assignments; interprets and carries out policies of the Department of Corrections and institution; administratively responsible and accountable for execution of policies and procedures and management of institution while serving as Duty Warden; supervises staff. |
| 35% | 1. Plans organizes and assumes direct responsibility over functions of Clinical Services, Record Office, Medical Services, Chaplaincy, Leisure Time, Industries and Education; conducts regular staff meetings and directly trains and develops managerial skills of Department Supervisors under Program Services. |
| 20% | 2. Serves as full line supervisor; assigns and reviews work; provides guidance and training to assigned staff; counsels staff regarding work performance; reassigns staff to meet day-to-day operating needs; establishes annual goals and objectives; approves time off; adjusts first level grievances; effectively recommends and imposes discipline, up to and including discharge; prepares and signs performance evaluations; determines and recommends staffing needs; reviews activity reports. |
| 15% | 3. Assists the Warden in carrying out policies, rules and regulations of the institution in order to ensure orderly operation of daily functions of the institution; administratively responsible and accountable for execution of policies and procedures and management of institution while serving as Duty Warden. |
| 15% | 4. Instructs and counsels inmates by holding regular interviews by request in order to assist them with problems; confers with inmates' relatives; coordinates all inmate programs relating to areas of supervision; makes daily routine inspection tours of the institution including the inspection of inmates' living quarters. |

| DIRECTOR OF CMS SIGNATURE | IMMEDIATE SUPERVISOR SIGNATURE | AGENCY HEAD SIGNATURE | DATE |
|---|---|---|---|
| | | | |

CMS-104 (Rev. 10/94)  IL 401-0794

| 16. (CONTINUED) % OF TIME | |
|---|---|
| 10% | 5. Serves on and chairs Adjustment Committee, Employee Review Board, Drug and Alcohol Testing of Inmates Committee, Inmate Benefit Fund Committee, Quality Improvement Committee; serves as Employee Second Level Grievance Hearing Officer; serves as ADA Coordinator; ensures subordinate staff are properly trained and developed in these areas; answers correspondence; speaks to lay and professional groups regarding various institutional programs. |
| 5% | 6. Performs other duties as required or assigned which are reasonably within the scope of the duties enumerated above. |

**17. POSITION TITLE AND NUMBER OF IMMEDIATE SUPERVISOR** (Responsible for assigning and reviewing work, preparing, conducting and signing performance evaluations; effectively recommending and imposing discipline and adjusting grievances for the incumbent of this position.)

Senior Public Service Adm 40070-29-59-000-00-01

**WORKING TITLE (IF ANY)**
Warden

**18. CHECK THE APPROPRIATE BOX IF THIS POSITION IS A:**
☒ SUPERVISOR    OR    ☐ LEAD WORKER

NOTE: Supervisory or lead worker responsibilities must be described in a detailed duty statement(s) with a time percentages(s) allotted

If a box was checked above, list position title, position number, and number of subordinate incumbents or authorized funded head count:

| Position Title | Position Number | No. of incumbents or Funded Vacancies |
|---|---|---|
| Public Service Admin. | 37015-29-59-200-30-01 | 1 |
| Chaplain I I | 06902-29-59-220-00-01 | 1 |
| Clinical Services Supervisor | 08260-29-59-230-00-01 | 1 |
| Executive I I | 13852-29-59-240-00-01 | 1 |
| Corr. Leis. Act. Spec. 4 | 09814-29-59-250-00-01 | 1 |
| Public Service Admin. | 37015-29-59-210-00-01 | 1 |
| Public Admin. Intern | 35700-29-59-200-30-01 | 1 |

**19. SPECIALIZED KNOWLEDGES, SKILLS, ABILITIES, LICENSURE OR CERTIFICATION NECESSARY FOR THE SUCCESSFUL PERFORMANCE OF THE WORK OF THIS POSITION.** NOTE: SINCE THERE ARE NOW SEVERAL OPTIONS OF SKILLS AND ABILITIES AND LICENSURE OR CERTIFICATION IDENTIFIED ON STANDARDS, THE PHRASE "SAME AS SPECIFICATION" CAN NO LONGER BE USED.

Requires knowledge, skill and mental development equivalent to completion of four years college supplemented by a Master's degree in public or business administration, sociology, penology, behavioral sciences or a related field. Requires at least two years professional supervisory experience in a correctional facility, public or private service, social welfare organization. Requires thorough knowledge of the methods of prison or institution administration; requires thorough knowledge of the principles and practices of penal administration and criminology; requires thorough knowledge of the methods and techniques of developing and conducting programs; requires thorough knowledge of the attitudes, problems and behavior of residents under restraint.

# CMS
## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES

**POSITION DESCRIPTION**

| 1. POSITION TITLE | WORKING TITLE (IF ANY) | BILINGUAL CODE | POSITION TITLE OPTION | 2. POSITION NUMBER | | | | |
|---|---|---|---|---|---|---|---|---|
| Existing Position | | | | | | | | |
| New / Revised Position Sr. Public Service Admin. | Assistant Warden Of Programs | | 7 | 40070-29-59-200-00-01 | | | | |
| **3. AGENCY** | **4. BUREAU / DIVISION** | | | 5. EXMT CODE | 6. WORK COUNT | 7 A/I AUTH | 8. AUDIT | 9. OFFICE USE |
| Existing Position | | | | | | | | |
| New / Revised Position Corrections | Southwestern Illinois Correctional Center | | | 3 | 082 | N | R | |
| **10. SECTION** | **11. UNIT** | | | **12. TRANSACTION CODE** | | | **13. EFFECTIVE DATE** | |
| Existing Position | | | | | | | 08/01/2012 | |
| New / Revised Position Programs | Administration | | | ☐ MA021 ESTABLISH<br>☐ MC022 EXEMPT CODE CHANGE<br>☐ MC024 POSITION NO. CHANGE<br>☒ MC026 CLARIFY<br>☐ MC027 ADDITIONAL IDENTICAL CHANGE<br>☐ MC028 WORK COUNTY CHANGE<br>☐ MD021 ABOLISH<br>☐ MC149 DOWNLOAD REALLOCATION<br>☐ MC150 LATERAL REALLOCATION<br>☐ MC158 UPWARD REALLOCATION | | | | |
| **14. WORK LOCATION** | **15. BARGAINING / TERM CODE** | | RUTAN EXEMP | | | | | |
| Existing Position | | | | | | | | |
| New / Revised Position St. Clair County | E X - 000 | | Y | | | | | |

| % OF TIME | 16. COMPLETE, CURRENT AND ACCURATE STATEMENT OF POSITION ESSENTIAL FUNCTIONS |
|---|---|
| | Position Description, CMS-104, reviewed and no revisions are necessary. Description reflects accurate duties of this position. |

| DIRECTOR OF CMS SIGNATURE | IMMEDIATE SUPERVISOR SIGNATURE | AGENCY HEAD SIGNATURE | DATE |
|---|---|---|---|
| | | | |

CMS-104 (Rev. 10/94)  IL 401-0794

| 16. (CONTINUED) % OF TIME | |
|---|---|
| 10% | 5. Serves on and chairs Adjustment Committee, Employee Review Board, Drug and Alcohol Testing of Inmates Committee, Inmate Benefit Fund Committee, Quality Improvement Committee; serves as Employee Second Level Grievance Hearing Officer; serves as ADA Coordinator; ensures subordinate staff are properly trained and developed in these areas; answers correspondence; speaks to lay and professional groups regarding various institutional programs. |
| 5% | 6. Performs other duties as required or assigned which are reasonably within the scope of the duties enumerated above. |

**17. POSITION TITLE AND NUMBER OF IMMEDIATE SUPERVISOR** (Responsible for assigning and reviewing work, preparing, conducting and signing performance evaluations; effectively recommending and imposing discipline and adjusting grievances for the incumbent of this position.)

| | **WORKING TITLE (IF ANY)** |
|---|---|
| Senior Public Service Adm 40070-29-59-000-00-01 | Warden |

**18. CHECK THE APPROPRIATE BOX IF THIS POSITION IS A:**
☒ SUPERVISOR    OR    ☐ LEAD WORKER

**NOTE:** Supervisory or lead worker responsibilities must be described in a detailed duty statement(s) with a time percentages(s) allotted

If a box was checked above, list position title, position number, and number of subordinate incumbents or authorized funded head count:

| Position Title | Position Number | No. of incumbents or Funded Vacancies |
|---|---|---|
| Public Service Admin. | 37015-29-59-200-30-01 | 1 |
| Chaplain I I | 06902-29-59-220-00-01 | 1 |
| Clinical Services Supervisor | 08260-29-59-230-00-01 | 1 |
| Executive I I | 13852-29-59-240-00-01 | 1 |
| Corr. Leis. Act. Spec. 4 | 09814-29-59-250-00-01 | 1 |
| Public Service Admin. | 37015-29-59-210-00-01 | 1 |
| Public Admin. Intern | 35700-29-59-200-30-01 | 1 |

**19. SPECIALIZED KNOWLEDGES, SKILLS, ABILITIES, LICENSURE OR CERTIFICATION NECESSARY FOR THE SUCCESSFUL PERFORMANCE OF THE WORK OF THIS POSITION. NOTE: SINCE THERE ARE NOW SEVERAL OPTIONS OF SKILLS AND ABILITIES AND LICENSURE OR CERTIFICATION IDENTIFIED ON STANDARDS, THE PHRASE "SAME AS SPECIFICATION" CAN NO LONGER BE USED.**

Requires knowledge, skill and mental development equivalent to completion of four years college supplemented by a Master's degree in public or business administration, sociology, penology, behavioral sciences or a related field. Requires at least two years professional supervisory experience in a correctional facility, public or private service, social welfare organization. Requires thorough knowledge of the methods of prison or institution administration; requires thorough knowledge of the principles and practices of penal administration and criminology; requires thorough knowledge of the methods and techniques of developing and conducting programs; requires thorough knowledge of the attitudes, problems and behavior of residents under restraint.