IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# Exhibit 19

STATE OF ILLINOIS )
COUNTY OF Sangamon )

## AFFIDAVIT OF CUSTODIAN OF GRIEVANCE RECORDS

Before me, the undersigned Notary Public, personally appeared Sherry Benton, who, being by me duly sworn, deposed as follows:

My name is Sherry Benton (Custodian of Records), I am of sound mind, capable of making this affidavit, and personally acquainted with the following facts:

I am a custodian of the records of the Administrative Review Board, Office of Inmate Issues, Illinois Department of Corrections, hereinafter "the Board." Attached to this affidavit are __10__ pages of records from the Board regarding **Gerry Armbruster, #S02006**. These pages of records are kept by the Board in the regular course of business, and it was the regular course of business of the Board for an employee or representative of this facility to make a record of or to transmit information thereof to be included in such record; and the record was made at or near the time of the act or event. The records attached hereto are the original or exact duplicates of the original.

_____
Affiant

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official seal this 19th day of October 2016

_____
Notary Public

My Commission Expires: 4/17/19

OFFICIAL SEAL
SARAH L JOHNSON
Notary Public - State of Illinois
My Commission Expires Apr 17, 2019

ARMBRUSTER ARB 0004

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| MEDICAL | 11/05/2014 | SWC | SWC | SHBE | G | GRV# 9-6-14; TX FOR NUMBNESS IN FINGERS, RIGHT ARM/NECK AREA, TINGLING LI |

ARMBRUSTER ARB 0005



**Illinois Department of Corrections**

PAT QUINN
Governor

S.A. GODINEZ
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

November 5, 2014

Gerry Armbruster
2005 14th St
Granite City, IL 62040

Dear Mr. Armbruster:

This is in response to your grievance received on June 26, 2014, regarding Medical (HCU Visit of 5/13/14), which was alleged to have occurred at Southwestern Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated May 19, 2014, which states in summary that you believe the Doctor at Southwestern failed to properly treat you for the following symptoms on May 13, 2014: numbness in all finger tips, no grip in right hand, numbness throughout right arm up to neck area, tingling sensation on "left side" and both calfs hurt. You write the Doctor stated you were only dehydrated and to drink more water. As you disagreed, you write you left the Doctor's Office.

The Grievance Officer's Report (9-6-14) and subsequent recommendation dated June 12, 2014 and approval by the Chief Administrative Officer on June 12, 2014 have been reviewed.

The HCU's response, cited within this report, was reviewed by this office.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: *Sherry Benton*
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: *S.A. Godinez*
S.A. Godinez
Director

cc: Warden, Southwestern Illinois Correctional Center
Gerry Armbruster, Register No. S02006

ARMBRUSTER ARB 0006

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: June 11, 2014   Date of Review: June 12, 2014   Grievance # (optional): 9-6-14

Offender: Armbruster, Gerry   *Armbruster*   ID#: S02006

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Offender Armbruster claims to have issues of numbness in all of his finger tips and through the right arm, up to the neck area, no grip in his right hand, and tingling sensations on left side and both calves hurt, throwing off his balance. Offender Armbruster requests proper treatment for his problems.

Offender Armbruster S02006 was seen by medical personnel everyday starting on 5/13/14 thru 5/21/14. The HCU Administrator stated that the offender showed evidence of hypertendion and was scheduled for follow ups with the physician, and the offender my submit a nurse sick call request anytime.

*[handwritten: MLSR'd 9/15/14
2005 14th St
Granite City, IL 62040]*

**Recommendation:** Based on the statement above by HCUA Hohnsbehn, that the offender was seen by medical personnel on a regular basis for eight consecutive days, from 5/13 to 5/21, and was encouraged to submit a nurse sick call request anytime, this investigation finds no substance to this grievance. HCUA Hohnsbehn stated in her response that Armbruster complained about pain and tingling ever since "picking up toxic trays" during his job assignment for Safety Sanitation. Dr. Shaw's exam revealed that Armbruster had equal bilateral grip strenth, and all of the joints, including the spine moved through a full range of motion. Dr. Shaw ordered Armbruster back exercises and a follow-up for blood pressure checks twice daily. This offender has been receiving ongoing medical assessments. This Grievance Officer recommends grievance be dinied.

T. Robinison
Print Grievance Officer's Name    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 6/12/14    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:    JUN 26 2014

Chief Administrative Officer's Signature    6/12/14    Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Gerry Armbruster    S02006    6-18-14
Offender's Signature    ID#    Date

ARMBRUSTER ARB 0007

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

1-14-21

| | | |
|---|---|---|
| Date: 05-19-2014 | Offender (Please Print): Gerry Armbruster | ID#: S02006 |
| Present Facility: SWICC | Facility where grievance issue occurred: SWICC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 05-12-2014 I went to health care unit for nurse sick call. They scheduled me for Doctor the next day on 05-13-2014. The issues that I'm having is numbness in all finger tips, no grip in right hand, numbness sinsation through right arm up to neck area, tingling sinsation on my left side, and both calfs hurt my balance is off I can't walk right. I told Doctor about all issues and he told me I was dehydrated and nothing else is wrong with me. I said obviously there is something wrong and doctor said I

Relief Requested: I would like proper treatments of my problems.

JUN 2 6 2014

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Gerry Armbruster    S02006    5/19/14
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 5/20/14    [x] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277
C614 H 4 M.

Response: The HCUA stated that inmate has been seen by medical personnel everyday starting on 5/13/14 thru 5/21/14. Inmate shows evidence of hypertension and is scheduled for follow up with the physician, and inmate can submit a nurse sick call request any time.

McIntyre    McIntyre    5/29/14
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

___/___/___
Chief Administrative Officer's Signature    Date

ARMBRUSTER ARB 0008

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

will be ok to drink plenty of water. I left cause he denied me treatment.

Offender's Grievance      Pg. 3

Date: 6-22-14    Offender: Gerry Armbruster    ID#: S02006
Present Facility: SWICC    Facility where grievance issue occurred: SWICC

Nature of Grievance: Medical Treatment

Summary of Grievance:
On said date of 6-18-14 Mr. Armbruster submitted 2 request slips, 1 to Health Care Unit stating all chronic care issues related to attached grievance. Also, 1 to Health Care Unit Administrator Hohnsbehr. There responded to the one to Health Care and during the visit 6-20-14, the nurse stated that this facility SWICC / Wexford Medical Vendor for the State of Illinois, they will not fund the expense to send me to outside Hospital to recieve proper care that I need. I still experience numbness in all four fingertips and through the right arm, up to the neck area, no grip in right hand, and tingling sensations on left side, which is very uncomfortable, both calves hurt, throwing off my balance. I have repeatedly written request slips to HCUA Hohnsbeh and have not been contacted yet.

I was seen by medical personnel everday starting on 5/13/14 thru 5/21/14 and all that was done was my vitals checked and was put on these medications, Lisinopril 10mg / blood pressure and Hydrochlorothiazide 25mg and never told me why I needed these medications, which I started taking on 5/29/14. Also, Naproxen 500mg for pain reliever, Also, on 5/29/14.

JUN 26 2014    over →

ARMBRUSTER ARB 0010

The only relieve I'm requesting is to no longer be ignored by HCUA Hohnsbehn, and for the Doctor Shaw to look further into these matters, because I'm in terrible pain, can barely move, have problems with simple task, such as getting dressed, taking showers, using restroom, walking, sleeping, arms are continuously numb at all times,

Also, on 6-18-14 while I was at HCU they did X-rays on both Knees, which I have no issues with either knee, so why was x-rays neccessary of my knees,

I wish for only this grievance to be accepted, there is no merit for grievance to be denied, I'm only requesting proper medical assistance, so I'm able to walk and experience no more pain.

Sincerely,

Mr. Gerry Armbruster
Gerry Armbruster
S02006

Written by and witnessed by:
Mr. Jason Engelhart
Jason Engelhart S11237
320 S Walnut
Nokomis, IL  62075

ARMBRUSTER ARB 0011