**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# Exhibit 23

*Armbruster v. Wexford et al.* 16-cv-544 – AMENDED Privilege Log.

6/1/18

| DATE | DESCRIPTION | PRIVILEGE | EXHIBIT # |
|---|---|---|---|
| 12/17/14 | Pharmacy Inspection Report prepared by facility pharmacy and nursing personnel. Documenting facility compliance with quality indicators for the pharmacy. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844 845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8-2101 *et seq.* and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 *et seq.* | 1 |
| 6/11/15 | Pharmacy Inspection Report prepared by facility pharmacy and nursing personnel. Documenting facility compliance with quality indicators for the pharmacy. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844 845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8-2101 *et seq.* and/or the Quality Assessment and Assurance Protection | 2 |

PRIVILEGED (watermark)

| | | | |
|---|---|---|---|
| 3/31/15 | Wexford Health Sources, Inc. Quality Management Program Quarterly Summary. Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Work product doctrine; Insurer insured privilege; Work-product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845;522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8-2101 *et seq.* and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 *et seq.* | 3 |
| 6/30/15 | Wexford Health Sources, Inc. Quality Management Program Quarterly Summary. Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845;522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8-2101 *et seq.* and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 *et seq.* | 4 |
| 2/29/12 | Wexford Health Sources, Inc. Scorecard Audit. Documenting facility compliance with quality indicators for privilege; Work product doctrine; Supreme Court | Attorney client privilege; Insurer insured | 5 |

| | | |
|---|---|---|
| | specific areas of medical care. | |
| 5/29/13 | Wexford Health Sources, Inc. Scorecard Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844 845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8-2101 *et seq.* and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 *et seq.* |
| 10/7/13 | Wexford Health Sources, Inc. Scorecard Audit Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, |

PRIVILEGED

6

7

| | | |
|---|---|---|
| 3/18/14 | Wexford Health Sources, Inc. Scorecard Audit. Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844 845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767.; The Illinois Medical Studies Act, 735 ILCS 5/8-2101 et seq. and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 et seq. | 8 |
| 12/18/14 | Wexford Health Sources, Inc. Scorecard Audit. Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, | 9 |

PRIVILEGED

| 3/9/15 | Wexford Health Sources, Inc. Scorecard Audit. Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844 845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8 2101 *et seq.* and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 *et seq.* | 10 |
| --- | --- | --- | --- |
| | | 167 Ill. App. 3d 842, 844 845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8 2101 *et seq.* and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 *et seq.* | |

PRIVILEGED

| | | | |
|---|---|---|---|
| 11 | 6/30/15 | Wexford Health Sources, Inc. Scorecard Audit. Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844 845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8 2101 *et seq.* and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 *et seq.* |
| 12 | 3rd Quarter 2015 (undated) | Wexford Health Sources, Inc. Scorecard Audit. Documenting facility compliance with quality indicators for specific areas of medical care. | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844 845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767; The Illinois Medical Studies Act, 735 ILCS 5/8 2101 *et seq.* and/or the Quality Assessment and Assurance Protection Act, 745 ILCS 55/1 *et seq.* |

PRIVILEGED

| Date | Description | Privilege/Basis | # |
|---|---|---|---|
| 9/12/2016 | Email notice of new claim from client to insurance Amy Groszkiewicz, Wexford paralegal; Joe Ebbitt, Wexford, Director Risk Management, HIPAA Compliance, and Legal Affairs Nicole Klug, Coverys, Senior Claims Consultant Coverys Gordon Bewick, President, Boston Insurance Brokerage Elaine Gedman, Wexford, Senior Vice President, Human Resources and Risk Management Jennifer Richter, Wexford legal assistant Benna Milliken, Rodgers Insurance Group, Vice President | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 13 |
| 1/19/2017 | Email client contact re Second Amended Complaint from counsel to insurance: Michele Janini, Cassiday Schade LLP paralegal Robert Pierson, Coverys Claim Consultant Tim Dugan Carla Tolbert Amy Groszkiewicz | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 14 |
| 2/23/2017 | Email letter re case status update from counsel to insurance: Sandra Bohlen, Cassiday Schade LLP legal secretary Robert Pierson Tim Dugan Carla Tolbert Amy Groszkiewicz | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, | 15 |

PRIVILEGED

| | | | | |
|---|---|---|---|---|
| 8/31/2017 | Email letter re case status update from counsel to insurance: Sandra Bohlen, Robert Pierson, Tim Dugan, Carla Tolbert, Jennifer Richter | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstrom v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 16 |
| 9/15/2016 | Email new claim to client from insurance: Joanne Mack, Coverys Claims Support Assistant Amy Groszkiewicz, Gordon Bewick, Robert Pierson | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 17 |

| Date | Description | Parties | Privilege Asserted | # |
|---|---|---|---|---|
| 9/16/2016 | Email from client requesting legal representation: | Robert Pierson, Tim Dugan, Amy Groszkiewicz | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 18 |
| 9/16/2016 | Email re client communication from client to counsel: | Amy Groszkiewicz, Tim Dugan, Carla Tolbert | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 19 |

| | Date | Description | Privilege | # |
|---|---|---|---|---|
| | 9/26/2016 | Email re new claim file number from counsel to client and insurance:<br>Tracy Dillon, Cassiday Schade LLP<br>Robert Pierson<br>Amy Groszkiewicz<br>Joe Ebbitt | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 20 |
| | 10/14/2016 | Email requesting medical records from counsel to IDOC and client | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 21 |

PRIVILEGED

| | | | |
|---|---|---|---|
| 10/24/2016 | Email re new client in Amended Complaint from counsel to insurance and client:<br>Michele Janini<br>Robert Pierson<br>Tim Dugan<br>Carla Tolbert<br>Amy Groszkiewicz | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845, 522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 22 |
| 10/25/2016 | Email re client identification information from client to counsel and insurance:<br>Amy Groszkiewicz<br>Tim Dugan<br>Carla Tolbert<br>Robert Pierson | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845, 522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 23 |

PRIVILEGED

| Date | Description | Author/Recipients | Privilege | # |
|---|---|---|---|---|
| 10/25/2016 | Email re client identification information follow up from client to counsel and insurance: | Amy Groszkiewicz<br>Carla Tolbert<br>Tim Dugan<br>Robert Pierson | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 24 |
| 10/25/2016 | Email re client identification information follow up from counsel to client and insurance: | Amy Groszkiewicz<br>Carla Tolbert<br>Tim Dugan<br>Robert Pierson | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 NE.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 25 |

PRIVILEGED

| Date | Description | Participants | Privilege | No. |
|---|---|---|---|---|
| 10/25/2016 | Email re client identification information follow up from counsel to client and insurance: | Carla Tolbert<br>Amy Groszkiewicz<br>Tim Dugan<br>Robert Pierson | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 26 |
| 11/1/2016 | Email to client re waiver of service from client to counsel: | Carla Tolbert<br>Amy Groszkiewicz<br>Tim Dugan | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 27 |

PRIVILEGED

| | | | |
|---|---|---|---|
| 28 | 11/1/2016 | Email from client to counsel: Carla Tolbert Amy Groszkiewicz Tim Dugan | Email from client re waiver of service from client to counsel | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. |
| 29 | 11/1/2016 | Email to client re waiver of service from counsel to client: Carla Tolbert Amy Groszkiewicz Tim Dugan | | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2);*Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. |

PRIVILEGED

| Date | Description | Participants | Privilege/Authority | No. |
|---|---|---|---|---|
| 11/1/2016 | Email to client re waiver of service from counsel to client: | Carla Tolbert<br>Amy Groszkiewicz<br>Tim Dugan | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E.2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 30 |
| 12/5/2016 | Email from client re confirming representation from client to counsel: | Carla Tolbert<br>Amy Groszkiewicz<br>Tim Dugan | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 31 |
| 12/5/2016 | Email from client re service from client to counsel: | Carla Tolbert<br>Amy Groszkiewicz<br>Tim Dugan | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. | 32 |

PRIVILEGED

| Date | Description | Author/Recipients | Privilege Basis | No. |
|---|---|---|---|---|
| 12/5/2016 | Email to client re service from counsel to client: | Carla Tolbert, Amy Groszkiewicz, Tim Dugan | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 33 |
| 12/6/2016 | Email from client re service from client to counsel: | Carla Tolbert, Amy Groszkiewicz, Tim Dugan | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. 3d 120, 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845,522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 34 |
| 12/6/2016 | Email to client re representation and answers from counsel to client: | Carla Tolbert, Amy Groszkiewicz, Tim Dugan | Attorney client privilege; Insurer insured privilege; Work product doctrine; Supreme Court Rule 201(b)(2); *Ardisana v. Northwest Community Hospital*, 795 N.E.2d 964 (Ill. App. 1st Dist. 2003); *Ekstron v. Temple*, 197 Ill. App. | 35 |

PRIVILEGED

| | | | |
|---|---|---|---|
| 3/19/2018-4/18/2018 | String of emails between Tim Dugan and Dr. Sanders regarding Dr. Sanders' report and opinions under Rule 26(a)(2)(B). | 553 N.E. 2d 242, 142 Ill. Dec. 910 (Ill. App. 2nd Dist. 1990); *Jenkins v. Wu*, 468 N.E.2d 1162, 1168 (Ill. 1984); *Sakosko v. Memorial Hospital*, 167 Ill. App. 3d 842, 844-845, 522 N.E. 2d 273, 275 (5th Dist. 1988); *Buckman v. Columbus-Cabrini Medical Center*, 272 Ill. App.3d 1060 (1995), 651 N.E.2d 767. | 36 |
| 5/15/2018-5/21/2018 | String of emails between Jaclyn Kinkade, Michele Janini (paralegal at Cassiday Schade LLP), and Dr. Sanders regarding Dr. Sanders' report and opinions under Rule 26(a)(2)(B). | Federal Rule of Civil Procedure 26(b)(3)(A) and (B) | 37 |
| 3/19/2018 | Letter to Dr. Petkovich from Tim Dugan regarding his report and opinions under Rule 26(a)(2)(B). | Federal Rule of Civil Procedure 26(b)(3)(A) and (B) | 38 |
| 3/5/2018 | Letter to Dr. Petkovich from Tim Dugan regarding his report and opinions under Rule 26(a)(2)(B). | Federal Rule of Civil Procedure 26(b)(3)(A) and (B) | 39 |
| 4/12/2018 | Letter to Dr. Petkovich from Tim Dugan regarding his report and opinions under Rule 26(a)(2)(B). | Federal Rule of Civil Procedure 26(b)(3)(A) and (B) | 40 |
| 5/15/2018-5/22/2018 | String of emails between Jaclyn Kinkade and Dr. Sanders regarding Dr. Sanders' report and opinions under Rule 26(a)(2)(B). | Federal Rule of Civil Procedure 26(b)(3)(A) and (B) | 41 |
| 3/8/2018 | Letter to Dr. Sanders from Tim Dugan regarding his report and opinions under Rule 26(a)(2)(B). | Federal Rule of Civil Procedure 26(b)(3)(A) and (B) | 42 |

PRIVILEGED