**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# Exhibit 26

**PETER W. BROWN, MD**

--------------------------------------------------------------------------------

747 Altos Oaks  
Los Altos, Ca. 94024-5402  
Phone:  
Fax: 650/941-3232  
Email:

Family Practice, Board Certified  
F.A.A. Senior Medical Examiner

# Curriculum Vitae: Peter W. Brown, M.D. (r.12/16)

## Personal:
Born: ▮▮▮▮, Chicago, Illinois  
Married: Angela Sherry, ▮▮▮▮  
Children: Zane Brown, ▮▮▮▮  
     Zeke Brown, ▮▮▮▮

## Education:
**Duke University**, 1962-63  
**Stanford University**, 1963-66: A.B. Biology  
**Northwestern University Medical School**, 1966-1970: M.D.  
Hartford Hospital, Univ. Connecticut, 1970-1971, Rotating 2 Internship

## Professional

United States Navy  
 Medical Corps, Lieutenant, 1972-1974  
Washington Navy Yard, Washington, D.C., April 1972, Experimental Diving Unit, training in recognition and treatment of diving injuries.  
U.S. Naval Hospital, Guantanamo Bay, Cuba, General Medical Officer, Fleet Sick Call; Medical Officer in charge of recompression chamber and treatment of diving injuries  
Medical Officer, United States Naval Academy, U.S. Naval Hospital, Annapolis, Maryland

Board Certification  
Board Certified American Board of Family Practice, 1977, re-certification in 1985, 1992, and 2001, 2007 (re-certification planned 2017)  
Board Certified by National Board of Physicians and Surgeons, Sept. 2016

**Private Practice**: Los Altos, Ca. 1975-present  
         Director, AC2 Medical Clinic, July 2014-February 2018

**Medical Staff Affiliations**  
Staff Physician, El Camino Hospital, Mt. View, Ca. 1975-current  
Staff Physician, Stanford Hospital, Palo Alto, Ca. 1976-78

**Summary of Medical Practice:**
Broad spectrum of Family practice, including pediatrics, geriatrics, preventive medicine, Office surgery, adult medicine, gynecology
10 years Emergency Room experience in addition to private practice
8 years obstetrical experience in private practice (none since 1982)
Extensive surgical assisting in general surgery, neurosurgery, GYN, and orthopedics
Subspecialty in treatment of varicose veins
Senior Federal Aviation Administration Medical Examiner  1978-current
Consultant, recognition and treatment of scuba diving injuries
Industrial Clinic for large construction project in Cupertino, Ca. overseeing nurses and EMT personnel delivering first aid and following patients injured on the job, evaluating and treating work injuries, referring for specialty care.
Chief: Dept. of Family Practice, El Camino Hospital, 1987-88
Vice Chief: Dept. of Family Practice, El Camino Hospital, 1986-87
Secretary, Dept. of Family Practice, El Camino Hospital 1985-86
Member:  American Academy of Family Practice
Member:  Santa Clara County Medical Society
Member:  California Academy of Family Practice
Consultant: One Health Plan, 1999-2005
Consultant: El Camino Hospital, emergency room coverage issues, 1991-92
Medical Advisor, VivoMedical, 2006-2008.  VivoMedical was a research endeavor involved in developing novel ways to measure glucose levels without drawing blood.

# Licensure
State of California, 1972-present, License# G26911
State of Colorado, (inactive) (1972-1975)
State of Illinois, (inactive) (1972-1975)
NPI 1720016942

# Medical Staff Affiliations:
El Camino Hospital, Mt. View, Ca. Active
Stanford University Hospital, courtesy staff, inactive

My practice in Los Altos, Ca. began in 1975 and has consisted of the broad range of Family and General Practice, minor surgery, preventive medicine, travel medicine, gynecology, no obstetrics since 1982 other than prenatal care, internal medicine, emergency medicine, pediatrics, surgery assisting, and hospital practice (I admit my patients when possible and follow and manage and coordinate their care on medical, surgical, and critical care units at El Camino Hospital).  I have been an Aviation Medical Examiner for the FAA for the past 38 years.  While in the Navy, I trained at the Experimental Diving Unit, Washington Navy Yard, Washington, D.C., being

credentialed in the recognition and treatment of diving injuries and was subsequently the Diving Medical Officer in charge of the recompression chamber at the U.S. Naval Base, Guantanamo Bay, Cuba while I was a general medical officer in Guantanamo Bay, Cuba at the U.S. Naval Station 1972-73. Subsequent duty as a general medical officer while in the Navy was in Annapolis at the U.S. Naval Academy and the U. S. Naval Hospital, Annapolis, from 1973-74. I have a subspecialty practice in the treatment of varicose veins.

My practice is a private practice, with quality personalized care similar to a boutique or concierge practice but with no monthly or annual fee. We provide care to patients with no insurance, Medicare, worker's compensation cases, and patients with health insurance, but we are not contracted with any private insurance company. Our patients pay at the time of service and are reimbursed by their insurance companies based on their out of network coverage. I admit my patients and/or follow them while in the hospital and have been on the active staff at El Camino Hospital for 40+ years.