**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GERRY ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 0544 |
| | ) | |
| WEXFORD HEALTH SOURCES, *et al.*, | ) | Judge Michael J. Reagan |
| | ) | |
| Defendants. | ) | Mag. Judge Stephen C. Williams |

# Exhibit 27

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Medical History

**Facility:** Graham Correctional Center

HIV Opt-Out: ☐ Test  ☒ Refused

☒ Reception History
☐ Periodic History
Date: 10/08/15
Time: 1133 ☒ a.m. ☐ p.m.

**Offender Information**
ARMBRUSTER, GERRY — Last, First, Middle Initial
ID#: S02006

Race: ☐ African American ☐ Asian ☐ Hispanic ☐ Native American ☒ White ☐ Other
Gender: ☒ Male ☐ Female
Date of Birth: 12/04/1973

### Subjective: Past Medical History / History of Present Illness / Family History

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | ☐ | ☒ | | NKA |
| Smoking | ☐ | ☒ | | |
| Pediculosis | ☐ | ☒ | | |
| Seizures or cerebral trauma | ☒ | ☐ | | Spinal Cord - Surgery 2014. |
| Asthma | ☐ | ☒ | | |
| Cardiac/HTN | ☒ | ☐ | | Htn - meds |
| Diabetic | ☐ | ☒ | | |
| Disability (vision, hearing, etc.) | ☒ | ☐ | | B/Side weakness, both hands grips weak. Numb finger tips. Difficulty walking. |
| Communicable Disease a. Hepatitis/Jaundice b. Hx + PPD/Active TB c. STD d. HIV +/AIDS | ☐ ☐ ☐ ☐ | ☒ ☒ ☒ ☒ | | |

Recent Communicable Illness Symptoms: ☐ Chronic cough ☐ Coughing blood ☐ Lethargy ☐ Weakness ☐ Weight loss ☐ Loss of appetite ☐ Fever ☐ Night sweats

| | Yes | No | | |
|---|---|---|---|---|
| Surgeries | ☒ | ☐ | | Spinal Cord 2014, Both legs GSW 2000. |
| Hx of Psych Tx a. Past Suicide Attempt b. Current Suicidal Ideation | ☒ ☐ ☐ | ☐ ☒ ☒ | | Depression BuSpar |
| Recent Drug/ETOH use | ☐ | ☒ | | |

| Type: | Amount: | | Time of last use: |
|---|---|---|---|
| Substance Abuse Hospitalizations | ☐ | ☒ | |

Withdrawal symptoms: ☐ Current ☐ Prior

| Mobility Problems a. Assistive Devices b. Prosthetics c. Specialized Equipment | ☐ ☐ ☐ | ☒ ☒ ☒ | | ↑ One tooth partial |
| Other Medications | ☒ | ☐ | | Buspar, Amitrip?? Hasn't had meds 3 days |
| History of Sexual Abuse or Predator | ☒ | ☐ | | S/CV age 13, neighbor |
| Oriented x3 | ☒ | ☐ | | |

State of consciousness (e.g., alert, responsive, lethargic): A:0x3, stable.
Past mental illness including hospitalizations: —
Dental problems: Missing teeth top/bottom.
Breathing (e.g., persistent cough, hyperventilation): 
Other: Uses cane, gait ∅ steady. Can't hold anything w xs Rev B/P —

**Objective:** T: 98.0  P: 92  ☒ regular ☐ irregular  R: 18  ☒ regular ☐ irregular  B/P: 141/100
Height: 5'3"  Weight: 180  Vision: RT 20/20  LT 20/20  Corrected: RT 20/___ LT 20/___

Behavioral appearance, Hearing loss, Mental status, Evidence of deformity, trauma and skin conditions:
* Took meds w Michson *

**Assessment:** Denies open areas/rashes — Emotionally upset.
Tubersol 0.1cc Intradermal
Lot# CU633AA
Exp. Date 11/29/16

**Plan:** (Check and complete as appropriate)
1. Physical Examination: ☐ Urgent ☐ Routine
2. Mental Health Referral: ☐ Urgent ☐ Routine
3. Placement in General Population: ☐ Yes ☐ No
4. Health Information Given: ☐ Yes ☐ Refused
5. PPD Results: ☐ Positive ☐ Negative
6. Chest X-ray Performed: ☐ N/A ☐ Yes ☐ No
7. Other: ___

M.H. SICJV LowBunk 19 ↓ gallery.

Date PPD Administered: 10/8/15  Date PPD Read: 10/10/15
Reading: 0 mm  By: MHJspns
Print Name of Interviewer: Bubeert
Signature: (signed) 83

### R & C Use Only

LAB: ___  Sickle Cell: ☐ Yes ☐ No  Dental: ___  Panorex: ___
EKG: ___  CXR: ___  Female Or ___  Mamo: ___

Armbruster v. Wexford, et al. (16-544) IDOC Document No.: 000420
Distribution: Offender's Medical Record
DOC 0092 (Rev. 09/2015)

State of Illinois – Department of Corrections

Taylorville Correctional Center

## Medical Exceptions

DATE: 12-23-15

TO: Medical Records

FROM: Health Care Unit

SUBJECT: **MEDICALLY UNASSIGNED** **(LOW BUNK)** **SLOW WALK**

Per physician orders inmate __Armbruster____Gerry__
                                Last            First

__S62006__ is to be given the following, due to his medical
Number

condition. If you have any questions, please call health care.

Medically Unassigned _____
                              D/C

Low Bunk ____10-8-16____
                    D/C

Slow Walk Pass _____
                              D/C

_____
Nurse Signature

cc:  Placement
     B of I
     Inmate

# MEDICAL SCREENING CRITERIA WORK CAMPS

OFFENDER NAME  Armbruster, Geney
                    Last         First

IDOC NUMBER  S02006

| # | | YES | NO |
|---|---|---|---|
| 1. | History of cardiac insufficiency, angina, or under a physician's care for cardiac abnormalities or taking medication for same. | ✓ | ✓ |
| 2. | History of a seizure disorder and/or taking medications to control same. | | ✓ |
| 3. | History of diabetes, IDDM, or diet controlled. | | ✓ |
| 4. | History of asthma. | | ✓ |
| 5. | History of uncontrolled hypertension. | | ✓ |
| 6. | History of psychiatric or psychological care. | ✓ | |
| 7. | Currently on watch take medications. | | ✓ |
| 8. | Currently receiving psychotropic medication. | ✓ | |
| 9. | Currently receiving controlled medication. | | ✓ |
| 10. | History of chronic back problems. | ✓ | |
| 11. | Currently on any therapeutic diet. | | ✓ |
| 12. | Documented history of extensive allergies. | | ✓ |
| 13. | Documented hypersensitivity to bee stings. | | ✗ |
| 14. | Physical limitations which would prohibit offender from working. | ✗ | |

Explain _____

Comments _____

_____    Approved   Denied  _____
Date                                                Signature of Medical Reviewer