U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| GERRY ARMBRUSTER #S02006,<br>　　　　Plaintiff, | |
| v. | No. 3:16-cv-00544-MJR-MAB |
| WEXFORD HEALTH CARE, INC.;<br>BHARAT SHAH; RON VITALE; LORETTA<br>WILFORD, | Judge Michael J. Reagan<br>Magistrate Judge Mark A. Beatty |
| 　　　　Defendants. | |

### **DEFENDANTS' SUPPLEMENTAL MOTION IN LIMINE**

COME NOW Defendants BHARAT SHAH, M.D., WEXFORD HEALTH SOURCES, INC., and LORETTA WILFORD, by and through their attorneys, CASSIDAY SCHADE LLP, and for their Supplemental Motions in *Limine*, move to exclude the following evidence:

17. Any argument, testimony, implication, or any reference that Plaintiff is disabled and/or cannot work as this issue has already been decided by an Illinois court and Plaintiff is precluded as a matter of law from arguing differently. Plaintiff produced records indicating that after an administrative hearing where evidence was presented and testimony was heard, on December 19, 2018, Judge Joseph Heimann found that Plaintiff is not disabled. (Exhibit A). "When an administrative agency is acting in a judicial capacity and resolves disputed issues of fact properly before it which the parties have had an adequate opportunity to litigate, the courts have not hesitated to apply res judicata to enforce repose." *Bowen v. United States*, 570 F.2d 1311, 1321 (7th Cir. 1978); citing *United States v. Utah Construction & Mining Co*., 384 U.S. 394, 422 (1966). If a federal plaintiff raises a legal conclusion already decided by a state court, state law determines whether the issue is precluded. *Burke v. Johnston*, 452 F.3d 665, 669 (7th Cir. 2006); citing *Exxon Mobil Corp*., 544 U.S. at 293. In Illinois, for an issue to be precluded the prior decision must have been on the merits, the party must have had a full and fair


opportunity to litigate, and it must be just to preclude the re-litigation of the issue. *Jones v. Alton*, 757 F.2d 878, 885 (7th Cir. 1985). Here, Plaintiff took it upon himself to seek a judicial determination if he is legally disabled. Plaintiff was represented by counsel, submitted to examination by an orthopedic surgeon, presented evidence (including the very medical records at issue here) and testimony, and testified himself. After receiving the evidence, Judge Heimann prepared a lengthy and discerning Order finding that under Illinois law Plaintiff is not disabled. Of note, Judge Heimann's order raises nearly identical issues and conclusions as argued in Defendants' Motion for Summary Judgment regarding Plaintiff's current condition. To allow Plaintiff to argue to a jury that he is disabled and cannot work a mere 3 months after an Illinois Judge found that he is not disabled would be unjust. Although Plaintiff may testify regarding his alleged symptoms, he is precluded from arguing that he is legally disabled or cannot work as that issue has already been decided. Therefore, the Court should bar such evidence, testimony, and argument.

GRANTED: _____        DENIED: _____

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By: */s/ Jaclyn Kinkade*
          Attorneys for Defendants BHARAT SHAH,
          M.D., WEXFORD HEALTH SOURCES,
          INC., and LORETTA WILFORD

Jaclyn Kinkade
MO Bar 63935
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
jkinkade@cassiday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, I electronically filed the foregoing with the Clerk of the Southern District of Illinois using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Arthur Loevy, Esq.
Sarah Copeland Grady, Esq.
Jon I. Loevy, Esq.
Katherine A. Roche, Esq.
Michael Knovitz, Esq.
Adair Crosley, Esq.
Loevy & Loevy
311 North Aberdeen Street
Third Floor
Chicago, IL 60607
jon@loevy.com
Katie@loevy.com
mike@loevy.com
loevylaw@loevy.com
sarah@loevy.com
adair@loevy.com

Rachel D. Schwarzlose
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
rschwarzlose@atg.state.il.us

*/s/ Jaclyn Kinkade*