# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

## **NOTICE**

      Pursuant to Title 28 U.S.C. §636(b) and Rule 73.1(b) of the Local Rules of Practice in the United States District Court for the Southern District of Illinois, any party may serve and file written OBJECTIONS to this Report and Recommendation/ Proposed Findings of Fact and Conclusions of Law within fourteen (14) days of service.

      **Please note:   You are not to file an appeal as to the Report and Recommendation/Proposed Findings of Fact and Conclusions of Law.**  At this point, it is appropriate to file **OBJECTIONS**, if any, to the Report and Recommendation/ Proposed Findings of Fact and Conclusions of Law.  An appeal is inappropriate until after the District Judge issues an Order either affirming or reversing the Report and Recommendation/ Proposed Findings of Fact and Conclusions of Law of the U.S. Magistrate Judge.

      Failure to file such OBJECTIONS shall result in a waiver of the right to appeal all issues, both factual and legal, which are addressed in the Report and Recommendation/Proposed Findings of Fact and Conclusions of Law.  *Video Views, Inc. v Studio 21, Ltd. and Joseph Sclafani, 797 F.2d 538 (7th Cir. 1986).*

**You should e-file/mail your OBJECTIONS to the
Clerk, U.S. District Court, at the address indicated below:**

**750 Missouri Ave., East St. Louis, IL 62201**