IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Armbuster<br>*Plaintiff*<br>v.<br>Illinois Department of Corrections, et al.,<br>*Defendant(s)* | Case Number: 3:16-cv-00544-SMY |

## Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter **shall** select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[✓] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| *Printed Name of Party* | *Signature of Party or Attorney* | *Date* |
|---|---|---|
| Bharat Shah, MD | [signature] | 12-2-19 |
| Loretta Wilford | [signature] | 12-2-19 |
| Wexford Health Sources | [signature] | 12-2-19 |

Submitted By: Jaclyn A. Kinkade                    Dated: 12-2-19

Note: Corporations may execute this election only by counsel.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this case.

Date: 12-2-19              Signature: [signature]