IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Gerry Armbruster,
*Plaintiff*

v.

Bharat Shah, et al.,
*Defendant(s)*

Case Number: 16-cv-0544

## Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[✓] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Gerry Armbruster | *[signature]* | 12/10/2019 |

Submitted By: Sarah Grady          Dated: 12/10/2019

Note: Corporations may execute this election only by counsel.