IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERRY ARMBRUSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:16-CV-00544-MAB |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated June 29, 2016, Defendant Illinois Department of Corrections was **DISMISSED with prejudice** while Defendants Wexford Health Care, Inc., Warden Parker, and Health Administrator Hohnsbehn were **DISMISSED without prejudice** (Doc. 6).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Amended complaint filed on January 13, 2017, Defendants R.J. Bennett, S. Hardin, and C. Johnson were **TERMINATED** from the present matter (Doc. 58).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the third Amended Complaint filed on June 5, 2018, Defendants Leanda Davis, Susan Hardin, Rhonda J. Bennett, Lynne Johnson, Phyllis Maston, and Unknown Illinois Department of Corrections and Wexford Health Sources, Inc. Defendants were **TERMINATED** (Doc. 123).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order

entered on February 12, 2019, Plaintiff's claims against Defendant Ronald Vitale were **DISMISSED with prejudice** (Doc. 210).

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Joint Motion to Dismiss and the Court's subsequent Order granting the joint motion, Defendants Loretta Wilford and Bharat Shah were **DISMISSED with prejudice** on July 29, 2020 (Docs. 276, 278).

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the joint stipulation of dismissal by the remaining Defendant, Wexford Health Sources, Inc., and Plaintiff Armbruster, submitted on August 3, 2020 (Doc. 279), all remaining claims have been settled or otherwise resolved and Defendant Wexford Health Sources is **DISMISSED with prejudice** from this action, each party to bear their own costs, unless otherwise provided in the settlement documents.

    DATED: August 4, 2020

                                              **MARGARET M. ROBERTIE,**
                                              **Clerk of Court**

                                              BY:  /s/ *Jennifer Jones*
                                                        **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                **MARK A. BEATTY**
                **United States Magistrate Judge**